Yale University
New Haven, Connecticut

Hiram Bingham

February 23, 1912.

My dear Grosvenor:

I am planning to go to Peru in the near future to attempt to secure a concession which would enable us to do archeological and geological exploration and excavation, and also to secure permission to bring specimens out of the country, such as were not needed by the National Museum in Lima. It will probably be a somewhat difficult undertaking, and I shall have to do my best to persuade the politicians in Lima that this is an enterprise of a purely scientific character and not intended to exploit commercially any of Peru's wonderful archeological possessions.

A letter from Mr. Gannett as President of the National Geographic Society and one from you addressed to me and stating your interest in the work and approval of our plans would be very helpful. I do not feel that I know Mr. Gannett well enough to ask him personally for such a letter, and if he did not feel inclined to send it, a refusal might be embarrassing. Accordingly I am writing to ask if you will take the matter up with him. The stronger the credentials which you can give me, the better able I shall be to persuade any who stand in the way of exploration and excavation that our object is scientific and not commercial.

With kindest regards, believe me to remain

Faithfully yours,

[signature]

Gilbert C. Grosvenor, Esq.,
Director of the National Geographic Society,
Washington.