MEMORANDUM OF AGREEMENT BETWEEN THE NATIONAL GEOGRAPHIC SOCIETY

ON THE ONE HAND

A N D

YALE UNIVERSITY AND HIRAM BINGHAM, DIRECTOR OF THE PERUVIAN EXPEDITION OF 1912

ON THE OTHER

1. The National Geographic Society will pay to Yale University for the Peruvian Expedition of 1912 the sum of ten thousand dollars ($10,000); to wit, five thousand dollars ($5,000) on the first of June, 1912, and one thousand dollars ($1,000) each on the first of August, September, October, November, and December of the same year. The National Geographic Society further agrees to loan to this expedition such instruments as are necessary to the chief topographer of the expedition.

2. The official title of this expedition is to be

THE PERUVIAN EXPEDITION OF 1912

UNDER THE AUSPICES OF YALE UNIVERSITY AND THE NATIONAL GEOGRAPHIC SOCIETY

The plans of the expedition are to be under the direction of Prof. Hiram Bingham of Yale University. The field of operations is to be southern Peru, particularly in the neighborhood of the 72d, 73d, and 74th meridians of longitude west of Greenwich.

3. In consideration of the receipt of the above grant, Yale University agrees that the Director of the expedition shall be authorized and ordered to prepare for the National Geographic Society immediately after the return of the expedition to the United States an article of six or seven thousand words describing in popular form the results of the expedition. If deemed advisable by the Editor of the National Geographic Magazine, Yale University agrees to authorize and order the Director of the expedition to furnish the Society a second article of six or seven thousand words describing such of the results as cannot be included in the first article. For the illustration of said article or articles, Yale University will give to the Editor of the National Geographic Magazine the choice of all photographs coming into its hands as a result of the expedition, and the right to use as many as he desires in the National Geographic Magazine to illustrate the above articles. The University will use every means in its power to prevent any article or photograph from being given to any other magazine by any member of the expedition until after the publication of the above article or articles in the National Geographic Magazine, provided, however, that three months after date of delivery of the articles and their acceptance by the Editor of the National Geographic Magazine the Director of the expedition and other members of the party may proceed to furnish articles to other magazines.

4. Yale University further agrees that the National Geographic Society shall have the option of collecting and publishing in one volume a technical memoir comprising all the various papers and technical results of the expedition. For the illustration of said memoir, Yale University gives the Society full right to the use of photographs and maps made by members of the party. It is not expected that the sales from such a publication, if the National Geographic Society should decide to undertake it, would return to the Society more than a small fraction of the cost of publication, but if the Society shall dispose of enough copies to pay for the cost of printing, the Society will pay to Yale University or its representative the usual author's commission of 15% on all copies sold after the first cost is paid.

5. Hiram Bingham, as Director of the expedition, further agrees to prepare such article or articles for the National Geographic Society as described in paragraph 3; to furnish the Editor of the National Geographic Magazine the opportunity to choose from all photographs obtained by members of the expedition under his direction, and to use as many as he desires in the National Geographic Magazine to illustrate the above described articles; and by every means in his power to prevent the unauthorized use of photographs or preparation of articles in contravention of the above provisions, and in all respects to assist in carrying out to the fullest extent the purpose of the National Geographic Society in connection with the agreement.

6. Nothing in the above agreement is to prevent the Director of the expedition from publishing the technical reports and the various results of the expedition in other scientific periodicals or in monographs wherever such publication will be, in the judgment of the Director of the expedition, most beneficial to the cause of science; provided that no technical paper shall be published in any journal prior to the publication of the popular account in the National Geographic Magazine as provided in clauses 3 and 5.

SIGNED ON BEHALF OF YALE UNIVERSITY & HIRAM BINGHAM

_Yale University_ (SEAL)
_by Arthur T. Hadley, its President_
_Hiram Bingham_ (SEAL)

SIGNED ON BEHALF OF THE NATIONAL GEOGRAPHIC SOCIETY

_Henry Gannett_ (SEAL)
_President_
_O P Austin, Secretary_ (SEAL)
_Gilbert H. Grosvenor_ (SEAL)
_Editor & Director_

May 2, 1912