Memorandum of a working agreement between the Government of Peru on the one hand, and Hiram Bingham representing the National Geographic Society and Yale University on the other.

I.

1. The representative of Yale University and the National Geographic Society, on his part, and on behalf of the institutions which he represents, agrees to bring to Peru a properly equipped scientific expedition as soon as it is possible to properly organize such an expedition, or within two years after the granting of this decree.

2. He agrees that such an expedition shall include at least a competent geologist, an archeologist, a surgeon, a civil engineer and suitable assistants.

3. He agrees to exercise all due care in excavating to see to it that the ancient monuments are in no way destroyed or injured in the course of the work, and he agrees to use all due diligence to leave the ancient monuments in as good condition as they were found.

4. He agrees to place at the disposal of the Consul General of Peru in New York within two years of the date of their arrival from Peru examples of all the kinds of archeological or geological specimens that have been exported from Peru and agrees further to place at his disposition all articles of gold that may be found whether duplicates or not, except as herein noted.

5. He agrees to submit to the Peruvian Government within two years after the expiration of the terms of this decree a full and complete report of the work carried on in Peru under the terms of this agreement.

II.

The Peruvian Government agrees to grant to the properly accredited representatives of Yale University and the National Geographic Society the following privileges for a period of five years from the date of the issuance of an official decree by the Peruvian Government containing the stipulations

of this agreement:

1. The privilege of carrying on scientific exploration in Peru and of bringing in free of duty all outfit and equipment necessary for the use of the expeditions.

2. The privilege of calling on the civil and military authorites for the granting of all possible facilities to enable the work of exploration to be carried on speedily without loss of time and without any hindrances that can possibly be avoided.

3. The privilege of using the Government telegraph lines free of charge.

4. The privilege of carrying on archeological excavations.

5. The privilege of bringing to New Haven, Connecticut, all the results of excavations and research, on condition that after these have been properly studied and reports on them prepared, or after a period of not more than two years after the date of their arrival in New Haven, Connecticut, good specimens of all the kinds of articles found are to be delivered in good order to the Consul General of Peru in New York or to his duly accredited representative, together with a proper list of the same.

6. The privilege of purchasing at their bullion value any duplicates of gold implements or ornaments, in case more than one of a kind be found.

7. The privilege of purchasing and exporting from Peru duplicates of such archeological specimens as are already in the collections of the Museum in Lima.

III.

It is mutually understood between the Peruvian Government and the representative of Yale University and the National Geographic Society that this is in no sense to be construed as a monopoly, nor as the granting of an exclusive concession, nor as entailing any obligations on the part of the Peruvian Government to pay for the expenses of the scientific expedition. It is merely a guarantee that all possible assistance and certain definitely

Page 3.

stipulated privileges will be granted to the representatives of Yale University and the National Geographic Society for five years, provided work is begun within two years after the granting of this decree, and provided that the agreements made on behalf of Yale University and the National Geographic Society are carried out in good faith.