Suggested Form of Letter.

His Excellency, Don Federico Alphonso Pezet,
      The Peruvian Minister,
            Washington, D. C.

Sir:

The National Geographic Society desires in connection with Yale University to make a geographical reconnaissance of a portion of southern Peru, including the departments of Cuzco and the Apurimac. It is hoped that the work of the expedition will include topography, geology, meteorology, archeology, biology, and anthropology.

Appreciating the courtesy of the government of Peru to our expedition in 1912, and realizing your sincere interest in the work of scientific exploration, we trust that every facility which may properly be granted to such an expedition as we contemplate sending, will be extended in the present instance. Owing to the lack of time and the necessity for promptly arranging the details of the expedition as soon as possible, we trust that Your Excellency will find it convenient to inquire by cable whether the proposed expedition will be agreeable to your government. We understand that, according to the law of Peru, properly accredited scientific expeditions may be granted certain privileges, including the free entry of their outfits, permission to excavate and to explore, and permission to export whatever objects of archeological interest are duplicates of material already in the National Museum.

Awaiting the favor of a reply, we beg to remain