YALE UNIVERSITY

NEW HAVEN, CONNECTICUT.

PRESIDENT'S OFFICE
WOODBRIDGE HALL, 105 WALL STREET.

March 20th, 1914.

My dear Sir:-

I take pleasure in sending herewith the memorandum of agreement between the National Geographic Society and Yale University, duly executed.

By advice of our counsel, Mr. Bingham has sent you a letter dated March 19th, explaining what is our understanding -- and what I have no doubt will be yours also -- of a point not explicitly covered by the memorandum of agreement itself. I mention this simply as a matter of form, because counsel advises me to do so, and not because I anticipate that any difference of opinion will arise between the Geographic Society and Yale. You have enough experience with men learned in the law to know that they prefer -- and on the whole very wisely prefer -- to provide in advance for eventualities that are not likely to arise.

Faithfully yours,

*[signature: Arthur T. Hadley]*

Mr. Gilbert H. Grosvenor,
    National Geographic Society,
        Hubbard Memorial Hall,
            Washington, D.C.

1914-1915

MEMORANDUM OF AGREEMENT

BETWEEN

THE NATIONAL GEOGRAPHIC SOCIETY AND YALE UNIVERSITY.

1. The National Geographic Society makes a grant of $20,000 to Yale University for the Peruvian Expedition of 1914-15, payable in semi-annual installments of $5,000 each on March 1st and September 1st of 1914 and 1915. The National Geographic Society further agrees to lend to this expedition such instruments as are needed by the topographers of the expedition.

2. The official title of the expedition is to be

The Peruvian Expedition of 1914-15
Under the Auspices of Yale University and the National Geographic Society.

3. The plans of this expedition are to be under the direction of Professor Hiram Bingham of Yale University.

4. The field of operations is to be southern Peru, particularly the Cordillera Vilcabamba and the water-sheds of the Apurimac and the Urubamba Rivers.

5. Yale University and Hiram Bingham, Director of the Expedition, in return for the above grant from the National Geographic Society, agree:

(a) That the National Geographic Society shall receive, immediately on the return of the expedition to the United States, one popular article of 6,000 or 7,000 words, written by the Director of the Expedition, describing in popular form the results of the expedition. If deemed advisable by the Editor of the National Geographic Magazine, the Society shall receive also a second article of 6,000 or 7,000 words, describing such of the results as cannot be included in the first article, and also written by the Director of the Expedition. For the illustration of said article or articles, the Editor of the National Geographic Magazine shall have the choice of all photographs obtained by members of the Expedition, and the right to use as many as he desires in the National Geographic Magazine to illustrate the above articles. No article or photograph is to be given to any other magazine by the Director of the

2.

Expedition or by any member of the Expedition until after the publication of the above article or articles in the National Geographic Magazine. Provided, however, that six months after date of delivery of the articles and their acceptance by the Editor of the National Geographic Magazine, the Director of the Expedition and other members of the party may proceed to furnish articles to other magazines.

(b) The technical reports and the various results of the expedition may be published in other scientific periodicals or in monographs wherever in the opinion of the Director of the Expedition such publication will be most beneficial to the cause of science. Provided, however, that no technical paper shall be published in any journal prior to the publication of the popular account in the National Geographic Magazine, as provided for in Clause a.

(c) In all technical reports by the Director or other members of the expedition, which may be published in other scientific periodicals or monographs, it shall be definitely stated that the results were obtained by the Peruvian Expedition of 1914-15, under the auspices of Yale University and the National Geographic Society.

(d) The National Geographic Society shall have the option of collecting and publishing a technical Memoir, comprising all the various papers and technical results of the Expedition. For the illustration of said Memoir, the Society is to have the right to the use of photographs and maps made by the members of the party. It is not expected that the sales from such a publication, if the National Geographic Society should decide to undertake it, would return to the Society more than a small fraction of the cost of the publication, but if the Society should dispose of enough copies to pay for the cost of printing, the Society will pay to Yale University, or to Dr. Bingham, or to whomever the University shall name, the usual author's commission of 15 per cent on all copies sold after the first cost is paid.

*Hiram Bingham*
Director of the
Peruvian Expedition 1914-15
Yale Univ. & Nat. Geog. Soc.

March 19, 1914

Yale University
by A. T. Hadley, its President

National Geographic Society
by Gilbert H. Grosvenor
Director & Ed.