# PERUVIAN EXPEDITIONS.

## Summary of the work of 1915.

The work of the Peruvian Expedition of 1915 was directed by Professor Hiram Bingham under the auspices of Yale University and the National Geographic Society.

Thanks to the cooperation of the Bureau of Plant Industry of the U. S. Department of Agriculture, Messrs. O. F. Cook and G. B. Gilbert, accompanied the Expedition as botanists. They made a particular study of food and medicinal plants, identified many ancient plant names, collected three thousand specimens, and took life-size photographs of many flowers, fruits and roots.

Mr. Edmund Heller had charge of the zoological work, and confined his attention to collecting mammals, birds, fishes and reptiles, chiefly in the Urubamba Valley, at elevations varying from 2,000 to 15,000 feet above sea level. About 900 specimens of mammals and 700 specimens of birds were collected, besides some twenty species of snakes and about 200 specimens of fishes.

Surgeon David E. Ford, in charge of the anthropological work, measured and photographed 233 subjects, including representatives of both civilized and savage tribes.

In the field of topography a successful effort was made to locate the outlet of the Pampaconas River. Instead of flowing directly into the Urubamba, as had been supposed, it flows into the Cosireni and thence into the Urubamba. Observations for latitude and longitude were taken by Topographer C. F. Maynard at the headwaters of the Cosireni, at its junction with the Pampaconas, and at its final outlet in the Urubamba, some distance below Rosalina. This river has hitherto appeared on no published map of the region between the Urubamba and Apurimac rivers, where the Expedition has been working. The surveys for a new map of the Urubamba Basin, were completed.

The archaeological work of the Expedition was carried on under the direction of Dr. Bingham by Messrs. Erdis and Hasbrouck, assisted by Messrs. Hardy and Morkill. Particular attention was paid to the large ruin of Qquente, where a thorough study of the remains indicated the purely Incaic character of this city. Plans to excavate the ruins of Ollantaytambo were frustrated by the unwarranted interference of the so-called "Historical Institute" of Cuzco. Studies of the region about Machu Picchu were completed, the ancient roads and the ruins found near them were mapped, the botany and biology of the region was worked out, and the importance of Machu Picchu as the capital of a formerly densely populated area was fairly established.

# THE WEST COAST LEADER

Vol. 4. No. 189   Issued every Thursday   LIMA, PERU, AUGUST 19, 1915   Twelve Pages   20 Centavos the Copy

## YALE-PERUVIAN EXPEDITION

### DEPARTURE OF HIRAM BINGHAM

Professor Hiram Bingham, Director of the Yale-Peruvian and National Geographic Society Expedition, after spending several days in Lima left for the States by the *Limari* on Thursday, accompanied by Mr. Osgood Hardy, M. A., chief assistant, and Messrs. O. F. Cook and G. B. Gilbert, of the United States Department of Agriculture. Mr. Edmund Heller, the distinguished naturalist, Mr. Herbert E. Gregory, geologist, Mr. Ellwood C. Erdis, chief engineer, Mr. Jeffry Morkill and several other members of the Expedition, are still in the south and will leave for home within the course of the next several months.

The botanists with the Expedition secured over 2000 specimens of plants, while the naturalist secured 1000 specimens, 400 birds and about 600 mammals, including a specimen of the very rare spectacled bear of the Andes and various examples of the marsupial order or small rodents, cousins of the kangaroo, and found in the high puna country.

The work of the expedition, the value of which will naturally receive the keenest appreciation from the layman, is the survey and mapping of the virtually unknown region 300 square miles in extent and approximately 20 [...]



## THE GREAT WAR

### FIFTY-FIFTH WEEK

The Austro-German drive through Poland and the Baltic provinces of Russia has gone steadily forward. In the centre the German forces swinging east are knocking at the gates of Brest-Litovsk on the river Bug. The fortress of Novo-Georgievsk at the junction of the Vistula and Narew has fallen. The fate of the other Narew forts and of Grodno is in the balance. North of Grodno, Kovno has fallen and the evacuation of Vilna by the Russians is reported. Still farther north, Dvinsk and Riga are menaced by German armies. South of the Warsaw line, the Austrian armies are advancing along the Bug towards Brest-Litovsk.

The demarcation of the battle line at present is approximately as follows:— from Riga, through Dvinsk, Kovno, Grodno, Bialystok, Brest-Litovsk, and southward along the Bug into Galicia. The Germans have been winning geographical battles. They have been accomplishing miracles on the map. They have lunged a hundred miles to the eastward taking everything in sight —except the Russian Army. There little be dealt in Polish real estate has cost them a pretty penny in dead and wounded, and wasted shells, while the great snake-like armies of the Grand Duke have slid farther and farther into the vast unfolding steppes [...]

THE WEST COAST LEADER                                                                August 19

At the time the charges were made, Professor Bingham was away in the interior and it was not until his return to the camp at Ollantaitambo a fortnight later, that he was informed of the difficulties, and learned that the youthful Valcarcel and another individual of uncertain fame had been at the camp several days, as representatives of the Instituto Historico, investigating the charges. It should be noted that this *investigation* was being made a fortnight or more *after* the charges had been made broadcast. On learning of the presence of Valcarcel and his companion, Professor Bingham immediately invited them to his headquarters, showed them all of the collections that had been made and offered to give every facility for any investigation that they might care to make. They assured him however that they were fully convinced of the falseness of the charges that had been made.

The *following* morning, Valcarcel telegraphed to *El Sol*, a notoriously venal newspaper published at Cuzco, stating that all of the charges *had been proved*. *El Sol* at once published the telegram, called the members of the Expedition thieves and various other complimentary names, and praised the investigators as intelligent and unselfish wardens of the national archeological treasure.

Valcarcel's telegram was of course an infamous lie, a lie which he has since been compelled to publicly admit. In fact the whole affair has been one of the most vicious and unfortunate *fiascos* in which the good name and good faith of the Peruvian people have ever been involved.

From that day to this not the least



Professor Hiram Bingham, Director of the Yale-Peruvian Expedition.

*An Inca road in the territory explored and mapped by the Expedition*

firmation of this statement it may be noted that among the various private and public collections of Inca relics in Cuzco, one gold article amongst several thousand objects of no intrinsic value is the usual ratio. This is largely due to the fact that the Incas used caves as burial and hiding places. All of these caves were opened and looted by the early Spaniards or later settlers long before the present day. Virtually nothing of value remains.

The rales that pottery which

and his assistants located and measured a number of large and beautiful glaciers hitherto undescribed, found a large number of Inca ruins and roads, and entered into a region which Mr. Bingham describes as the American Switzerland, exceeding in beauty and majesty even the famous Selkirk mountains in British Columbia, which have long been considered the nearest approach to Alpine scenery in the Western Hemisphere; great canyons that drop down through the mountains ten thousand feet sheer, huge peaks that lift their snow covered summits over four miles above sea-level. The wonder of this region perhaps lies largely in the fact that the eye can range from the rank jungle growths of the canyon beds up to the region of eternal snows, and that within the space of a day the traveller can drop down from wind-swept, freezing passes to river banks where the many coloured humming birds flit and where banana plantings and other tropical fruits thrive.

It is generally supposed that the "tree-line" in mountainous regions finds its highest range at a comparatively low elevation, yet in this Apurimac territory the Yale-Peruvian Expedition found hard wood forests at an elevation of 14,500 feet, the trees reaching twenty and twenty-five feet in height. These forests, Professor Bingham described as resembling European forests, being devoid of the underbrush and evidently of very ancient growth.

The full results of the research work conducted by the Expedition will be published within the course of the next year by the *National Geographic Magazine* and various other scientific publications in the United States.
*(Continued overpage)*



## THE RUSSIAN FRONT

# GOVERNMENT

## INAUGURATION OF PRESIDENT PARDO

During the past week Peru changed Presidents with almost the same unexpectedness and suddenness that characterized the transmission of power on the 4th of February, 1914. The present transmission was entirely voluntary, however, even if it was accompanied by political fireworks of more or less brilliance.

On Monday, General Benavides forwarded an unheralded message to Congress containing his resignation and requesting that an immediate date be fixed for the inauguration of his successor, President-elect Don José Pardo. The reason for the General's sudden action was an uprising of small importance in the Department of Ancash, having for its avowed purpose the maintenance of the existing administration in power. General Benavides at once repudiated the movement and requested that his resignation be accepted.

Congress complied with this request, and fixed Wednesday, August 18, for the inauguration of the new Chief Magistrate.

This programme was accordingly carried out, and President Pardo, upon his inauguration, named the following Ministry to assist him in the difficult task of bringing order out of chaos in the affairs of State:—

*President of the Council and Minister of Foreign Affairs*, Doctor Enrique de la Riva Agüero; *Minister of Government*, Dr. Luis J. Menendez; *Minister of Justice*, Doctor Wenceslao Valera; *Minister of War*, Colonel Benjamin Puente; *Minister of Finance*, Mr. Aurelio García y Lastres; *Minister of Public Works*, Doctor Belisario Sosa.

September 24 had been the date originally fixed for the inauguration of President Pardo. His term of office, according to Congressional Decree, will now extend from August 18, 1915, to August 18, 1919.
*(Continued on page 7)*

Petrograd itself. A great dash will be made for the Russian capital—only four or five hundred miles away.

Were Germany fighting Russia alone, the German conduct of the present campaign might be excused on the ground that Napoleon's *débacle* on a similar venture does not necessarily condemn that venture for all time. But winter will find the Austro-German lines of communication stretching across hundreds of miles of snow-swept, wild and hostile country. And always away in the west of Europe the serried lines of the Franco-British armies are impatiently awaiting the word of advance from Joffre and from Whitehall.

With the mass of her Eastern Army pushed far over the Russian frontier, when the hour of hours comes in the West, Germany will be in no position to rush reinforcements to some breaking battle sector in Flanders or in France, as she has done in the past. And the same situation exists, differing only in degree, with the Italian offensive on the Austrian frontier. There has perhaps been more diplomacy than sound military reasoning behind the frantic German drive into Russia. Geographical victories will for the time being silence popular clamour within Germany itself, and then there remained the forlorn hope that Russia might become faint of heart and come to an understanding with Potsdam. That hope has, indeed, been rapidly dissipated. The Czar has learned the axiom long since propounded by his predecessors that "the road to Constantinople leads through the ashes of Berlin."

When in the final analysis of the war some future historian seeks to disinter from the rubbish of battles the weak links in

*(Continued on page 6)*



Machu Picchu today, showing the wonderful ruined city, neglected and overgrown with vegetation.



A near view of one of the newly discovered Inca roads.

## YALE-PERUVIAN EXPEDITION

*(Continued from overpage.)*

While the programme of the 1914-1915 Expedition, in cartographic and natural science research work was practically carried to a conclusion, the work of the corps of archaeological engineers was largely nullified as a result of the outrageous and unsubstantiated charges made against Professor Bingham and the members of the Expedition by the so-called Instituto Historico at Cuzco.

It will be remembered that the Instituto, of which Dr. Luis E. Valcarcel, a youthful nonentity is president, early in June, sweeping announced that the members of the Yale-Peruvian Expedition were secretly exporting large quantities of Inca treasure by way of Bolivia. The Minister of Justice in Lima, with lamentable lack of discretion and forgetting apparently even the rudiments of international courtesy, hastily ordered the Expedition to stop all excavation work, not only insulting Professor Hiram Bingham, whose personal integrity is above question, but the three great organizations which his Expedition represents, the National Geographic Society, the U. S. Department of Agriculture and Yale University.

the Instituto Historico or any one ... that ... Expe...ion ev... shipped, secretly or otherwise, any archaeological remains out of Peru, let alone mythical Inca treasure.

Following the *fiasco* at Cuzco, however, the Government at Lima saw fit to decree that two *interventors* should be named to oversee the work of the Expedition. Professor Bingham was informed by telegram from Cuzco that the *interventors* would arrive at Ollantaitambo within a day or two, and that further excavation work was to be delayed until their arrival. The Expedition waited, or rather wasted, a month and a half at the camp, awaiting the appearance of the *interventors*. It was later found that the two *interventors* were waiting at Cuzco for the Government to pay them in advance before proceeding on their mission.

This inexcusable delay of course cost the Expedition a good many hundred pounds, through the idleness of the archaeological engineers and the interruption of work, and as there was no prospect of early action, Professor Bingham finally decided to bring the field work of the Expedition to a termination, two or three months ahead of time.

Whether the Expedition will ever return to Peru is doubtful. In view of the magnificent scientific work which Professor Bingham and his associates have accomplished during the past four or five years, this decision, if taken, must be deeply regretted, though in view of the treatment accorded them it is scarcely to be wondered at.

The belief held by many otherwise intelligent people that gold or any other valuable treasure is to be found in the Inca ruins of the interior can be refuted by the veriest amateur in archaeological research work. In con-

... of t... Peru... over ... t, ar... en in that event Professor Bingham has offered to return the collections after they have been studied.

Among the ruined pre-Inca cities of the coast zone, gold and silver ornaments are still found to some extent. This is due to the fact that many of the ancient towns and burial places have been lost for centuries in the sands of the deserts and have only recently been discovered.

The treasure of the Incas is, however, a great deal like the mythical treasure of Captain Kidd and other famous buccaneers, it exists largely in the imagination.

But all of this counts for nothing in the eyes of the choice intellectuals composing the Instituto Historico at Cuzco; the fact that Professor Bingham has been spending £10,000 a year purely in scientific research work, a portion of which money he has personally contributed, is utterly beyond their comprehension. They firmly believe that Mr. Bingham has "struck it rich", and has been shipping plate and "pieces of eight" out of the country in ships freighted down like the golden galleons of Spain.

All of this would be merely childish and unworthy of comment were it not for the serious interference it occasioned in the work of the Expedition.

The authorities at Cuzco have succeeded handsomely in placing themselves on the same intellectual plane as the "witch doctors" and "medicine men" of the Congo, warning their people against the "white man's magic".

On behalf of the small group of better educated and more substantial people of Cuzco, it should be stated that their sympathies have been entirely with the Expedition.