Translation.

REFUGIO MORALES BERMUDEZ,
Presidente Constitucional de la Republica.

CONSIDERING:

That it is indispensable to preserve for science and national history the archaeological objects which may be discovered in the territory of the Republic:

That until now the explorations of such articles in mounds and ruins has been carried on without order and without other purpose than that of satisfying individual interest, with absolute disregard for national rights:

That, in like manner, pre-historic monuments have been mutilated more or less, large pieces having been taken therefrom either for exportation or to use them for building private structures, which is not to be tolerated any longer, to the dishonor of our national civilization and culture:

That unless the Government adopts suitable measures, the necessary materials for reconstructing our primitive history will soon disappear.

IT IS DECREED:

Article 1.   Without special permission in the form prescribed by the present decree, it is forbidden to explore or excavate in search of archaeological objects in mounds, old fortresses, temples, or other places, whether situated on public or in vacant lands.

Article 2.   All edifices previous to the conquest which may be found within the national territory are declared national monuments and their preservation and care

care are made objects of public interest, consequently their destruction or mutilation is absolutely forbidden.

Article 3: The permission to which Article 1 refers shall be requested in the capital from the Conservation Commission of National Antiquities, which is granted for that purpose, and in the Departments from the subordinate commissions or dependencies thereof.

Article 4: The Conservation Commission shall be composed in Lima of the Minister of Public Instruction, who shall preside over it, of the Prefect of the Department, of the Director of the Museum, and in his absence that of the National Library, and of the Director of Public Instruction, who shall act as Secretary. In the Departments the branch commissions will be composed of the Prefect, the Fiscal, and in his absence the Assistant Fiscal, and also the departmental treasurer. The Secretary of the Prefecture shall act as Secretary.

Article 5: The permission shall be requested in writing stating in full the place, the nature of the work to be undertaken, its object, duration and other statements necessary to give a clear understanding of the project.

Article 6: Permission shall be at the foot of the petition therefor, the Government reserving the right to impose such conditions as it may deem best for guaranteeing the rights of the State. The following conditions are indispensable in all cases:

1. The interested parties shall finish the

work

work within the time fixed in their petition, unforeseen events excepted, and they shall take place in the presence of the person or persons who shall be appointed to represent the Government.

2. All the objects which may be found will belong to the person requesting the permission, but he shall likewise be under the obligation, which will be expressed in a suitable decree, of giving to the Government a duplicate of the objects which may be discovered or a photograph copy of those of which there is none like them, accompanied by a detailed description, which will suffice to give an exact idea of the article referred to.

Article 7. The Conservation Commission shall put the objects and photographs which shall be given to them in accordance with this decree in a suitable place as well as those presented directly to its agents which should duly transmit them thereto.

Article 8. The Commission will see that every article deposited bears a tag, on which shall be written the name of the person who has given it, the place where it was found and necessary attendant circumstances.

Article 9. Photographing old monuments and old edifices is entirely free without any restriction save that notes must first be given to the authorities, to whom a copy of each of the photographs must be given.

Article 10. This decree shall apply to private lands

in

in such manner as the legislative authority may determine, to whom the respective draft of the law will be duly submitted for this purpose.

The Secretary of State for Justice, Worship, Instruction and Charity is charged with the execution of this decree.

REMIGIO MORALES BERMUDEZ,

FELIX CIPRIANO CORONEL ZEGARRA.

The President of the Republic.

CONSIDERING:

Paragraph 2 of Article 6 of the Decree of April 27, 1893, is hereby modified as follows:

"All articles found belong to the Government, which may give duplicates to those who ask for the permission (to excavate). This only refers to scientific bodies of an especial character. As for unique objects the petitioners may only take photographs thereof. Modelling is only allowed in cases where there is no danger of the objects, of which a copy is desired, being injured thereby.

2. Whenever permission shall be granted for excavation or study an Inspector shall be appointed who shall carefully supervise the discoveries.

3. The objects shall be sent by the Departmental Prefects to the Natural History Museum of this capital.

4. Until Congress shall enact a law regarding the preservation of antiquities, their exportation is absolutely forbidden, whatever may be their class or condition, except

in

in the case of duplicates as mentioned above. Those violating this provision shall lose all the antiquities which they endeavored to export; and in addition they shall incur a fine of from 20 to 200 Peruvian pounds (gold), which the Custom Houses, who are especially charged with the fulfillment of this contract, shall impose.

Given at the Government House in Lima, on the 19th of August, 1911.

A. B. LEGUIA.

ANTONIO FLORES.