colar No. 712, de la Ciudad de
Concepción- Rivero.
Regístrese y comuníquese.

Valera.

## Gasto autorizado

Lima, 25 de enero de 1916.

Visto el telegrama en que el Prefecto del De-
partamento de Ayacucho, pide que se autorice el
gasto de un sol (Lp.0.1.00) importe del aviso
convocando postulantes a las becas que se en-
cuentran disponibles en la Escuela Normal de
Preceptores de esta Capital;

Se resuelve:

Que la Tesorería Fiscal del referido Departa-
mento pague la expresada suma de un sol (Lp.
0.1.00), con cargo a las partidas Nos. 3432 del
Presupuesto General y 18 del Pliego de Gastos
Generales del Administrativo del Ramo.

Regístrese y comuníquese.

Valera.

## Becas vacantes

Lima, 26 de enero de 1916.

Visto el oficio que antecede;

Se resuelve:

Declarar vacantes por abandono las
que en el Colegio Nacional de San Luis de
ga de Ica ocupada don Oscar Medina y
Segura.

Regístrese y comuníquese.

## Preceptor

Lima, 26 de enero de 1916.

Nómbrase Preceptor Principal de la Sección
Primaria del Colegio Nacional de San Juan de
Chota, a don Delfín Vigil, en lugar de don Teodo-
ro Gavidia.

Regístrese y comuníquese.

Valera.

## Licencia prorrogada

Lima, 26 de enero de 1916.

Vista la solicitud en que la Preceptora de la
Escuela No. 4303, de Huaycán Bajo, de esta Pro-
vincia doña Magdalena Maguiña, pide que se le
prorroguen por dos meses más, sin goce de sueldo,
la licencia que se le ha concedido, alegando que
continúa enferma;

Se resuelve:

Acceder a esta petición; debiendo continuar
reemplazando a la indicada maestra la diplomada
doña Palmira Pacora y Romero.

Regístrese y comuníquese.

Valera.

## Concesión de beca

Lima, 26 de enero de 1916.

Vista la anterior solicitud;

Habiéndose comprobado que don Juan Gerar-
do Weston, reúne los requisitos reglamentarios;

Se resuelve:

Conceder a dicho menor la beca No. 62 de
interno que se encuentra vacante en el colegio
Nacional de Guadalupe.

Regístrese y comuníquese.

Valera.

## Cancelación de una cuenta

Lima, 27 de enero de 1916.

Vista la cuenta presentada por la casa C.
No Co.: por Lp. 23.2.45, importe de un juego de
libros, diez mil sobres timbrados, y varios
de escritorio, para uso de la Mesa de Partes
Archivo de la Dirección General de Instrucción;

Se resuelve:

Girar a favor de la mencionada casa por
suma de veintitres libras peruanas, dos soles
cuarenticinco centavos (Lp. 23.2.45) importe de
la referida cuenta; aplicándose el egreso a la
tida No. del Presupuesto General de la República,
ra, y a la No. del Administrativo del Ramo.

Regístrese, comuníquese y pásese para
cumplimiento a la Contaduría de este Ministerio.

Valera.

## Permuta

Lima, 27 de enero de 1916.

Estando a lo acordado;

Se resuelve:

Trasladar al Preceptor Principal del Centro
Escolar No. 304, de Piscobamba, de la Provincia
de Pomabamba, don Enrique D. Llanes, a la
No. 3008, de Parobamba, de la misma Provincia,
en reemplazo de don Leopoldo Egusquiza
quien pasará al puesto que deja aquel.

Regístrese y comuníquese.

Valera.

## Exportación de objetos arqueológicos

Lima, 27 de enero de 1916.

Vista la solicitud de don Elwood C. Erdis,
Sub-director de la Expedición científica, presidida
por el doctor Hiram Bingham y organizada bajo
los auspicios de la Universidad de Yale y de la
National Geographic Society de Nueva York, en
que pide autorización para exportar, con destino a
las expresadas Instituciones, setenta y cuatro ca-
jones que contienen objetos arqueológicos extraídos
del Departamento del Cuzco en los años de 1914
y 1915.

Vistos los informes del Director del Museo de
Historia Nacional;

Se resuelve:

1o.—Autorizar a don Elwood C. Erdis para
que, con destino a las Instituciones científicas a
que se ha hecho referencia, exporte por el Callao
los setenta y cuatro cajones, que actualmente se en-
cuentran en uno de los depósitos del Museo;

2o.—La Universidad de Yale y la National
Geographic Society quedan obligadas a devolver
en el plazo de diez y ocho meses, contados desde
la fecha, los objetos cuya exportación se permite;
debiendo remitirse también al Ministerio de Ins-
trucción los estudios que respecto de ellos se hu-
bieren practicado, así como las fotografías que
con motivo de dichos estudios se tomaren.

Regístrese y comuníquese.

Rúbrica de S.E.

Valera.

## Matrícula autorizada

Lima, 29 de enero de 1916.

Vistas las solicitudes que preceden y los docu-
mentos que se acompañan;

*Dirección General*

*de*

*Instrucción Pública*

31.

Lima, 27 de enero de 1916.

Vista la solicitud de D. Elwood C. Erdis, sub-director de la Expedición científica, presidida por el Dr. Hiram Bingham y organizada bajo los auspicios de la Universidad de Yale y de la tionale Geographic Society de Nueva York, en que pide autorización para exportar, con destino a las expresadas Instituciones, setenta y cuatro cajones que contienen objetos arqueológicos extraídos de Departamento del Cuzco en los años de 1914 y 1915;

Vistos los informes del Director del Museo de Historia Nacional;

Se resuelve:

1°- Autorizar a don Elwood C. Erdis para que, con destino a las Instituciones científicas a que se ha hecho referencia, exporte por el Callao los setenta y cuatro cajones, que actualmente se encuentran en uno de los depósitos del Museo;

2°- La Universidad de Yale y la National Geographic Society quedan obligadas a devolver en el plazo de diez y ocho meses, contados desde la fecha, los objetos cuya exportación se permite; debiendo remitirse también, al Ministerio de Instrucción los estudios que respecto de ellos se hubieran practicado, así como las fotografías que con motivo de dichos estudios se tomaren.

Regístrese y comuníquese. — Rubri ca

de S. E. = Valera.

SSP.

## NON OFFICIAL TRANSLATION

General Directorate of Public Instruction
N° 763

Lima, January 27, 1916

Mr. Elwood C. Erdis

The following Supreme Resolution N 31 has been issued today:

"Regarding the request of Mr. Elwood C. Ardis, Deputy Director of the American Scientific Expedition, presided by Dr. Hiram Bingham and organized under the auspices of the University of Yale and the National Geographic Society of New York, which have asked for authorization to export, with destination to the above-mentioned institutions, 74 boxes containing archaeological artifacts extracted from the Department of Cuzco between 1914 and 1915; ---Taking into consideration the reports of the Director of the Museum of National History; ---IT IS AGREED: ---1. Authorize Mr. Elwood C. Erdis to export by the Port of Callao, 74 boxes, currently stored at the warehouses of the Museum, which are bound for the above-mentioned scientific institutions; ---2. The University of Yale and the National Geographic Society pledge to return, in the term of eighteen months from today, the artifacts whose export has been authorized. They should also send to the Ministry of Instruction all studies performed on them and the photographs taken in regard to the investigations carried out of such artifacts. Signature S.E.- VALERA".

I transcribe this to you for your knowledge and other purposes you may deem convenient.

God be with you
[Signature]
Villanueva

1