THE PERUVIAN EXPEDITION OF 1914-15

UNDER THE AUSPICES OF

YALE UNIVERSITY AND THE NATIONAL GEOGRAPHIC SOCIETY

HIRAM BINGHAM, DIRECTOR

DRAWER A, YALE STATION, NEW HAVEN, CONNECTICUT

February 21, 1916.

COPIED FROM NATIONAL GEOGRAPHIC SOCIETY ARCHIVES

Dear Bert:

Many thanks for stirring up Mr. Cook. Evidently you succeeded, for a complete set of his prints has been received today.

Erdis arrived safely a day or two ago, so all are now back from Peru.

Now, I want to ask your advice about incurring the expense involved in the shipment of our collections. A decree has been issued by the President of Peru, permitting the seventy-four (74) cases containing bones, potsherds, pots, etc. to be shipped to this country on the conditions in the decree, a copy of which, with the translation, I am enclosing for your benefit. Owing to the interminable delays and ridiculous hindrances placed in our way it took several months to get permission for the boxes to be examined! And then several weeks elapsed before any decree could be gotten out of the Peruvians. Apparently none would have been received had it not been for the constant pressure brought to bear by Mr. Morkill in Lima. Erdis was on the job nearly five months. The collections have not actually left Lima. It will be possible to stop them if we do not care to accept the responsibilities and obligations thrust upon us by the decree. Perhaps it would be well to have your research committee consider carefully, as soon as possible, these obligations.

The material consists of about twenty-four (24) cases of sherds of very small value, hardly worth paying the freight on if we must pay it both ways. Nevertheless they are sherds that I have not seen, which were collected near Vitcos too late to reach me at Ollantaytambo before I left. Most of the sherds collected on this expedition were examined at Ollantaytambo and left there. The other boxes contain chiefly bones and skulls, including some very interesting trepanned skulls, and a number of archaeological objects of no great value. The decree of the Peruvian Government is practically a hold-up, for a lot of the material is duplicate material for which they could have no possible use, and which will merely be thrown into their cellars or out into the street, and they know it. This decree is merely a sop to the multitude to show the people how careful the politicians are of their archaeological treasures!

It may be well to get Mr. Henry White's advice in the matter before proceeding further. I understand that the material will not leave Lima before the first of March, so there is time to stop it by cable if we desire to do so. It is to be shipped on one of W.R. Grace & Company's through steamers.

Faithfully yours,