November 29, 1916

Professor Hiram Bingham,
    Yale University,
        New Haven, Connecticut.

Dear Hi:

Replying to yours of November 28, I feel that we ought to abide by the letter of our agreement with the Peruvian Government and return all the material that we contracted to return, and I am glad you share this view with me. Why don't you have plaster casts made of the more remarkable skulls?

Yours faithfully,

Director and Editor

:B