This letter was taken to Research Com. luncheon Jan.6, 1917 SP

THE PERUVIAN EXPEDITION OF 1914-15

UNDER THE AUSPICES OF

YALE UNIVERSITY AND THE NATIONAL GEOGRAPHIC SOCIETY

HIRAM BINGHAM, DIRECTOR

DRAWER A, YALE STATION, NEW HAVEN, CONNECTICUT

December 1, 1916.

Dear Bert:-

    Since the receipt of your letter this morning, I have seen President Hadley and made arrangements with him whereby the skeletal material will be studied in time to allow of its return to Peru in accordance with the letter of our agreement with the Peruvian Government. Your suggestion about plaster casts being made of the more remarkable skulls is a good one and I will see that it is carried out. Would you like to have two or three of the more remarkable for the Geographic Society? I suppose duplicates might readily be made.

    I want to take up with you the question of our topographer on the last expedition, Mr. Clarence F. Maynard. He graduated from the University of Syracuse with a degree of C.E. some four years ago and spent a year or two in railroad work in western Canada before he went to Peru with us on the last expedition. His work was entirely satisfactory. He is anxious to devote his life to scientific exploration. He has the requisite training for making excellent reconnaissance maps of unexplored territory. Needless to say he is not as good a draftsman as Bumstead; at the same time he is a good draftsman and is about to complete the office work connected with the mapping of ruins and his own topographical studies on the last expedition. We cannot use him advantageously after the end of this month. Bumstead has had occasion to see something of the accuracy of his astronomical observations. I can personally vouch for his energy and ability in the field. Toward the end of the season he was given a difficult piece of reconnaissance engineering and did it remarkably well in the face of great obstacles, - obstacles that would have daunted most men. Can you not find some way of keeping him busy? It seems too bad that when a well-trained topographical engineer is willing to go into foreign countries for the sake of scientific exploration, he should be obliged to go back into commercial work.

    With kind regards,

    Faithfully yours,

    Hiram Bingham

Gilbert H. Grosvenor, Esq.,
National Geographic Society,
Washington, D.C.

P.S. Chapman writes me that he has a balance left over from your appropriation and is anxious to use it to employ one of the Anglo-Peruvian naturalists to complete the ornithological survey of the Urubamba Valley. It seems to me an excellent idea.