November 22, 1918.

Dr. G. H. Grosvenor,
Director of the National Geographic Society.
Washington, D. C.

COPIED FROM
NATIONAL GEOGRAPHIC
SOCIETY ARCHIVES

Sir:

In view of the request presented by Mr. Elwood C. Erdis, of the North American scientific Expedition presided by Dr. Hiram Bingham and organized under the auspices of the University of Yale and the National Geographic Society of Washington, my Government authorized, on January 27, 1916, the exportation from Peru to the United States of 74 cases containing archeological objects excavated in the Department of Cuzco, Peru, during the years 1914 and 1915, Provided: Art.2-"The University of Yale and the National Geographic Society of Washington agree to return within 18 months, from the date of this authorization, the objects to be exported, and to deliver to the Ministry of Public Instruction of Peru copies of such studies as would be made of the said objects and of the photographs executed in connection therewith".

As the term prescribed in the afore-mentioned authorization expired on June 27, 1917, I beg to call your attention to the provision above-mentioned, and to inquire the date and manner in which you are disposed to comply with the agreement which the National Geographic Society of Washington undertook to execute.

I have addressed a similar communication to the University of Yale.

2).

Trusting to hear from you at your earliest convenience,

I beg to remain,

Yours faithfully,

M. de Freyre

Minister of Peru.