November 23, 1918

Honorable Manuel de Freyre,

Minister of Peru

Dear Sir:

Replying to your inquiry of November 22 as to the date and manner in which the National Geographic Society is prepared to return the twenty-four cases of materials from Peru, I beg to say that ever since Dr. Hiram Bingham made this agreement with the Government of Peru he has been almost continuously in the service of the United States Army, and for the past year has been a colonel in the United States Army stationed in France, and therefore he has been unable to study the material in the cases.

Now that the war is over he will presumably return to the United States in a short while and be ready to resume his study of the material. I understand that all the cases are in New Haven, Connecticut, and I doubt if any of them have even been unpacked.

I assure you that the National Geographic Society will cooperate in keeping the material safely, so that any promises that have been made may be fulfilled.

Very truly yours,

Director and Editor

COPIED FROM
NATIONAL GEOGRAPHIC
SOCIETY ARCHIVES