Consulate General of Peru
New York

October 26, 1920

National Geographic Society,

Washington, D.C.

COPIED FROM
NATIONAL GEOGRAPHIC
SOCIETY ARCHIVES

Dear Sirs:

I beg to inform you that I have this day received a cablegram from the Director of Instruction of the Peruvian Government, asking me to request from you the return of the original and duplicate objects taken from Peru by the Expedition headed by the Commissioner of your Society and Yale University. They also ask me to request you to send with these objects copies of the studies and information obtained relative to the investigations instigated in Peru during this Expedition. The return of these articles is requested in accordance with article four of the Supreme Resolution No. 1592 issued by the Director General of Instruction on the 31st of October, 1912, of which you undoubtedly have a copy.

I would very much appreciate your prompt advice as to when you will be able to ship these objects to Peru.

Yours very truly,

Eduardo Higginson

Consul General in the U.S.