*Copy to GHG*

November 3, 1920.

Hon. Eduardo Higginson,
 Consul General of Peru,
  New York City.

My dear Sir:

Referring further to your letter of the 26th October, in which you informed Yale University that you had received a cablegram from the Director of Instruction of the Peruvian Government, asking you to request from us the return of the original and duplicate objects taken from Peru by the Expedition headed by Dr. Hiram Bingham, I write to advise you that Dr. Bingham is still too ill to give to this matter his personal attention, and that pending conferences with him it will be impossible for us to take action in this matter. From colleagues of his I understand that they have not yet had time to finish the studies based upon some of the material referred to, so that there will be no studies for us to send to the Peruvian Government if the material cannot be left with us for some little further time. I am, therefore, venturing to write to ask if you will discuss with your Government the possibility of our retaining the material referred to until perhaps January 1, 1922, in order that time may be given for the completion of the studies based on part of this material, and which should prove of service, both to the Peruvian Government and to the world of scholarship.

Thanking you in advance for your courtesy and cooperation in the matter of this request of ours, and with high regards, believe me,

GPD/S

Faithfully yours,

*George Day, Treasurer,*
*Yale University*

COPIED FROM
NATIONAL GEOGRAPHIC
SOCIETY ARCHIVES