c o p y

EDUARDO HIGGINSON

CONSUL GENERAL OF PERU

NUEVA YORK

December 30, 1920

Mr. Gilbert Grosvenor, President,

National Geographic Society,

Washington, D.C.

Dear Sir:

I desire to refer to your letter of November 15th with reference to the original and duplicate objects taken from Peru by the Expedition headed by Doctor Hiram Bingham, the return of which was requested by the Peruvian Government.

In view of your request to be allowed to retain the material until January 1st, 1922, in order that time may be given for the completion of the studies, I sent a cablegram to the Director General of Instruction requesting him to grant such an extension of time.

I have this day received his communication and under Supreme Resolution No. 2169 of the 4th of December, 1920, permission is granted for the extension of time to January 1st, 1922.

I would ask you to be good enough to take note of this, communicating same to the interested parties, and acknowledge receipt of this letter.

Yours very truly,

EDUARDO HIGGINSON

CONSUL GENERAL

COPIED FROM
NATIONAL GEOGRAPHIC
SOCIETY ARCHIVES