

*Dirección General de Instrucción Pública*

2169

LIMA, 4 de diciembre de 1920.

Visto el cablegrama dirigido por el Cónsul General de la República en Nueva York, en el cual manifiesta que la Universidad de Yale y la Sociedad Geográfica Nacional de los EE.UU. solicitan que se prorrogue hasta el 1°. de enero de 1922 el plazo para retener los objetos únicos y duplicados extraídos en el Perú por la expedición Hiram Bingham, en conformidad con la suprema resolución N°.1529 de 3 de octubre de 1912;

SE RESUELVE:

Acceder a lo solicitado.

Regístrese y comuníquese.

R. del Presidente.
Barrós.

