Yale Peabody Museum: Exhibitions: Machu Picchu: Unveiling the Mystery of the Incas

# Exhibitions & Programs



- ABOUT US
- WHO WE ARE
- SUPPORT THE PEABODY
- JOIN US
- VISIT THE PEABODY
- EXHIBITIONS & PROGRAMS
- EVENTS & WHAT'S NEW
- RESEARCH & COLLECTIONS
- TREASURES & EXPLORATIONS
- THE MUSEUM STORE

## Exhibitions

- Special Exhibitions
- The Great Hall
- The Invisible Art: The Yale Peabody Museum Dioramas
- Online Exhibitions
- Floor Plans

THE TOROSAURUS PROJECT

LANDSCAPE UNDER SIEGE: INVASIVE PLANTS OF CONNECTICUT

PERMANENT EXHIBITIONS



Machu Picchu: Unveiling the Mystery of the Incas

A major new exhibition returning to the Yale Peabody Museum on September 10, 2005

Member Nights
Fridays • 5:30 to 7:30 pm
September 23, October 28, November 25, December 23

For members only! Stop by the Peabody for after-hours viewing of the acclaimed exhibition. No reservation needed, just bring your membership card.

Become a Museum Instructor: Classes Now Forming!

Upcoming Events

Exhibition Lecture Series

Meet the Curators | Now Available: Exhibition Catalogue
*Lost City: The Discovery of Machu Picchu*
Panpipe-making Workshop

**For Educators**

Social Studies Curriculum Guide | Science Curriculum Guide

**The Exhibition**

High in the Peruvian cloud forest, the Inca country palace of Machu Picchu is one of the most spectacular archaeological sites in the world. When local farmers first showed members of the 1911 Yale Peruvian Expedition to the site, it had survived in a near pristine state since the Inca abandoned it in the early 16th century.

The expedition was led by Yale archaeologist Hiram Bingham (who later became the governor of Connecticut). He excavated hundreds of objects that tell the story of everyday life at Machu Picchu and, by agreement with the Peruvian government, these materials became part of the Peabody Museum's collections. Many of these objects will be on view to the public for the first time. Together with the 11,000 photographs Bingham took, they form a unique scientific, historic and artistic resource that enables us to reconstruct the daily life of Machu Picchu at its zenith 500 years ago.

Co-curated by Curator of Anthropology Professor Richard Burger and Curatorial Affiliate and Peruvian archaeologist Lucy Salazar, this exhibition invites visitors to travel into the past, first to Machu Picchu with the 1911 Yale Peruvian Scientific Expedition, and then further back to the late 15th century when this Inca country palace was a bustling community with an important religious, political and social role in the Inca empire. The exhibition has many interactive components, including replicas of the house of the Inca king and an ancient Inca road, a curator's tour of the Inca palace complex, and an interactive laboratory that shows how archaeologists in the 21st century interpret the 15th century.

Filled with stunning panoramic photographs and the finest surviving examples of Inca art on loan from Peru, Europe and other major U.S. collections, this exhibition is not to be missed.

This exhibition is sponsored by:





Information

Lucy C. Salazar



ABOUT US | EXHIBITIONS & PROGRAMS | RESEARCH & COLLECTIONS | THE MUSEUM STORE

Peabody Museum of Natural History
YALE UNIVERSITY
© 2005 Yale Peabody Museum

Exhibit Manager, Machu Picchu
203.432.9718
Fax 203.432.3758
lucy.salazar@yale.edu

Go to Top

Photograph of Machu Picchu © Michael Lawton. All rights reserved. Used with permission.

search this site