CLOSED, TRANSFERRED, TYPE–E

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:08–cv–02109–HHK

REPUBLIC OF PERU v. YALE UNIVERSITY
Assigned to: Judge Henry H. Kennedy
Cause: 28:1332 Diversity–Fraud

Date Filed: 12/05/2008
Date Terminated: 07/30/2009
Jury Demand: None
Nature of Suit: 370 Fraud or Truth–In–Lending
Jurisdiction: Diversity

**Plaintiff**

**REPUBLIC OF PERU**

represented by **Edward S. Scheideman**
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington , DC 20004
(202) 861–3900
Fax: (202) 223–2085
Email: edward.scheideman@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Phillip Cook**
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington , DC 20004
(202) 799–4450
Email: william.cook@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina E. Ponig**
DLA PIPER US LLP
600 Travis Street
Suite 1700
Houston , TX 77002
(713) 425–8400
Fax: (713) 425–8401
Email: christina.ponig@dlapiper.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cristina E. Antelo**
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington , DC 20004
(202) 799–4000
Fax: (202) 799–5000
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ileana M. Blanco**
DLA PIPER US LLP

600 Travis Street
Suite 1700
Houston , TX 77002
(713) 425−8400
Fax: (713) 425−8401
Email: ileana.blanco@dlapiper.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**YALE UNIVERSITY**                                    represented by   **Jeffrey Richard Babbin**
WIGGIN &DANA LLP
P.O. Box 1832
One Century Tower
New Haven , CT 06508−1832
(203) 498−4366
Fax: (203) 782−2889
Email: jbabbin@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Scott Greathead**
WIGGIN &DANA LLP
450 Lexington Avenue
Suite 3800
New York , NY 10017
(212) 490−1700
Fax: (212) 490−0536
Email: sgreathead@wiggin.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Freiman**
WIGGIN &DANA LLP
One Century Tower
P.O. Box 1832
New Haven , CT 06508−1832
(203) 498−4400
Fax: (203) 782−2889
Email: jfreiman@wiggin.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/05/2008 | Ï 1 | COMPLAINT against YALE UNIVERSITY ( Filing fee $ 350, receipt number 4616016845) filed by REPUBLIC OF PERU. (Attachments: # 1 Exhibit B, # 2 Exhibit A, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # |

| | | |
|---|---|---|
| | | 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Civil Cover Sheet)(tr). (Entered: 12/08/2008) |
| 12/05/2008 | Ï | Summons Issued(1) as to YALE UNIVERSITY. (tr) (Entered: 12/08/2008) |
| 12/17/2008 | Ï 2 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Cristina E. Antelo, :Firm– DLA Piper LLP (US), :Address– 500 Eighth Street NW, Washington, D.C. 20004. Phone No. – (202) 799–4000. Fax No. – (202) 799–5000 by REPUBLIC OF PERU (Attachments: # 1 Antelo Certification, # 2 Antelo Proposed Order)(Cook, William) (Entered: 12/17/2008) |
| 12/17/2008 | Ï 3 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Ileana M. Blanco, :Firm– DLA Piper LLP (US), :Address– 600 Travis Street, Suite 1700, Houston, TX 77002. Phone No. – (713) 425–8400. Fax No. – (713) 425–8401 by REPUBLIC OF PERU (Attachments: # 1 Blanco Certification, # 2 Blanco Proposed Order)(Cook, William) (Entered: 12/17/2008) |
| 12/17/2008 | Ï 4 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Christina E. Ponig, :Firm– DLA Piper LLP (US), :Address– 600 Travis Avenue, Suite 1700, Houston, TX 77002. Phone No. – (713) 425–8400. Fax No. – (713) 425–8401 by REPUBLIC OF PERU (Attachments: # 1 Ponig Certification, # 2 Ponig Proposed Order)(Cook, William) (Entered: 12/17/2008) |
| 12/18/2008 | Ï | MINUTE ORDER granting 2 Motion for Admission Pro Hac Vice of Cristina E. Antelo; granting 3 Motion for Admission Pro Hac Vice of Ileana M. Blanco; and granting 4 Motion for Admission Pro Hac Vice of Christina E. Ponig. Attorneys Cristina E. Antelo, Ileana M. Blanco, and Christina E. Ponig are admitted pro hac vice to appear in this case on behalf of plaintiff. Signed by Judge Henry H. Kennedy, Jr. on December 18, 2008. (NP) (Entered: 12/18/2008) |
| 01/20/2009 | Ï 5 | NOTICE of Appearance by Jeffrey Richard Babbin on behalf of YALE UNIVERSITY (Babbin, Jeffrey) (Entered: 01/20/2009) |
| 01/20/2009 | Ï 6 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by YALE UNIVERSITY (Babbin, Jeffrey) (Entered: 01/20/2009) |
| 01/21/2009 | Ï 7 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Jonathan M. Freiman, :Firm– Wiggin and Dana LLP, :Address– One Century Tower, P.O. Box 1832, New Haven, CT 06508–1832. Phone No. – 203–498–4400. Fax No. – 203–782–2889 by YALE UNIVERSITY (Attachments: # 1 Exhibit A – Declaration of Jonathan M. Freiman, # 2 Text of Proposed Order)(Babbin, Jeffrey) (Entered: 01/21/2009) |
| 01/21/2009 | Ï 8 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– R. Scott Greathead, :Firm– Wiggin and Dana LLP, :Address– 450 Lexington Avenue, Suite 3800, New York, NY 10017. Phone No. – 212–490–1700. Fax No. – 212–490–0536 by YALE UNIVERSITY (Attachments: # 1 Exhibit A – Declaration of R. Scott Greathead, # 2 Text of Proposed Order)(Babbin, Jeffrey) (Entered: 01/21/2009) |
| 01/22/2009 | Ï | MINUTE ORDER granting 7 Motion for Admission Pro Hac Vice of Jonathan M. Freiman. Attorney Freiman is admitted pro hac vice to appear in this matter on behalf of defendant. Signed by Judge Henry H. Kennedy, Jr. on January 22, 2009. (NP) (Entered: 01/22/2009) |

| | | |
|---|---|---|
| 01/22/2009 | Ï 9 | Consent MOTION for Extension of Time to File Answer re 1 Complaint,, by YALE UNIVERSITY (Attachments: # 1 Text of Proposed Order)(Babbin, Jeffrey) (Entered: 01/22/2009) |
| 01/27/2009 | Ï | MINUTE ORDER granting 9 Defendant's Unopposed Motion for Extension of Time to Respond to the Complaint. Accordingly, defendant's Answer is due March 9, 2009. Signed by Judge Henry H. Kennedy, Jr. on January 27, 2009. (NP) (Entered: 01/27/2009) |
| 02/17/2009 | Ï | MINUTE ORDER granting 8 Motion for Admission Pro Hac Vice. Attorney R. Scott Greathead is admitted to appear pro hac vice in this matter on behalf of defendant. Signed by Judge Henry H. Kennedy, Jr. on February 17, 2009. (NP) (Entered: 02/17/2009) |
| 03/04/2009 | Ï 10 | MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue* by YALE UNIVERSITY (Attachments: # 1 Text of Proposed Order)(Babbin, Jeffrey) (Entered: 03/04/2009) |
| 03/04/2009 | Ï 11 | ENTERED IN ERROR.....STATUS REPORT *Relating to Petitioners Previously Approved For Transfer* by GEORGE WALKER BUSH, DONALD H. RUMSFELD, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, JAY HOOD, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, WADE F. DAVIS, HARRY B. HARRIS, JR, HARRY B. HARRIS, JR, WADE F. DAVIS, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO. (Hardee, Norman) Modified on 3/5/2009 (tr). (Entered: 03/04/2009) |
| 03/04/2009 | Ï 12 | MOTION For Improper Venue by YALE UNIVERSITY (tr)(See Docket Entry 10 to view document) (Entered: 03/05/2009) |
| 03/05/2009 | Ï | NOTICE OF CORRECTED DOCKET ENTRY: re 11 Status Report was entered in error and counsel is instructed to refile said pleading in the correct case number: 08−cv−2019 RBW. (tr) (Entered: 03/05/2009) |
| 03/06/2009 | Ï 13 | Unopposed MOTION for Extension of Time to *Respond to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue* by REPUBLIC OF PERU (Attachments: # 1 Text of Proposed Order)(Scheideman, Edward) (Entered: 03/06/2009) |
| 03/09/2009 | Ï | MINUTE ORDER granting 13 Plaintiff, Republic of Peru's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue. Accordingly, plaintiff's response is due April 20, 2009. Signed by Judge Henry H. Kennedy, Jr. on March 9, 2009. (NP) (Entered: 03/09/2009) |
| 03/11/2009 | Ï | Reset Deadlines: Responses due by 4/20/2009 (tj) (Entered: 03/11/2009) |
| 04/01/2009 | Ï 14 | Consent MOTION for Extension of Time to File Response/Reply as to 12 MOTION For Improper Venue, 10 MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue* by YALE UNIVERSITY (Attachments: # 1 Text of Proposed Order)(Freiman, Jonathan) (Entered: 04/01/2009) |
| 04/02/2009 | Ï | MINUTE ORDER granting 14 Defendant's Consented−to Motion for Extension of Time to File a Reply Brief in Further Support of Motion to Dismiss. |

| | | |
|---|---|---|
| | | Accordingly, defendant's reply is due May 18, 2009. Signed by Judge Henry H. Kennedy, Jr. on April 2, 2009. (NP) (Entered: 04/02/2009) |
| 04/20/2009 | Ï 15 | FIRST AMENDED COMPLAINT against YALE UNIVERSITY filed by REPUBLIC OF PERU. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E, #6 Exhibit F, #7 Exhibit G, #8 Exhibit H, #9 Exhibit I, #10 Exhibit J, #11 Exhibit K, #12 Exhibit L, #13 Exhibit M, #14 Exhibit N, #15 Exhibit O, #16 Exhibit P)(nmw, ) (Entered: 04/21/2009) |
| 04/28/2009 | Ï 16 | First MOTION to Withdraw 12 MOTION For Improper Venue, 10 MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue without Prejudice*, First MOTION for Extension of Time to File Answer re 15 Amended Complaint, by YALE UNIVERSITY (Attachments: #1 Text of Proposed Order)(Freiman, Jonathan) (Entered: 04/28/2009) |
| 04/28/2009 | Ï | Motion terminated: 10 Defendant's Motion to Dismiss. Signed by Judge Henry H. Kennedy, Jr. on April 28, 2009. (NP) (Entered: 04/28/2009) |
| 04/29/2009 | Ï 17 | RESPONSE re 16 First MOTION to Withdraw 12 MOTION For Improper Venue, 10 MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue without Prejudice*First MOTION for Extension of Time to File Answer re 15 Amended Complaint,First MOTION to Withdraw 12 MOTION For Improper Venue, 10 MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue without Prejudice*First MOTION for Extension of Time to File Answer re 15 Amended Complaint, filed by REPUBLIC OF PERU. (Scheideman, Edward) (Entered: 04/29/2009) |
| 05/21/2009 | Ï 18 | MOTION to Dismiss for Lack of Jurisdiction, MOTION to Dismiss *for Improper Venue* by YALE UNIVERSITY (Attachments: #1 Text of Proposed Order, #2 Memorandum in Support, #3 Exhibit A to Memorandum in Support)(Freiman, Jonathan) (Entered: 05/21/2009) |
| 05/27/2009 | Ï 19 | Consent MOTION for Extension of Time to *Respond to Defendant's Motion to Dismiss and for Defendant to File its Reply Brief* by REPUBLIC OF PERU (Attachments: #1 Text of Proposed Order)(Scheideman, Edward) (Entered: 05/27/2009) |
| 05/29/2009 | Ï | MINUTE ORDER granting 19 Consent Motion for Extension of Time to Respond to Defendant's Motion to Dismiss and for Defendant to File its Reply Brief. Signed by Judge Henry H. Kennedy, Jr., on May 29, 2009. (lchhk2.) (Entered: 05/29/2009) |
| 06/15/2009 | Ï 20 | Memorandum in opposition to re 18 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss *for Improper Venue RESPONSE* filed by REPUBLIC OF PERU. (Attachments: #1 Declaration Exhibit A, Ponig Declaration and Exhibits 1 to 14, #2 Exhibit Exhibits 15 to 30 to Exhibit A, #3 Exhibit Exhibits 31 to 45 to Exhibit A, #4 Exhibit Exhibits 46 to 60 to Exhibit A, #5 Exhibit Exhibits 61 to 75 to Exhibit A, #6 Exhibit Exhibits 76 to 96 to Exhibit A, #7 Exhibit Exhibits 97 to 114 to Exhibit A, #8 Exhibit Exhibits 115 to Exhibit A, #9 Exhibit Exhibits 116 to 121 to Exhibit A, #10 Declaration Garcia Declaration, #11 Declaration Cook Declaration, #12 Text of Proposed Order Proposed Order)(Cook, William) (Entered: 06/15/2009) |
| 07/09/2009 | Ï 21 | REPLY to opposition to motion re 18 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss *for Improper Venue* filed by YALE UNIVERSITY. (Attachments: #1 Declaration of Tahlia Townsend, #2 Exhibit 1 to Townsend Declaration, #3 Exhibit 2 to Townsend Declaration, #4 Exhibit 3 to |

| | | |
|---|---|---|
| | | Townsend Declaration, #_5_ Exhibit 4 to Townsend Declaration, #_6_ Exhibit 5 to Townsend Declaration, #_7_ Exhibit 6 to Townsend Declaration, #_8_ Exhibit 7 to Townsend Declaration)(Freiman, Jonathan) (Entered: 07/09/2009) |
| 07/24/2009 | Ï 22 | MOTION for Leave to File *Sur–Reply* by REPUBLIC OF PERU (Attachments: # _1_ Exhibit Sur–Reply, #_2_ Text of Proposed Order Proposed Order)(Cook, William) (Entered: 07/24/2009) |
| 07/24/2009 | Ï 23 | MOTION for Hearing by REPUBLIC OF PERU (Attachments: #_1_ Text of Proposed Order Proposed Order)(Cook, William) (Entered: 07/24/2009) |
| 07/30/2009 | Ï 24 | ORDER granting_18_ Motion to Transfer the Case to Connecticut. Signed by Judge Henry H. Kennedy, Jr., on July 30, 2009. (lchhk2.) (Entered: 07/30/2009) |
| 08/11/2009 | Ï | Case transferred out to the USDC for the District of Connecticut, pursuant to Court Order entered 7/30/2009. Sent to Court Extraction. (tr) (Entered: 08/11/2009) |