## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| REPUBLIC OF PERU, | : |
|     Plaintiff, | : Case No.: 3:09-cv-01332 (AWT) |
| v. | : |
| YALE UNIVERSITY, | : |
|     Defendant. | : October 16, 2009 |

## YALE UNIVERSITY'S MOTION TO DISMISS
## PERU'S AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM

For the reasons set forth in the accompanying memorandum of law, Defendant Yale University moves to dismiss Peru's amended complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**ORAL ARGUMENT REQUESTED**

DEFENDANT YALE UNIVERSITY

By:   <u>/s/ Jonathan M. Freiman</u>
     Jonathan M. Freiman (ct24248)
     Tahlia Townsend (ct27687)
     Amos E. Friedland (ct27989)
     WIGGIN AND DANA LLP
     One Century Tower
     P.O. Box 1832
     New Haven, CT 06508-1832
     (203) 498-4400
     (203) 782-2889 fax
     jfreiman@wiggin.com
     ttownsend@wiggin.com
     afriedland@wiggin.com

     R. Scott Greathead (*pro hac vice*)
     WIGGIN AND DANA LLP
     450 Lexington Avenue, Suite 3800
     New York, NY 10017
     (212) 490-1700
     (212) 490-0536 fax
     sgreathead@wiggin.com

     *Attorneys for Yale University*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2009, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Jonathan M. Freiman
Jonathan M. Freiman