# EXHIBIT A

## ROSE AFFIDAVIT

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| REPUBLIC OF PERU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.:  3:09−cv−01332−AWT |
| v. | ) | |
| | ) | |
| YALE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>DECLARATION OF HAROLD ROSE</u>

I, Harold Rose, being duly sworn, state the following:

1.      I am over the age of 18 years, believe in the obligation of an oath, and am competent to testify to the matters set forth in this Declaration.

2.      I am an Associate General Counsel at Yale University.

3.      On January 16, 2009, a process server who identified himself as Eric Rubin personally served me with the original summons and complaint in this action at the Office of the General Counsel of Yale University, and I accepted service on Yale University's behalf.

4.      Yale University had not been previously served in this matter.

5.      When he served me on January 16, 2009, Mr. Rubin also gave me a copy of a letter from Edward S. Scheideman (attorney for the Government of Peru) addressed to Dorothy K. Robinson (Vice President and General Counsel, Yale University).  The letter bore the date of January 13, 2009.  A true and correct copy of that letter is attached as Exhibit 1 to this Declaration.

_____
Harold Rose

Subscribed and sworn to before me this 16th day of October 2009.

Notary Public

Lourdes O'Neil Haynes

My Commission Exp 11/30/12

# EXHIBIT A-1

## TO ROSE AFFIDAVIT

 **DLA PIPER**

DLA Piper LLP (US)
500 8th Street, N.W.
Washington, D.C. 20004
T 202.799.4000
F 202.799.5000
W www.dlapiper.com

EDWARD S. SCHEIDEMAN
edward.scheideman@dlapiper.com
T 202.799.4534

January 13, 2009

VIA PRIVATE PROCESS SERVER

Dorothy Kathryn Robinson, B.A., J.D.
Vice President and General Counsel
Yale University
2 Whitney Avenue
6th Floor
New Haven, Connecticut 06510

Re:     Republic of Peru v. Yale University; Case No. 1:08-cv-02109

Dear Ms. Robinson:

Enclosed please find the Republic of Peru's Original Complaint filed in the United States District Court for the District of Columbia, as well as the Court's Summons directed to Yale University. Per your direction, we are serving these documents at your office located at 2 Whitney Avenue, 6th Floor, New Haven, Connecticut 06510.

Sincerely,

Edward S. Scheideman

ESS/dmc
Enclosures

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Republic of Peru
   Jiron Lampa 545
   Cercado de Lima
   Lima 1, Peru

**SUMMONS IN A CIVIL CASE**

### V.

Yale University
   2 Whitney Avenue, 6th Floor
   New Haven, Connecticut 06520

Case: 1:08-cv-02109
Assigned To : Kennedy, Henry H.
Assign. Date : 12/5/2008
Description: General Civil

TO: (Name and address of Defendant)

Yale University
2 Whitney Avenue, 6th Floor
New Haven, Connecticut 06520

A TRUE COPY ATTEST

PROCESS SERVER
Eric Rubin

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William P. Cook
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, D.C. 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000
william.cook@dlapiper.com

an answer to the complaint which is served on you with this summons, within _____90_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

**DEC - 5 2008**

NANCY M. MAYER-WHITTINGTON

CLERK                                            DATE

(By) DEPUTY CLERK