# EXHIBIT B
## TOWNSEND AFFIDAVIT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| REPUBLIC OF PERU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 3:09−cv−01332−AWT |
| v. | ) | |
| | ) | |
| YALE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF TAHLIA TOWNSEND

I, Tahlia Townsend, being duly sworn, state the following:

1.     I am over the age of 18 years, believe in the obligation of an oath, and am competent to testify to the matters set forth in this Declaration.

2.     I am an attorney with the law firm Wiggin and Dana, LLP, and I represent Yale University in this case.

3.     Attached hereto as Exhibits B-1 to B-23 are true and correct copies of the following documents:

**Exh.B-1.**     Letter dated December 8, 2005 letter from Barbara Shailor to Honoarable Gustavo Pacheco Villar, President of the Peruvian Commission on Foreign Relations.

**Exh.B-2.**     Official transcript of the November 28, 2005 hearing before the Foreign Affairs Committee of the Peruvian Congress.

**Exh.B-3.**    Fox News, *Peru to Sue Over Artifacts* (Nov. 30, 2005), *available at*

http://www.foxnews.com/printer_friendly_story/0,3566,177194,00.html

(last visited Oct. 16, 2009).

**Exh.B-4.**    CBS News, *Peru Poised to Sue Yale for Relics* (Nov. 30, 2005), *available*

*at* http://www.cbsnews.com/stories/2005/11/30/world/main1087897.shtml

(last visited Oct. 16, 2009).

**Exh.B-5.**    Copy of Exhibit Z to Peru's original complaint, No. 1:08-cv-02109-HHK

[doc. # 1-27], a print-out of the Peabody Museum webpage with web

address http://www.peabody.yale.edu/exhibits/machupicchu.html

**Exh.B-6.**    Letter dated October 20, 2005 from counsel for Peru to Yale President

Richard Levin (declaring Peru's intention to file a lawsuit) and the first

page, relevant paragraphs, and internal Exhibit CC of the draft complaint

referenced in and attached to that letter.

**Exh.B-7.**    Associated Press, *Peru wants Yale University to give back Machu Picchu*

*relics* (Mar. 6, 2003).

**Exh.B-8.**    California State University, *National Exhibition Includes Machu Picchu*

*Virtual Tour Create by Cal State Hayward Team* (Nov. 14, 2003),

*available at* http://www.calstate.edu/newsline/Archive/03-04/031114-

hay.shtml (last visited Oct. 16, 2009)

**Exh.B-9.**    Yale Office of Public Affairs, *Major Exhibition on Machu Picchu Opens*

*January 26 at Peabody Museum* (Jan. 15, 2003), *available at*

http://opa.yale.edu/news/article_print.aspx?id=4491 (last visited Oct. 16,
2009).

Exh.B-10.     *Peabody exhibition sheds light on mysteries of Machu Picchu*, 31 Yale

Bulletin & Calendar 15, 1 & 7 (Jan. 17, 2003), *available at*

http://www.yale.edu/opa/arc-ybc/v31.n15/story3.html (last visited Oct. 16,

2009).

Exh.B-11.     *Major Exhibition on Machu Picchu Opens January 26 at Yale Peabody*

*Museum*, 8 Yale Environmental News 1, 26-27 (Winter 2003).

Exh.B-12.     Google's cached copy of *Largest-ever Incas exhibit at the Peabody*,

XXXV The Yale Herald 3, (Jan. 31, 2003), *available at*

http://74.125.93.132/search?q=cache:sNWhil9u6CAJ:www.yaleherald.co

m/article.php%3FArticle%3D1653+%22largest-

ever+incas+exhibit+at+the+Peabody%22&hl=en&gl=us&strip=0 (last

visited Oct. 16, 2009).

Exh.B-13.     *Peabody receives grant for Machu Picchu exhibit*, 30 Yale Bulletin &

Calendar 25, 8 (Apr. 12, 2002), *available at* http://www.yale.edu/opa/arc-

ybc/v30.n25/story9 (last visited Oct. 16, 2009).

Exh.B-14.     *Peabody Receives CHC Grant to Fund Audio Visual Components of*

*Machu Picchu Exhibit*, 7 Yale Environmental News 3, 5 (Spring 2002).

Exh.B-15.     *Peabody Museum Notebook*, 20 Discovery 2, 31 (1987).

3

**Exh.B-16.**    *What's the Big Idea?  Exhibitions at the Peabody Museum*, 23 Discovery 1, 34-35 (1992).

**Exh.B-17.**    Title page and selected pages from *Machu Picchu: Unveiling the Mystery of the Incas* (R. Burger and L. Salazar, eds. Yale University Press, 2004).

**Exh.B-18.**    Title page and selected pages from Hiram Bingham, *Machu Picchu: A Citadel of the Incas* (Yale University Press, 1930).

**Exh.B-19.**    Supreme Resolution (Resolución Suprema) dated February 19, 1921, and accompanying certifications by U.S. and Peruvian authorities.

**Exh.B-20.**    Title page and selected pages from Bulletin of Yale University, Report of the President of Yale University 1922-1923 (Sept. 1, 1923).

**Exh.B-21.**    Excerpt from Yale University News Statement (Dec. 27, 1925).

**Exh.B-22.**    Richard S. Lull, *The Collections*, VII Museum Work 5, 139-40 (1925), *reprinted in* The New Peabody Museum.

**Exh.B-23.**    *The Peabody Museum Collections*, XXXIII The Yale Alumni Weekly 15, 401-402 (Dec. 28, 1928).

4.      The Internet Archive is a non-profit organization that maintains a website providing free public access to a digital library of archived historical websites, just as a public library or document depository provides free public access to a paper library of archived publications.  As a library permits users to view publications no longer in print, the Internet Archive permits users to view archived copies of webpages that are no longer maintained by

their publishers, or previous versions of extant pages.  Like going to a library and filling out a

form to ask for a hard copy of a publication, a person seeking archived websites types the

address (commonly known as the "URL") of the desired webpage into a search engine that the

Internet Archive calls "the Wayback Machine."  In response to a Wayback Machine search, the

Internet Archive displays a list of dates, each linked to a corresponding copy of the webpage

from that date.  By clicking on a date in the result list, the user arrives at a webpage

corresponding to that date.

5.      Based upon my experience, each archived webpage retrieved from the Internet

Archive is assigned a unique URL of the following format:

http://web.archive.org/web/TIMESTAMP/Original URL of the archived webpage, where the

timestamp contains the year, month, day, hour, minute, and second that the webpage was

archived.  The timestamp follows the following format: YYYYMMDDhhmmss, with "Y"

referring to the year; "M" referring to the month; "D" referring to the day; "h" referring to the

hour; "m" referring to the minute; and "s" referring to the second.

6.      Attached hereto as Exhibits B-24 to B-31 are true and correct copies of the

following documents:

**Exh.B-24.**      Print-out of the Yale Peabody webpage

http://www.peabody.yale.edu/exhibits/machupicchu.html stored by the

Internet Archive with a time-stamp corresponding to 09/01/2005,

*available at*

http://web.archive.org/web/20050901050409/http://www.peabody.yale.ed

u/exhibits/machupicchu.html (last visited Oct. 16, 2009).

5

**Exh.B-25.**    Print-out of the Yale Peabody webpage

http://www.peabody.yale.edu/exhibits/machupicchu.html stored by the

Internet Archive with a time-stamp corresponding to 10/18/2005,

*available at*

http://web.archive.org/web/20051018204119/http://www.peabody.yale.ed

u/exhibits/machupicchu.html (last visited Oct. 16, 2009).

**Exh.B-26.**    Print-out of the Yale Peabody webpage

http://www.peabody.yale.edu/exhibits/machupicchu.html stored by the

Internet Archive with a time-stamp corresponding to 12/12/2005,

*available at*

http://web.archive.org/web/20051212063551/http://www.peabody.yale.ed

u/exhibits/machupicchu.html (last visited Oct. 16, 2009).

**Exh.B-27.**    Print-out of the Yale Peabody webpage

http://www.peabody.yale.edu/exhibits/inca/ stored by the Internet Archive

with a time-stamp corresponding to 10/21/2002, *available at*

http://web.archive.org/web/20021021085740/http://www.peabody.yale.ed

u/exhibits/inca/ (last visited Oct. 16, 2009).

**Exh.B-28.**    Print-out of the Yale Peabody webpage

http://www.peabody.yale.edu/exhibits/inca/ stored by the Internet Archive

with a time-stamp corresponding to 12/19/2002, *available at*

http://web.archive.org/web/20021219025428/http://www.peabody.yale.ed

u/exhibits/inca/ (last visited Oct. 16, 2009).

**Exh.B-29.**       Print-out of the Yale Peabody webpage

http://www.peabody.yale.edu/exhibits/inca/ stored by the Internet Archive

with a time-stamp corresponding to 02/10/2003, *available at*

http://web.archive.org/web/20030210143105/http://www.peabody.yale.ed

u/exhibits/inca/ (last visited Oct. 16, 2009).

**Exh.B-30.**       Print-out of the Yale Peabody webpage

http://www.peabody.yale.edu/exhibits/ stored by the Internet Archive with

a time-stamp corresponding to 04/17/1997, *available at*

http://web.archive.org/web/19970417035124/http://www.peabody.yale.ed

u/exhibits (last visited Oct. 16, 2009).

**Exh.B-31.**       Print-out of the Yale Peabody webpage

http://www.peabody.yale.edu/exhibits/ stored by the Internet Archive with

a time-stamp corresponding to 02/19/1999, *available at*

http://web.archive.org/web/19990219182901/http://www.peabody.yale.ed

u/exhibits (last visited Oct. 16, 2009).

Tahlia Townsend

Subscribed and sworn to before me this 16th day of October 2009.

Notary Public

My Commission Expires Nov. 30, 2012

7