# EXHIBIT B-1
## TO TOWNSEND AFFIDAVIT

# Yale University

OFFICE OF THE PROVOST
New Haven, Connecticut 06520

December 8, 2005

Honorable Gustavo Pacheco Villar
President
Commission on Foreign Relations
Congress of the Republic
Lima, Peru

Dear Sr. Pacheco:

    I write on behalf of Yale University and its Peabody Museum of Natural History with respect to the hearing that took place on November 28, 2005 before the Commission on Foreign Relations with respect to artifacts excavated by Hiram Bingham on his expeditions to Peru during the period 1911-1916, which have been in the collections of the Peabody Museum since that time.

    Specifically, I am writing to respond to certain statements made in the course of the hearing by the Director of the National Institute of Culture, Dr. Luis Guillermo Lumbreras Salcedo, and Member of Congress Mario Ochoa Vargas.

    But first, I wish to express Yale's complete agreement with the statement Foreign Minister Oscar Maurtua reportedly gave to the Associated Press on December 2 indicating that Peru preferred a settlement of this matter "to a long, expensive legal fight."

    We also share the view expressed by Dr. Lumbreras at the hearing that Machu Picchu "belongs not only to Peru but to humanity," and that its monuments were properly declared a Cultural Patrimony of the World by UNESCO. It is in the spirit of that designation that we have proposed to collaborate with Peru in overseeing the return to Peru a substantial number of the artifacts at issue and creating facilities in Peru that will ensure the continued conservation and exhibition of these objects.

**Yale's Proposal to Collaborate**

    We regret that there was no mention at the hearing on November 28 of the discussions concerning collaboration that began over three years ago with two meetings in Lima between the former Director of the Peabody Museum Richard Burger and Co-curator Lucy Salazar and First Lady Eliane Karp. At the second of the meetings, held in the Palace, Luis Lumbreras and then Vice Minister Manuel Rodriguez were also present, and President Toledo briefly joined. Discussions were held with representatives of the Peruvian government on numerous occasions since then in New Haven and in Washington, D. C.

Yale's current proposal includes these components: (i) the return to Peru of a substantial number of the objects that are suitable for display, and the continued presence at Yale of some materials for display and research; the designation of these materials would be jointly determined by archaeological experts designated by Yale and Peru; (ii) Yale's assistance to Peru in installing and maintaining the objects in an appropriate museum setting for display to the public and research use at a site either in Cuzco or in the Machu Picchu area; and (iii) a continuing collaborative relationship between Yale and Peruvian scholars centered around study and education involving the Machu Picchu materials.

As part of a resolution of the situation, Yale would recognize the importance to the Peruvian people and to the region's indigenous culture of the materials and the return of this patrimony, and Peru would give honorable recognition to Yale for its stewardship of the collection for nearly a century, and in the scientific and scholarly contributions thereby made possible.

We believe our proposal offers a reasonable and sensible path to avoiding unnecessary and costly litigation.

## What Yale Possesses and Does Not Possess

During the hearing Dr. Lumbreras was not precise in describing exactly what his government was asking Yale to return. As we understand the government's demand, Peru seeks the return of those archaeological objects that were excavated by Hiram Bingham during his Peruvian expeditions and exported to Yale University during the period 1911-1916. Materials purchased by Bingham during his stays in Peru are not included, nor are other materials of historical interest associated with Bingham that are in the collections of Yale's Peabody Museum of Natural History.

In his statement at the hearing, Dr. Lumbreras stated that Yale had official authorization to "temporarily export" the objects that are the subject of Peru's demand, but that it failed to return the objects as required. Dr. Lumbreras specifically referred to, but only partially quoted, a resolution, dated January 27, 1916, which requires the return within 18 months of "objects extracted from the Department of Cuzco in the years 1914 and 1915." This resolution does not apply to any other objects that were exported by Hiram Bingham during his expeditions.

According to a contemporaneous letter of Hiram Bingham, dated November 28, 1916, the objects extracted during the 1914-15 expedition comprise "seventy-four boxes of potsherds, bones and a few archaeological objects of interest to science, but nothing of value." Based on its records, Yale believes that all of the objects brought to New Haven as a result of the 1914-15 expedition were returned to Peru long ago, and thus none of the objects remaining in Yale's possession are from those excavations.

At the hearing, Congress member Ochoa asserted that Yale has in its possession "almost 5000 objects; exactly 4912, I believe." These numbers are misleading.

As we have reported to Peru's representatives, Yale has approximately 250 pieces of exhibitable quality that were excavated by Hiram Bingham at Machu Picchu in 1912. Most of these pieces are included in the exhibition entitled "Machu Picchu: Unveiling the Mystery of the Incas," and many are illustrated and described in the exhibition catalogue published by the Yale University Press in 2004. Those that are not on display are either redundant with exhibited pieces or have conservation issues. Beyond these, Yale has quantities of pottery shards, human and animal bones, and other items of potential research value only. A detailed description of the human and animal bones was published by the Peabody Museum in 2003. Copies of both recent publications have been given to the Museo Nacional de Antropología, Arqueología e Historia in Lima and the Museo Inka in Cuzco. Yale has no mummies, no gold objects, and only a small number of silver pieces.

**Governing Law**

We have consulted with respected experts in Peruvian law, and are advised that the Civil Code of 1852, which was in effect at the time of the Bingham expeditions, gave Yale title to the artifacts at the time of their excavation and ever since.

Again, let me repeat that Yale does not believe that these issues should be determined by litigation, which only promises to be long and costly. Nor do we believe a lawsuit would serve the interest we all share in conserving and exhibiting these objects for the benefit of all humankind.

Respectfully yours,

*Barbara A. Shailor*
Barbara A. Shailor
Deputy Provost for the Arts