# EXHIBIT B-2
## TO TOWNSEND AFFIDAVIT

Área de Transcripciones

## CONGRESO DE LA REPÚBLICA
## PRIMERA LEGISLATURA ORDINARIA DE 2005

### COMISIÓN DE RELACIONES EXTERIORES

### LUNES 28 DE NOVIEMBRE DE 2005
### PRESIDENCIA DEL SEÑOR GUSTAVO PACHECO VILLAR

—*A las 15 horas y 18 minutos, se inicia la sesión.*

**El señor PRESIDENTE.**— Siendo las tres de la tarde con 18 minutos, del lunes 28 de noviembre de 2005, vamos a iniciar la Sesión Ordinaria N.° 13, con la presencia de los congresistas Rafael Rey Rey, Alcides Llique Ventura y Gustavo Pacheco, en la dirección de esta sesión, esperando la llegada de otros parlamentarios de otras bancadas que están en camino.

Con la venia de ustedes se da cuenta que se ha entregado a sus despachos los siguientes documentos:

### DESPACHO

**El señor PRESIDENTE.**— Registro de documentos ingresados a la comisión del 18 al 25 de noviembre del presente año: Predictamen del Proyecto de Resolución Legislativa que propone aprobar el Tratado General de Integración y Cooperación Económica y Social para la conformación de un mercado común entre la República del Perú y la República de Bolivia.

El señor canciller de la República estuvo muy interesado en que se aprobara este Tratado General. Ya está en conocimiento de ustedes.

Acta N.° 10, de las sesiones del lunes 7, jueves 10 y viernes 11 de noviembre; y Proyecto de Ley 14064/2005, sobre el Tratado entre la República del Perú y la República Popular China, sobre asistencia judicial en materia penal.

### Informes

**El señor PRESIDENTE.**— En la estación Informes, señores congresistas, quiero mencionar que en la mañana de hoy hemos tenido, hasta hace pocos minutos, el V Foro de los Peruanos en el Exterior. Es un foro que ha sido inaugurado por el congresista José Luis Delgado Núñez del Arco, miembro del Partido Aprista Peruano, y que ha sido seguido por el congresista Humberto Requena Oliva, miembro del FIM, la continuación del congresista Luis Solari de la Fuente, de Concertación Parlamentaria, y del congresista Ántero Flores-Aráoz, Presidente de la Comisión de Constitución, quien clausuró el evento. Entre medias, hubo la visita del Presidente del Congreso, Marcial Ayaipoma Alvarado.

Hicimos contacto con la ciudad de Santiago de Chile, vía videoconferencia, donde pudimos saber cómo están nuestros peruanos en Chile. La visita de innumerables consejos de consulta provenientes de Estados Unidos y Canadá, que hoy nos acompañan en la sesión, los mismos que presentarán la Declaración de New Jersey ante los señores parlamentarios.

La bienvenida a la congresista Elvira de la Puente.

Informe del documento dirigido al Presidente Alejandro Toledo, planteando la necesidad de que el Estado peruano restablezca las relaciones diplomáticas con la República Árabe Saharaui Democrática (RASD), suspendida en 1996 durante el gobierno del señor Alberto Fujimori Fujimori.

Ruego, por favor, se pueda fotocopiar este documento, en el acto, que está firmado por Alberto Andrade, Javier Diez Canseco, Lourdes Flores Nano, Alan García Pérez, Valentín Paniagua y David Waisman, repito, para recomenzar nuestras relaciones con la República Árabe Saharaui Democrática.

Informe del documento remitido por el embajador Luis Machiavello sobre su asistencia a la comisión. Señores parlamentarios, el embajador Machiavello ha dicho que no tiene orden de la Cancillería de la República para comparecer ante esta comisión y pido que esto se pase al Orden del Día.

Hoy, el canciller Oscar Maúrtua ha dirigido, al mediodía, la siguiente comunicación:

"Señor Presidente, es grato dirigirme a usted, en relación a su atento oficio, mediante el cual solicita se disponga lo pertinente para que el ex embajador del Perú en Japón, Luis Machiavello Amorós, sea invitado al Congreso de la República, el lunes 28 de los corrientes.

Sobre el particular, cumplo con informarle que el contenido de su comunicación ha sido puesta oportunamente en conocimiento del embajador Machiavello".

Que se ponga al Orden del Día, por favor, este punto si son tan amables.

Documento secreto remitido por el Ministerio de Relaciones Exteriores, sobre el derecho del mar, la Convención del Mar. Pido, por favor, solamente una copia por parlamentario, que les puedan hacer llegar. Yo todavía no he leído esto, les ruego a ustedes, por favor, señores parlamentarios, guardar en secreto este documento que a continuación se les repartirá en sobre cerrado.

Informe N.º 4, sobre el reconocimiento internacional de la Unesco del arte textil de Taquile —mi tierra, Lago Titicaca— como Obra Maestra del Patrimonio de la Humanidad.

Quinto, oficio del congresista Mario Ochoa, comunicando su decisión de retirarse del grupo de trabajo encargado de investigar las posibles irregularidades en la afiliación de la Federación Peruana de Fútbol ante la Federación Internacional de Fútbol Asociado. Dice que: por tener que instalar la comisión de seguimiento de la Interoceánica, lo que me imposibilita atender con esmero dicho grupo de trabajo.

Se acepta esta renuncia. Se le transfiere, por favor, al congresista Alcides Llique, que es el presidente del grupo de trabajo, para que tenga a bien proceder conforme considere.

Pasamos a la estación de Pedidos.

**Pedidos**

**El señor PRESIDENTE.—** Congresista Elvira de la Puente, tiene la palabra.

**La señora DE LA PUENTE HAYA (PAP).—** Gracias, señor Presidente.

En realidad es un pedido y un informe, pero que comprende un pedido.

Se trata de que yo me he dirigido al viceministro de Comercio Exterior y jefe del equipo negociador peruano del TLC Perú-Estados Unidos, con relación a la situación de numerosos peruanos, y tomando la representación de los consejos de consulta que me han transmitido su preocupación porque el tema de los inmigrantes en Estados Unidos ha venido estando incluido en la negociación del Tratado de Libre Comercio que nuestro país venía negociando, pero no ha sido tratado en la Décimo Tercera Ronda, que ha sido realizada en Washington.

Esta preocupación ha aumentado justamente después de haberse enterado de la existencia de ciertas iniciativas legislativas norteamericanas que vienen planteando restringir la permanencia de los latinoamericanos en el país del norte.

Nos ha enviado una carta sobre este tema el señor Julio Alva Pantoja, que es presidente del Consejo de Consulta del Consulado General del Perú en Miami y miembro de la Liga de Ciudadanos Latinoamericanos Unidos.

**El señor PRESIDENTE.—** (Interviene fuera de micrófono)... miembro del APRA.

**La señora DE LA PUENTE HAYA (PAP).—** Sí, también, señor Presidente. Mi correligionario, si se puede decir.

Yo adjunté la carta de señor Alva Pantoja al viceministro, y me dirigí a él aclarando que justamente en una de las últimas rondas de negociaciones en la Comisión de Comercio Exterior, ante algunas preguntas nuestras por esta situación de los peruanos en Estados Unidos y cómo podrían ser ellos afectados dentro del Tratado de Libre Comercio en la situación que se viene planteando, nos respondieron que este tema se venía viendo —fue una pregunta mía justamente— en la Mesa de Servicios Transfronterizos y que incluso en ese momento estaban creando un grupo de trabajo sobre servicios profesionales. Fue lo que nos respondieron. Y que existía la posibilidad de que hubiera un reconocimiento de títulos y de libre ejercicio profesional, con lo que —decía ellos— se lograría facilitar el acceso a la obtención de las visas formales en los Estados Unidos.

Entonces, yo he insistido sobre este asunto. Y quiero pedirle, señor Presidente, que nuestra comisión vuelva a dirigirse al viceministro de Comercio Exterior. Justamente estamos en un período de receso en las negociaciones...

-2-

**El señor**          .— (Interviene fuera de micrófono).

**La señora DE LA PUENTE HAYA (PAP).—** El viceministro de Comercio Exterior es el jefe del equipo negociador peruano, ¿verdad? Puede ser a los dos también, con copia.

Y pedirle que nos indique cuáles son exactamente los avances sobre este punto, ya que hasta la fecha no he obtenido ninguna respuesta. Sobre cómo está el trabajo de esa mesa de trabajo que habían constituido para ver el tema justamente del ejercicio profesional de los ciudadanos peruanos en los Estados Unidos, lo que facilitaría la obtención de visas.

Gracias, señor Presidente.

Hacer lo nuestro es lo que le pido.

Gracias.

**El señor PRESIDENTE.—** Saludo la pasión con la que defiende a sus correligionarios.

Congresista Mario Ochoa Vargas, bienvenido.

Con el quórum correspondiente, suplico a los señores parlamentarios la aprobación del Acta N.°10 de las sesiones del lunes 7, jueves 10 y viernes 11 de noviembre. Si no hay ninguna oposición, se aprueba nuestra acta correspondiente.

¿Algún pedido más? Congresista Alcides Llique, tiene la palabra.

**El señor LLIQUE VENTURA (PP).—** Señor Presidente, quiero informar de que hemos tenido la mejor intención de trabajar en el grupo de investigar las posibles irregularidades en la afiliación de la Federación Peruana de Fútbol ante la FIFA, por documentos que se trajo acá anteriormente a la comisión, sobre todo un libro de actas de la fundación de nuestra organización y la agremiación, que en materia de hasta donde tenemos conocimiento es que afiliación y agremiación no son... o la incorporación, tal como dice el acta, no son temas similares; pero, lamentablemente, tenemos el plan de trabajo estructurado y no se ha podido conformar el grupo.

Acaba usted de leer la solicitud del colega Mario Ochoa, que está renunciando, y yo pediría, de no ser así, señor Presidente, como es una materia más específica de la Comisión de Juventud y Deporte, podamos pasarle a ese grupo de trabajo. O en todo caso, si usted lo autoriza, podemos también nosotros integrar una comisión mixta con ellos.

Pero, definitivamente, hemos conversado con varios de los miembros de esta comisión, y no se puede hacer el trabajo encomendado, señor Presidente.

Eso es lo que tengo que informar.

**El señor PRESIDENTE.—** Señores parlamentarios, si les parece, facultamos al colega Alcides Llique, habiendo tramitado la renuncia el colega Ochoa, a que, en nombre de nuestra comisión, usted tenga la gentileza de coordinar con la Comisión de Juventud y Deporte y evacuar un documento conjunto.

Entonces, usted, cuando concluya el trabajo, nos presenta el borrador, el proyecto, para ser aprobado aquí también en la Comisión de Deporte, porque sí tiene que ver con el tema internacional, sí tiene que ver con el tema exterior.

Entonces, tanto sí es verídico como si no, para iniciar una mayor investigación o para simplemente dejar las cosas como están.

Gracias, colega.

¿Más pedidos?

Pasamos al Orden del Día.

## ORDEN DEL DÍA

**El señor PRESIDENTE.—** Voy a invitar al ministro Carlos Pajares a que tenga la bondad de acompañarme, de la Cancillería del Perú, él trabaja en la Secretaría de la Comisión de Peruanos en el Exterior, y a los miembros de los Consejos de Consulta de Estados Unidos y Canadá, que por favor tomen sus emplazamientos.

Se da la bienvenida al señor Ángel Berrocal, del Consejo de Consulta de New Jersey, que presidió la I Convención Mundial de Consejos de Consulta justamente en aquel Estado, y está acompañado de otros

-3-

presidentes de consejos de consulta, incluido uno que es muy compañero y correligionario de la congresista Elvira de la Puente, y a quien, entiendo, está promocionando en la campaña previa de su partido. (2)

Nos van a entregar, colegas, la Declaración del Acta de Nueva Jersey de los Consejos de Consulta de las comunidades peruanas.

Así que les ofrezco la palabra. El ministro Carlos Pajares puede intervenir cuando así lo considere.

Señor Ángel Berrocal, bienvenido al seno de nuestra comisión.

**El señor BERROCAL.—** Muchísimas gracias, Presidente; señores congresistas, tengan ustedes muy buenas tardes.

Nosotros somos una comisión que ha venido a presentar la Declaración de Nueva Jersey 2005, que nace de la Primera Convención Internacional de los Consejos de Consulta, quienes son los representantes ante los Consulados de las comunidades peruanas en el exterior alrededor del mundo.

Si me permiten, no voy a tomar más de un minutos leer los puntos más resaltantes de la declaración.

"Declaración de Nueva Jersey 2005.

Los presidentes y miembros de los consejos de consulta de Boston, Massachusettes, Chicago, Illinois, Denver, Hartford, Los Ángeles, California, Miami, New York, Patterson, San Francisco, California, Washington, así como los de Toronto, Canadá, Caracas, Barcelona, Génova y Bruselas históricamente reunidos en el Estado de Nueva Jersey los días 3 y 4 de setiembre en el marco de la Primera Convención Internacional de Consejos de Consulta, hemos sostenido deliberaciones sobre temas concernientes a la problemática de las comunidades peruanas en el exterior: a sus preocupaciones, aspiraciones y necesidades.

Los acuerdos alcanzados han tenido en consideración lo siguiente:

Que el número de peruanos que residen en el exterior se incrementa día a día, constituyendo a la fecha un grupo de población significativo e influyente.

Que la contribución de las comunidades peruanas en el exterior a través de las remesas de dinero y tasas consulares han pasado a representar, si no la más importante, una de las principales fuentes de ingreso a la economía del país.

Que las comunidades en el exterior constituyen un grupo humano con necesidades especiales derivadas de su lejanía de la Patria, las mismas que deben ser atendidas por el Estado peruano considerando sus particulares características.

Que los Consejos de Consulta desarrollan una labor voluntaria y desinteresada en favor de los connacionales, recogiendo sus inquietudes y apoyándolos en sus necesidades.

Que a la luz de la experiencia de cuatro años de vigencia, es necesario efectuar los ajustes recomendados en la Primera Convención Internacional al marco legal que regula su funcionamiento.

En ese sentido, se han tocado puntos de una amplia agenda de trabajo y los detalles de los acuerdos alcanzados se encuentran consignados en el informe de la Convención.

Entre los principales acuerdos se pueden destacar los siguientes:

Reafirmar el compromiso de apoyo y respaldo a la ciudadanía peruana individual y en forma conjunta a las comunidades peruanas en el exterior, solicitando al Gobierno peruano una partida económica para realizar ese compromiso.

Solicitar elevar la creación de los Consejos de Consulta de los Consulados generales del Perú a ley orgánica.

También pedimos convertir en viceministerio la Secretaría de Comunidades Peruanas en el Exterior.

Implementar mecanismos de diálogo permanente entre los Consejos de Consulta que permitan un adecuado intercambio de experiencias, de modo de enriquecer nuestra contribución a la comunidad: y representación ante el Gobierno peruano, a través de la creación de un congreso permanente de los Consejos de Consulta.

Todos estos acuerdos ya han sido pedidos al Ministerio de Relaciones Exteriores, también han sido llegados a esta Comisión de Relaciones Exteriores, y a las entidades gubernamentales con injerencia en los problemas de los peruanos en el exterior.

En nombre de todas las comunidades peruanas en el extranjero, a quienes representamos, esto se dio en la ciudad de Isruterford, Nueva Jersey, los días 3 y 4 del mes de setiembre de 2005.

Voy a hacer entrega, Presidente, de todas las mesas de trabajo oficial y la declaración completa de Nueva Jersey para que sea fotocopiada y, por favor, entregada también a los miembros de la comisión.

**El señor PRESIDENTE.—** Colegas, por favor, que se fotocopie por favor esta declaración Primera Convención Internacional de Consejos de Consulta de los Consulados Generales del Perú bajo el lema 'por la unificación de los peruanos en el Perú y en el exterior, Declaración de Nueva Jersey 2005, consta de dos páginas el documento principal y, luego, las mesas de trabajo que han acompañado a este informe, son aproximadamente un conjunto de 12 páginas. Por favor, ruego fotocopiar, para que los señores parlamentarios tengan.

Es un documento que muestra el primer esfuerzo de síntesis de los tres años largos que llevan los Consejos de Consulta desarrollados por la Cancillería.

Ministro Carlos Pajares, si desea decir algo.

**El señor PAJARES.—** No, señor Presidente. No tengo ningún comentario, simplemente que también nosotros hemos recibido ese documento, lo tenemos. Y seguramente el día miércoles, que ustedes van a ir, van a discutirlo con el embajador. Ese es el único comentario.

**El señor PRESIDENTE.—** Agréguese el pedido de la congresista Elvira de la Puente en el sentido, si les parece bien, señores parlamentarios, escribir al Viceministro de Comercio Exterior y Turismo, jefe del equipo negociador, don Pablo de la Flor, con copia al señor ministro del mismo sector, a los efectos de que nos informen con carácter de urgencia, en la medida que hay un intervalo en la negociación con Estados Unidos sobre el TLC, sobre qué medidas está tomando en esta mesa, referente a este problema migratorio con Estados Unidos.

Entonces esto, por favor, que se haga con carácter de urgencia.

Entiendo que van a hacer uso de la palabra quienes no pudieron participar.

Señor Berrocal, por favor.

**El señor BERROCAL.—** Sí, señor Presidente; miembros del Congreso otra vez.

Nosotros hemos traído para demostrar la experiencia y el trabajo que realizan los Consejos de Consulta, una demostración de todos los miembros aquí presentes con sus trabajos, labores, actitudes, que han realizado muchas veces bajo perjuicio de su propio bolsillo.

Muchos de ellos han tenido la oportunidad de expresarse en el forum, pero hemos dejado dos exposiciones para el final con la muestra palpante de una acción de vida real que sucedió y un trabajo directo del Consejo de Consulta de Chicago para que sea escuchado por la comisión y para que nuestro pedido sea sustentado por esto.

No solamente sea sustentado por las acciones que se han tomado, sino también que sea sustentado por la cantidad de peruanos que somos en el exterior, que representamos más del diez por ciento y también por el influjo de dinero directo que hacemos a la economía nacional.

En ese sentido quiero, primero, presentar a la representante de Denver-Colorado, quien representa a ocho Estados en los Estados Unidos, la señora Rosanna Jerí.

**El señor PRESIDENTE.—** Señora Rosana Jerí en el uso de la palabra.

**La señora JERÍ, Rosana.—** Muchas gracias.

No quiero ser muy largo, porque sé qué el tiempo es siempre corto. El Consejo de Consulta de Denver está representando a los lugares de Airasgo*, Kansas, Montana, Nebraska, Nuevo México, Irta y Wayllomi.

Es mi segundo año de voluntaria en el Consejo de Consulta, fui reelecta este año, particularmente mi profesión, soy dentista, soy activa en la comunidad latina de mi iglesia Reina de la Paz, también soy san vicentina en el grupo de apoyo de vivienda, comida y ropa para la gente en necesidad.

-5-

Solamente voy a leer muy rapidito esto.

A pesar de las dificultades, condiciones económicas con la que empezamos, debido a la reglamentación vigente para los Consejos de Consulta de abstenerse de realizar actividades de naturaleza lucrativa.

El Consejo de Consulta del año 2005 y 2004 ha registrado un buen resultado para los peruanos en cuanto a lo relacionado con la integración y llegada a los clubes deportivos, sociales, religiosos y asociaciones peruanas en general.

Hemos tenido que vernos en la necesidad de ir directamente nosotros y buscar todas esas comunidades latinas, donde los peruanos también estamos mezclados con los centroamericanos y con los sudamericanos españoles y chilenos, lo que hay.

Específicamente en el grupo yo tomé una posición del servicio social, porque mi trabajo se dedica a la dentistería, a la medicina y siempre estoy por ahí.

El Consejo de Consulta nos vimos involucrados en muchas actividades de la comunidad, que Kayser Permanente es un hospital donde ellos presentaron un programa que se llamaba 'Conection', el programa en español es 'Conexión'.

Este programa fue llevado de la ciudad de Denver-Colorado, presentó este programa para todas las comunidades en necesidad médica. Los que no tenían seguro médico, estamos hablando de los peruanos que vamos de aquí a Colorado, a cualquier lugar del país, no tenemos seguro, el seguro mínimo que se paga para una persona, un individual es 345 dólares. Y Kaiser Permanente presentó una ganga, como lo decimos, 18 dólares por una persona, cubriendo 95% medicina general, sin pasar chequeo médico, o sea, estamos viendo si una persona tiene hepatitis o tiene el Sida, al extremo, no pasaba chequeo médico. Y lo más importante ha sido de que estas personas no tenían que presentar ninguna identificación legal.

Entonces nosotros, el Consejo de Consulta en Colorado, en Denver, nos pusimos a un trabajo arduo de siete meses. Gracias al Señor hemos involucrado a siete mil 500 peruanos en Denver con seguro médico por un lapso de dos años.

Con esto solamente le quiero decir y hacerles saber que la necesidad es grande, que a pesar de que nosotros algunos tenemos ya una posición, como dijo el señor Pacheco, ya hemos pasado, yo me fui de este país sola cuando yo tenía 19 años. Yo lo pasé en carne propia, yo fui niñera de una niñita en el día y en la noche tenía que ir a limpiar o a trabajar con las personas judías, yo atendía la comida, aprendí a cocinar comida judía, a la que le llaman Kosher.

Con el transcurso de los años uno necesita salir de la situación, como alguien temprano menciono: la necesidad a uno le hace hacerse vulnerable para cualquier situación que se presente. Porque de donde nosotros salimos, es eso, la agalla, la fuerza que nos sale, y gracias al Señor me ha costado muchísimos años, y he podido llegar a hacer mi dentistería y siempre sigo sirviendo a la comunidad.

Solamente es eso. Muchísimas gracias.

**El señor PRESIDENTE.—** A usted, un gran ejemplo.

Señor Berrocal.

**El señor BERROCAL.** — Sí, Presidente.

Ahora, permítame presentarle a la secretaria del Consejo de Consulta de Chicago, quienes también representan a ocho Estados. Esto lo hago mención, porque justamente estamos en época electoral y nosotros somos afectados específicamente en referencia a los votos.

Muchos de nosotros, los connacionales que viven en estas zonas alejadas al país estamos obligados a viajar, a veces hasta hospedarnos en un hotel para poder cumplir con la obligatoriedad, que es votar, o sino nos imponen una multa.

En este caso, permítanme, primero, dejar a Silvia Lozano, quien va a exponer y va a presentar un caso de vida específico que se trató y se solucionó directamente con el Consejo de Consulta. (3)

**El señor PRESIDENTE.—** Concluida la intervención de la señorita Silvia Lozano, doy cuenta que ya está en el Congreso, el Director del Instituto Nacional de Cultura, el doctor Luis Guillermo Lumbreras, para tratar el tema que el colega Mario Ochoa Vargas siempre ha puesto en el tapete, la propiedad de Machu Picchu y el rescate de los restos de Hiram Bingham.

segunda secretaria de la Cámara de Comercio en Chicago, Illinois.

**La señora REPRESENTANTE DEL CONSEJO DE CONSULTA Y SEGUNDA SECRETARIA DE LA CÁMARA DE COMERCIO DE CHICAGO, ILLINOIS, doña Silvia Lozano.—** Muchas gracias.

Mi nombre es Silvia Lozano, soy trujillana, estoy en el Consejo de Consulta y este es mi segundo año.

Mi labor realmente, a partir de pertenecer al Consejo de Consulta, también soy la segunda secretaria de la Cámara de Comercio en Chicago, Illinois.

No los quiero cansar, porque realmente todos mis compañeros hablaron muy lindo y llenaron todo el tema.

Nuestra Comunidad en Chicago es bastante amplia y nuestro cónsul, el señor Efraín Saavedra es un cónsul realmente que se ha ganado a toda la Comunidad Peruana, porque trabajamos en conjunto.

Lo que yo mayormente me he propuesto es promover todo lo que es Mi Vivienda, hemos boletines en la cual nosotros repartimos en los picnics, en los eventos peruanos que mayormente se hacen.

Uno de los casos que realmente me hubiera encantado presentarlo, pero veo que los señores se retiraron, la madre y el joven se retiraron.

Lamentablemente, me hubiera gustado que hubiera sido escuchado por ellos, porque cuando este caso nos llegó a Chicago, a nuestro consulado, Efraín nos pidió, por favor, que nosotros tomemos en cuenta este caso.

Entonces, fue de un joven de 21 años que fue atropellado por la justicia americana, de una señora que lo acusó injustamente y le dieron 30 años de cárcel.

Cuando el cónsul de nosotros nos llamó, nosotros dijimos: Perfecto, tomamos este caso.

El Presidente, mi persona y otras personas tuvimos involucrados en todo este caso. Pedí ayuda a la comunidad, la comunidad correspondió. Gracias a Dios que llegamos a conseguir un buen abogado, pagamos la fianza, se trabajó duro; pero realmente no llegamos a concretar los 30 años, sino en menos de cuatro meses el joven salió, fue deportado hace exactamente el mes pasado que él ya está acá en el Perú, pero los sufrimientos de la madre y todo fueron terribles.

De un joven que recién llegaba con muchas aspiraciones a Estados Unidos a lograr los sueños americanos, que muchas veces sí son sueños y muchas veces no son sueños.

Pero lamentablemente, ellos se retiraron, ellos tenían una mudanza y ellos me habían dicho que era hasta las doce, yo lo sé, congresista Pacheco, no se preocupe.

Pero realmente esto me hubiera interesado que realmente lo escuchen todos ustedes para que vean cómo se ha estado trabajando y cómo se ha hecho estos logros de ayudar cuando nuestra comunidad peruana nos pide apoyo y estamos ahí.

Estamos ahí realmente porque nuestro cónsul también está las 24 horas, estamos en un teléfono constante que él está llamando, lo han llamado a la una de la mañana, a las tres de la mañana, vamos a sacar aquí, vamos a gastar allá; y es una constancia de nuestra comunidad que estamos siempre ayudándolos.

Como le digo, yo no quería cansarlos pero realmente nosotros como Consejo de Consulta estamos haciendo una labor muy linda.

Me enorgulleció estar mucho en la Convención que fue en New Jersey y el propósito más grande de esta representación que venimos desde tan lejos, es de que esto sea el Congreso Permanente y la Ley Orgánica. Eso es todo.

Muchas gracias.

*(Aplausos.)*

**El señor PRESIDENTE.—** Señor Ángel Berrocal.

**El señor REPRESENTANTE DEL CONSEJO DE CONSULTA DE NEW JERSEY, don Ángel Berrocal.—** Sí, señor Presidente, queremos agradecer a la Comisión de Relaciones Exteriores por esta oportunidad de poder presentar nuestras necesidades y peticiones.

También queremos agradecer públicamente y a través de ustedes y lo vamos a hacer siempre presentes, al embajador Jorge Lázaro, que siempre se ha demostrado colaborador, nos ha apoyado. Pero queremos también recalcar nuestras peticiones principales.

Nuestras peticiones principales son avaladas también, como dije al principio, por los casi tres millones de peruanos que estamos en el exterior, por el influjo a la economía directa que hacemos y básicamente, son tres puntos: Es elevar al Viceministerio la actual Secretaría de Comunidades en el Exterior.

También queremos la creación de un Congreso Permanente de los Consejos de Consulta que nazcan de los mismos Consejos de Consulta, y el paso de creación de los Consejos de Consulta de una Resolución Ministerial con Reglamentos de Organización y Funciones, a que los Consejos sean una Ley Orgánica que nos dé la jurisprudencia y permanencia para poder continuar con nuestro trabajo de una manera más adecuada.

Gracias.

*(Aplausos.)*

**El señor PRESIDENTE.—** Señores parlamentarios, para concluir esta visita tan grata, nosotros les invitamos a que se mantengan en sus escaños si desean continuar esta sesión.

El colega Rafael Rey, ha prestado mucha atención a este caso.

Les agradezco al colega Alcides Llique, al colega Mario Ochoa y a la colega Elvira de la Puente quienes estamos presentes aquí.

Solamente como información indicar, por ejemplo, que cualquier asociación en cualquier parte del mundo compuesta por peruanos es sujeta al derecho interno de cada país. Puede tener actividades económicas; es decir, tres peruanos se unen en cualquier parte de Europa o Estados Unidos, forman una asociación y pueden hacer cualquier tipo de eventos económicos y lucrativos, pero no puede hacerlo el Consejo de Consulta.

Es decir, hay que facilitar todas estas situaciones. Hemos quedado con el Ministro Carlos Pajares y con el embajador Lázaro y con el Canciller Maúrtua en su día, de compatibilizar esta normativa legal que hay que ampliar. El paraguas ha quedado estrecho, hay que hacer un balance mutuo.

Yo les agradezco a quienes están presentes, al señor Berrocal por creer en nuestro trabajo. Nuestro trabajo consiste en llevar la voz de la representación de la Nación —así dice la Constitución- y vamos a intentar generar proyectos de ley que consoliden esta declaración de New Jersey. Y que podamos elevar a rango de ley lo que buenamente el Presidente Toledo y la Cancillería han implementado, que son los Consejos de Consulta. Ojalá que podamos sacar esto adelante.

Me interrumpe la señora Rosa Choroco de Nueva York.

Soy Presidenta del Centro Comunitario Peruano Americano

**La señora REPRESENTANTE DEL CONSEJO DE CONSULTA DE NUEVA YORK Y PRESIDENTA DEL CENTRO COMUNITARIO PERUANO AMERICANO, doña Rosa Choroco.—** Cuando yo hice mi exposición anteriormente, desgraciadamente usted no pudo estar presente.

Pero es una base fundamental por los 37 años que yo radico en el Estado de Nueva York, creo que me faculta para poder decir y conocer a mi Comunidad Peruana y los trabajos que pasan.

Aquí hemos hablado de las necesidades de nuestra Comunidad, pero también tenemos que pensar que nosotros tenemos que tener un poder político en Estados Unidos, ¿por qué motivo?

Porque los congresistas, como es en cualquier parte del mundo, es el tire y laca, yo te doy y tú me das.

Nosotros no podemos hacer nada si no tenemos un poder político, una organización y cuál es el motivo de que nosotros no estamos organizados. Porque hasta este momento el gobierno peruano no se ha preocupado en saber cuántos ciudadanos americanos tenemos en los Estados Unidos y yo solicito la autorización que da el Ministerio de Relaciones Exteriores a los Consulados de los Estados Unidos para que puedan hacer un censo de cuántos ciudadanos americanos tenemos.

Porque cuando nosotros vamos, y me ha pasado a mí porque no solamente pertenezco al Consejo de Consulta, porque soy Presidenta del Centro Comunitario Peruano Americano, donde hacemos foros y educamos a nuestra gente, damos clases de inglés gratuitamente a nuestra gente con material didáctico.

Hemos asistido a pedir una visa humanitaria para una niña o una persona, porque los avances tecnológicos están en Estados Unidos más avanzados y los primero que me han preguntado es con qué contaba, cuántos ciudadanos o cuántas personas ciudadanas cuentan ustedes los peruanos. Y me da vergüenza tener que decir nada y quedarme callada, porque no tenemos una estadística.

Entonces, así como nosotros y ustedes en estos momentos que agradecemos a Relaciones Exteriores, que han tenido la magnífica idea de crear los Consejos de Consulta, porque anteriormente como le digo, en los 37 años que yo vivo en los Estados Unidos, nunca el gobierno peruano se ha preocupado por nuestra gente.

Recién ahora, no sé si será porque se han dado cuenta la cantidad de dinero que reciben de divisas, que es una ayuda muy grande para el Perú, se están preocupando por nuestra gente y la idea de las personas que hicieron los Consejos de Consulta, porque es de gran utilidad para nuestros peruanos.

Estamos trabajando con los consulados mancomunadamente, por supuesto, que todavía faltan muchas cosas que hacer y tratar de que no haya corrupción dentro de los Consejos de Consulta, porque a veces se lanzan a ser y pertenecer al Consejo de Consulta solamente por figuración, pero no para ayudar a nuestra gente. Y eso da pena.

Entonces, vamos a tratar nosotros los que estamos muchos años como el señor Berrocal que se ha preocupado en hacer esta Convención, que también fue una idea muy grande, tuvo muchos enemigos, muchas quejas, una serie de cosas que él las ha tenido que pasar solo; simplemente por querer ayudar a nuestros emigrantes peruanos.

Entonces, hay cosas que hay arreglo porque todavía tenemos ganas de trabajar. Pido yo, como le digo, una de las cosas que es importante es, yo hablé con el señor Peláez, cónsul de Nueva York para solicitar este censo y me dijo él: Señora Choroco, lo sentimos bastante, pero eso tiene que venir ordenado por Relaciones Exteriores. Por eso que yo le solicito a ustedes, ahora.

También es muy importante lo que ustedes no se han dado cuenta, es un departamento legal. Ustedes no saben el abuso que cometen con nuestra gente, la explotación de trabajo, personas que han querido arreglar su estatus migratorio se han tenido que casar con personas que son residentes legales, los maltratan porque allá un abogado le cuesta 500 dólares. Y 500 dólares que no gana ni en una semana de sueldo.

Toda esta gente cómo se puede defender, hay maltrato policial que por cometer una infracción de tráfico, como mataron a ese señor que por una infracción de 175 dólares lo mataron en Texas.

Y así sucede en todos los Estados Unidos, no solamente en Texas, lo que pasas es que hay casos que se publican, hay casos que toman; pero hay casos que se quedan ocultos porque la gente tiene miedo porque no son legales, no tiene cómo defenderse.

Entonces, nosotros necesitamos un departamento legal como lo tienen los mexicanos, que a los mexicanos los agarran e inmediatamente su Consulado está ahí y lo sacan. Peruanos que han ido aquí y han ido con visa legal de los Estados Unidos para entrar a los Estados Unidos, porque al señor de migración les cayó mal: No, señor, usted no pasa, usted se va. Y los regresan teniendo visa legal y una serie de infracciones porque no hay cómo defenderse.

Yo les pido, por favor, que tomen una conciencia de esa gente, que ya es tiempo que alguien se preocupe por ellos.

Muchas gracias.

**El señor PRESIDENTE.—** El Presidente del Consejo de Consulta de Miami, en el uso de la palabra.

**El señor PRESIDENTE DEL CONSEJO DE CONSULTA DE MIAMI, FLORIDA, don Julio Alva Pantoja.—** Gracias, señor Presidente.

Mi nombre es Julio Alva Pantoja de Miami, Florida.

Mi reconocimiento primeramente a la congresista Elvira de la Puente por su rápida respuesta a la carta que enviáramos pidiendo apoyo a los cientos de miles de inmigrantes indocumentados, que son gran parte que los que apoyan y los que están colaborando con los dos mil millones de dólares anuales. Que como hace poco dije, representan el Cuarto Tratado de Tailandia.

Pero a la vez nuestra extrañeza, mi extrañeza, particularmente, porque transcurrido 14 días, el señor doctor Pablo de la Flor Belaunde, no se ha dignado a enviar la respuesta correspondiente. Obviamente, recién el Tratado ha concluido, pero de todas formas estamos. (4)

El tema es vidas humanas, muchas veces ocurre que una palabra sola de estímulo hace posible que esa gente continúe trabajando; en ese sentido, pues, quiero involucrar acá a todos los presentes para que se identifiquen con esto; lo otro, una carta que en su momento, señor Presidente, tenía fecha 28 de noviembre, en ese momento dirigió usted, pero que no se llevó a cabo porque el gobernador Bush nunca vino.

Pero va a venir acá la otra semana, ¿no es verdad?, creo que en pocos días, para lo cual también quiero comprometer a todos los presentes que le hagan llegar este pedido, esta solicitud: "Los estudiantes, no solamente peruanos que provienen de familias indocumentados, que terminan su secundaria, entonces para acceder al *high school*, a estudios universitarios tienen que pagar tres veces más".

Que, por favor, al igual que en otros estados, sus colegas de California han hecho posible que ellos paguen como si fueran legales. No sé cuáles son los mecanismos que se tiene que hacer, pero si se parte de ese nivel, de esa autoridad, yo creo que todo va a ser posible.

Gracias, Presidente.

**El señor PRESIDENTE.—** Hemos terminado con esta intervención.

Queda claro, en Florida están preocupados por la presencia del gobernador George Bush que vendrá en las próximas semanas. Yo estaba listo a conversar con él, pero no fue posible porque suspendió por el Huracán Katrina su presencia. Entonces, ya queda consentido el tema.

El doctor Luis Solari de la Fuente acaba de hacer su ingreso a la sala, le damos la bienvenida.

Y vamos a terminar esta parte de la sesión con una última intervención de la congresista Elvira de la Puente.

Ya tenemos en la puerta al doctor Lumbreras.

**La señora DE LA PUENTE HAYA (PAP).—** Sólo un minuto, señor Presidente.

Quiero decirles, a través suyo, a los representantes de los Consejos de Consulta de los peruanos en el exterior, especialmente de las ciudades que los representan acá, que nosotros hemos estado, Presidente, con usted en ese trabajo y en este interés no de ahora, sino desde hace mucho, casi desde que se crearon los Consejos de Consulta porque ya teníamos la preocupación por nuestros connacionales en el exterior. Entonces, vimos esta creación de los Consejos de Consulta con muy buenos ojos.

El Presidente de nuestro Grupo de Trabajo sobre peruanos en el exterior es justamente el congresista Gustavo Pacheco. Yo he trabajado con él en ese tema porque nos interesa el tema y no de ahora como les digo. Pero es muy grato para nosotros poderlos escuchar, oír sus vivencias, y les agradecemos muchísimo.

Tengan la seguridad de que lo que pueda estar en nuestras manos lo vamos a hacer, especialmente en el aspecto legal, que creo que es de la mayor importancia para que ustedes puedan desarrollar su labor con eficiencia y con fuerza; con una presencia sólida ajustada a términos de ley, pero que realmente puedan lograr un beneficio mucho más completo dentro de este espíritu que los ha motivado para pertenecer a los Consejos de Consulta.

Así que muchísimas gracias, Presidente.

Gracias, Presidente, y gracias a todos ustedes.

**El señor PRESIDENTE.—** Muchas gracias también a usted, colega.

Vamos a despedir con aplausos. Vamos a suspender unos instantes la sesión.

Gracias, Ministro Carlos Pajares.

(Aplausos.)

—*Se suspende la sesión.*

—*Se reanuda la sesión.*

**El señor PRESIDENTE.—** Comisión de Relaciones Exteriores, sesión ordinaria número 13 de la presente legislatura.

-10-

Dando la bienvenida al doctor Luis Guillermo Lumbreras Salcedo, quien está acompañado de la doctora María Elena Córdova, Directora de Asesoría Jurídica y de Gestión del Instituto Nacional de Cultura.

Es un honor tenerlo, doctor Lumbreras, entre nosotros, se lo he dicho siempre en privado, déjeme decirlo en público. Entiendo que el Perú está premunido de una altura intelectual con la presencia que usted ejerce sobre esta institución.

Hoy como puneño estoy chino de alegría por los tejidos de Taquile, que han sido nominados como muestra de gran valor Patrimonio de la Humanidad. Así que en el ánimo de que el arte textil de Taquile, que ya es patrimonio mundial, también pueda ir caminando lo que siempre le pedí, el lago Titicaca como patrimonio natural de la humanidad.

Pero hoy día nos ocupa, doctor Lumbreras, Cusco, la Capital del Imperio, el ombligo del mundo.

El congresista Mario Ochoa Vargas ha presentado proyectos, ha presentado mociones pidiendo una y otra vez que se pueda poner encima del debate el rescate de las piezas arqueológicas de Hiram Bingham.

Y, por otro lado, ruego que su exposición usted pueda también abordar el tema, sí quiere, de la propiedad de Machu Picchu, que hemos amanecido hace unos días todos preocupados por cuanto Unesco al parecer dice una cosa y la doctora Córdova tiene otra posición.

Por todas estas cosas le ofrezco la palabra, agradeciendo una vez más su presencia.

**El señor DIRECTOR NACIONAL DEL INSTITUTO NACIONAL DE CULTURA, doctor Luis Guillermo Lumbreras Salcedo.—** Muchas gracias, señores congresistas, señor Presidente.

Voy a ser relativamente breve. Voy a comenzar con la segunda parte de la pregunta en relación a la propiedad de Machu Picchu.

En realidad no existe un tema en debate, existe una serie de trámites que se hicieron de parte de una familia cusqueña que fue, efectivamente, propietaria de varias de las haciendas que hay en torno a Machu Picchu, (ininteligible), etcétera, y que iniciaron, hace varios años, trámites para en principio evitar las acciones que el Estado había desarrollado para poder declarar eso como patrimonio del Estado y que, finalmente, terminaron, concluyeron con resoluciones del Poder Judicial entregándole, como correspondía, al Estado la propiedad. Y digo como correspondía porque eso es lo que dice la ley, o sea, está simplemente en función de la ley.

De cualquier modo, lo que hemos hecho es prepararle, señor Presidente, para que los de la comisión puedan tener algunos de los documentos que nosotros hemos reunido en relación a este tema para la ilustración de los señores congresistas, los documentos legales, en fin, que dan cuenta de las acciones del Estado y la situación jurídica que tiene este bien; en el que no dudamos nosotros, en absoluto, y creo que nadie, que pertenece ya no solamente al Estado peruano, sino a la humanidad, en la medida que es uno de los monumentos declarados como Patrimonio de la Humanidad.

Respecto al segundo tema, yo quiero felicitar al Congreso por el interés que tiene de activar este tema de la devolución del patrimonio, que fue extraído del sitio arqueológico de Machu Picchu hace casi 90 años y que no nos ha sido devuelto.

Este patrimonio si bien no es desde el punto de vista artístico algo espectacularmente valioso, es valioso desde el punto de vista simbólico para el Perú, y al mismo tiempo es valioso porque es una colección compacta de bienes que pertenecen al Perú. No sólo pertenecen porque han sido extraídos de un sitio que es patrimonio y monumento nuestro, sino porque salieron del Perú con solamente una licencia por un año, un año y medio para poder ser estudiados en el exterior y luego devueltos.

Y en este caso, además, que no es lamentablemente, que en todos los casos ocurre, en este caso existe una resolución suprema, existen documentos que acredita que, efectivamente, se concedió al señor Bingham y a la Universidad de Yale una licencia, un permiso para que pueda exportar temporalmente estos objetos con fines de investigación científica.

Después de haber hecho esta entrega, yo entiendo que el Estado peruano, esta entrega temporal provisional que se hace con la mayor parte de investigadores que solicitan permiso y probablemente pasado el tiempo, un año, dos años después, devuelven las colecciones al Estado peruano. Esto no es una cosa exclusiva, no se le dio exclusivamente al señor Bingham, esto se le dio a la mayor parte de investigadores que pidieron permiso para esto. El problema es que el señor Bingham no devolvió las colecciones; y el otro problema es que el Estado peruano tampoco la reclamó.

Nosotros entendemos que no se reclamó porque no era el uso reclamar algo que correspondía al otro Estado, que había tomado el compromiso de devolverlas, devolverlas en la fecha en que se indicó; o sea, que esta es una obligación de algún modo, pues, contraída por el otro Estado al recibir, en este caso el Estado norteamericano, la Universidad de Yale, una cosa muy específica que había en relación a esto. Él se había comprometido a su devolución un año y medio después, porque fue por un año la licencia primero y se hizo una ampliación por seis meses más, bueno, pues, ese año y seis meses se han vencido largamente y no hemos recibido la colección.

El año 2001, cuando el señor Presidente de la República, el doctor Toledo se hizo cargo de la conducción del país hubo una recepción, una ceremonia en Machu Picchu, que fue la ceremonia en la cual el señor Presidente asumía el cargo, en esa ceremonia, en esa reunión estaban los representantes de la National Geographic Society. Los representantes de la National Geographic Society estaban íntimamente ligados (5) a este tema de las investigaciones del señor Bingham de Machu Picchu porque fueron ellos los que financiaron esta investigación y financiaron todo el proceso.

No solo fue solo la investigación del señor Bingham, pero también el traslado de los objetos, el proceso de su habilitación y estudio y fueron los que publicaron los resultados a partir de 1912. En realidad, las primeras doce publicaciones son de 1909 antes de que fuese Bingham a Machu Picchu, fue la visita a Choquequirao y otros lugares más y posteriormente toda una serie de publicaciones que fueron resueltas publicadas por la National Geographic.

Ellos en conversaciones con los que estábamos ahí en esta ceremonia, preguntaron qué gozaría de hecho el Estado Peruano, en relación a la devolución de las colecciones, porque ellos estaban dispuestos a ayudar al Estado Peruano a la recuperación de estas colecciones.

La conversación giró, entonces, en torno a la necesidad de efectivamente hacerlo. Yo y los que estábamos ahí no sabíamos si habían habido antes previamente gestiones en ése sentido, y en realidad es a partir de ese momento que se iniciaron las gestiones, las conversaciones que habían en torno a esto.

Hasta ese momento —ya mi recuerdo es como arqueólogo— sí habían conversaciones en el sentido de la conveniencia de reclamar, de pedir; pero no sabíamos exactamente cuáles eran las condiciones en las cuales esa colección estaba fuera.

A raíz de esto se comenzó a hacer una investigación y se inició el proceso de reclamo, de reclamación de las colecciones a la Universidad de Yale.

Nosotros hemos preparado, señor Presidente, una ayuda memoria con una referencia a todo este proceso que viene desde 1912, que es la primera resolución, la 1529 del 31 de octubre de 1912, que autorizó al doctor Bingham, comisionado de la Universidad de Yale de la Sociedad Geográfica de los Estados Unidos, para que practique las exploraciones y excavaciones en Machu Picchu y en varias otras partes del Cusco, y para que llevase estas colecciones para su estudio en los Estados Unidos y que hecho esto, los devolviese.

En esta resolución posterior que se le dio el permiso, que ya fue el permiso de la totalidad de colecciones, el 27 de enero de 1916, se le autorizó para que estuviese por seis meses más, en fin. Incluso ya hay fecha, dice:

"La resolución dispone que la Universidad de Yale y la National Geographic queden obligadas a devolver en un plazo de 18 meses contados entre el 27 de enero de 1916, los objetos cuya exportación se permitieron debiendo remitirse al Ministerio de Instrucción... etc."

Este es el proceso.

A raíz de esto se iniciaron conversaciones, principalmente, con Cancillería porque es a través de la Cancillería que tenían que desarrollarse todas las tareas de reclamación del Perú frente a Estados Unidos, y en ese punto nosotros lo que hicimos es reunir toda la información, preparar el expediente que había en relación a esto, ayudados entre otras personas por la doctora Mariana Mult, que se copiló, hizo un estudio sobre los antecedentes de este proceso de devolución y todo esto le fue entregado al Ejecutivo y a la Cancillería, para que se procese.

Esta es la información que yo tengo que dar.

Muchas gracias.

**El señor PRESIDENTE.—** Agradeciendo la primera intervención del doctor Lumbreras, y con la venia de los colegas la información nos llega en doble vía: Una, por el estado en que se encuentra Machu