Aunque si bien la norma de origen es la partida de nacimiento de un producto, hay un funcionario que da fe de que ese producto ha sido producido en determinada zona, etcétera, el contrabando que es una lacra atenta contra eso, pero este artículo 27.° ha sido diseñado para evitar la triangulación del azúcar boliviana.

Espero haber satisfecho de alguna manera su inquietud, señor congresista.

**El señor PRESIDENTE.—** Colega Alcides Llique.

**El señor LLIQUE VENTURA (PP).—** Señor Presidente, desgraciadamente en el Perú se dan estas situaciones. El Ejecutivo, la comisión negociadora siempre han hecho su trabajo por su lado y luego se trae al Congreso como una presión al final para aprobarlas, y eso no ocurre en otros países, señor Presidente.

Yo debo manifestar que hay observaciones como las que he hecho y que me he detenido para preguntar si se puede modificar o no, y naturalmente que si no se puede modificar es una cuestión en la que tenemos que pronunciar si estamos a favor o estamos en contra, sencillamente.

Entonces, en ese sentido yo no quiero opinar por adelantado, señor Presidente, pero me parece bastante irregular el procedimiento de las formas de negociación que se hacen en el país.

Esto viene ocurriendo desde el año 95, muchos años atrás incluso, del 92, 93, 94, 95, en que el Perú entra a la OMC, y es así como muchos de estos tratados yo pienso de que en parte no va a ser muy beneficioso para nuestro país porque si no tenemos un control muy claro de cómo vamos a negociar, principalmente los productos sensibles, (11) igual va a ocurrir con Mercosur; entonces, estamos prácticamente aquí poniendo algo que va aflojar simplemente la puerta y luego otro para que abra más y finalmente, viene lo otro.

Entonces, esa situación es preocupante porque particularmente que yo tenga conocimiento, Presidente, he trabajado más que todo en la Comisión Agraria, la Comisión de Comercio Exterior, la Comisión de Economía y otras como esta, de Relaciones Exteriores y nunca hemos tenido una consulta por lo menos y no nos han informado preliminarmente de qué es lo que estaban negociando y cuál era el parámetro que se venían tomando los acuerdos.

Yo, Presidente, dejo sentado mi posición, creo que no es lo correcto, en otros países el Congreso es el que autoriza qué es lo que se debe negociar y bajo qué parámetros negociar, incluso hay normas claras. Aquí en el Perú prácticamente las atribuciones las ha tomado el Ejecutivo, sin embargo, al final hay que suscribir nosotros ese tratado, también con nuestra firma; si se quiere en otras palabras y yo no creo que es lo correcto.

**El señor PRESIDENTE.—** Sí, ministro Berninson, para contestar y luego, los señores parlamentarios que se están anotando.

**El señor REPRESENTANTE DEL MINISTERIO DE RELACIONES EXTERIORES, don Carlos Berninson.—** Si no le molesta, Presidente, quisiera escuchar primero a la congresista Elvira De la Puente, por favor.

**El señor PRESIDENTE.—** Sí, sin problema, lo que pasa es que ha sido usted muy rápido con la mano, yo he querido ser justo, usted llegó antes al timbre.

**El señor REPRESENTANTE DEL MINISTERIO DE RELACIONES EXTERIORES, don Carlos Berninson.—** Gracias, gracias.

**El señor PRESIDENTE.—** Congresista Elvira De la Puente.

**La señora DE LA PUENTE HAYA (PAP).—** Muchas gracias, Presidente.

Antes que nada, en principio que mejor que lograr una integración latinoamericana definitivamente en condiciones que nos favorezcan a todos, eso es lo que sería un ideal para nuestros países, lograr esa interrelación que nos fortalezca en la negociación con el resto del mundo, en todos los aspectos comerciales, sociales, culturales, en fin.

Pero, efectivamente nosotros tenemos el problema de que no contamos con una Ley de Negociaciones Comerciales, en este momento tendríamos que hacer un análisis del documento detenidamente, yo no tenía idea de que esto ya estaba terminado. Voy hacer una revisión detallada, pienso por las opiniones que tenemos y si lo ha aprobado el Ejecutivo, que se haya revisado detenidamente los aspectos de mayor importancia para el país, pero me gustaría revisarlo con mayor detenimiento.

-27-

Tengo una pregunta, una única pregunta, porque efectivamente preguntar más sería inútil, tengo que revisar mucho más el documento antes de emitir una opinión. Pero, quisiera saber, ¿si cuenta la República de Bolivia con una Ley de Negociaciones Comerciales?, es lo que quería saber; ¿y en qué base legal se han basado ambos países para los lineamientos del tratado?

Gracias, Presidente.

**El señor PRESIDENTE.—** Estamos frente a una pregunta que aquí consideramos cuestiones previas, para justamente pronunciarnos sobre el fondo del asunto.

Congresista Humberto Requena.

**El señor REQUENA OLIVA (FIM).—** Gracias, Presidente.

Simplemente voy hacer un comentario, Presidente, de una preocupación que nace del colega Alcides Llique, referente a que puede haber una invasión tremenda de azúcar de Bolivia y de Brasil; cosa que yo no entiendo y él es testigo cuando se ha discutido el 2002; 2003 y 2004, que ya se ha concretado que Brasil entonces está financiando más de 15 hectáreas para la siembra de caña de azúcar en el norte del país, en terrenos eriazos y van apoyar enormemente y pretenden poner fábrica de azúcar y de etanol.

Por eso, no sé hasta que punto, tenemos que ver con mucha transparencia y con mucha preocupación cualquier observación de este tipo que puede entorpecer lo que ha dicho Elvita De la Puente, que en vez de globalizar vamos a reventar el globo y nos vamos a ir a otro lado. Ya está aprobado, ya están trabajando en el norte del país y han empezado con 7 mil hectáreas que están ya elaborando, ha habido préstamo del gobierno brasilero, de una empresa del país de Brasil, así que yo dejo ese comentario, si es que en algo puede aportar.

Gracias, Presidente.

**El señor PRESIDENTE.—** Congresista Luis Solari.

**El señor SOLARI DE LA FUENTE (CP).—** Gracias, Presidente, dando la bienvenida a los funcionarios de la Cancillería.

Todos sabemos la importancia que tiene el Centro Sudamericano, es decir, la Asociación de Acciones Conjuntas y de Procesos de Integración entre Perú-Ecuador, entre Perú-Brasil y entre Perú-Bolivia, ese espacio es geoestratégicamente hablando el más importante.

Entonces, es en esa dinámica que se enmarca este proceso de integración, sin embargo, yo tengo que decir a los funcionarios de la Cancillería, que en el caso de todo lo que va a ser flujo terrestre mientras nosotros no establezcamos dentro de los convenios el ir a una política común de formalización del transporte de carga, cualquiera de estos tratados es letra muerta en la lucha contra el contrabando. Nosotros hacemos 85% del transporte de carga informal y con toda seguridad Bolivia está por ese rango o de repente 95%, al extremo que nosotros sabemos que entran los camiones a veces de Chile o de Bolivia y que se quedan trabajando acá haciendo tránsito informal y cuando ya se aburren o no sé que pasará, cambia la luna y ¡pop! se va.

Esta clase de convenios de integración especialmente ya sabemos el tema del contrabando en la frontera sur, que de acuerdo al último informe que la Sunat hizo llegar a la Comisión de Economía, es el principal lugar de ingreso de todo el Perú; entonces, requiere de políticas comunes y de por lo menos un convenio de tener en esa frontera en forma conjunta con los dos países, cámaras de rayos X. O sea, un tratado de esta naturaleza que básicamente va a ser de flujo y de tránsito carretero, sin que en el convenio esté una política común de formalización del transporte de carga y un control con escáner de los camiones de carga, de un acuerdo binacional, es totalmente ineficaz; si es que por esa frontera es por la que entra la mayor cantidad de contrabando, yo creo que eso es esencial.

Por supuesto, que está el artículo ese y por supuesto, que nosotros tenemos en este momento por la sequía el año pasado un déficit de producción de azúcar, que hemos vuelto a caer a la categoría de importadores y que la oferta exportable de Bolivia no cubre la demanda o el déficit peruano en azúcar, ya pues, pero qué garantía tenemos que no va a venir azúcar embolsada como boliviana pero que es de origen brasileño, ¿cuál es la garantía?. Pero, si eso lo hemos tenido dentro del Perú ¿no es cierto? peruanos reetiquetando mercadería china para hacerla pasar como producida en el Perú; o sea, que hoy ya hemos tenido el famoso caso de *Engelhan exportando oro por debajo de su capacidad productiva, obviamente lo traía de contrabando de Bolivia.

-28-

Entonces, esa es la situación, siendo los dos países parte de la tríada del narcotráfico y siendo el contrabando un mecanismo del lavado de dinero y no una actividad ilícita independiente del narcotráfico. En el caso del convenio con Bolivia era indispensable no colocar algunas cuestiones de tipo genérico y después hacerla, porque eso ya no obliga; haremos medidas conjuntas para tal cosa, en este caso y aquí si uno revisa con cuidado uno puede ver que este es el problema que tiene el Perú, la integración intersectorial a la hora de tomar las decisiones.

O sea, hoy día la formalización del transporte de carga, sólo por camión, sin fiscalización de la carga, ha hecho pasar la recaudación de ese rubro de 100 a mil 400 millones de soles. Pero, de qué nos sirve a nosotros desarrollar ese proceso si Bolivia no lo va a desarrollar y tiene 95% de la carga informal o de qué nos sirve si el tránsito va a ser sin ningún control, mientras no exista el tema de los escáner es imposible la lucha contra el contrabando, en ningún sitio se va a descargar el camión y se va a volver a cargar.

Entonces, cuando nosotros hablamos de un Tratado General de Integración y Cooperación Económica y Social y la conformación de un Mercado Común entre la República del Perú y la República de Bolivia, estamos hablando básicamente de tráfico carretero; o sea, básicamente estamos hablando de eso.

Por esas razones, es que este convenio tiene estas carencias y lo digo, para que la Cancillería sepa las primeras cosas que fruto de este tratado tienen que ser convenidas, todos sabemos muy bien, una cosas es la diplomacia peruana, otra cosas es la diplomacia parlamentaria; pero, todos sabemos que lo que más va a integrar a Sudamérica y a la Comunidad Andina no es la integración económica sino son las políticas comunes. Ya se acabó la época de las políticas compartidas, vamos a reunir a los países para ver qué haces tú en Educación, qué hago yo, a ver que aprendo, no, estamos en una etapa en la que la integración se hace haciendo políticas comunes, educación, salud, trabajo, pero están las otras ¿no? anticorrupción, formalización del transporte de carga, anticontrabando, antidrogas y podemos hacer por lo menos una quincena de políticas comunes y no tenemos una línea de trabajo, salvo las que se originan en la *Remsa, ¿no es cierto? que funciona el Organismo Andino de Salud, el Andrés Bello y el *Simón Salguero, necesitan transfusión, respiración boca a boca y electro shock.

Entonces, prácticamente en esas tres áreas que son sociales no tenemos políticas comunes y menos en anticorrupción, en antidrogas, etcétera, etcétera, cada país hace su política cuando con una política común nos integraríamos y al mismo tiempo que resolveríamos algunos problemas. No voy a meterme en la parte de cultura, de educación, etcétera, porque todas esas partes del tratado no es que sean secundarias sino que todas estas partes del tratado no tienen que ver con el problema serio que significa hacer un tratado de integración económica y mantener alta informalidad el transporte de carga y mantener un control decorativo del contrabando, sobre todo en la frontera sur, no en la frontera sur, en la frontera con Bolivia porque así dice el informe de la Sunat, donde se origina prácticamente el 45 a 50% del contrabando que ingresa por todo el país.

En el tema del azúcar, como le digo, mientras no haya escáner no hay forma de controlar si va haber o no va haber contrabando de azúcar, el artículo estará ahí pero todo el mundo sabe que ese artículo vendrá acompañado de una fábrica de garrochas para saltárselo y encontrar las fórmulas de meter azúcar en cualquier fórmula, desde mini paquetes que es como entra el contrabando por la frontera sur, los paqueteros, estos paqueteros que van metiendo diferentes rubros y después hay un acopiador de esos paqueteros que lo colecciona todo, lo reenvasan y lo ponen en los camiones y lo pasan ya en el Perú ¿no es cierto? y lo introducen a Lima donde se vende el 75% del contrabando de todo el Perú, y donde no le da la gana al Ejecutivo de poner una cámara de rayos X en la garita de Pucusana, otra en el Callao y otra en la garita de Ancón, fácil, concesión Alemania.

Insisto, Presidente, a que usted pida esos informes sobre los ofrecimientos de Canadá y Alemania de poner cámaras de rayos X concesionadas, acabamos de acordar —para que sepan los funcionarios— que el Ejecutivo y el Congreso han roto su compromiso con el país, han decidido que se mantenga el ITF alto, el tercer año, para 180 millones de soles cuando por lucha contra la corrupción, **(12)** con sistema electrónico, son 2 mil millones; de contrabando, según la SUNAT, son 500 pero escalonados. Según la Sociedad de Industrias, son mil 500 millones de dólares y para qué hablar de los otros rubros, pues, Presidente.

Entonces, hemos incumplidos todos un compromiso, por supuesto con mi abstención, pero queda abierta la puerta a que la lucha contra el contrabando sea totalmente ineficiente mientras no se arreglen estas cosas.

Y termino recordando a los funcionarios que si queremos que este convenio funcione, el convenio no puede convertirse en un instrumento de incremento del flujo de contrabando entre Bolivia y Perú, en ese sentido, ¿no?

**El señor PRESIDENTE.—** Señores parlamentarios, señores diplomáticos, hay aquí una serie de puntos, ojalá se puedan resumir.

**El señor SOLARI DE LA FUENTE (CP).—** Presidente, una addenda, para concluir, si usted lo permite.

**El señor PRESIDENTE.—** Doctor Solari, puede hacer uso de la palabra.

**El señor SOLARI DE LA FUENTE (CP).—** Cuando vamos a tratar un Tratado, Presidente, sería bueno que se nos avise, por lo menos, con dos semanas de anticipación y se nos distribuya el Tratado, no antes de aprobarlo, antes de que lleguen los funcionarios para leer el Tratado. O sea, yo confieso, no he leído el Tratado, estoy aquí como rabdomante hablando de una cuestión genérica, pero es esencial que nosotros, como comisión responsable ya que los colegas no lo van a poder leer, cuando nosotros aprobamos, por lo menos emitir un voto con conocimiento absolutamente informado, y cuando vengan los funcionarios uno le pregunta: Oiga, y este artículo qué significa; ilústrenos por favor. Para tomar la decisión informada.

El funcionario no viene para el control político, el funcionario viene para tener un diálogo sobre un tema que honestamente yo no he recibido el Tratado en mi Despacho y no sé si los otros colegas. Y sería importante tenerlo por lo menos con dos semanas de anticipación.

Gracias, Presidente.

**El señor PRESIDENTE.—** Muchas gracias, señores parlamentarios.

Para hacer un poco de memoria, un poco de resumen.

Este Tratado está en la Comisión hace un año, exactamente once meses. El año pasado en el mes de diciembre el Canciller Manuel Rodríguez Cuadros envió el Tratado a nuestra Comisión.

Luego, la vida del Tratado, de este proyecto de resolución legislativa es como sigue:

Llegó aquí el Tratado, el secretario técnico doctor César Alvarado empezó a remitir a los sectores para su opinión. Empezaron a llegar los sectores y resulta, queridos colegas, que los azucareros, como bien aquí se ha dicho, han mostrado su preocupación. Y aquí obra en el expediente que estoy releyendo, la preocupación de los azucareros. Dicen: Oiga, aquí van a haber problemas con 400 mil personas que trabajan en el azúcar.

Entonces, frente a ello he remitido cartas a los ministros de Comercio Exterior y Turismo, de Agricultura, de Economía, y al Premier Kuczynski, hasta en dos oportunidades.

Aquí en la Comisión hemos tomados esos acuerdos para que no entre en vigor ningún Tratado sin que tenga aprobación previa del Congreso de la República, como debe ser.

Al parecer parte de este Tratado está en vigencia, sin autorización del Congreso, lo cual acarrearía responsabilidad constitucional; aquí están las cartas con reiteración, a cada ministro.

Entiendo la situación geopolítica que el ministro Bérninzon aquí ha señalado. En Bolivia hay algunos asuntos que comprometen la proyección de nuestra política de Estado.

En el génesis del proyecto está el hecho de que el ex Canciller Manuel Rodríguez Cuadros no habría cumplido, y aquí están los señores diplomáticos para desmentirme, con lo previsto en la Constitución Política del Perú que dice que para los tratados o para los proyectos de ley debe haber un acuerdo de Consejo de Ministros, hecho que no se ha producido.

La carta que nos llega, el pedido que nos llega, está firmado por el Canciller Manuel Rodríguez Cuadros sin acuerdo de Consejo de Ministros y sí lleva la firma del Presidente Alejandro Toledo, pero simplemente dice: Remítase al Congreso la documentación referente al Tratado. Es decir, no se habrían formalizado los presupuestos procesales para estos efectos.

Termino mi intervención indicando, señores parlamentarios, señores diplomáticos, que el Ministro de Agricultura Manuel Manrique que estuvo aquí en la Comisión ha manifestado su disconformidad con el Tratado, salvo que haya corregido después, ¿no es cierto?

Entonces, aquí hay un documento donde dice —Manuel Manrique, ministro de Agricultura: que el Tratado sería lesivo a los azucareros. Y eso lo que nos viene a decir el ministro de Agricultura.

-30-

Por tanto, yo propongo que escuchemos a los diplomáticos ahora, que harán sus descargos, y nos proyectarán el mejor camino, y que demos por iniciado el debate con cargo a la formalización que en el Consejo de Ministros, tan pronto se pueda, se estampe la firma del Consejo, porque sino vamos a viciar el Tratado.

Aquí van a encontrar, señores diplomáticos, todo el apoyo como están ustedes viendo.

Hemos introducido el debate tan pronto como hemos podido. En el uso de la palabra el ministro Carlos Berninzon.

**El señor REPRESENTANTE DEL MINISTERIO DE RELACIONES EXTERIORES, don Carlos Bérninzon.—** Muchas gracias, Presidente.

Voy a empezar por la intervención del doctor Solari que efectivamente concuerdo con usted, doctor Solari, el contrabando y el transporte por carretera informal nos hace mucho daño. No hay que ir muy lejos, ahí en la autopista a Pucusana se pueden ver los camiones livianos a veces esperando, al costado de la carretera, alquilar flete.

Pero quiero llamar la atención sobre el artículo 23.° de este Tratado.

El artículo 23.° establece que una vez que entre en vigencia, 30 días después Bolivia y Perú tienen que formar una comisión de lucha contra el contrabando. Es decir, este Tratado nos faculta para exigirle a Bolivia la conformación de una comisión de lucha contra el contrabando que en el mismo artículo 23.° dice que tiene 90 días para fijar recomendaciones.

Es decir, 30 días de instalados y 90 días para deliberar, en cuatro meses el Perú puede tener una política de lucha contra el Contrabando focalizada en la frontera con Bolivia. Eso por un lado.

La doctora Elvira de la Puente preguntaba sobre legislaciones de negociaciones comerciales. No, no conozco, congresista, no creo que la haya. De mis múltiples viajes y experiencia en la integración sudamericana no conozco ningún país que tenga una ley de negociaciones comerciales. Lo que sí conozco es que las cancillerías, en su gran mayoría, tienen el comercio exterior, la negociación comercial, dentro del Ministerio de Relaciones Exteriores, cosa que no pasa con nosotros.

Y, con respecto a la inquietud del congresista Alcides Llique. Yo quisiera poner sobre la mesa el artículo 74.° de la Constitución Política del Estado, que señala que los tributos llámese impuestos se crean, modifican o derogan, o se establece una exoneración exclusivamente por ley o decreto legislativo en caso de delegación de facultades, salvo los aranceles y las tasas, las cuales se regulan mediante decreto supremo.

Es decir, la facultad del Ejecutivo de negociar, en este caso, con Bolivia, y terminada la negociación incluso con la aprobación del Ministro de Agricultura que dicho sea de paso estuvo en Bolivia con una delegación de empresarios privados peruanos visitando los ingenios azucareros; por lo tanto, la observación del Ministro de Agricultura fue levantada.

En términos generales, este acuerdo con Bolivia ya pasó por el visto bueno de los ministros involucrados, como decía: Agricultura, Producción, Comercio Exterior, etcétera. Y está listo para que la Comisión pueda aprobarlo, pasar al Pleno y aprobarlo, y de esa manera tener una vinculación más estrecha con Bolivia en el contexto geopolítico que todos conocemos.

Gracias, Presidente.

**El señor PRESIDENTE.—** Sí, creo que las formalidades podrán salvarnos de cualquier abismo futuro. Le preguntaba, no ha recogido algunas preguntas que le formulaba, si esto está formalizado o no, por acuerdo del Consejo de Ministros.

**El señor REPRESENTANTE DEL MINISTERIO DE RELACIONES EXTERIORES, don Carlos Bérninzon.—** Desconozco, señor Presidente.

Mi labor como funcionario diplomático no llega hasta ese nivel.

**El señor PRESIDENTE.—** Le ruego, por favor, que se pudiera tramitar. Si ya los ministros han levantado observaciones, lo adecuado será, para abreviar cualquier tipo de duda procedimental, que el Consejo de Ministros sancione y diga: Oiga, porque aquí hay un documento que obra en autos, donde Manuel Manrique, ministro de Agricultura dice: No, no estoy de acuerdo.

-31-

Entonces, para que el Congreso pueda tramitar, seguir el trámite de lo que ahora hemos iniciado ya como discusión, será bueno salvaguardar esta formalidad.

Por otra parte yo acojo la propuesta del colega Llique y la colega Elvira de la Puente en cuanto a una innovación respecto a las negociaciones.

El mundo se ha globalizado y entonces al parecer el rol de los parlamentos en algunos casos va creciendo, en tanto que los parlamentarios estamos en una función diaria de conexión con los gremios que representan al pueblo, y por ello sería conveniente y hasta recomendable, aún cuando el derecho positivo no recoja esta precisión, que la Cancillería o el Mincetur comunicara al Congreso, que está iniciando trámite con cualquier República para que si algún parlamentario, en razón de su especialidad o su procedencia, quisiera aproximarse al conocimiento, pudiera hacerlo.

Es decir, no se trata que fuese un prerrequisito que el Parlamento parametrara la labor del Ejecutivo pero puesto, como dice el colega Llique, que siempre vienen a través del Parlamento, luego, los documentos finales, nos privan de la posibilidad de poder opinar y decir: Oiga usted, en este tema que es sensible sería bueno que... me parece una costumbre sana que podría innovarse. El TLC, por ejemplo, con Estados Unidos ha merecido apoyo de este Parlamento en virtud que Mincertur empezó a invitar a los parlamentarios peruanos a que acompañen las negociaciones. Un hecho, me parece, inédito que antes no se había establecido.

Entonces, frente a esto sería conveniente esto.

Yo quisiera preguntar si están de acuerdo en que podamos reiniciar el debate de este importante tratado en virtud de una formalización del Consejo de Ministros. No sé ministro a usted qué opinión le merece esta formalidad.

**El señor REPRESENTANTE DEL MINISTERIO DE RELACIONES EXTERIORES, don Carlos Bérninzon.—** Presidente, la verdad, desconozco si es necesario el acuerdo del Consejo de Ministros. Lo que sí tengo claro es que, incluso, el Ministro de Agricultura levantó todas las observaciones que tenía este Tratado.

**El señor PRESIDENTE.—** Aquí leo para ilustración de quienes están presentes.

"27 de mayo de 2005 (este año).

Señor Manuel Rodríguez Cuadros (13)

Ministro de Exteriores.

Le escribe Manuel Manrique Ugarte, Ministro de Agricultura.

Respecto —dice— por lo tanto —después de enumerar cinco puntos—: el sector azucarero nacional se vería seriamente perjudicado". Así lo dice el Ministro de Agricultura. No podemos pues nosotros tramitar este tratado sin complementar lo que en su momento lo hicimos de conocimiento al señor ministro de exteriores Manuel Rodríguez Cuadros, cuando le hicimos justamente tomar nota de que los tratados deben estar enviados por el Ejecutivo en virtud de su función constitucional, previo acuerdo del Consejo de Ministros. Así se hizo, y por tanto, a mí me gustaría que pudiera complementarse.

El artículo 119.°, capítulo quinto de la Constitución va desarrollando todas las funciones, y dentro de las atribuciones, artículo 125.° dice: "Son atribuciones del Consejo de Ministros —y sólo del Consejo de Ministros—: 1.— Aprobar los proyectos de ley que el Presidente de la República somete al Congreso". Esta formalidad no se ha cumplido. Éste es un proyecto de ley.

Ése es un convenio que viene, entonces, ¿cuál es el procedimiento que ustedes le dan?

**El señor REPRESENTANTE DEL MINISTERIO DE RELACIONES EXTERIORES, don Carlos Bérninzon.—** Aquí ha habido una negociación multisectorial, no es la Cancillería solamente la que ha negociado; hay una comisión multisectorial en la cual los sectores productivos: minería, producción, industria, etcétera, han ido participando en la negociación y acotando en la medida que veía que su sector se podría ver perjudicado.

Efectivamente, el 27 de mayo de 2005 el Ministro de Agricultura señaló que el azúcar entre otros tendría consecuencias perjudiciales. Sin embargo, el mismo Ministro, mediante Oficio N.° 492 del 14 de junio del 2005 señala su plena conformidad con el texto íntegro del citado artículo.

**El señor PRESIDENTE.—** ¿Después del viaje a Bolivia?

-32-

**El señor REPRESENTANTE DEL MINISTERIO DE RELACIONES EXTERIORES, don Carlos Bérninzon.—** Después del viaje a Bolivia. Cuando recibe las seguridades del sector productivo boliviano, cuando recibe la tranquilidad de los productores de azúcar peruanos que viajaron con él; y por eso está el artículo 23.° que obliga, porque es mandatorio, a formar una comisión binacional de lucha contra el contrabando, con 90 días de plazo para dar recomendaciones.

**El señor PRESIDENTE.—** Le ruego, Ministro, si es tan amable mostrarnos el documento del ministro Manuel Manrique, donde se muestra conforme con el tratado; no tenemos nosotros ese documento.

**El señor REPRESENTANTE DEL MINISTERIO DE RELACIONES EXTERIORES, don Carlos Bérninzon.—** Está señalado acá en su informe.

**El señor PRESIDENTE.—** Por eso, lo que sí les ruego, colegas, si ustedes me pueden ilustrar, señores diplomáticos, les pido lo mismo, ¿cuál es el amparo constitucional?; ¿puede el Ministro, no solo, acompañado de una de las firmas del Jefe de Estado, enviar un tratado al Congreso?; ¿o requiere acuerdo del Consejo de Ministros? A mi modesto entender, la facultad es del Consejo de Ministros, no es de un Ministro; puesto que compromete no a un sector, sino —como usted ha dicho— al Estado.

**El señor REPRESENTANTE DEL MINISTERIO DE RELACIONES EXTERIORES, don Carlos Bérninzon.—** Presidente, yo no me imagino a la doctora Pilar Mazzetti aprobando un acuerdo internacional que no tiene ninguna disposición sobre su sector. Es probable que la doctora Mazzetti hasta se abstenga de votar en el Consejo de Ministros, porque no está su sector concernido.

Aquí los que han opinado a favor son los ministros que están directamente concernidos con la negociación, que por lo demás han cautelado los intereses de los productores peruanos, productores privados nacionales.

Entonces, habiendo recibido opinión favorable de esos ministerios en teoría para la Cancillería esto está apto para el estudio de la Comisión de Relaciones Exteriores.

**El señor PRESIDENTE.—** Congresista Mario Ochoa, puede hacer uso de la palabra.

**El señor OCHOA VARGAS (UPD).—** Gracias, Presidente.

Antes de pasar, con su venia y de los señores invitados, del Canciller, Presidente, a retirarnos debido a que tenemos otra reunión. Creo que aquí es consenso y siempre ha sido el hecho de poder avalar todo lo que significa un proceso de integración, básicamente a nivel de América Latina. En esta Comisión de Relaciones Exteriores no ha habido obstáculo alguno para ello. Eso como primer punto, que queda absolutamente claro, que todos creo que hemos coincidido.

Entiendo que la política de buena vecindad que quiere impulsar el Ministerio de Relaciones Exteriores, la preocupación de lo que significa la situación del gas con Bolivia, la situación del mar peruano con Bolivia; tiene hoy a traer este tema que también es no poco menos que importante, pero creo que interesante para esa política de integración y de buena relación.

Sin embargo, Presidente, yo también siento de que aquí faltan más allá de opiniones de ministros o de otros integrantes del Consejo de Ministros, el hecho de poder un poco más profundizarnos en este tema, ¿por qué? Porque partiendo de una cosa práctica, Presidente. Usted es de Puno, yo soy de Cusco; y el tema del contrabando del azúcar y la presencia del azúcar, ya lo ha explicado el congresista Solari, es un tema de reembolsado que no es desde hoy ni desde ayer, éste es un tema bastante antiquísimo y que tiene pues cien, doscientas, cuatrocientas toneladas, tiene miles de toneladas de transporte a través de esas famosas caravanas o culebras que se les llama.

Voy al tema: ahora, Presidente, más una razón para que esto pueda tener que pasar por un análisis mucho mayor, es el hecho que esta semana, este próximo jueves, me parece, en el Pleno de todas maneras se va a tratar el tema de la zona franca en Puno. Y si es que hablamos de este Convenio con Bolivia, hay que reconocer que esto tiene que pasar por un análisis lógico. Porque el contrabando no únicamente es por Tacna o por Madre de Dios; básicamente el contrabando que se registra con Bolivia es vía Puno y sus diferentes niveles que permiten esto que es de público conocimiento, o inclusive las propias fuerzas armadas y policiales a veces son incapaces de poder tener que ejercer un control sobre ello.

Entonces, Presidente, démonos un tiempo más; analicemos estas cosas. Y yo sospecho de que ese tema de reembolsado, porque así se le conoce; los comerciantes hablan así: "El reembolsado del azúcar brasilera", a quien le cambian nada más que la etiqueta en Bolivia y viene para el Perú, es pues definitivamente un atentado que si en algún momento ya se declaró, esos documentos queremos tener, porque finalmente con

justa razón el congresista Llique levanta pues su voz de extrañeza y protesta y señala de que esto no puede pasar de esta manera.

Gracias, Presidente.

**El señor PRESIDENTE.—** Les ruego, colegas, un par de minutos y vamos a proceder a suspender la sesión. Les ruego que nos acompañen unos minutos para terminar junto con los diplomáticos el inicio de este debate, porque esto es así, es el inicio; o sea no nos hemos rehusado como ha dicho el colega Ochoa muy bien. Aquí hemos apoyado todo lo que es integración, por su puesto, y por eso es que hemos entrado al debate, porque de lo contrario nos hubiéramos quedado en las formalidades.

Colega Llique, puede hacer uso de la palabra.

**El señor LLIQUE VENTURA (PP).—** Presidente, creo que ha sido necesaria la explicación que usted ha dado, que sí a esta Comisión se había informado en las legislaturas pasadas, a las cuales no pertenecí, que naturalmente si alguno de los colegas que han tenido conocimiento no se han pronunciado quizás porque no se tuvo en la orden de la agenda de la Comisión, no sé. Lo cierto es que sí preocupa, Presidente.

Yo quiero, simplemente, decir que de acuerdo, tal como dice el representante del Ministro, señor Carlos Bérninzon, también el artículo 56.° y 57.° habla bien claro sobre los tratados internacionales. Entonces, creo que compete al Congreso definitivamente tener la aprobación de este tratado de integración, para poder darle legitimidad; y debe de entrar en funcionamiento.

Ahora respecto de que no entren otros temas, como él manifiesta, lo de salud. La salud cuando nos referimos realmente hay que verlo como un tema amplio; no solamente hablamos del Ministerio, de la salud de los humanos; también tenemos que ver los mismos medicamentos muchas veces tienen que tratar seres humanos y también animales, me refiero a la misma materia activa, y también la salud de las plantas.

Entonces, creo que el tema de una integración comercial en este caso bilateral, tiene que ver con el todo; y no es que un ministerio nomás se tenga que pronunciar.

Y me parece bien y está en la posición correcta, Presidente, al menos yo le tengo que apoyar que tenemos un documento refrendado por el Consejo de Ministros, para salvar responsabilidades. Si hay términos cerrados, cosas, como yo he hecho la observación, que no se puedan corregir, quizás en la misma negociación como se podría poner en una adenda con la mejor voluntad; porque de eso es lo que se trata, solucionar problemas y apoyarnos mutuamente e integrarnos para la lucha contra la extrema pobreza, como habla el mismo documento, para apoyar a la salubridad de los pueblos marginados, a la inclusión, etcétera, etcétera; mejorar la educación y todo lo que se refiere al intercambio cultural, la conservación. Incluso, este tratado no solamente debería ver con la parte económica social, sino también ambienta, porque lo trata. Porque eso es en realidad lo que se busca hoy en día con la modernidad.

Pero, Presidente, naturalmente que tenemos a Dios gracias la Constitución que en algo puede estar mal; pero en estos temas sí hay una cosa bastante clara. Y yo me remito también al mismo documento que estamos haciendo uso, si se quiere, la parte del Ejecutivo, la parte del Legislativo, para poder encontrar puntos de entendimiento y solucionar los problemas; y que es convenio, este tratado pueda llevarse a una aprobación, pero con las posibilidades que en un marco de entendimiento podamos dar la solución pos de repente firma, como debería ser.

Creo que no hay ninguna cosa acabada en el mundo, todo tiende a modificarse; y hasta se habla de la energía misma que no se destruye sino se transforma. Pero eso es justamente, hay que poner en funcionamiento nuestras capacidades, nuestra energía, y seguramente algo tiene que modificarse para bien de los hermanos bolivianos y peruanos, pero yo sí insisto de que tiene que seguir las pautas que están establecidas en la Constitución.

Gracias, Presidente.

**El señor PRESIDENTE.—** Muchas gracias, colega.

Señores diplomáticos, señores congresistas, permítanme para terminar, dar cumplimiento a la lectura de los artículos que los señores parlamentarios han mencionado.

"Artículo 55.°.— Los tratados celebrados por el Estado y en vigor forman parte del derecho nacional". Es decir, son leyes, por tanto, tienen el mismo tratamiento.

"Artículo 56.°— Los tratados deben ser aprobados por el Congreso, antes d su ratificación por el Congreso de la República". Y luego dice en el artículo 57.° que el Presidente de la República puede celebrar o ratificar tratados o adherir a éstos sin el requisito de la aprobación previa del Congreso en materias no contempladas en el artículo precedente, que habla de derechos humanos, soberanía, defensa nacional u obligaciones financieras del Estado.

Cuando el tratado afecte disposiciones constitucionales debe ser aprobado por el mismo procedimiento. Continúa: "El Consejo de Ministros..."

Yo he estado chequeando con el mayor aprecio, no veo en la Constitución todavía que los tratados sean responsabilidad del Consejo de Ministros o de un Ministro. Es decir, no veo que la Constitución encargue únicamente al Poder Ejecutivo la negociación previa.

A lo mejor esto forma parte de lo que la doctora Elvira de la Puente estaba discutiendo el anteaño pasado, el año pasado, una ley de negociaciones que precise justamente el tema, a quién le corresponde, al juez, cancillería y Mincetur quienes tienen que estar siempre ahí; pero, **(14)** en la Constitución estoy leyendo no encuentro artículo correspondiente, que diga: "le corresponde a la Cancillería ... o sea, no lo leo.

Luego, dentro de las facultades de el Presidente de la República, justamente, manifiesta lo mismo y se requiere el acuerdo del Consejo de Ministros para sus iniciativas y dice en el artículo 120.°: "Son nulos los actos del Presidente de la República que carecen de refrendación ministerial". En unos casos cuando es sectorial bastará la firma de un ministro y en otras la del Consejo de Ministros. Eso sería bueno evaluar y, en todo caso, si están de acuerdo todos los ministros creo que eso es un trámite que pueda formalizar y abaratar el procedimiento.

Concluiremos con la intervención de la colega De la Puente si nos ayuda.

**La señora DE LA PUENTE HAYA (PAP).—** Gracias, Presidente.

Solo era para recordar que donde encontramos una precisión un poquito mayor es en el reglamento de funciones de Mincetur que dice que será el Mincetur el que se ocupe de lo que es el tratamiento de las negociaciones comerciales del país en coordinación, dice, con todos los sectores involucrados. Pero lamentablemente lo que encontramos es que esto no ocurre así y efectivamente, el primer, la primera instancia que debería estar a cargo de lo que es, de lo que son las negociaciones comerciales, a mi modo de ver, debería ser la Cancillería, como es en Brasil, como es en la mayoría de otros países del mundo.

Además, deberíamos tener una Ley de negociaciones comerciales como la tiene Estados Unidos, con quien estamos largamente con un proceso de negociación y en condiciones de inferioridad por no contar con una Ley de negociaciones comerciales. Ellos tienen el (ininteligible) que les indica objetivos, que les indica lineamientos y con todo derecho su equipo negociador nombrado por sus propias instituciones congresales y el Ejecutivo, defiende su ley, porque tienen que ir a rendir cuentas a su Congreso, incluso antes de firmar nada. En cambio nosotros hemos planteado tener una Ley de negociaciones comerciales y he estado trabajando eso en la Comisión de Comercio Exterior, tenemos un proyecto que ha sido aprobado por unanimidad en la Comisión de Comercio Exterior y no se lleva al Pleno del Congreso.

Entonces, seguimos en esta situación y me queda la duda, usted mencionó que las personas que habían estado trabajando en la negociación con la Cancillería eran representantes de los sectores.

Yo quisiera saber, por ejemplo, en el TLC el sector Comercio Exterior nombró un equipo que no eran funcionarios, nombró un equipo especializados, este equipo cada personalidad en una área y luego, incluso, hacían las negociaciones y hemos podido comprobar que no ha habido realmente una coordinación estrecha con los sectores aunque su propia norma interna así lo indique que debe ser.

Entonces, hay una eficiencia muy grande y es por eso que tenemos la preocupación.

En este caso yo quisiera saber quienes fueron, como preguntó el congresista Llique bien, ¿quiénes integraron ese equipo negociador?, ¿fueron funcionarios contratados para los temas específicos técnicos? ¿O fueron representantes de cada ministerio? Y si es así, ¿quienes fueron esos representantes de cada uno de los sectores?, sí sería interesante de conocer.

Gracias, Presidente.

**El señor PRESIDENTE.—** Si les parece bien podríamos continuar este debate el próximo lunes, yo me comprometo con mis colegas a poner en agenda esto y avancemos.

Entonces, aquí tienen ustedes el compromiso que ha marcado el colega Ochoa, la integración con Sudamérica sí, como no, por supuesto; pero mis colegas Alcides Llique y Elvira de la Puente, oiga un momentito, o sea, ¿quién es el equipo negociador?, o sea, ¿quién era el jefe del equipo? A Pablo de la Flor lo conocemos todos, al menos él está capitaneando el equipo con el TLC con Estados Unidos, aquí no sabemos aún quienes han hecho este texto.

Yo le daré al Ministro la última intervención.

**El señor REPRESENTANTE DEL MINISTERIO DE RELACIONES EXTERIORES, don Carlos Bérninzon.—** Gracias, Presidente.

Debo reconocer que es estimulante la preocupación de la congresista Elvira de la Puente.

La relación completa no me acuerdo, nosotros como económico, en la parte económica de la Cancillería participamos en la mesa uno, que era, justamente, la de Comercio, había mesa dos y había mesa tres; pero si usted se fija en la página dos de este preinforme, este predictamen, allí se menciona al Ministerio de Agricultura, Ministerio de la Producción, Ministerio de Salud, Ministerio de Transportes, Economía, Energía y Minas y Turismo (diálogo).

Pero todos fueron funcionarios de planta, doctora, eso sí se lo puedo asegurar porque yo participé en las negociaciones.

**El señor PRESIDENTE.—** Ministro, ya para ir concluyendo el asunto es que nosotros para avalar este Tratado necesitamos conocer un poco, ustedes han negociado, han formado parte de la mesa, hoy es el primer día que tomamos contacto en el pleno, hoy día, hoy lunes, recién empezamos, entonces, la gente dice: "Oiga usted, ¿quiénes son?, ¿cuántos son?, porque la única carta que tenemos es que cuando Manuel Manrique dice no, que no se firme, pero la otra no la tenemos a la mano; o sea, nosotros no podemos en la comisión celebrar actos de fe, necesitamos documentos, porque luego cada parlamentario tiene que hablar con su grupo parlamentario, imaginemos que aquí aprobamos nosotros algo que luego en el Pleno nuestros colegas de bancada rechazan, o sea tendrá cada uno llevar a su bancada o por cercanía geográfica o por posición ideológica obedecer una bancada, porque sino flaco favor, decía el doctor Solari que nosotros vamos a tener que exponer ante el Pleno y cuando nos pregunten: "Oiga, usted, ¿quién fue el equipo negociador?, vea usted el panorama que se nos pueda presentar.

Con la dispensa de los señores Luis Santa María Calderón, por estar en Trujillo; Doris Sánchez Pinedo, licencia porque está fuera del país; Luis Humberto Flores Vásquez, porque está en Cajamarca; Rosa Graciela Yanarico Huanca, compromisos asumidos con anticipación. La gratitud a los señores parlamentarios Humberto Requena, Mario Ochoa Vargas, Elvira de la Puente Haya, Alcides Llique Ventura, Luis Solari de la Fuente, que estuvieron con nosotros, incluido el colega José Luis Delgado Núñez del Arco y Rafael Rey Rey.

Gracias a Manuel de Cossío, consejero; Carlos Vallejos, ministro consejero y el Ministro Carlos Bérninzon y pedirle al colega Mario Ochoa que, por favor, no desmayen en eso que Manco Cápac siempre velará por el patrimonio histórico de Cusco.

Siendo las 6 de la tarde y 35 minutos, levantamos la sesión.

—*A las 18 horas y 35 minutos se levantó la sesión.*

CONGRESO DE LA REPÚBLICA
ES COPIA FIEL DEL ORIGINAL

1 2 OCT 2009

HUGO CORTEZ TORRES
FEDATARIO

CONGRESO DE LA REPÚBLICA
La fotostática de la vuelta
es copia fiel de su original

12 OCT 2009

HUGO CORTEZ TORRES
FEDATARIO

MINISTERIO DE RELACIONES EXTERIORES
DIRECCIÓN GENERAL DE POLÍTICA CONSULAR
Legalización Nº 357480
Se legaliza la firma que antecede del Sr.(a)
HUGO CORTEZ TORRES
SIN JUZGAR EL CONTENIDO DEL DOCUMENTO

Maribel del Rosario Luyo Javier
Departamento de Legalizaciones
Dirección de Trámites Consulares

LIMA 12 OCT. 2009

```
Republic of Peru                )
Province and City of Lima       )  ss:
Embassy of the                  )
United States of America        )
```

I certify that the official named below, whose true signature and official seal are, respectively, subscribed and affixed to the annexed document, was, on this day, empowered to act in the official capacity designated in the annexed document, to which faith and credit are due:

### MARIBEL DEL ROSARIO LUYO JAVIER

This Embassy assumes no responsibility for the contents of the attached document.

_____
Charles Roe
Consular Associate
U.S. Embassy, Lima

October 14, 2009
(Date)