# EXHIBIT B-6
## TO TOWNSEND AFFIDAVIT

DAVID POVICH
STEVEN M. UMIN
JOHN W. VARDAMAN
PAUL MARTIN WOLFF
J. ALAN GALBRAITH
JOHN G. KESTER
WILLIAM E. McDANIELS
BRENDAN V. SULLIVAN, JR.
RICHARD M. COOPER
GERALD A. FEFFER
ROBERT P. WATKINS
JERRY L. SHULMAN
ROBERT B. BARNETT
DAVID E. KENDALL
GREGORY B. CRAIG
JOHN J. BUCKLEY, JR.
TERRENCE O'DONNELL
DOUGLAS R. MARVIN
JOHN K. VILLA
BARRY S. SIMON
KEVIN T. BAINE
STEPHEN L. URBANCZYK
PHILIP J. WARD

F. WHITTEN PETERS
JAMES A. BRUTON, III
PETER J. KAHN
JUDITH A. MILLER
LON S. BABBY
MICHAEL S. SUNDERMEYER
JAMES T. FULLER, III
BRUCE R. GENDERSON
CAROLYN H. WILLIAMS
F. LANE HEARD III
STEVEN R. KUNEY
GERSON A. ZWEIFACH
PAUL MOGIN
HOWARD W. GUTMAN
STEVEN A. STEINBACH
MARK S. LEVINSTEIN
MARY G. CLARK
VICTORIA RADD ROLLINS
DANIEL F. KATZ
WILLIAM R. MURRAY, JR.
EVA PETKO ESBER
STEPHEN D. RABER
DAVID C. KIERNAN

LAW OFFICES
**WILLIAMS & CONNOLLY LLP**
725 TWELFTH STREET, N.W.
WASHINGTON, D.C. 20005-5901
(202) 434-5000
FAX (202) 434-5029
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

LON E. MUSSLEWHITE
ROBIN E. JACOBSOHN
HEIDI K. HUBBARD
GLENN J. PFAEDENHAUER
GEORGE A. BORDEN
ROBERT J. SHAUGHNESSY
DAVID S. BLATT
ARI S. ZYMELMAN
DANE H. BUTSWINKAS
LAURIE S. FULTON
DENNIS M. BLACK
PHILIP A. SECHLER
LYNDA SCHULER
PAUL K. DUEFFERT
R. HACKNEY WIEGMANN
ROBERT M. CARY
KEVIN M. HODGES
DAVID M. ZINN
JOSEPH G. PETROSINELLI
STEVEN M. FARINA
KEVIN M. DOWNEY
THOMAS G. HENTOFF
PAUL B. GAFFNEY

EMMET T. FLOOD
ROBERT A. VAN KIRK
MARCIE R. ZIEGLER
KENNETH C. SMURZYNSKI
JOHN E. SCHMIDTLEIN
SUZANNE H. WOODS
CRAIG D. SINGER
JAMES L. TANNER, JR.
J. ANDREW KEYES
GILBERT O. GREENMAN
M. ELAINE HORN
ENU MAINIGI
MICHAEL F. O'CONNOR
PAUL T. HOURIHAN
WILLIAM J. BACHMAN
MARGARET A. KEELEY
MEGAN E. HILLS
EDWARD J. BENNETT
TOBIN J. ROMERO
BETH A. LEVENE
THOMAS G. WARD

OF COUNSEL
VINCENT J. FULLER
RAYMOND W. BERGAN
JEREMIAH C. COLLINS
ROBERT M. KRASNE
JACQUELINE E. MAITLAND DAVIES

October 20, 2005

**VIA FEDERAL EXPRESS**

Dr. Richard C. Levin
President
Yale University
105 Wall Street
New Haven, Connecticut 06511-8917

**RECEIVED**
OCT 21 2005
PRESIDENT'S OFFICE

Dear Mr. President:

    This law firm represents the Government of Peru in its efforts to recover certain items of property – artifacts, antiquities and human remains among other things – that were removed from Cuzco, Machu Picchu and the surrounding areas. This property was taken from Peru and transported to Yale University between 1911 and 1916 and is now in the custody and control of the University. The property belongs to the Republic of Peru and its people, and it should be returned.

    I write with these purposes in mind: First, to urge Yale University to acknowledge that Peru has title to these artifacts, and Second, to inform you that, in the event Yale University declines to acknowledge Peru's rightful ownership, the Government of Peru has authorized us to file suit against the University on Monday, November 21, 2005, seeking the immediate return of the artifacts. We have prepared a draft complaint, which I am enclosing, for your information and consideration. Please consider this letter to be a demand for all the relief that is requested in the enclosed complaint.

Very truly yours,

Gregory B. Craig
Counsel for the Government of Peru

Enclosure(s)

**DRAFT**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| REPUBLIC OF PERU )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YALE UNIVERSITY )<br>)<br>Defendant. )<br>_____) | Civil Action No. _____ |

## COMPLAINT

Plaintiff Republic of Peru, through undersigned counsel, hereby complains against Defendant Yale University as follows:

## PREDICATE

1.  Plaintiff Republic of Peru files this Complaint against Yale University seeking the return of a collection of artifacts, objects, antiquities, and related items. These artifacts belong to the Republic of Peru and its people and are central to the history and heritage of the Peruvian nation. Yale University wrongfully possesses this property. The property in question is composed of Incan materials that are hundreds of years old – mummies, skulls, bones and other human remains, pottery, utensils, ceramics, objects of art and other items ("artifacts") – and that were excavated from Cuzco, Machu Picchu and the surrounding areas by agents of the University. The property was, thereafter, exported to New Haven, Connecticut. Yale University has retained this property in violation of the laws of Peru and in breach of Yale University's

DRAFT

currently in the possession of Yale University have intrinsic and important cultural significance to the nation of Peru, the Peruvian people and their heritage.

73. At no time has the Republic of Peru relinquished ownership of any artifact or object excavated and/or exported by Bingham and other members of the Bingham expeditions.

74. Upon information and belief, Yale University retains possession of all, or substantially all, artifacts excavated and exported by Bingham and members of the Bingham expeditions. Yale University also possesses research papers, studies and reports about the artifacts, as well as illustrations and photographs made of the artifacts.

75. In January 2003, Yale's Peabody Museum of Natural History inaugurated a major exhibition of artifacts from Peru. Although this exhibition is formally housed in New Haven at the Peabody Museum, it has been taken on tour throughout the United States.

76. The collection of artifacts from Cuzco, Machu Picchu and the surrounding areas held by Yale University constitutes one of the most important collections of its kind in the world.

77. Upon information and belief, Yale's collection is composed of artifacts found, excavated and exported from Peru to Yale University by Bingham and the members of his expeditions.

78. In May 2003, Yale's exhibit of artifacts from Machu Picchu was taken on a tour of the United States. In September 2005, it returned to New Haven. Upon information and belief, Yale intends to make the exhibit part of the Peabody Museum's permanent collection.

79. The Peabody Museum website currently states that Bingham "excavated hundreds of objects that tell the story of everyday life at Machu Picchu and, by agreement with the

17

---

DRAFT

Peruvian government, these materials became part of the Peabody Museum's collections."[1] Peabody Website, attached at Ex. CC.

80. There is not, and never has been, any such agreement with the Peruvian Government.

**FIRST CAUSE OF ACTION (Replevin)**

81. The Plaintiff here repeats the allegations in the preceding paragraphs of this Complaint.

82. Yale University wrongfully has exercised custody and control over – and to retain possession of – artifacts exported from Peru by Bingham and other members of Bingham's expeditions from 1911 through 1916, as well as reports, studies and photographs related to those artifacts ("related materials").

83. The Republic of Peru is the owner of all such artifacts and related materials.

84. The Republic of Peru had and has a right to immediate possession of all such artifacts and related materials.

85. Pursuant to Chapter 921 of the Connecticut General Statutes, Conn. Gen. Stat. § 52-515, *et seq.*, the Republic of Peru seeks an order of this Court replevying all such artifacts and related materials which Yale University continues to wrongfully detain.

**SECOND CAUSE OF ACTION (Damages for Wrongful Retention)**

86. The Plaintiff here repeats the allegations in the preceding paragraphs of this Complaint.

---

[1] http://www.peabody.yale.edu/exhibits/machupicchu.html

18

# EXHIBIT CC

# Yale Peabody Museum Website

# Exhibitions & Programs

ABOUT US | EXHIBITIONS & PROGRAMS | RESEARCH & COLLECTIONS | THE MUSEUM STORE

EVENTS & WHAT'S NEW

TREASURES & EXPLORATIONS



## Exhibitions



**Machu Picchu:
Unveiling the Mystery of the Incas**

A major new exhibition returning to the Yale Peabody Museum on September 10, 2005

**Member Nights**
Fridays • 5:30 to 7:30 pm
September 23, October 28, November 25, December 23

For members only! Stop by the Peabody for after-hours viewing of the acclaimed exhibition. No reservation needed, just bring your membership card.

Become a Museum Instructor: Classes Now Forming!

Upcoming Events

Exhibition Lecture Series




THE TOROSAURUS PROJECT



LANDSCAPE UNDER SIEGE: INVASIVE PLANTS OF CONNECTICUT



PERMANENT EXHIBITIONS

Special Exhibitions 
The Great Hall
The Invisible Art: The Yale Peabody Museum Dioramas 
Online Exhibitions 
Floor Plans 

Yale Peabody Museum: Exhibitions: Machu Picchu: Unveiling the Mystery of the Incas

Meet the Curators | Now Available: Exhibition Catalogue *Lost City: The Discovery of Machu Picchu* | Panpipe-making Workshop

For: Educators

Social Studies Curriculum Guide | Science Curriculum Guide

The Exhibition

High in the Peruvian cloud forest the Inca country palace of Machu Picchu is one of the most spectacular archaeological sites in the world. When local farmers first showed members of the 1911 Yale Peruvian Expedition to the site, it had survived in a near pristine state since the Inca abandoned it in the early 16th century.

The expedition was led by Yale archaeologist Hiram Bingham (who later became the governor of Connecticut). He excavated hundreds of objects that tell the story of everyday life at Machu Picchu and, by agreement with the Peruvian government, these materials became part of the Peabody Museum's collections. Many of these objects will be on view to the public for the first time. Together with the 11,000 photographs Bingham took, they form a unique scientific, historic and artistic resource that enables us to reconstruct the daily life of Machu Picchu at its zenith 500 years ago.

Co-curated by Curator of Anthropology Professor Richard Burger and Curatorial Affiliate and Peruvian archaeologist Lucy Salazar, this exhibition invites visitors to travel into the past, first to Machu Picchu with the 1911 Yale Peruvian Scientific Expedition, and then further back to the late 15th century when this Inca country palace was a bustling community with an important religious, political and social role in the Inca empire. The exhibition has many interactive components, including replicas of the house of the Inca king and an ancient Inca road, a curator's tour of the Inca palace complex, and an interactive laboratory that shows how archaeologists in the 21st century interpret the 15th century.

Filled with stunning panoramic photographs and the finest surviving examples of Inca art on loan from Peru, Europe and other major U.S. collections, this exhibition is not to be missed.

This exhibition is sponsored by:






THE DENVER FOUNDATION

NATIONAL ENDOWMENT FOR THE HUMANITIES

Information

Lucy C. Salazar

Exhibit Manager, Machu Picchu
203.432.9718
Fax 203.432.3759
lucy.salazar@yale.edu

Go to Top

Photograph of Machu Picchu © Michael Lawton. All rights reserved. Used with permission.



ABOUT US | EXHIBITIONS & PROGRAMS | RESEARCH & COLLECTIONS | MUSEUM STORE

Peabody Museum of Natural History
YALE UNIVERSITY
© 2005 Yale Peabody Museum

search this site