# EXHIBIT B-7
## TO TOWNSEND AFFIDAVIT



**Associated Press**

Single article purchase = $1.50

You can choose to purchase one article at a time for $1.50 per article.

Each purchase is reflected as a single purchase on your credit card.

---

There are also a variety of other options for purchasing articles:

**5 Pack**: $4.95, one month duration

**10 Pack:** $6.95, one month duration

**Monthly Pass**: $14.95, one month duration

**Annual Subscription**: $99.95, one year duration

---

**Need Help?**

If you have any technical difficulties, either with your user name and password or with the payment options, please contact NewsBank at 1-800-896-5587 or by e-mail at ap@newsbank.com

NewsBank will respond within one business day; longer on weekends and holidays.

Back to Home

Search results | Printer Friendly Version | New Search

## Associated Press Archive

March 6, 2003

### Peru wants Yale University to give back Machu Picchu relics

Nearly a century after a Yale professor became the first foreigner to reach the Inca citadel of **Machu** Picchu, Peru is asking the university to give back artifacts he took with him.

Hundreds of the ceramics and human bones dug up by expeditions led by Hiram Bingham between 1911 and 1915 went on display at the university's **Peabody** Museum in late January. "The government appreciates the exhibit as a way of projecting Peruvian culture and we are seeking an accord that will permit the return of these cultural assets to Peru," Deputy Foreign Minister Manuel Rodriguez said Wednesday.

The **Peabody** Museum's web site says the artifacts became part of its collection "by agreement with the Peruvian government."

The government permitted Bingham to take the relics with him, "but the temporary character of the loan was never discussed," Rodriguez said.

He said Peru has been discussing the issue with the school and described initial talks as "very positive and constructive."

Yale officials didn't immediately return telephone messages left after business hours Wednesday.

The Incas ruled Peru from the 1430s until the arrival of the Spaniards in 1532, constructing incredible stone-block cities and roads and developing a highly organized society that extended from modern-day Colombia to Chile.

The Incas abandoned **Machu** Picchu around 1545, as Spanish soldiers began to conquer their empire. Residents fled to the Inca capital of Cusco or to the surrounding jungles to survive.

Bingham led three trips that uncovered the majority of the artifacts discovered at **Machu** Picchu. The objects, found in burial chambers, shed light on the sophisticated and diverse life the Incas enjoyed before the Spanish conquest.

The partially reconstructed ruins, 310 miles southeast of Lima, are South America's top archaeological site, drawing 300,000 foreign visitors each year.

The **Machu** Picchu exhibit runs through May 4 at the **Peabody** Museum and then travels to Los Angeles, Pittsburgh, Denver, Houston and Chicago over the next two years. Rodriguez said the Peruvian government does not plan to try to stop the exhibition.

------

http://nl.newsbank.com/nl-search/...        Thursday, October 08, 2009

On the Net:

www.**peabody**.yale.edu

Copyright 2003 Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

Content for the Information Age  AP digital  The Associated Press