# EXHIBIT B-10
## TO TOWNSEND AFFIDAVIT



**9** The School of Drama is presenting "Coriolanus," Shakespeare's tale of a hero's rise and fall in ancient Rome.



**16** A new exhibition at the Yale Center for British Art features portraits of Romantic era heroes and revolutionaries.

**4** In the News

" Someone who is 86 is not supposed to write books. He's like a talking dog — it doesn't matter what he says; just that he talks at all. It's the 'Geezer Factor.' "

— Historian **Edmund Morgan**

# YALE Bulletin
### & CALENDAR

www.yale.edu/opa/yb&c     JANUARY 17, 2003     TWO-WEEK ISSUE     Vol. 31, No. 15

## Psychologist Peter Salovey named new dean of the Graduate School

### Talks, services to mark Yale's tribute to King

Yale is celebrating the life and legacy of the Reverend Martin Luther King Jr. with a series of events that began on his birthday, Jan. 15, and will continue through Jan. 20, the national holiday observed in his honor.

The commemoration includes panels and talks, performances, films and worship services sponsored by the Martin Luther King Jr. Coordinating Council in conjunction with other student organizations.

In addition, the Peabody Museum of Natural History will hold a two-day festival on the theme "Dr. Martin Luther King Jr.'s Legacy of Environmental & Social Justice" on Sunday and Monday, Jan. 19 and 20. (See story, page 7.)

### King's "Prophetic" Vision

"Salt of the Earth: A Prophetic Christian Vision of the Gospel and Social Justice," a combination worship service and panel discussion, will take place at 7 p.m. on Friday, Jan. 17, at the Afro-American Cultural Center, 211 Park St. Salt of the Earth, a Christian group at Dwight Hall committed to social justice and peacemaking, is convening the event, which will bring together community leaders and theologians to discuss the relevance of the Christian Gospel in working for social justice regarding issues particularly important to King — race, violence and labor.

Invited panelists include Professor Gilbert Bond of the Divinity School;

(Continued on page 5)

President Richard C. Levin has named psychology professor Peter Salovey as the next dean of the Graduate School of Arts and Sciences, effective immediately.

Salovey is the Chris Argyris Professor of Psychology and chair of the Department of Psychology for the past two and a half years. He succeeds Susan Hockfield, the William Edward Gilbert Professor of Neurobiology, who was named Yale's provost last month.

"Professor Salovey has been an outstanding scholar and teacher since joining the faculty in 1986 and an exceptionally effective chair of the psychology department," said Levin in announcing the appointment. "Those of us who have worked with Professor Salovey know that he has a special talent for bringing out the best in people and in fostering collaboration. He is an inspired teacher and a devoted mentor. I am confident that he will distinguish himself as dean, just as he has in every assignment he has been given throughout his career at Yale."

Salovey said: "Under Dean Hockfield's gifted leadership, there is now a sense of

(Continued on page 2)



Peter Salovey (center) is pictured at the announcement of his appointment as dean of the Graduate School with President Richard C. Levin and Provost Susan Hockfield, who previously held the deanship.

### Science Watch ranks University's researchers as the most-cited by their peers

Yale received the top ranking in engineering, chemistry and law in Science Watch, a publication that measures the citation impact of published research in major fields of science and the social sciences among the top 100 federally funded universities in the country.

In addition, Yale was ranked in the top 10 in citation impact in five other areas of research — immunology, molecular biology and genetics, neurosciences, biology and biochemistry, and psychology and psychiatry.

"This is one of the objective measures of research quality as judged by our peers in the field," says Paul Fleury, dean of the Faculty of Engineering, which received the highest proportional score in the Science Watch rankings. "This is considered significant because it shows the work is influencing the research of others in the field, is building on the work of others and is helping to make an advance."

Andrew Hamilton, chair of the Depart-

(Continued on page 3)

## Peabody exhibition sheds light on mysteries of Machu Picchu

While on an expedition high in the Peruvian cloud forest in 1911, Yale archaeologist Hiram Bingham discovered what has been described as one of the most spectacular archaeological sites in the world — Machu Picchu.

A new exhibition opening this month at the Peabody Museum of Natural History uses the findings of two modern-day Yale archaeologists to shed light on the origins and uses of the site, which has survived in a near-pristine state since the Inca abandoned it in the early 16th century.

"Machu Picchu: Unveiling the Mystery of the Incas" is the largest exhibition on the Incas ever assembled in the United States and one of the largest undertakings in the Peabody Museum's history. The show, which opens on Sunday, Jan. 26, reflects the research and findings of Richard L. Burger, professor of anthropology and former director of the Peabody Museum, and Lucy C. Salazar, Peabody manager.

While Bingham believed that Machu Picchu had been occupied for centuries, research by Burger and Salazar shows that it was active for less than 100 years. Although some scientists have speculated that Machu Picchu was a spiritual center or a refuge for defeated Inca, the Yale archaeologists have determined that it was a summer retreat for the Inca elite from Cuzco, the empire's capital

(Continued on page 5)



Two Yale archaeologists believe that Machu Picchu was not a spiritual center or retreat for defeated Inca, as once believed, but a summer retreat for the society's elite.

## Machu Picchu

*(Continued from page 1)*

spiritual center or a refuge for defeated Inca, the Yale archaeologists have determined that it was a summer retreat for the Inca elite from Cuzco, the empire's capital — what Burger describes as "the Inca equivalent to Camp David."

According to the archaeologists, this "country palace" situated in the Peruvian Andes was populated seasonally by the ruling Inca and several hundred craftsmen and other servants necessary to carry on the affairs of estate and government.

"In our exhibition we show that Machu Picchu was a royal estate built by Inca Pachacuti, the first imperial ruler of the empire, in 1450," says Salazar "A special caste of metallurgists and craftsmen lived in Machu Picchu and served the Inca elite." These workers were well-fed and well-treated, she notes.

Of the retreat's location, Burger says: "Pachacuti may well have picked out the site simply because it was so beautiful. The Inca were connoisseurs of highland panoramas, and they had an aesthetic about stonework and mountain views."

The exhibition also sets straight the composition of the population at Machu Picchu, which was "much more varied than people had appreciated," says Burger. "Today, when people look at the ruins in Peru, it's easy to forget the sort of complexity that existed in Inca times." Machu Picchu was the melting pot of the Inca empire, he notes, "more like New York than an isolated rural village in Peru, in terms of its cultural population. The people living in Machu Picchu were brought there from all over the empire. They were from different ethnic groups and spoke different languages. They had all been brought together in part to serve these Inca rulers."

The exhibition is designed to be visitor-friendly. Drawing on the latest technology, it provides an interactive learning experience that explores the scientific methodology behind the archaeological process. Dioramas, topographic models, thematic video displays and computer interactives inform visitors about the legacy of the Inca, and an interactive laboratory shows how archaeologists in the 21st century interpret the 15th century.



Hiram Bingham III, the Yale archaeologist who discovered Machu Picchu, is pictured at the site in 1912. Bingham believed the Inca occupied Machu Picchu for centuries. However, in a new exhibit at the Peabody Museum, two modern-day Yale archaeologists — Richard Burger and Lucy C. Salazar — contend that the Incas used it for less than 100 years as a summer retreat, "the Inca equivalent to Camp David."

Visitors can "travel" into the past — first to Machu Picchu with Hiram Bingham and the 1911 Yale Peruvian Scientific Expedition, and then further back to the 15th century when Machu Picchu functioned as an Inca royal estate. Visitors can view a panorama of the high-altitude cloud forest of Peru, walk along a replica of an ancient Inca road, take a self-guided interactive tour of the Inca palace complex and inspect an Inca burial chamber. On entering the house of the Inca king, they will find a life-size mannequin of the king, whose gold jewelry and alpaca tunic have been reproduced specifically for the exhibition by craftsmen in Peru.

Central to the exhibition are some of the finest surviving examples of Inca art, many of them recovered from Machu Picchu, including over 400 gold, silver, ceramic, bone and textile artifacts, along with photographs and other memorabilia. These materials are used as a springboard for a discussion of archaeological science and the way in which knowledge of relevant aspects of ecology, astronomy, metallurgy, human biology and other scientific subjects have proved to be critical in understanding the purpose of Machu Picchu and why it was abandoned.

As director of the Peabody Museum 1995 through December of 2002, Burger was responsible for raising the considerable funds necessary to stage the exhibition. Major support comes from federal, state and private foundations, including the National Science Foundation, National Endowment for the Humanities, Connecticut Humanities Council and The William Bingham Foundation, as well as numerous individual donors. A gala previewing the exhibition and honoring its donors will take place the evening of Saturday, Jan. 25. For more information about the exhibition and special viewing hours, call (203) 432-9891 or e-mail peabody.special.events@yale.edu.

The exhibition will continue through May 4, when it begins a two-year tour of five major venues before returning to the Peabody for permanent installation. Those venues include the Natural History Museum of Los Angeles County, Carnegie Museum of Natural History, Denver Museum of Nature and Science, Chicago's Field Museum and one other venue still to be named.

The Peabody Museum of Natural History, located at 170 Whitney Ave., is open 10 a.m.-5 p.m. Monday-Saturday, and noon-5 p.m. Sunday. Admission is $5 for adults and $3 for children (3-15) and seniors (65 and over). Parking is available in the Peabody Visitor Parking Lot, entrance off Whitney Ave. one block north of the Museum; follow signs inside the entrance. For directions, events, or other general information call (203) 432-5050 or visit the website at www.peabody.yale.edu.

## Peabody celebrating MLK Day with family activities, music, free admission

Educational activities and entertainment for people of all ages and backgrounds will mark the Peabody Museum of Natural History's annual festival honoring Martin Luther King Jr. (MLK).

Titled "Dr. Martin Luther King Jr.'s Legacy of Environmental & Social Justice," the event will cover two days this year: Sunday and Monday, Jan. 19 and 20. (For other Yale MLK Day events, see the story on page 1.)

The festival celebrates the progress that has been made, and that continues to be made, regarding social and environmental justice. King championed the right for every individual to have access to educational opportunities, clean air and safe housing; so too, members of the environmental justice movement hold that all members of society have the right to clean air, water and soil, and work to address the inequities that can result from human settlement, the siting of industrial facilities and industrial waste.

Because there is an inequitable distrubtion of environmental risks and enforcement of environmental law in poor communities and communities of color, environmental justice is often viewed as a social problem. In keeping with this theme, there will be interactive stations focusing on environmental and social justice issues throughout the Peabody during the two-day festival.

Spoken word artist Michael Franti, leader of the San Francisco-based band Spearhead, will present his own unique perspective on these issues during the annual Arnold J. Alderman Memorial Lecture at 2 p.m. on Sunday. (See Visiting on Campus, page 6.)

Also on Sunday, there will be an MLK Community Mass Choir's Social Justice Sing-Out. On Monday, there will be a Drum Circle for Peace, a Community Poetry Open Mic, breakdancing and a poetry slam hosted by Ngoma. On both days of the festival, there will be storytelling, world stage performances ranging from Afro-Caribbean dance to jazz and a Hip Hop Café featuring music, dancing and snacks.

Support for the festival comes from Citizens Bank, Bayer, the Connecticut Department of Environmental Protection, the New Haven Public Schools and Yale's Office of New Haven and State Affairs. Michael Franti's appearance is made possible through support from the Children of Arnold J. Alderman.

The Peabody Museum is open noon-5 p.m. on Sunday and 10 a.m.-5 p.m. on Monday. Admission to the museum and the festival events is free both days. Free shuttle bus service will be offered between the Peabody Museum and various stops around New Haven; all Yale parking lots will be open to the public free of charge both days. For complete information on events and times, pick up a schedule at the Peabody Museum of Natural History, 170 Whitney Ave., or visit its website at www.peabody.yale.edu/events/mlk. Call the Peabody's InfoTape at (203) 432-5050 for information including bus routes and times.

## Talk and screening by alumnus to highlight Asian American film festival

Yale College alumnus Greg Pak '99, whose film "Fighting Grandpa" has won some 20 honors including a Student Academy Award, is among the filmmakers who will discuss his work during an Asian American Film Festival on campus Jan. 25-30.

Organized by the Asian American Cultural Center, the festival will feature 20 recent films which are either by Asian filmmakers or explore the cultural experiences of Asians. Films will be shown at the Whitney Humanities Center (WHC), 53 Wall St., and in the Off-Broadway Space, 39-41 Broadway.

The festival will begin on Saturday, Jan. 25, at 1 p.m. in the WHC with the showing of four films, followed by a 4 p.m. discussion with Asian-American filmmakers. Among the guest speakers are George Lin, head of Asian Pacific American Film, a nonprofit organization established to explore cross-cultural interfaces of East and West through art and education; Joy Dietrich, director of the 1999 film "Surplus," which explores a Korean farmer's struggle to save his family during a terrible drought; and Bertha Baysapan, director of "Face," a coming-of-age story of two women caught between the conflicting cultures of their traditional heritage and the surrounding influence of urban life. "Face" was featured at the 2002 Sundance Festival.

"Shaping Desire: Love and Coming-of-Age in Our Times" is the theme of the five films being shown on Sunday, Jan. 26, beginning at 2 p.m. "I'm Out": Asian Pacific Americans and Sexuality" is the theme of three films being screened on Monday, Jan. 27, beginning at 7 p.m. The themes for the film showings on Tuesday and Wednesday, Jan. 28 and 29, are "Rewriting History" and "The Myth of Bollywood," respectively. Screenings on both days begin at 7 p.m. See the Calendar, page 9, for film titles and locations.

The festival will conclude on Thursday, Jan. 30, with "Seekers and Dreamers: Social Justice, A Conversation with Greg Pak." It will begin at 7 p.m. in the Off-Broadway Space with the screening of Pak's "Fighting Grandpa" and "Cat Fight Tonight." The former film, which aired on PBS in 2001, features a young filmmaker talking with three generations of his extended family as he searches for evidence of love between his immigrant Korean grandparents. "Cat Fight Tonight" explores the relationship between a "crazy" woman, "crazy" man and a confused cat.

Pak will take part in a question-and-answer session with audience members after the screening of his films. Following this session, the films "Of Civil Rights and Wrongs" and "Presumed Guilty" will be shown. The former, directed by Eric Paul Fournier, tells of the 40-year legal fight to vindicate Fred Korematsu, who challenged in court the forced internment of Japanese-Americans during World War II. "Presumed Guilty," directed by Pamela Yates, chronicles a year in the lives of a group of lawyers in the San Francisco public defender's office, along the way revealing their triumphs, defeats and moral dilemmas.

For further information, call the Asian American Cultural Center at (203) 432-2931.