# EXHIBIT B-12
## TO TOWNSEND AFFIDAVIT

This is Google's cache of http://www.yaleherald.com/article.php?Article=1653. It is a snapshot of the page as it appeared on Aug 26, 2009 00:46:38 GMT. The current page could have changed in the meantime. Learn more

These terms only appear in links pointing to this page: **larbest ever incas exhibit at the peabody**     Text-only version

The Yale Herald is an undergraduate publication at Yale University.
**Please Note:** You are viewing the non-styled version of the Yale Herald. Either your browser does not support Cascading Style Sheets (CSS) or it is disabled.



JANUARY 31, 2003 VOL. XXXV, NO. 3              [        ]  GO

HOME
cover story
news
opinion
a & e
sports
intramural

masthead
contact us
advertise

previous issue
archives

# NEWS

Printable page | Email this

Largest-ever Incas exhibit at the Peabody

e largest Inca exhibition ever in the United States opened last Sunday at Yale's Peabody Museum. "Machu Picchu: Unveiling the Mystery of the Incas" brings together ancient artifacts and modern technology to recreate this ancient society for today's museum-goers.

According to Richard Burger, the co-creator of the exhibit along with Lucy Salazar, Machu Picchu is "probably the most famous archeological site in the western hemisphere." However, "most of the stuff on it is terrible."

The Peabody exhibit includes a movie on the city, how it functioned as a royal estate, and its rediscovery in 1911 by Hiram Bingham, who was from the Yale Peruvian Scientific Expedition.

There are also pieces of pottery and other Incan artifacts such as ritual equipment used for observing the stars. On the high-tech side, there is a three-dimensional model of Machu Picchu as well as an interactive computer walkthrough. "We wanted to share most of the scientific work, so that you have an informed understanding of that so-called secret place," Burger said.

But the exhibit also has larger implications. "At the most basic level, we want people to better understand the accomplishments of the Inca," Burger said, comparing it in magnitude to the Roman Empire. "We think it's important for people to understand the level of South American civilization."

The exhibit is at the Peabody until Sun., May 4, after which it will go on a two-year tour of several large museums in Los Angeles, Chicago, Denver, and Pittsburgh. After the tour it will return to the Peabody as a permanent installation.

Asked how he felt about finally completing the exhibit after a decade of work, Mr. Burger said, "I'm greatly relieved. It's the most complicated exhibit undertaken by the Peabody, I think, or at least the most complicated exhibit I've done."

-*David Winger*

Printable page | Email this

BACK TO TOP

Ads by Google

**Latest Newspaper**
Find Newspaper Plus Videos & Photos on Google.
www.google.com/News

**Earn Your Degree Now**
Get All Information in One Place Don't Waste Your Time, Enter Now!
www.FindEducationDegr

**Martin Yale Letter Folder**
Martin Yale Save 50% We beat all prices!
martinyalepaperfolder.co

**Newspaper Classifieds**
Find great deals and save! Compare products, prices & stores
www.Shopping.com

HOME | Cover Story | News | Opinion | A&E | Calendar | Sports | Intramural
Advertise | Contact Us

Problems or comments regarding the redesigned *Yale Herald Online*? Send us your feedback.

© 2005 The *Yale Herald* | The *Herald* is an undergraduate publication of Yale University.
*Yale Herald* Online v.2 designed by Upton Au | About this Site

