# EXHIBIT B-13
## TO TOWNSEND AFFIDAVIT



**3** HUD Secretary Mel Martinez will be honored by Yale's Chubb Fellowship on April 15.



**16** The Yale Center for British Art will be the only U.S. venue for a show of new works by Paula Rego.

**4** In the News

"Behavioral finance is very interesting and very challenging, but it's hard to see how you can make money at it."
— School of Management Professor **Frank Fabozzi**

# YALE Bulletin & Calendar

Vol. 30, No. 25     April 12, 2002

## Zedillo named head of Center for Study of Globalization
### Alumnus is former president of Mexico, and a renowned educator and economist

President Richard C. Levin announced the appointment of alumnus Ernesto Zedillo, the former president of Mexico, as the director of the Yale Center for the Study of Globalization.

Zedillo, who will take over the helm at the center beginning Sept. 1, will succeed Strobe Talbott, former U.S. deputy secretary of state, who has been elected president of the Brookings Institute in Washington, D.C.

"President Zedillo brings to Yale extraordinary credentials as an economist and public servant," said Levin in making the announcement. "He has a thorough grasp of international trade, finance and political economy as well as a deep commitment to the alleviation of global poverty. He is uniquely qualified to bring together scholars and policy makers to advance both academic and public understanding of the implications of globalization."

Elected president of Mexico in 1994, Zedillo earned international renown for orchestrating that nation's first peaceful transfer of power following 71 years of uninterrupted rule by a single political party. As pres-



Ernesto Zedillo (left) is pictured during a recent meeting with President Richard C. Levin, who said the alumnus will bring "extraordinary credentials as an economist and public servant" to his new post at Yale.

ident, Zedillo was also credited with strengthening democratic institutions in Mexico, reforming the domestic economy, promoting political stability and expanding Mexico's ties to countries around the world. During his tenure, he signed a comprehensive free trade agreement with the European Union and, by the end of his term, Mexico had experienced five years of economic recovery, with annual growth averaging about 5%.

Zedillo, a product of Mexico's public school system, earned three degrees from Yale — an M.A. (1976), M.Phil. (1977) and Ph.D. (1981). At the University, he focused his studies on the issue of public indebtedness in Mexico and its links to future growth.

"I am delighted to be returning to my alma mater to provide leadership for this exciting and challenging responsibility," said Zedillo. "I am eager to build the Center for the Study of Globalization and bring together the outstanding faculty at the University with outside policymakers and prac-

(Continued on page 7)

## SOM, POYNTER PROGRAMS FOCUS ON INTERNATIONAL ISSUES

### Institute to explore how corporations are regulated by world's governments

The Yale School of Management (SOM) is launching a new research and teaching center to study the controls imposed by governments on corporations around the world, and the relationship between these legal regulatory frameworks and the global economy.

The International Institute for Corporate Governance (IICG) — part of SOM's International Center for Finance — was inaugurated by World Bank President Jim Wolfensohn in a ceremony held April 10 on campus. Wolfensohn also was awarded the school's annual International Center for Finance award for his contributions to business and society.

The IICG has a four-fold mission. It will conduct research, increase the body of knowledge about corporate governance in the private and public sector, disseminate information about the best practices internationally and interact with academic institutions throughout the world.

The director of the new center is Florencio López-de-Silanes, a leader and scholar in the areas of international corporate finance, financial markets, corporate governance and legal reform. (See related story, page 3.) Ira M. Millstein, the Eugene F. Williams Jr. Visiting Professor in Competitive Enterprise and Strategy, will chair the institute's advisory board. Millstein is also senior partner in

(Continued on page 3)

### Journalists covering Latin America will discuss the region's 'global reach'

Yale's Poynter Fellowship in Journalism will host a panel discussion on "Latin America's Global Reach," featuring journalists covering the region, on Thursday, April 18, at 4:30 p.m. in Rm. 127 of the Law School, 127 Wall St.

This is the first time that a group of international journalists has been named as Poynter Fellows.

The panel, which is free and open to the public, will include Ana Baron of Clarin in Argentina, Consuelo Saavedra of the National Television of Chile, Julie Preston of The New York Times, Rossana Fuetes of La Reforma in Mexico and Marcio Aith of Folha de São Paulo in Brazil.

Further information on the panel is available online at www.yale.edu/news/poynter.html.

The Poynter Fellowship in Journalism was established in 1971 by newspaper mogul Nelson Poynter '27 M.A. Over the years, it has hosted visits by some of the best-known by-lines, voices and visages in the news media — from newspaper reporters and editors to news broadcasters, documentary filmmakers, communication experts and media critics.

Other recipients of the Poynter Fellowship this year include James Fallows, David Brooks, Gina Kolata, Tom Friedman and Paul Steiger.





### At the powwow
For the fourth year in a row, Yale's Payne Whitney Gymnasium was the site of powwow sponsored by the Association of Native Americans at Yale. In addition to music, song, art and food, the celebration featured dances from a variety of Native-American traditions.





"Machu Picchu: Unveiling the Mystery of the Incas," slated to open at the Peabody in January 2003, will include a Curator's Tour, a video guiding visitors through a large-scale three-dimensional model of Machu Picchu (left) and an Orientation Theatre (above) introducing visitors to the former country palace through a six-minute film about Peru and its diverse geographic environment, as well as Inca politics and history. A grant from the Connecticut Humanities Council will help fund the state-of-the-art technology that will be used in the exhibition.

# Peabody receives grant for Machu Picchu exhibit

The Connecticut Humanities Council (CHC) awarded Yale's Peabody Museum of Natural History a Cultural Heritage Development grant of $75,250 in support of the museum's upcoming exhibit "Machu Picchu: Unveiling the Mystery of the Incas."

The funding, designated to cover a significant portion of the exhibit's audiovisual production costs, is the third and by far the largest grant the CHC has given the museum in support of the Machu Picchu project. According to Peabody Director Richard L. Burger, "This grant is especially significant because it funds the construction of two important components of the exhibition: the Orientation Theatre and the large model of the site that serves as the focus of the Curator's Tour video."

Slated for a January 2003 opening, the exhibit is in part a reflection of the research and findings of Burger and archaeologist Lucy Salazar-Burger about the renowned archaeological site Machu Picchu.

A country palace located in the highlands of Peru, Machu Picchu was used by the Inca elite as a retreat from the empire's capital, Cuzco. Burger and Salazar-Burger are co-curators of the exhibit, which will provide the museum with a permanent venue to display its extensive Machu Picchu collections, excavated in 1912 by Yale archaeologist Hiram Bingham.

The exhibition will draw on the latest technology to provide an interactive learning experience that explores the scientific methodology behind the archaeological process.

The CHC is an independent, publicly supported foundation, established in 1973 as a state program of the National Endowment for the Humanities, with the objective of increasing public appreciation for, understanding of, and exposure to the humanities in Connecticut. The CHC's mission was enlarged in 1995, when the Connecticut General Assembly charged the CHC with administering the Cultural Heritage Development Fund, monies targeted to promote Connecticut's cultural heritage as a significant resource for the tourism industry.

According to Burger, the CHC grant has been a key element in bringing the project to fruition. "The support of the Connecticut Humanities Council throughout the planning process has been crucial and for it we are deeply grateful," he said.

# Museum spearheading annual cleanup of New Haven Harbor

In conjunction with the annual Earth Day celebration, the Yale Peabody Museum of Natural History and School of Forestry and Environmental Studies are joining with the Quinnipiac River Watershed Association (QRWA) to mobilize students and area residents to help clean up New Haven Harbor.

The event — to be held 8 a.m.-2 p.m. on Saturday, April 20, the day before Earth Day — is part of the QRWA's annual "Source to Sound River Clean-up." This is the third year that the Peabody is spearheading the New Haven Harbor component of the trash cleanup.

The Quinnipiac River runs south through the heart of Connecticut and spills out into Long Island Sound by way of New Haven Harbor. The southern portion of the river flows through a heavily industrialized zone. The river and harbor were once heavily polluted with toxic chemicals, garbage and hazardous waste. Over the last two decades, more stringent environmental regulations and localized clean-up efforts have helped improve water quality.

The nearly 300 participants in last year's Source to Sound River Clean-up removed an estimated 40,000 pounds of trash, debris and heavy metals from the beaches and banks of the river. These volunteers were rewarded with T-shirts and a celebration with food and music.

The Peabody Museum was rewarded as well, earning a Green Circle Award from the State of Connecticut each of the past two years. This award is given to public and private organizations and individuals that have shown an outstanding commitment to the protection and preservation of the state's natural resources.

This year's event will also provide opportunities all day to learn about the Quinnipiac's ecology and natural history. Participants will be able to visit interactive and educational displays, staffed by local watershed protection groups, either in the morning before heading out or after returning from clean-up sites. The museum will also have an "exhibition at large" of "The Muskrat and the Osprey: The Hidden Quinnipiac Marsh" at the main staging area, with microscopes for close-up looks at aquatic life and experts on hand to provide further information.

A keynote presentation on the natural history of the marsh and harbor will highlight the value of cleaning up and protecting New Haven's unique aquatic habitats.

All volunteers will again receive a T-shirt compliments of the QRWA and a picnic lunch on the harbor. A shuttle will run throughout the day between the Peabody, 170 Whitney Ave., and designated locations. Visit the website at www.peabody.yale.edu/events/earthday/ for details.





### Heavy metal

The sounds of gears and motors echoed through the New Haven Coliseum when students from throughout the region took part in the FIRST (For Inspiration and Recognition of Science) Robotics Competition April 4-6. Yale's Office of New Haven and State Affairs joined with United Illuminating to sponsor a team from Hill Regional Career High School (above). The students' entry (left) was created with help from Yale engineers. This year's competition, titled "Zone Zeal," required robots to place balls into goals and then move the goals.