# EXHIBIT B-14
## TO TOWNSEND AFFIDAVIT

# YALE ENVIRONMENTAL NEWS

Spring 2003
vol. 7, no. 3

INSIDE THIS ISSUE

Peabody Museum
Exhibits and Offerings
page 5

Gaylord Donnelley
Environmental
Fellows
page 10

Undergraduate
Environmental
Internships 2002
page 17

## REFLECTIONS ON THE PEABODY MUSEUM

By Richard Burger

A successful natural history museum should be a thing of wonder—a place capable of inspiring awe in the visitor and excitement about the continuing breakthroughs by scientists. At the same time, behind the scenes and invisible to the public, the Museum's collections must be preserved for future generations and made accessible for study and analysis by scholars and students. When I took over the directorship of the Peabody Museum of Natural History over seven years ago, I was thrilled to have the chance to move the Museum closer to these goals. Nonetheless, having served on the Peabody's Curatorial Board since 1983 and having been briefed by my predecessors, I was painfully aware of how much had to be accomplished before these ideals could be fully realized. As I reach the end of my tenure as Director, I am struck both by how much progress has been made and, at the same time, how much remains to be done. In this short overview, I will touch upon some of the advances to date and highlight some of the important measures that have not yet come to pass.

For most of New Haven and Southern New England, the public side of the Peabody Museum is the only part that exists. I have always been struck by the genuine affection with which the Museum is held by people of all ages and walks of life, and we are fortunate to have this foundation of good will upon which to build. The role of Peabody in providing a bridge between Yale and its surrounding community is widely acknowledged and appreciated. Whether through the school programs serving over 40,000 students per year or the use of the Museum for family visits on the weekends and holidays, the Peabody has touched the lives of almost everyone in this region. Yet, for the Peabody Museum to be successful, it must continually renew itself. The magical power of a museum to inspire the visitor relies on seeing extraordinary specimens, but it also depends in part on the quality of the ambiance and the effectiveness of the exhibitions in communicating with non-specialists. In line with this conviction, one of my



Richard Burger during his excavations at the 3800 year-old pyramid complex of Mina Perdida on the central coast of Peru.

first goals at the Peabody was upgrading both the aesthetics of the museum spaces and the quality of its exhibits. A multi-colored plastic information desk was replaced by a carefully designed cherry wood installation, crafted by the Peabody's skilled construction shop, and the dark central foyer was illuminated with new lighting fixtures and enlivened by banners. A temporary exhibit that had perdured for decades was removed to reveal the original French Gothic-style windows, thus filling the dark central stairway with light. An original bronze mask was commissioned to replace the cardboard tiger as a repository for unwanted chewing gum. These and other measures, known collectively as the Threshold Project,

continued on page 3

**PEABODY MUSEUM**



*Left:* The Curator's Tour uses a six-minute video to guide the visitor through a large-scale three-dimensional model of Machu Picchu, selectively lighting portions of the site model to expose the visitor to the layout and different activity areas of the royal estate. The model is complemented by wall-mounted high-relief topographic maps placing Machu Picchu within the context of the Andes.

*Below:* The Orientation Theatre will serve as a visitor's introduction to Machu Picchu; the modern LCD-based projector will present six-minute film providing an introduction to Peru and its diverse geographic environment, an overview of Inca politics and history, and a survey of the unusual ecological and geological setting of Machu Picchu and the enormous biodiversity of the cloud forest environment in which it is situated.

# PEABODY RECEIVES CHC GRANT TO FUND AUDIO VISUAL COMPONENTS OF MACHU PICCHU EXHIBIT

The Connecticut Humanities Council has awarded the Yale Peabody Museum a Cultural Heritage Development grant of $75,250 in support of the Museum's upcoming exhibit *Machu Picchu: Unveiling the Mystery of the Incas*. The funding, designated to cover a significant portion of the exhibit's audiovisual production costs, is the third and by far the largest grant the CHC has given the Museum in support of the Machu Picchu project. According to Museum Director Dr. Richard Burger, "This grant is especially significant because it funds the construction of two important components of the exhibition—the Orientation Theatre and the large model of the site that serves as the focus of the Curator's Tour video."

Slated to open in January of 2003, the exhibition is in part a reflection of the research and findings of Director Burger and Archaeologist Lucy Salazar of the famous archaeological site Machu Picchu, a country palace located in the highlands of Peru used by the Inca elite as a retreat from the empire's capital, Cuzco. The creation of the exhibit will provide the Museum with a permanent venue to display its extensive Machu Picchu collections, excavated in by Yale archaeologist Hiram Bingham in 1912. Furthermore, the exhibition serves as a chance for the museum to employ the latest technology to create an interactive learning experience that explores the scientific methodology behind the archaeological process.

The CHC is an independent, publicly supported foundation, established in 1973 as a state program of the National Endowment for the Humanities, with the objective of increasing public appreciation for, understanding of, and exposure to the humanities in Connecticut. The CHC's mission was enlarged in 1995, when the Connecticut General Assembly charged the CHC with administrating the Cultural Heritage Development Fund, containing funds geared toward promoting Connecticut's cultural heritage as a significant resource for the tourism industry. According to Dr. Burger, the CHC has been a critical to bringing the project to fruition. "The support of the Connecticut Humanities Council throughout the planning process has been crucial and for it we are deeply grateful," stated Dr. Burger, adding, "Lucy and I are delighted about the continued support of the CHC."