# EXHIBIT B-15
## TO TOWNSEND AFFIDAVIT



# Discovery

The Magazine of the Yale Peabody Museum of Natural History
Volume 20 Number 2 1987

2   Connecticut's Native Americans:
    Weathering the Storm of European Contact
    *Lucianne Lavin*

10  The Southern Sea Otter:
    A California Native Returns
    *Beva Nall-Langdon*

18  James Bruce (1730–94)—An Early Traveler
    and Naturalist in Ethiopia
    *Dolores M. Gall*

24  John Haberle,
    A Great American Artist
    And His Links to the Peabody Museum
    *Zelda Edelson and Barbara L. Narendra*

31  Peabody Museum Notebook

# Peabody Museum Notebook

## Curator's Choice

The Curator's Choice displays in the Museum lobby during the summer and fall of 1987 continued the now well-established tradition of showing diverse objects of superb quality in a space immediately visible to entering visitors.

The summer display from July 1 to September 30, 1987, featured two classic ceramic Inca plates from Machu Picchu, the royal town in the Sacred Valley of the Incas. The plates were thought to have been made between A.D. 1450 and 1540 and were discovered by Hiram Bingham (1875–1956), leader of the Yale Expeditions to Peru.

The display celebrates the 75th anniversary of Bingham's initial excavations at Machu Picchu, which were made in 1912. The Machu Picchu collection of the Peabody Museum is one of the largest collections of Inca pottery in the world.

The plates on display came from one of the tombs found in the rocky slopes surrounding the town of Machu Picchu. Bingham and his colleagues discovered more than one hundred of these burials bearing complete pottery vessels, in addition to numerous fragmentary artifacts, which they excavated among the houses and public buildings of the town. Plates, such as the ones on display, were often made in pairs because the Incas believed that food was to be shared either with the gods or with other people.

The plates at the Peabody show classic Inca motifs which are symbolic of the standardization imposed by the Inca state; the human head at the end of each of the handles probably represents an official of the Inca state in distinctive dress, which was his prerogative. The display area also included a photograph of Hiram Bingham and a seventeenth century line drawing depicting an Inca king presenting a gift on a ceramic plate to a Spanish soldier.

*The Connecticut Beryl Crystal, discovered in the Middletown-Portland area of the state in 1985, was featured as a Curator's Choice in the fall of 1987. This exceptional specimen weighs approximately 55 pounds and was loaned to the Peabody Museum by mineral collector Wolfgang Mueller.*

An exceptional specimen of the mineral beryl in crystal form was shown in the Curator's Choice case from October 1 to early December 1987. The specimen, which is on loan to the Museum from mineral collector Wolfgang Mueller of Brookfield, Connecticut, was unearthed in the Middletown-Portland area of the state in 1985.

In the past, Connecticut has been famous for producing many minerals, including beryl, which occurs as six-sided crystals composed of beryllium, aluminum, silicon, and oxygen ($Be_3Al\ 2Si_6O_{18}$). Traces of other elements give different colors to different varieties, some of which have been cut as gemstones. Blue beryl gemstones, for instance, are better known as aquamarines, and green beryl gemstones are better known as emeralds (which unfortunately do not occur in Connecticut).

Today Connecticut is past its prime as a source of natural minerals, and many of its most impressive mineral treasures have long been excavated and housed in collections. In the fall of 1985, however, after an unfruitful field trip to Strickland Quarry with the Danbury Mineral Club, Wolfgang Mueller and his partner, Pete Riccio, came across a previously unmined pegmatite mass, in which beryl crystals are known to form, at Case Prospects near Portland. The two men uncovered a number of fine crystals at the site, including the impressive specimen currently on loan to the Peabody. The blue-green crystal



*Classic ceramic Inca plate from Machu Picchu, the royal town in the sacred valley of the Incas. The plate was one of two featured in the Curator's Choice display at the Museum during part of 1987 and were thought to have been made between A.D. 1450 and 1540. Both photographs on this page by W. K. Sacco.*