# EXHIBIT B-16
## TO TOWNSEND AFFIDAVIT



# Discovery

The Magazine of the Yale Peabody Museum of Natural History
Volume 23 Number 1 1992

2 Queen Charlotte's Zebra
*Dorcas MacClintock*

10 Mark Catesby, Author of *The Natural History of Carolina, Florida, and the Bahama Islands*
*Dolores M. Gall*

16 African Rarities—Islands and Islanders
*Jonathan Kingdon*

24 Birdbanding on Peabody's Horse Island Nature Preserve in Long Island Sound
*Celia Lewis*

27 Albert Eide Parr *1901–91*
*Rudolph F. Zallinger*

28 Evelyn
*A Tribute to G. Evelyn Hutchinson*
*Delivered October 19, 1991, at Battell Chapel, Yale University*
*Thomas E. Lovejoy*

## 1991: The Peabody Museum in Transition

29 Building for the Future
*Alison F. Richard*

32 Computing Operations
*Lawrence F. Gall*

33 The Historical Scientific Instruments Collection
*David F. Musto, Barbara Moore, and Ellen Warren Faller*

34 What's the Big Idea?
Exhibitions at the Peabody Museum
*Ken Yellis*

37 Corals, Sponges, and Collecting
A Conversation between Willard D. Hartman and Barbara L. Narenda

40 Butterflies, Moths, and Others
A Conversation between Charles L. Remington and Barbara L. Narenda

44 Financial Report

45 *The Age of Reptiles* Marches On—a New Poster Series and a Prize

46 Listing of Curators, Staff, and Friends

# What's the Big Idea?
# Exhibitions at the Peabody Museum

*Ken Yellis*

Last fall the Peabody Museum opened a highly unusual exhibition. THE STRANGEST ANCIENT LIFE ON EARTH? reports and interprets an exciting fossil find made by Peabody Curator (Adjunct) in Invertebrate Paleontology Adolf Seilacher at a place called Mistaken Point at the southern tip of Newfoundland, Canada. There, in the Precambrian period more than 500 million years ago, the North American and African continents were still joined and a bizarre life form thrived 50 fathoms under the sea. Then ashfall from a nearby volcano covered the strange soft-bodied organisms, preserving their shapes and structures through half a billion years of sedimentation, further burial, consolidation into rock, and uplift.

This happy geological accident provided the occasion for a joint Yale-Tübingen University research effort led by Professor Seilacher in 1990 to study the life forms he has dubbed the Vendobionta, and the sedimentary layer in which they are found, now exposed by erosion. Seilacher's controversial argument is that the Vendobionta were large single-celled organisms, not multicellular, as previously thought, and further that they were neither plant nor animal. In fact, the Vendobionta were unrelated to *any* life form now extant, in a sense an evolutionary dead end.

Seilacher speculates that the Vendobionta, having no protective shell, would have been defenseless against the predatory toothed creatures that came along later. When the Vendobionta disappeared, they left no descendants. This mass extinction at the very dawn of life was probably not caused by any cataclysmic change in climate or by a large object from space colliding with the earth—just natural selection at work.

THE STRANGEST ANCIENT LIFE ON EARTH? is a small exhibit about a big idea—a Peabody Museum of Natural History specialty. Exhibitions at the Peabody are frequently about very big ideas indeed, although they are often conveyed in small settings, encapsulated in small stories, illustrated by small examples. The Museum tells the story of time—past, present, and future: of the shaping of the earth over vast expanses of time by geophysical forces, by the sea, and by weather; of tiny changes in microenvironments by events almost too minute to measure; of the emergence of life and the incredible diversity of forms life has taken; of extinction and endangerment; of the emergence of human life, the profusion of cultures, and the threat to some of those cultures; and of the dynamic relationships between living things, how the environment is changing, and how humankind has affected it.

The Peabody can tell these stories to more than a 180,000 visitors a year thanks to its rich and varied collections, but also thanks to ongoing scientific research conducted by its curators, all Yale faculty, and world-renowned in their fields. Through its exhibits the Museum opens up its collections and diffuses knowledge of its research activities. With well over nine million specimens ranging from anthropology to zoology, the Peabody is among America's largest university natural history museums. Founded more than a century and a quarter ago, it is also one of the oldest.

As old as it is, Peabody exhibits can be as current as today's newspaper, as with THE CONNECTICUT TORNADOES OF JULY 10, 1989, about to open in its new temporary home at the Litchfield Historical Society, and THE INDIANS OF ACRE AND THE FUTURE OF THE AMAZONIAN FOREST, currently on view at the Peabody's outpost in the Chapel Square Mall in New Haven. Or, as with THE STRANGEST ANCIENT LIFE ON EARTH?, our exhibits can be as old as time. MIXED BLESSINGS: THE COMPLEX SOCIAL LIFE OF CLIFF SWALLOWS (opening April 11, 1992) presents up-to-the-minute findings from field investigations in Nebraska by Peabody Curator of Vertebrate Zoology Charles Brown and his wife Mary Bomburger Brown, a Yale research associate.

In all these exhibits, the Peabody tries not merely to report what scientists know but also to reveal how they come to know it. How do scientists know what questions to ask? How do they design their research programs and experiments? What is a theory and how is it tested, modified, supported, or rejected? Exhibitions at the Peabody Museum attempt to come to grips with the nature of scientific knowledge: Why do we seek to know these things? What difference does scientific knowledge

*Peabody preparator Michael Anderson is not applying eye shadow to this patient mule deer. He is carrying out the Museum's program of refreshing its North American habitat groups, considered by many the most remarkable found anywhere. Photograph by Michael Marsland for Yale University Office of Public Information.*



science in the United States as a whole will be the subject of A GLANCE TOWARD HEAVEN: YALE IN NINETEENTH-CENTURY ASTRONOMY. Yale was a wellspring for American interest in astronomy for most of the nineteenth century; the exhibition considers Yale in the context of the longstanding American indifference to basic science and the fluctuating levels of public, university, and governmental support for such research. This issue is no less salient in our own time than it was a hundred years ago, observes the originator of the exhibit, historian of science Dr. David F. Musto. Musto, Curator of the Peabody's outstanding collection of historic scientific instruments, tells the story in terms of the scientists who used the instruments, who were also the leading actors in the drama.

• Farther into the future, we see the outlines of a permanent exhibition of enormous scholarly and historical significance for the Peabody. In this decade, which marks the five hundredth anniversary of Columbus's voyages to the New World and the European conquests that followed them, our collections enable us to focus on one of the remarkable civilizations the explorers and conquistadors encountered—and destroyed: the vast Incan empire of the Andes. THE CITY AT THE TOP OF THE WORLD: MACHU PICCHU IN THE MODERN IMAGINATION, a new permanent installation, will recapture both the architecture of the remote citadel and its exotic natural setting. Yale and the National Geographic Society sponsored the first archaeological expeditions to Machu Picchu in the 1910s, led by the redoubtable Hiram Bingham, who might easily have been the model for Indiana Jones. Bingham's extensive excavations constitute one of the greatest Yale-linked discoveries; his archaeological finds are housed at the Peabody. The Peabody-Peru connection remains strong today in the work of Anthropology Curator Richard L. Burger and Peruvian archeologist Lucy Salazar-Burger, a Peabody curatorial affiliate, joint devisers of this eagerly-anticipated culmination of decades of scholarship.

## What Else Are We Thinking about?

Many interesting exhibits have been proposed or talked about. One, now under discussion, is WHICH CAME FIRST? EGGS, FROM DINOSAURS TO BIRDS, in which the Peabody demonstrates that eggs do more than raise your cholesterol level. While humans and almost all mammal young, as well as a few other species, are born live, another of the most important and universal strategies of animal reproduction is the egg, common to insects, fish, reptiles, and birds. The variety of sizes, shapes, colors, and other characteristics of eggs almost defies the imagination, which, we hope, will be stimulated by this instructive and amusing exhibition, jointly curated by ornithologists Charles Brown and Steve Zack and vertebrate paleontologist John H. Ostrom.

As far as our permanent halls are concerned, plans are being formulated to reinstall the Hall of Invertebrate Life, long overdue for rethinking and updating, and for completing the Hall of Human



*New Haven artist Gene Carroza's eerily-lit carved plexiglas sculpture of one of the mysterious Vendobionta provides the dramatic focal point of the Peabody's provocative exhibition,* The Strangest Ancient Life on Earth? *A detail is shown here. Photograph by William K. Sacco.*

Origins. The sense of place, so important a concern for the Peabody, has led us to contemplate two regionally-oriented temporary exhibits, BEAUTIFUL AND BESIEGED: THE SHORES OF NEW ENGLAND and THE CHAIN THAT BINDS: A NATURAL AND HUMAN HISTORY OF THE APPALACHIANS.

Other exhibit proposals range over a diverse group of subjects, including: TAKING FLIGHT; the environment and human health; the ambiguous life and works of John James Audubon; and the ethereal FLOATING LIKE A BUTTERFLY: LEPIDOPTERA AND MANKIND. In keeping with our contemporary interest in nutrition, we are considering an exhibition called FOOD IN HUMAN CULTURES. Since what people think about death speaks so eloquently to their beliefs about life, another idea is TO SPEAK THE NAME OF THE DEAD: MEMORY, MOURNING, AND RITUAL IN HUMAN CULTURES. To do full justice to one of the Peabody's significant collections, there is the prospect of NAVAJO, ZUNI, FLATHEAD, CROW—NEZ PERCÉ, CHUMASH, KAROK, SIOUX—HIGHLIGHTS OF THE SARGENT WESTERN INDIAN COLLECTION (the first two lines of which are also a haiku). And to keep up with fast-breaking stories about the far distant past, we're considering HOT FOSSILS: RECENT FINDS IN ARABIA. We'll keep you posted as these ideas develop.

Beyond this, the Museum is beginning to look different already, and we hope you've noticed. A number of temporary exhibitions that have been on extended display have come down and several have been replaced by People's Choice exhibits — old favorites with the public — such as the Dodo which came back to roost on the third floor this month. We are trying to remove anything that conceals the architectural beauty of our historic building and to make the Museum less cluttered and confusing, more comfortable and welcoming; we're still working on the noise problem and on making the interior of the building brighter and more colorful, the exterior better lighted and more visible. We hope it will be even more interesting and fun for you to spend time in the Museum and that you will want to do so often.

Hamden, Connecticut
February 28, 1992