# EXHIBIT B-17

## TO TOWNSEND AFFIDAVIT

Edited by Richard L. Burger and Lucy C. Salazar

Copyright © 2004 by Yale University.

All rights reserved. This book may not be reproduced, in whole or in part, including illustrations, in any form (beyond that copying permitted by Sections 107 and 108 of the U.S. Copyright Law and except by reviewers for the public press), without written permission from the publishers.

Set in Electra type by The Composing Room of Michigan, Inc.

Printed in Italy by Grafiche SiZ

The Library of Congress has cataloged the hardcover edition as follows:
Machu Picchu : unveiling the mystery of the Incas / edited by Richard L. Burger and Lucy C. Salazar.
p.   cm.
Includes bibliographical references and index.
ISBN 0-300-09763-8 (cloth : alk. paper)
1. Machu Picchu Site (Peru)   2. Santuario Histâorico de Machu Picchu (Peru).   3. Incas — Antiquities.   4. Yale Peruvian Expedition (1911)   5. Peruvian Expeditions (1912–1915)   6. Bingham, Hiram, 1875–1956 — Archaeological collections.   7. Peabody Museum of Natural History — Archaeological collections.   8. Peru — Antiquities.   I. Burger, Richard L.   II. Salazar, Lucy C.
F3429.1.M3M33   2004
985'.37 — dc22
2003017366

ISBN 978-0-300-13645-6 (pbk. : alk. paper)

A catalogue record for this book is available from the British Library.

The paper in this book meets the guidelines for permanence and durability of the Committee on Production Guidelines for Book Longevity of the Council on Library Resources.

10 9 8 7 6 5 4 3 2 1

# Catalogue

Lucy C. Salazar and Richard L. Burger

The material remains from Machu Picchu and other Inca archaeological sites provide a unique vision of the world in which they lived. Produced by craft specialists, part-time artisans, household servants, and simple farmers, these objects also embody the cosmology and socioeconomic organization of Tahuantinsuyu. Despite the fascination Inca items hold, they have rarely been the focus of museum exhibitions or illustrated volumes. Even the contents of the famous collection recovered by the 1912 Yale Peruvian Expedition to Machu Picchu remains little known, and has rarely been illustrated outside of the expedition's pioneering publications (Bingham 1913b, 1930; Eaton 1916).

The catalogue section of this book illustrates the most memorable objects recovered at Machu Picchu in 1912, as well as historic items from the Yale Peruvian Scientific Expeditions; these items have Yale Peabody Museum (YPM) catalogue numbers. In addition to showing the most significant and visually appealing objects, this section offers an overview of the tools and items used in everyday life at Machu Picchu. The specimens from the Yale Peabody Museum were photographed by William Sacco. The materials from Machu Picchu are supple-

mented by other objects from the Yale Peabody Museum, many of which were acquired by Bingham in Cuzco during his time in Peru.

At Machu Picchu, the royal family and their guests would have dressed in fine clothing and precious metal jewelry; even their plates and cups would have been made of gold and silver. When Machu Picchu was abandoned, the elite took these valuable objects with them to Cuzco, thus making it impossible for Bingham and later archaeologists to encounter them during their excavations at Pachacuti's royal estate. In order to provide the reader with some idea of this unrepresented class of elite materials, objects are illustrated from museum collections in the United States and France.

Finally, the remarkable cultural tradition of Tahuantinsuyu did not disappear with the Spanish conquest. On the contrary, it continued to develop during the following centuries, sometimes incorporating and transforming elements of European artistic traditions into distinctively Andean art forms. Examples of these post-Conquest items are included here to illustrate this complex melding of cultural traditions.



18

the warm waters off the Ecuadorian shores, were highly valued in the Lake Titicaca region where this aryballos was produced. The modeled shells appear on a heavily painted background of geometric designs, some of which use a diagonal pattern similar to that in the "key" motif of Inca textiles, to create an overarching pattern symbolizing a fishing net. Conceptually, this net is "holding" the precious spondylus shells. The elaborate polychrome painting includes other elements alien to the Cuzco drainage including tabbed hemispherical forms, hour-glass forms with concentric circles, and a zigzag band of small black squares. Another unusual feature of this aryballos is the presence of two modeled feline lugs rather than a single central lug; unfortunately, one of these is no longer present. Despite these rare stylistic elements, this vessel reflects many of the imperial decorative and shape conventions and constitutes one of the most beautiful examples of provincial Inca ceramics to have survived the Spanish conquest.

This small aryballos has common Inca features but they are executed in a rustic and unconventional fashion, suggesting that it was produced outside of the Cuzco heartland. The vessel has an oxidized orange color and is painted in red, black, and white. The decoration consists of a single narrow vertical band filled with double crosses flanked by panels filled with full *quipu* motifs. The thickness of the painted lines is unusually wide, and the pendant cords of the quipu motifs lack the diagonal orientation of standard Cuzco Inca pottery. The central lug is sculpted in the shape of an oval zoomorphic head with circular eyes, a straight mouth, and a V-shaped incision on the forehead. The neck of the aryballos was repaired in antiquity by abrading the neck to form a usable rim.

Cat. No. 18
*Aryballos Decorated with Modeled Spondylus Shells*
Musée de l' Homme
Cat. No. 94.105.1, Photo KIDO
Late Horizon, Provincial Inca
Department of La Paz, Lake Titicaca Region
Height: 18.1 in. (46.0 cm)
Diameter: 24.4 in. (62.0 cm)
Publication: Fauvet-Berthelot and Lavallee 1987: 181, fig. 594

This unique aryballos, collected by M. de Sartiges in the Lake Titicaca area, was published for the first time in 1902. Its neck and handles were broken in antiquity. The front of the aryballos chamber features representations of red spiney oyster shells modeled using an appliqué technique. These shells, considered to be a sacred food (*mullu*) consumed by the gods and imported from

Cat. No. 19
*Aryballos*
Cat. No. YPM 16941
Late Horizon, Inca
Machu Picchu
Height: 7.9 in. (20.0 cm)
Rim Diameter: 2.4 in. (6.1 cm)
Max. Diameter: 5.5 in. (14.0 cm)

The neck and rim of this medium-sized aryballos are painted red, and a horizontal band with nested diamonds in black, red, and white decorate the front of the chamber. A white and black band encircles the neck. The central lug is shown as a simplified animal head with circular eyes and a straight mouth. The vessel has pierced rim nubbins.

Cat. No. 20
*Wide-Mouth Aryballos*
Cat. No. YPM 194271

132



169



170

knees and toes are not depicted. In contrast, the face was shown with care and the long braided hair was carefully detailed. This figurine, like most Inca female figurines, does not represent the ears, presumably because females did not wear ear ornaments, and the symbolic piercing of the ears to represent the achievement of adulthood was limited to male adolescents.

Cat. No. 169
*Female Gold Figurine*
The Metropolitan Museum of Art
The Michael C. Rockefeller Memorial Collection
Bequest of Nelson A. Rockefeller, 1979
(1979.206.1058)
Late Horizon, Inca
Height: 2.4 in. (6.1 cm)

This small, hollow gold female figurine strongly resembles the medium-sized gold figurine from The Metropolitan Museum of Art (1995.48.5). This piece, however, was less carefully modeled, and the breasts are only suggested rather than represented. The long hair is detailed, but the lower limbs received

only cursory treatment. The position of the arms and heads varies little among the figurines, regardless of sex.

Cat. No. 170
*Silver Llama Figurine*
The Metropolitan Museum of Art
Gift and Bequest of Alice K. Bache, 1974, 1977 (1974.271.36)
Late Horizon, Inca
Height: 2.0 in. (5.2 cm)
Related objects: Morris and von Hagen 1993: 226

Precious-metal figurines of llamas were produced with the same techniques used to make male and female figurines. This hollow effigy shows the llama recently shorn, with upright ears and a short projecting tail. As in the human figurines, the face was treated with some care but the body and lower limbs were given only slight attention. The genitals are depicted to indicate that the figurine is male. A silver llama figurine like the one shown here was recovered from the summit of the Llullaillaco Volcano in Argentina, in association with human remains, classic Inca ceramics,

precious-metal human effigies, and llama effigies carved from spondylus shell (Reinhard and Ceruti 2000: fig. 30). Presumably, silver llama effigies also were used in rituals related to the fertility of the camelid herds.

## Bone Objects

Throughout Andean prehistory, objects were carved out of bones as tools, ornaments, and other items. With the increasing frequency of metal objects, bone appears to have declined in importance as a raw material, but bone objects continued to be produced, particularly as weaving tools. Bone artifacts were relatively rare at Machu Picchu, but there is evidence that some of them were produced at the site by the retainers.

*Bone Shawl Pin*
Cat. No. 171
Cat. No. YPM 17466
Late Horizon, Inca
Machu Picchu, Cave 85
Length: 3.4 in. (8.6 cm)
Width: 0.8 in. (2.0 cm)
Publication: Bingham 1930: 220, fig. 213; Eaton 1916: plate IV, no. 7; Miller 2003: 48

This polished bone shawl pin, or *tupu*, is unique among the materials Bingham recovered. Found in the burial of a gracile individual of indeterminate sex, it features an elaborately carved head and a straight shaft that tapers to a point. Most of the shawl pins encountered at Machu Picchu are made of metal, and this bone tupu displays exceptionally delicate workmanship. It is carved with the same image on both sides and depicts two perched birds in profile kissing or "billing." The wings are represented by diagonal incisions, and the tail features of each bird are shown along the edges of the tupu. The