# EXHIBIT B-18
## TO TOWNSEND AFFIDAVIT

# MACHU PICCHU
## A CITADEL OF THE INCAS



REPORT OF THE
EXPLORATIONS AND EXCAVATIONS
MADE IN 1911, 1912 AND 1915
UNDER THE AUSPICES OF
YALE UNIVERSITY AND THE
NATIONAL GEOGRAPHIC SOCIETY

BY

*HIRAM BINGHAM*



PUBLISHED FOR THE
NATIONAL GEOGRAPHIC SOCIETY
NEW HAVEN · YALE UNIVERSITY PRESS
LONDON · HUMPHREY MILFORD · OXFORD UNIVERSITY PRESS
1930

the work of excavation and whose zeal as a patient and indefatigable collector knew no limits; to Mr. Kenneth C. Heald, whose courage and persistence in the difficult task of road construction made possible much of our exploration, and who reached the summit of Huayna Picchu in the face of almost insuperable odds; to Dr. Osgood Hardy, for invaluable help in the examination of the material; to Professor Paul Baur of Yale University, who generously aided me in describing the pottery; to Professor C. H. Mathewson, who has published the results of an exhaustive study of the structure of the bronzes; to Mr. O. F. Cook, for his study of the flora of the region; to Mr. Frank M. Chapman, who has described its bird life; to Mr. Edmund Heller and Dr. Thomas Barbour, who studied other aspects of its fauna; to Professor Harry W. Foote, whose collection of its insects has been deposited in the United States National Museum and partly described in various publications; to Edward S. Harkness, Esq., who had a very generous share in the cost of excavating and clearing the ruins; to President Gilbert Grosvenor of the National Geographic Society and to the officers and members of this great association, whose enthusiastic support actually made possible the Peruvian Expeditions of 1912 and 1914-15, and the publication of this book; to Miss Clara Mae LeVene for invaluable editorial assistance in the final preparation of the manuscript; and, finally, to Mr. Carl P. Rollins, Mr. George T. Bailey, and their associates of the Yale University Press, for the care and skill that they have contributed toward the production of the printed volume.

HIRAM BINGHAM.

---

ruins of tangled thickets and the vegetable mold which had accumulated through the centuries. We uncovered more than a hundred stairways whose existence had not been suspected. We made tentative excavations in various parts of the city. Wherever these test holes yielded results we continued the excavations until nothing more could be found. We searched every nook and cranny of the ridge and near-by mountains for burial caves. Every potsherd which by its shape or its decoration could tell a story, and hundreds more which were eventually used in restoring long-lost forms, were collected and studied. Nearly all of the pottery forms and designs are shown in the accompanying drawings, which were made by Mr. William Baake. His drawings also give the spirit of the art of Machu Picchu as exemplified in the ornaments and tools as well as in the utensils and problematical objects.

The architecture and the extent of the city are shown in the drawings of Mr. Bumstead, his plan based on the surveys of Messrs. H. L. Tucker, Robert Stephenson, and Paul B. Lanius, and the photographs which were selected from some five hundred taken by the author. Some of the illustrations were first printed in the *National Geographic Magazine* and are here used by courtesy of the editor. The collection of Machu Picchu material is now in the Peabody Museum of Natural History at Yale University.

Grateful acknowledgment is due to President A. B. Leguia of Peru for official encouragement and indispensable assistance; to W. L. Morkill, Esq., for his active intervention in our behalf; to L. S. Blaisdell, Esq., for unnumbered kindnesses; to Señor Don Mariano Ferro, the owner of the princely estate which includes Machu Picchu, for his courteous coöperation; to Señor Don Cesare Lomellini, who has always shown himself ready to aid us in every possible way; to Dr. George F. Eaton, who supervised the opening of the first fifty-two burial caves, trained the staff for the work of collecting and preserving the material, and has published a scholarly monograph on "The Collection of Osteological Material from Machu Picchu," which has been of great assistance in the preparation of this volume; to Mr. Elwood C. Erdis, who was in charge of



73

*a.* Small aryballus, restored from fragments of about one-third of original. White ware, decorated with maltese cross design in black and red; neck, alternate lines of black and red; panel, broad lines of red edged with black; crosses, black; cross-hatched triangles red; rope nubbin very simple, undecorated. Ears not punctured. A unique piece. Height, 21 cm.; diameter of bowl, 14.5 cm.; diameter of neck, 3.3 cm. *b.* Photograph of above. *c.* Fragment of above, showing profile of rope nubbin.



74

Aryballus restored from 102 sherds found in excavations near the head of the Main Stairway. Two-color ware. Neck, showing unusually short and narrow for size of jug. No white appears to have been used in decoration. Design in black over a rich red background. The pattern is the familiar Inca assemblage of horizontal lines of red pyramids separated by vertical lines of concentric diamonds. Rope nubbin narrow. Height, 38 cm.; diameter, 29.5 cm.



78



78a

Aryballus, restored from a few fragments. Three-color ware on a yellowish red base. This remarkably intricate pattern appears to have attracted so much attention from children and others interested in pretty potsherds that the pieces were widely scattered and it was impossible to make a thoroughly trustworthy restoration of the shape. Fragments of at least four aryballi of this design were found. The unusual feature of the decoration is the use of small red crossed lines near the outer edge of the panel. Black lines are much more common.

Fragment of neck of fine, large, three-color ware aryballus, decorated with twelve rows of small black diamonds on red background, edged with black lines and separated from each other by white lines. Diameter of neck, 14.7 cm.; diameter of rim, 31 cm.; thickness of shoulder, 2 cm.; thickness of neck, 0.75 cm.



79

Probable method of carrying an aryballus, showing use of the rope nubbin. Drawn by A. H. Bumstead.



81

Aryballi. *a.* Restored from fragments of about one-half of original. Three-color ware, highly polished. Background a rich, dark red; conventional pyramid and diamond pattern, the pyramids arranged in horizontal rows on sides, separated by vertical band of black diamonds on white background, and white bars. Height, 25 cm.; diameter, 17 cm. *b.* Restored from fragments of about one-third of original, found below the three windows of Principal Temple. Two-color ware; no evidence of white; design in red and black on a polished yellowish background. Conventional pattern of double "necklace" design separated by red bands and bar and cross pattern. One of the commonest and most characteristic forms of Inca or "Cuzco" style. Height, about 65 cm.; diameter, about 40 cm. *c.* Three-color ware from burial cave. Design a very curious and most unusual combination of Greek fret panel pattern and vertical diamond design; background a rich, dark red. *d.* Inca *pithos*, or wide-mouthed aryballus, restored from very large number of pieces; probably three-color ware.






89

Drinking ladles. *a, b, e,* three-color ware. *a.* Restored from sherds found in the niche behind the great Irregular Ledge. Handle, a much conventionalized bird's head, probably painted white on top and black on upper part of sides of head and neck. Bowl, edged with row of black triangles on white background, bordered with black line; interior painted rich red, crossed with double black lines. Contrary to usual custom, the nubbins are not pierced. Height, 4 cm.; diameter, 15 cm.; height of beak, 8 cm. *b.* Roughly made. Bowl red, V's white containing small black crossed lines. Height, 5 cm.; diameter, 14 cm. *c.* One of pair found in burial cave. The conventionalized bird's head handle is painted white on top, but appears to have had no suggestion of eyes or mouth. The rim is decorated with triangles painted in black or brown on white background, giving appearance of white triangles. Rows of conventionalized alpacas in the central design are painted black or reddish brown on white background. Carefully made. Height, 3.5 cm.; diameter, 12.5 cm. *d.* One of three from burial cave containing the bones of three women. Of the others one is of same size, one slightly larger. In each the head is unusually narrow and eyes protrude. There appears to be no painted design, and the customary nubbins on the edge of the ladle opposite the bird's head handle are missing. Height, 3 cm.; diameter, 13.5 cm. *e.* From burial cave. Loop handle, rim edged with black; inside, a ribbon of black triangles on red background edged with two black lines. Bowl crossed by broad band containing fret in black and white on red background, edged with black lines. Handle, bars and double crosses in black on red background; painted on upper side only. Very fine workmanship. Height, 3.5 cm.; diameter, 16.5 cm.



108

wo-handled reddish clay dishes of three-color ware, found in burial caves (*b-f*). *a.* From House of the Two-Bowlder Metate, genuity Group. Rim, red on top edged with single black line. On each side a band of twenty-two red lozenges on white background, bordered by three horizontal black lines above and below and a single vertical black line at each end. A common type. eight, 8.5 cm.; width, 14 cm. *b.* Restored from fragments. Rim, red on top, white stripe underneath, bordered by black lines. ach side decorated with double black rectangle, roughly painted on, enclosing string of twenty double-hatched lozenges of reddish brown on white background. Height, 10 cm.; width, 17 cm. A common type. *c.* Slightly irregular in form but carefully made. olished and decorated with high degree of skill. The whole dish, both outside and inside, is covered with light red paint. Rim, ark brown lip edged with black above a white band, edged with black, completely encircling the dish. Handles, bar and cross attern of black lines on dark red background. Sides, symmetrically arranged series of very conventional Inca pattern which may e described as follows: On each side, five panels, the center one consisting of two vertical bands of bar and cross pattern bordered y double black lines, filled in with dark red; the four outer panels containing the conventional necklace or "fruit tree" design in lack, each panel bordered by double black lines filled in with dark red. The bottom is decorated by a dark red band, 1 cm. in vidth, surrounding the edge, an unusual feature. Height, 6.5 cm.; diameter, 12.5 cm. *d.* Restored from fragments constituting bout one-half of the original. Reddish-yellow clay. The whole dish, both outside and inside, covered with cherry-red paint. Lip, a and of black triangles connected by a continuous black line at the outer edges. Handles, probably cross and bar pattern with lack bars. Sides, a row of white triangles pointing alternately up and down, separated by four oblique black lines, enclosed in a ingle black rectangle. An unusual pattern. Height, about 9 cm.; width, about 15 cm. *e.* Brownish-red clay, painted red. Rim, black and white zigzag on a red background edged with narrow black lines. Handles, bar and cross pattern, the triangles formed by double crosses filled with white dots. Sides, a solid black panel edged with narrow black lines, on which are painted seven rows of seven red rectangles edged with white, alternately arranged on black background. A very unusual pattern. Height, 8 cm.; diameter, 12.5 cm. *f.* Rim, red on top, white underneath, bordered with black lines. Handles, cross and bar pattern, set horizontally, consisting of vertical lines interrupted by X-shaped pattern of double lines in imitation of basketry, black on white. On either side of handles are vertical bands decorated with cross and bar pattern set vertically, reddish-brown bars and black crosses on white. These vertical bands are connected by horizontal bands of lozenge pattern like *b*. Height, 7 cm.; width, 12 cm.