# EXHIBIT B-19
## TO TOWNSEND AFFIDAVIT

Resolución Suprema

Lima, 19 de febrero de 1921.

Visto el anterior oficio del Director del Museo de Arqueología;

Se resuelve:

1o.—Ceder a la Universidad de Yale, simplemente los duplicados de las antigüedades de toda clase que llevó para estudio y que debe devolver antes o en enero de 1922. Los ejemplares únicos serán devueltos sin excepción alguna al Museo de Historia Nacional.

2o.—En cambio de esos duplicados la Universidad citada entregará al Museo de Arqueología de esta capital, los ejemplares de Chiriqui (Panama) Méjico y Norte América que determine el Director del Museo de esa Facultad.

Regístrese y comuníquese.

Rúbrica del Presidente de la República.

Barrós.

---

Resolución Suprema No. 373

En ejecución de las disposiciones de la novísima Ley Orgánica de Enseñanza, relativas al montepío;

Decreta:

Artículo único.—Las respectivas oficinas pagadoras procederán a hacer el descuento del 4 por ciento para el fondo de montepío en los sueldos de los miembros del personal administrativo y docente

# COPIA CERTIFICADA

**La Dirección de Archivo Republicano de la Dirección Nacional de Archivo Histórico del Archivo General de la Nación** de conformidad con la Ley N° 25323 y el Art. 15° del D. S. N° 008-92-JUS. **CERTIFICA:** Que, en el Fondo MINISTERIO DE HACIENDA Y COMERCIO, Serie IMPRESOS H-6, N° 1694, PÁG.909 se encuentra la Resolución Suprema de fecha 19 de febrero de 1921 cuya **COPIA CERTIFICADA** se expide a solicitud de la parte interesada en **01** foja que previa confrontación de ley, rubrico, sello y firmo. LIMA, 21 DE SETIEMBRE DEL DOS MIL NUEVE.----------------------------------------------------------------------------------------------------------
----------



Judith Ruiz Sierra
Directora de Archivo Repúblicano

**DERECHOS SEGÚN ARANCEL SON :** DIEZ Y 90/100 NUEVOS SOLES.

MINISTERIO DE RELACIONES EXTERIORES
DIRECCIÓN GENERAL DE POLITICA CONSULAR
Legalización N° 54678
Se legaliza la firma que antecede del Sr.(a)
Judith Ruiz S.
SIN JUZGAR EL CONTENIDO DEL DOCUMENTO

Carlos Humberto Miranda Puentes
Departamento de Legalizaciones
Dirección de Trámites Consulares

LIMA   2 5 SET. 2009

Republic of Peru )
Province and City of Lima ) ss:
Embassy of the )
United States of America )

I certify that the official named below, whose true signature and official seal are, respectively, subscribed and affixed to the annexed document, was, on this day, empowered to act in the official capacity designated in the annexed document, to which faith and credit are due:

**CARLOS HUMBERTO MIRANDA FUENTES**

This Embassy assumes no responsibility for the contents of the attached document.

*Charles Roe* (signature)

**Charles Roe**
**Consular Associate**
**U.S. Embassy, Lima**

October 5, 2009
(Date)