# EXHIBIT B-20
## TO TOWNSEND AFFIDAVIT

# REPORT OF THE PRESIDENT

OF

# YALE UNIVERSITY



1922-1923

Y31
A13
1922/23
cp.2

NEW HAVEN
PUBLISHED BY THE UNIVERSITY

NINETEENTH SERIES · SEPTEMBER 1, 1923 · NUMBER TWENTY-FOUR

REEL 5

REPORTS OF AND TO
THE PRESIDENT OF
YALE UNIVERSITY

NOT TO BE PUBLISHED OR REPRODUCED WITHOUT
PERMISSION OF THE YALE UNIVERSITY LIBRARY,
NEW HAVEN, CONNECTICUT.

THE University Catalogue, giving information concerning all Schools (The Freshman Year, Yale College, Sheffield Scientific School, Graduate School, School of Medicine, Divinity School, School of Law, School of the Fine Arts, School of Music, School of Forestry, School of Nursing), will be forwarded to any address by the Secretary of the University on the receipt of fifty cents. (A copy will be sent free of charge to any graduate who desires it.) Each School supplies, free of charge, its own catalogue, giving full information concerning entrance requirements, expenses, courses of study, etc.

# BULLETIN OF YALE UNIVERSITY

Entered as second-class matter, August 30, 1906, at the post-office at New Haven, Conn., under the Act of Congress of July 16, 1894.

Acceptance for mailing at the special rate of postage provided for in Section 1103, Act of October 3, 1917, authorized August 12, 1918.

The BULLETIN, which is issued semi-monthly, includes:
1. The University Catalogue.
2. The Reports of the President and Treasurer.
3. The Catalogues of the several Schools.
4. The Alumni Directory and the Quinquennial Catalogue.
5. The Obituary Record.

# REPORTS OF THE PRESIDENT PROVOST, AND SECRETARY OF YALE UNIVERSITY

## AND OF

### THE DEANS AND DIRECTORS OF ITS SEVERAL SCHOOLS AND DEPARTMENTS FOR THE ACADEMIC YEAR

## 1922-1923



NEW HAVEN
PUBLISHED BY THE UNIVERSITY
1923

| | | | |
|---|---|---|---|
| Salesmanship | 13 | 13 | $6,850.00 |
| University guide | 1 | 1 | 240.00 |
| Work for board | 2 | 2 | 180.00 |
| Work on yacht | 2 | 2 | 740.00 |
| | 170 | 170 | $59,736.48 |

### OTHER MEANS OF ASSISTANCE

The Loring W. Andrews Memorial Loan Library again offered valuable assistance, 291 men using 2,125 books during the year; 222 students used 700 pieces of furniture from the Loan Furniture Collection; and 42 men received remission on Infirmary bills, amounting to $701.74, through the Lyman Fund. The Bureau also recommended elimination of training table expenses for 64 men who participated in major athletics and who earned their board outside of training season.

### SUMMARY

The following is a summary of the year's total reported earnings:

| | | |
|---|---|---|
| Total term-time earnings | | $147,568.23 |
| Total summer earnings | | 59,736.48 |
| Total earnings through the Bureau | | $207,304.71 |
| Total term-time earnings secured independently of Bureau | 53,340.19 | |
| Total summer earnings secured independently of Bureau | 30,163.10 | 83,503.29 |
| Grand total | | $290,808.00 |

ALBERT BEECHER CRAWFORD

## PEABODY MUSEUM

Report of Richard Swann Lull, *Director*.

*To the President and Fellows of Yale University:*

Gentlemen:

THE past year has seen the beginning of the erection of the new Museum. With what satisfaction this actual beginning was hailed by everyone connected with the Peabody Museum can only be fully appreciated by those who have been homeless, as we have been, for six years. The laying of the corner stone by the President in Commencement week was a milestone passed, and the work of construction is going forward rapidly. It is hoped that we shall be able to commence actual installation of the collections in the new building in another year.

The Director, as well as all members of the Museum staff, has necessarily devoted no inconsiderable amount of time and energy to the progress of the plans of the building, briefly outlined in last year's report. Frequent conferences have been held with the architects, the University's Building Committee, and the Curators of the Museum. No sooner were the actual building plans completed, than the matter of working out the various details of design and installation of equipment, such as exhibition cases, fixtures, and furniture, was given attention. In order that we may get the best possible results and profit by the experience of institutions foremost in our field, we have sought in many particulars the advice of the American Museum of Natural History in New York and of the United States National Museum.

In addition to the duties connected with the new building, the Director has given his usual courses of instruction and continued to act as Chairman of the Department of Geological Sciences in the University, and as Curator of Vertebrate Paleontology, has pursued research work in the fields of dinosaurian climatic response and paleozoology, results of which are in part ready for the press. Also he has given a large number of extra-curriculum addresses at Yale, at Wes-

leyan, and at Rutgers, as well as to the public, on the subject of Evolution in its various aspects.

In the Department of Geology the staff of the Division of Invertebrate Paleontology has consisted of Curator Schuchert and Assistant Curator Dunbar, assisted from January to July by Miss Federoff. Curator Schuchert spent several weeks of the summer of 1922 with Dr. Arthur Keith, of the United States Geological Survey, collecting fossils and studying the stratigraphy of the metamorphic sedimentary formations along the west flank of the Green Mountains in northwestern Vermont. These fossils, which made possible, for the first time, the correct dating of great thicknesses of supposedly barren strata, were added to the collections of the Museum. From October to January Curator Schuchert was engaged in a study of the geosynclines of North America, the fruit of which was his presidential address before the Geological Society of America at Ann Arbor in December. This address is now being printed and will appear in the *Bulletin* of the Society. Being engaged by the University for only half-time service, he has devoted much of his energy to the revision of his textbook of *Historical Geology*, which is now in the hands of the publisher. During this year he has given for the last time, as he retired on June 30 from the teaching force of the University, his major course in Stratigraphic Paleontology throughout the year, and directed the research in Paleontology of three candidates for the degree of Ph.D.

Assistant Curator Dunbar spent six weeks of the summer of 1922 visiting many of the classical sections of the geological formations of New York state and Ontario, securing teaching information, and collecting fossils from the type localities. These fossils were all added to the Museum's collections. Such time as was not demanded for the teaching of the large number of students enrolled in Historical Geology was devoted to the task of getting our very large, and to a great extent unworked, collections into museum order. With the aid of Miss Federoff great progress has been made, as we have now worked upon 278 drawers of fossils, containing altogether some 50,000 specimens, which have been sorted, labeled as to formation and locality, and arranged in biologic order,

so that they are now instantly accessible for study and comparison, or for introduction into the exhibition series, when the new Museum shall be ready. The description of a new genus and species of Paleozoic xiphosurian (related to the modern horseshoe crab) was published in the *American Journal of Science* for June.

Important additions to the invertebrate collections, beside those noted above, include a collection of choice Pennsylvanian fossils, from the Oklahoma oil fields, by F. C. Greene; a selection of Jurassic and Cretaceous fossils, from Queen Charlotte Islands, purchased from Captain Thomas Smith of the United States Navy; and a collection of 220 species of Mesozoic and Cenozoic Bryozoa, identified by the specialist, Ehrhard Voight.

In the Division of Vertebrate Paleontology Doctors Thorpe and Troxell, Research Associates, have continued work in the Marsh Collection, identifying, cataloguing, and describing specimens, particularly in the following groups: oreodons, both Eocene and Oligocene; peccaries of the Pliocene and Pleistocene; Eocene homacodons, amblypods, perissodactyls, rodents, and marsupials; and Bridger and Uinta carnivores. They have published eleven descriptive papers in the *American Journal of Science*, details of which appear in the Bibliography. Two plastic mounts in the oreodon group, of *Merycoidodon gracilis* and *M. culbertsonii*, have been completed by Chief Preparator Gibb and Curator Lull and have been described by Doctor Thorpe. The latter, as Assistant Curator, has also sorted, packed, and checked over the Museum's photographic material, and has poisoned and packed the Bigelow Collection of North American Indian Relics.

The new book catalogue of the Osteological Collection has been filled in, the systematic classification of specimens has been brought up to date, and a considerable number of hitherto unidentified specimens has now been identified by Dr. Thorpe, as extra service to the Museum.

The preparators, besides giving assistance on the plastic mounts of oreodons, have prepared two others, a primitive carnivore and a peccary; have worked on dinosaurs, turtles, Tertiary mammals, Cretaceous fishes, and crocodiles; have

prepared fossil peccary skeletons; have sectioned invertebrates for study; and have aided in the preparation of the Bigelow Collection for storage.

In the Zoological Department, under the direction of Curator Coe, continued progress has been made on the classification and cataloguing of the vast collections of marine invertebrates, secured from Professor Verrill and the United States Fish Commission. In this connection, arrangements have been made with the American Museum of Natural History, whereby specialists in that institution will make a thorough revision of certain groups of our collections in return for series of duplicate specimens. Through such coöperation our collections will be brought in line with the more recent studies, and our surplus material will be placed where it can be of the greatest service to science.

Many of the beautifully prepared heads of great game animals, belonging to the Cardeza Collection, have been placed on the walls of the Osborn Zoological Laboratory where they are in view of the hundreds of students who are pursuing courses in the building, and where they are on public exhibition Sunday afternoons. During the past year there have been large numbers of visitors to this exhibit.

More than three hundred accession numbers were added to the zoological collections during the past year. Most of these were gifts from friends of the Museum and comprised birds, mammals, reptiles, fishes, and various kinds of invertebrates. The series of stages for a habitat group of the wood duck has been completed, and the group is in process of construction. Several other habitat groups have been completed and are ready for installation in the new Museum.

Other accessions include the material, notebooks, and a series of isopods used by the late Oscar Harger in his studies on this group of Crustacea, in which he was a specialist. In consideration of the fact that Harger was one of Yale's early zoologists, and that his work was done in the old Museum, it is fitting that these records of his painstaking studies should be accessible to his successors. A small collection of mammals, Amphibia, and fishes from Wyoming was received from Mr. W. K. Sheppard, of Denver, Colorado. Various insects from South Africa were presented by Miss

Florence Snell, of Wellington, through Professor Petrunkevitch. Painted casts of local amphibians and reptiles have been prepared by Mr. B. M. Hartley. A very fine specimen of Dall's mountain sheep has been presented by Mr. William N. Beach, of the Class of 1892 S. Several large iguanas belonging to two species have been donated by Dr. Joseph De Vita, of New Haven, who has also given an East Indian monkey, three large armadillos, and other material desired for our exhibits. We have also received from Hose Company No. 4 of West Haven a half-grown alligator from Okechobee Lake, Florida. Twenty-one named specimens of coral from the Hawaiian Islands have been received from the American Museum of Natural History in exchange for a series of deep-water starfish. Representative species of fishes from Lake Whitney were presented by the State Fisheries Commission, and several eggs of the wood duck, by the State Game Farm.

Research on the collections has continued, the Curator having completed during the year his monograph on the Bathypelagic Nemerteans, a group of hitherto little-known worms inhabiting the deep seas. For this study all the specimens of this group previously collected by the United States Fish Commission were available. The report covers nearly five hundred pages of manuscript and is illustrated by thirty quarto plates and more than a hundred text figures. It is to be published in the *Memoirs* of the Museum of Comparative Zoology. A paper on the spermatogenesis of these worms is in course of preparation.

The collections of the Anthropological Department have been increased by thirteen accessions, some of which are especially large and valuable, so that in number (several thousand) and importance of specimens the year just ended is the best the Department has experienced in twenty-five years. While on leave of absence in Europe, Curator MacCurdy took advantage of the opportunity to buy at auction a part of the well-known Rivière collection, including three examples of cave (paleolithic) art. It would be difficult to overestimate the value of the collections gathered by the Yale-Peruvian Expeditions in charge of Director Hiram Bingham; these have all been donated by Professor Bingham and allocated to the Department of Anthropology. Miss Maria L. C.

Winslow has added fifty specimens to the valuable collection of Indian basketry which she gave to the Department in 1920. Mrs. Charles Bigelow's gift of the ethnological collection gathered by her late husband is especially rich in examples of the material culture of the Plains Indians. Worthy of special mention is the exchange collection, received from the Royal Museum of Natural History in Stockholm, and consisting of ethnological material from New Guinea, New Hebrides, Solomon Islands, Queensland, and Central Australia.

Progress has been made in the cataloguing of specimens. The Curator has been officially called upon to give expert advice regarding a collection in the American Museum of Natural History in New York and has had to answer many letters and personal inquiries asking for anthropological information; he has read two papers before the American Anthropological Association—one of them based on a recent accession to the collections of the Department—and has found time to give a few public lectures.

During the year several changes have taken place in the personnel of the Museum staff. In October Professor Dana, after giving distinguished service as Curator of Mineralogy for nearly forty years, during which time the collection more than doubled in size and greatly increased in scientific value, resigned his duties, and Professor William Ebenezer Ford was made Curator of that collection. Mr. William W. Farnam, who had been a member of the Board of Trustees since 1904, desired to retire, and Mr. Lewis H. English was elected to fill the vacancy thus created. In April by the death of Mr. Thomas Attwater Bostwick, who had come to the Museum through Professor Marsh in 1873, we lost the oldest member of our staff, in point of service. The Board of Trustees adopted a resolution, which was inserted in the minutes, speaking of his loyal and devoted service and his intimate knowledge of the collections, which made him an invaluable member of the corps of Museum workers. Miss Clara Mae LeVene, after rendering faithful and talented service for fifteen years as Executive Secretary and Librarian, felt unable to continue her active work in that capacity, under the added pressure occasioned by the erection of the new Museum, and resigned, being made Research Assistant in order to preserve

a Museum connection. Mr. Hugh Gibb, Chief Preparator for forty years, was obliged in November to give up his work on account of his health and was granted a year's leave of absence. Mr. Fred Darby was made Acting Chief Preparator to serve while Mr. Gibb is on leave.

During the year 500 pamphlets and 679 books and periodicals have been added to the Museum Library. The greater part of these accessions were gifts.

RICHARD SWANN LULL