# EXHIBIT B-21
## TO TOWNSEND AFFIDAVIT

# Yale University News Statement

FROM THE SECRETARY'S OFFICE

WOODBRIDGE HALL · 105 WALL STREET · NEW HAVEN · CONNECTICUT

*Released for* Publication    Advance Sheet
*(Sunday - Dec. 27)*

Peabody Museum Opens Dec. 29.

Under the fair use provisions of the copyright law of the United States (17 USC 107), this single copy was produced for reference use only from material in Manuscripts and Archives, Yale University Library, P.O. Box 208240, 128 Wall Street, New Haven CT 06520-8240. Unless permission is granted, neither this copy nor the words on it may be reproduced in any form; used by an unauthorized person; or placed in the collections of any institution or individual.

Under the fair use provisions of the copyright law of the United States (17 USC 107), this single copy was produced for reference use only from material in Manuscripts and Archives, Yale University Library, P.O. Box 208240, 128 Wall Street, New Haven CT 06520-8240. Unless permission is granted, neither this copy nor the words on it may be reproduced in any form; used by an unauthorized person; or placed in the collections of any institution or individual.

## YALE'S NEW MUSEUM OF NATURAL HISTORY

New Haven, Conn. Yale's new Gothic Building for the Peabody Museum of Natural History will be formally dedicated on December 29th with ceremonies attended by many scientific organizations, including the Geological Society, the Society of American Naturalists and the American Association of Museums. On the preceding day President Angell will deliver an address of welcome to the delegates on behalf of the University. On the 29th Henry Fairfield Osborne, of the American Museum of Natural History will speak on the development of paleontology, especially in its relation to biology, and Dr. Schuchert, Emeritus Professor of Paleontology, and Secretary of the Museum Trustees will speak on the historical aspect of the building and institution. Professor Edward Salisbury Dana, President of the Board of Trustees, will formally present the Museum to the University, and Professor Lull, director of the Museum, will explain the layout of the building.

This towered brown structure, fronting Whitney Avenue and occupying the south-east corner of the Pierson-Sage Square, with spacious lawns about it, replaces the historic Peabody Museum at High and Elm Streets, which was demolished in 1917 to make room for the Memorial Quadrangle. The collections, which have been in storage since then are completely reinstalled and the Museum is now ready to resume its full activity.

### Some Distinctive Features

Distinctive features of the Peabody Museum include the

collections of fossil backboned animals, largely assembled by Professor Marsh, which are among the most noted in the United States and second only to those of the American Museum of Natural History in New York. The museum possesses the second largest collection of fossil footprints in the world. It possesses an almost unique collection of the jaws and teeth of tiny animals which existed during the Age of Reptiles. Its collection of invertebrate paleontology has few equals among American museums. It has one of the largest collections of meteorites in this country representing more than 200 distinct falls and including the famous Gibbs meteorite from Texas, weighing more than 1600 pounds. It also possesses the only Aztec calendar stone outside of Mexico, one of the only three in existence.

The collection of antiquities from Chiriqui, Panama, including a collection of gold ornaments, is without a rival in the world.

### The Museum as Pioneer

The Peabody Museum contains the first dinosaur ever mounted in America, the first flying dragons ever unearthed in America, and the first fossil horses ever found here. Among these is a specimen of a mature and perfect fossil horse not over two feet which scientists have recognized as unmistakable evidence of evolving animals from one genus to another. These were unearthed in the Rocky Mountain region by Othniel Marsh, a graduate of Yale and for over thirty years professor of paleontology at Yale, in a series of expeditions undertaken between the years 1868 and 1874.

### Famous Expeditions

The Marsh expeditions resulted in the discovery of more than 1000 species of extinct vertebrates, many representing orders wholly new. Among these are a new sub-class of birds with teeth, the first known American flying lizards, the earliest supposed ancestors of the horse, having three and four toes, also the first monkeys found in America, new groups of gigantic dinosaurs, and several new families of new dinosaurs.

Under the fair use provisions of the copyright law of the United States (17 USC 107), this single copy was produced for reference use only from material in Manuscripts and Archives, Yale University Library, P.O. Box 208240, 128 Wall Street, New Haven CT 06520-8240. Unless permission is granted, neither this copy nor the words on it may be reproduced in any form; used by an unauthorized person; or placed in the collections of any institution or individual.

Fossils of more than 1000 species of vertebrates were brought to Yale as a result of these expeditions and Marsh in his published writings described more than 400 of them.

More recently several expeditions have been conducted under the direction of Professor Richard Swann Lull, one of which, to the Pan-Handle Region of Texas in 1912, resulted in finding a practically complete skeleton of the Equus Scotti, the last survivor of the original horse family in America.

In addition to this, the Museum was a beneficiary of the Peruvian expeditions directed by Professor Hiram Bingham, now United States Senator from Connecticut, during the years 1910, 1911, 1912 and 1915. Senator Bingham has given Yale his entire Peruvian collection, reserving only the right to carry on research.

Among the early collectors of material for Peabody Museum was Professor A. E. Verrill, who, with his associates, made an extensive study of marine life on the Atlantic Coast, and collected more than 200,000 specimens for the Museum's Zoological cabinet. Many of these were obtained while Verrill was in charge of dredging for the United States Fisheries Commission. The University secured the complete Verrill collection in 1908.



### A Museum of Ideas

The new Peabody Museum is, to a greater extent than any other American institution, a museum of ideas illustrated by specimens, rather than a mere collection of curiosities, as the old fashioned museums used to be. Its collections are arranged not solely as a series of strange and phenomenal specimens but as a series of exhibitions through which the processes and laws of nature may be observed and comprehended. A visitor to the Museum need not be a scholar to understand the scientific significance of what is being shown. The utmost pains have been taken to arrange, label and describe every exhibit so as to make clear the particular natural law or principle involved.

### Demonstration of the Evolutionary Process

It is in connection with the theory of evolution that the fundamental purpose of the Museum, namely, to illustrate ideas