# EXHIBIT B-22
## TO TOWNSEND AFFIDAVIT


Under the fair use provisions of the copyright law of the United States (17 USC 107), this single copy was produced for reference use only from material in Manuscripts and Archives, Yale University Library, P.O. Box 208240, 128 Wall Street, New Haven CT 06520-8240. Unless permission is granted, neither this copy nor the words on it may be reproduced in any form; used by an unauthorized person; or placed in the collections of any institution or individual.


# THE NEW PEABODY MUSEUM

### PART I

### BUILDING AND EQUIPMENT

By Richard S. Lull, *Director*

*Reprinted from "Museum Work"*
*November-December, 1924, Vol. vii, No. 4*

---

### PART II

### THE COLLECTIONS

By Richard S. Lull, *Director*
*and the Curators of the Departments*

*Reprinted from "Museum Work"*
*January-February, 1925, Vol. vii, No. 5*


Under the fair use provisions of the copyright law of the United States (17 USC 107), this single copy was produced for reference use only from material in Manuscripts and Archives, Yale University Library, P.O. Box 208240, 128 Wall Street, New Haven CT 06520-8240. Unless permission is granted, neither this copy nor the words on it may be reproduced in any form; used by an unauthorized person; or placed in the collections of any institution or individual.

Case 3:09-cv-01332-AWT   Document 44-28   Filed 10/16/09   Page 3 of 4



Under the fair use provisions of the copyright law of the United States (17 USC 107), this single copy was produced for reference use only from material in Manuscripts and Archives, Yale University Library, P.O. Box 208240, 128 Wall Street, New Haven CT 06520-8240. Unless permission is granted, neither this copy nor the words on it may be: reproduced in any form; used by an unauthorized person; or placed in the collections of any institution or individual.

readily available for study. With this arrangement carried out, it is believed that not only will the Peabody Museum have one of the notable exhibition collections in the country, but the University will also have unrivalled material for study and research.

WILLIAM E. FORD, *Curator*.

### ANTHROPOLOGY

The collections of the department of anthropology are primarily prehistoric, although from the start the department included in its scope living primitive races and their culture, as appears from a circular made public by the late Professor Marsh in June, 1868. Marsh had a deep and intelligent interest in the subject and was particularly gifted as a collector. The important collections gathered during his time include:

1 Antiquities from the Province of Chiriqui, Panama, including gold ornaments, a collection without a rival in the world; it formed the subject of a monograph by the present curator, published as Volume III, Memoirs of the Connecticut Academy of Arts and Sciences, 1911.

2 Mexican antiquities, including the well-known Skilton collection and a rare Mexican Calendar stone of great value, the latter published by the curator in 1910.

3 A large collection of pottery and implements of stone, bone, and shell from mounds in southeastern Missouri, some of which have been published by the present curator.

4 Indian relics from the mounds of Ohio.

5 Collections representing the material culture of the Plains Indians.

6 Neolithic collections from Denmark.

7 The Dunning collection from mounds of Tennessee and North Carolina, published by the curator in 1917.

Among the more notable collections added since the death of Professor Marsh, there should be mentioned:

1 The T. Mitchell Prudden collection from the ruined pueblos of the Southwest.

2 The Hoppin Eskimo collection.

3 Collections gathered at various times in Europe by the present curator, comprising:

    *a* The contents of the paleolithic cave of La Combe (Dordogne) excavated by him in 1912 and published in 1914;

    *b* The Commont collection from the Somme Valley;

    *c* The Rivière collection from the caves of France and Grimaldi; this collection includes some rare examples of cave art;


Under the fair use provisions of the copyright law of the United States (17 USC 107), this single copy was produced for reference use only from material in Manuscripts and Archives, Yale University Library, P.O. Box 208240, 128 Wall Street, New Haven CT 06520-8240. Unless permission is granted, neither this copy nor the words on it may be: reproduced in any form; used by an unauthorized person; or placed in the collections of any institution or individual.



Under the fair use provisions of the copyright law of the United States (17 USC 107), this single copy was produced for reference use only from material in Manuscripts and Archives, Yale University Library, P.O. Box 208240, 128 Wall Street, New Haven CT 06520-8240. Unless permission is granted, neither this copy nor the words on it may be reproduced in any form; used by an unauthorized person; or placed in the collections of any institution or individual.

*d* Mousterian collections from the rock shelter of La Quina (Charente), explored by the curator in 1921 while Director of the American School in France for Prehistoric Studies.

4 The results of several seasons' work in Connecticut: the contents of one rock shelter near New Haven has already been published by the curator. The importance of these Connecticut collections locally can scarcely be over-estimated.

5 The Doctor Charles F. Winslow archaeological and ethnological collection from various parts of the world, the gift of Professor Charles Schuchert.

6 The B. A. Folwer Alaskan collection.

7 The Charles Bigelow ethnological collection, rich in the material culture of the Plains Indians.

8 The archaeological collections gathered by the various Yale-Peruvian Expedition under the direction of Professor Hiram Bingham.

In addition to the foregoing, the valuable collection of Indian basketry loaned to the Museum by Mr. William H. Moseley, will no doubt continue to be available for exhibition purposes.

Much of the material belonging to the department of anthropology has never been exhibited. Selections from it, representative of the whole, will be placed on exhibition in the Hall of Ethnology. When this is done, there will be revealed many gaps to be filled; so that the forthcoming installation should be a point of departure for a new period of expansion in which the generosity of Yale men will find opportunity for expression.

It is planned to supplement the existing collections by suitable human habitat groups which have proved to be an instructive feature in a number of our great museums.

GEORGE GRANT MACCURDY, *Curator.*



Under the fair use provisions of the copyright law of the United States (17 USC 107), this single copy was produced for reference use only from material in Manuscripts and Archives, Yale University Library, P.O. Box 208240, 128 Wall Street, New Haven CT 06520-8240. Unless permission is granted, neither this copy nor the words on it may be reproduced in any form; used by an unauthorized person; or placed in the collections of any institution or individual.