# EXHIBIT B-23
## TO TOWNSEND AFFIDAVIT

 
Under the fair use provisions of the copyright law of the United States (17 USC 107), this single copy was produced for reference use only from material in Manuscripts and Archives, Yale University Library, P.O. Box 208240, 128 Wall Street, New Haven CT 06520-8240. Unless permission is granted, neither this copy nor the words on it may be reproduced in any form; used by an unauthorized person; or placed in the collections of any institution or individual.

# THE
# YALE ALUMNI WEEKLY



**THE NEW PEABODY MUSEUM BUILDING**

*This fine structure, now well under way, will stand at the corner of Whitney Avenue and Sachem Street and will contain the University's great collections*

## The Peabody Museum

### Articles Descriptive of the Collections Which Will Be Housed There When the New Building Is Completed

**VOL. XXXIII, No. 15**                                                      **December 28, 1928**

 
Under the fair use provisions of the copyright law of the United States (17 USC 107), this single copy was produced for reference use only from material in Manuscripts and Archives, Yale University Library, P.O. Box 208240, 128 Wall Street, New Haven CT 06520-8240. Unless permission is granted, neither this copy nor the words on it may be reproduced in any form; used by an unauthorized person; or placed in the collections of any institution or individual.

Under the fair use provisions of the copyright law of the United States (17 USC 107), this single copy was produced for reference use only from material in Manuscripts and Archives, Yale University Library, P.O. Box 208240, 128 Wall Street, New Haven CT 06520-8240. Unless permission is granted, neither this copy nor the words on it may be reproduced in any form; used by an unauthorized person; or placed in the collections of any institution or individual.



*Construction of the Peabody Museum*

# The Peabody Museum Collections

## Vertebrate Paleontology

### BY RICHARD SWANN LULL, '11 HON.
### CURATOR OF VERTEBRATE PALEONTOLOGY

THE Peabody Museum is peculiarly rich in collections of fossil backboned animals, made during the earlier years of its existence. These specimens were assembled by that master collector, Othniel Charles Marsh, who was Professor of Paleontology at Yale from 1866 until his death in 1899. Professor Marsh, who was the nephew of George Peabody, the founder of the Museum, and himself a man of independent means, went afield repeatedly to the then virgin field of exploration in our great West. These expeditions, a number of which were augmented largely by recent graduates of the College and Scientific School, brought home annually tons of material, which was, of course, largely the property of the leader, who financed the expeditions. Later, upon his appointment as Vertebrate Paleontologist to the United States Geological Survey, Government funds aided in making the expeditions, consisting at this time principally of paid workers, possible. Hence the collections were, from 1882 to 1892, in part the property of the Federal Government but, in so far as Professor Marsh financed them, also his own. After his death an equitable division of the material was made, that collected during Government time being sent to the United States National Museum, in Washington, the rest remaining at Yale; for three years before his death Professor Marsh had transferred his entire interest in the collections to the University, to be cherished in the Museum forever. He also left the residue of his estate for the care and maintenance of the collections and for the furtherance of research upon them and the publication of results. Because of his genius as a collector, the amount of material, its choiceness, and its scientific importance made the Marsh Collection, at the time of his death, second to none in the United States and one of the most noted in the world. It has since been added to from time to time by purchase, gift, and expedition.

It is fitting, therefore, that after years of inadequate housing in the old Museum building and the yet leaner years of more or less inaccessible storage, the collection should come to its own and for the first time be assured of adequate display and arrangement, with proper facilities as well for the accessible storage of the study and duplicate material.

## Exhibitions in the Great Hall

Four halls in the new building will contain fossil vertebrates; not exclusively, however, as is the practice in other great museums, for here the arrangement is biologic and evolutional, and in such a display one cannot logically demarcate the life of the present day from that of the geologic past. The arrangement of the halls is such that one must of necessity view the creatures in their natural sequence, though whether he starts at the top of the series, with man, and works downward to the fishes, or starts with the fishes and progresses upward to man depends entirely on his choice of direction at the beginning.

Passing from the entrance rotunda on the first floor, the visitor enters the west wing of the building which houses the invertebrates which have already been described. Turning abruptly to the right after entering this hall and passing by the habitat group of the life of a "Coal Measures" swamp, one enters the Great Hall, which will contain the systematic series of the lower vertebrates, fishes, amphibians, reptiles, and birds—although each group is also represented elsewhere in the Museum, notably in the Hall of Local Zoology and the

 

Under the fair use provisions of the copyright law of the United States (17 USC 107), this single copy was produced for reference use only from material in Manuscripts and Archives, Yale University Library, P.O. Box 208240, 128 Wall Street, New Haven CT 06520-8240. Unless permission is granted, neither this copy nor the words on it may be reproduced in any form; used by an unauthorized person; or placed in the collections of any institution or individual.

Under the fair use provisions of the copyright law of the United States (17 USC 107), this single copy was produced for reference use only from material in Manuscripts and Archives, Yale University Library, P.O. Box 208240, 128 Wall Street, New Haven CT 06520-8240. Unless permission is granted, neither this copy nor the words on it may be: reproduced in any form; used by an unauthorized person; or placed through enlarged sizes of room, extending across the building

THE YALE ALUMNI WEEKLY — *December*

from east to west, was constructed. Here, during the years 1810 to 1812, the minerals were installed under the personal supervision of Colonel Gibbs. In 1825 the collection was offered for sale, preference being given to Yale College as purchaser. Mainly through the influence of Professor Silliman, $20,000—a very considerable sum of money for those days—was secured, largely through a canvass of the citizens of New Haven, and as a result the collection became the property of Yale. It was moved later to the second floor of a building standing on the Campus which was originally known as the Commons building and later as the Cabinet. From this place the specimens were finally moved to the old Peabody Museum in 1876. The Gibbs Collection therefore served as the chief nucleus around which the present Peabody Museum Collection has been built. Assembled as it was at such an early date, it contained a great many specimens from famous old European localities that later collections cannot as a rule obtain.

The accessions since this time have been constant, both through purchase and by means of various gifts. An important addition was made in 1843 when a collection of Baron Lederer, Austrian Consul-General to the United States, was purchased for about $3,000. Another notable purchase was that of the Blum collection of pseudomorphs, which was acquired in 1878. This was a series of 1,700 specimens made by Professor Blum of Heidelberg in the course of his study of pseudomorphs during the preparation of his work "Die Pseudomorphosen des Mineralreichs." Gifts have been numerous. Among the more important ones should be mentioned a valuable collection of Chinese curios carved from jade, amethyst, rock crystal, etc., bequeathed to the Museum by Professor S. Wells Williams. The Leonard Collection was presented to the University in 1893. This was made by Dr. Frederick B. Leonard, who graduated from Yale in the Class of 1824. It included about 3,500 specimens. In 1916 the E. R. and H. H. Beadle Collection, consisting of between three and four thousand specimens, was given to the Museum.

Included with the minerals is an unusual collection of meteorites. This is one of the largest in the country and contains specimens aggregating 3,000 pounds in weight and representing more than 200 distinct falls. The largest one in the museum is the Gibbs meteorite from Texas, weighing 1,635 pounds. The next largest mass weighs 826 pounds, from Canyon Diablo, Arizona, and was presented to the museum as a memorial of Professor Loomis. A collection of between 900 and 1,000 separate stones from a fall occurring in Iowa in 1890 was presented to the Museum by Mr. and Mrs. Henry F. English of New Haven. The collection of meteorites will be displayed in the room directly over the Entrance Hall adjoining the Hall of Minerals.

Every museum mineral collection should serve two purposes. It should show in its exhibition cases the larger, finer, and more striking specimens, and also should display a systematic series that will give to the general student a bird's-eye view of the extent and variety of mineral species. It also should contain material of the rarer sort, suited for study and investigation rather than for exhibition. The Yale collections are notably rich in material of the latter category. In addition to the Peabody Museum Mineral Collection, Yale possesses the Brush Collection, which was presented by Professor George J. Brush in 1904 to the trustees of the Sheffield Scientific School. The Brush Collection is mainly for study and research, with no design that any part of it should be placed on exhibition. Since the Brush Collection and the Peabody Museum Collection have to a certain extent grown side by side, it was inevitable that there should be more or less duplication of material in the two. However, the curators of both collections have always worked in harmony and have kept in mind the fact that primarily the Brush Collection was for specimens suitable for study and research, while that of the Peabody Museum was primarily designed for exhibition. Now that these two collections have come under the curatorship of the same individual, this policy of differentiation has become a definite one. Therefore it is proposed to place only the strictly exhibition material of the museum collection in the new Hall of Minerals. The other specimens will be suitably housed in the same building as the Brush Collection, thus making all the research material possessed by the University readily available for study. With this arrangement carried out, it is believed that not only will the Peabody Museum have one of the notable exhibition collections in the country, but the University will also have unrivalled material for study and research.

## Anthropology

BY GEORGE GRANT MacCURDY, '05 Ph.D.
CURATOR OF ANTHROPOLOGY

THE collections of the Department of Anthropology are primarily prehistoric, although from the start the Department included in its scope living primitive races and their culture, as appears from a circular made public by the late Professor Marsh in June, 1868. Marsh had a deep and intelligent interest in the subject and was particularly gifted as a collector. The important collections gathered during his time include:

(1) Antiquities from the Province of Chiriqui, Panama, including gold ornaments, a collection without a rival in the world; it formed the subject of a monograph by the present curator, published as volume III, Memoirs of the Connecticut Academy of Arts and Sciences, 1911.

(2) Mexican antiquities, including the well-known Skilton collection and a rare Mexican Calendar stone of great value, the latter published by the curator in 1910.

(3) A large collection of pottery and implements of stone, bone, and shell from mounds in southeastern Missouri, some of which have been published by the present curator.

(4) Indian relics from the mounds of Ohio.

(5) Collections representing the material culture of the Plains Indians.

(6) Neolithic collections from Denmark.

(7) The Dunning collection from mounds of Tennessee and North Carolina, published by the curator in 1917.

Among the more notable collections added since the death of Professor Marsh, there should be mentioned:

(1) The T. Mitchell Prudden collection from the ruined pueblos of the Southwest.

(2) The Hoppin Eskimo collection.

(3) Collections gathered at various times in Europe by the present curator, comprising:

(a) the contents of the paleolithic cave of La Combe (Dordogne) excavated by him in 1912 and published in 1914;
(b) the Commont collection from the Somme valley;
(c) the Rivière collection from the caves of France and Grimaldi; this collection includes some rare examples of cave art;
(d) Mousterian collections from the rock shelter of La Quina (Charente), explored by the curator in 1921 while Director of the American School in France for Prehistoric Studies.

(4) The results of several season's work in Connecticut; the contents of one rock shelter near New Haven has already been published by the curator. The importance of these Connecticut collections locally can scarcely be overestimated.

(5) The Doctor Charles F. Winslow archeological and ethnological collection from various parts of the world, the gift of Professor Charles Schuchert.

(6) The B. A. Fowler Alaskan collection.

(7) The Charles Bigelow ethnological collection, rich in the material culture of the Plains Indians.

(8) The archeological collections gathered by the various Yale-Peruvian Expeditions under the direction of Professor Hiram Bingham.

In addition to the foregoing, the valuable collection of Indian basketry loaned to the Museum by Mr. William H. Moseley, will no doubt continue to be available for exhibition purposes.

Much of the material belonging to the Department of Anthropology has never been exhibited. Selections from it, representative of the whole, will be placed on exhibition in the Hall of Ethnology. When this is done, there will be revealed many gaps to be filled; so that the forthcoming installation should be a point of departure for a new period of expansion in which the generosity of Yale men will find opportunity for expression.

It is planned to supplement the existing collections by suitable human habitat groups which have proved to be an instructive feature in a number of our great museums.

Under the fair use provisions of the copyright law of the United States (17 USC 107), this single copy was produced for reference use only from material in Manuscripts and Archives, Yale University Library, P.O. Box 208240, 128 Wall Street, New Haven CT 06520-8240.

