# EXHIBIT B-28
## TO TOWNSEND AFFIDAVIT

Case 3:09-cv-01332-AWT   Document 44-34   Filed 10/16/09   Page 2 of 4



Events & Programs  Exhibits  Visit the Collections
Membership  Publications  Museum Store
Public Education  History  Peabody People



Peabody Museum YALE

# Machu Picchu: Unveiling the Mystery of the Incas

*A major new exhibition opening Sunday, January 26, through Sunday, May 4, 2003*



**Gala Preview and Celebration, Saturday evening, January 25, 2003**

For an invitation and the opportunity to purchase tickets, contact (203) 432-9891 or peabody.special.events@yale.edu

*The Archaeology of Inca Cuzco*

A two-day, academic symposium with invited speakers from around the world

**Saturday and Sunday, March 29 and 30, 2003**

http://web.archive.org/web/20021219025428/http://www.peabody.yale.edu/exhibits/inca/

# at Luce Hall, 34 Hillhouse Avenue

Coming Soon: Curriculum Guide for Educators

High in the Peruvian cloud forest the Inca country palace of Machu Picchu is one of the most spectacular archaeological sites in the world. When local farmers first showed members of the 1911 Yale Peruvian Expedition to the site, it had survived in a near pristine state since the Inca abandoned it in the early 16th century.

The Expedition was led by Yale archaeologist Hiram Bingham (who later became the governor of Connecticut!). He excavated hundreds of objects that tell the story of everyday life at Machu Picchu and, by agreement with the Peruvian government, these materials became part of the Peabody Museum's collections. Many of these objects will be on view to the public for the first time. Together with the 11,000 photographs Bingham took, they form a unique scientific, historic and artistic resource that enables us to reconstruct the daily life of Machu Picchu at its zenith 500 years ago.

Co-curated by Peabody Museum Director Richard Burger and Curatorial Affiliate and Peruvian archaeologist Lucy Salazar, this exhibition invites visitors to travel into the past, first to Machu Picchu with the 1911 Yale Peruvian Scientific Expedition, and then further back to the late 15th century when this Inca country palace was a bustling community with an important religious, political and social role in the Inca empire. The exhibition has many interactive components, including replicas of the house of the Inca king and an ancient Inca road, a curator's tour of the Inca palace complex, and an interactive laboratory that shows how archaeologists in the 21st century interpret the 15th century.

Filled with stunning panoramic photographs and the finest surviving examples of Inca art on loan from Peru, Europe and other major U.S. collections, this exhibition is not to be missed.

A detailed web site for this exhibition will be available after November 1, 2002.

Hiram Bingham at Machu Picchu.

http://web.archive.org/web/20021219025428/http://www.peabody.yale.edu/exhibits/inca/

One of the 11,000 photographs from the Yale Peruvian Expeditions.



[ Visiting the Peabody | Events & Programs | Exhibits | Visit the Collections | Membership | Publications | Museum Store | Public Education | Peabody People | History & Architecture ]

**PEABODY MUSEUM OF NATURAL HISTORY** Yale University
P.O. Box 208118 — 170 Whitney Avenue — New Haven, CT 06520-8118 — (203) 432-5050

All contents copyright (c) 1998–2002 Peabody Museum of Natural History, Yale University. All rights reserved.
Comments to: peabody.webmaster@yale.edu

http://web.archive.org/web/20021219025428/http://www.peabody.yale.edu/exhibits/inca/