# EXHIBIT B-29
## TO TOWNSEND AFFIDAVIT



Events & Programs  Exhibits  Visit the Collections
Membership  Publications  Museum Store
Public Education  History  Peabody People

VISITING


Peabody Museum
YALE

# Machu Picchu: Unveiling the Mystery of the Incas

*A major new exhibition opening*
*Sunday, January 26, through Sunday, May 4, 2003*



*The Archaeology of Inca Cuzco*
A two-day, academic symposium with invited speakers from around the world

**April 26 and 27, 2003**
**Location To Be Announced**

**MACHU PICCHU AND HIRAM BINGHAM:**
**THE YALE PERUVIAN EXPEDITIONS**

http://web.archive.org/web/20030210143105/http://www.peabody.yale.edu/exhibits/inca/

In conjunction with *Machu Picchu: Unveiling the Mystery of the Incas*, the Sterling Memorial Library is showcasing an exhibit detailing the holdings of the Yale Peruvian Expedition Papers in the library's Manuscripts and Archives Department. The exhibit is based on the vast quantities of correspondence, administrative records, scientific reports, writings, and illustrative material on the three expeditions to Peru sponsored by Yale University between 1911 and 1915.

Scientific specialists, drawn principally from the Yale faculty, studied the most celebrated finding of the expeditions, the rediscovery of Machu Picchu. The papers include diaries, manuscripts and published reports, as well as the writings of Hiram Bingham III, Professor of Latin American History at Yale, and leader of the expeditions. Among Bingham's papers are the official reports of the expedition, and essays and manuscripts of his books. The illustrative materials include a collection of glass slides used for the exhibit, maps, clippings, scrapbooks, and photographs of the sites, of Quechua Indians, and of Peruvian artifacts. These materials will be supplemented with published material about Bingham and Machu Picchu from the Latin American Collection.

**The exhibit is on display in the nave and elevator cases of Sterling Memorial Library, 120 High Street, New Haven, and will run through the end of March 2003.**

*Now Available from the Yale Peabody Museum*

**The 1912 Yale Peruvian Scientific Expedition Collections from Machu Picchu: Human and Animal Remains**
Edited by Richard L. Burger and Lucy C. Salazar
*Yale University Publications in Anthropology 85*

*AND*

Social Studies Curriculum Guide for Educators

High in the Peruvian cloud forest the Inca country palace of Machu Picchu is one of the most spectacular archaeological sites in the world. When local farmers first showed members of the 1911 Yale Peruvian Expedition to the site, it had survived in a near pristine state since the Inca abandoned it in the early 16th century.

The Expedition was led by Yale archaeologist Hiram Bingham (who later became the governor of Connecticut!). He excavated hundreds of objects that tell the story of everyday life at Machu Picchu and, by agreement with the Peruvian government, these materials became part of the Peabody Museum's collections. Many of these objects will be on view to the public for the first time. Together

http://web.archive.org/web/20030210143105/http://www.peabody.yale.edu/exhibits/inca/

Hiram Bingham at Machu Picchu. with the 11,000 photographs Bingham took, they form a unique scientific, historic and artistic resource that enables us to reconstruct the daily life of Machu Picchu at its zenith 500 years ago.

Co-curated by Curator of Anthropology Professor Richard Burger and Curatorial Affiliate and Peruvian archaeologist Lucy Salazar, this exhibition invites visitors to travel into the past, first to Machu Picchu with the 1911 Yale Peruvian Scientific Expedition, and then further back to the late 15th century when this Inca country palace was a bustling community with an important religious, political and social role in the Inca empire. The exhibition has many interactive components, including replicas of the house of the Inca king and an ancient Inca road, a curator's tour of the Inca palace complex, and an interactive laboratory that shows how archaeologists in the 21st century interpret the 15th century.

Filled with stunning panoramic photographs and the finest surviving examples of Inca art on loan from Peru, Europe and other major U.S. collections, this exhibition is not to be missed.

A detailed web site for the exhibition will be available shortly, and accessible from this page.

One of the 11,000 photographs from the Yale Peruvian Expeditions.

Go to Top

A Social Studies Curriculum Guide for Educators for *Machu Picchu: Unveiling the Mystery of the Incas*

Click here to go to the curriculum guide to the exhibition.

This exhibition provides a unique opportunity for students to experience the life of the spectacular Inca country estate that is Machu Picchu and to expand their understanding of one of the New World's great ancient civilizations.

http://web.archive.org/web/20030210143105/http://www.peabody.yale.edu/exhibits/inca/

In this multi-faceted exhibition with significant interactive components, students will be able to:

- View a panorama of the high altitude cloud forest of Peru
- Walk along a replica of an ancient Inca road
- Enter the house of the Inca king
- Inspect an Inca burial chamber
- Use our interactive laboratory to see how archaeologists in the 21st century interpret the 15th century
- Learn what happened to the Inca after Machu Picchu was abandoned

There will be a full program of tours tailored specifically for K–12 classes.

A detailed website for this exhibition will be available soon.

Go to Top



[ Visiting the Peabody | Events & Programs | Exhibits | Visit the Collections ]
[ Membership | Publications | Museum Store | Public Education | Peabody People | History & Architecture ]

**PEABODY MUSEUM OF NATURAL HISTORY** Yale University
P.O. Box 208118 — 170 Whitney Avenue — New Haven, CT 06520-8118 — (203) 432-5050

All contents copyright (c) 1998–2002 Peabody Museum of Natural History, Yale University. All rights reserved.
Comments to: peabody.webmaster@yale.edu