# EXHIBIT B-30
## TO TOWNSEND AFFIDAVIT

Collections : Exhibits : Events : People : Publications : Visiting | Museum Home

# Exhibits at the Peabody Museum



- *Age of Reptiles* Mural
- Invertebrate Paleontology Image Gallery
- Birds of Connecticut
- Historical "Who Was Who" at the Peabody Museum
- Large as Life: A Peabody Bestiary
- Mixed Blessings: The Complex Social Life of Cliff Swallows
- Natural History Dioramas
- Obia Oso: An Ndjuka Maroon Shrine from Suriname
- Semelai of Tasek Bera

**Permanent Exhibits**

The Peabody Museum's collections are at the core of the museum's exhibit philosophy: here people have the opportunity to interact with real objects. For example, the Great Hall on the first floor displays an extensive dinosaur collection, including some of the first skeletons to be collected in North America -- nothing can compare with experiencing these towering fossil skeletons! The Great Hall is also home to the prize-winning mural *The Age of Reptiles* by Rudolph F. Zallinger.

Other permanent exhibits on the first floor include the Hall of Mammalian Evolution, which bridges the evolutionary gap between dinosaurs and modern mammals; Mexico to Peru, which displays specimens from the museum's extensive Meso-American and South American archeological collections; and displays highlighting the Plains Indians and Polynesian ethnographic collections.

On the third floor are eleven wildlife dioramas of North American and southern New England; the Birds of Connecticut; Minerals from Connecticut and around the world; Connecticut Indians and the hall of ancient Egyptian artifacts. Future permanent exhibits now in development will feature the

http://web.archive.org/web/19970417035124/http://www.peabody.yale.edu/exhibits/

mueum's collections from Machu Picchu, the study of human origins, and the early history of life in the sea.

## Temporary Exhibitions

The Peabody Museum's temporary exhibitions afford Museum visitors an informed perspective on a wide range of issues facing our society and our world. One current favorite is Large as Life, which explores the interaction between humankind and large animals. Others address the natural history of Lyme Disease, the 17-year Cicadas of Connecticut, and rainforest peoples living half a world away from each other (the Ndjuka Maroons of Suriname, and the Semelai of Tasek Bera). The Curator's Choice display, located near the admissions desk, changes quarterly.

Museum Home

Peabody Museum of Natural History
Yale University
170 Whitney Avenue
New Haven, CT 06520

All contents Copyright (C) 1996-1997. All rights reserved.
Comments to: peabody.webmaster@yale.edu
Revised: 8 June 1997

URL: http://www.peabody.yale.edu/publications/exhibits/

http://web.archive.org/web/19970417035124/http://www.peabody.yale.edu/exhibits/