# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

_____  :
REPUBLIC OF PERU,                     :    **APPEARANCE**
                   Plaintiff,   :
      v.                              :
                                    :    CASE NUMBER: 3:09CV1332(AWT)
YALE UNIVERSITY,                      :
                   Defendant.   :
_____  :

**To the Clerk of this court and all parties of record:**

    **Enter my appearance as counsel in this case for:**   Plaintiff

| | |
|---|---|
| November 3, 2009 | /s/Owen C. Pell |
| **Date** | **Signature** Owen C. Pell |
| phv03653 | WHITE & CASE LLP |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (212) 819-8891 | 1155 Avenue of the Americas |
| **Telephone Number** | **Address** |
| (212) 354-8113 | New York, NY 10036 |
| **Fax Number** | |
| opell@whitecase.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

I hereby certify that on November 3, 2009, a copy of the foregoing Appearance was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                                            /s/ Owen C. Pell
                                                               **Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

                                                                                       Appearance.frm.Jan.2001