# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| REPUBLIC OF PERU, | : | |
| | : | Case No.:  3:09-cv-01332 (AWT) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, | : | |
| | : | |
| Defendant. | : | March 8, 2010 |

## YALE UNIVERSITY'S RESPONSE TO
## PERU'S MOTION (Doc. #72) TO VOLUNTARILY WITHDRAW CLAIMS

Yale University does not object to Peru's motion to voluntarily dismiss six of its claims (Doc. #72), including all of its claims for fraud and conspiracy.  As the Government of Peru notes in its memorandum in support (Doc. #73), Yale had previously warned counsel for Peru that several of its claims violated Fed. R. Civ. Pro. 11.  Had counsel for Peru contacted counsel for Yale before filing this motion, Yale would have consented in advance, and the motion could have been submitted as unopposed.

                                    **DEFENDANT YALE UNIVERSITY**

                                    By: ___/s/ Jonathan M. Freiman_____
                                         Jonathan M. Freiman (ct24248)
                                         Tahlia Townsend (ct27687)
                                         WIGGIN AND DANA LLP
                                         One Century Tower
                                         P.O. Box 1832
                                         New Haven, CT 06508-1832
                                         (203) 498-4400
                                         (203) 782-2889 fax
                                         jfreiman@wiggin.com
                                         ttownsend@wiggin.com

2

R. Scott Greathead (*pro hac vice*)
WIGGIN AND DANA LLP
450 Lexington Avenue, Suite 3800
New York, NY 10017
(212) 490-1700
(212) 490-0536 fax
sgreathead@wiggin.com

*Attorneys for Yale University*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2010, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.


/s/ Jonathan M. Freiman
Jonathan M. Freiman


490\188\2343511.1