# EXHIBIT B

**INDEX OF FOREIGN AUTHORITIES**
**CITED IN YALE'S RESPONSE TO PERU'S SUR-REPLY**
**AND ACCOMPANYING DECLARATION OF DR. RAMOS NUÑEZ**

| SCHOLARLY WORKS, ALPHABETICALLY BY AUTHOR | |
|---|---|
| ARIAS RAMOS, José, *Derecho Romano* (Madrid, Editorial Revista de Derecho Privado), pp. 231-236 | EX. B-1 |
| ARIAS-SCHREIBER PEZET, Max, *Exegis del Código Civil Peruano de 1984*, Tomo IV, p. 228 | EX. B-2 |
| ARIAS-SCHREIBER PEZET, Max, *Exegis del Codigo Civil Peruano de 1984*, Tomo V, p.16 | EX. B-3 |
| BONFANTE, Pedro, *Instituciones de Derecho Romano* (Madrid: Instituto Editorial REUS 1965) p. 259 | EX. B-4 |
| CASTAÑEDA, JORGE EUGENIO, *Instituciones de Derecho Civil, Los Derechos Reales* (Lima: Fondo Editorial de la Facultad de Derecho de la UNMSM 1965), Tomo I, pp. 247-249 | EX. B-5 |
| CALDERÓN, Francisco García, *Diccionario de la Legislación Peruanas* (París, 1879), p. 1058. | EX. B-6 |
| CLAPP, James, *Dictionary of the law* (Random House 2000), pp. 394-395. | EX. B-7 |
| ESCRICHE, Joaquin, *Diccionario Razonado* (Madrid, Imprenta del Colegio Nacional de Sordo-Mudos), Tomo 1, p. 82 | EX. B-8 |
| ESPINOZA, Juan, *Los Principos del Titulo Preliminar del Código Civil de 1984* (2005), p. 140 n.24 | EX. B-9 |
| GARCÍA DEL CORRAL, D. Idelfondo, *Cuerpo del derecho civil romano* (Barcelona: Editorial Lex Nova), Tomo II, p.521 | EX. B-10 |
| GUTIÉRREZ DE LA QUINTANA, Emilio, *El Manco Cápac de la Arqueología peruana Julio C. Tello* (Lima 1922) | EX. B-11 |
| HINESTROSA, Fernando, *La Prescripción Extintiva* (Universidad Externado de Columbia 2000), p. 107 n.1 | EX. B-12 |
| JORDAN DE ASSO, Ignacio, *Instituciones del Derecho Civil de Castilla* (Valladolid: Editorial Lex Nova 1982) p. 100. | EX. B-13 |
| LUMBRERAS, Luis Guillermo, *Historia de un desbande*, El Comercio, Lima, agosto de 1977. | EX. B-14 |
| OTS CAPDEQUÍ, José María, *Manual de Historia del Derecho Español en las Indias* (Buenos Aires: Editorial Losada S.A. 1945), pp. 447 - 449. | EX. B-15 |
| PACHECO, Toribio, *Tratado de Derecho Civil* (Lima: Imprenta del Estado, segunda edición, 1872), tomo II,  pp. 287-294 | EX. B-16 |
| PALMA, Ricardo, *El carbunclo del diablo, Tradiciones perunas contempletas* (Aguilar, 1961), pp. 114 – 115 | EX. B-17 |
| RAMOS NÚÑEZ, Carlos, *Codificación, tecnología y postmodernidad* (Lima: Fondo Editorial PUCP) | EX. B-18 |
| RAMOS NÚÑEZ, Carlos, *El código napoleónico y su recepción en América Latina* (Lima: Fondo Editorial PUCP, 1997) | EX. B-19 |
| RAMOS NÚÑEZ, Carlos, *Historia del Derecho civil peruano,* | EX. B-20 |

| | |
|---|---|
| *Siglos XIX y XX* (Lima: Fondo Editorial PUCP, 2001), Tomo II, *La codificación santacrucina y el código civil de 1852* | |
| RAVINES, Roger, *Johan von Tschudi peruanista y anticuario*, Boletín de Lima, XXI, No. 117, Año 21, 1999, pp. 33 – 55 | EX. B-21 |
| RENAUT, Marie-Helene, *Histoire du droit de la propriété* (París, Ellipses, 2004), p. 59 | EX. B-22 |
| REVOREDO, Delia, *Exposicion de Motivos del Codigo Civil*, Tomo V, p.175 | EX. B-23 |
| RIPERT Georges y BOULANGER Jean, *Tratado de Derecho Civil*, Tomo VI, pp.355, 359 | EX. B-24 |
| ROMERO ROMAÑA, Eleodoro, *Derecho Civil. Los derechos reales* (Lima: Editorial PTCM, 1947), pp. 91, 92 | EX. B-25 |
| SAMANEZ ARGUMEDO, Roberto, *La conservación del patrimonio cultural a través de la historia*, Revista del Museo e Instituto de Arqueología, No. 23, pp. 197 – 208 | EX. B-26 |
| TAMAYO HERRERA, José, *Historia del indigenismo cuzqueño, Siglos XVI – XX* (Lima: Instituto Nacional de Cultura, 1980), pp. 134, 138 | EX. B-27 |
| TELLO, Julio C. y MEJÍA XESSPE Toribio, *Historia de los Museos Nacionales del Perú 1822-1946*, Arqueológicas No. 10, Instituto de Investigaciones Antropológicas (Lima 1967) | EX. B-28 |
| TRAZEGNIES, Fernando de, *La conservación moderna del patrimonio cultural de la Nación*, Patrimonio Cultural del Perú I, (Lima: Fondo Editorial del Congreso del Perú 2000), Tomo I, pp. 42–47 | EX. B-29 |
| VÁSQUEZ, Aníbal Torres, *Introducción al Derecho* 755 | EX. B-30 |
| VIDAURRE, Manuel Lorenzo, *Proyecto del Código Civil Peruano* (Lima: Imprenta del Constitucional, 1835), Tomo II, pp. 7, 26, 27 | EX. B-31 |
| **SCHOLARLY WORKS CUSTOMARILY CITED WITHOUT NAMING AUTHOR, ALPHABETICALLY BY TITLE** | |
| *Código Civil Comentado* (Gaceta Juridica 2007), Tomo V, pp. 241 | EX. B-32 |
| *El Digesto de Justiniano* (Pamplona: Editorial Aranzadi 1975), Tomo III, p. 292. | EX. B-33 |
| *El inicio de la arqueología científica en el Perú: Reiss y Stubel en Ancón* (Museo de Arte, Lima 2000) | EX. B-34 |
| *Instituciones de Justiniano* (Buenos Aires: Editorial Heliasta S.R.L.), pp. 95 - 96. | EX. B-35 |
| *Las Siete Partidas del rey don Alfonso El Sabio* (Salamanca: 1555), tercera partida, pp. 163 - 164. | EX. B-36 |
| *Novísima Recopilación* (París: Librería de Vicente Salvá 1846), Tomo 4, pp. 336 – 337. | EX. B-37 |
| *Recopilacion de Leyes de los Reynos de Las Indias* (Madrid: Ivlian de Paredes 1681), p. 64. | EX. B-38 |

| CONSTITUTIONS, CODES, DECREES, CASES & RESOLUTIONS | |
|---|---|
| Constitución de 1839 art. 154 | Yale Reply Ex. L |
| Constitución de 1860 arts. 15, 75, 93 | Yale Reply Ex. D |
| Constitución de 1867 arts. 59, 67, 85 | Yale Reply Ex. E |
| Constitución de 1920 arts. 109, 121 | Yale Reply Ex. F |
| Constitución de 1933 art. 25 | Yale Reply Ex. M |
| Constitución de 1979 art. 87 | Yale Reply Ex. G |
| Constitución de 1993 art. 51 | Yale Reply Ex. H |
| Código de Aguas de 1902, arts. 56, 57, 58, 59, 282 (with unofficial translation) | EX. B-39 |
| Código Civil de 1852, arts. II, IX, 461, 462, 464, 465, 522, 523, 524, 525, 528, 536, 541, 543, 545, 546, 549, 559, 560, 568, 2212 (with unofficial translation) | EX. B-40 |
| Código Civil de 1936, arts. 822.5, 887, 888, 889, 893, 1168, 1833 (with unofficial translation) | EX. B-41 |
| Código Civil de 1984 arts. III, 927, 1666, 1734, 2091, 2122 (with unofficial translation) | EX. B-42 |
| Resolución Suprema del 16 de junio de 1887 (*in* MOULD DE PEASE, MARIANA, *Machupicchu y el Código de ética de la Sociedad americana de Arqueología*) | EX. B-43 |
| Resolución Legislativa Congreso Huancayo del 28 de noviembre de 1839 | EX. B-44 |
| Decreto Supremo  N° 89 del 3 de abril de 1822 | Peru Opp Ex. B-1 |
| Decreto Supremo del 27 de abril 1893 | Peru Opp. Ex. B-5 |
| Decreto Supremo N°  2612 del 19 agosto 1911 | Peru Opp. Ex. B-6 |
| Resolución Suprema N° 17848 del 31 de octubre de 1912 | Peru Opp. Ex. B-8 |
| Resolución Suprema N° 37 del 27 de enero de 1916 | Peru Opp. Ex.  B-7 |
| Decreto Supremo del 11 de junio de 1921 (*in* Revista del Museo Nacional – Tomo XL. Antigüedades Peruanas y Protección legal. pp. 398-399) | Peru Opp. Ex.  B-10 |
| Decreto Ley 6938 del 15 noviembre 1930 | EX. B-45 |
| Decreto Supremeo del 6 de julio de 1950 | EX. B-46 |
| CAS N° 2581-98 AREQUIPA, EL PERUANO 01-12-2000, P.6541 | EX. B-47 |