# EXHIBIT B-11

EL INCA GARCILASO

JULIO C. TELLO

De la Arqueolojía Peruana

Emilio Gutierrez de Quintanilla

C 52
474 R



YALE UNIVERSITY LIBRARY

Al Director de "La Patricia"

EL MANCO CAPAC

De la Arqueolojía Peruana

**JULIO C. TELLO**
(*Señor de Huarochirí*)

CONTRA

*Emilio Gutiérrez de Quintanilla*
AUTOR DE ESTE FOLLETO

Lima—1922.

1

# Los ataques i la defensa

1893-1921

# Los ataques i la defensa

## Nº 1

### Las resoluciones prohibitivas en materia arqueolójica

I

REMIGIO MORALES BERMUDEZ—PRESIDENTE DE LA REPÚBLICA.

*Considerando:*

Que es indispensable conservar para la ciencia y la Historia Nacional, los objetos arqueológicos que se descubran en el territorio de la República.—Que hasta ahora las exploraciones de estos objetos, en huacas y ruinas, hánse llevado a cabo sin orden y sin otro objeto que satisfacer el interés individual con prescindencia absoluta de los derechos de la Nación: Que así mismo se han mutilado los monumentos prehistóricos, arrancando de ellos fragmentos mas o menos considerables, ya para explotarlos, ya para aplicarlos a la construcción de edificios particulares, lo que no es dado tolerar por más tiempo con desdoro de nuestra civilización y cultura. Que si el Gobierno no adopta las medidas convenientes desaparecerán en breve los materiales indispensables para la construcción de la historia primitiva del país;

— 6 —

*Decreta:*

Art. 1º—Se prohibe hacer exploraciones o excavaciones para buscar objetos arqueológicos, en huacas, antiguas for taleras, templo u otro paraje situado en terrenos públicos o de ninguno, sin una licencia especial en la forma prescripta en el presente decreto.

Art. 2º—Decláranse monumentos nacionales todas las antiguas construcciones anteriores a la conquista, que se encuentren dentro del territorio nacional, y objetos de inte rés público, conservación y vigilancia, quedando por con siguiente prohibida la destrucción o mutilación de dichas construcciones;

Art. 3º—La licencia a que se refiere el art. 1º se solicitará en la Capital, de la Junta Conservadora de las antigüedades nacionales que al efecto se crea; y en los Departamentos, de las Juntas sucursales o dependientes de ésta;

Art. 4º—La Junta Conservadora se compondrá en Lima del Ministerio de Instrucción Pública, que la presidirá, del Prefecto del Departamento, del Director del Museo y en su defecto el de la Biblioteca Nacional y del Director de Instruc ción Pública, que será el Secretario. En los Departamentos formarán las Juntas Sucursales, el Prefecto, el Fiscal y en su defecto, el Agente Fiscal y el Tesorero Departamental, sir viendo de Secretario el de la Prefectura respectiva;

Art. 5º—La licencia se pedirá por escrito, expresándose en la solicitud, el sitio, la clase de trabajo que se trate de em prender, su objeto, tiempo que debe durar y demás detalles que contribuyan a dar idea clara del proyecto.

Art. 6º—Se concederá la licencia al pié de la solicitud, pudiendo la autoridad imponer las condiciones que crea con ducentes a dejar garantidos los derechos del Estado, y sien do absolutamente indispensables, en todo caso, las siguien tes:

(a)—Los trabajos deberán terminar, salvo circunstan cia fortuita, dentro del término fijado en su solicitud por los interesados, y se realizarán en presencia de la persona o per sonas que se nombren en representación del Gobierno;

(b)—Todos los objetos que se encuentren pertenece rán al que solicita la licencia, pero tendrá éste también la obligación, que se expresará en el contrato respectivo, de en tregar al Estado un duplicado de cada uno de los objetos que se descubran, o copias fotográficas de las que no tuvie-

— 7 —

sen similares, acompañada de la descripción detallada que baste para dar idea exacta del objeto a que se refiere;

Art. 7º—La Junta Conservadora depositará en un local adecuado los objetos y fotografías, que en virtud de este de creto le fueren entregados por las Juntas Sucursales, y que és tas deberán remitirle con este fin inmediatamente.

Art. 8º—La Junta cuidará de que cada objeto que se de posite lleve adherida convenientemente una etiqueta, en la que se exprese el nombre de quien lo hubiere entregado, lu gar del hallazgo y demás circunstancias de que se juzgue ne cesario dejar constancia;

Art. 9º—Es enteramente libre la reproducción, fotográfi ca de los monumentos y construcciones antiguas, sin otra obligación para el interesado que la de dar aviso previo a la autoridad, y la de entregarle una copia de cada uno de las fotografías;

Art. 10º—Las disposiciones de este decreto serán exten sivas a los terrenos de propiedad particular en la forma y términos que lo determine el Poder Legislativo, al que se pre sentará oportunamente el respectivo proyecto de ley. [1]

El Ministro de Estado en el Despacho de Justicia Culto, Instrucción y Beneficencia queda encargado del cumplimien to de este decreto.

Dado en la Casa de Gobierno, en Lima, a los veintisiete días del mes de Abril de 1893.

REMIGIO MORALES BERMÚDEZ.

FÉLIX CIPRIANO ZEGARRA.

II

EL PRESIDENTE DE LA REPÚBLICA:

*Considerando:*

Que en guarda de los intereses nacionales, es necesario

[1] Hace veintinueve años que la Nación espera, un ya el proyecto, núm la ley; porque, para el proyecto sobreu los idolillos a los idolatrías de varias representantes i del infrascrito, que consta en el capítulo VII páginas 1117 a 288, primer tomo de la Memoria del Museo de Historia Nacional.

— 8 —

modificar el decreto supremo de 27 de Abril de 1893 sobre permiso para extracción de antigüedades peruanas;

### Decreta:

1°—Modifícase el inciso 11 del artículo 6° del referido decreto en los siguientes términos: todos los objetos que se encuentren pertenecen al Estado, quien puede conceder los duplicados a los que soliciten la licencia, siempre que se trate de Corporaciones científicas de carácter oficial. De los objetos únicos los solicitantes solo pueden tomar fotografías. El moldeado que se permite únicamente en los casos en que no haya peligro de que se malogren los objetos de los que quiera tomarse copia.

2°—Cada vez que se conceda licencia para excavaciones o estudios, se nombrará un interventor que en representación del Gobierno vigile las que se verifiquen.

3°—Los objetos serán enviados por los prefectos de los Departamentos al Museo de Historia Nacional de esta Capital.

4°—Mientras el Congreso dicte la ley relativa a la conservación de antigüedades, queda prohibida absolutamente la exportación de ellas, cualquiera que sea su clase y condición, excepto el caso de duplicado, de que se ha hecho referencia anteriormente.

Los contraventores de esta disposición perderán todas las antigüedades que traten de exportar y además sufrirán una multa de 20 a 200 Lp. que impondrán las Aduanas de la República, a quienes se encarga especialmente del cumplimiento de este artículo.

Dado en la casa de gobierno, a los 19 días del mes de Agosto de 1921.

A. B. LEGUÍA.

ANTONIO FLÓREZ.

### III

Lima, 18 de Julio de 1921.

Circular No. 58.

Con fecha 11 del presente mes, se ha expedido el siguiente decreto supremo:

— 9 —

## EL PRESIDENTE DE LA REPÚBLICA.

### Considerando:

Que los monumentos, fortalezas, templos, cementerios, tejidos, objetos de uso, instrumentos, huacos, momias y, en general todos los restos que perduran de los antiguos pobladores del Perú, de las épocas prehistórica e incaica, son de propiedad de la Nación y al Estado incumbe protegerlos y conservarlos;

Que, por diversas resoluciones supremas, desde el 2 de abril de 1822, se ha prohibido la extracción, destrucción y exportación de las antigüedades peruanas, sin que dichas resoluciones hayan tenido verdadera eficacia;

Que dichos monumentos y objetos son la fuente mas preciosa para el estudio de la Pre-historia Nacional;

Que el segundo Congreso Panamericano, reunido en Washington en diciembre de 1915, recomendó a los Gobiernos de las diferentes repúblicas americanas la expedición de leyes y resoluciones que protejan de manera eficaz los restos arqueológicos que aun quedan, contra su destrucción Anjustificable; y mientras el Poder Legislativo resuelve lo conveniente, en virtud del proyecto que se le someterá en su oportunidad;

### Decreta:

Art. 1°.—Desde la fecha quedan prohibidas, en lo absoluto, la extracción, destrucción y deterioro de los monumentos arqueológicos a que se lleva hecha referencia.

Art 2°.—El Gobierno podrá conceder autorización para extraer o exportar objetos de esta naturaleza únicamente a instituciones científicas del país o del extranjero, siempre que los trabajos se ejecuten bajo la dirección inmediata de arqueólogos profesionales o de científicos de reputación internacional notoria, y bajo la vigilancia del personero que el Gobierno designe.

Art. 3°.—El permiso para exportar, de que habla el artículo anterior, sólo podrá concederlo el Gobierno a las indicadas instituciones científicas, cuando se trate de exportar especies duplicadas, y aun entonces, únicamente a favor de otras instituciones arqueológicas, y a título de canje en compensación con otros objetos de la misma especie.

— 10 —

Art. 4º—Los objetos extraídos conforme el artículo 2º, serán debidamente registrados en la oficina que se establecerá al efecto.

Art. 5º—Desde la fecha será decomisado todo objeto o colección arqueolójica que se pretendiera extraer del país sin el permiso respectivo.

Art. 6º—Sin perjuicio de la pena establecida en el artículo anterior, los que ordenan, ejecuten o cooperen a la extracción, destrucción o exportación clandestina de objetos arqueológicos, sufrirán, a juicio del Gobierno, la imposición de una multa de doscientas a mil libras, segun la importancia de los objetos y gravedad de las circunstancias.

Art. 7º—El Ministro de Instrucción expedirá el Reglamento que corresponda para la mejor ejecución de este decreto, i dictará las medidas concernientes a su cumplimiento.

Dado en Lima, a los once días del mes de junio de mil novecientos veintiuno.

A. B. LEGUÍA.

OSCAR C. BARRÓS.

Que transcribo a Ud. con el fin de que se sirva comunicarlo, 'a su vez, a los funcionarios y empleados de su dependencia.

Dios guarde a Ud.

H. E. BARD.

Nº 2

El Sr. Julio C. Tello entra en acción

Lima, 12 de junio de 1913.

Siendo de utilidad nacional el positivo interés inmediato, reunir en una oficina pública especial todas las investigaciones i estudios relativos a la arqueolojía i etnografía del país;

SE RESUELVE:

Art. 1º—Crear en el Museo de Historia Nacional de la

— 11 —

República, una Sección especial destinada a reunir todas las informaciones i estudios arqueolójicos i etnográficos relativos al Perú.

Art. 2º—La dirección de esta nueva dependencia del Museo de Historia se recomendará al arqueólogo nacional Dr. D. Julio C. Tello, quien disfrutará del haber mensual de *trein-ta libras peruanas de oro* (Lp. 30,0.00).

Art. 3º—Las obligaciones del Jefe de esta Sección serán las siguientes:

(a)—Presentar directamente al Gobierno un reglamento sobre las medias que deben emplearse para conservar nuestras reliquias, *e impedir toda investigación que no esté autorizada.*

(b)—Presentar así mismo un plan jeneral de organización i criterio de clasificación de los objetos existentes en el país, i medios adecuados que aseguren la marcha progresiva de la Sección que se le encomienda.

(c)—Incrementar continuamente i dentro de las partidas consignadas al efecto en el Presupuesto Jeneral las colecciones de la Sección, bien sea por medio de exploraciones o por intercambio de productos, previa autorización superior, con los principales Museos del mundo.

(d)—Exhibir en los salones del Museo todos los objetos que halle i obtenga, debidamente clasificados, estudiados i sistemáticamente arreglados, de modo que suministren enseñanza directa i efectiva al visitante que los examine.

(e)—Hacer de la Sección un centro de investigaciones, para lo cual conservará en sus depósitos, bibliotecas i laboratorio el equipo indispensable para hacer investigaciones en Somatología, Arqueolojía, Etnolojía, Lingüística, Folk lore, etc.

(f)—Dar conferencias o lecciones frecuentes así en la Universidad como en el Museo, acerca de los propósitos i miras que se persiguen, i principalmente sobre el trabajo de investigación realizado, i los resultados obtenidos.

(g)—Suministrar a las instituciones del país que lo soliciten, informes sobre las especialidades de la Sección.

(h)—Presentar una memoria anual al Gobierno sobre el resultado de la labor, necesidades i adelantos de la sección.

Art. 4º—Indíquese en el Presupuesto Jeneral la correspondiente partida para el egreso que esta resolución oríjine, abonándose mientras tanto el sueldo del Jefe de la Sección con cargo a la partida nº 24 del Pliego Extraordinario de

— 12 —

Justicia del Presupuesto Jeneral.—Rejístrese i comuníquese.—Rébrica de S.E.—MORENA.

## N° 3

### No había buen título para el nombramiento

El Sr. Ales Hrdlicka en su *Anthropological work in Peru in 1913, with notes on the pathology of the ancient peruvians* (*Smithsonian Collections, vol 61, number 18, Washington, 1913*) atestigua que el año de 1911, rijiendo ya el supremo decreto prohibitivo de Agosto de 1911, el Dr. Julio C. Tello vendió a la Universidad de Harvard, un gran número de cráneos procedentes de Huarochirí i de especies iguales a las que forman la notable colección descrita, hace veinté años, por Mac Gee i el Dr. Manuel A. Muñiz. Aquel señor se expresa como sigue: «The Huarochirí region has no special historical importance, and, although so near to Lima, it has never had well studied archeologically or anthropologically; but it has long known to be relatively rich ruins and in trephined crania. Some of the trephined skulls found their way into remarkable collection described 15 years ago by Muñiz and Mc Gree, and two years ago the Harvard Medical School purchased a large number of similar specimens from Dr. Julio C. Tello, a native of the town Huarochirí.

En castellano, estos últimos renglones expresan que, hace dos años (en 1911), la Escuela de Medicina de Harvard compró al Dr. Julio C. Tello, señor de Huarochirí, gran cantidad de ejemplares iguales o semejantes a los que formaban la colección del Dr. Manuel Antonio Muñiz.

La afición del aventurero de verdadero abolengo... no pudo creerse que la afición a hurgar en huacas, balancearía la responsabilidad anexa a la violación, con provecho propio, de las resoluciones supremas trascriptas, en las cuales no solo se prohiben los actos clandestinos de exportar i vender, sino que se declara el dominio que corresponde a la Nación, sobre los yaci-

— 13 —

mientos i residuos históricos existentes dentro de sus fronteras.

Ese momento pudo ser el falazmente provocado por las siguientes palabras del Sr. Tello: *"yo fuí el primero en reu-* *"citar al Dr. Muñiz, cuyo estudio sobre la trepanación de* *"los alboríjenes se produce en pájina i media solamente; pe-* *"ro lo resucité para demostrar que no era mas que un sim-* *"ple aficionado, a ciertas investigaciones de medicina anti-* *"gua del Perú."*

Falaz creencia, dije; porque, como lo prueba el Dr. Horacio M. Urteaga en uno de sus instructivos artículos, el que apareció en «La Crónica» el 20 de Enero de 1915; los sabios maestros de la *Smithsonian Institution* acreditaron de admirable i valioso; einsertaron en uno de los volúmenes publicados bajo la dirección de Mr. J. W. Powell (1894-95),—el estudio hecho por el Dr. Muñiz, e impreso separadamente, además, en folleto de 72 pájinas, enriquecidas con 40 fotograbados; del cual conservo un ejemplar.

Aquella 'vanagloria', macabra de profanar i herir el justo renombre de los muertos, fué penalmente disipada por quien tuvo la nobleza de hablar por ellos. La afición a hurgar en huacas no había, pues, balanceado la responsabilidad anexa a la violación, con provecho propio, de aquellas resoluciones prohibitivas; sino que la había reagravado con la difamación injusta, explotada también en provecho propio.

En este otro aspecto, tampoco hubo buen título para el nombramiento.

E. G. DE Q.

## N° 4

### Respuesta a un panfleto del Sr. Tello

Oficio N° 167.                    Lima, a 29 de Julio de 1918.

*Señor Director de Jeneral de Instrucción.*

Con admirable bondad se sirvió el Sr. Julio C. Tello obsequiarme un ejemplar impreso del panfleto que bajo el nom-

— 14 —

bre de *Presente i futuro del Museo Nacional* sometió a la consideración de Ud, i distribuye ahora por los cuatro vientos, a fin de que, dentro i fuera del país, se sepa que no solo se propone ser el Manco Capac de este Museo i del linaje de nuestros arqueólogos, sino que no halló aquí piedra sobre piedra, i si algo halló, eso fué acumulación congestiva de « objetos misceláneos desplegados extravagantemente, a impulso de un afán injenuo de dispersar conjuntos que ilustran, para formar un exposición caricaturesca, contra la cual claman los amantes a (?) la estética.

Conceptos tan innobles, injustos i malévolos, no parecen brotados del mismo juvenil caletre que, bajo su palabra mera e impertia (?) revela, se nos impone hasta ahora, ni del mismo corazón jeneroso que tan de veras ama el arqueológico residuo de las huncas.

II

Como mi silencio pudiera autorizar el contenido odioso de las frases transcritas, debo oponerles mis observaciones siguientes:

En numerosos oficios, i en mis cuentas rendidas mes a mes, dejé constancia de mi laboriosidad, quince meses consagrada a salvar los objetos abandonados en el muladar llamado *Depósito*; a organizar la ventilación de este local, cuyas puertas i ventanas estuvieron siempre herméticamente cerradas; a formar la actual Galería de pinturas, a descurar i ventilar mas de seiscientas mojadas i hediondas telas prehispánicas, a establecer servicios de agua i desagüe, de alumbrado, fuerza i aseo al vacío, venciendo dificultades en que se estrellaron mis antecesores; a formar los actuales talleres de carpintería, tipografía, fotografía, etc; a ordenar i a catalogar la librería del Museo, a redactar el catálogo de los *Tribus Salvajes*, a fotografiar un centenar de piezas, i a incrementar las Colecciones por medio de no pocos valiosos objetos obsequiados o comprados.

Ud. sabe que hasta el 31 de Diciembre de 1912 no hubo otro dinero para sostener la vida del Museo que el de uno solo libramiento, i que gasté yo personalmente, i el crédito dado por la firma Humphreys Crías., mientras que el Presupuesto Jeneral aplica al Museo, está expedía solo desde el 1º de Enero del corriente año, i de ella hice el mejor uso

— 15 —

posible, como lo manifiestan las cuentas presentadas i sus comprobantes.

En tales condiciones, es poco honorable alzar el palo; atropellar servicios que merecen respeto, con la pueril complacencia de señalarse a sí mismo como el sabio singular, cuyas palabras se deslizan más imprudentes i lijeras que los testimonios de su laboriosidad i saber.

Consta a Ud, que para desempeñar los trabajos referidos, me fué forzoso duplicar el personal que autoriza el Presupuesto, con otros empleados eventuales, a cuyo pago era difícil atender; a que me provee... i a que la Antropolojía, la Somatolojía i el Folklore i la infadura restante del *Museo futuro*, sino del esfuerzo, el sacrificio i las soluciones baratas.

Para cultura acreditar el joven que sobre la cabeza de quien tal hizo, descarga la porrada que le devuelvo.

Inevitable i natural, que me faltasen tiempo i brazos para hacer, a la vez que aquellos trabajos, todos los de las enumeradas ciencias que mi antecesor Sr. Max. Uhle dejó de hacer, aun cuando dispuso de mlm Lp. 4000, i siete años de ejercicio, i todos los empleados que le asignó la lei nº 647.

Así pues, va de suyo que no puse, ni pude poner mano a las Colecciones arqueolójicas, cuya presentación al público *consta inalterable*. Lo único que al este respecto hice, fué trasladar a la cuarta Sala, el retablo antorado de Acarí que Mr. Uhle arregló en la segunda Sala, i guardar dentro de la vitrina Nº 29, los trescientos i tantos huacos que en aquel retablo permanecieron al alcance de la rapacidad, hasta la fecha de mi nombramiento. De ella extraje, con tal objeto, las varias momias procedentes de la Rinconada de Ate, cuyo inaguantable e insoportable hedor infestaba la cuarta Sala, i que repelía de los núcleos putrefactos. Con mi propia experiencia, i contra el testimonio de los sentidos, afirma el joven arqueólogo que el hedor debió ser inejinario, porque las momias están asépticas al cabo de algunos siglos. El olfato vence en este caso a la ciencia.

Que no introduje novedad alguna en las huenas o malas disposiciones arqueolójicas que dejó establecidas Mr. Uhle, lo prueban las veintiuna i media listas numéricas de identificación, correspondientes a los únicos seiscientos cuarenta i un objetos confrontados entre el joven arqueólogo que recibia, i yo, que le entregaba. Advierto que el primero pudo persuadirse, con visible contrariedad, de que todos esos objetos,

— 16 —

conservaban la numeración escrita por Mr. Uhle en papeles deteriorados por el tiempo i, en algunos casos, desprendidos por la humedad.

En consecuencia, la agria censura de *despliegue extravagante de objetos hecho a impulsos de un afán de dispersión*, solo puede entenderse con el sabio arqueólogo estranjero Mr. Uhle, quien, como es notorio, gozó en Lima de la respetuosa admiración que le tributabá el servori i no poco disimulado de ... arqueólogo de hoi.

Con la frase *acumulación conjestiva de objetos misceláznicos*, el panfletista repite la antedicha novedad que la forma terapéutica, sintomatolójica i profiláctica que singulariza los porqísimos despuntes i conatos histórico-científicos que le conocemos.

Por otra parte, todo Museo en formación, provisto, como el nuestro de lo pobre i heterojéneo material, tendrá que ser *acumulación miscelánica* de objetos conjestivos, mayormente si se instala en un local como el piso bajo del Palacio de la Exposición, cuyas fónicas paredes son las que cierran el perímetro, circunscribiendo un espacio útil sembrado de columnas en toda su extensión, i falto, por consiguiente, de las peculiaridades con que la arquitectura debió subordinarla al servicio del área (como acontece en otros países) a la exijencia de las instalaciones proyectadas. Añádese que aquel piso adolece de otros defectos de adaptacion. Cuando uno de ellos, diré que las paredes del perímetro están cerradas por once grandes ventanas, entre las cuales median distancias variables entre 2.30 m i 3.40 m. Por ellas penetra lateralmente, i se propaga, excesiva i mal dirijida luz que no solamente destruye los colores de los objetos exhibidos, sino que se proyecta sobre éstos hiriéndolos de modo desfavorable al aspecto en que conviene contemplarlos, i por consiguiente, a la finalidad instructiva a que los Museos se dirijen. En verano, es el sol mismo el ajente destructor que invade las Salas, en la mañana, por el oriente, i en la tarde por el occidente. Por esta razón el señor Max. Uhle, maestro del panfletista, hubo de cubrir con fundas las telas de colocación fija, expuestas a la acción solar, i los excesos de luz, i tapar con *stores* amarillos toda la cristalería lateral del Palacio.

La luz vertical difusa o recibida con la oblicuidad de 45 grados, es la que modela normalmente los objetos, refuerza sus relieves, i los presenta en su mas jenuino, típico o carac-

— 17 —

terístico aspecto, impidiendo que en ellos produzca efectos caricaturales la vanidosa confianza de quien, en vez de calcular la luz, la derrama ahora torrentosamente, a tontas i a locas, sobre objetos que mbraron algunos siglos en la obscuridad de las huacas, para poder llegar hasta nosotros, i servir de espléndida materia de estudio a los arqueólogos modernos.

Lo sensato i metódico, arquitectónica i científico, hubiera sido comenzar el panfleto por atacar las impropiedades del edificio, antes que las conjestiones pulmonares de las momias, los flegmones arqueolójicos de los objetos, i la traza caricatural de los conjuntos.

El aspecto miscelánico cesa con el enriquecimiento de las colecciones, cuando en cada una se acumula material suficiente para costear instalaciones típicas, en que se pronuncien por completo los caracteres diferenciales de raza i cultura, i se definan fases retrospectivas.

¿Creerá Ud. que con el trastorno introducido por el joven arqueólogo en el Museo, a consecuencia del decreto de 12 de junio último, quedaron cerradas las conjestiones sorprendidas por el alienista en nuestra historia, i deshechás las misceláneas extravagantes que, dice, halló aquí? Nada de eso.

Las vitrinas arqueolójicas cambiaron de domicilio, pero se advierte que si se alejaron de la Galería de pinturas de la calesa del Marqués de Torre Velarde, cayeron en la vecindad de los se acaba de dar, de algo que semeja Asistencia Pública, trasplantándose al local como de jente lacerada, Campo Santo o el *Juicio Final* del ayuntamiento de Valencia. Las momiás venidadas i alineadas a lo largo de las salas nuevas, parecen esperar antes la visita del médico que la del arqueólogo. Cada mesa simula cama, las sábanas estendidas sobre grupos de barriles i cajones, parecen cubrir la recoleccion de heridos, acabado de hacer por una ambulancia. ¿No será ésta la parte mas estravagante, caricatural i misceláznica de cuantas puede ofrecer nuestro Museo?

Para que la caricatura, la estravagancia i la miscelánea sean llevadas a la creación reciente al colmo del ridículo, bastará que se formalicen en este Museo, la cómica imitación i el pueril, automático trasplante de nombres, cosas i personas componentes de una organizacion científica que sea, en otros poderosos países, la espresión de un alto grado de cultura, i el producto mas noble i fisiánero capaz de atraer a la vida, i protejer, estudiar i conservar, a todo coste,

— 18 —

a los pueblos i las civilizaciones sepultadas bajo el polvo de las edades i el olvido, en un radio jeográfico tan extenso como el que abarca nuestra virjinal arqueolojía.

Pero ¿será cierta, siquiera, esa imitación, aunque cómica? ¿se llevará a cabo este trasplante, aunque automático i pueril?

No basta plagar, un panfleto con las expresiones ajenas *hall jeo-ático seriado*, i otras tales, ni citar a Pearson, Holmes, Goode i Montgomery ni interrogar al profesor Steiner (por mi mano) sobre la *jeo-ética* sud-americana. El año de 1827, escribía, el célebre Henri Beyle: "En París se imprime osadamente lo que se aprendió ayer." Otro tanto podemos decir de nuestros improvisados maestros, empeñados en pasar por autores de la luz que reciben de las estrellas. Stendhal se burla del charlatanismo científico que produjo en su tiempo, las mas prolijas, analíticas i *pro-lé-xeas* narraciones sobre los primeros siglos de Roma, i de aquellos que majistralmente decidían que tal o cual fragmento informe hallado entre las arquitectónicas sedimentaciones del primitivo suelo romano, pertenecía a la época de los Tarquinos con mas razón que a la de los Gracos. La invasión de este jénero de charlatanismo no solo nos amenaza, sino que se esfuerza con calculada tenacidad en sobreponer una gran maraña de tinte arqueológico, a las lecciones de cultura i patriotismo que los pueblos necesitan, i tienen el derecho de recibir, contemplando ante todo, los monumentos de historia i arte en que se reflejan i perpetúan las emociones de su existencia.

Me propongo impedir con esta réplica, que se trastorne el equilibrio de nuestra conciencia, que se nos convierta en cataléticos ocupantes de las saqueadas huacas, i que la historia nacional se reduzca *en lo futuro*, a una mera invocación de los prothomo, diprothomo i tetraprothomo de América.

Primero nosotros i la patria, cuya grandeza estamos obligados a promover; después, las momias i los momificadores.

III

No es preciso que yo diga a Ud. que el decreto de 12 de Junio último se limita a crear en este Museo de historia patria, "una *Sección especial* destinada a reunir informacio-

— 19 —

nes i estudios arqueolójicos (art. 1º)" con cuyo motivo obliga al arqueólogo a presentar al gobierno un reglamento de conservación de reliquias, i un plan jeneral de organización i criterio de clasificación, de los objetos arqueolójicos i etnográficos existentes en el país, i medios que aseguren la marcha progresiva de dicha Sección (art 3º b).

El señor nombrado se abstuvo de presentar el reglamento i el plan, según lo decretado; pero en cambio imprime un panfleto en que propone a Ud. empequeñecer i apagar la historia colonial del Perú independiente, así como las manifestaciones del arte nacional, aplastando la una i las otras bajo el peso somatolójico i folklórico de un ridículo imperialismo perdido por las momias, a influjo de un amauta exclusivista que se digna admitir la historia patria i el arte nacional entre los menudos e insignificantes tipos de su servidumbre. Seguramente, no es tal monstruosidad lo que conviene al país, pero está claro que es lo que conviene al amaute de la arqueolojía.

El tiempo perdido en escribir el panfleto se hubiera aprovechado mejor en capacitarse para afirmar con verdad, que ya *están seleccionadas* las colecciones arqueolójicas i etnográficas existentes. (Panf. p. 1.)

Respondo de que dentro de la clínica, campo santo, Juicio Final o Museo i Departamento Arqueolójico, están reunidas las vitrinas que contienen cerámica, bajo i alto relieves, i tejidos, *permaneciendo* las cosas dentro de ellas en los mismos anaqueles i en el mismo orden o desorden que las dejó Mr. Uhle i las conservé yo.

Por otra parte, este es el momento de decir a Ud. que la selección se prodijo desde el tiempo del expresado Sr. Uhle, por efecto de la pobreza de las Colecciones reunidas aquí, i procedentes 1º de Acari i Nasca; 2º de Trujillo; i 3º de algunos valles de Lima. Son tres grupos. Donde quiera, que se coloquen están seleccionados.

Otra cosa, es la distribución local de los objetos, dirijida con el alto criterio de las ciencias concurrentes a la definición histórica de cada adquisición; esto es, repito, lo que no se *ha hecho*. El tiempo útil lo consumió el amateur con el propósito de que el panfleto de tal manera que el público, no pudiendo todavía ser recibido en el llamado Departamento Arqueolójico, se contenta hace tres semanas, con visitar mis Secciones especiales COLONIA i REPÚBLICA, totalmente renovadas con poco dinero, pero con excesivo trabajo, i en poquísimo tiempo.

— 20 —

Prescindo de si es o no científico envolver las antigüedades exhumadas por Mr. Uhle, hace siete años, en periódicos viejos, a guisa de confituras, i embarrilar cráneos de la misma data, como si fueran estatuillas, refundiendo todo ello en un depósito o tabernáculo eleusiano, para que el público no lo vea ni entienda. Nos basta que se nos diga que tal es la práctica en los Estados Unidos de Norte-América. Voi a cosas de mayor importancia.

Pronto hará dos meses que el joven arqueólogo puso bajo su jurisdicción todo el material destinado a la nueva sección creada, i que, con tal motivo, extiende sus tentáculos por todo el edificio, arrogándose autoridad superior con que abierta la indisciplina i el desorden, i amenazando con próxima cesantía la actual planta de empleados. ¿A qué propósito obedece tan radical eliminación en terreno que usurpa, i mita a una sección especial? Esta expansión bélica sobre personas i cosas es tan violenta como la posesión en que se encuentra de las Colecciones arqueolójicas. En efecto, sin que preceda a su acto de entrega, se posesionó de ellas, i las tiene en su poder, sin haber asumido prévia mente la responsabilidad en que yo debo esar. No puede ser más irregular i testinatorio el restablecimiento cuando Dije ya que el joven arqueólogo recibió seiscientas cuarenta i una piezas, con apunte hecho en borrador i por duplicado, que no es solo nada probaría, si por acaso algún desgraciado accidente obligara a buscar el restablecimiento de una pérdida o la sanción de una responsabilidad anterior.

Es de razón ordenar que proveda el joven arqueólogo a recibir bajo inventario, i con las formalidades de lei, lo que el decreto de Junio pone a su cuidado, cancelándose, a este respecto, la responsabilidad anterior.

En efecto fuera el golpe del panfleto, si su autor comenzara por hacer el inventario de las existencias, las cuales se hallan expuestas, por ahora, a cualquiera eventualidad, por cuatro razones. La primera, porque el tenedor actual no asume todavía ninguna responsabilidad. La segunda, porque el mismo aboga por la supresión del servicio de vijilancia nocturna, que se viene haciendo desde el 13 de Febrero último, en que el Museo fué asaltado i robado por uno de los numerosos llancos que lo hacen accesible. La tercera, por-

— 21 —

que se reserva, en su proyecto de estatutos, el derecho de hacer excavaciones sin control, esto es, como jas hizo Mr. Uhle, esto es, *exponiéndose a ser raluminado*. La cuarta razón, porque en las pájinas del mismo proyecto no manifiesta prever el desarrollo que puede alcanzar la afición a exportar colecciones de antigüedades, con propósito menos científico que comercial.

Dejadas abiertas las puertas de par en par al abuso, podremos ver mui pronto que los asaltantes de las huacas embarcan aquellas colecciones en vapores propios, i que el actual Museo de Historia Nacional idesempeñe el mismo rol de que los Museos que turo el Perú, en los años de 1826, 1849, 1852 i 1888. Buena es la ciencia que rinde homenaje a la honradez.

Cuando hai tales antecedentes, lo sensato no es escribir panfletos, i armar redes a los zorzales, sino escojitar con sabiduría de buena lei, verdaderos reglamentos protectores, así de nuestras riquezas histórico-artísticas, susceptibles de exportación, como de esos viejos, seculares monumentos adheridos al suelo, que, según la frase de Paul Clemen (1), hablan con más elocuencia que los libros, porque existen abiertos a los ojos de todo el mundo. El hombre de bien que se honra con el título de sabio, lejos de tirar al prójimo pelotas de dinamita, enciende su antorcha o ilumina el camino, i desdeñando i apasibilidad, propendiendo a nuestro gobierno, a ejemplo de las Comisiones Reales de Arte i Arqueolojía de Béljica, la clasificación de los edificios públicos, la fijación del inventario de los tesoros artísticos i arqueolójicos, la creación de fondos para la fixación de este inventario, i su publicación por entregas ilustradas, la formación de juntas provinciales de vijilancia, la conservación i el estudio de los monumentos, en el triple aspecto de la ciencia i el arte i el derecho civil i eclesiástico, público i privado, dentro de un plan *jeo*-completo por abrir.

1º—Formalidades para autorizar a las iglesias a celebrar contratos de compra-venta, como las observadas en Béljica, con arreglo al real decreto de 19 de Agosto de 1924; i

2º—Creación de un Museo diocesano, con arreglo a los términos propuestos por el Congreso artístico i arqueológico reunido en Malinas en Agosto de 1910. (2)

IV

La mera razón natural advierte que los movimientos

— 22 —

translaticios de nuestras actuales pobrezas arqueolójicas, de una sala a otra, i de uno a otro rincón, no son el comienzo de reforma científica, basada en el folklore i en la somatolojía. Esas pobrezas proceden de Ica, Lima i Trujillo; son tres granos de anís. La totalidad casi del territorio peruano carece de representación arqueolójica en este Museo. Concibo que a Cagliostro ó Oscñrof basten esas pobrezas, que nada, tienen de jeo, ni de fénicas, para forjar en Lima un Museo del tipo i con las proyecciones cientificas de los de Alemania, Italia, Francia i Norte América; pero en todos los hombres traen al mundo la habilidad i la malicia de esos personajes.

El principio verdadero de una reforma científica, no es revolver los trastos de la casa, sino producir aquella léi que no preocupa al joven arqueólogo; pero creadora de un organismo exclusivamente consagrado a garantizar, en todo el territorio de la república, la conservación intelijente de nuestra historia monumental i documentaria i artística, i a rejir con arreglo a derecho, todo acto relacionado con esa historia, i con las antigüedades de nuestras ciudades.

Esta léi solucionaría los conflictos jurídicos entre el Estado i el terratiente, que no pocas veces surjirán al abordarse sistemáticamente las excavaciones por cuenta del primero, i al prohibirse el comercio que hoi se hace libre i públicamente con las antigüedades de importancia histórica.

La tercera etapa del proceso de conservación e integración de nuestra historia, sería la reunión en Museos universales o especiales como el South-Kensington Museum, los nacionales de Francia i Beljica, Alemania e Italia, los particulares i provinciales de Bellas Artes, Arqueolojía, Ciencias naturales, Artes decorativas e industriales, etc.—de tipos cuyo conjunto fuese imajinal i documentaria i artística la expresión jeográfica completa del aspecto histórico, artístico, científico e industrial que los Museos se proponen presentar.

No habiéndose emprendido esta triple, difícil, costosa i lenta preparación, no define ningún propósito científico la acometida que el arqueólogo está dando a nuestro Museo miscelánico, para seriar objetos, clasificar tres simples unidades (Lima, Ira i Trujillo), i finalmente apoderarse de todo el Museo: todo a propósito al parecer seriamente perseguido.

Léi Arqueolojía, la Somatolojía i el Folklore no deben resultar en vacancia, faltos de materia en que ejercitarse.

— 23 —

V

Durante los cincuenta días transcurridos desde el decreto de Junio, solo hemos podido darnos cuenta de que sobre los actuales empleados, funciona en manos del arquelólogo, una bomba de aire comprimido que los presiona i empuja hácia afuera; que suprime el Ateneo, i desaloja al Instituto Histórico; que desprecia la historia i el arte de la era criolla, para entronizar sobre estos dos cultos de nuestra alma, los ecumenterios de los protónomos aboríjenes, i reducir extravagante i absurdamente, a la materia arqueolójica, toda la expresión de nuestra nacionalidad.

Lo que vemos es que el expresado señor quiere dar pábulo a su diletantismo científico, procurando, entenebrecer el conocimiento de nosotros mismos, abolir el culto de nuestras glorias, extinguir la lucha por nuestros ideales patrióticos, i suprimir las influencias educacionistas que debe recibir todo hombre nacido en este suelo. Así, dice i escribe que las Secciones de la Colonia i la República son tan insignificantes que no dan tela a estudios sistemáticos (¹), ni a una ordenación cronolójica; por lo que a su juicio, el partido más llano será entregarlas al papillaje de la arqueolojía, bajo las órdenes del sátrapa Tisaférnes.

Como esas Secciones no tienen derecho a la vida, preciso es arrebatarles el local i un les está asignado desde la fundación del Museo. Atropellándolas, el joven arqueólogo aconseja a Ud. cubrir el orejón picado del piso, con el sustruso Gobelino que el Estado conserva, de los cuatro que decoraron réjiamente este Palacio de la Exposición, el día de su estreno. El más chocante de estos consejos exterminadores es que al lado de las reliquias que legaron al Perú los gloriosos náciados del 79, se coloquen water—clos, donde el público se desahogue.

La historia patria se defiende por sí misma, dentro del pecho de todo peruano.

Cuanto a las Bellas Artes, lo sensato i patriótico es fundar instituciones, donde las proyecciones artísticas e industriales de la Belleza, agreguen a su influencia moralizadora, todas las ventajas económicas que en las luchas del comercio, ofrecen las aplicaciones del dibujo i el color a la manufactura.

— 24 —

Si los monumentos dan una lección de historia,—dice Mr. Carton de Wiart, Ministro de Instrucción en Bélgica (3),—la dan también de belleza que levanta de un golpe al transeunte sobre sus vulgares i cotidianos afanes; lección que educa el sentido estético, e inclina a la bondad el corazón.

La cultura artística forma profesiones mucho mas influyentes en el progreso material i la riqueza pública, que los éxtasis improductivos. El dinero fiscal debe gastarse preferentemente en toda obra i educacionista que conduzca al mejoramiento i bienestar de la vida presente.

Razones de la mas elevada importancia explican en Europa, la existencia i el costosísimo fomento de los Museos franceses del Louvre, Cluny, Nancy, Montpellier, Marsella, Napoleón III, Lille, el de cerámica de Limoges, el de los Archivos Nacionales, el de Artes e Industrias, el de Lyon, el de la Unión Central de las Bellas Artes aplicadas a la Industria, i el Universal del Trocadero, donde se reunen otras muchas secciones, las de armas, porcelanas, artes asiáticas, griegas i musulmanas, la de Arqueolojía de México i el Perú, etc. No quiero recordar los museos ingleses, entre los cuales se destaca el South-Kensington; ni los de Augsburgo, Kassel i Amsterdam, ni los de Stockolmo i Copenhague, ni los de la Haya, Amberes i Bruselas.

Para juzgar honrada i juiciosamente en estas materias, es preciso saber cuanto costó a Rusia formar el Museo del Hermitage; es preciso tener presente que Inglaterra, pagó Lp. 455,000 por el Museo de Artes del duque de Mantua; Lp. 57,000, por la colección Angerstein; i Lp. 10,000 por la *Resurreccion de Lázaro*, pintura del veneciano Sebastián del Piombo. Para no entrar en detalles i no acreditarse de sabio poco entendido, conviene preguntar a los muestros de la América en donde conviven, entre cierto que Alejandro I de Rusia comprò en 940,000 cuadros; si es verdad que el duque Bridgewater, o el conde Carlisle, o el Gower se juntaron para pagar Lp. 43,000 por la Galería Orleans; si la venta de la Galería del duque de Choiseul, compuesta de 147 cuadros, produjo Lp. 442,959; si la Galería de Sir Roberto Peel se vendió, o no en Lp. 75,000; si el Museo de San Petersburgo pagó, o no, Lp. 35,000 por los 198 cuadros de su campo; Lp. 20,700 por la *Batilla de Sierros*, de Ph. Wouwerman; Lp. 37,400 por la *Fiesta de Aldea* del flamenco D. Teniers; Lp.

— 25 —

35,000 por la *Vírjen del Alba* de Rafael Sanzio; Lp. 19,153 por *El médico*, obra de G. Dow; Lp. 11,600 por *Un lugar de Italia*, del holandés N. Berghem; i 1250,000 francos por *La vaca que oriza*, de Paul Potter.

Donde el jóven arqueólogo aprendió a despreciar la Historia i las Bellas Artes a pesar de su patria, debió comprender con qué injente caudal se formó el Museo del Louvre; cómo i con qué explica el Ministro húngaro de Instrucción Pública, D. José Eötros, ellas representan en la obra de la civilización nacional, un factor igual al factor Ciencias. Por eso, el Louvre compró en 162,000 francos la *Dame en bleu*, pintura que data del año de 1874. Por eso, acababan de darse 210,000 francos por *Les baigneuses aux îles Borromée*, de Corot, precio con que se parangonan los obtenidos por Millet, Renoir i otros pintores contemporáneos. Un comerciante yankee acaba de pagar 435,000 francos por el cuadro *Les danseuses a la barre*, de Edgard Degas.

En cambio, solo con el trascurso de muchos años de búsqueda afanosa i tenaz, logró el Sr. Macedo formar en el Perú, una colección arqueolójica que vende en el modesto precio de libras 4000. Por otras colecciones semejantes, el Museo de Berlín solo paga libras 2000 al Sr. Romainville, libras 4000 al Sr. Gretzer por su primera colección, i libras 5000 por la segunda. Chile paga por la colección i libras mucho menor precio. Nueva York limita a libras 1000 el valor de la colección Gonzáles, por la que nuestro singular paga libras 7000 por la primera colección del Dr. Gretzer, quien recibe libras 7500 en Munich, por la segunda. Cada colección de éstas, como las que formaron i vendieron los numerosos mercaderes arqueólogos que antecedieron a los citados, se compone de centenares de objetos alusivos a los múltiples aspectos de la vida local, en unas o mas edades.

¡Estos objetos dan a conocer, tanto tiempo i tan considerables cargamentos, cuando un solo cuadro de Rafael Sanzio, *La Vírjen del monasterio de San Antonio de Padua*, exhibida el año de 1870 en el Museo del Louvre, se vende en un millón de francos! Por qué? Ya está dicho. El señor arqueólogo podrá llevar la cauda de la Historia patria i de las Bellas Artes; su desdeñosa broma tomarlas a su cargo, para oprimirlas con su desdeñosa cárcel.

La cultura que alcanza hoi al Perú no le permite, monopolizar nuestro Museo de Historia colonial i republicann i

— 26 —

de Bellas Artes, para volverse en el otro príncipe Pamphili que embadurne de yeso la famosa *Venus* de Carracci, después de quitarla toda a cincel, otro bárbaro vaya de laminar con metal blanco las statuas de la Galería Farnesio, otro Duque de Mazarino i otra Duquesa de Guisa, dispuesta a quemar, como ellos, las pinturas que le parecieran indecentes. Si dió ya pruebas de audacia para convertir en fortaleza, como los Aníbaldi, el Coliseo romano i el templo de Jano Cuadrifronte, debemos temer que repita en las Bellas Artes del Perú, las irrupciones devastadoras del Sr. Ministro en Roma, Breno, Roberto Guiscard i el Condestable de Borbón, i que, a ejemplo del ilustre.........Desnoyer, haga cortar a pedazos la *Leda* de Correggio.

No exajero: su empresa está comenada. Pretende que nuestro vilo i *Gobinho* abrigue la polilla del piso, i sea pisoteado por el público. En su *Ortio pro domo sua*, no deja ni rastro de la Academia «Estímulo del Arte Nacional que *gratuitamente* i con beneplácito del Sr. Ministro de Instrucción i del Sr. Alcalde del H. Concejo Provincial, fundé aquí en Marzo último, está favorecida con dos concesiones de locales hechas por ambos funcionarios, i con asistencia de más de trecientos i tantos varones.

El menor daño que pudiera aquí su rejencia de las Bellas Artes, sería el reinado del cubismo, digo, de un arte que no esculpe, ni pinta, ni dibuja, sino que se entrega a análisis científicos.

El interés público obliga a repeler la desatentada maquinación planteada contra los dos grandes propulsores del patriotismo vívido i republicano; el progreso moral i material: la Historia colonial i republicana, i el culto del Arte.

En vez de destruir lo que ya existía este respecto, importa mucho a nuestro futuro progreso, incrementar las Secciones del Museo que representan aquellas influencias bienhechoras, i fomentar, no sólo en Lima, sino en todo el país, la propagación de escuelas de artes aplicadas a la industria, la creciente afición i provinciales, i la celebración de exposiciones, imitando así el esfuerzo perseverante i el gasto jeneroso, el ejemplo de Inglaterra, Alemania, Rusia i los Estados Unidos anglo-americanos, naciones que pasan por progresistas i prácticas, refractarias a las poéticas alucinaciones que, dícese, sufren los pueblos latinos.

Mucho dista Hungría de esté orijen, i sin embargo, en 1840 abre su primer salón de Bellas Artes en el *Museo Nacio-*

— 27 —

*nal*, i de entonces acá, paga 2.600.000 coronas por la colección artística de Esterházy, aplica *seis millones i medio de* coronas a la creación del Museo de Bellas Artes, i con tan hábil i previsor esfuerzo, echa los cimientos del arte *majiar*, esto es, de un arte propio, característico, *nacional*, organiza. doi en donde su engranaje oficial, administrativo i docente, capaz de perpetuar lo pintoresco i jermino del país, en la decoración escultural i pictórica, de la arquitectura i de todos los objetos destinados a los infinitos usos de la vida, por medio de artistas húngaros, i dentro de una aplicación verdaderamente *nacionalista*.

Siga el Perú el ejemplo de Hungría; ¡Locura del Sr. Tello, que baste un asistente suyo, para producir en las Secciones *Colonia i República* del Museo, todo lo que el país tiene el derecho de esperar i de exijir.

VI

Como lo advertirá Ud. no lo propongo, ni pido nada para mi. Me limito a abogar por una causa patriótica que lejítimamente interesa mucho menos a mi, que a la cultura i prosperidad de la Nación.

Refiérase la insólita expansión del Sr. Tello, ordénesele que reciba *bajo inventario* todo el material arqueolójico de que se ha posesionado, consérvese el actual servicio de vijilancia nocturna, más necesario hoi que nunca; sométanse a control las excavaciones, bajo la vijilancia del organismo administrativo suficientemente respetable; i ampárense los derechos que al lado del Museo tiene adquiridos la Academia «Estímulo del Arte Nacional».

Los poderes Públicos sabrán en todo lo demás, mantener el justo equilibrio de todas las influencias que deben concurrir al desarrollo de la vida nacional.

Dios guarde a Ud.

EMILIO GUTIÉRREZ DE QUINTANILLA.

(1) Dr. Paul Clemen: Die Denkmalspflege under Rheinprovinz. Dusseldorf, 1890.
(2) Bulletin des Commissions Royales d'art et d'archéologie. Cinquantième année, 12 et 13, Bruxelles, 1911.
(3) Bulletin des Commissions Royales etc. 50e année, 11 et 12, Bruxelles, 1911.

— 28 —

## II

### Esto no es oficio; pero también es réplica

Una cosa es ser en las tablas el doctor Caius de la comedia shakespeariana: *Las alegres comadres de Windsor*; i otra, presentar plaza de eminencia científica, *persona discorpanzi*, en el abstruso ramo de nuestra Arqueolojía continental, obligada a ser, por ahora, si es posible que lo sea, la *ciencia de los oríjenes*, la revelación del jénesis americano. ¿En dónde está quien es el hombre que nos ha traído, o está en vía de traernos, este otro divino i humano verbo?

Sepamos distinguir entre la comedia i la vida real, entre el gatuperio i el sano i bien intencionado esfuerzo, entre la maleza que deprime i rebaja el valor del terreno fértil, i la sementera que lo decupla.

Grecia llamó arqueólogo al que, igualándose con los antiicuarios, recojía i acumulaba los recuerdos de algún país; pero el concepto moderno, distinguiendo la función mecánica de reunir, de la psíquica de comprender, enseñar i reconstituir, reservó el nombre de arqueólogo para el que aprendió a conocer los monumentos de la antigüedad figurada, esto es, todos los que presentan carácter monumental o é, testimonial, i conociéndolos, tiene capacidad, no solo para distinguir, clasificar i controlar la sedimentación gráfica de los pueblos que desaparecieron, sino, principalmente, para desentrañar de ella nociones ciertas sobre el grado de cultura, el carácter, las orientaciones relijiosas, políticas i civiles, i las leyes a que se subordinaban la vida común, las relaciones sociales, las diferencias de casta, el bienestar de los individuos, el desarrollo científico i artístico, el estado económico, la capacidad industrial i las condiciones del comercio.

Ya entenderás, lector amigo, si el amor patrio levanta todavía la temperatura de tus venas, que para ser, i llamarse, arqueólogo, no de los comunes, sino de los sabios, no basta un poco de cabotaje por universidades lejanas, en donde no existen los reveladores monumentos del Perú; no basta llevarse debajo del brazo un sartal de cráneos que se cambian por títulos profesionales, al cabo de dos años consumidos en

— 29 —

hacer el ánimo a chapurrear el inglés; no basta mangonear de bravucón, buscando camorra, en institutos respetables, a los abejones pacíficos, envjetidos en tejer su tela. Nada de eso basta, amigo, si las ciencias históricas, lingüísticas i filosóficas, los demás conocimientos con los antiguos pueblos del universo, no formaron la síntesis del doctor Echenique en los principios de crítica i los conocimientos del arte, no fueron base de investigación i de maduras lucubraciones. A la iniciación histórica del profesante, ha de añadirse una capacidad artístico-literaria que le permita conocer la antigüedad por monumentos i tratadistas, por lenguas i filolojía, por la paleografía i la epigrafía.

En efecto, no hai respetable autoridad en la materia, para quien los conocimientos filológicos no sean preparación i guía constante de los estudios arqueolójicos. La epigrafía pasa por ciencia intermedia entre las lingüísticas e históricas; i la paleografía, circunscrita a la forma i el valor de los caracteres con que se hicieron las inscripciones, es uno de los instrumentos de mas precisa aplicación al caos de nuestra pre-historia, en donde todavía se oculta la memoria de los acontecimientos, legada, positivamente a los tiempos venideros.

El que, con fines patrióticos i emulación noble, se propone escrutar los abismos del pasado, ha de completar su preparación científica con la historia universal de la arquitectura, con conocimientos suficientes para graduar el saber que en ciencias matemáticas i físicas alcanzaron los pueblos incursos en su investigación, i con cierta clarividencia en todos los aspectos que puede ofrecer a su examen la vida civil i política, relijiosa i militar de un pueblo repentinamente detenido en el camino de la civilización.

¿Será esto todo? No, señor. Hai mas todavía. Es preciso tener competencia en crítica arqueolójica, para discernir, con la prudencia i el acierto de *Zoega*, i no caer, como *Visconti*, en las mistificaciones del *lucro i la mala fé*. En un aspecto mas trascendental, la crítica permitirá aplicar al estudio el método analítico, que, mui superior al cronolójico, se basa en la comparación.

La arqueolojía literaria, en que de todo punto importa instruirse para desempeñar debidamente en las soluciones que el arqueólogo persigue; visto que los monumentos figurados se explican por ella, i ésta, por los monumentos.

Los Wittenbach, Schneider i Hermann establecen, con

— 30 —

muchísima razón, que la historia del arte es la base de toda arqueolojía. En el verdadero arqueólogo llenos de ver reunidas las dotes de Cayhus (éste no es el de las compadres.....), con las de Winckelmann, si bien no hai por qué considerar que el uno fuese complemento del otro.

Pone la mano en el pecho, i dime, amigo, con verdad, si dos años consumidos en un anfiteatro, prestando lengua i oreja al idioma inglés, permiten acaudalar tan vastos i complejos conocimientos, i adquirir, al mismo tiempo, la nadirez necesaria, no para repetirlos de coro bajo la férula del antiguo dómine, sino aplicarlos en terreno desconocido, con la sagacidad i firmeza de un sabio hecho i derecho.

El venerable Champollion-Figeac exije que la Arqueolojía forme los estudios sociales completos, i a mas, enseñe hasta el estilo de cada pueblo, las épocas de cada estilo.

La amplitud de los conocimientos requeridos hoi para ser arqueólogo de verdad, es la misma dentro de cada rama jeográfica de la Arqueolojía; i con igual extensión es preciso conocer no pocas arqueolojías rejionales; la china i la japonesa, la indiana, la oceánica i la africana, la turca i la austriana, la de Borneo i la americana. Ninguno de estos elementos de comparación puede faltar al arqueólogo peruano, en presencia de nuestros ignorados orígenes, si no impulsa el santo i patriótico anhelo de la ciencia pura, i si realmente posee esta ciencia.

No menos caudal de conocimientos incluye el celebrado programa de Arqueolojía que Montfaucon ofreció a Europa. No presentan a los reducido horizonte los orijinales i fecundos trabajos de K. O. Müller i Th. Welcker, salidos de grandísima erudición histórica i científica. Véase el campo de investigación trazado por Champollion.

Para osar descubrir, como Colón, mundos perdidos en las vorójines del planeta, es forzoso acumular en un solo haz toda la sabiduría humana, todo el esfuerzo de un poderoso cerebro, toda la experiencia acumulada en muchos años bien vividos. Si el profesante está constituido con estas fuerzas, suba al trono. Si no........, a estudiar de veras, o espulgar galgos.

\* \*

¿Todo ha de ser juntar cráneos en un osario, como mazorcas del maizal en una troj; armar i enfilar esqueletos por escuadras i compañias, que en lóbrega noche espantarían al

— 31 —

buen armador, repitiéndose el caso de nuestro célebre escultor Baltazar Gavilán, muerto de espanto ante el propio esqueleto, obra de sus manos?

Mucho más que eso pide el mundo americano a la Arqueolojía. Sus Cristos o Anticristos deben decirnos hasta qué punto la civilización incaica aprovechó de las que la precedieron, i cuántas fueron éstas, i de dónde vinieron, i qué razas, naciones i tribus sirviéronlas de vehículo, qué lenguas aportaron, i cómo se constituyeron. Su silencio se traducirá en ignorancia, si con hábil mano no arrancan el velo que los catástrofes jeolójicas corrieron sobre aquel inmenso, sorprendente emporio, entrevisto por la sabiduría i de todos los tiempos, como el verdadero foco de las civilizaciones irradiaciones recibidas por los pueblos conocidos de ambos mundos. ¿Consentirá un sabio sud-americano, dado a luz por el Perú, que nosotros, la turbamulta de embarronadores i hablistanes, nos preguntemos, sin que alguna autorizada voz nos responda: ¿Qué sería la América sin los soplos vitales de una Atlántida.........?

Ser sabio, i callar hasta ahora qué inducciones suministra el estudio filosófico de la escritura de que habla Montesinos, i de la que, después, dió vida al quipocamayo.....? ¿habrá egoísmo de la laya?

Ser arqueólogo, i guardar secreto inviolable sobre si es posible aclarar, o dilucidar cronolójicamente los monumentos que al Perú contemporáneo dejaron las antiquísima historias estratificaciones......... ¿no está guardar la luz para sí solo, abandonándonos cruelmente en medio de las tinieblas?

El maestro que no despeje estas i otras incógnitas, se expone a que el vulgo conceda a su sabiduría el honor de ser bacía de barbero, pero que el ansiado yelmo de Mambrino. ¿Qué haríamos con ella? De qué nos serviría, si no fuese bacía, ni yelmo, ni barbero, ni Mambrino?

Me esplico así, porque la clasificación de los monumentos, aquí en todas partes, es punto de partida capital para toda revelación científica en pre-historia. Ellos son columnas miliares que amojonan la trayectoria desconocida. De su previa clasificación se derivan las reglas que iluminan i reconstruyen, que resucitan a las Lázaros oculto en los remotos períodos de la jeolojía, o yacentes a nuestros ojos, como aquellos colosos del antiguo Ejipto cuyos labios, ajitados por el viento, cantan una oda que entraña la revelación completa del pasado......inteligible solo para los privilejiados intérpretes.

— 32 —

La ciencia verdadera es método, sistema. ¿Qué ciencia, qué Arqueolojía peruana será esta que, abandonando la vía procesal de los sabios, se circunscribe, se incrusta i se inmoviliza en cráneos, cráneos i más cráneos, de donde no puede surjir ninguna de las revelaciones que, conforme a la exijencia de Champollion, deben transformar los silenciosos sedimentos en estados sociales completos?

Al desarrollar las raras aptitudes que requieren, en Sud-América, los estudios arqueolójicos, prefiérense de vista, la enorme i peculiar dificultad constituida por la falta de monumentos escritos que, como los Vedas antiquísimos de la India, contengan no pocas de las ideas que forman las manifestaciones arcaicas de la construcción arquitectónica, escultural i decorativa?

Por ho, la imposibilidad de confrontar los monumentos figurados con los literarios del mismo oríjen, el arqueólogo peruano no puede desarrollar ninguna labor verdaderamente científica, sino confinando en la misma interpretación aislada e inconexa a que se vieron reducidos los ejiptólogos antes que fuera posible traducir la escritura jeroglífica.

Por hoi, las conclusiones a que pudieran llegar la Arqueolojía i la Etnografía reunidas en común esfuerzo, carecerían de la certidumbre que, en definitiva, avalora toda adquisición científica; de donde se sigue que el conjunto de nociones a que se da el nombre de Arqueolojía americana no tendrá posición preváiia en la esfera de los conocimientos humanos, hasta que, mediante la revelación del pensamiento jeroglífico i quipoforme, las vagas, hipotéticas i mas o menos errónea conjeturas, pasen por el control de la palabra escrita.

Esperemos hasta entonces para saber si la civilización incáica fué o no completamente orijinal, íntegralmente aterícibida de otros pueblos, o sí, modificada por determinadas influencias, conserva como suya alguna orijinalidad relativa. Así reconocidos entonces los enlaces de pueblos i civilizaciones, en serie retrospectiva, habrá probabilidad de que confrontar los continentes en sus antigüedad remota, de elucidar con más abundante i significativa documentación, si ho, los fundamentales temas del autoctonismo americano, el monojenismo i el polijenismo.

Entretanto, la faena de los contemporáneos está honraïda i sinceramente reducida a allegar i clasificar los materia-

— 33 —

les que servirán de base a la verdadera i científica interpretación de un futuro más o menos lejano; tarea deslindadísima que no puede emprenderse con fruto por estudiantes recién salidos de una clínica..... sino por maestros avezados a contornearnos con el bisturí todas las entrañas, i a levantar el pensamientos a las estrellas.

Lo demás será..... estrellarse, esto es, caer de bruces en el ridículo, del propio modo que ciertos arqueólogos europeos, cuya ciencia consistió en notar que las aposentos del amante de Antígona, eran características de todos los tebanos....i que la diosa Minerva sabía hacerse diez i ocho peinados diferentes.....

Los arqueólogos del viejo mundo consagrados a tales boberías, no ganaron otra celebridad que la merecida; la pifia de muchas jeneraciones, como sanción justiciera del medio en que las pecaron; medio juicioso i bien equilibrado.

Pero aquí, señores míos, se hincha el suelo, revienta un día el tumor terráqueo, ¡i brotan..... i brotan cráneos, muchos cráneos, en procesión, hospitalaria de cojos i mancos, trepanados i sordo-mudos, asistidos por el interno que los velaba en la subterránea recolección. ¿Me diréis, señor asistente, quiénes son éstos? Pues, sí, señor, que os lo diré. Estos son unos que, aunque tan mal parados, valen certísimamente oro...... como que representan el último eslabón de una cadena monojenista, metempsíquica, que empieza en los pescados, continúa con el hombre i acaba en los cangrejos.

La nueva teoría hace fortuna en nuestro medio, tan distinto de aquel en que dijeron sus boberías ciertos sabios europeos.

Bronco varón que se propaga en las convexidades de algunos cerebros. Es un aplauso, es la apoteosis de la caravana de cojos i mancos, trepanados i sordo-mudos.

«Los automedones i guías de los carros de nuestros gustos i las luces de nuestras tinieblas;—que diría Cervantes,—se apoderan del suceso, i soplan a dos carrillos la trompa de la Fama. ¡Un sabio más está honrando desde aquí..... la intelectualidad del mundo!

La Jente nacida entre nosotros, como los galos de Tito Livio,—para arremolinarse, alimpiarse de entusiasmos vanos, aclama este nuevo nacimiento de Narciso; i las ninfas de la cazuela los mozoleios que entran en el patio sin pagar»—que

— 34 —

diría Cervantes,—se apiñan en torno, empeñados neciamen-
te en formar aura popular.

Nerviosos, ninfas i mozolejos tendremos; pero sabios ente-
ros i verdaderos.... Vamos, eso es difícil.

El mayor de los males que aflijen a nuestra tierra, es la
cobardía del ánimo para sentar la planta por la verdad, la jus-
ticia i el bien; cobardía que alienta la audacia de los autome-
dones i guías en claudicación.

Hai muchos que tienen la justicia en el corazón,—escribe
el Dante,—pero son tardíos en aplicarla, porque temen dispa-
rar el arco imprudentemente.

¡Cobardes para ser distintos de los demás!—exclama
Stendhal.

EMILIO GUTIÉRREZ DE QUINTANILLA.

No. 5

La primera agresión

I

Lima, a 30 de Noviembre de 1912.

Sr. Director del Museo de Historia Nacional:

En la fecha se ha expedido por este Despacho la siguiente
resolución ministerial:

« Visto el anterior oficio del Director del Museo de Histo-
« ria Nacional, en que manifiesta que la Sociedad de carácter
« particular que se ha fundado con el nombre de "Estímulo
« del Arte Nacional", solicita que para llenar sus fines, se le
« permita usar como local el antiguo salón que servía de de-
« pósito al Museo, o sea los treinta i siete caballetes que tiene so-
« brantes ese Establecimiento, comprometiéndose en cam-
« bio, a realizar los trabajos que se le encomienden en condi-
« ciones absolutamente módicas.—CONSIDERANDO:—Que mien-
« tras se crea una Academia de Bellas Artes, es conveniente

— 35 —

« facilitar la labor de instituciones de esa índole.—Sr. RESUEL-
« VE.—Acceder a dicha solicitud, con la condición de que no
« se dicten clases de noche. Rejístrese i comuníquese.—Mo-
« REIRA.»

Que transcribo a Ud. para su conocimiento i demás fines.

Dios guarde a Ud.

JUSTO PÉREZ FIGUEROLA

El clamor de esa Academia

II

Excmo. Señor:

Los que suscriben, alumnos de la Academia «Estímulo
del Arte Nacional» nos presentamos respetuosamente a V.E.
i decimos: Que desde Marzo existe i funciona esta Academia
en el Palacio de la Exposición, ocupando los dos locales que
jenerosamente nos concedieron V.E. i el Sr. Alcalde del H.
Concejo Provincial, según consta de los decretos cuya copia
acompañamos.

El folleto que acaba de publicar el Sr. Julio C. Tello, en
que se contiene su oficio de 14 de Julio último, nos da a sa-
ber que el señor proyecta invadir, con la Sección de Ar-
queolojía, recientemente puesta a su cargo, *el local que V.E.
nos concedió, i que a nuestra costa hemos organizado*, do-
tándolo de los servicios especiales que requiere el dibujo na-
tural, la pintura, la escultura i la música en varios instru-
mentos.

Hacemos presente a V.E. que es gratuita la enseñanza
que recibimos en dicha Academia, i que por tanto, nos ofrece
una profesión que adquiriremos sin gravamen, es decir de la
única manera asequible para los que, por carecer de fortuna,
estamos en la imposibilidad de pagar nuestra enseñanza.

Amenazados de perder el gran beneficio que nos propor-
ciona la enseñanza gratuita en referencia, ¿es posible
que el Sr. Julio C. Tello consumara el despojo con que nos
amenaza?

A V.E. ocurrimos para que nos ampare en la posesión
legal que tenemos de los locales que ocupa nuestra Academia

— 36 —

en el Palacio de la Exposición, por resoluciones vijentes, bajo la dirección del Sr. Director del Museo Histórico, i como anexo de dicho Museo; pero sin ocasionar gasto alguno al Supremo Gobierno.

Excmo. Señor:

En nuestro nombre i en representación de nuestros condiscípulos:

*Guillermo Salinas L., Víctor Manuel Zavala, Ismael M. Pozo, María Salazar, J. Leonardo Jáuregui, María Isabel Piguet, Alberto Gómez, Angélica Gómez Bustillos, José Hurwitz, Carmen M. Percivalle, M. Carrión, María Mindreau Marazzani, María F. Sierra, R. Carrión, Y Tamariz, Felicita Alarco, Olga M. Marazani, José Piguet Vila, Rosa Rossi, María C. de Piguet, Matilde Illman, Adolfo Illman.*

## Nº 6

### La acción del Sr. Tello da su segundo fruto

En la tarde del 21 de Noviembre de 1913, i a consecuencia de la anarquía existente en el que debía ser panteón pacífico de la Historia, el Sr. Ministro de Justicia e Instrucción, D. Carlos Paz Soldán, acompañado del Director del Ramo, Sr. Justo Pérez Figuerola, puso término *temporalmente* a la belicosa actividad manifestada, clausurando de hecho, *ipso facto*, el Museo de Historia Nacional, i recibiendo en el propio campo de batalla, las llaves del que había dejado de ser albergue tranquilo de la Ciencia, la Historia i el Arte.

— 37 —

## Nº 7

### Lp. 25 para huacos que aquí no existen

Segun la libreta de cargos de este Museo, el 30 de Abril de 1914 la Mesa de Partes de la Dirección Jeneral de Instrucción recibió de la del Museo, el oficio nº 222, fechado el día 29 del mismo mes.

Finalizando el de Diciembre de 1915, absolví el informe que reproduje bajo el nº 51, en el capítulo VI, pájina 170, del primer tomo de la presente MEMORIA. En él expresé lo siguiente:

"El cargo i la data de este Museo no comienzan el 1º de
" Enero de 1915, con la Lp. 300 aquellas (las del nuevo Pre-
" supuesto jeneral, que es todo el año), sino en 15 de Noviem-
" bre de 1913, esto es, con una acumulación de *Lp. 288.7,50,*
" *producida durante la clausura de cinco meses de este Mu-*
" seo hasta el 28 de Abril de 1914; cantidad de libras que *no*
" *ha sido totalmente invertida en el Museo,* i que arrojaba
" un saldo de Lp. 251.0,00, segun mi oficio nº 222 de 29 de
" Abril de 1914, *cuya tramitación está todavía pendiente.*
" "Deteniéndome la renta de este instituto i nuestro propio
" derecho, pido que la Contaduría, liquide, i el *Haber* consti-
" tuido por las Lp. 1001.7,50 que debió percibir el Museo
" desde el 15 de Noviembre de 1913 hasta el 17 de Diciem-
" bre de 1915 (son 27 quincenas de Lp. 26.2,50 cada una,
" mas las dichas Lp. 300). Pido, además, que para el efecto
" de dicha liquidación, se acumule a este expediente mi cita-
" do oficio nº 222; que se pagu a quienes corresponda la liqui-
" dación solicitada aquí; que en seguida resuelva el Supre-
" mo Gobierno con arreglo a lo que en las relaciones civiles
" constituye el sagrado derecho al salario, i a lo que pres-
" cribe la probidad de aquellos a quienes la lejislación uni-
" versal prohibe beneficiarse con detrimento de otro."

El saldo de Lp. 288.7,50 se entregaron al Sr. Tello Lp. 25.000, para hacer excavaciones i extracciones en huacas de Chancai. Esta suma i la de Lp. 12.7,50 empleadas en otros fines, redujeron a Lp. 251.0,00 ese saldo, segun lo expresé en mi citado oficio nº 222.