Case 3:09-cv-01332-AWT Document 78-7 Filed 06/01/10 Page 1 of 19

No he visto traer, ni se me entregaron nunca, ni están bajo mi responsabilidad en este Museo, los objetos arqueolójicos extraídos en Chancai con el gasto de Lp. 25 ¿Quién los tiene? En dónde están?

## 8

## Al frente de uno de los nuevos Negociados aparece el Sr. Tello

Lima, a 4 de Diciembre de 1913.

No. 15421

*Señor Director del Museo de Historia Nacional:*

En la fecha se ha expedido por este Despacho el siguiente decreto supremo nº 714:

El presidente de la república.—*Considerando:*—Que los diversos fines que con la creación del Museo de Historia Nacional se persiguen y la importancia propia e individual de las dos secciones de que se compone, hacen difícil su funcionamiento regular bajo una sola dirección, a causa, particularmente, de los conocimientos especiales que cada una de aquellas requiere;—*Decreta:*—Art. 1º—Segrégase del Museo de Historia Nacional la Sección de Arqueología y Antropología Peruanas, la cual se erige en un Negociado bajo dicha denominación, que funcionará con arreglo al supremo decreto de 12 de Junio de 1913.—Art. 2º—La Dirección de este negociado correrá a cargo del actual Jefe de la Sección, quien subordinará sus actos a lo preceptuado en el art. 3º del recordado decreto de Junio de 1913.—Art. 3º—El Museo de Historia Nacional continuará funcionando en el local que ahora ocupa y *el Museo de Arqueología y Antropología se instalará en los pabellones desocupados de la planta baja del mismo edificio.*—Art. 4º—El Presupuesto del nuevo Negociado será el siguiente:

| PERSONAL, AL MES | | | MATERIAL AL MES | | |
|---|---|---|---|---|---|
| Un Director | Lp. | 30.0.00 | Conservación del local | Lp. | 5.0.00 |
| „ Conservador | „ | 10.0.00 | Servicio de agua | „ | 1.0.00 |
| Dos preparadores | „ | 8.0.00 | Id „ luz | „ | 1.0.00 |
| Un portero | „ | 5.0.00 | Seguro | „ | 3.0.00 |
| „ vigilante | „ | 4.0.00 | Incremento y excavaciones | „ | 25.0.00 |
| „ sirviente | „ | 3.0.00 | Extraordinarios | „ | 5.0.00 |
| | Lp. | 60.0.00 | | Lp. | 40.0.00 |

Art. 5º—Modifícase el presupuesto del Museo de Historia Nacional en la forma que sigue:

| PERSONAL, AL MES | | | MATERIAL AL MES | | |
|---|---|---|---|---|---|
| Un Director | Lp. | 30.0.00 | Conservación del local | Lp. | 5.0.00 |
| „ Conservador | „ | 10.0.00 | Servicio de agua | „ | 1.0.00 |
| „ Portero | „ | 5.0.00 | Id „ luz | „ | 1.0.00 |
| „ Vigilante | „ | 4.0.00 | Seguro | „ | 3.0.00 |
| „ Sirviente | „ | 3.0.00 | Incremento | „ | 12.0.00 |
| | | | Extraordinarios | „ | 5.0.00 |
| | Lp. | 52.0.00 | | Lp. | 27.0.00 |

Estos gastos se aplicarán a las correspondientes partidas del Presupuesto General con las modificaciones introducidas por esta disposición y a lo preceptuado en el Supremo decreto de 12 de Junio de 1913.—Dada en la Casa de Gobierno, en Lima, a los cuatro dias del mes de diciembre de mil novecientos trece.—Guillermo E. Billinghurst.—Carlos Paz Soldán.»

Que trascribo a Ud. para su conocimiento y demás fines.

Dios guarde a Ud.

Justo Pérez Figuerola

Case 3:09-cv-01332-AWT Document 78-7 Filed 06/01/10 Page 2 of 19

## Nº 9

## La reapertura del año 14

Nº 4802ª

Lima, a 28 de abril de 1914.

*Señor Director del Museo de Historia Nacional.*

En la fecha se ha expedido por este Despacho la siguiente resolución:

«Lima, 28 de de abril de 1914.—Siendo necesario que cese en el día la clausura del Museo de Historia Nacional; y mientras se practican las gestiones necesarias para llevar a cabo la separación establecida en el supremo decreto Nº 714 de 4 de diciembre de 1913.—SE RESUELVE:—Reábrase inmediatamente el expresado Instituto, que continuará funcionando hasta nueva disposición conforme al regimen establecido hásta el día en que se clausuró y sin hacer en las instalaciones innovación alguna.— Regístrese y comuníquese.—GRAU».

Que trascribo a Ud. para su conocimiento y demás fines.

Dios guarde a Ud.

JUSTO PÉREZ FIGUEROLA.

## Nº 10

## La clausura del Museo el año 15

Nº 102.

Lima, a 26 de Marzo de 1915.

*Sr. Director del Museo de Historia Nacional.*

En la fecha se ha expedido por este Despacho la resolución suprema que sigue:

«Considerando: Que la partida de Lp. 25 mensuales votada en el Presupuesto Jeneral de la República para el presente año como única renta para el sostenimiento de los Museos de Historia Nacional y Arqueolojía, no es bastante para mantener esos establecimientos en las condiciones que actualmente existen: SE RESUELVE: Clausurar desde el 1º de Abril próximo i hasta nueva disposición, los referidos establecimientos, previas las formalidades que al efecto dispondrá el señor Ministro del Ramo.—Rejístrese, comuníquese i publíquese. Rúbrica de S. E.—JIMÉNEZ».

Que comunico a Ud. para su conocimiento i demás fines.

Dios guarde a Ud.

JUSTO PÉREZ FIGUEROLA

## II

Lima, 26 de Marzo de 1915.

En armonía con la suprema resolución nº 102 de la fecha, i haciéndose preciso revisar el inventario de los Museos de Historia Nacional i de Arqueolojía, antes de proceder a la clausura temporal ordenada mientras se acuerda una mejor organización de dichos establecimientos; SE RESUELVE: Designar para que practiquen la referida revisión á los señores Carlos Wiesse, Francisco F. Brenner i César Patrón, los mismos que por suprema resolución nº 2938 de 23 de Diciembre de 1911, llevaron a cabo igual dilijencia cuando terminó el contrato celebrado con el Dr. Max Uhle, como Director del Museo de Historia Nacional, i le entregaron poco después al nuevo Director Sr. Emilio Gutiérrez de Quintanilla, cumpliendo lo dispuesto en la resolución suprema nº 315 de 2 de Marzo de 1912.—Rejístrese, comuníquese i publíquese.—JIMÉNEZ.



Case 3:09-cv-01332-AWT Document 78-7 Filed 06/01/10 Page 3 of 19

## Nº 11

## La Comisión informa sobre la Dirección Arqueolójica

Lima, 10 de Abril de 1914

*Señor Director General de Instrucción Pública.*

En cumplimiento de la resolución ministerial de 25 de marzo último, que Ud. se sirvió trasmitirnos en oficio de igual fecha, nos constituimos en la Sección Arqueolójica del Museo Histórico, a cargo del Dr. Julio C. Tello, para que éste efectuase su entrega, como lo habia solicitado.

Según la exposición que nos hizo el referido Dr. Tello, las colecciones de la Sección se le habían entregado en las vidrieras y depósitos en estado de grande confusión y expuesto a un rápido deterioro, todo lo cual le habia impuesto un trabajo de ordenación y preservación de los huacos y telas, que hasta ahora habia dado el siguiente número de agrupaciones o series:

*a*) 8 Vidrieras con objetos correspondientes a las tribus salvajes de Oriente.

*b*) Una vidriera con procedencia de Nazca (con una momia reparada.)

*c*) Tres vidrieras con colecciones incaicas.

*ch*) Dos vidrieras con colecciones del Chimú.

*d*) Dos idem de Chancay.

*e*) Un anaquel grande con numerosas telas preparadas para su estudio y exhibición.

Además se habia arreglado una colección como de 200 cráneos y se estaba preparando material de estudios osteológicos con los restos de momias cuya conservación era ya imposible.

Entre los trabajos del taller existía el de recomposición de telas con sus fragmentos y diferentes objetos de ornamentación extraídos de huacas.

El Dr. Tello, por creerlo mas científico, había adoptado el orden de civilizaciones o estilos para la colocación de los

objetos en las vidrieras, para lo cual las listas e Inventario dejado por el Dr. Max Uhle *no pudieron servirnos para reconocer la ubicación de los objetos anteriormente ordenados.* Ahora el material de alfarería incaica, se hallaba, por ejemplo, concentrado en un solo lugar, *teniendo cada objeto un nuevo número de orden*, al que debía acompañarse el antiguo que corresponda a la procedencia, cualquiera que ella fuese en la costa o en la sierra.

En atención a lo expuesto *no nos fué posible* comparar las existencias con las listas dejadas por el Dr. Max Uhle, y, dado el corto plazo de que disponíamos, *por tener el Dr. Tello que ausentarse de esta capital, hubimos de conformarnos con recibir los objetos mediante una simple inspección ocular.*

Conviene apuntar que el Dr. Tello nos hizo presente que no había podido continuar los trabajos de preservación de los huacos y telas del Museo, con motivo de no haber dispuesto de los recursos necesarios para la adquisición de los elementos indispensables.

Entre los trabajos realizados por el Dr. Tello nos llamó la atención sobre todo el de descifración de un *quipo* y el de la ornamentación de la piedra de Chavín y de los huacos de Nasca, tenida por algunos como el símbolo de Viracocha.

Dejamos así cumplido el encargo con que fuimos honrados por ese Ministerio.

Dios guarde a Ud.

CARLOS WIESSE.—F. F. BRENNER.—CÉSAR PATRÓN.

---

## Nº 12

## La Comisión informa sobre el Museo de Historia Nacional

### I

En Lima a los catorce dias del mes de abril de 1915, reunidos en el local del Museo de Historia Nacional, el Director Sr. Emilio Gutiérrez de Quintanilla, y los señores Dr. Carlos

Wiesse, Francisco Brenner y César E. Patrón, miembros de la Comisión nombrada por resolución ministerial de 26 de marzo último, para revisar el Inventario de los Museos de Historia Nacional y Arqueología, se procedió por la indicada Comisión a revisar el Inventario del primero de los expresados Museos, en el orden siguiente: SE COMPROBÓ:

1º—Que los libros administrativos Nº 1, 2, 3, 4 y 5 concuerdan en cuanto a la numeración y a la ubicación de los *dos mil doscientos veintidos objetos* que hoy posee el Museo, así como en cuanto a la numeración de vidrieras, que es correlativa de uno a veintiseis: de manera que contienen las referencias necesarias para encontrar rápidamente cualquiera de esos objetos, sea que se tome el número en el objeto mismo, o bien en los asientos de los libros.—*Por esta razón fué fácil confrontar* los asientos de los libros con los objetos.

2º—Que el libro 3º, que es el Inventario General, se halla correctamente llevado, tienen noventicinco páginas escritas, y contiene tres numeraciones: la primera, ordinal del Libro; la segunda correlativa de los objetos según las salas y la vidrieras que ocupan; y la tercera de las vidrieras y salas en que dichos objetos se encuentran.—Estas dos últimas numeraciones se han puesto con máquina numeradora, al frente de cada asiento.

3º—Que en un mueble de cedro, de mecanismo especial, llamado *clasificador*, compuesto de doce cajones provistos de agujas colectoras de papeletas, aparece *concluida la catalogación* de este Museo en dos mil doscientas veintidós papeletas que contienen la reseña de cada objeto, las dos numeraciones que le corresponden en los libros, su clasificación según el grupo a que pertenece, y una referencia al documento que explica su adquisición.—Este documento se halla en el archivo formado por el Sr. Gutiérrez de Quintanilla y compuesto de trece libros registradores, en que los documentos aparecen coleccionados en orden alfabético.—El mismo mueble contiene 87 cartulinas que corresponden a otros tantos grupos en que se dividen las existencias actuales.

4º—Que según el Libro Inventario, la presente Comisión entregó al señor Gutiérrez de Quintanilla, en marzo de 1912, una existencia, en este Museo de Historia Nacional, de 489 objetos.—Como el número de éstos llega hoy a 2222, resulta un incremento de 1733, que recomienda altamente la contracción y laboriosidad del expresado Director, quien ha proyectado la impresión del catálogo según dos pro-formas que hemos visto y consideramos muy completas.

5º—Que en tercer cajón del mismo mueble hay treinticinco papeletas en que aparece hecho un Inventario muy prolijo del mueblaje de este Museo, y sus talleres de fotografía, tipografía y carpintería.—Como este material es nuevo, excepto 25 vidrieras antiguas, y no existía en 1912, la revisión se limitó a confrontarlo con las expresadas papeletas.

6º—Que durante el tiempo en que el señor Gutiérrez de Quintanilla ha ejercido la dirección del Museo de Historia Nacional, se han hecho las instalaciones, adquisiciones y mejoras que siguen:

*a*) Una galería de pinturas y esculturas que ocupa tres grandes salas, y está defendida por un barandal de cedro.

*b*) Cuatro instalaciones giratorias para treintidos retratos de cuerpo entero.

*c*) Una vidriera especial para el armamento histórico.

*d*) Reconstrucción y exhibición del Coro de la Capilla virreinal del Palacio de Gobierno.

*e*) Exhibición del único gobelino existente de los cuatro con que se estrenó, el año de 1872, el Palacio de la Exposición; de la urna en que fueron traídos de San José de Costa Rica los restos del General La Mar, de lápidas conmemorativas, armas y otros objetos históricos importantes.

*f*) Saneamiento higiénico de los altos del Palacio de la Exposición en que se hallan establecidos los dos Museos.

*g*) Instalación de un servicio gratuito de agua por medio de cañerías, tanque, bomba eléctrica automática, bomba de mano, tinas ad hoc, filtro Pasteur, etc.

*h*) Instalación de un servicio eléctrico de timbres, y un servicio de alumbrado eléctrico de quince focos distribuidos en todas las salas desde la escalera.

*i*) Instalación de una barredora eléctrica neumática «Regina».

*j*) Adquisición de una estufa de desinfección «Arsnoval» y de dos máquinas para la limpieza de la cristalería de muebles y ventanas.

*k*) Defensa de la Galería de Pintura contra la accion del sol, por medio de cartonería que cubre los arcos de cristal de 18 ventanas. El señor Gutiérrez de Quintanillá hace notar que no hubo dinero para comprar madera y que los cartones no ocasionaron ningún gasto.

*l*) Catalogación de la librería de ambos Museos.

*m*) Impresión de un libro registrador de fototipos, para el Museo Arqueológico, hecho antes de junio de 1913.

*n*) Un caballete para reproducciones fotográficas de toda clase de pinturas, grabados o documentos.

*o*) Organización del llavero de las puertas del edificio y de las vidrieras, en tres cajas, dos de las cuales están cerradas con llave. Cada llave tiene una tarja de hueso con el número de la chapa a que corresponde.

*p*) Aumento del área que ocupan los dos Museos con una importante extensión cedida por el H. Concejo Provincial a la Academia de Bellas Artes establecida en el Museo de Historia Nacional, por decreto de 30 de Noviembre de 1912.—Este nuevo terreno ha sido agregado al Museo Arqueolójico.

El señor Gutiérrez de Quintanilla puso de manifiesto tres cajas de fototipos de objetos de cerámica arqueolójica, hechos por él antes de junio de 1913, cuando ejercía la Dirección de ambos Museos.—Presentó igualmente el catálogo que, en la misma época, hizo de la Sección *Tribus Salvajes* que forma parte del Museo Arqueológico.—Expresó que los Libros de Caja y Cuentas Corrientes existen en la Contaduría del Ministerio del Ramo, desde la época del señor Billinghurst, y pidió que la Comisión hiciera constar la realidad de los diversos trabajos ejecutados por él en el Museo y que aparecen del reportaje inserto en el Nº 1355 de «El Imparcial» de esta ciudad, correspondiente al 12 de los corrientes, del cual se agrega a esta acta un ejemplar proporcionado por el señor Gutiérrez de Quintanilla.—Manifestó, por último, que le pertenecen dos tinas de piedra artificial con sus llaves y desagües, de uso fotográfico, existentes en el taller de fotografía: y que pertenecen a la Academia «Estímulo del Arte Nacional», cuya Dirección ejerce, una pizarra grande de madera, montada en su caballete, varios tableros de dibujo, y una banca circular, que es parte de un hemiciclo.

Respecto de las sustracciones, denunciadas por los periódicos, de objetos inventariados, el señor Quintanilla manifestó, que se había recuperado por la policía el revolver del General Canseco y que las medallas no encontradas por la misma se habían reintegrado con otros ejemplares adquiridos en plaza.

Tanto el Dr. Wiesse como los demás miembros de la Comisión se manifestaron satisfechos del estado en que se encuentra el instituto.

Con lo cual se dió por terminada la diligencia encargada a la Comisión, y firmaron:

Carlos Wiesse.—F. F. Brenner.—César E. Patrón.

---

II

## Anexo del informe

**El reportaje de "El Imparcial" citado en él**

*(12 de Abril de 1915)*

***

Ayer hemos entrevistado al antiguo director del Museo Histórico i sostuvimos la siguiente interesante conversación:

R.—¿Podría usted darnos una idea del estado en se hallaba el Museo Histórico, cuando se le confió su dirección?

D.—Lo que recibí en Marzo de 1912, fué incoherente acumulación de objetos con más semblante de Depósito que de Museo, formada en un local desaseado i falto de servicios hijiénicos, de alumbrado i ventilación, de mueblaje adecuado i suficiente, de seguridad en el edificio i en las vidrieras, de catálogo o guía para el público, de *apuntes exactos* para el control de las existencias, i de orden en los papeles con que se debió formar archivo. Los grandes i lujosos libros administratorios que encontré estaban casi en blanco. Sus pocas fojas escritas, plagadas de renglones testados, interlíneas, correcciones i enmiendas. El portero usaba una llave que servia para todas las chapas, i abria todas las puertas. No estaban reglamentados los servicios del establecimiento. En el local que ocupo ahora con un taller de tipografía, habia un urinario en uso, pero sin agua, que, como es natural, infestaba el ambiente con emanaciones insoportables que no eran de ambrosía. Un betun reseco, repugnante, de lo que en alemán se llama *Menschenloth*, cubria la taza sin agua del retrete de la Dirección. En un cuarto encontré arrumbados numerosos cuadros al óleo, grandes i chicos, trabados unos contra otros, a guisa de combatientes. El marco del uno agujereaba la tela del otro; pero todos recibian diariamente las deyecciones de murciélagos i lechuzas, i experimentaban, cual mas, cual menos, la descomposición química del color,

que, en los magníficos retratos de los Presidentes Piérola i Romaña acusa irritante descuido. Los grandes cuadros de Lepiani i Marazzani se apoyaban en algunas de las columnas de la sala llamada de *Actuaciones*, sin poder evitar el sol que, a tutiplén, las resquebrajaba, durante algunas horas, cada día. En ningun libro encontré constancia de que existiese aquí tan numerosa e importante colección de pinturas. La admirable Capilla de Palacio, estaba hecha mil pedazos en el suelo. Por último, circundaba la segunda sala, por dos lados, un retablo armado sobre cajones i barriles vacíos, i cubiertos con telas del tiempo pre-hispano, sobre el cual se exhibian momias i gran cantidad de huacos procedentes de Acarí i Nasca. Allí estaban sin defensa contra la rapacidad; allí se conservaban para el Museo, bajo su palabra. Todo el mundo contemplaba satisfecho i en silencio esta barbaridad; pero cuando yo trasladé esa cerámica a una espaciosa vidriera, i ese retablo a la tercera sala del Museo, menos expuesta i mejor vijilada, se armó la de Dios es Cristo, en defensa de la profanada Arqueolojía. Señor mío, aquí sucede que *Le crime poursuit la Justice*. En comprobación, lean ustedes el siguiente documento existente en la Dirección Jeneral de Instrucción:

### Dilijencia de entrega del Museo de Historia Nacional al Director nombrado el 2 de Marzo del año de 1912

En Lima, a los catorce días del mes de Marzo de 1912, reunidos en el local del Museo de Historia Nacional, el Director señor Emilio Gutiérrez de Quintanilla, i los señores doctores Carlos Wiesse, Francisco Brenner i César E. Patrón, miembros de la Comisión nombrada por suprema resolución de 28 de diciembre último, para recibir el Museo, bajo inventario, del anterior Director doctor Max Uhle, se procedió por la indicada comisión a la entrega de dicho Museo al señor Emilio Gutiérrez de Quintanilla, en conformidad a la resolución de 2 del actual, i en el orden siguiente:

El señor G. de Quintanilla pidió que se dejara constancia:

1°—De que el establecimiento carece de servicio de agua, no obstante existir cuatro instalaciones que se hallaban inutilizadas.
2°—De que en el local no hai servicio de alumbrado.
3°—De que tampoco hai servicio telefónico, ni aparato, ni instalación alguna para establecerlo.
4°—De que se hallan inutilizados los timbres eléctricos destinados al servicio interior del establecimiento.
5°—De que no hai ninguna instalación para el lavado de telas, piezas de cerámica i demás objetos procedentes de huacas, adoratorios, cementerios i ruinas de antiguas civilizaciones.
6°—De que no hai taller, ni enseres para reconstruir, restaurar, componer i preparar objetos destinados a la exhibición del Museo, fuera de un pequeño recipiente de 0.70 m. x 0.10 m. obstruido i sin dotación de agua, i fuera de una caja i un cuartito de desinfección calorífera.
7°—De que es imposible reanudar los trabajos de la Dirección del Museo, sin emprender una labor completa de ordenación en la oficina en la Dirección.
8°—De que a consecuencia de la clausura en que ha estado el Establecimiento, desde hace dos meses, se ha acumulado, sobre las vitrinas, los objetos descubiertos i en todas partes, mucho polvo i basura, cuya extracción requiere varios días de trabajo, antes que el Museo pueda recibir decorosamente la visita del público.
9°—De que es imposible ventilar a la sombra las partes del Museo que reciben el sol; porque las cortinas que cubren verticalmente las ventanas por dentro son dominadas por el viento, i por consiguiente franquean la entrada del sol. Siendo necesario, entonces evitar el sol cerrando los bastidores de cristal, la temperatura sube de modo intolerable, i la ventilación queda suprimida. Estos dos efectos son contrarios a las exijencias de la conservación hijiénica de los objetos que encierran en sí tantos jérmenes de destrucción, dada su procedencia sepulcral.

Después de darse por recibido el señor G. de Quintanilla del local en las condiciones dichas, i de las llaves numeradas de uno a cuarenta i dos, conforme a los detalles del anexo n.º 1, quedó entendido que por local o establecimiento i dependencias varias se nota la misma cosa; i se acordó continuar reuniéndose en días posteriores, para la entrega del mobiliario, i la confrontación de los objetos existentes en las listas respectivas, por no haber catálogo; i se dió por terminado el acto, firmándose por duplicado esta dilijencia.

Carlos Wiesse.—F. Brenner.—César E. Patrón.—E. G. de Quintanilla.

---

D.—Agrego que en mi oficio número 3, de 20 de mayo de 1912, dejé constancia de todo lo referido.

R.—¿Quiere usted darnos una idea de la labor hecha por usted en el Museo?

D.—No hai inconveniente, si tienen ustedes paciencia para oirme.

1°—Suprimí los urinarios infectos.

2°—Armé i exhibí la suntuosa capilla de Palacio.

3°—Con los cuadros arrumbados organicé la Galería de Pinturas del Museo, que hoi llena tres grandes salas. El considerable peso de muchos de ellos, impedía instalarlos en las paredes, que son de telar i quincha. Tuve que buscar en el techo punto de apoyo, por medio de herrajes cuyos modelos no tienen paternidad europea, ni yankee. Tan extensa instalación no costó nada. Sin embargo, en época anterior se pagaron 225 soles por colgar los 45 retratos de los virreyes, i a

don Hugo Behr, 25 soles por colgar un cuadro: *El último Cartucho.*

4º—En cuatro instalaciones jiratorias de madera, proyectadas i dibujadas por mí, cada una de las cuales solo cuesta 20 soles, colgué 32 retratos de virreyes, que ahora pueden ser vistos de cerca, i con la luz que más convenga a cualquiera hora del día.

5º—Puse al enorme cuadro al óleo de Baca Flor, un rejio marco de cedro, cuya decoración es obra de mis manos.

6º—Retiré de la escalera el enorme cuadro de Tasset; *Panorama de Lima*, que allí recibía el doble menoscabo que le ocasionaban la intemperie, los murciélagos i las lechuzas.

7º—Instalé en la entrada del Museo los dos grandes monolitos traídos de Puno, reemplazándolos en su anterior colocación con el Baño del Inca,

8º—Adquirí e instalé en el vestíbulo bajo, el colosal Mascarón de proa del navío histórico «*San Pablo*».

9º—Limpié, desequé al sol i exhibí la colección de 617 telas, de cuya primitiva numeración tomé la nota que conservo.

10º—Establecí el magnífico i abundante servicio de agua que hoi existe, mediante dos actos jenerosos del H. Concejo Provincial, solicitados por mí:

(*a*) El uso *gratuito* del caudal de agua que puede consumirse.
(*b*) El obsequio i la colocación de una inmensa cañería de una pulgada, i de una amplísima tina forrada con planchas de plomo, para el aseo de telas, huacos i demás objetos.

11º—Completé este servicio, instalando un tanque que contiene tres toneladas de agua, otro mas pequeño, distribuidor, una bomba eléctrica, automática, con medidor, i otra bomba de mano. El Museo se proveía antes de agua por medio de valdes, sacándola de los bajos.

12º—Adquirí un filtro «Pasteur» para los trabajos que exijen el uso de agua pura.

13º—Puse al servicio del Museo una magnífica instalación de fotografía, que es mía, a fin de hacer yo mismo el Catálogo gráfico de las Colecciones, creando así documentos de identificación, que, además, permitirían ilustrar el Catálogo razonado con fotograbados.

14º—Adquirí un aspirador eléctrico, o sea, barredora pneumática o *Vacuun Cleaner* «Regina», para asear las colecciones i el gobelino, recojiendo por succión el polvo, las hilachas, las larvas i toda clase de impurezas.

15º—Adquirí la estufa de desinfección «*Arsnoval*» para destruir los micro–organismos, esterilizando los objetos de procedencia sepulcral. Manejando objetos de este orijen, el conservador señor Bravo contrajo una fiebre maligna que puso en peligro su vida.

16º—Establecí el servicio de alumbrado eléctrico en todas las Salas i dependencias.

17º—Cerré el paso a las lechuzas, componiendo vidrios, cremonas i demás herrajes en las ventanas nº 4, 39, 69, 68, 62, 19, 22, 23, 25, 67, 77, 20, 21, 36 i 76.

18º—Establecí la ventilación diurna i nocturna de todo el edificio, reemplazando la cristalería de once grandes ventanas con rejilla de alambre.

19º—Rejistrando una partida de cajones vacíos preparados para la calle, descubrí, i salvé de pérdida segura, el valioso gobelino que estaba embutido en uno de ellos, i que hoi exhibo en la segunda Sala.

20º—Restauré i levanté sobre un pedestal la estatua del Libertador Bolívar, que yacía sin brazos ni cabeza en un depósito.

21º—Restituí el cuerpo a la cabeza del Jeneral Salaverry, que rodaba por el suelo en ese depósito.

22º—Repuse en su cuerpo la cabeza del sabio Raimondi: dos piezas botadas en el mismo depósito.

23º—Quité el betun de yeso que desacertadas manos aplicaron a la terracota del contra–almirante don Miguel Grau, la cual rodaba también en aquel depósito.

24º—Catalogué la librería del Museo, en tres cuadernos que ustedes pueden examinar.

25º—Forré con hojas de grueso cartón diez i ocho medios puntos de ventana, para impedir que a través de sus cristales, el sol malograse los cuadros de la Galería apoyados en ellos. Cartones en vez de madera, por falta de dinero. Con el mismo objeto i por la misma razón, cubrí con lonas traidas de mi casa, las ventanas número 40 i 41, protejiendo contra el sol dos de los grandes cuadros obsequiados por la señorita Isabel Ugarte.

26º—Adquirí dos máquinas para la limpieza de toda la cristalería del Museo.

27º—Habilité con cremonas i chapas «*Yale*» las dos puertas laterales de calle.

28º—Formé con prensa, tipos i abundantes enseres un

taller de tipografía, destinado a la impresión de leyendas i números de tamaños diferentes.

29°—Extraje del mencionado depósito la magnífica urna en que se trajeron de Costa Rica los restos del Jeneral La Mar; la mitad de la armería histórica que posee el Museo; el catre del Jeneral Sucre, la lápida conmemorativa del cuarto centenario de América, la pieza mayor de la lápida infamatoria de Francisco de Carbajal, i un gran escudo metálico de la República.

30°—Suprimí en dicho depósito otro urinario, que, sin agua i en uso, era foco de infección.

31°—El 20 de mayo de 1912 di cuenta al Ministerio de haber encontrado truncadas las 16 obras a que se refiere mi oficio de esa fecha.

32°—Restablecí el servicio telefónico bajo mi propio nombre, porque la Empresa se negaba a servir al Museo mientras no se le pagase la deuda contraída por Mr. Uhle.

33°—Instalé un servicio eléctrico de timbres, con transformador en las Salas i oficinas.

34°—En trece Rejistradores organicé el archivo del Museo, con los papeles amontonados por ahí, i cuya entrega no constaen la dilijencia respectiva, porque parecieron sin valor.

35°—Acrecenté el área del Museo con dos grandes locales que jenerosamente me cedió, el año de 1912, el H. Concejo Provincial, para la Academia de Bellas Artes que, con el permiso del Supremo Gobierno, fundé aquí ese año.

36°—Hasta el dia de hoi he sostenido esta Academia de enseñanza gratuita, con la cooperación de jenerosos, respetables i mui competentes profesores.

37°—Sometí a la aprobación del Supremo Gobierno, planos proyectados por mí para la instalación de vidrieras jiratorias destinadas a la exhibición de documentos lejibles por ambas caras, de mapas reducidos a pequeño espacio por medio de cilindros envolventes, i del numeroso monetario que guardo por falta de seguridad.

38°—Proyecté i conservo todavía en blanco, un libro destinado a la Catalogación gráfica de 10,000 objetos.

39°—Proyecté i construí la vidriera número 13 para la exhibición del armamento histórico, i el mueble de cedro de doce cajones provistos de agujas i palancas de seguridad, con capacidad para 24,000 papeletas de gran formato, destinadas a la catalogación razonada.

40°—Proyecté i construí un caballete vertical con tablero corredizo i repisa móvil, para reproducciones fotográficas de pinturas, grabados, manuscritos, etc., de cualquier tamaño. El coste de cada uno de estos muebles es insignificante.

41°—Establecí en los bajos, a la entrada del Museo, una suntuosa balaustrada de dos batientes, aprovechando un material sobrante.

42°—Defendiendo la Galería de Pinturas, instalé delante de ella, en todo el perímetro de la tercera sala, una sencilla balaustrada con pasamano de hierro, parte de la cual permanece en la fábrica de Sanguinetti, hasta la cancelación de un saldo de soles 5.43.

43°—Organicé las colecciones de 26 vidrieras de numeración actualmente correlativa, si bien protestando de lo inadecuado de ellas para agrupaciones por series. Dentro de cada una, la numeración de los objetos empieza desde uno.

44°—Concordé la numeración de los objetos i las vidrieras con el libro inventario, con otros libros secundarios i con las papeletas de mi catálogo, así como también con los documentos del archivo.

45°—Catalogué los objetos de mi cargo en 87 grupos o series que suman 2222 papeletas, cada una de las cuales contiene la explicación i la comprobación instrumental del objeto a que se refiere, la clase en que está considerado, i los números que le corresponden en el inventario i en la vidriera en que se halla. Estas papeletas representan un volumen de 500 pájinas.

46°—Finalmente, incrementé las colecciones que recibí en marzo de 1912, en un 454 por ciento, esto es, de 489 objetos que recibí, a 2222 de que doi cuenta.

—La cantidad de trabajo que Ud. expresa, parece probar que el Museo recibió siempre la renta que le asignaba la lei de su creación.

—No señor, yo trabajé mas con mi empeñosa voluntad que con dinero. Durante el año de 1912, que fué para mí el de mayor esfuerzo, no hubo mas que dos o tres libramientos fuera del gasto del personal, segun consta del libro de caja del Museo, existente en la contaduría del ministerio. El gobierno del señor Billinghurst dió, por quincenas, la renta del incremento, hasta Noviembre de 1913. Desde entonces hasta hoi *no se ha recibido un solo centavo*. En consecuencia, i hacia 1912 gasté Lp. 70 de mi bolsillo, de las cuales se me adeudan todavia Lp. 40, mas Lp. 2 con que pagué en Julio

de 1914, la clausura de una comunicación con el ministerio de Fomento.

R.—¿Podria Ud. decirnos qué beneficios se propuso realizar el gobierno del señor Billinghurst, introduciendo una dualidad en la dirección del Museo?

D.—Lo ignoro, i no considero delicado, por mi parte, hacer apreciaciones. Lo único que puedo decirles es que, en Junio de 1913, yo tenia concluido el catálogo de la Sección *Tribus Salvajes*, el cual está en mi poder a la disposición de Uds. Me preparaba a continuar con el de la sección principal, cuando sobrevino la catástrofe *arqueo* o *curvi-lójica*, cuyos frutos no conoce nadie. Solo conocemos de ella los innobles e insostenibles ataques de mis gratuitos detractores. Se les perdona, porque no saben lo que hablan.

## Nº 13

## El Museo se reabre por segunda vez, a cargo de G. de Quintanilla, Director único

Oficio nº 8789

Lima, 1º de Junio de 1915.

*Señor Director del Museo de Historia Nacional.*

En la fecha se ha expedido por este Despacho la siguiente resolución suprema:

«Considerando:—Que habiéndose acordado la reorganización del Museo de Historia Nacional, es necesario suspender su clausura en armonía con la suprema resolución de 26 de marzo último;—Que se carece, por ahora, de los recursos indispensables para su funcionamiento en la forma amplia que su finalidad reclama;—SE RESUELVE:—1º—Reábrase el Museo de Historia Nacional, cuyo Director tomará también a su cargo la conservación del Museo de Arqueología y Antropología.—La planta de empleados que prestarán sus servicios a órdenes de dicho Director será la siguiente: un Conservador, dos vigilantes y dos guardianes, que serán nombrados por el Supremo Gobierno, a propuesta simple del Director;—3º—Fíjase la escala de sueldos que sigue:—Direc-

tor, Lp. 24.0.00 al mes.—Conservador, Lp. 8.0.00 al mes. Los vigilantes, cada uno, Lp. 4.0.00 al mes.—Los guardianes, cada uno, Lp. 3.0.00 al mes.—4º—Señálase la suma de seis libras al mes para gastos de conservación y aseo.—5º Los egresos que exija el cumplimiento de esta resolución se aplicarán a la partida Nº 3590 del Presupuesto General y a los ingresos del mismo establecimiento, que se crean conforme a lo dispuesto en la resolución nº...... de la fecha. Si dichos ingresos no fueran suficientes, se aplicará el exceso a la partida Nº 3593 del Presupuesto General vigente.—Regístrese y comuníquese:—Rúbrica de S. E.—PLÁCIDO JIMÉNEZ»

Que trascribo a Ud. para su conocimiento y demás fines.

Dios guarde a Ud.

JUSTO PÉREZ FIGUEROLA.

## Nº 14

## No todos los Directores cesantes de un Museo Nacional pueden ser dueños de treinta cajones de huacos nasquenses

Lima, a 9 de Octubre de 1915.

I

Vista la solicitud del Arqueólogo Nacional Dr. en la Universidad de Harvard (U. S. A.) don Julio C. Tello; y

CONSIDERANDO:

Que los estudios que efectúa desde hace algún tiempo justifican su petición para traer a la capital el material que *ha recogido en los desmontes* dejados por los huaqueros en los cementerios de Nasca;

SE RESUELVE:

Conceder permiso al referido Dr. Tello, para trasportar

a Lima, *treinta cajones* conteniendo el citado material que se halla, parte en las haciendas de Nasca y parte en el puerto de Lomas.

El Dr. Tello queda obligado a exhibir esos objetos en alguna Corporación Científica de esta Capital y a no trasportarlos al extranjero.

Regístrese y comuníquese.—Rúbrica de S. E.—VALERA.

---

II

Confrontando los antecedentes, surjen las observaciones siguientes:

1º—El viaje premioso que impidió al Sr. Tello entregar a la Comisión receptora, el Museo Arqueolójico de su cargo, no fué otro que el motivado por la recolección de los millares de huacos nasquenses que, infrinjiendo resoluciones prohibitivas, hizo suyo i trasportó al puerto de Lomas. Allí estaba ya parte de este acaparamiento violatorio, cuando se pronunciaba la resolución que transcribo.

2º—Ni los huaqueros dejan desmontes, que valgan a veces como los relaves de las minas; ni los *arqueólogos nacionales* relacionados comercialmente con la Escuela de Medicina de Harvard, desde el año de 1911, tienen facultades de fakir, para transformarlos en contenido selecto i valioso digno de llenar treinta cajones.

3º—Entre los hacendados de Nasca figura don Carlos Belli como autor de un *Album histórico de la civilización Nasca, en la edad de bronce*, i no es allí el único de estas aptitudes arqueolójicas, si bien algo menos *nacionales* que las del Sr. Tello; porque éste es oriundo de Huarochiri, i peruano desde antes de la conquista española; al paso que Belli llegó a nuestras playas desde las del Adriático. Siendo coleccionistas todos ellos, i de excelente olfato, no es de creer que abandonaran al apetito foráneo, en la condición de desmonte, prendas dignas de estimación.

4º—¿Es admisible que, bajo la prohibición de los decretos supremos expedidos en los años de 1893 i 1911, las autoridades rejionales permitieran que, de dia o de noche, el Sr. Tello, movilizara sus 30 cajones de huacos, sin que una previa resolución suprema permitiera el trasporte desde *las haciendas* de Nasca? Mientras no se pruebe lo contrario, la carga llegó infractoriamente a Lomas.

5º—Hace siete años, esperamos que el Sr. Tello cumpla la obligación de exhibir su gran cargamento.......

6º—Ha lugar a la sospecha de que, ejerciendo la Dirección del Museo Arqueolójico nacional, el Sr. Tello se daba tiempo para organizar en Nasca excavaciones, de las cuales se proponia ser el único i exclusivo usufructuario, en fuerza i razón por cierto, de ser él etnográficamente el peruano mas antiguo i de mejor derecho, de cuantos nacieron bajo las banderas de Pizarro.

Si el Gobierno investigara si está cumplida la prohibición de exportar los tales cajones, ¿ qué resultaria......?

---

III

"El Comercio" de Lima del 21 de Julio de 1915 publicó el siguiente telegrama:

Pisco 18 de Julio.

*Federico Ego-Aguirre, Presidente Anticuarios*
*Lima.*

Tello haciendo grandes excavaciones Nasca, burlando gobierno prohibiciones pertinentes. Hable Ministerio, Dirección de Instrucción.

HEATON, *Delegado*

El Sr. Ego-Aguirre nos manifiesta que ya ha hecho las jestiones del caso, cerca del Ministerio de Instrucción.

IV

El decreto ministerial de 11 de Agosto de 1915, autorizó a la Aduana del Callao, para entregar al Sr. Julio C. Tello, *dos cajones de huacos* procedentes de Acarí, "en virtud de " alegar éste que no fueron extraídos del terreno, sino obse- "quiados a él por vecinos de Acarí."

---

## No. 15

## El diputado Corbacho defiende la autonomía del Museo contra un tutelaje universitario ejercido por el Sr. Tello

***

*Sesiona la Cámara de Diputados, presidida por el H. Sr. Francisco Tudela*

---

**El Sr. Presidente:** El H. Sr. Corbacho puede hacer uso de la palabra.

**El Sr. Corbacho.** Excmo. Sr: El pliego de Justicia con relación al Museo dice lo siguiente: "Acepta igualmente el aumento de 720 libras al año para el Museo Nacional, *en lo sucesivo encomendado al control y vigilancia de la Universidad.*

En este inocente renglón del Presupuesto nadie podría creer que se oculta una gran intriga, que se pretende llevar a cabo una gran injusticia sorprendiendo la buena fé del Presidente de la República que ha estado ausente del país, cuyo descenso moral ignora, y la sinceridad del espíritu noble e idealista del respetable Rector de la Universidad de San Marcos. Además, con la aprobación de esta partida se iniciaría una grave tendencia que es necesario ahogar a tiempo.

De propósito no quise ocuparme de ello en la discusión global del Presupuesto. Al hacerlo, habría tenido que hablar algunas horas, y traer a la honorable Cámara abundante documentación que reservo. Procedí así consecuente con los compromisos de la mayoría, y temeroso de que mi intervención retardase la urgente dación de la ley.

Revistiendo el asunto de que voy a tratar excepcional importancia, pido benévola atención a mis honorables compañeros; que por mi parte, procuraré ser explícito a la vez que sintético.

Excmo. señor: El Museo Nacional fué creado por el Dr. Pardo. Pues bien, Excmo. señor, se puso al frente de él a un sabio o reputado de tal, el Sr. Max Uhle, y su primitiva or-

ganización, bastante defectuosa, llevó al Museo a un verdadero fracaso. El señor Uhle no puso en práctica, ni dió a conocer sus condiciones de sabio: se dedicó a hacer y autorizar excavaciones en todas las zonas arqueológicas de la República, sin verdadero plan científico; llegó hasta el extremo de introducir una clasificación cronológica antojadiza de los objetos correspondientes a distintas civilizaciones.

Aquello dió lugar a una acerba crítica de distinguidas personalidades extranjeras. Recuerdo que el ilustre catedrático de Oviedo, el señor Altamira, al visitar el Museo, se detuvo delante de una vitrina en cuyo rótulo se leía: "*Civilización de Nasca, año 1400, antes de Jesucristo.* El maestro Altamira nos dijo irónicamente, contemplando los objetos contenidos en ella "*Esta fecha está equivocada: debe ser 1422.*" Pues bien, el sabio que por la simple condición de extranjero y de habérsele llamado sabio en discursos académicos, ya tenía patente de tal, no tardó en explotarla, resultando muy poco tiempo después de pedir sueldos adelantados, dueño de un palacete construido por él entre Lima y la Magdalena con valiosos materiales coloniales, y convertido en un verdadero Museo. Los denuncios que entonces se hicieron sobre la manera irregular de hacer excavaciones adoptada por el señor Uhle y sobre la desviación dada a los productos de ellas, no llevados al Museo Nacional, dieron lugar a la cancelación de su contrato. El hecho es que esos productos eran embarcados por terceras personas para un Museo extranjero.

En esa emergencia, el Presidente señor Leguía reunió en su despacho a un grupo de distinguidos miembros del Instituto Histórico, para consultarles sobre la persona que debería asumir la Dirección de ese establecimiento. Entonces estuvieron todos de acuerdo en que la única persona capaz por tener mas de cuarenta años de dedicación a los estudios históricos, literarios y artísticos, por sus especiales aptitudes en el cultivo de las artes gráficas, y reconocida contracción a este jénero de trabajos, era el señor don Emilio Gutiérrez de Quintanilla, de la Real Academia española, y miembro fundador del Instituto Histórico del Perú, el cual jamás había desempeñado puesto público, y al aceptar abnegadamente la invitación que se le hacía para salvar y reorganizar el mencionado Museo, exigió que constase en documento oficial el estado desastroso en que lo recibía. He leído ese documento que consiste en una acta suscrita por la comisión

de entrega, presidida por el distinguido catedrático de la Universidad y miembro fundador del Instituto Histórico, doctor don Carlos Wiesse.

Aun cuando el señor Gutiérrez de Quintanilla dedicó al puesto que se le confiaba toda su enérgica laboriosidad, tenia un grave defecto: no había pasado por la Universidad Mayor de San Marcos. Además, su pluma viril, independiente, lapidaria, ahora muchos años, habíale creado profundos rencores que revivieron. Es así como comenzó, durante el gobierno del señor Billinghurst una campaña contra él, dirigida por personas interesadas en hacerlo víctima, como he dicho, de viejos odios, a la vez que, como represalia, trabajaban por la vacancia del puesto.

Excmo. señor: ha dicho con mucha razón y talento el notable sociólogo peruano, doctor Mariano H. Cornejo, que el Perú es un pueblo enfermo, y digo yo que cuando los pueblos decaen se les enferma la memoria y pierden la voluntad y el carácter. Surjen entonces las malas pasiones, y los avances de la audacia atropellan y excluyen el verdadero mérito. Dentro de ese ambiente de calumnia, se vilipendia, y triunfan la envidia y la chismografía. Se inició en los diarios de Lima una campaña sistemática contra el Director del Museo, y como el Perú es indudablemente un pueblo enfermo, esta campaña alcanzó éxito, y en tales condiciones, por lo general, las gentes no piensan, ni razonan, y una campaña sistemática hecha en la prensa periódica, forma opinión y llega a convertirse la calumnia y la impostura en artículo de fé.

No pudiendo los enemigos del actual Director conseguir su separación, durante la época del señor Leguía, porque éste apreciaba sus méritos y la importante labor que hacía, recurrieron al gobierno del señor Billinghurst. Recuerdo mucho que el expresidente Billinghurst, hombre de vasta ilustración i de espíritu justiciero, que conocía muy bien a nuestros hombres de estudio y de valía, dijo en una oportunidad al distinguido literato señor Rómulo Cúneo Vidal: "Estoy asombrado, no tanto de la falta de solidaridad entre los intelectuales peruanos, sino de las malas pasiones, de los medios de que se valen para hacer víctima de odiosidades personales a un hombre de los méritos i conocimientos de Gutiérrez de Quintanilla." Y agregó: «Acabo de desahuciar a los que tal cosa pretenden, y les he dicho que Gutiérrez de Quintanilla sabe y vale, y no seré yo quien cometa la iniquidad de retirarlo del Museo, y antes bien cuenta con mi mas decidido apoyo.»

Meses después regresaba de los Estados Unidos un jóven médico, a quien un diario graduó de sabio arqueólogo, por haber estado año i medio en la Universidad de Harvard. Los enemigos del actual Director encontraron en él uno de sus mas activos colaboradores, el llamado a reemplazarlo, no obstante los poderosos motivos que tuvo en cuenta el presidente Leguía para nombrarlo. Entablóse asi una tenaz propaganda para prestigiar al uno con detrimento del otro, hasta arrancar al señor Billinghurst el decreto que dividía el Museo en dos secciones, entregándose la Dirección de una de ellas al joven sabio que *había sido acusado al gobierno anterior por haber faltado a las leyes y decretos que prohiben y penan la excavación, extracción y exportación de objetos arqueolójicos, enviando a los Estados Unidos una valiosa colección compuesta en su mayor parte de cráneos trepanados*, los mismos que habían sido materia de una conferencia sustentada por él en la Sociedad Geográfica.

El éxito aparente obtenido en ella, contribuyó a que el gobierno lo mandara a continuar sus estudios en la Universidad de Harvard, a la cual, por otra parte, *logró vender la mencionada colección en una importante suma de dinero*. Desempeñaba su empleo en el Museo, cuando llegó a Lima una publicación sobre arqueología y craneología peruana, hecha por el reputado director del Museo Antropológico de Washington, doctor Hardliska, en la cual afirma este sabio, en términos muy despectivos para el vendedor, que efectivamente esa Universidad compró la expresada colección de cráneos, «no estudiados», agrega.

Después el doctor Horacio Urteaga, que con talento y entusiasmo se dedica a estos estudios, denunció en el diario «La Crónica» y en ruidosa polémica, el *plagio* que el joven médico había hecho de la obra del sabio doctor Muñiz, obra poco conocida en el Perú, y que había sido publicada en Washington, por cuenta de la Universidad de Filadelfia.

Había necesidad de dejar pasar el tiempo para poder hacer un paralelo; para poner en una balanza los méritos del uno y los del otro. Entre tanto, el joven profesional se empeñó en una inícua campaña contra el otro Director, con la esperanza de exasperarlo y ocupar su puesto, campaña que se hacía dentro y fuera del Museo, hasta que llegó un momento en que el gobierno provisorio, fatigado por las especies que circulaban y de la queja de los diarios, nombró una comisión para que recibiese el Museo, en cumplimiento de la

orden de clausurarlo. Entonces Excelentísimo señor, la comisión compuesta de los doctores Wiesse, Patrón y Brenner, cumplió su cometido en las dos secciones del Museo. Tengo a la vista los respectivos informes. Segun ellos, el Director de la Arqueológca no hizo mas que destruir el inventario que había dejado el doctor Uhle y que era el único medio para constatar las existencias. Voy a leer el siguiente párrafo:

«El doctor Tello, por creerlo mas científico, había adoptado el orden de civilizaciones o estilos para la colocación de los objetos en las vidrieras; por lo cual las listas o inventario dejadas por el doctor Max Uhle, no pudieron servirnos para reconocer la ubicación de los objetos anteriormente ordenados, etc. En atención a lo expuesto, no nos fué posible comparar las existencias con las listas dejadas por el doctor Max Uhle, y, dado el corto plazo de que disponíamos, *por tener el doctor Tello que ausentarse de esta capital, tuvimos que conformarnos con una simple inspección ocular.»* Creo Excmo. señor, que esto no necesita comentarios. No me detendré mucho mas en analizar la labor del jóven profesional, porque existen numerosos y graves cargos, suficientes para apreciarla. Esa labor consistió en destruir la importante momia adquirida por el Estado, previo informe del sabio Pablo Patrón; en mistificar al público confeccionando otra momia con prendas de procedencia distinta, que se conservaban en vitrinas, siendo una de ellas un notable poncho de Nasca que yo cedí al Museo. Después de todo esto, viaja por diversas zonas arqueológicas, *emprendiendo clandestinamente excavaciones, cuyos productos no ingresaron al Museo.* Esto basta para declarar que los actos del profesional en el Museo fueron menos escrupulosos que los del doctor Uhle.

Veamos ahora lo que dice la comisión de la otra sección dirigida por el señor Gutiérrez de Quintanilla. Como el informe es muy largo, pues consta de cuatro páginas, me limito a leer los siguientes párrafos:

(El orador lee los artículos 1°, 2° y 3° del informe reproducido en la pájina 44 de este folleto, i continúa).

Excmo. señor: Ruego a mis honorables compañeros escuchen algo que nó sospechan:

(El orador lee los artículos 4°, 5° i 6° del informe de su referencia insertos en las pájinas 44 i 45 de este folleto).

El señor Gutiérrez de Quintanilla puso de manifiesto tres cajas de fototipos de objetos de cerámica arqueológica he-

chos por él antes de Junio de 1913, cuando ejercía la Dirección de ambos Museos. Presentó igualmente el catálogo que, en la misma época, hizo de la sección Tribus Salvajes, que forma parte del Museo Arqueológico, etc.

Excmo. señor: Parece inverosímil, porque no se concibe que un funcionario, combatido, ultrajado, vilipendiado i calumniado tanto, y a quien se le quita hasta la renta, resulte trabajando tranquila y silenciosamente, muy por encima de las miserias humanas, formando verdadero Museo, a impulso solo de la conciencia del deber. He aqui la labor de un hombre de mérito, de valor intrínseco, y que con la modestia que le caracteriza, incrementa el Museo en un *cuatrocientos por ciento*, es decir, que habiendo recibido cuatrocientos objetos entrega el Museo con dos mil doscientos veintidos. Este procedimiento, Excelentísimo señor, triste es decirlo, no es peruano.

El informe concluye así: «Tanto el doctor Wiesse como los demás miembros de la comisión *se manifestaron satisfechos del estado en que se encuentra el establecimiento.*

Admirado el gobierno provisorio, Excmo. señor, con este informe y haciendo honor a la justicia y al mérito, reabre el Museo, poniendo al frente de todo él al señor Gutiérrez de Quintanilla; pero sus detractores, fracasados en su empeño, ejercitan sus influencias ante la Universidad de Lima y en la prensa periódica, para conseguir que el doctor Javier Prado patrocine la idea de que el Museo sea sometido al control de aquella, como única manera de hacer efectivo el pretendido reemplazo de ese Director, y dar cabida en él a sabios de nuevo cuño y eruditos a la violeta, que de poco tiempo a esta parte elabora la Universidad.

No he de ocuparme de la intensa vida intelectual de don Emilio Gutiérrez de Quintanilla, pues es bastante conocida y apreciada entre los hombres de estudio. Sin embargo, llama la atención que una persona tan erudita, que tiene más de veinte obras inéditas, persona a la cual gobiernos e instituciones recurren cuando desean saber algo, haciendo justicia a su asombrosa erudición, sobre cualquier tema histórico, científico, artístico o literario, a quien se molesta en todo momento, y cuyo concurso es solicitado constantemente por instituciones extranjeras, resulte ser un extraño y un desconocido en su propio país. ¡Qué contraste, Excmo. señor, que una persona de estas condiciones sea desdeñada, y que no reciba otra compensación a sus méritos y a su intensa labor

Case 3:09-cv-01332-AWT Document 78-7 Filed 06/01/10 Page 14 of 19

intelectual, que la de ser arrojada a la calle, y en qué momentos! Cuando el presidente de la Unión Ibero Americana de Madrid, le comunica que el trabajo que a su pedido remitió fué leído el día de la Fiesta de la Raza, y grandemente aplaudido por numeroso y distinguido auditorio; cuando el comité ejecutivo del Centenario de la muerte de Cervantes, la colonia española de Buenos Aires, que se prepara a celebrar el centenario argentino, y los organizadores del primer Congreso Americano del Niño de la misma ciudad, le piden y reciben trabajos suyos.

Lo que pasa con don Emilio Gutiérrez de Quintanilla ha ocurrido con distinguidos peruanos, cuyos trabajos han desaparecido, como los del sabio Barranca, por el indiferentismo de los Poderes Públicos. Reaccionando contra esa tendencia, se formó en 1912 la Sociedad de Anticuarios Peruanos, para oponer todo el esfuerzo de un patriotismo desinteresado a la obra destructora de la Historia Nacional, emprendida en sus fuentes; para ofrecer amplio apoyo a los autores nacionales consagrados al estudio de la historia patria; para defender el prestigio intelectual y social que, por sus meritorias obras corresponde a éstos con mejor título que el fácilmente concedido entre nosotros al elemento extranjero; a fin de preservarlos no sólo de una oscura y penosa existencia, sino de la pérdida o el olvido de sus obras; dos desastres en que desapareció, como he dicho, la altísima personalidad del sabio peruano don Sebastián Barranca, y en que podrían perderse igualmente los intelectuales que hoy le sobreviven.

He tomado la palabra en nombre de esta sociedad, para defender el verdadero mérito contra la envidia, la farsa y la audacia; y creo haber llevado al ánimo de la Honorable Cámara el convencimiento en cuanto al importante pié en que se encuentra el Museo de Historia Nacional, y haber destruido con hechos y pruebas, la gran calumnia levantada contra él.

Voy ahora a ocuparme de la inconveniencia de que el Museo pase a la Universidad, porque yo creo, como ha dicho con mucha gracia el honorable señor Gamarra, que debe ser la Universidad la que debe pasar al Museo. (*Risas*). Es hecho que nadie pone en duda que el Perú atraviesa por una honda crisis moral, social, política y económica, y que esta aguda crisis ha arrasado con hombres e instituciones. Naturalmente, pretender que la Universidad de Lima con-

trole y vigile el Museo es suponer que la Universidad se ha escapado de la crisis; lo que no es cierto, pues al contrario, es factor principal de decadencia, como voy a probarlo.

Son muy pocas las instituciones que han salvado, una de ellas—hay que hacer justicia—es la Escuela de Ingenieros, instituto en donde la solidaridad entre maestros y discípulos es imponderable, la instrucción sólida, y en donde nada ni nadie ha podido turbar su severa disciplina. Otras han salvado, porque han tenido al frente un hombre de carácter y de bien, ajeno a nuestra política anodina y a las miserias del medio, como por ejemplo la Sociedad de Beneficencia, dirigida hoy por don Manuel Montero y Tirado y la Universidad del Cuzco, modelo de Universidades, porque tiene al frente al doctor Alberto Gieseke, ciudadano norteamericano quien la ha reorganizado completamente.

Frescas están aún las palabras del notable estadista señor Nicolás de Piérola, cuando, refiriéndose a la Universidad dijo: «Allí se enseña mal y se aprende peor, y sale con esa media ciencia que es peor que la ignorancia». Cuando aquello decía aquel eminente estadista, la Universidad no daba buenos frutos, porque naturalmente, su espíritu conservador, la falta de orientaciones y el empleo de viejos métodos que no encuandraban en el espíritu del siglo, la colocaban en una situación desventajosa, a pesar de que entonces la Universidad tenia un Ribeyro, un Villarán, un Chacaltana, un Barranca, un Emilio del Solar, un Heredia, un Miguel Antonio de la Lama, un Alarco, un Villar, un Isaac Alzamora, y otros no menos notables maestros. Mas desde aquella época al presente, una grave enfermedad, la gangrena de la política, a la que debe el país su postración, la había contaminado. Hemos visto las fluctuaciones de la política se reflejaban tanto en ella, como en el Centro Universitario. Constantemente los diarios han dado cuenta de manifestaciones hostiles, que el vulgo llama silbatinas, que sufrieron los señores catedráticos doctores Deustua, Cornejo, Capelo, Salomón, Fuentes, Curletti y otros, cuando el momento político les era desfavorable. Fresco está todavía el recuerdo de aquel movimiento político que con el nombre de «Voto popular» tuvo lugar en Lima, y a cuya cabeza se puso el muy distinguido y hábil catedrático doctor Javier Prado, guiado por sus notables ideales, y muy justas espectativas.

Ese movimiento político, en que la Universidad, sin careta y en forma franca intervino, la anarquizó y dividió entre

si a catedráticos y alumnos. La Universidad en esos momentos, si se me permite la frase, sin ofender naturalmente a los muy distinguidos catedráticos compañeros nuestros, parecía entonces un club electoral. No es un misterio que, como consecuencia de esta situación anárquica, un grupo de catedráticos pretendiera la separación de la Universidad, de nuestro compañero el doctor Salomón, por haber cometido el delito de haber venido herido y en camilla al Congreso, en cumplimiento de un deber sagrado, a sostener los derechos de entonces de la mayoría del Congreso. Si esto no es política yo no sé como se le llame. El contagio de ella alcanzó también al Centro Universitario, como todos sabemos; pues sus juntas directivas han estado y están en relación con los movimientos de la política, a pesar de que ofrecieron en el Congreso Estudiantil no intervenir en ella.

Hemos visto que a la subida del señor Billinghurst la junta era billinghurista; el 4 de febrero, benavidista; el 15 de mayo, bloquista; y por último el 18 de agosto, pardista.

Mucho se ha hablado y se habla sobre el estado de decadencia en que se encuentra la Universidad de Lima, y si no fuera por el respeto, por la veneración que como amante de la historia y de la antigüedad, tengo por la Universidad Mayor de San Marcos; si no fuera porque deseo verla gozando de su antiguo prestigio, yo callaría, Excmo. señor; pero no debo hacerlo, y antes bien, indicaré sus yerros, a fin de que recobre su antiguo esplendor.

Yo soy admirador del talento del actual Rector de la Universidad; tengo fé en que él podrá encauzarla, darle orientación; pero también reconozco que su espíritu idealista lo aleja demasiado de nuestra realidad; que es necesario que se le haga pensar en que no siempre se pueden llevar a la práctica ciertas reformas, porque entonces se va al fracaso. Yo no creo en la crisis del alumno, como se dice; yo creo en la crisis del catedrático, y debo con un espíritu de hidalguía y de justicia, declarar que no considero, al referirme a esta crisis del catedrático, a los muy estimables y distinguidos miembros del Congreso que regentan cátedras en la Universidad, ni á muchos otros que merecen toda consideración y respeto. No es esto una adulación; no, este es un hecho que el público reconoce haciéndoles justicia. Nadie puede negar que en el Perú la decadencia es un estado social; que es un deber no silenciar el mal, a fin de que venga la reacción: ella se impone, y vendrá.

Es un hecho, como ya lo ha denunciado aquí, aunque veladamente, nuestro compañero, el honorable señor Salazar y Oyarzábal, el estado clamoroso de la organización interna de la Universidad. Allí los concursos son ilusorios; allí predomina la oligarquía; los que no pertenecen a cierto círculo político, o los que no están bajo ciertas influencias, no pueden ser catedráticos. El catedrático en todas partes del mundo, es el maestro que dedica todas sus energías a la enseñanza. En el Perú, la cátedra es un medio de vida, es un renglón mas en el presupuesto personal, y de esto se lamenta profundamente toda la juventud universitaria. Hay catedrático que regenta tres cátedras, reduciéndose su asistencia a la Universidad a un mero paseo por los salones. Otros que llevan un texto a la cátedra y se dedican a leerlo durante el año, cuando no explotan a los alumnos por medio de la venta de copias, o dando por paga lecciones a domicilio. Hay algo mas curioso aún, una evolución original de alumno a catedrático. Se sale de la Universidad para ser catedrático, y aun cuando en señalados casos reconozco talento, casi siempre domina en ellos la influencia política, lo cual es perjudicial en sumo grado, y causa entre otros males la falta de disciplina en la Universidad. Se ve oponerse en concurso a distinguidos profesionales llenos de conocimientos y experiencia, y ser derrotados por jóvenes recien salidos de aquella, porque carecían de influencias, y por no existir en la Universidad espíritu de equidad y justicia. Hay catedráticos que empiezan el curso en junio, desatienden la cátedra, concurren de vez en cuando a ella, y en noviembre recargan a los alumnos con las numerosas lecciones atrasadas. La verdad es que, exceptuando a algunos distiguidos catedráticos cumplidores de su deber y Facultades como la de Jurisprudencia, se puede decir que los alumnos son víctimas de malos catedráticos que por lo general saben menos que ellos.

No es posible, pues, que en estas condiciones, la Universidad pretenda controlar a otras instituciones que están en mejores condiciones que ella. Dice el diario «La Prensa» en un bien meditado editorial, al criticar las hermosas y brillantes ideas del Rector de la Universidad de Lima: «¿En qué podría fundar la institución universitaria el derecho de dirigir o controlar los colegios nacionales de instrucción media y la Escuela Normal de Varones? ¿En una mejor idoneidad para el profesorado? ¿En la impecabilidad de costumbres de sus catedráticos? Frescas están las denuncias hechas en los

Case 3:09-cv-01332-AWT Document 78-7 Filed 06/01/10 Page 16 of 19

diarios de esta capital, y llevadas al seno del Parlamento, durante la última Legislatura Ordinaria, sobre incorrecciones bochornosas de algunos catedráticos en el uso y abuso de copias manuscritas para el estudio de los cursos universitarios. Y a la vista de todos se halla la composición misma del actual cuerpo docente, en donde campea, de manera incircunspecta, un grupo de amigos y protegidos recíprocos, que comienza por repartirse los interinatos, y concluye por adjudicarse las cátedras en propiedad, mediante un simulacro de concurso. ¿Cómo se puede exigir idoneidad en un grado inferior de la enseñanza pública, cuando no es siempre la capacidad fuente de derecho para la colación de grados o para la adjudicación de cátedras en la misma Universidad Mayor de San Marcos? Si se quiere influir decisivamente en la instrucción pública, se debe, pues, comenzar por reformar los métodos y las costumbres que vician la misma educación universitaria. Que comiencen los catedráticos de San Marcos por ser severísimos consigo mismos, sometiéndose a ese control pedagógico que quiere imponer el doctor Prado; que reformen su reglamento para la provisión de las cátedras de modo tal que no sean ellos solos y sus familias los que provean las vacantes.»

Excmo. señor: Tristes son los frutos de una Universidad en decadencia. Se convierte en fábrica de ilusos, visionarios y soñadores, incapaces para la lucha por la vida, que van de fracaso en fracaso, para ser más tarde políticos intrigantes, o tinterillos de mala ley. Semejante Universidad es impotente para extender su acción sobre otras instituciones.

No hay duda, Excmo. señor, que el país necesita en lugar de sociólogos y filósofos, hombres de acción y de espíritu práctico, Escuelas de Artes y Oficios, de Agricultura, de Industrias, contadores, en donde se formen hombres del tipo Leguía, Fernandini, Larco Herrera; hombres que sepan arrancar a la tierra sus tesoros en la lucha por la existencia, capaces de surgir por sí solos.

Yo admiro el talento y la cultura del doctor Javier Prado, cuando leo sus disertaciones. Comprendo que es un espíritu superior al medio, pero que vive en la república de Platón. Por lo mismo, lamento que sus ideas sean inconvenientes por ahora. La Universidad de Lima no está en condiciones de controlar nada mientras no se reforme a sí misma. De lo contrario, pretende ejercer un monopolio odioso. Tengo que hacerle graves cargos, y refiriéndome al Museo Raimondi pregunto ¿qué cuenta da de él? He constatado personalmente su estado desastroso. Sus mejores piezas han desaparecido. Ese Museo está hoy reducido a un cuarenta por ciento de lo que Raimondi dejó. Si no se ha perdido totalmente, es porque el actual decano de la Facultad de Medicina, doctor Odriozola, tuvo el buen tino de encomendar al sabio geólogo don Carlos Lisson, su arreglo, el cual ha quedado inconcluso por falta de dinero. Ahora está clausurado y entregado a la polilla.

¿Qué ha hecho la Universidad por el el Jardín Botánico? Creado exclusivamente para fines científicos, está alquilado, y su arrendatario anuncia por los diarios que vende coronas y aparatos florales, siendo impotentes los esfuerzos del notable botánico de la Escuela de Agricultura, para conservarlo dentro de sus propios fines.

¿Qué ha hecho la Universidad con los importantes trabajos del eminente publicista, diplomático, literato e historiador doctor don Félix Cipriano Coronel Zegarra, quien dedicó treinta años de su vida a la historia nacional, y tuvo el alto honor de presidir el Primer Congreso Pan Americano, nada más que por sus méritos personales, como lo declaró el Secretario de Estado, Mr. Blaine? Pues bien, desgraciadamente para la historia nacional, han desaparecido de ella esos trabajos, inéditos todos, que le fueron cedidos tan generosamente por su muy respetable viuda. Esto es bastante grave, y para juzgarlo mejor, véase lo que decía el doctor Alzamora al recibir la donación como Decano de la Facultad de Letras: «Lima, agosto 12 de 1898.—Señor Enrique Coronel Zegarra.—La Facultad de Letras ha aceptado con viva satisfacción, la donación que en su favor ha hecho la Sra. Ifigenia Salinas viuda del señor doctor Félix Cipriano, manuscritos inéditos de su ilustre y malogrado esposo; trabajos que corresponden a una obra extraordinaria sobre la historia literaria del Perú, a la que el doctor Zegarra consagró treinta años de ejemplar estudio y labor intelectual, etc.—Isaac Alzamora». Este importante caudal, esta labor de treinta años del doctor Zegarra ha desaparecido de la Facultad. A los diez y seis años de entregado se nombra una Comisión para que informe sobre su importancia, la cual se expresa así: «Señor Decano de la Facultad de Letras: La Comisión nombrada para informar sobre los papeles del señor don Félix C. Coronel Zegarra, existentes en esta Facultad, cumple su cometido después de un minucioso examen de di-

chos papeles. Suponían los miembros de la Comisión, antes de comenzar su trabajo, que se encontrarían varios de los capítulos de la historia de la literatura peruana en que, según público y autorizado rumor, se ocupaba el señor Coronel Zegarra; pero no han hallado ninguna parte definitivamente redactada, y sí solo materiales discontinuos, etc». Después de una reseña de clasificación se dice, concluyendo el informe: «Los apuntes de bibliografía han perdido mucho de la novedad e interés que pudieron tener cuando los hizo Zegarra, por la posterior publicación de los trabajos de René Moreno y José Toribio Medina. Examinar lo que en ellos y en los otros fragmentos que hemos enumerado, puede todavía encontrarse de aprovechable, sería tarea por demás prolija y nimia. Son retazos de utilización muy problemática. Opinamos que podrían entregarse dichos apuntes a un erudito profesional con la formal y expresa condición de confesar, cuando los aproveche, su procedencia».

Parece inverosímil que los valiosos manuscritos inéditos y la labor de treinta años a que alude el doctor Alzamora, se hayan convertido en la Universidad en retazos de utilización problemática, y que hayan servido y sirvan para producir tésis luminosas!

¿Cómo explica la Universidad el hecho escandaloso de hallarse en Buenos Aires libros de su biblioteca y marcados con su sello? ¿Qué razón da ella de los seiscientos y más volúmenes que estuvieron empeñados en dos conocidas casas de préstamo de esta ciudad, en más de mil quinientos soles?

Ahora pregunto: ¿qué ha hecho la Universidad de Lima por Barranca y sus obras? Tengo una fotografía del triste entierro de aquel sabio que debido al generoso clamor de un extranjero, se libraron sus restos de ir a la fosa común. La Universidad de Lima había olvidado a su esclarecido catedrático.

¿Qué ha hecho esta Universidad por el notable y erudito historiador don Manuel González La Rosa, cuando volvió de Europa valetudinario y pobre, después de cincuenta años de ostracismo? Excmo, señor: don Manuel Pardo envió a este historiador a Europa para que continuara sus estudios históricos. Desaparecido el ilustrado Gobierno del 72, La Rosa quedó en Europa desamparado y olvidado. Debo decir algo que la generalidad ignora, González La Rosa dedicaba todas sus energías, todos sus entusiasmos a escribir la historia del descubridor de América, y durante cuarenta años que

vivió entre bibliotecas y archivos europeos, llegó a producir una obra monumental sobre Cristóbal Colón. Pero, ¿cuál fué el fin de esa obra? Duro es confesarlo, pero necesario que se sepa, la obra de González La Rosa sobre Colón tuvo que venderla por la miseria en que se encontraba, en dos mil francos a un señor Vigneau, quien se ha inmortalizado con la obra de nuestro compatriota. El pobre González La Rosa regresó al Perú cuando nadie sabía que existiese, y la muerte lo sorprendió dando a la publicidad por entregas la famosa obra del Padre Morúa sobre los Incas.

Permítame, Excmo. señor, que agregue un dato que olvidaba y que prueba las tendencias de ciertos catedráticos.

En documento universitario se habla de la solucitud en que el Decano de la Facultád de Letras propone que se supriman las vacaciones de medio año o sport, porque interrumpen la labor científica, y también la adaptación psicológica a las altas elucubraciones filosóficas. Este enunciado manifiesta un espíritu conservador retrogresivo, quietista, contrario a las nuevas orientaciones. Suprimirlos, cuando debieran multiplicarse; y esto en contradicción con otros pasajes del mismo documento en que se recomienda la conveniencia de ellos. Es bien sabido que Roosevelt, ha dicho a los jóvenes estudiantes de las Universidades americanas: más foot ball, y menos Pandectas.

Antes de concluir, considero necesario llamar la atención de mis honorables compañeros sobre que el monopolio que pretende ejercer la decadente Universidad de Lima es sumamente absurdo, porque una Universidad que se halla en estado de reformarse, no haría sino contaminar a otras instituciones, y llegaría un momento en que la Instrucción Pública del Perú y todos los institutos que se pusieran bajo su control, resultasen convertidos en un gran organismo político electoral. Además, considero que es odioso, porque he notado cierta tendencia, cierto espíritu despectivo para todos aquellos que no han pasado por sus aulas, como si fuera de ellas no pudiese haber genio, talento, aptitudes, abnegación y patriotismo.

El Museo, Excmo. señor, es fuente de la historia, y si vemos la estadística, los que más han hecho por ella no han pasado por la Universidad; ni han necesitado el requisito de doctor para ser buenos historiadores. Los miembros del Instituto Histórico, en un sesenta por ciento, no son doctores. Entre los que algo han hecho por la historia, tenemos al Ge-

Case 3:09-cv-01332-AWT Document 78-7 Filed 06/01/10 Page 18 of 19

neral Mendiburu, que nos ha legado un gran Diccionario biográfico; al coronel don Manuel de Odriozola, autor de una importante colección de documentos para la historia, a don Modesto Basadre, don José Antonio de Lavalle, don José María Córdoba y Urrutia, don Ricardo Rossel, don Pedro Paz Soldán y Unanue, don Enrique Torres Saldamando, don Domingo de Vivero, don Marco Aurelio Cavero, don Rosendo Melo, don Arnaldo Márquez, y muchos otros que no han necesitado patente universitaria. No quiero remontarme a otras épocas, porque sería interminable; pero en la actualidad tenemos, Excmo. señor, un distinguido hombre público e historiador que en día aciago perdiera el esfuerzo de veinte años, al ver desaparecer en el incendio del 95, su historia documentada del Perú: el señor don Eugenio Larrabure y Unanue, actual presidente del Instituto Histórico.

Tenemos a don Emilio Gutiérrez de Quintanilla, actual Director del Museo, de cuya competencia y erudición es inútil hablar más, y que descansa en cuarenta años de dedicación; a don José Toribio Polo, con cincuenta años de consagración y autor de importantes estudios históricos la mayor parte inéditos; al respetable anciano *D. Ricardo Palma*, que se ha inmortalizado con sus «Tradiciones Peruanas»; a don Luis Ulloa, actual director de la Biblioteca, dedicado quince años a la investigación histórica en los archivos españoles y autor de eruditísimos trabajos de historia diplomática; a don Carlos A. Romero, que continúa aun de Conservador de la Biblioteca después de treinta años, con un miserable sueldo, autor de una obra monumental sobre la arqueología de Lima, que mereció el honor de ser invitado por el Congreso Histórico de la Exposición de San Francisco para que fuese a dar tres conferencias ofreciéndosele mil soles para los gastos de viaje. Este mismo señor fué llamado al Ministerio de Instrucción para ofrecérsele una clase de historia en el Colegio de Guadalupe, y como él manifestara entonces no ser *doctor, ni bachiller*, se le dijo: ¡Ah, usted no puede enseñar historia! Tenemos a don Carlos Prince, respetable anciano que se ha dedicado medio siglo a la bibliografía peruana, y es autor de importantes obras inéditas; a don Juan Salaverry, autor de notables trabajos sobre el Perú Independiente, después de cuarenta años de investigación y muchos otros que sería largo enumerar.

He aquí una tendencia que es necesario combatir. No es posible que existan en el país hombres del mérito y el saber

de los nombrados, y que como profesores de historia y de arte serían irreemplazables en cualquiera universidad del mundo, y que por *no ser doctores*, por no pertenecer a la Universidad de Lima, sean excluidos, desdeñados y olvidados, cuando no combatidos. Esta es la tendencia que debemos ahogar, como lo dije al principio; porque, además ofende sobre manera la memoria de muchos hombres ilustres que prestaron al país eminentes servicios, sin haber necesitado para ello pasar por los claustros de la Universidad de San Marcos. Entre los gobernantes, el genio del general Castilla que supo conducirse como pocos en el Poder; el espíritu honrado, y laborioso de don José Balta; el de un Manuel Pardo, que se inmortaliza por sus esfuerzos en pro de la instrucción pública; un estadista como Piérola, un gran patriota como el héroe de la Breña, y un ciudadano eminente que paga en el ostracismo sus patrióticos esfuerzos, que previó la importancia del submarino, para la defensa nacional cuando el mundo lo ignoraba y cuyos planes fiscales más o menos mutilados, han venido después a esta Cámara a aprobarse por los mismos que los combatieron desenfrenadamente.

Todo esto prueba que para realizar el bienestar de la nación, no se necesitan grados universitarios; y por todo esto creo, Excmo. señor, que la honorable Cámara debe acompañarme con su voto, como una satisfacción a la memoria de los Coronel Zegarra, los Barranca, González La Rosa, y como un estímulo para sus continuadores, principalmente para el actual Director del Museo Nacional, quien en el silencio de su retiro, a pesar de la campaña emprendida contra él, ha sabido cumplir con su deber, incrementándolo en un cuatrocientos por ciento, sin disponer de renta, y cuando todo el mundo se decía: «el Museo está perdido».

No dudo, pues, Excmo. señor, que el Congreso, en vista de la exposición que he hecho, reaccionando e inspirándose en un alto espíritu de justicia, resuelva que no se innove en la condición en que actualmente existe el Museo Nacional, manteniéndose la renta que se le fija en el Presupuesto.

**El Sr. Presidente.**—Se va a votar el pedido formulado por el honorable señor Corbacho. Los honorables señores que acuerden que se mantenga la partida correspondiente al Museo, en la forma indicada por el honorable señor Corbacho, se servirán manifestarlo.

(Votación).

**El Sr. Presidente.**—No ha sido clara la votación.

Case 3:09-cv-01332-AWT Document 78-7 Filed 06/01/10 Page 19 of 19

El **Sr. Jiménez.**—Ruego a V. E. se sirva expresar qué diferencia hay entre la moción del honorable señor Corbacho y el dictamen de la Comisión de Presupuesto.

El **Sr. Corbacho.**—Lo único que dice es que pasa a la Universidad.

El **Sr. Jiménez.**—Excmo. señor: Considero que al debatirse el Presupuesto General de la República, no puede enfrentarse este gran problema de la orientación de nuestra intelectualidad. Lo que necesitamos es asegurar la vida del Museo Histórico, votando la partida con que debe sostenerse. Considero, pues, que el honorable señor Corbacho quedará satisfecho con tal que se diga: se vota para el Museo Histórico tal cantidad de libras al año.

El **Sr. Salazar y Oyarzabal.**—Yo, Excmo. señor, voto a favor de la subsistencia de la partida en la forma indicada por el honorable señor Corbacho, porque es tendencia liberal la de no establecer el monopolio de unas instituciones sobre otras.

El **Sr. Presidente.**—Los honorables señores que acuerden se incluya la partida en la forma indicada por el honorable señor Corbacho, se servirán manifestarlo, poniéndose de pié.

(Votación).

El **Sr. Presidente.**—Han votado a favor 47 honorables señores, y en contra 21; ha sido aprobado el pedido. (*Aplausos*)

El **Sr. Jiménez.**—Y ya que hablo de esto, permítaseme hacer un descargo para mi reputación profesional. Yo fuí objeto de todas las críticas y censuras porque clausuré el Museo. Lo clausuré porque no habia recursos y porque existia una lucha terrible entre el señor Tello y el señor Gutiérrez de Quintanilla. Cuando se eliminó uno de esos elementos y vino la calma, entonces reabrí el Museo y lo devolví al país, dejando constancia de esto: que aquí se preocupan mucho de atacar a los hombres públicos y de hacer campaña a este respecto; pero que siguen desiertas las salas del Museo y que nadie va a visitarlo (1).

[1] *Diario de los Debates.* Segunda Lejislatura extraordinaria de 1915. Sesión del miércoles 5 de Enero de 1916. Páj. 420 a 440.

## Nº 16

## El Sr. Tello me pone otra vez en la picota

En espíritu me trajeron i llevaron el 5 de Enero de 1916, las pasiones arremolinadas sobre mi cabeza, cual si la mía fuera la de otro Sejismundo, solo por el delito de haber nacido sin el asentimiento previo, es verdad, de los Poderes nacionales:

«Bastante causa ha tenido
Vuestra justicia i rigor.»

Mi nombre i mi apellido cebaron ese dia la discusión en uno de los Palacios Lejislativos. Me dejaron ¡ai de mi! hecho una criba, sin que fuera parte a evitarlo el nobilísimo alegato que pronunció el H. Sr. Jorje M. Corbacho. Si me hallara de cuerpo presente, ese fuera el dia de mi crucifixión en soledad sin precedente, seguramente, porque en el Perú no hai Dimas, ni Jestas que me acompañaran en tal trance.

***

*Sesionando la Cámara de Diputados el 17 de Septiembre de 1918, se pronunciaron los discursos siguientes:*

El **Sr. Tello:**—Por eso yo podría asegurar que si algun dia se realizara la organización verdadera, única y apremiante que exige el Museo Nacional, el doctor Prado y los coleccionistas particulares no tendrían inconveniente en devolver a la Nación lo que legítimamente le pertenece. Si hoy no lo hacen es porque el Museo no ofrece garantías; porque se halla dirigido por un *músico* que no tiene la menor noción de lo que significa la administración de un museo y que como nunca ha salido del país, jamás ha visto un museo en su vida; y por último, porque parece poseer una constitución orgánica adversa por completo a todo interés científico. (*Desde la barra: Aplaca, señor, tu ira!*)

El **Sr. Corbacho:**—Desgraciadamente no tengo a la mano el proyecto que me propongo presentar sobre la conservación de nuestros monumentos históricos. Es muy notorio