— 76 —

que hace algunos años me dedico a defender nuestros yacimientos y tesoros arqueológicos. Mi labor tuvo por consecuencia la cancelación de los contratos del doctor Uhle y del Comandante Berton de la misión francesa. Deseando dar a mi acción mayor amplitud y eficacia, formé la *Sociedad de Anticuarios.*

En cuanto al Director del Museo, tengo que hacer una rectificación, dando lectura al juicio que le merece al Rector de la Universidad de San Marcos la respetable personalidad de don Emilio Gutiérrez de Quintanilla. En honor, en justicia y en homenaje a uno de los intelectuales mas eruditos y mas dignos de la estimación del país, pido, señor, que consten en el acta, y se publiquen, las frases en que el doctor Prado, con pluma maestra, perfila a esa personalidad, en justo y admirable estudio sobre «*El genio de la lengua y de la literatura castellana*», inserto en el segundo volumen de la Revista Universitaria, correspondiente al 4º trimestre de 1917, página 614. He aquí las frases del doctor Prada, en su noble y apologético juicio: «Pertenece a la generación de González Prada, un eminente cultivador de las letras, erudito, así mismo de profunda y vastísima cultura, Emilio Gutiérrez de Quintanilla, literato, historiador, arqueólogo, crítico, de una infatigable, enorme y esmeradísima producción de imperecedero valor. Su clasicismo literario, que llega aun al arcaísmo de la mayor pureza en la lengua castellana, la que domina al extremo que en su colección de novelas cortas, se propuso, como el gran Montalvo en el Ecuador, revivir en su riqueza y primor original, el genio y la hermosura del idioma y del arte de Cervantes; y con igual profundía maestría que la lengua, domina la crítica literaria y artística, la historia y la arqueología.» (*Aplausos.*)

El Sr. Borda: Permítame el señor Corbacho que solicite de la Mesa me conste con el concepto adherido a su pedido. Yo no me di cuenta de que se trataba del señor Gutiérrez de Quintanilla. Al decir el señor Tello que estaba a cargo del Museo Histórico un músico, pensé que era alguna otra persona, yo creía imaginaba que pudiera referirse al señor Gutiérrez de Quintanilla, quien si se dedica a la música, eso no impide que sea capacitado; pues si el señor Corbacho, uno de los hombre mas capacitados, se dedicaban a todo, pues, y una de las mas legítimas glorias nacionales. (*Aplausos prolongados.*)

El Sr. Tello:—Pido la palabra.

El Sr. Presidente:—El señor Tello puede hacer uso de la palabra.

— 77 —

El Sr. Tello.—Cuando hice alusión al Director del Museo Histórico, no fué mi mente ocuparme en lo menor de esta persona; mi propósito fué referir simplemente a la Cámara que el Museo Nacional se hallaba dirigido por desgracia por un analfabeto en la ciencia de administrar museos. Y esto no creo que pueda herir al señor Quintanilla, quien a pesar de la opinión del doctor Prado, lo considero como un analfabeto en materia científica, aunque tal vez una lumbrera en otra clase de conocimientos, o un ser excepcional que posee a la vez todos los conocimientos humanos. En mi concepto humildísimo se trata no sólo de un individuo inútil sino nocivo para el desenvolvimiento de esta institución destinada a custodiar las sagradas reliquias de la Nación. (*Desde la barra: Considerad, que no le fué dado impedir, que el orador venilera en los Estados Unidos, ocho grandes telas de Mausa, en 500 idólares cada una. El analfabeto no le quita, pues, el pan...*) El analfabeto no le quita, que el oraddor venilera en los Estados Unidos, puede tener cabida en un museo de fieras, donde sólo hay un analfabeto con el decorativo, que no tiene mas oficio que recibir un salario del Gobierno y extraer una peseta a cada curioso que desea solazarse en la contemplación de ese hacinamiento vergonzoso de objetos, sin orden y sin disposición que permita comprenderlos.

El criterio que en esta clase de instituciones predomina, no es y no puede ser otro que el criterio biológico; y no puede poseer este criterio un analfabeto en materia zoológica; un crítico de obras de arte, un literato gongórico, un erudito enciclopédico nutrido con la literatura española y el almanaque de Gotha. Un hombre de tan portentosa erudición enciclopédica ¿será verlo lo que tiene a su lado, (*Desde la barra: No es cierto, ¡al nudo...!*) del enciclopédico ¡gongórico no estaban los 80 cajones de huacos del señor tesoro, un erudito, pues, llevó a LONJCULAS tierras. El analfabeto no le quita, pues, el pan.........) lo que sólo requiere la observación y estudio honrado de modestas inteligencias.

En esta época no hay ya cerebros enciclopédicos; sólo los espíritus ilusos creen todavía en los gigantes. La ciencia es muy vasta y el puesto no hay ya hombres que, con la antigüedad, se dedicaban a todo; por tanto, los cuerpos eran un cosmos de conocimientos, la época presente exige todo aquel que desee llevar a cabo labor efectiva, que se especialice en algun sentido.

El Sr. Corbacho.—Yo solicito que se pida informe al Go-

Case 3:09-cv-01332-AWT   Document 78-8   Filed 06/01/10   Page 2 of 21

— 78 —

bierno sobre la labor del señor Gutiérrez de Quintanilla, y que se publiquen los informes que emita el Director del Museo.

El Sr. Tello.—Que se publique todo, a pesar de que el país entero está al tanto de quién es el señor Gutiérrez de Quintanilla. Yo de propósito no he querido referir lo que el señor Corbacho dijo en otra ocasión. Cuando se lean los informes solicitados, tendré ocasión de probar y hacer ver que no hay una palabra, una sola sílaba de verdad en las afirmaciones que el señor Corbacho hizo en la Cámara (1). Ya llegará la oportunidad, por muy mortificante que sea para mí, de explicar a la Cámara las inculpaciones que se me han hecho.

El Sr. Pinzás.—Señor Presidente: El señor Tello bien sabe que la ciencia es impersonal; de manera que al hablar de ciencia, no habría para qué referirse a las personas. Después de las declaraciones que ha hecho, la Cámara ha quedado convencida de que entre él y el Director del Museo existe un abismo de odio; porque si la ciencia inspira, también inspira el odio. Yo quiero que quede constancia de este hecho: que entre el Director del Museo y el señor diputado, existe un abismo de odio y que por lo tanto son apasionadas las afirmaciones del señor diputado.

Dejando este asunto de lado, yo me inclino a que el proyecto pase a Comisión, porque seguramente su debate no va a terminar, desde que tenemos que modificar radicalmente todos los artículos. Prescindiendo del interesante discurso del señor doctor Tello, que nos ha ilustrado bastante sobre asuntos de arqueología, antropometría, y de geología; nosotros necesitamos resolver este asunto con un criterio netamente científico, la Cámara no está preparada en este momento; de manera que es necesario que el proyecto se estudie por una comisión técnica y que ella emita su dictamen, precisamente para no incurrir en los vicios que con tanta razón atribuía el señor diputado a nuestro modo de ser, y a nuestra falta de espíritu y a nuestra falta de concepto científico. De manera, pues señor, que es una verdadera necesidad, la de que la Cámara disponga que este proyecto pase, a, Comisión; y así lo pidó francamente.

— 79 —

## Nota de la página 78

(1) Desde la barra, Señor Presidente: Aun cuando la honra no tiene voz ni voto, permítaseme leer la siguiente carta que desautoriza lo que el orador dice en este momento:

Señor Director de "El Tiempo":

Alguien me dió a leer el manuscrito que en servilismo, flamó iban el señor Julio Tello, acerca de la renuncia de la Dirección del Museo de Arqueología Nacional, que el señor Menos acota de presentar al Gobierno.

Torpemente se ha revelado, el señor Tello olvida en un momento que él es el legítimo profeta de la arqueología peruana, para acreditarse de sabihondo i persona fina, quitando al señor Menos el mérito de reprobar a la ignorancia, como corresponde a un verdadero profesional, para informar al público de que ese mérito no es suyo, sino mío, por haber yo fundado aquí, el año 1912, i con los fines expresados en el respectivo decreto, una Academia de Artes gráficas, con cuya labor se habría frustrado aquí todo entretenimiento.

La mía, libre el señor Tello, era una completa, porque en ella se enseñaba honda física...... ¿Acaso el Quillki, el Tumliki, i tantos otros de que puede darle noticia?

No habría sido despropósito, señor mío, enseñar el arte correspondiente en todos los pueblos de la tierra, i en todo tiempo fué i es, intérprete del sentimiento religioso, justo, con el genuino, i imperio social.

El único baile un enseñado en la Academia que yo fundé, me sirvió inútilmente, i de la Defensa, que el señor Tello, con mejor acuerdo, debiera hacer; no hace en respuesta a los ocho cargos que oficialmente formulé contra él, en mis comunicaciones de 26 i 29 de Setiembre de 1918, revelándose por el Ministerio en el terreno penal.

Razono claras en la discusión, i publícalas en La Prensa, a público al infrascrito, mientras que no se limpie de las responsabilidades que entretanto le imponen abierto.

De usted, señor Director, muy atento y S. S.

EMILIO GUTIÉRREZ DE QUINTANILLA.

Lima, 11 de Marzo de 1921



## Nº 17

## Que la conciencia manchada baje el moño

SS. DD. Carlos Borda, Teobaldo Pinzás i Jorje M. Corbacho.

Lima, 18 de Setiembre de 1918.

Mui distinguidos señores:

Gratísima sorpresa me trae la noticia de que en la sesión celebrada ayer, en la H. Cámara, cuyos dignísimos miembros son, tuvieron Uds. la espontaneidad jenerosa de honrarme con apreciaciones en extremo benévolas, noblemente dirijidas a quebrantar el golpe preparado contra mí, por el conocido enemigo sobre quien pesan:

1º—Las desfavorables conclusiones de la Comisión nombrada por el Supremo Gobierno, en 26 de Marzo de 1915, para recibir la parte arqueolójica de este Museo, que él entregaba como jefe cesante.

2º—La destrucción de la notable momia de la Colección Cáceres adquirida por el Museo.

3º—La desaparición de la valiosa obra impresa en Frankfurt el año de 1619, intitulada: *Der erste Theil Americae oder Der Historien Hier. Benzoni Das dritte Buch. Frankfurt 1619.* (Nº 158, folio 7 del libro rejistrador «Biblioteca»).

4º—La desaparición del platillo pornográfico nº 8006 procedente del valle de Chicama, primer período de Trujillo, comprado al Sr. Zerpa, en Julio de 1909. Pongo una fotocopia a la desaparición de las grandes muestras de maderas de la montaña obsequiadas por el Sr. Marzo.

6º—La desmoralización administrativa del Museo, fomentada por el cesante, desde Julio de 1913 hasta fines de Marzo de 1915, según consta de la correspondencia oficial existente en la Dirección Jeneral de Instrucción.

7º—La absoluta carencia de labor útil del jefe arqueólogo durante los veintiun meses de su paso por aquí.

Cumplir un deber, i experimentar la mayor de las satisfacciones, es en mi caso, reconocer la deuda en que me constituye la gratitud, expresarles cuánto admiro la rectitud i la elevación de sentimientos que manifiestan, i ofrecerles la adhesión con que me suscribo como el mas solícito ideal amigo de Uds.

Dios guarde a Uds.

E. G. de Q.

## Nº 18

## La mala cuenta que da el Sr. Tello.

Oficio Nº 240.

Lima, a 20 de Setiembre de 1918.

Señor Director Jeneral de Instrucción.

Ayer, a las 5 p. m. recibí su oficio nº 15962, en que se sirve pedirme el expediente nº 1554–1915–lib. IV i sus respectivos anexos, entre los cuales figuran las listas que con el impropio nombre de inventarios, presentó a esa Dirección el Sr. Tello.

Se lo remito en t. 15, de las cuales corresponden las dos primeras a la Sección JÉNESIS DE LA SIERRA; la 3ª, a la de TÚNUS SALVAJES, la 4ª a la de Osteolojía (cráneos i huesos), la 5ª, al resumen de detalles relativos a la SECCIÓN ARQUEOLÓJICA, las 6ª, 7ª, 8ª, i 9ª, a la enumeración de los objetos no identificados hasta el 3 de Noviembre de 1914, la 10ª, al folleto impreso i compuesto de 80 pájinas publicado por el Sr. Tello, la 11ª al folleto impreso i compuesto de 54 pájinas, en que el infrascrito replica a lo dicho por el Sr. Tello, las 12ª i 13ª, al oficio que este señor dirijió a Ud. en 3 de Noviembre de 1914, i las 14ª i 15ª, al oficio nº 22 que el infrascrito dirijió a Ud. el 17 de Agosto de 1915, al reabrirse este Museo en 1º de Junio del mismo año.

Con el fin de mejor comprensión de la materia, debo hacer las siguientes observaciones:

— 82 —

1º—Ni el oficio de f. 12, ni sus 10 anexos pueden tener la eficacia de satisfactoria respuesta dada al contenido de mi oficio de f. 14 i 15, porque esos papeles se hicieron el año de 1914, i mi espresado oficio tiene fecha posterior, cuyo contenido, por consiguiente, permanece hasta hoi sin respuesta.

2º—Los llamados en el oficio de f. 12 *libros antiguos de inventario* son los únicos existentes en el Museo, los únicos Rejistros oficiales, auténticos, probatorios, en actual uso, i con los cuales se deslindan i se persiguen responsabilidades.

3º—Los nueve *cuadros* agregados a ese oficio, no tienen ni la hechura ni la significación legal de *inventario*; carecen de fecha, firma i valor oficial. Son listas frgmentarias, admisibles solo en el concepto del art. 816 del Código de Enjuiciamientos, esto es, probando contra quien las presenta.

4º—Aun cuando la persistente exudación de las extracciones sepulcrales provoca el desprendimiento de los membretes numerales adheridos con la mera goma arábiga; carece de solidez la excusa alegada para cohonestar el hecho de *recibir sin inventario*, millares de valiosas prendas sujetas a responsabilidad que necesaria i legalmente debió ser transferida al receptor junto con ellas. Concurre la circunstancia agravante de que los libros–inventarios existían i existen, facilitando la compulsa, i permitiendo en la mas propicia ocasión evidenciar cualquier procedimiento digno de censura imputable al transferidor.

5º—Se concibe claramente que los números ordinales de los objetos desaparecieron bajo la administración del Sr. Tello, al saberse que la Comisión nombrada por el Gobierno en Marzo de 1915, para recibir las Secciones de su cargo, previa confrontación, no pudo hacerlo por dos razones: 1º *porque en el suelo de la sala nº 34, ocupada por el Sr. Tello, no pocos vidrieros habian vaciado su contenido, de manera que los huacos aparecían fuera de su lugar i de su vidriera; 2º porque el Sr. Tello había cambiado la colocación que los objetos tenían en las vidrieras*, concordante con los asientos de los libros–inventarios, creando la imposibilidad física de confrontar i constatar; á consecuencia de lo cual quedan vivas en este Museo las responsabilidades del Sr. Tello.

6º—El oficio citado de f. 12 prueba que en 3 de Noviembre de 1916, diez i nueve meses despues de su nombramiento, el Sr. Tello *no habia emprendido ninguna labor de clasificación i catalogación*; ni habia tampoco identificado

— 83 —

gran parte de los objetos de que se hizo cargo en las Secciones puestas bajo su responsabilidad.

7º—Es falso que no existan los objetos relacionados, porque ocupan aquí los siguientes lugares:

Sobre el anexo de f.1

| Nº que se cita | Sala | Vidriera | Nº anotad. |
|---|---|---|---|
| 22 | 3 | | 116 |
| 33 | " | 15 | 71 |
| 34 | " | " | 66 |
| 35 | " | " | 67 |
| 36 | " | " | 76 |
| 62 | " | " | 62 |
| 66 | " | 14 | 63 |
| 67 | " | " | 60 |
| 95 | " | " | 72 |
| 96 | " | " | 73 |
| 98 | " | " | 58 |
| 99 | " | " | 61 |
| 100 | " | " | 65 |
| 101 | " | " | 81 |
| 102 | " | " | 82 |
| 103 | " | " | 64 |
| 104 | " | " | 68 |
| 105 | " | " | 69 |
| 106 | " | " | 70 |
| 107 | " | " | 80 |
| 117 | Pasó a la Sección de Tribus Salvajes con el nº 15, según consta a f. 5 del Libro inventario denominado *Indios de la Sierra.* | | |
| 224 | 3 | 14 | 59 |
| 225 | " | " | 83 |
| 226 | " | " | 78 |
| 227 | " | " | 75 |
| 228 | Es materia del cargo que formulé contra el Sr. Tello en mi oficio de 17 de Agosto de 1915, que corre en este expediente a f.14. | | |
| 231 | Es materia de cargo formulado contra el mismo señor en el citado oficio. | | |

| Nº que se cita | Sala | Vaticano | Nº actual |
|---|---|---|---|
| 246 | 3 | 14 | 74 |
| 272 | " | " | 106 |
| 273 | " | " | 107 |
| 274 | " | " | 108 |

**Sobre el anexo de f. 2**

8º—Su contenido es inexacto: 1º porque los 39 objetos dados por no existentes *existen* en la condición que dejó expresada, o son *materia de reconvialibilidad* por parte del Sr. Tello; 2º porque en ninguno de los libros administratorios de este Museo, consta el incremento de 297 objetos de que se cree autor el Sr. Tello; 3º porque la Comisión encargada de recibirle la Sección respectiva no *se da por entendida* de tan señalado mérito i considerable beneficio; 4º porque en vez de hallar motivo para dejir constancia en su informe de tal incremento, se limita a expresar la *imposibilidad de recibir en forma legal* las mismas pre-existentes colecciones que pasaron a poder del señor Tello; i 5º porque el libro *Indios de la Sierra* termina en el folio 13 con el número ordinal 324 i con una diligencia oficial suscrita por la Comisión revisora.

**Sobre el anexo nº 3**

9º—Destruyo la afirmación hecha en forma velada, indirecta i en cierto modo exculpatoria, poniendo a disposición del Ministerio las 659 papeletas en que clasifiqué los objetos pertenecientes a la Sección *Tribos Salvajes*, i con las cuales preparé su catalogación antes que esta Sección fuese entregada al Sr Tello. El orden en que las hice es el siguiente:

**Vida Civil.**

I.—*Indumentaria.* Kusmas: 121, 134, 141, 196, 254, 255, 256, 355, 459, 470, 472, 473. Cinturones: 25, 93, 97. Delantales: 10, 11,12, 13, 22. Fajas: 111, 133. Gorros: 115. Sombreros: 74

II.—*Ornato personal.* Gargantillas: 128, 132, 143, 160, 397, 417, 425, 431, 467, 468, 122, 277, 338, 34, 50, 109, 445, 478, 517, 518, 519, 520, 525, 534, 539. Peinetas: 350, 379, 398, 482, 371 a 381, 384 a 390, 391 a 395, 483, 484. Sortijas: 399, 400, 401. Cabellera: 507, Pecheras de semi-

llas: 5, 10, 511. Diademas: 9, 35, 36, 47, 103, 479, 480. Brazaletes: 16, 17, 82, 84, 91, 147, 148, 348, 410, 418, 426, 428, 429, 432, 434, 459, 474, 475, 476. Bandas: 33, 86, 92, 186, 117, 118, 119, 120, 123, 124, 125, 130, 131, 158, 159, 184, 188, 197, 261, 262, 337, 345, 347, 419, 420, 421, 427, 430, 438, 508, 509, 512, 826, 828, 829, 530, 531, 532, 533, 535, 541 a 546. Coronas: 8, 45, 451, 538, 540, 564, 549, 550, 567. Penachos: 14, 19, 21, 77, 336. Abanicos: 102, 135, 136, 137, 477. Collares: 15, 20, 46, 48, 49, 56, 83, 85, 88 a 90, 94, 96, 98, 99,100, 104, 138, 187, 198, 233 a 236, 267, 276, 279, 333, 346, 352, 353, 354, 369, 378, 396, 414 a 416, 453 a 454, 455 a 458, 460, 461, 462 a 466, 437, 471, 485, 486, 521, 522, 523, 524, 527, 536, 537.

III.—*Uso doméstico.* Mates: 58, 59, 339, 340, 342, 452, 453, 454, 455, 456, 457, 458. Velas: 65, 66. Platos: 70, 164, 461, 557. Canastos: 79-444, 449, 450, 451, 553. Calabazas para cal: 404, 405, Porongos: 552. Escobas: 62. Ollas: 68, 69, 139, 140, 142, 149, 150 a 157, 163, 165, 166 a 184, 188, 556. Agujas: 145. Tazas: 460. Coladores: 61, 105, 154. Sopladores: 63, 394, 365, 366, 367, 411 a 413. Hamacas: 257 a 259, 499. Morteros: 295, 296. Cucharas: 309, 310, 382, 383.

IV.—*Música.* Flautas: 6, 343, 351, 360, 362, 363, 408, 503, 504. Vihuelas: 501, 502.

V.—*Fiestas.* Cetro de danzas: 406, 407.

VI.—*Industria textil.* Husos: 64. Sogas: 67. Ruranas: 113, 114. Ruecas 341. Telas: 51, 110, 280, 488, 489, 558, 563, 564. Aparatos para tejer: 547. Hola 443.

VII.—*Comunicación adística.*—Mahuaré: 288, 292, 293, 294, 442, 443.

VIII.—*Náutica.*—Canoas: 129, 146.

IX.—*Pesca.* Anzuelos: 332, 439, 440, 446, 447. Dardos: 239, 240. Flechas para pescar: 194, 195, 202, 218, 219, 228, 229, 240. Nasas: 496.

X.—*Caza.* Bolsas: 60, 112; 162, 356, 357, 358, 370, 561, 562. Flechas de caza con porra: 498, 449, 278. Morrales: 57, 81, 448, 565, 566.

**Vida Militar.**

XI.—*Armas ofensivas.* Arcos para flechas: 89, 190 a 193, 201, 211, 213, 215, 221, 222, 223, 229 a 232, 238, 250, 275, 302 a 305, 314, 490, 491 a 494. Flechas: 568,199, 200

a, 210, 212, 214, 216, 217, 220, 224, 226, 227, 241, a 244, 247, 248, 251 a 253, 306 a 308, 315 a 317, 328 a 331, 495, 497. Cerbatanas: 27, 52, 53, 281. Estólicas: 75. Hachas: 44. Lanzas: 78, 108, 282, 286, 290. Espadas: 92, 38, 39, 40, 41, 76, 289. Tubos de carrizo: 26, 28, 54, 55, 368, 369, 402, 403, 441, 505, 506, 559, 560.

XII.—*Música de guerra.* Botillos: 72, 80, 500, 548, 555.

XIII.—*Trofeos.* Collar de cuentas i dientes humanos 87, 95. Collar de conchitas labradas i dientes humanos 101.

### VIDA RELIJIOSA

XIV.—*Aparato de circuncision:* 126.

### HISTORIA NATURAL

XV.—*Fauna.* Dientes: 334. Conchas de tortugas: 409. Aves: 335, 423. Picos: 237, 204, 265 a 267, 513, 516. coPicos 260, 487. Lenguas de pez: 311, 106, 107. Insectos: 312

XVI.—*Flora.* Muestras de madera: 285, 318 a 327. Fibras: 18, 23, 34. Corteza de cascarilla 349. Tagua 274. Caucho: 268 a 273. Raíces 551.

Como cada número corresponde a un objeto, los incluidos en esta nomenclatura son 558. De los 44 que comprende el total de 602, 29 se hallan en el depósito (planta baja, vestíbulo interior) 14 en la Dirección, i uno comprendido en la responsabilidad que aquí le resulta al Sr. Tello, o sea el n° 117 en la Sección *Indios de la Sierra.*

La entrega al Sr. Tello de la llamada *Tribus Salvajes* interrumpió aquel trabajo mio de catalogación. Cuando en 1° de Junio de 1915, me encargué de ella, recibí la sorpresa de que muchos de los objetos no concordaban con los asientos del libro, lo cual inutilizaba mi catálogo de esta Sección, *no reemplazado por ningun otro.* En consecuencia, es totalmente falsa la afirmación que el Sr. Tello hace en el anexo de r[3].

10ª.—Igual deplorable sorpresa recibí al reencargarme de la librería del Museo en Junio de 1915. Yo la había catalogado en tres libros distintos, por supuesto, del libro matriz, como sigue:

Libro I. De la página 1 a la 44: Nomenclatura de las obras en orden alfabético de autores. De la página 45 a la 60: Nomenclatura alfabética de los autores cuyos artículos

corren en los Anuarios del *"Bureau of American ethnology"* (Vol. 1 a 20).

Libro II. De la página 1 a la 8, continuación de la misma materia.

Libro III. De la página 1 a 216: catalogación en orden alfabético de autores, dividida en ocho capítulos: I Historia, II Jeografía i viajes, III Varios, IV Ciencias naturales, V Injenieria, VI Jurisprudencia, VII Lingüística e Instrucción, VIII Antropolojía i Etnografía.

Mi sorpresa consistió en que por haber desaparecido en gran parte los números ordinales de cada libro, este otro catálogo definitivamente concluido quedaba inutilizado.

#### Sobre el anexo n° 4

11ª.—El libro inventario de los cráneos i otras osamentas, fue cerrado en el n° 596 por la Comisión receptora del Museo en Diciembre de 1911, cuando lo entregaba el Dr. Uhle, i segun el asiento respectivo de 25. No tuve instancia en este libro, ni en el informe presentado por la misma Comisión en Abril de 1915, al retirarse del Museo el Sr. Tello, en cuanto a que este jefe cesante enriqueciera la mencionada Sección, con 1531 piezas de clase alguna, ni con el donativo de 119 *de su propiedad.*

12ª.—A este supuesto aumento debo oponer la siguiente disminución, no depurada, a mi entender: Encargado ya de su jefatura arqueolójica, el Sr. Tello *extrajo del Museo dos costales de osamentas humanas, cuya restitución no consta* aun en documento alguno. Temeroso de responsabilidad derivada del silencio, el portero, don Enrique Toledo puso este hecho en conocimiento de Ud; a consecuencia de lo cual el Sr. Tello *ultrajó al portero Toledo, lanzándolo contra la pared, i apostrofándolo duramente,* motivando indijo a éste a presentar a Ud. renuncia i no menos grave queja.

13ª.—Respecto de que el Sr. Tello poseyese colecciones análogas a las de su cargo en este Museo, i tan considerables que *sin menoscabo pudiese retirar* 119 piezas para *donarlas sin obtener constancia,* solo sé lo siguiente:

(A).—Sé lee en la página 4 de la Smithsonian Miscellaneous Collections, vol. 61, number 18. Anthropological work in Peru in 1913, with notes on the pathology of the ancient peruvians, with twenty-six plates, by Dr. Als. Hrdlicka, curator, division of physical anthropology, U. S. National Mu-

— 88 —

seum. Publication 2246. City of Washington. Published by the Smithsonian Institution, 1914.—lo que sigue: «and two years ago the Harvard Medical School purchased a large number of similar specimens from Dr. Julio C. Tello, a native of the town of Huarochirí etc. En castellano: «hace dos años que la Escuela de Medicina de Harrard compró un gran número de tales ejemplares (cráneos mui notables) al Sr. Julio C. Tello, un indíjena de Huarochirí etc».

(B)—El Sr. Tello durante su jefatura arqueolójica en este Museo, se puso al servicio de la señorita argentina Aguirre, de quien recibió, se cree, una suma de dinero, para practicar excavaciones en el Perú, respecto de las cuales no llegó a mi conocimiento ninguna autorización gubernativa.

(C)—En oficio n° 10618 de 11 de Agosto de 1915, me comunicó Ud. la resolución ministerial que permitió a la Aduana del Callao entregar al Dr. Tello dos cajones que contenían huacos de Acarí, i que, asegura el interesado le fueron obsequiados en el lugar de su procedencia.

**Sobre el anexo n° 5**

14°—El hecho material que contradice la afirmación que el Sr. Tello hace en este anexo, es el siguiente. Todas las telas exhibidas por mí desde mediados de 1915, en el estante construido con arreglo a los planos que yo hice, tienen los números que les corresponden según el libro inventario respectivo.

15°—Otro hecho que revierte sobre el Sr. Tello la afirmación de este anexo referente a huacos desprovistos de números, es el expresado en el punto 5° de este informe: tendales de huacos cubrían el suelo de la sala n° 34 ocupada por el Sr. Tello, cuando la Comisión nombrada por el Gobierno en Marzo de 1915, se presentó en el Museo a recibir las Secciones en cuya administración cesaba dicho señor. En tales condiciones, el mayor peligro debía ser la reducción a fragmentos de toda la cerámica puesta así en contacto con los piés.

**Sobre el anexo n° 6**

16°—Su contenido constituye prueba desfavorable a la actividad del jefe cesante: en diez i nueve meses corridos desde su nombramiento (12 de Junio de 1913), solo había iden-

— 89 —

6223 objetos sobre un total de 8675 asentados en el libro correspondiente.

17°—Si el Sr. Tello pudo identificar 6223 objetos de las colecciones arqueolójicas, existían en ellos, en Junio de 1913, el número cuya función es relacionar el objeto con su asiento; luego no ha lugar por esta causa a imputaciones retrospectivas, por su parte.

18°—Llega el momento de concluir con esta observación. El decreto supremo de 12 de Junio de 1913 impuso al Sr. Tello las obligaciones siguientes:

(Son las insertas en la página 11 de este folleto).

Las cuatro primeras obligaciones quedáron sin cumplimiento, lo mismo que la quinta. Cuanto a la sexta, el Sr. Tello hizo en el salón del Ateneo, un conato de conferencia. En el archivo del Museo, no existe ninguna documento que pruebe el cumplimiento dado a la séptima. En lo tocante a la octava, no conozco mas memoria anual presentada por el Sr. Tello que el libelo infamatorio que corre a f. 10 de este expediente.

19°—I puesto que el Sr. Tello expresa en los nuevos anexos de su oficio de f. 12 que solo pudo identificar una parte de las colecciones que deja sin estudiar, ni catalogar, me es imposible saber qué cosa de provecho hizo aquel señor durante los diez i nueve meses que duró aquí su jefatura.

Dejo absuelto el trámite decretado a f. 15, i cumplido el deber que me atañe sobre el particular, como Director jeneral que fuí de este Museo, conforme a la declaratoria contenida en el oficio n° 1579 que Ud. me dirijió en 6 de Agosto de 1913, respondiendo a la consulta que le hice en el mio de 4 del mismo mes.

Dios guarde a Ud.

EMILIO GUTIÉRREZ DE QUINTANILLA.

12

# Nº 19

## Como entre moros i cristianos

Oficio No. 242.                    Lima, 20 de Setiembre de 1918.

*Señor Director Jeneral de Instrucción.*

Dispone Ud. que informe el infrascrito en el oficio nº 48 que en 19 del corriente dirije la H. Cámara de Diputados al Ministerio del Ramo, a solicitud del diputado por Huarochirí, sobre materia que a éste concierne, i con el objeto de que se remitan a esa H. Cámara todos los documentos existentes en dicho Ministerio, acerca de los siete puntos contenidos en la comunicación que el infrascrito publicó en la edición vespertina de «La Prensa», el día 18 del corriente.

### Primer punto

#### LAS DESFAVORABLES CONCLUSIONES.

1º.—La Comisión de los SS. DD. Wiesse, Brenner i Patrón, nombrada en 26 de Marzo de 1915, para recibir del Sr. Tello la Sección Arqueolójica de este Museo, presentó en 10 de Abril del mismo año, un informe sobre el cumplimiento de su cometido, compuesto de 49 renglones, de los cuales:

- 5  Son de Introducción.
- 20 Sirven para repetir la exposición impertinente que hizo el jefe-renunciante, adhiriéndose la Comisión de autorizarla con afirmaciones jurídicas i rectificaciones que permiten reconocer un hecho cierto en cada párrafo del expositor.
- 14 Están destinados a exponer el desfavorable resultado de la diligencia practicada.
- 4  Son la repetición de otras palabras del jefe-renunciante.
- 4  Dan a saber que el Sr. Tello había descifrado un quipu, i también el ornato de la Piedra de Chavín; pero sin prueba alguna la Comisión sustrae la seriedad de la clasificación, i menos sobre su valor científico.
- 2  Finalizan el informe.

Los catorce que se contraen a la manera de efectuarse la entrega por parte del Sr. Tello, son los siguientes: «El Dr.

« Tello, por creerlo mas científico había adoptado el orden
« de civilizaciones o estilos para la colocación de los objetos
« en las vitrinas, para lo cual las listas e inventario dejado
« por el Dr. Max Uhle no pudieron servirnos para recono-
« cer la ubicación de los objetos anteriormente orde-
« nados. Ahora el material de alfarería incaica, se hallaba,
« por ejemplo, concentrado en un solo lugar, TENIENDO CADA
« OBJETO UN NUEVO NÚMERO DE ORDEN, al que debía acompa-
« ñarse el antiguo que corresponda a la procedencia, cual-
« quiera que ella fuese en la costa o en la sierra. En aten-
« ción a ESTO I POR SUPUESTO NO NOS FUÉ POSIBLE COTEJAR LAS
« EXISTENCIAS CON LAS LISTAS DEJADAS POR EL DR. MAX UHLE,
« i dado el corto plazo de que disponíamos, POR TENER EL
« DR. TELLO QUE AUSENTARSE DE ESTA CAPITAL, HUBIMOS DE
« CONFORMARNOS CON RECIBIR LOS OBJETOS MEDIANTE UNA
« SIMPLE INSPECCIÓN OCULAR.»

La Comisión afirma:

1º—Que el Sr. Tello había alterado la colocación de los objetos, i modificado los números nuevos quitando los antiguos; por lo que el libro inventario hecho por el Dr. Uhle no pudo servir para reconocer la ubicación de los objetos anteriormente ordenados por Uhle.

2º—Que, en consecuencia, la Comisión no pudo comparar las existencias con el libro inventario dejado por el Dr. Uhle, único disponible para deslindar i perseguir responsabilidades.

3º—Que el Sr. Tello necesitaba urjentemente ausentarse de Lima, cuando su obligación le impuso permanecer hasta el fin del motivo; i

4º—Que, por tal motivo, la Comisión hubo de conformarse con recibir los objetos mediante una simple inspección ocular.

Estas cuatro afirmaciones prueban que en el sentido de la leí de la relevación de responsabilidad, NO HUBO ENTREGA. La responsabilidad del pasado hasta la reapertura del Museo en 1915, permanece en el Sr. Tello.

Reforzando esta conclusión, i para satisfacer ampliamente el pedido de esta comisión hecho por la H. Cámara, se ha de servir Ud. mandar que en copia, auténticas se agregan al presente oficio, las constancias de las entregas absolutorias hechas a la misma Comisión en 29 de Diciembre de 1911 por el Dr. Uhle, i en Abril de 1915 por el infrascrito.

El cotejo de las tres constancias dejará en pié de el primer punto de mi carta.

— 92 —

## Segundo punto

### DESTRUCCIÓN DE UNA MOMIA

2º—En mi oficio de 4 de Junio de 1915, tres días después de reencargarme de la Sección Arqueológica, comuniqué a Ud. que debajo de la escalera nº 19 que conduce al techo del edificio, había encontrado yo la mui importante momia comprendida en la Colección Cáceres, que el Supremo Gobierno compró en la suma de Lp. 400. Agregué que no solo *había sufrido mutilaciones* que pueden comprobarse en la fotografía que conservo, sino que estaba sometida a un proceso de destrucción; finalmente, que la *responsabilidad derivada de tales hechos toca a mi antecesor, el Sr. Tello.*

## Tercer punto

### DESAPARICIÓN DE UNA OBRA

3º—Con fecha 25 de Octubre de 1913, el Sr. Ministro del Ramo me dirijió el oficio nº 14341, *suscrito por él mismo,* cuyo tenor es el siguiente. «Sr. Director del Museo de Historia Nacional. El jefe de la Sección Arqueológica indica a este Despacho que necesita para sus trabajos todos los objetos propios de estudios arqueológicos, LOS LIBROS DE LA BIBLIOTECA EN ALEMÁN E INGLÉS, la caja de antropometría, i los libros DE INVENTARIOS de los objetos dejados por el Dr. Uhle. Sírvasé Ud. ponerlos a su disposición mediante los respectivos recibos detallados.—Dios guarde a Ud.— CARLOS PAZ SOLDÁN.

Aun cuando procedí inmediatamente a cumplir esta orden, la resistencia del Sr. Tello a otorgarme el recibo recomendado, i su actitud agresiva motivaron mi oficio nº 196 de 30 del mismo mes, en que comuniqué lo siguiente:

1º—Comunico a Ud., que había entregado yo los libros detalladamente enumerados en la Relación agregada a ese oficio, hasta el nº 2309. La enumeración de los restantes al Sr. Tello en mi segunda entrega, del 30 de Octubre de 1913, enumera así: Nº 1 Benzoni: *Historien—Der erste Theil American-verk: Der Historia Hier Benzoni—Das dritte Buch—Frankfort, 1919—relumen.*

2º—Solicito que se me otorgue recibo por todo lo entregado;

3º—Que él, lesible la entrega de las piezas cosas restantes, i en seguida se declare extinguida la responsabilidad que me toca;

4º—Que de los libros, se entregue el número, i en cuanto prevalidos en los términos de la transcrita orden ministerial;

— 93 —

5º—Que se absuelvan las consultas hechas en la parte final de mi oficio.

El libro de Benzoni entró en la jurisdicción del Sr. Tello, *i de ella no ha salido.* No hai documento que acredite lo contrario. Sin establecer relación acusadora, pero provocando tan solo el deseo de ordenar que una casa de préstamo de Lima ofreció en venta a cierta respetable i distinguida persona de nuestra sociedad, al parecer, la que por causa sobreviniente i después de la publicación de mi carta del 18, se oculta en los vericuetos de la prendería, o se escapa de ella, de suerte, que resulta infructuoso el deseo de adquirirlo manifestado por otra mui respetable persona.

Finalmente, en la diligencia suscrita, en 10 de Abril de 1915 por la Comisión encargada de recibir las Secciones administradas por el Sr. Tello, no consta, que este señor devolviera la biblioteca que le fué entregada, ni dejara en el Museo el archivo correspondiente, a los 19 meses de su administración arqueológico-somatológica.

## Cuarto punto

### DESAPARECE UN PLATILLO

La desaparición del platillo nº 8006, se prueba como los interdictos posesorios, con los dos extremos de haber poseído i dejado de poseer. Que existió, lo evidencia el inventario de la Sección Arqueológica, en cuya página 211 se lee: *Nº 8006. Plata obtenu con mujer de relieve adentro. Valle de Chicama, Primero de Trujillo, comprado al Sr. Zerna, 1908, Julio.* Que ya no existe, basta buscarlo: no se le encontrará ni en flor, ni en suma. Vuelvo a decir que en la diligencia suscrita en 10 de Abril de 1915 da de recibir las cosas que el Sr. Tello tenía la obligación de entregar conforme a derecho, para quedar exento de responsabilidad, no consta que él cumpliese su deber, ni en cuanto a este platillo, ni en cosa alguna distinta de la confesada desttificación de esas cosas, que era materia de la diligencia.

Al ratificarme en el párrafo que antecede, formulo el que sigue. El día 1º de Mayo de 1913, según mi registro fotográfico, reproduje el huaco que en la página 109 del mencionado libro inventario, está inscrito así: «Huaco obsceno con Platillos como bueni con cara de lechuza, Trujillo, Primero de Trujillo. Subección del Sr. Dr. V. R. Cárdenas, 1907; Octubre. El fototipo hecho entonces prueba que este huaco se

hallaba entero, sin ninguna de las resquebrajaduras que en varias direcciones presenta hoi, i me permite *declinar en el Sr. Tello la responsabilidad de tan deplorable estrago*, porque lo hice cuenta, i dos dias antes de su nombramiento para la función de jefe arqueólogo.

### Quinto punto

### PALOS QUE SE VUELVEN FICHAS

El 9 de Mayo de 1913, treinta i cuatro dias antes de la venida al Museo del Sr. Tello, en la calidad científica que trajo, el Sr. Francisco J. Marzo había obsequiado un cargamentos de objetos que pertenecieron a varias tribus del río Ucayali. Entre ellos figuraban diez bastones o opalos i lisos o poligonales. Remangado dos años después, en Junio de 1915, de la Sección *Tribus Salvajes*, grande fué mi sorpresa al ver que los diez bastones se habían reducido a otros tantos zoquetes de las siguientes dimensiones:

| Numeración | Hilachito. | Perilio |
|---|---|---|
| 589 | m.0.035 | m.0.024 |
| 590 | " 0.035 | " 0.028 |
| 591 | " 0.034 | " 0.027 |
| 592 | " 0.038 | " 0.025 |
| 593 | " 0.030 | " 0.030 |
| 594 | " 0.030 | " 0.028 |
| 595 | " 0.027 | " 0.028 |
| 596 | " 0.025 | " 0.028 |
| 597 | " 0.040 | " 0.028 |
| 598 | " 0.042 | " 0.025 |

Estos i los antecedentes expresados en los puntos anteriores, obligan a convenir en que los *cargos consiguientes pesan sobre el Sr. Tello*, mientras no pruebe él lo contrario.

### Sexto punto

Referencias a los 27 oficios que dirijí a Ud. desde el 27 de Junio de 1913 hasta el 13 de Marzo de 1915, en cuanto a la desmoralización introducida, como sigue:

N° 154, Junio 27.—A mérito de los rozamientos provocados por la actitud agresiva del Sr. Tello, pido: 1° Que la

Comisión de quien recibí yo el Museo, interrenga en la entrega que debía hacer a este señor de las Secciones incluidas en la jefatura de Sr. Tello, que se le encargaba; 2° Que se deslinde el terreno de cada Sección; 3° Que se determine el pasaje para las Secciones Colonia i República, i para la Academia de Dibujo establecidas en ellas; 4° Que se resuelta si por razón de Arqueología o Somatolojía, el Sr. Tello puede llevarse al dominio de los incas, el escudo_peruano de bronce que perteneció a la Casa de Moneda, i está a mi cuidado; 5° Que se resuelva si por la misma razón el Sr. Tello debe llevarse consigo el valioso gobelino fabricado el año de 1870 para el esterno de este Palacio; 6° Que se resuelva el conflicto de autoridad que se crearía entre el Sr. Tello, jefe de una Sección, i el intrascrito Director Jeneral del Museo, *si por razón de la subsistencia en el Museo del servicio nocturno de vijilancia desempeñado por un inspector de policía, i un empleado que se le agrega por turno.*

N° 160, Julio 24.—Me quejo á Ud. de la insubordinación de los empleados de la Sección Arqueológica, los cuales desconociendo mi autoridad anexa a la Dirección que ejerzo, se negaron el domingo 13 a cumplir la obligación de vijilarla durante la visita del público.

N° 167, Julio 28.—Pido que se refiere la insólita expansión del Sr. Tello; que se *mande recibir bajo inventario todo el material arqueolójico de que se ha posesionado*; que se conserve el *servicio nocturno de vijilancia a que se opone el jefe* de la Somatolojía; que se sometan a control las excavaciones en que *el mismo se sirvita*, por entre los derechos de la Academia de Dibujo fundada, por mí en un rincón del Museo, i contra la cual se ensaña el expresado jefe del Folklore.

N° 168, Agosto 4.—Comunico a Ud. que el Sr. Tello dispuso que la Sección Arqueológica permanezca clausurada, para el público los domingos i dias feriados, i que los empleados de ella no asistan al Museo en tales dias; por lo cual me ví obligado el domingo 13 del Julio a resguardar esa Sección con uno de los dos únicos empleados que use di, i que en el Museo. Le manifiesto, además, que por negarse los de aquella *Sección a hacer el servicio nocturno*, cumpliendo órdenes de su jefe, el Sr. Tello, me fué forzoso exijir que el portero acompañase al inspector n° 120 en el servicio nocturno ese día.

N° 169, Agosto 5.—Remito a Ud. la queja que contra los

— 96 —

desmanes del Sr. Tello presentan los alumnos de la Academia de Dibujo.

*Nº 172, Agosto 12.*—Manifiesto a Ud. que el Sr. Tello alienta a los empleados de su Sección para que omitan el cumplimiento de sus obligaciones jenerales, i frustren los servicios de vijilancia que les incumbe colectivamente o por turno; con lo cual los demoraliza, destruye el principio de responsabilidad, i empuja al Museo por una vía peligrosa. Le comunico, además, que el guardián Graham, de la Sección Arqueolójica, no hizo su servicio nocturno el día 11, *porque el Sr. Tello lo había ocupado todo el día en distribuir de casa en casa ejemplares del panfleto que él acaba de publicar contra el infrascrito*, i que como hube de reemplazar a Graham con el guardián Ugarte, de mis Secciones, i el otro de las mismas, estaba franco por haber hecho aquel servicio el día anterior, dichas Secciones i de mi cargo quedaron totalmente desamparadas ese día, por falta de sus dos únicos empleados.

*Nº 173, Agosto 18.*—Los empleados de la Sección Arqueolójica se niegan a cumplir la orden que Ud. me comunicó en su oficio nº 11579, del 16, manifestando que así proceden en virtud de órdenes dadas a ellos por el Sr. Tello. Agrego que al señalar las relaciones que están amenazando la seguridad del Museo, dejo a salvo mi responsabilidad.

*Nº 176, Agosto 30.*—Comunico a Ud. que el guardián Romero de la Sección Arqueolójica se opuso a que el sirviente Villaviciencio cumpliese una orden mía, i momentos después el mismo guardián atropelló a su superior, el Conservador Flórez, i en medio de la numerosa concurrencia dominical que visitaba esas Secciones. El ofensor, no dominado por mi presencia, perora al público, altera conmigo, i me obliga a ordenar que el inspector de policía nº 71 lo extraiga del Museo. Pido la inmediata destitución de este empleado, e instrucciones en previsión de que cualquier otro empleado de la Sección Arqueolójicas repita la escandalosa escena.

*Nº 177, Setiembre 4.*—Le remito anexos: 1º el parte del Conservador Flórez sobre la agresión que sufrió por parte del guardián Romero, i 2º el parte en que seis empleados del Museo refieren la nueva agresión de dicho guardián contra esta institución.

*Nº 184, Setiembre 22.*—Renuevo mi queja respecto de la clausura en que el Sr. Tello mantiene la Sección Arqueolójica los domingos i días festivos, desobligando de concurrir

— 97 —

al Museo en tales días a los empleados de ella; lo cual debilita la vijilancia i compromete la seguridad.

*Nº 202, Noviembre 18.*—Me quejo de las hostilidades que ejerce el Sr. Tello, cuyo relato motivaría larga exposición. Repito que este señor quiere adueñarse de toda el área del Museo i disponer de los objetos que corresponden a mis Secciones i conservo en ellas; que pretende dividir mi primera sala colonial; que desmoraliza a los empleados, señalándose como próximo sustituto mío; que ha suprimido las cuyas, creándome la imposibilidad de impedir que el público invada los domingos i días feriados su Sección clausurada por él durante esos días; que ha invadido el Depósito de mis Secciones, i notificado a los profesores i alumnos de la Academia sostenida por mí, i autorizado por el Ministerio, que *la ha resuelto clausurarla*; que el día 17 arrebató al portero que en la mañana del 18 se llevó, consigo el escritorio de mi oficina, i parte de los objetos exhibidos en mis Secciones; que se jacta de proceder así en cumplimiento de órdenes reservadas superiores que deben secundar los demás empleados; que acaba de reemplazar el candado de una de las puertas principales del Museo con otro cuya llave manejará él solamente.

*Nº 204, Noviembre 22.*—Comunico a Ud. que el Sr. Tello, posesionándose de mis Secciones, se llevó a la de su dependencia los siguientes objetos: el escritorio en que yo trabajo, cinco sillones históricos i de mi segunda sala, un aldabón de bronce, estilo colonial, arrancado a una de las puertas de la columna la cual estaba adherido, la campana de las primeras misiones franciscanas del Perú, i otras piezas extrañas a su jurisdicción, i propias de la mía. Declaro a Ud. que respecto de todo ello cesa mi responsabilidad.

*Nº 213, Abril 20 de 1914.*—Reitero lo expuesto en el oficio nº 202.

*Nº 214, Abril 29.*—Manifiesto que el señor Tello abandonó la Sección de su cargo, sin cumplir las órdenes de restituirme el escritorio de mi despacho, ni la máquina de escribir de mi uso, en la cual tuvo la fineza de hacer el panfleto que expuso contra mí.

*Nº 222, Abril 29.*—Doi cuenta a usted de que el jefe de la Arqueolojía recibió Lp. 25 por orden del Señor Ministro del Ramo, para practicar excavaciones en Huaraz, de

cuyo resultado no tengo conocimiento, ni hai constancia en la diligencia de 10 de Abril de 1915, referente a la entrega que de sus Secciones hizo aquel a la Comisión respectiva.

Nº 225, Mayo 2 de 1914.—Como anexo nº 2 acompaño a este oficio una RELACIÓN de los libros que deben ser devueltos al Museo antes de la Sección Arqueológica, i cuyos primeros renglones se lee: *Benzoni: Ihr este del Mundo Nuevo* (?). *El American orden Iluer Historia Hier Benzoni, 1619, nu voluuen*. Con tal motivo expreso que el día 21 de noviembre de 1913, en que se clausuró el Museo, Ud. por disposición del Sr. Ministro, se dirigió a la oficina Arqueológica, a comunicar al Sr. Tello la orden de firmar aquella RELACIÓN, produciéndose así la constancia de que dicho señor Tello recibió el libro de Benzoni, i la prueba de que sobre él pesa la responsabilidad de su desaparición.

Nº 227, Mayo 8 de 1914.—Me quejo de la coexistencia de dos voces de mando en el Museo, sujetas a rozamientos mas o menos escandalosos, que sacrifican el orden i la disciplina. Manifiesto, además, que mi prudencia es insuficiente para evitar conflictos, en vista de que el jefe arqueólogo obre las puertas de entrada fuera de las horas reglamentarias, sin establecer vijilancia, en previsión de cualquier dañoso acontecimiento. Pido providencia, i dejo a salvo mi responsabilidad. Me quejo de que el Sr. Tello ha mandado barrer con plumeros el polvo seco acumulado en sus Secciones, durante cinco meses de clausura; con lo cual sus empleados saturaban de tierra los pulmones, i dañaban los cuadros que forraban las paredes. Me quejo, en comunico que mientras los de mi Sección salieron a almorzar, dejé encendido dañoso sitio el alambre conductor de fuerza eléctrica para el motor de la bomba, ocasionándose así el peligro de incendio. Me quejo de que el Sr. Tello rechaza a los sirvientes llamados por mí a barrer con aserrín mojado, i sin levantar polvo, la extensa área del Museo, después de prolongada clausura. Le comunico que el Sr. Tello me impide reponer el vidrio roto de una de sus Secciones, por donde entran aves nocturnas cuyas deyecciones manchan los objetos, i causan a los cuadros al óleo daño irreparable.

Nº 228, Mayo 14 de 1914.—Me quejo de que el Sr. Tello está despojando mis Secciones de los 37 cabelleres que forman parte de la estere de ellas, no obstante la *orden de no innovar* contenida en la resolución de 28 de Abril.

Nº 229, Mayo 26 de 1914.—Comunico a Ud. que los empleados de mis Secciones me dan el siguiente recado: ‹Digan

a Quintanilla que el doctor Tello prohíbe que el carpintero i el peón que asean sus Secciones permanezcan en el Museo de 12 a 2 p. m., horas en que los demás empleados de ellas se van a almorzar; porque el doctor Tello no quiere que a esas horas nadie esté con él dentro del Museo. Insisto en que se refrene las desmoralizadoras agresiones de Tello; le pregunto si este señor tiene derecho, para ordenar a los empleados de mis Secciones que se vayan a la calle a la hora que les plazca; me quejo de que el bravo señor pretende posesionarse a viva fuerza del vestíbulo interior de la planta baja, concedido por el Concejo Provincial a mi Academia de Dibujo (no al Museo); a cuyo efecto incitó a los empleados de su dependencia, a romper la puerta cerrada, que conduce a dicho local. Concluyo con estas palabras: «Llegará tarde o temprano el día en que yo dé a conocer dentro i fuera del país, las vergonzosas tribulaciones impuestas al Museo de Historia Nacional, por una ambición loca, i en nombre de una aptitud audazmente supuestas.

Nº 230, Mayo 28 de 1914.—La pretensión del Sr. Tello de apoderarse de aquel local me obliga a conservar cerradas las puertas cuya apertura espera, para invadirlo. En consecuencia, he debido suspender los trabajos de carpintería que se hacen en él. Retiero mi queja por haberse apoderado de hecho el Sr. Tello, del local en que se halla el Depósito de mis Secciones Colonial i de la República.

Nº 232, Mayo 31 de 1914.—Comunico a Ud. 1º—Que el Sr. Tello ejerciendo autoridad en mis Secciones, ordena a dos empleados de ella, cuya vijilancia se refiere a la obra; porque el ha sido primido el servicio de vijilancia en el Museo; 2º—Que desaparatadas, en consecuencia, las Secciones mencionadas,—cuando do regresamos de los respectivos empleados, reconocimos todos que el retrato nº 34 del Virrei Marqués de Villagarcía había sido atravesado con instrumento punzante, cuya huella cuadriangular parece de aguja. Concluyo pidiéndole se levante una información previa. 3º—Que el mismo practique una inspección ocular; 4º—Que en ella se restablezca el servicio de policía diurno i nocturno; 5º—Que a ninguna hora se suspenda la vijilancia que debo ejercer en mis Secciones; 6º—Que se les independice de la Arqueológica, i que bajo severa pena se prohíba al Sr. Tello introducirse en mis Secciones.

Nº 234, Junio 5 de 1914.—Comunico a Ud. que el Sr. Te-

llo se apoderó del sofá de jacarandá que se exhibía en mis Secciones i por cuya conservación soi yo responsable.

Nº 288, Julio 1º de 1914.—Me quejo de que el Sr. Tello prohibe que el peón de la Sección Arqueolójica, concurra con el de las de mi cargo al servicio de limpieza de la entrada del Museo, que es pesado i consume toda la mañana; reincidiendo así en infrinjir la resolución ministerial de la materia.

Nº 269, Diciembre 17 de 1914.—Queja mía sobre el desamparo que el Sr. Tello impone al Museo, suprimiendo la vijilancia, i dejando las puertas abiertas a todo riesgo, durante las horas no reglamentarias en que él entra solo.

Nº » Enero 7 de 1915.—Insisto en que el Sr. Tello me devuelva los libros no comprendidos en la resolución ministerial de 25 de Octubre de 1913; i, refutando el informe que en contrario emite el Sr. Tello, repito que el 21 de Noviembre de ese mismo año, al clausurar en persona este Museo, el Sr. Ministro del Ramo obligó al Sr. Tello, por conducto de Ud. a firmar la RELACIÓN de los libros que le fueron entregados por mí, entre los cuales está considerado el de *Benzoni*, que hoi no existe.

Nº 269, Febrero 20.—Denuncio a Ud. la desaparición del revólver que perteneció al Jeneral D. Pedro Díez Canseco, i ocupaba la vitrina nº 74, cuya chapa aparecía forzada. Señalo, a la vez, a la persona sospechada de complicidad, por lo menos.

Nº 274, Marzo 13.—Devuelvo a Ud. el expediente nº 323 iniciado por la Intendencia de Policía para descubrir el paradero de aquel revólver, al fin recuperado, pero sin producirse la sanción respectiva por ciertos misteriosos respetos.

Epílogo

Sétimo punto

ABSOLUTA CARENCIA DE LABOR ÚTIL

En Abril se clausura el Museo con el Sr. Tello, i el 1º de Junio se reabre sin él. Respiro!

Me referiré: 1º.—Al informe en que la Comisión nombrada en 26 de Marzo de 1915, para recibir las Secciones administradas por el Sr. Tello, da cuenta de su cometido; 2º.—A la suprema resolución de 12 de Junio de 1912, en que se encu-

meran las no cumplidas obligaciones que asumió el Sr. Tello, para poner en práctica en este modestísimo Museo, su no acreditada ciencia Arqueolójica, Somatolójica, Lingüística, Etnográfica i Folklórica; 3º.—A la parte final del informe que emití en 26 de Setiembre último, señalando la tabla rasa de su jefatura seccional en este Museo, durante los diez i nueve meses de su brava ocupación; 4º.—Al contenido de los veintisiete oficios sintetizados aquí, para ejemplo i memoria de lo que puedi vale en Museos de venerada historia, un multiforme sabio arqueólogo formado en diez i nueve meses de viaje médico, por las cinco partes del mundo, cuyo título fué una indignita para el Presidente Sr. Billinghurst, i para el Sr. Alomía Robles.

Dios guarde a Ud.

EMILIO GUTIÉRREZ DE QUINTANILLA.



## N° 20

## ¿Oratoria parlamentaria o chabetazos?

*Sesiona la Cámara de Diputados presidida por el H. señor Juan Pardo, el miércoles 2 de Octubre de 1918.*

\*\*\*

El Sr. Presidente—El señor Tello puede hacer uso de la palabra.

El Sr. Tello.—(don Julio C.)—Señor Presidente: El señor Ministro de Instrucción se ha dignado enviar a la Cámara parte de los documentos que solicité, hace pocos días, para contestar a las graves acusaciones formuladas por el Director del Museo Histórico, sobre mi actuación en este instituto, cuando desempeñé el cargo de jefe de la Sección Arqueológica. Dichas acusaciones fueron dadas a conocer a la Cámara y publicadas con caracteres llamativos en "La Prensa" con este rótulo «UNA CARTA DEL DIRECTOR DEL MUSEO NACIONAL—GRAVES CARGOS CONTRA EL DIPUTADO SEÑOR JULIO C. TELLO.

Además, en la edición matinal de ayer, publica un oficio, que creo verídico, aunque entre los documentos remitidos por el ministerio, de índole también idéntica a la de la carta mencionada.

La más importante de las acusaciones formuladas, y la más grave, es la afirmación sorprendente de que el informe presentado por la Comisión encargada de recibir la Sección Arqueológica, cuando yo hice renuncia del cargo, me es completamente desfavorable. Aunque el señor Ministro no ha enviado este importante documento, que sólo consta de una página, poseo aquí una copia que he tomado de los archivos de la Dirección de Instrucción.

Voy a estudiar sintéticamente este documento, pero antes debo que la Cámara se dé cuenta de la manera cómo ha vivido el Museo Histórico, de su prosperidad pasada y su ruina presente.

El Museo fué fundado por el Sr. Pardo, actual Presidente de la República, durante su primer período de Gobierno, quién convencido, sin duda...... de los fines científicos, (Desde la barra: Flema de hombre! ¿Va Ud. a contar la historia desde la creación del mundo? Al grano, doblándose Ud. si puede.)

Los objetos arqueológicos aglomerados en el Museo no podían ser valorizados por el señor Quintanilla; de aquí el afán de seleccionar sólo aquello que para él era bonito, y descuidar o arruinar el resto. Yo no quiero decir que este señor procedía conscientemente; como ignoraba el significado de aquellos objetos, daba como una criatura manoteadas sin saber a donde iba a golpear y herir, en qué cosas valiosas iba a malograr. Sólo sabía que tenía un puesto donde estaba obligado a poner en ejercicio sus actividades, impulsadas por las ideas o conocimientos que le habían dado reputación. Y como había trabajado en una hacienda y aprendido allí los principios de la administración de esta, procuró adaptarlos al Museo, con tanto celo, entusiasmo y prolijidad, que creyendo indispensable asegurar la vigilancia del Museo de su cargo, hizo como en Lurín; esto es, ordenó a los empleados que provistos de ponchos y carabinas cuidaran día y noche, por dentro y fuera del Museo, librándola así del asedio de los ladrones... (Desde la barra: ¡Vindiar al acusador es detenderse? Ocho cargos son. ¡Cada uno anmordaza esa oratoria i mella esa chabeta.)

El Sr. Pérez, por lo bajo.—Mejor habría sido no dar cuenta de esto....

Desde que ingresé al Museo me encontré con la oposición verdaderamente formidable, del señor Quintanilla. Mi infortunio lo exasperó y publicó otro atacando lo que yo no había escrito. Este señor no podía conformarse con que yo dirigiera un Museo constituido por las colecciones arqueológicas, antropológicas y etnológicas, defándole a él, sólo los escasos muebles y objetos de la colonia y de la república. Después de entonces comenzó a quejarse al ministerio, acusándome de faltas y actitudes imaginarias... (Murmullos.) Y es por el DIARIO DE LOS DEBATES, i en «La Prensa del día 3!, «Como el Sr. Tello continuara haciendo cargos al Sr. Gutiérrez de Quintanilla, algunos señores representantes golpearon sobre sus escaños, protestando.)

Como los sueldos se pagaban con gran irregularidad,

— 104 —

como el Museo no poseía entradas de ningún género, como la crisis general se acentuaba, la clausura se prolongó indefinidamente y entonces el señor Quintanilla, aprovechando de la situación difícil por la que atravesaba el Museo en el mes de enero de 1914 el señor Billinghurst, le ofreció a éste apoyarle dando algunas conferencias populares con el fin de atraerse su afecto. Recordarán los señores representantes, que el señor Quintanilla dió una conferencia a favor de las opiniones del señor Billinghurst, la noche del día 3 de febrero en uno de los teatros de esta ciudad. El señor Billinghurst fué derrocado a la mañana siguiente y poco después, cuando subió a la cámara el nuevo gobierno, el director del Museo lanzaba en los periódicos un furibundo artículo contra el señor Billinghurst es decir, que en horas o días había cambiado diametralmente de opinión. *(Desde la barra: ¡Calumnia! ¡injuria! ¡reventar la tapujia con la lengua i disparará, es defenderse?)*

El Sr. Secda, don Alberto, por lo bajo: Cosa perfectamente natural en nuestro país. *(Desde la barra: Trapujé de hombre plusctuanperfecto! ¿En esa jareta cerrá se tiende Ud. con dir?)*

Poco tiempo después de hacerse cargo del Ministerio el señor Menéndez, dirigíome un nuevo oficio, semejante al anteriormente citado, que entre otras cosas decía así: "Mientras que el infrascrito no visite el museo y dicte las disposiciones, que se sirva conveniente, no haga usted innovación alguna, impedido, así, de trabajar el 20 de julio en que decidí renunciar. Pero uno o dos días después el S. Meréndez visitó el museo y practicó la delimitación de las áreas en que deberían ser instaladas las dos secciones. Recién entonces se dió comienzo a las labores propias del museo; recibí los libros de inventario y de la biblioteca y se emprendió el difícil trabajo de identificación de las especies que habían perdido por el descuido y la humedad sus números de orden. Sin dar término a la identificación de las especies no era posible conocer las procedencias indispensables en todo estudio de sistematización. Y como el museo no tenía rentas de ninguna clase, y los empleados se hallaban impagos, solicité del Sr. Pardo, entonces rector de la Universidad, su apoyo para que se construyese un pabellón al lado sudoeste, creyendo de que trascendental para el desarrollo y progreso de ambos. Habiendo fracasado todas mis gestiones encaminadas en este sentido, presenté al Gobierno el día, 20 de marzo de 1915 mi

— 105 —

renuncia. *(Desde la barra: En conclusión los ocho cargos quedan en pié).*

Algún día, cuando se escriba la historia del Museo, alguien, tal vez, registre los anales de esta Cámara; compulsará entonces la labor del señor Quintanilla y la mía y, verá a qué lado se inclina la balanza. Por ahora, solo pido a la Mesa que se incluya en el acta de esta sesión, junto con la carta acusadora del Director del Museo leída en esta Cámara, el texto de la renuncia a que he dado lectura. Con esto quedará ampliamente satisfecho. *(Desde la barra: La historia del Museo no está en la Cámara, sino en este folleto, al fin del cual se levanta la roca Tarpeya, esperando al delincuente).*

El Sr. Presidente: Se atenderá el pedido del señor Tello(1).

---

No. 21

## Las armas prohibidas del Sr. diputado Tello

I

Lima, a 8 de Octubre de 1918.

SS. RR. de La Prensa.

Mui señores míos:

Afirma en su H. Cámara, el señor Tello de Huarochirí, que el infrascrito escribió odioso artículo contra el ex-Presidente Sr. Billinghurst, veinticuatro horas después de alabarlo en una conferencia pública; imputación que ha de sustentarse en pruebas suficientes para que no caiga sobre el que la hace, toda, la ignominia que se propone acumular sobre el mui sereno acusado. Invito, en consecuencia, a las personas que posean tales pruebas, conozcan los detalles o circunstancias del hecho, i sepan el nombre del diario, el título

---

(1) Véase el *Diario de Debates*, Legislatura Ordinaria de 1918. Páj. 673 a 714.

— 106 —

i el tema del artículo en referencia, el lugar i la fecha de la publicación, para que en el día i por medio de los periódicos de esta ciudad, ratifiquen i confirmen la aseveración del Sr. Tello de Huarochiri, i en caso contrario, lo decoren en el vilipendio que cae sobre los que se defienden de justos cargos, blandiendo armas prohibidas.

Mui atento servidor de ustedes.

EMILIO GUTIÉRREZ DE QUINTANILLA.

II

El Sr. Tello cae en la red

SS. RR. de «El Tiempo»    5 de Octubre de 1918.

Mui señores mios:

El último número del diario «La Acción Popular» correspondiente al año III, nº 840, «cuatro de Febrero de 1914» refiere todos los detalles de la conferencia ofrecida al pueblo por el Sr. Quintanilla, la noche del 3 de Febrero a favor de las ideas políticas del Sr. Billinghurst. El diario «La Prensa, año XI, nº 5865, edición de la mañana del día 4 de Mayo de 1914, publica un informe del Sr. Quintanilla, dirigido el día 1º de Mayo a la Dirección de Instrucción, en el cual ataca duramente al Gobierno del Sr. Billinghurst, por haber retenido en Palacio unos cuadros pertenecientes al Museo, terminando dicho informe con estas palabras: "tan execrable impulso (*se refiere a la actitud del Gobierno*), revelador de una sicología anormal, no tuvo, ni puede tener muchos imitadores en el mundo civilizado."

De ustedes atento i S. S.

JULIO C. TELLO.

— 107 —

III

Destruyendo la impostura

Dijo que el Sr. Tello de Huarochiri me acomete con armas prohibidas, en vez de refutar los cargos que lo escribillan. Asombrado de su empaque para ofender si su auditorio, de prime del 4, a honrarse a si mismo, descargando sobre mi las pruebas que lo autorizaron a expresar en la sesión de 3, celebrada por la H. Cámara de Diputados, que *el 3 de Febrero de 1914*, daba. Yo una conferencia *debutiendo* la política del Presidente Billinghurst, i el 5 *publiéche* yo en los periódicos el *furibundo artículo* contra el Presidente caído. (Versión de «El Tiempo»).

Aceptando con increible desparpajo mi emplazamiento, el Sr. Tello de Huarochiri responde substancialmente como sigue.

Me equivoco; aquello no fué el artículo sino oficio fechado, el 1º de *Mayo de 1914*. Vuelvo a equivocarme; aquello no aconteció del 3 al 5 de Febrero, sino *ochenta i ocho días después*. Me equivoco por tercera vez; aquello que consideré *furibundo*, se reduce a estas tres palabras *estan execrable impulso*. Aquí entra el alevoso puñal, añadiendo el de Huarochiri en fin parentesis: *se rebate a la actitud del Gobierno*. Desde esta parentesis prosiguen mis palabras: «revelador de una psicología anormal, no tuvo, ni puede tener muchos imitadores en el mundo civilizado.

Quieres leyeron i leun la conferencia que di en el Cine Popular, el 30 de Enero de 1914, se persuadirán de que no emití en ella los juicios del turiferario, sino del ciudadano que tiene el derecho de expresar sus convicciones sobre la manera como se desenvuelve la vida nacional, tan poco arreglada a las orientaciones que la Patria pide. Mi altivo carácter no compró nunca ningun beneficio, el precio que pagan los abyectos.

Estamos ahora frente a frente de la impostura. Nuestro Código penal la castiga, i la jente decente la desprecia. El Sr. Tello de Huarochiri ofendió a la H. Cámara, en donde solo do oficio nº 224, de Mayo, calificó yo de execrable impulso del Gobierno de Billinghurst, la actitud relacionada con los

— 108 —

cuadros del Museo. Sufra el señor de Huarochirí el bochorno que deberá causarle su delictuoso esmonteo; porque lo escribo por mi en ese oficio se refiere i al execrable impulso del *príncipe Pamphili*, destructor de obras de arte *en Italia, el año de 1688*.

He aquí el tenor *completo* i *exacto* de mi tejiversado oficio. Lo reproduzco del n° 5865 de «La Prensa», edición de la mañana correspondiente al 4 de Mayo de 1914, el mismo que cita Tello:

IV

El oficio auténtico

Oficio n° 224 que el Director del Museo de Historia Nacional dirijió a la Dirección Jeneral de Instrucción, con fecha 1° de Mayo de 1914.

***

Sr. Director Jeneral de Instrucción. Con el objeto de dar mayor suntuosidad a la recepción ofrecida en el Palacio de Gobierno al Sr. Jeneral Montes, actual mandatario de Bolivia, en su última visita al Perú, el anterior Gobierno resolvió trasladar a ese local los cuadros pertenecientes a la Galería de Pintura de este Museo, que el Sr. Ministro del Ramo, Dr. D. Francisco Moreira i Rijios puntualiza, uno a uno, en el oficio de 29 de Abril de 1913, en que personalmente me comunica la orden de entrega.—Aunque extensiva ésta a los cuadros *La Respuesta de Bolognesi* i *Los Mártires coroneles*, admirable obra del exímio artista peruano Baca Flor, me resistí a entregarlos por pertenecer el primero al Club Revolver, del cual no emanaba la orden, i por ser el sangriento asunto respresentado en el segundo, de lo mas impropio para decorar una recepción diplomática dirijida a fines de paz i confraternidad.—Los cuadros trasladados i extraídos en virtud de la orden ministerial recibida son: 1°.—Retrato de San Martín, al óleo, de cuerpo entero; 2°.—Retrato al óleo del Virrei Arzobispo don Diego Ladrón de Guevara; 3°.—Retrato al óleo del Virrei Arzobispo don Diego Morcillo Rubio de Auñón; 4°.—Retrato al óleo del Virrei

— 109 —

don José de la Serna; 5°.—Retrato al óleo del Jeneralísimo don Agustín Gamarra; 6°.—Retrato al óleo del Jeneral Salaverri; 7°.—Notable bronce sobre pedestal de mármol negro, que representa, de cuerpo entero, al Sr. don Toribio Sanz, insigne benefactor de la Biblioteca Nacional de Lima.—El texto de la orden es el siguiente: «Ministerio de Justicia, Instrucción, Culto i Beneficencia.—Lima, 29 de Abril de 1913.—Sr. Director del Museo Histórico.—Sírvase Ud. poner a disposición, bajo recibo, del Director de Salubridad Dr. Lauro Anjel Carletti, los siguientes cuadros: *Cuadro de los Ajusticiados*, de Baca Flor, la *Respuesta de Bolognesi*, el retrato de San Martín, i seis retratos de los Vireyes, que dicho funcionario indicará.—Dios guarde a Ud.—F. Moreira, i Rijios.—El acto a que me refiero carece de atenuación, aun en el supuesto de que se restituyeran esos objetos al concluir la fiesta de la cual i contra todo principio de cultura, se hizo tributaría al Milano arte. Pero ese acto reviste el mas sensible carácter, desde que se pudo considerarse consumada la desintegración de las Colecciones artísticas i documentarias de que forman parte los objetos expresados. Desde luego, la extracción de seis retratos deja truncada la colección de nuestros cuarenta i cinco Vireyes.—El aplazamiento indefinido de la restitución, durante el réjimen fenecido en Febrero, podía implicar la supresión de las garantías con que en el resto del mundo, mantienen los Gobiernos la inviolabilidad de los establecimientos en donde, como en éste, una nación atesora las manifestaciones civiles, políticas, militares i relijiosas de su existencia, lo¡ símbolos de sus glorias e infortunios, i todo lo que, con enseñanza objetiva, descubre el pasado, educa el espíritu i exalta los patrióticos sentimientos.—El año de 1783, al arte itálico sufre la consternación devastadora consumada por un ejército francés; pero un italiano, Napoleón I acrecienta los monumentos de Francia a mano llena, i de los pueblos vencidos; pero esta mano depredadora es estranjera. El mariscal Soult busca en las obras del arte español, los mejores trofeos de sus victorias; pero este vencedor rapaz es, en España, un estranjero. Un ejército vencedor arrasa el año de 1881, nuestra antigua Biblioteca, i traslada a Chile, entre otros objetos de arte, el imprescindible reloj concebido i ejecutado por uno de nuestros mas hábiles compatriotas; pero ese ejército era estranjero.—Italia no per-*dona a su príncipe Pamphili (1688) que profanara con mano bárbara la magnífica estátua de la antigüedad clásica que recibió en herencia, i la célebre Venus de Aníbal Carracci. Tan execrable*

— 110 —

**Impulso, revelador de una psicolojía anormal, no tuvo, ni puede tener, muchas imitadores en el mundo civilizado.**—La lei n° 547, creadora de este Museo, se inspira en las mismas razones que universalmente indúcen a los Gobiernos, a sedimentar la vida nacional en Archivos i Museos, cuyas acumulaciones son la mas sagrada e inviolable de las herencias que las jeneraciones que se van pueden trasmitir a las que vienen.—Prevaleciendo en la Excma. Junta de Gobierno el concepto que informa la expresada lei, aprovecho estos primeros momentos de la reapertura del Museo, en buena hora acordada, para solicitar que los cuadros de mi referencia sean restituidos a su propio local, i que se dicte una suprema resolución que prohiba, de modo absoluto, la extracción de ninguno de los objetos que forman la riqueza histórica, artística i científica de los Museos Nacionales.—Me permito hacer extensiva esta solicitud a los cuadros de nuestro gran pintor don Ignacio Merino, extraidos también, i pertenecientes a la Galería Municipal de Pintura; sin embargo de no estar ella sujeta a mi jurisdicción, ni caberme por ella responsabilidad ninguna. [1]

Dios guarde a Ud.

E. G. DE QUINTANILLA.

———

V

## Castigando la calumnia

Se evidencia que la calumnia inhábilmente forjada, contra mi por el señor a quien voi dando lo que merece, no tiene mejor fundamento, ni es mas verosímil que el *pacto con el diablo*, .... atribuido en Francia i en tiempo de Luis XIV, al matiscal de Montmorency. ¿Por quién, diréis? Por aquel saco de pecados que, como ese otro, en el siglo se llamó Le-

———

[1] Este oficio fué remitido por el oficial de Partes de la Dirección de Instrucción, Sr. Dec..., el dia 19 de Mayo de 1912, según oficio n° ..., en respuesta al oficio n° 12 de Agosto de 1912, i versado el gun... solicitud de... de Diciembre de 1920. Ella i el respectivo asunto extraídos en el Libro de Ingresos de aquella Dirección, cumpliéndose siempre la fidelidad de la transcripción hecha, aquí, reprodújose esta edición en el segundo tomo de la *Memoria del Museo de Historia Nacional*, páj. 61 n° 178.

— 111 —

sage (*el sabio.....*), uno de los vendedores nefandos del *Polvo de sucesión*.............

En el oficio de calumniar, el señor Tello no vale mas que Lewis Goldsmith i los demás que atribuyeron al primer Napoleón Bonaparte los crímenes de envenenar a la joven de su trato, como lo hiciera la sirena de *las mil i una noches* con sus favoritos, i el de ordenar el asesinato de Desaix en Marengo.

Valiéndose de tan reprobado medio, se afana por florecer sobre mi ruina, saltar a mi costa i desde los riscos de Huarochiri, sobre cumbres que no se salvan sino con pasaporte que solamente la señora Honra refrenda.

La máscara del rostro, rastro i rastrojo: no impidió reconocerle el aire de intolerante i presuntuoso, propio de naturalezas broncas que, no evolucionando todavía hacia los senderos del bien, i obedientes al instinto de la fiera i el ave prensora, persiguen su bienestar a dentelladas, timpanizándose el vientre i a fuer de canibalismo. Acreditó su lengua que, a ejemplo de los autropófagos Cashibos de nuestra gran Pampa del Sacramento, hoi todavía en otros, al parecer, civilizados parajes, quieres se hallen igualmente determinados a celebrar festín de carne humana, si no exsigiró el poeta:

«Nume putemus ulterum nos omnino vivere.
Et nune ident fher-iline leius ernus snugulšius. (1)

Empero, no echará mi calumniador sus lomos enguilléndose los mios, sin que antes le haga notar que con el desprecio dieron el *Plus café* Milton i Wordsworth (2) a sus detractores; no sin que antes deplore con Daniel Stern, que haya enemistades tan rastreras, que sea preciso rebajarse para combatirlas (3). Rehajarse, dije; porque el de dos lenguas, maldito es (4), según se lee en el Eclesiástico (4); perturbará a muchos que tienen paz.

Recorriendo el Dante las diez fosas del octavo círculo del INFIERNO, halló en una de ellas a la mujer de Putifir, acusadora del inocente, i dícese, casto José, i a Sinon, cuya perfidia arruinó a Troya.

———

«Ei num è lu fulsò iden erudi fudserunq,
L' altro è'l falso Sinon Greco di Troica»

———

«Num putemus ulterum nos omnino vivere.
Et nune identifier-inine leius ernus snugulšius.

[1] G. de la Tueche.
[2] Macaulay: *Ensais literarios.*
[3] R. Stern: *Equivoses morales.*
[4] XXVIII, 6.

— 112 —

Los dos son presa de horrenda fiebre, los dos exhalan el vaho fétido de la *Calumnia*. Borneando sobre mí esta arma tan vedada a los hidalgos como a los *terrones*, ¿se propuso Ud. gunar aposento en la misma fosa, i compartir allí con *mance Adame* el cuarteto de condenados fétidos i febriles?

Si tuvo Ud. audacia i desparpajo para herirme con su relato, no menos falso que el de Sinón i el de la mujer de Putifar, la Cámara que atónita lo escuchaba, supo guardar actitud semejante a la de Carlos V, al presentársele el conquistador don Pedro de Alvarado, a darle el descargo de ciertas imputaciones fraguadas por los mas ruines de sus émulos. Al verlo, el Emperador exclama: *No tiene este hombre talle de haber hecho lo que de él se dice.* I añadiendo mercedes a la palabra, se las otorgó cual él las merecía. Mi suerte no fué tanta; pero la de Ud. no será otra que la granada por los ocupantes del octavo círculo dantesco, si el perdón que se otorgo nos valiera tanto como el que testamentariamente concedió el Obispo D. Sebastián de Lartaán, a los tres clérigos que lo calumniaron hasta causarle el destierro i la muerte: dos soluciones que antecedieron al tardío fallo absolutorio.

## Nº 22

### El Sr. Tello no logra que los SS. diputados secunden sus pasiones

*Sesión la Cámara de Diputados presidida por el H. Sr. Juan Pardo, el jueves 31 de Octubre de 1918*

\*\*\*

El Sr. Presidente.—El señor Tello puede hacer uso de la palabra.

El Sr. Tello (don Julio C.)—Señor Presidente: Existe actualmente en la Aduana un cargamento de antigüedades nacionales que va a exportarse del Perú con dirección a Buenos Aires. Como existe un decreto supremo que prohibe la exportación de antigüedades, y como se trata—estoy con-

— 113 —

vencido—de un cargamento verdaderamente valioso e importantísimo para el estudio de la historia patria. (*Desde la barra: "¡Pehpillo, lengua,—dice Garcilasso,—declaraba los dichos como se la antigüeba."*) Deseo señor, que se pase un oficio al señor Ministro de Instrucción, recomendándole que no se exporten, que no se embarquen, que no se despachen siquiera esos objetos.

El Sr. Pinzás (interrumpiendo)—Pido la palabra.

El Sr. Tello (continuando)—mientras el Gobierno no nombre una comisión que estudie el punto e informe respecto a la clase de objetos que van a exportarse.

Deseo señor Presidente, que la Mesa solicite del señor Ministro que envíe a la brevedad posible el expediente que debe haberse seguido ante ese ministerio para la exportación de tales antigüedades, exportación que según creo la va a hacer el señor *Maurique.* (*Desde la barra: Manrique por Merlini.....Enterado está el Señor.....*) Deseo, señor, para este pedido, el acuerdo de la Cámara.

El Sr. Pinzás—Señor Presidente! De la manera mas casual me he impuesto del asunto a que se refiere el señor diputado. Efectivamente, un comerciante ha comprado, en el establecimiento público de antigüedades que hay en Mercaderes, una partida de huacos para exportarlos al extranjero. Como existe un decreto que prohibe la exportación de antigüedades, este comerciante ha recurrido al Ministro de Justicia y señor Ministro de Justicia, previo informe del Director del Museo,—quien dice que esos huacos no tienen importancia alguna para el Museo, y segura mente apoyándose en algún artículo del decreto que prohibe la exportación de antigüedades, según el cual los similares pueden exportarse—ha autorizado tal exportación.

El Sr. Tello (don Julio C., interrumpiendo)—Pido la palabra.

El Sr. Pinzás (continuando)—De manera, señor, que el señor Ministro de Justicia ha procedido correctamente. Se trata de una mercadería que está a la vista del público para expenderse: viene un visitante al Perú, compra esos huacos y se los lleva al extranjero. El Gobierno no puede menos que dar facilidades para esa exportación. En este sentido, yo creo que habría que modificar el pedido del señor Tello, diciendo simplemente que el Ministro de Justicia informe sobre lo que hay al respecto.

El Sr. Tello (don Julio C.)—Pido la palabra.

— 114 —

El Sr. Presidente.—El señor Tello puede hacer uso de la palabra.

El Sr. Tello.—Señor Presidente: Antes de hacer este pedido me he enterado bien de lo que había en este asunto. (Sí. Manrique por Merlini.....) Sé que en la Aduana del Callao están los cajones, sabía de antemano del contenido de esos cajones estuvo depositado en una casa de antigüedades que existe en la calle de Llanos; conozco la manera como se realizó el negocio. (Desde la barra: l¡ Juan Bragardello niega que Ud. conociera los objetos remitidos por él al Sr. Merlini.) Pero es la primera vez que tenemos ocasión de presenciar estos hechos (Desde la barra: Mucho antes había Ud. exportado clandestinamente, multitud de cráneos trepanados, grandes telas de Nasca, cuarenta i ocho cajones de huacos, l....l....l) Y de ver cómo se embarcan grandes cantidades de antigüedades peruanas. El informe que ha dado el Director del Museo manifiesta la situación verdaderamente lamentable que se está creando aquí desde hace tiempo, con esta grave cuestión de las antigüedades. El señor Gutiérrez de Quintanilla acaba de mandarnos un informe. El señor Quintanilla dice, primero, que no tiene conocimiento del asunto y después, en su segundo informe, dice y asegura que tiene importancia. La Cámara se dará cuenta de la razón de estos informes. Precisamente, lo que yo quiero que se haga en este asunto es lo contrario, pues trato de que esos objetos no salgan del país, porque, como dije anteriormente pertenecen de hecho a la nación.

Lo que yo pido, señores, no es nada en contra del señor Ministro de Instrucción, simplemente que vengan documentos explicativos. Mientras tanto, debemos procurar que los objetos que se van a exportar se detengan, porque son objetos valiosos, objetos importantes, objetos únicos. (Desde la barra: Ansioso de venganza, explota Ud. aquí la credulidad que Ud. no merece.) Es por eso que pido también que se le diga al señor Ministro que los detenga; porque van a ser despachados por Buenos Aires, sin perjuicio de que el expediente para que la Cámara entere de qué clase de informes he emitido el señor Quintanilla.

El Sr. Pinzás.—Ese pedido significa que el Estado arrebata a los particulares su derecho, y atenta contra la propiedad. No es posible, señor, aceptarlo. ¿Cómo es posible que sin razón alguna, sin títulos que lo justifiquen por parte del Estado, se quite a un hombre lo que es suyo? Creo que el se-

— 115 —

ñor diputado lo único que puede pedir es que el Estado compre esas antigüedades, pero no que las detenga. Suplico, por eso, al señor diputado que medite bien el asunto, porque no es posible que la Cámara de Diputados proceda atentando contra la propiedad particular, retenidendo manu militari.

El Sr. Tello.—Yo no he pedido eso, doctor Pinzás. Yo lo que he dicho únicamente es que, mientras no sepamos qué clase de antigüedades son esas, el Gobierno debe impedir su salida.

El Sr. Pinzás.—¡Es un atentado!

El Sr. Tello.—Son verdaderos tesoros, señor! (El escriba de la Ley!)

El Sr. Pinzás.—Es un atentado contra la propiedad. La propiedad es sagrada, y el Congreso mas que nadie está obligado a respetarla. Yo me opongo al pedido en la forma planteada por el señor Tello.

El Sr. Borda.—Pido la palabra.

El Sr. Presidente.—El señor Borda puede hacer uso de la palabra.

El Sr. Borda.—Señor Presidente: Esta cuestión de la prohibición de exportar objetos valiosos que han pertenecido a otra época de nuestra historia, debe resolverse con un criterio profundamente tranquilo, sin precipitaciones que puedan traer graves perjuicios. El derecho de adquirir estos objetos no puede discutirse; si tales objetos se adquieren en un establecimiento público, donde están expuestos en anaqueles y vidrieras, y donde públicamente se sabe que se adquieren en virtud de particular desembolso, no hay el derecho de decirle al comprador: No exporte usted, porque el gobierno no lo consiente. Añadiré a un caso que ocurrió conmigo señor Presidente. Se presentó un día en mi casa una persona que me ofreció en venta una vieja caja de plata; y me refiero al caso, porque muchos de los representantes que me han hecho el honor de visitarme han visto esa caja.

El Sr. Pinzás (interrumpiendo).—Yo uno de ellos.

El Sr. Borda (continuando).—La única manera de resolver este caso sería la que insinúa el señor Pinzás. No dejó de comprender lo vendida de tomar al respecto una determinación, para que se clausuren las casas que se ponen visiblemente se sorprende la buena fe de los extranjeros y se les vende como objetos auténticos, adquiridos por excavaciones u otros sistemas, los que no son sino groseras y toscas falsificaciones; pero también puede darse el caso de que a la som-

— 116 —

bra de esta posible superchería se haga la venta de objetos que son reales y efectivamente valiosos. ¿Cómo se puede evitar esto? Dictando una medida que prohiba el expendio de esos objetos, y visitando los establecimientos de la calle de Llanos y del señor Alexander, exigiendo a sus dueños que comprueben cómo obtuvieron y qué medios emplearon para adquirir los objetos que se supone tan valiosos.

Es verdad que hay una ley que impide que salgan objetos antiguos; pero ello irroga grave daño, precisamente, a los que ya han adquirido esas antigüedades y no me parece, por consiguiente, que sea esto una medida acertada. Por otra parte, como acaba de decir el señor Piñzás, el ministerio de Fomento, que tiene a su cargo la vigilancia en el cumplimiento de la ley sobre antigüedades, ha autorizado el embalaje de éstas, y supongo yo que no procedería bien la Cámara, si a un funcionario que ha podido ver la clase de objetos que se embalaban, le dijera que va a ejercer una nueva función de revisión. La única manera, el único modo de proceder en este asunto, en mi concepto, es el que indico: recomendar al Gobierno, en vista de la posibilidad de que por inadvertencia o descuido de los empleados de Aduana puedan salir del país objetos valiosos, que nombre un funcionario que efectúe esas visitas, o que la Aduana determine a una persona conocedora de esta clase de objetos, a fin de que deje pasar con toda libertad los que no tengan importancia, y evite la función desagradable de detener huacos que no significan nada y dejar pasar en cambio objetos preciosos, que son precisamente los que debiera evitarse que salgan.

Pido, pues, señor Presidente, que se pase un oficio al señor Ministro, declarándole la conveniencia de que se efectúe esa visita y se sepa cuáles son los huacos que por su poca significación pueden salir libremente del país, y cuáles queden en él, en virtud de la revisión del poder central.

El Sr. Tello. (don Julio C.)—Pido la palabra.

El Sr. Presidente.—Puede hacer uso de la palabra el señor Tello.

El Sr. Tello.—Lo que yo deseo es que la Cámara, señor Presidente, se fije en esto: se trata de una colección preciosa de objetos incaicos, se trata de una colección valiosísima de antigüedades peruanas. (Desde la barra: No se interesa Ud. como Cabinda por su Patria, sino como el desleal Felipillo, por la muerte de Atahualpa.) Yo lo digo en conciencia.

— 117 —

(Desde la barra: Esa conciencia se quedó en las tesorerías de los Museos i las universidades de los Estados Unidos.) Es una colección muy valiosa. Algún crédito hay que dar al individuo que ha pasado su vida en esta clase de estudios. (Desde la barra: Sanción penal es lo que Ud. merece.—Ud. declaró a los SS. Echeopar i Merino, que fantaseaba, perjudicar al segundo, pero que, acusado de ratero, necesitaba defenderse.......)

El diputado por Lima, señor Borda, dice que existen muchas telas falsificadas y también muchos huacos falsos, no sé diga parecidos sino idénticos a los que se hacían en la época del virreinato. Indudablemente que los hay, pero con todo, señor Presidente, lo que yo aseguro es que los objetos que ahora se encuentran en la Aduana del Callao son valiosísimos; y bajo mi fé de caballero lo declaro. (Desde la barra. Acabó Ud. de exhibir su mala catadura moral. Diga ahora ¿cuándo comenzará Ud. a limpiarse de aquellos ocho rargos tres Públicos están todavía en pié, si realmente tiene Ud. fé de caballero?)

El Sr. Borda (interrumpiendo.)—Permítame su señoría, Señor Presidente: yo no podría dejar de cumplir un deber de dignidad, de imperiosa obligación por mi parte, si no aceptara las declaraciones que nos acaba de hacer el señor diputado por Huarochirí. El señor representante declara bajo su fé de caballero y con los conocimientos que él tiene en la materia, que se trata de objetos valiosos, y basta que lo diga un miembro de esta Cámara para que yo no pueda dudar de un solo momento.

El Sr. Presidente.—El señor Piuzás insiste en su oposición?

El Sr. Piuzás.—Señor Presidente: Yo creo que cada uno de los Poderes Públicos tiene su esfera de acción, y que es perturbador invadir las atribuciones de otro. El Poder Ejecutivo ha dictado una resolución para que embarguen esas mercaderías, después, seguramente, de tomar en cuenta el decreto supremo que prohibe esa exportación y dicta reglas para permitirla. Si el Ministro ha cumplido esas disposiciones, indudablemente que vendrá sobre él responsabilidad; pero no es posible que la Cámara de Diputados, por muy autorizada que sea la palabra de un señor diputado, por mucha verdad que ella contenga—como que la del señor Tello, la contiene indudablemente—tome el acuerdo de suspender un decreto gubernativo, porque si..........