— 118 —

El Sr. Pinzás (continuando).—......y atente de este modo contra la propiedad de un individuo. Yo no creo que la Cámara puede hacer esto. El señor diputado podría hacer pasar los oficios por su propia cuenta, sin obligar a sus compañeros a dar su voto en este asunto. Si el señor diputado pide que se pasen los oficios por cuenta suya, no tendría que decir una palabra, pero como se pide el acuerdo de la Cámara, creo que la Cámara no podrá acceder al pedido del señor diputado Tello.

El Sr. Presidente.—El señor Bordia puede hacer uso de la palabra, y con lo que él exponga declararé terminado el incidente.

El Sr. Bordia.—En este caso se trata de cosa más sencilla. El Ministro, sin poder darse cuenta de la trascendencia del asunto, y solo en vista de un expediente tramitado, dispone que se embarquen unos objetos antiguos. En este caso, un representante, asumiendo la responsabilidad que pesará sobre él, pide que se detenga el embarque. Yo creo que debe atenderse su petición, porque, si el embarque se efectúa y están del territorio los objetos discutidos, ¿qué objeto tendría la actitud del representante, ni qué objeto la colaboración de la Cámara para detenerlos? Solo se puede impedir que salgan definitivamente, empleando los medios de indemnización. De otro modo no es posible. Y salvo que lo ordene el Poder Público, aisladamente, esta petición no significará nada si no la apoyase la Cámara, porque todo el mundo sabe los objetos que existen entre el señor Tello y el señor Quintanilla; no significaría nada que el señor Tello pasara por su cuenta el pedido; pero si significaría mucho que la Cámara de Diputados, se pusiera de acuerdo para apoyar su petición, como es natural que lo haga. Los diputados no podemos ni debemos estar desamparados cuando pretendemos algo justo, y si un representante formula un pedido perfectamente justificado, es un deber de todos nosotros ampararlo y apoyarlo.

Yo deseo, señor Presidente, que el señor Pinzás nos haga el favor de cesar en su oposición al pedido formulado por el señor Tello. Y pido a la Mesa se sirva consultar a la Cámara, para que ella pueda prestar su voto aprobatorio al pedido del señor diputado por Huarochirí.

El Sr. Presidente.—Como se ha hecho oposición al pedido, siento no poder consultarlo a la Cámara, porque no hay quórum en la sala. En esta situación, creo que el señor Tello

— 119 —

no tendrá inconveniente para que se haga el pedido en su nombre....

El Sr. Bordia.—Señor Presidente: Entonces pido que se haga en nombre del señor Tello y del mío.

El Sr. Presidente.—Se dirigirá el oficio a nombre de los señores Tello y Bordia. (Desde la barra: El cargamento del Sr. Merlini se exportó por fin. La venganza del Sr. Tello quedó frustrada: no había tales cerneros.) [1]

II

El Sr. Tello declara que en el asunto Merlini satisfizo una venganza personal

***

CINCO INFORMES SOBRE EL CARGAMENTO DEL SR. MERLINI

El primero

Lima, a 18 de Octubre 1918.

Oficio n° 2411.

Señor Director Jeneral de Instrucción.

Absuelto el informe pedido en el expediente n° 2777, después de examinar en el Resguardo del Callao, el cargamento que es materia.

El Sr. Francisco Merlini se propone exportar a Buenos Aires, cierta cantidad de antigüedades de procedencia colonial en su mayor parte, i compuesta de diversas piezas de mueblaje, indumentaria femenina i eclesiástica, telas pintadas al óleo, esculturas ayencuchanas, objetos de plata, i imájenes del culto cristiano talladas en alto relieve.

En el mueblaje sobresale una papeleta taraceada con lámina de marfil, que contiene diversos dibujos en negro. Es mui semejante a las varias que trajo del Cuzco don Alberto

(1) Véase el *Diario de Debates*. Lejislatura Ordinaria i Estraordinaria de 1918. Páj. 47 a 62.

— 120 —

Hurtado, estudiadas por mí en el oficio de 11 de Junio de 1912. Admito la nosibilidad de que ésta fuese fabricada por los ebanistas imitadores de lo antiguo, que hoi se ejercitan en Lima en tau peligrosa i no mui limpia industria.

El recurrente lleva dos platos o bandejas de plata, de fondo repujado en que se moldea toscamente un escudo de armas. En el labio o borde plano del uno se lee: «*En homenaje al Pacificador de las contiendas políticas en las Indias del Perú, eminentísimo Sr. Dr. D. Pedro de la Gasca. Cuzco, Año 1547*». En el borde del otro se lee: «*En homenaje al gran capitán don Francisco Pizarro conquistador de las Indias del Perú, marqués de los Atabillos. Cuzo Año 1543*».

Estas bandejas labradas a modo de documentos conmemorativos, son simple superchería de orfebres dedicados al lucrativo negocio de falsificar antigüedades, con perjuicio de la buena fé. No pudo hacerse el año de 1537 [al] homenaje al Presidente Gasca, porque éste llegó al Perú diez años después, i no venció a Gonzalo Pizarro hasta el de 1548. Tampoco tiene probabilidad el homenaje de la otra bandeja a don Francisco Pizarro, porque éste fué assinado el año de 1541. Con piezas semejantes fué sorprendida la credulidad de Mr Bryand, un paso por Lima, ocasionándole no pequeño prejuicio, i por eso en el presente caso, o i yo el comprador o i el vendedor trataron a sabiendas de que la materia del negocio no era realidad histórica.

Aprovecho, sin embargo, el caso para recomendar la necesidad de obligar a los que ejercen promiscuamente el comercio de antigüedades auténticas i falsificadas, a exhibirlas bajo gruesa leyenda destinada a indicar al comprador cuales son las imitaciones, i la respuesta idea de las que hoi hacen indistintamente este comercio, es igual a la del joyero que vendiese diamantes falsos, sin advertir, como lo exije la policía de París, que no son verdaderos.

Opino que el Gobierno adquiera estas dos bandejas, a precio de factura, i que en la vidriera nº 17 del Museo, se agregue a ellas las falsificaciones de cobre allí exhibidas, a fin de que su contemplación aleccione al público i lo prevenga contra tales supercherías.

Cuanto a la cerámica pre-hispánica, el infrascrito halló en uno de los baúles varias piezas pertenecientes a la civilización de Nasca, i opina que el Gobierno las adquiera ejerciendo el derecho de retracto, en atención: 1º a su importancia histórica; 2º a que sí, por una parte están vijentes los su-

— 121 —

premos decretos de 27 de Abril de 1893 i 19 de Agosto de 1911, que prohiben la exportación de este jénero de antigüedades, por otra parte, todavía no se dicta la lei que, definiendo de derechos entre el Estado i particulares, declare que pertenecen al primero los objetos muebles de carácter arqueolójico i procedencia sepulcral.

El recurrente comprueba con varias facturas que compró las ceran de doscientas piezas de alfarería pre-hispánica, de cuya exportación se trata, en casas comerciales de esta ciudad, en suyas vidrieras le fueron presentadas; por manera que no se halla incurso en la responsabilidad de los que practican excavaciones clandestinas.

Los cajones signados con los números 5 i 6 contienen el grueso de la cerámica reunida por el Sr. Merlini. El conjunto de ella es selecto, i está formado con procedencias de Nasca i 'Chimbote', i otras del período incano. En jeneral, las piezas de Nasca son notables por la finura de su fabricación, el tipo de sus formas, i el valor mítico i petórico de sus decoraciones. Las de Chimbote tienen análoga significación por el carácter realista, hasta pornográfico de sus formas, el mítico sentido de su pictografía, i sus representaciones decorativas en bajo-relieve. Hago extensivas estas apreciaciones a los 17 o 20 huacos contenidos en los cajones de la antigua cómoda exhibida que forma el bulto sin número consignado al Sr. González Grña. de Buenos Aires, e incorporado en el cargamento del Sr Merlini.

A mérito de la resolución pronunciada el año de 1912, en el expediente de don Alberto Hurtado, cree el infrascrito que el Gobierno *puede consentir en la exportación solicitada* ('Chimuando' las dos bandejas falsificadas a que hizo referencia. En cuanto a la colección de huacos llega a las conclusiones siguientes:

1º—No ha lugar a su exportación sin contravenir a lo que dispone el artículo 4º del supremo decreto de 19 de Agosto de 1911;

2º—No ha lugar al comiso, porque no se incurrió en clandestinidad, ni la colección proviene de excavaciones practicadas por el recurrente;

3º—Dado el carácter selecto, el Gobierno puede ejercitar respecto de ella el derecho de retracto en vista de los precios documentados con las facturas marcadas con el sello de este Museo.

4º—Con arreglo al art. 4º del antecitado decreto de Agosto

— 122 —

de 1911, se ha de consentir en la exportación de los duplicados, previo escrutinio realizado en el local del Museo; a cuyo efecto se dispondrá la traslación a él de los bultos respectivos.

5°— Considero indispensable que, para mejor resolver, se agreguen a este expediente las facturas otorgadas al recurrente por las casas vendedoras Debernardi i Brignardello, las que el Sr. Merlini me entrega, defiriendo a mi indicación, i yo acumulo al expediente, en once fojas, después de marcarlas con el sello de este Museo.

Hago notar, finalmente, que los bultos que forman el cargamento fueron cerrados i lacrados con el sello del Resguardo del Callao, i quedaron dentro de las dependencias de dicha Oficina.

Dios guarde a Ud.

EMILIO GUTIÉRREZ DE QUINTANILLA.

***

El segundo

Expediente n° 2777                    Lima, a 26 de Octubre de 1918.

Señor Director Jeneral de Instrucción.

En cumplimiento de la parte final de la resolución ministerial del 22, que me transcribe en su oficio n° 18435, i previa traslación al Museo de los cajones sellados por el Resguardo del Callao, examiné la colección de ciento sesenta i siete huacos contenidos en ellos, a fin de reconocer la existencia de ejemplares duplicados, cuya exportación puede consentir el Gobierno a tenor del artículo 4° del decreto de 19 de Agosto de 1911. Del examen resulta: que el espresado número se descompone como sigue: 27 piezas correspondientes a la civilización mas antigua llamada de Nasca e Ica, i presentan los caracteres señalados en mi primer informe; 27 provienen del período Chimú, en su mayor parte, i es orilíformes el carácter de su composición; 26 son representaciones diversas del Puma, i proceden del valle de Chicama; 16 son globales en blanco i rojo, i acusan la misma procedencia que los anteriores, con pocas excepciones; 3 corresponden al

— 123 —

período incano, i se caracterizan por el tipo infundibuliforme; 17 presentan formas diversas, mas o ménos indeterminadas, i proceden de rejiones distintas, pero de Chicama principalmente; 45 afectan la forma humana, i son de Chicama, i presentan carácter zoomórfico, i tienen la misma procedencia que las anteriores; i 2 de orijen Chimú; de barro negro fino, son iguales en su forma vejetal simétricos. No hai otros ejemplares duplicados, fuera de éstos; si bien abundan en la colección las formas análogas, i los temas de composición esenciales. Con los cajones sujetos al nuevo reconocimiento traje el señor. Merlini un baúl que contiene objetos de carácter relijioso i de uso personal semejantes a los examinados en los bultos cuya exportación está ya autorizada. Este baúl queda cerrado con el sello del Museo.

Dios guarde a Ud.

E. G. DE Q.

***

El tercero

Sr. Director Jeneral de Instrucción:

El Museo de mi cargo no tiene interés en conservar la cerámica del recurrente.

Dios guarde a Ud.

E. G. DE Q.

***

El cuarto

Señor Ministro de Instrucción:

Cumpliendo con lo ordenado por Ud. en el decreto del 7 del presente, nos constituimos en la oficina del Resguardo del Callao, i índe-examinar los objetos que contenían 7 cajones pertenecientes al Sr. Francisco Merlini que debían de ser despachados con destino a Buenos Aires. A las 11 de la mañana principió la inspección de los bultos, los que contienen objetos de plata labrada, como bandejas, candelabros, estriberas

— 124 —

i cuadros de madera toscamente labrados, muebles antiguos, sillas i cómoda i cinco cajones de huacos o sean cerámicos peruanos. No tienen ningun valor histórico ni artístico los objetos pertenecientes a la época del Colonizaje, ni los idolillos de madera, algunos de los cuales son de una grosera falsificación, imitando los que se extraen de las huacos o necrópolis de Ancón o Pachacamac. En cuanto a la colección de huacos los hai que pertenecen a los enterramientos de Nasca e Ica i de la rejión del Norte: Chimbote i valle de Chicama, hai 28 ejemplares de la cerámica llamada masquece i go de doble gollete i una anforita arríbalo, pero de los que se encuentran muchos ejemplares iguales en el Museo Histórico i en el Museo particular del Dr. Prado i en otras colecciones particulares, pues es sabido que la cerámica esmaltada de Nasca tiene muchísimos ejemplares idénticos. En cuanto a la colección de cerámicos llamados jeneralmente del Chimu se compone de pocos ejemplares de valor artístico, en su mayor parte son porongos, i apenas cinco reproducen tallados de algún mérito, representando escenas de pesca; siendo el mas digno ejemplar uno que representa a la diosa del maíz (mama sara), pero también debemos declarar en obsequio de la verdad que de estos cerámicos se encuentran muchos ejemplares en el el Museo Nacional i en los particulares. En ambas colecciones, se hallan una veintena de huacos rotos.

La comisión lamenta que el Director del Museo Histórico no hubiera declarado desde el primer momento que la colección que es objeto de este examen, contenia huacos cuyos ejemplares se hallaban repetidos en las que posee el Museo Nacional, sin argüirles un mérito artístico i valor histórico, habiéndo podido señalar el número del catálogo de los ejemplares duplicados o triplicados.

A las 12 del día de la fecha terminó la labor de la comisión, la que cree haber cumplido el honroso encargo que Ud. le confiara.

Lima, a 9 de Noviembre de 1918.

(Firmado) WIESSE.—URTEAGA

***

— 125 —

El quinto

### Sr. Director Jeneral de Instrucción.

Cumpliendo con la Comisión que se sirvió usted encomendarme en su oficio n° 19822, de 22 del presente, nos constituimos en la oficina del Resguardo del Callao, a fin de examinar los objetos que en seis bultos desea remitir a Buenos Aires el señor Francisco Merlini.—Descubiertos los cajones hemos hallado que ellos contienen ornamentos sacerdotales usados en su mayor parte, de telas de damasco con franjas, mantones de seda antiguos; objetos de plata labrada, como candelabros, platos llanos i de factura antigua i otras imitaciones de la vajilla usada en la época del Coloniaje; imájenes de madera, crucifijos también de madera i de marfil i dos enjones de huacos ordinarios del Chimú i de Chimbote, de los cuales hai muchísimos ejemplares en el Museo de Historia Nacional. Examinados con cuidado los ejemplares de esta cerámica, no hemos hallado ninguno que tuviera caractéres orijinales.

Dejamos así cumplido el honroso encargo que se nos hiciera.

Lima, a 23 de Noviembre de 1918.

Dios guarde a Ud.

(firmado) CARLOS WIESSE.—HORACIO H. URTEAGA.

— 126 —

### III

**Varias justas resoluciones conducentes a la exportación del cargamento**

#### La primera

Oficio N° 18437                    Lima, a 22 de Octubre de 1918.

*Sr. Comandante del Resguardo.*
                                                    Callao.

En la fecha se ha expedido por este Despacho la siguiente resolución ministerial:

«Visto el expediente que antecede:—De acuerdo con lo informado por el Director del Museo de Historia Nacional:—Se RESUELVE:—Autorizar a la Aduana del Callao para que permita que don Francisco Merlini exporte los objetos de arte colonial e indígena que lleva a Buenos Aires. Exceptuándose de esta autorización dos bandejas de plata con escudos i leyendas relativas al Presidente La Gasca i don Francisco Pizarro, así como todos los huacos incaicos que en parte están contenidos en los cajones 5 i 6 i en otros cajones, especialmente en el de una cómoda donde se encuentran 17 a 20 piezas. Todos estos objetos exceptuados se retendrán en la Aduana, para ser trasladados al Museo a fin de examinarlos debidamente i acordar con posterioridad lo que convenga. Regístrese i comuníquese.—FLóREZ».

Que trascribo a Ud. para los fines del caso.

Dios guarde a Ud.

JUSTO PÉREZ FIGUEROLA.

\*\*\*

— 127 —

#### La segunda

                                                    Lima, a 29 de Octubre de 1918.

N° 18865.

*Señor Comandante del Resguardo.*
                                                    Callao.

En la fecha se ha expedido por este Despacho la siguiente resolución ministerial:

«Visto el nuevo, informe emitido por el Director del Museo de Historia Nacional, en el que manifiesta que no tiene interés para ese establecimiento la cerámica incaica que trata de exportar D. Francisco Merlini. Estando a lo dispuesto en la última parte de la resolución ministerial del 22 del presente mes.—SE RESUELVE:—*Autorizar a la Aduana del Callao para que permita que el referido Merlini exporte los cuatro cajones conteniendo huacos i la bañl con objetos de arte relijioso i uno particular que conduce a la República Arjentina.*—Regístrese i Comuníquese.—FLóREZ».

Que trascribo a Ud. para los fines del caso.

Dios guarde a Ud.

JUSTO PÉREZ FIGUEROLA.

\*\*\*

#### La tercera

                                                    Lima, a 7 de Noviembre de 1918.

N° 4651.

«Estando a lo acordado:—Se RESUELVE:—Designar en comisión a los señores doctores don Carlos Wiesse i don Horacio Urteaga, Catedrático, el primero de Historia Crítica del Perú en la Universidad de San Marcos, e Inspector del Museo, como miembro del Instituto Histórico; i Catedrático, el segundo de Historia Antigua, en la misma Universidad así como de Historia del Perú en la Escuela Normal de Preceptores de Lima, para que se sirvan examinar los objetos antiguos cuya exportación ha solicitado don Francisco Merlini, ciudadano argentino, e informen sobre el particular.—Regístrese i comuníquese.—FLóREZ».

— 128 —

## La cuarta

Lima, 9 de Noviembre de 1918

Vista la nueva solicitud presentada por don Francisco Mertini, en demanda de autorización para trasladar, con destino a la república Argentina, diversos objetos antiguos que ha adquirido por compra, en casas comerciales de esta ciudad, Y, estando a lo acordado, después de revisar los actuados sobre la materia, y conocer el informe de la Comisión nombrada por resolución ministerial de 7 del actual:

SE RESUELVE:

Que se de cumplimiento a las resoluciones ministeriales de 22 y 29 de octubre último, respectivamente.

Regístrese y comuníquese.—FLÓREZ.

***

## La quinta

Lima, 22 de Noviembre de 1918

No. 4830.

Habiendo solicitado don Francisco Mertini, que la Comisión designada por resolución n° 4651, de 7 del actual examine también los objetos contenidos en varios baúles de propiedad de dicho señor, que se hallan en la Aduana del Callao para ser exportados.

SE RESUELVE:

Encomendar a la referida Comisión el expresado examen, agradeciéndole anticipadamente este servicio.

Regístrese y Comuníquese.—FLÓREZ.

***

— 129 —

## La sexta

Lima, 23 de Noviembre de 1918

Vista la solicitud de don Francisco Mertini de 22 del actual, solicitando que la comisión nombrada por resolución ministerial n° 4651 del 7 del mismo mes amplíe su examen i su informe respecto de seis baúles de su propiedad, conteniendo objetos antiguos destinados a la exportación; así como el informe de dicha comisión expedido en la fecha;

SE RESUELVE:

Autorizar la exportación de los seis baúles a que se refieren la solicitud i el informe referido.—Regístrese i Comuníquese.—Rúbrica del Presidente.—FLÓREZ.

---

## IV

### Quitando al Sr. Tello la máscara patriótica i científica...... para finalizar

Primera parte

Lima, 5 de Noviembre de 1918.

Sr. Diputado Dr. Jorje M. Corbacho.

Distinguido señor:

Con respecto a mi entrevista en la Dirección de Instrucción con el Dr. Julio C. Tello y en presencia del Dr. Enrique Echecopar, debo decirle, que el diputado Señor Tello hizo esta declaración que yo repetí al doctor Pérez Figuerola, Director de Instrucción Pública: "Lamento perjudicarlo, pero el Señor Gutiérrez de Quintanilla me ha acusado de ratero y yo necesito defenderme. Criterio mui curioso, pues lo

17

— 131 —

Nº 23

## El Sr. Tello, Delegado del Perú ante el Congreso científico Pan-americano de Washington, acusado de vender allí telas de Nasca

### Dos cablegramas del diputado Corbacho

I

TEXTILLA AND SOUTH AMERICAN TELEGRAPH Cº &

Recibido el 31 de Diciembre de 1919.

140½ Date 30 th New York 41    hora 12, 35 a. m.

GUTIÉRREZ QUINTANILLA
Director Museo

JUAN.

*Entregue Presidente. Constato vendillo Tello. Museos este país, Canadá, tejidos mosaicos pre-incanos Nasca, divi-*

...ner que la Comisión ignorase que el llamado Museo Arqueológico carecía de Catálogo?

A la verdad, no me dió cuenta de que en el expresado o interesante inventario haya alguna intención inicua, mal avenida con lo poco que ha de primer en toda, honbrando la rectitud científica, adquiera ser de las que propugnen a desenmarañar la rectitud moralidad con que have sus plácitos en el Perú la arqueología criolla.

Debo hacer dos observaciones solamente:

1º.— Los Museos no están impedidos de adquirir duplicados o triplicados porque el canje es uno de los medios de enriquecimiento universalmente establecido; i sería, locura, mui ronronte con la nuestra, hacerlo con ejemplares únicos. Si este Museo necesita poseer duplicados o triplicados para adquirir en canje objetos de otros Museos ¿qué es lo que queda en pié de la malsón fecha?

2º.— En resolución ministerial de 26 de Marzo de 1915, mandó el Gobierno revisar el inventario de los Museos de Historia Nacional i de Arqueología, el primero de los cuales a cargo del infrascrito, i el segundo, repartido por el Dr. Julio C. Tello, creador del conflicto en que peligran los intereses del Sr. Merlini.

— 130 —

lógico hubiera sido que el Dr. Tello levantara esos cargos y no perjudicara a personas que no han intervenido en sus intereses.

Saluda a Ud muy atentamente.

FRANCISCO MERLINI.

***

### Segunda parte

Lima, 28 de Noviembre de 1918.

Sr. D. FRANCISCO MERLINI.

Presente.

Muy señor mío:

En respuesta a su carta de fecha 26 del presente, debo decirle que, el Diputado Sr. D. *Julio C. Tello no conoce los huacos que le hemos vendido a Ud., de manera que es autojusticia la afirmación que ha hecho en el seno de su Cámara sobre el valor e importancia de ellos.*

Debo declararle que al Sr. Tello, la única vez que estuvo en esta casa, aproximadamente dos meses, solo mostramos cinco huacos que se encontraban en nuestra segunda habitación y que todavía conservamos, no habiendo dicho señor llegado a ver las colecciones que tenemos en las habitaciones interiores.

Aprovecho la oportunidad para suscribirme de Ud.

Atto. y S. S.

JUAN BRIGNARDELLO.

[1] Bonito ahora, por primera vez, al ilustrado alumno que grandí mientras que se preguntan el hilo en que, por tan diversos e importantes razones, debería ser enarbolado el infrascrito sobre otro monte Calvario. Me dejó atónito que i llevara al ánimo de ajena a relaciones enemigas, pero doliéndome del estrago causado en el i trecho negocio del caballero a quien no refiero, ni la sentido violado que el Perú forma con la Argentina, ni la suficiencia ... Definme también de que la Comisión, que informa, el día 9 de Noviembre, se leventura de que el infrascrito no declarase desde el primer momento que la colección Merlini contenía repeticiones de piezas existentes en este Museo; respecto de lo cual puedo siete informativo,—se agrega—salvo el infrascrito el catálogo de los ejemplares duplicados o triplicados. ¿Puede suponer...

— 132 —

cos, valor inapreciable opinión sabios arqueólogos. Judicialmente reclamo restitución.

Su proyecto lei apruébanlo. Prestijio nacional exije dación inmediata lei provisional prohibitiva.

Corbacho.
INSPECTOR SOCIEDAD ANTICUARIOS.

II

CENTRAL AND SOUTH AMERICAN TELEGRAPH CO &

Recibido el 9 de Febrero de 1920.

82 L. Boston MS. 17   6 P. Date T   9 A.   t'. S.

DIRECTOR MUSEO                                        LIMA.

Trasmita Presidente comprobé Museo Toronto dos maravillosos mantos pre-incanos, aqui cinco, vendidos Tello.

Corbacho.

N° 24

## Cabeza para un proceso

Lima, a 10 de Junio de 1920.

Sr. Presidente de la Sociedad «Anticuarios Peruanos»

En cumplimiento de sus instrucciones oportunamente recibidas, procuré, durante mi reciente viaje a los Estados Unidos del Norte, estudiar la manera eficaz de reprimir la clandestinidad con que hasta hoi, el mercantilismo inscrupuloso explota i destruye la sedimentación históricas pre-hispánica, constituída principalmente por ruinas i huacas, para apropiarse i explotar los valores contenidos en ella; sin

— 133 —

que en defensa de tales monumentos signifícase nada en el Perú, el acuerdo que, a propuesta del Dr. Ales Hrdlicka, adoptó la Sociedad Antropolójica de Washington, en su sesión de 23 de Marzo de 1913.

No habiendo correspondido en nuestro país, las autoridades, las sociedades científicas, ni las personas cultas, a la esperanza que, según ese acuerdo, inspiraron a la Antropolójica de Washington; los sabios arqueólogos Walcott, Ravenel, Holmes, Presidente del Bureau of Ethnology, Brocquett i otros no menos distinguidos, opinaron que la manera de poner fin al mercantilismo que asalta i destruye las reliquias históricas del Perú, consiste en los procedimientos siguientes:

I.—Organización de la excavación científica, conforme a los acuerdos de los Congresos Americanistas.

II.—Estanco de las reliquias históricas comprendidas en el plan de preservación.

III.—Fundación de una Escuela de Arqueolojía Peruana.

IV.—Organización de un gran Museo Arqueolójico en donde se acumulen i clasifiquen metódicamente las extracciones sepulcrales i de otras procedencias, con arreglo al criterio histórico americanista, que hoi es norma universal en los institutos de esta clase.

V.—Producción de monografías i estudios sobre las bases culturales de los tiempos anteriores a la Conquista española, consideradas en los múltiples aspectos del ser humano, de la sociabilidad, la relijión, la estructura política i las influencias externas i de la naturaleza local.

VI.—Promulgación de la lei protectora i conservadora de los monumentos históricos del Perú, proyectada por el actual Director del Museo de Historia Nacional del Perú, D. Emilio Gutiérrez de Quintanilla, que es, entre los varios proyectos sometidos al juicio de los Mencionados profesores, el que mereció su aprobación, como el mas adecuado a la inseguridad, el desorden i la impunidad que respecto de los monumentos históricos prevalecen hasta ahora.

VII.—Creación inmediata, en la Administración Pública, de una Dirección Jeneral de Historia i Bellas Artes, a cuyo control esté sujeto el cumplimiento de las leyes protectoras de las antigüedades, i cuya organización responda al objeto i al funcionamiento de las diversas instituciones que deben ser atendidas por ella.

La importancia que separadamente i en conjunto tienen

— 134 —

las indicaciones trascritas, me indujo a interrogar a los eminentes miembros de la Smithsonian Institution i del Museo Nacional de Washington, respecto de la persona reputada por ellos como la mas apta para poner en práctica los consejos contenidos en los cinco primeros puntos de la consulta. Unánimemente me contestaron que el Dr. Ales Hrdlicka es, por su versación profunda en ciencias antropolójicas idemás conexas con la antigua historia americana, la persona necesaria. El Dr. Hrdlicka es el mismo a quien el Congreso Científico que debía reunirse en Río de Janeiro, hizo el insigne honor de suspender sus sesiones, al saber que este profesor no podia asistir a ellas durante su viaje a la China, a donde se dirijia a estudiar la posibilidad de una remota comunicación entre el Asia i la América, comparando las estructuras craneanas de ambos continentes. Es el mismo que, visitando las ruinas pre-hispánicas del Perú, hace poco tiempo, *fué amargamente hostilizado por el Dr. Julio C. Tello, quien, con tan malévolo propósito,* se hizo nombrar por el Gobierno para desempeñar la función cortés, de acompañarlo facilitándole sus investigaciones. El profesor Marshall H. Saville, Director del Museo del ... , de Nueva York, me dió a conocer la pésima impresión que, a mérito de tal antecedente, produjo la presencia del Dr. Tello en el congreso Científico Pan-Americano reunido en Washington, como Delegado del Perú.

El resultado de mis varias conferencias con el Dr. Hrdlicka, es que aceptaría la propuesta de venir al Perú para dirijir i aplicar el estudio de las ciencias arqueolójicas, desde los acertados puntos de ambos continentes ... excavar en provecho del Estado i al amparo de la ley i recomendación ... las antigüedades nacionales; con arreglo a un plan completo comprensivo de las materias señaladas en los cinco primeros puntos de la consulta, i las demás pertinentes. Presentaría el este plan tan pronto como se le invitase a venir, i siempre que los Poderes Públicos le, den el apoyo necesario al éxito de su labor.

Para evidenciar la urjencia de proveer a la protección de nuestros monumentos pre-hispánicos, no tres que citar tres insos recientemente ocurridos en el norte, el centro i el sur de la República, de asaltos i depredaciones en ellos; porque, a causa del respeto relijioso, casi fanático, que en la gran Nación Norte-americana, inspiran las reliquias históricas, sentianse sorprendidos los profesores nombrados de la increible

— 135 —

facilidad con que era posible extraer del Perú, cualquiera valiosa antigüedad documental. *En esa Nación no se podia comprender cómo el Ilr. Tello, don Julio C., vendia por su cuenta ocho maravillosos tejidos pre-incaicos de Nasca, unos mosaicos únicos en su jénero, i demás objetos que,* como Delegado del Perú ante el Congreso Científico Pan-Americano reunido en Washington, *exhibió en el seno de este Congreso.*

ACOMPAÑO LAS SIGUIENTES REPRODUCCIONES FOTOGRÁFICAS

1ª—Peruvian Embroidery 16.32 C. 1028 i 1540 [Detail]. Detmar Ross Collection.
2ª—Peruvian Pre-Columbian 16.34 C. 10.31 B.-12.55. Detmar Ross Collections. (Museo de Artes de Boston).
3ª—Peruvian Embroidery. Nasca Valle, Tiahuanaco Civilization. 16.31 B. 12.56 (Museo de Artes de Boston)
4ª—Peruvian Embroidery. 16.532. [Conjunto]
5ª— " " [Ampliación]
6ª— " " [Conjunto]
7ª— " " [Ampliación]
8ª— " " [Ampliación]
9ª—Peruvian Knitting. Embroidery and tapestry, 16.35-36.57-38. C. 1082.

El arqueólogo Mr. Mead, Jefe de la Sección Arqueológica del Museo de Historia Natural de Nueva York, refirió a los señores A. Chocano, Arturo Bonhe i al infrascrito, que estos objetos eran de inmenso valor, i que el Ilr. Tello los había vendido al Dr. Detmar Roos, miembro del Trust del Museo de Boston, en quinientos dólares cada uno. Dos de ellos se hallan en el Museo de Ontario, i los seis restantes se exhiben en el Museo de Artes de Boston. Son ocho piezas de tres metros de largo por uno de ancho, o sean en total veinticuatro metros cuadrados. Nos refirió el mismo Sr. Mead que el Peabody Museum habia comprado al Dr. Tello, una colección de huaicos de Nasca, cuya exportación tuvo que ser clandestina, dadas las prohibiciones dictadas en los años 1893 i 1911. En el Museo de Boston no solamente se me permitiera hacer las reproducciones fotográficas que agregó a este informe. Por hallarse Mr. Roos en Europa, me fué imposible obtener un permiso análogo; pero el Director del Museo de tario me dió interesantes datos respecto de las otras dos

En el mismo Museo de Artes de Boston hai una, colección de objetos arqueológicos i coloniales exhibida bajo el

— 136 —

nombre de D. Felipe Ainsworth Means, cuya extracción del Perú solo pudo ser clandestina también, violatoria de prohibiciones vijentes, no alteradas por ningún permiso que solicitara el Sr. Means i que el Gobierno le hubiera concedido. En vista de tan punible procedimiento, i para apreciar el grado de responsabilidad consiguiente, considero necesario saber si el Sr. Means no goza, en los Estados Unidos de reputación profesional en algún ramo de arqueolojía americana o solamente del Perú. Todas las autorizadas personas a quienes me dirijí lo califican de entusiasta aficionado a la historia sud-americana, que se dedica a la búsqueda de documentos para publicarlos, considerándolos con criterio personal, desprovisto de autoridad científica.

Resulta de lo espuesto que el Dr. Julio C. Tello es un impertérrito perseguidor de las riquezas arqueolójicas del Perú, no por su importancia científica i como comprobante de investigaciones que no ha hecho i que no puede hacer, sino por el lucro pecuniario e ilícito que le producen, vendiéndolas a las acaudaladas instituciones históricas de los Estados Unidos, justo sentido i que pagan por ellas los mejores precios. Para el Sr. Tello la arqueolojía peruana es un tesoro de mercaderías valiosas, cuyo aprovechamiento furtivo, violatorio del derecho ajeno i de la lei, le permite improvisar fortuna sin invertir ningún capital, i sin correr otro riesgo que el de la sanción aplicada por la vindicta pública, a los que asaltan la propiedad privada o los bienes del Estado. Se esplica la escandalosa campaña emprendida por el Dr. Tello desde 1913, contra el actual Director del Museo de Historia Nacional, Sr. Gutiérrez de Quintanilla, cuya honorabilidad en el puesto que ejerce es notoria. Se esplica del mismo modo que el Sr. Means, para quien la inmensa labor histórica del Sr. Gutiérrez es desconocida, lo difamara ante el profesor Sr. Saville, Director del Museo del Indio, en Nueva York, se fíe de que el mensaje de saludo que, a iniciativa de este ilustre personaje, se ha a enviar al Sr. Gutiérrez con ocasión de sus tres últimos libros, entre los cuales figura el erudito i voluminoso Catálogo de las Secciones Colonia i República de la Pinacoteca del Museo que tiene a su cargo.

Claramente se esplica ahora la audaz campaña que, en defensa de su interés ilícito realizado en la Arqueolojía peruana, ha hecho el Sr. Tello en la Cámara de Diputados, contra el Sr. Gutiérrez de Quintanilla; campaña llevada adelante por él en varias Lejislaturas, con increíble olvido de sus propias

— 137 —

responsabilidades por lo que en unos casos hizo, i en otros dejó de hacer, durante los diez i nueve meses que duró su nombramiento de Jefe de la Sección Arqueolójica del Museo. Ni la organizó, ni la catalogó durante su dilatada e inútil jefatura. Su verdadero propósito se reduce a ensanchar i afianzar su establecido negocio de antigüedades, a la sombra de una institución nacional insospechable, i en el momento mismo que el actual Director emprende la catalogación de las últimas Secciones del Museo. La convicencia de noticiarse a este trabajo es evidente. Un Catálogo hecho por el Sr. Gutiérrez como el que ya le debe el país, en las otras Secciones, cerrará las puertas para siempre, a la rapacidad i el abuso de que este señor dió cuenta al Gobierno, el año de 1918, para conocimiento de la Cámara de Diputados (1).

Sin embargo, no bastará a reprimir las depredaciones en toda su extensión, el mejor de los catálogos, limitado a la pequeña i en extremo deficiente Sección Arqueolójica de nuestro Museo de Historia Nacional. Lo preciso para organizar i preservar definitivamente la materia arqueolójica en el Perú, cerrando el paso a los mercaderes disfrazados de Sumos Sacerdotes, es la ejecución de las ideas propuestas en los siete puntos de la consulta que hice en los Estados Unidos del Norte, a los arqueólogos mas notables del mundo.

Concluyendo, recomiendo a la Sociedad dÁrticuartos Peruanos la urjencia de proceder de acuerdo con esas ideas, a solicitar los servicios del ilustre americanista Dr. Ales Hrdlicka para los fines expresados; mediante el apoyo oficial requerido, i jestionar la dación de la lei protectora de monumentos históricos i la creación de la Dirección Jeneral de Historia i Bellas Artes (2).

- Lima, 25 de Junio de 1920.

JORJE M. CORBACHO,
*Diputado Nacional.*

(1) El resumen de las ventas hechas en Estados Unidos por el Sr. Tello según este informe, es el siguiente:

1°—Al Peabody Museum, una colección de huesos de Nasca, cuyo precio ha debido pagárse proporcionalmente a la suma recibida por las colec i-o- las de Nasca de que se trata. Probablemente ocho o diez mil dólares.

2°—Al Dr. Farrand Ross, ocho telas de Nasca a razón de 500 dólares cada una. Son 4,000 dólares. Seis de ellas están en el Museo de Artes de Boston, i las otras dos en el de Ontario.

18

## No. 25

## El Sr. Tello asalta las huacas del norte

El año de 1918, se apeaba en el *Royal Hotel* de Chiclayo, un grupo de anglo–americanos en traza de expedicionarios que se decían comisionados de la Universidad de Harvard i que, regresando de trasandinos parajes, buscaban en Mompt, para exportar diez i seis cajones de huacos, de extracción *clandestina*, i pedían las alfolíamas del *Royal Hotel*, para limpiarse de pecados la conciencia.

Norte–americanos todos, menos uno; el *Manco Capac* de la expedición. Habían desvalijado las huacas de los distritos de Llama, Huambos i otros, en la provincia de Chota, departamento de Cajamarca. Casi al mismo tiempo llegaba el cargamento a lomo de mula. Esta cosecha arqueolójica representaba un nuevo triunfo de la *ciencia* del Sr. Tello, sobre las resoluciones supremas que prohiben excavar las huacas i apoderarse de su contenido.

«El Progreso, diario que el año de 1918 circulaba en las provincias de Chiclayo i Lambayeque, publicó el reportaje en que el Sr. Tello relata las minucias de esta su milésima *científica* aventura.

Estas ventas produjeron al Sr. Tello veinte mil soles aproximadamente, que se aunan con el premio que la Facultad de Medicina de la Universidad de Harvard le dió por la memorable colección de cráneos trepanados que cosechó en Huarochirí. De esta otra arqueolójica veta extrajo, dícese, veinte mil soles más...... (*Como lo vés, con poca ciencia el Señor de Huarochirí arrapa mucho dinero*)

(2) Valientemente indicio permite suponer que las telas mencionadas en su informe por el diputado Sr. Corbacho, i reproducidas en nueve de los fotograbados del presente folleto, sean las mismas que poseyó el Sr. Tchernine, conoció profesional averiguado en la ciudad de Ica. En su poder las admiraron varias personas de Lima, entre las cuales cito al distinguido historiógrafo Sr. Rómulo Cúneo Vidal, quien las examinó por encargo del Instituto Histórico del Perú, interesado desde antes, en impedir su exportación. Estos nueve fotograbados impresos fuera de texto, i figurados con los números 4-5-6-7-8-9-10-11-12 se insertan aquí entre las páginas 116 i 118.

## Nº 26

## Incógnito que fraudulentamente toma el nombre del Museo Nacional para comprar llamas de oro

AMERICAN CONSULAR SERVICE

I

Callao—Lima—Perú, Julio 8 le 1931.

*Señor Emilio Gutiérrez de Quintanilla,*
Director del Museo de Historia Nacional.

Mui señor mío:

Este Despacho ha recibido una solicitud de los Estados Unidos, para averiguar sobre la compra de unos ejies de oro hechas en forma de llamas.

Parece que en el año 1917 hubo un caballero de los Estados Unidos que descubrió cuatro de estas ejies, de las cuales tres le fueron robadas por los indios, i que la otra fué vendida al Museo Nacional por la suma de $ 980. Parece que después las autoridades pudieron recuperar las otras tres, i el individuo en los Estados Unidos desea saber el nombre de la persona que vendió la una al Gobierno.

Agradeciéndole a Ud. anticipadamente por cualquier dato que Ud. me pueda proporcionar, me suscribo del Sr Gutiérrez de Quintanilla.

atento i S. S.

JAMES H. ROTH
Vice-cónsul Americano, Encargado del Consulado Jeneral.

***

— 140 —

II

Oficio n° 459.                    Lima, a 29 de Diciembre de 1921.

*Sr. Director Jeneral de Instrucción.*

En Julio del corriente año, recibí del señor James H. Roth, Vice-Cónsul Americano, Encargado del Consulado Jeneral i a este país, la carta que en copia acompaño, i en la cual se dice que, el niño de 1917, un caballero de los Estados Unidos descubrió cuatro llamas de oro, tres de las cuales fueron robadas por unos indios, siendo vendida la cuarta al *Museo Nacional*, en la suma de novecientos ochenta pesos. El Sr. Vice-cónsul me pide datos al respecto, de que carezco totalmente.

Durante el año expresado de 1917, el infrascrito ejercía la plena Dirección de este Museo, a fé, mérito de lo cual afirma que ni con su intervención, ni con su conocimiento, ni en dicho Museo de su cargo, se compró nunca, llama alguna de barro, cobre, plata u oro. Por tanto, es imposible saber aquí quien fuera la persona que, según lo dice el Sr. Vicecónsul, vendió al Gobierno esa cuarta llama que no vi nunca i que aquí no existe.

En el supuesto de ser autorizados i fidedignos los detalles que motivan la carta recibida, el desconocido comprador se habría atribuido una representación oficial, para apoderarse fácilmente de aquel valioso objeto, con fines violatorios de las resoluciones supremas que prohiben la exportación de antigüedades precolombinas.

Se evidencia según esto, la necesidad de investigar ampliamente acerca de la extracción, de las cuatro llamas de oro, i la compra de una de ellas con suposición de funciones oficiales fraudulentamente practicada; a fin de que en el caso presente se hagan efectivas las responsabilidades resultantes, i para que en adelante se reprima esta nueva manera de comerciar con objetos históricos sujetos a restricciones prohibitivas. Acaso convendría que al dictar la medida que mejor parezca, el Ministerio tuviera en especial consideración la circunstancia de orijinar el presente oficio, la jestión consular de mi referencia.

Dios guarde a Ud.

E. G. de Q.

— 141 —

No. 27

## El Sr. Tello como empresario de excavaciones por cuenta ajena

En aquel tiempo, i no hace mucho, hallándose de paso en Lima la acaudalada señorita Aguirre, oriunda de la Arjentina, se dijo, i a mis oídos llegó, que, ansiosa la mui culta dama, de poseer artefactos labrados por los pueblos antiguos del Perú, puso a merced del Sr. Tello suma de dinero bastante a satisfacer su intento. ¿Mil soles.....cinco mil.....diez mil.....? ¿Cuánto fué? Mui posible, que otras personas den razón mas completa. Recuerdo que el Sr. Tello era todavía Director en este Museo del *Negociado Arqueolójico*, para quien el problema de servir a dos señores, tiene fácil solución, Un pié aquí, otro en Nasca; simultáneamente, un pié en la Universidad de Harvard i otro cerca de la señorita Aguirre. ¡Tanta i tanta valiosa prenda, producto de una actividad mercantil que deje en pañales las científicas lucubraciones,—condenada a lucrativo ostracismo que enriquece la casa ajena, en la misma proporción que empobrece i desmantela la propia!

¿Hai patriotismo mas loable que éste? ¿Hai ciencia que ilumine tan bien como ésta...........los arcanos de nuestro pasado ignoto?

En Buenos Aires vió el Sr. Corbacho, diputado por Cotahursi, entre los numerosos objetos que forman la colección de la señorita Aguirre, un notable ídolo de hueso realzado con incrustaciones de esmeraldas. Bien hayan el excavador i la señorita!

Hasta este momento ignoro si las excavaciones preparatorias, i la exportación del cargamento resultante, fueron autorizadas por resoluciones de autoridad competente, dictadas con arreglo a las que norman el procedimiento en esta materia.....Presiento que no.......

El reo privilejiado dicta siempre leyes a la Justicia.......

— 142 —

## N° 28

### Otro negociado arqueológico

Sabíase que la Facultad de Filosofía i Letras de Buenos Aires, había efectuado ya catorce espediciones arqueolójicas, bajo la dirección sucesiva de dos eminentes i respetabilísimos personajes: D. Juan Bautista Ambrossetti i D. Salvador Debenedetti.

Estimulada con este plausible ejemplo, la Universidad limense de San Marcos se propuso formar Museo propio de Arqueolojía peruana, destinado a completar en su Facultad de Letras, la enseñanza de la antigua historia del Perú. Más, errando en no llamar a un Ambrosetti o Debenedetti, puso sus ojos i su dinero en el proyector de la señorita Aguirre, para que con fiate suya, excluídos los estudiantes universitarios, expedicionara por el departamento de Ancash i las cabeceras del de Lima, explorase las ruinas i huacas de por allí, i retornara como Josné i Caleb, de la tierra prometida, aportando íntegramente el usufructo.

Se dió el dinero, i todo estuvo a punto, menos la carpa. ¿Quién da la carpa?....o.....¿quién pierde la capa? El jeneroso i mal pagado fué el Dr. Carlos Rospigliosi i Vijil, honorable i meritísimo Director, en la Universidad, de valioso Museo de Historia Natural. El dió entonces i perdió la suya.....

¡Mil soles.......dos mil......tres mil......fueron los recibidos i "hará reñir de San Marcos lo dirá.

Caleb regresa de Ancash i Paramonga, pero la Universidad no recibe los fenomenales racimos de uva cosechada en la tierra de Canaam. Una propuesta recibe, en cambio: la de cede la magnifica colección que ha formado, pero ella le asignará buena renta vitalicia, en protocolo de escribano.........

(Fábula parece, pero no lo es de Iriarte.)
¡Asombrosas i consternadoras realidades!

— 143 —

## N° 29

### ¿Por qué ataca el Sr. Tello a la Sociedad Jeográfica?

La derrota que en su Cámara le infinje el Sr. Merlini, no lo escarmienta. No lo detiene la gratitud a que lo obligan los servicios que de esta Sociedad recibió, cuando hacía tesis sobre los cráneos furtivamente vendidos por él a la Universidad de Harvard. Para atacarla, no es óbice tener en ella cargo abierto por tanto libro recibido, pero no mejor devuelto que la carpa del Dr. Rospigliosi Vijil, a él entregada.

La respetabilidad de la Sociedad Jeográfica de Lima, acreditada por su monumental Revista, i sus singulares trabajos cartográficos, está a cien codos sobre todo maladrín que en traza de Llallingua, pase audazmente por el mundo.

Ofendiéndola primero i arrepintiéndose después, el Sr. Tello deja dicho en el Diario de Debates de su Cámara, sesión del 5 de Enero último, que esa Sociedad no es ya instituto científico, sino centro espiritista.......

¿Cuál es la causa de esta imputación siniestra? Ruido hai de huacos, cuya venta en los Estados Unidos, confió al Sr. Tello persona mui allegada a la maltratada Sociedad. El rumor acusa a la Llalliagua de venderlos sin dar la cuenta, ni recibir el finiquito.

El Sr. diputado Corbacho me dice que el Dr. Morales Macedo los vió en un Museo de Norte-América. A Dios gracias, no se habían hecho pedazos, ni vuéltose harina... Sin embargo, no hai quien sepa, ni certifique, que a buen puerto llegara el precio de esos huacos, o de esa harina.

Piadosamente calla el Derecho; pero la Culpa levanta sobre su cabeza, la tara de la ..........
El reo fulla i el juez cumple la condena.......:

19

— 144 —

Nº 30

## ¿Volverá Tello al Museo, por la ruta de la Universidad?

I

Para los que durante diez i nueve meses contemplamos al Sr. Tello oficiando en el Museo de Historia Nacional, como jefe de la Sección Arqueolójica, era evidente que bajo la liloria de aranel, i enorme botonadura con que se cubria hasta el zancajo, jerminaba, ya la fatuidad loca, i bullia ambición desatentada, revolucionaria, suficientemente atrevida para abrir campaña en el seno mismo del Parlamento, contra la raza blanca i la nacionalidad constituida sobre la fosa en que desapareció el imperio incano.

En una de la últimas sesiones celebradas por los SS. Diputados, en el mes de Enero, se reveló su hipo de restaurador indijena, Anticristo de quinérica reacción, contrahechura viviente de Huaina Capac.

La lei orgánica proyectada para la Universidad de San Marcos, i en discusión entonces, abrirá camino,—dijo,—a los Condori, los Quispe, los Choquehuanca i los Mamani, llamados en el Perú a destruir la actual constitución del Estado, i a extirpar a las lumbreras de raza blanca..... ¡Como si el brazo de José Antonio de Areche no pudiera levantarse de nuevo sobre esas cabezas...!

Sin embargo, contra el falso profeta de su raza, i falso representante de Huarochirí, prorrumpen en públicos clamores los distritos de su circunscripción: San Mateo i San Damián, San Jerónimo de Surco i San José de los Chorrillos, Langa, San Pedro de Casta i Carampoma; i no son apócrifas las actas publicadas en los diarios de esta ciudad. Recuerdo de ellas, las acojidas por «El Comercio», el 28 de Abril, i por «El Tiempo», el 27 de Mayo de 1921.

Ocupa un banco en la Cámara de Diputados, mudo ante los lejítimos intereses del Estado; pero locuaz, virulento, escandaloso, para, ultrajar al enemigo ausente. ¿Cuándo i có-

— 145 —

mo se encaramó allí? Mordiendo la mano a sus benefactores, los SS. Benfin i Mujica, cuando el saqueo de las huacas realizado por él, *somatolójica*, *folklórica* e impunemente, le habían infiado ya los sumidos cueros de la coca.

Arqueolojia, somatolojía, folklore i tanta otra pedantesca zarandaja de que todavia no se vé el fruto, no eran, pues, la pregonada finalidad científica, sino simple añagaza, camándula, escamoteo, para organizar *financieramente*.... la campaña política, que emprende ahora, para establecer el predominio social de los *pongos*, i restaurar la autoridad incana......

No trabaja en su Cámara por la cultura i el progreso material de Huarochirí; pero se infiltra en la comisión parlamentaria de Instrucción pública, para proyectar la lei de los Quispe i los Condori.......en las barbas de la raza blanca, fantástica i despectivamente destinará por él, a padecer en cenimosa cadena, bajo la férula de Condori, i Quispe, *Tello* i Mamani, jamonales indíjenas de un quinérico tiempo que no vendrá.

Si allí pudo plantear esa lei, a su cumplimiento proveería en la Universidad, donde sentó plaza también.

Nadie ignora que el proyecto incluye el sometimiento del Museo de Historia Nacional, al gobierno de la Universidad, esto es, al del propio Sr. Tello, el cual habría orientado así su poderío, para reducir a colecciones suyas todas las huacas del Perú, volviéndose así un no guillotinado *Landru* de esos cementerios.

En este punto de vista, no hai por qué callar algunas observaciones.

II

La historia nacional no solo es el patrimonio de todos los peruanos, no solo pertenece al uso i al derecho común; es, sobre todo, la escuela objetiva a donde obligatoriamente debemos acudir los peruanos a educar el sentimiento patrio, como en el más noble i elocuente de nuestros templos; i a sostenella firme ante el espectáculo de nuestras glorias i nuestros infortunios, a recibir las lecciones de austeridad i probidad en el servicio de los intereses públicos, que dictan allí nuestros ilustres antecesores,— a mejorar el aspecto de nuestra sicolojía, i a refinar el espíritu con elevada orientación, en umbiente sereno de cultura intelectual i de bellas artes.

Por ello, los Poderes Públicos cumplen deber primordial, i satisfacen una alta conveniencia, cuando fomentan

— 146 —

*sin restricciones*, la difusión de influencias que tan honda i benéficamente contribuyen a formar esa honorable e ilustrada conciencia del pueblo, que los Gobiernos necesitan para apoyar sus procedimientos en opinión pública verdadera, capaz de sentir con pureza, i juzgar con discernimiento.

I puesto que en los Museos de Historia es donde se produce este jénero de enseñanza popular, cuya eficacia consiste precisamente en el carácter de *programas, métodos escolares i maestros*, resultan ellos i las Universidades confrontados como dos términos inconfundibles; el uno será el pan de centeno que se sirve en la mesa del pobre, i el otro, el pan de excelente harina, apropiado para una clase social siempre diminuta, capaz de resistir el gravamen, i de aprovechar los frutos, de largos estudios profesionales.

No es patriótico desnaturalizar estas dos finalidades distintas, refundiéndolas en una sola, con detrimento de la inmensa mayoría del pueblo, para el cual no quedarían, en sustitución, ni las bibliotecas populares, ni la muchedumbre de escuelas fiscales i particulares, que en otros países fomentan tan poderosamente la cultura.

La agregación del Museo a la Universidad puede ser el primer eslabón de una cadena puesta al espíritu democrático i republicano de esas instituciones. Con ella se establece en favor de unos pocos ciudadanos el monopolio del saber i del derecho a instruirse; con ella comenzará a plantearse odiosa i funesta distinción de clases, que en un país predispuesto a la anarquía como el nuestro, dará perniciosos frutos. La sabiduría del pueblo, i la sabiduría necesita la instrucción pública, que es el sustento para vivir, progresar i defenderse. Esa sabiduría de privilejio, guardada i detenida, que no se aprovecha a nadie, solo puede significar atraso, retroceso en la cultura, en vez de adelanto i bienestar, que es lo que la Constitución ofrece a todos los peruanos.

Prolongando la obra de Pierre Alype, intitulada *Provocation allemande aux Colonies*, Sarraut, Ministro de Instrucción Pública en Francia, comenta aquella vana, absorbente superioridad de ciertas instituciones estagnadas en la doctrina, i enfermas del aislamiento en la altura. La obra, que vió la luz durante el segundo año de la formidable guerra, i el prólogo del Ministro, juntamente, sujieron a Ernest J. Charles el comentario inserto en el diario parisiense «Excelsior», el sábado 14 de Agosto de 1915, con el título de *L'expansion française*. El autor llega en él

— 147 —

a conclusiones sinceramente patrióticas, formuladas por encima de pasiones egolátras i de toda institucional oligarquía. Según él, ni el bachiller, ni el licenciado podrían salir de la Universidad con un diploma de omniciencia. La misión escolar se reduce a *enseñar a instruirse*; supuesto que, dice Charles, la maestra verdadera no es la escuela, no es el Colejio, no es la universidad, sino la *vida misma*, cuyas lecciones son eternas i de incesante aprovechamiento para el escolar, el bachiller i el licenciado. La función docente ha de poner su conato en enseñar las *cosas esenciales*, i sobre todas, la psicolojía, las peculiaridades biolójicas nacionales. La cátedra ha de abrir de par en par sus puertas. Ella no ha de ser cartuja, sino plaza pública. El maestro cenobita, que reclaye la sabiduría toda en un serrallo, es el que se estagna en el aislamiento de su altura infinita, desde la cual desaparece el panorama real de la vida.

Las oligarquías, por mui sutiles que parezcan, hieren las carnes, i hieren la sangre de los pueblos resultan víctimas de una dominación injusta, egoista i violenta. Lo que demás que los intereses públicos, los verdaderamente jenuinos, son los únicos para los cuales la *Jura de la Independencia* todavía no produce sus efectos: para ellos no ha llegado todavía la hora de la redención.

Las razones que se dan para entregar el Museo a la Universidad, no valen, no tienen también para agregar a ella el Parque Zoolójico, por la relación que tiene la Historia Natural con la Facultad de Ciencias; la Escuela de Injenieros, por igual relación; los Paseos i Jardines públicos, por la relación de la estética con la Facultad de Letras; las Iglesias i los Conventos, por la relación que tiene la Relijión con la Facultad de Teolojía; el Poder Judicial, por su relación con la Facultad de Jurisprudencia; los Poderes Lejislativo i Ejecutivo, por la relación que tienen los intereses nacionales con la Facultad de Ciencias Políticas i Administrativas. Así, de error en error, de absurdo en absurdo de el monopolio en monopolio, no tardaría la república peruana en convertirse en recolección u hospicio de pupilos gobernados por el Rector de la Universidad, en la cual se sofoca i se anula la intitución escolar, en su doble, en su noble, significación de extender corazón, i de enseñanza, los horizontes, las libertades constitucionales, a formar la conciencia nacional, la noble de la democracia, a fomentar en el pecho de cada peruano, la noción republicana de la igualdad en el goce i el ejercicio de todos los derechos.

— 148 —

No concibo mayor monstruo que una Universidad que acapare todas las manifestaciones de la cultura, todos los institutos de educación i enseñanza, todas las esferas de la mentalidad, i todos los organismos de la existencia patria; semejante al pulpo cuyos tentáculos cojen cuanto se les acerca, i a los marsupiales, en cuya bolsa ventral cabe toda la familia.

Tan proyectada anexión planteada en la Cámara de Diputados de por el Dr. Tello, obedece a pasiones de moralidad dudosa. Si en verdad, sería la de librar al Museo de nuestra historia a la realidad admirable de los de Europa i Norte-América ¿sería la Universidad de Lima el poder público capaz de organizarlo i sostenerlo, con la perfección técnica i administrativa de aquellos modelos, cuando sus rentas son visiblemente exiguas para lo primordial, dentro de su actual esfera? ¿Dan a la mano están, tan suyos son ya, los museos de la Arqueolojía peruana en cuyas manos renacerá de fénix, ajustado a los cánones de una ciencia pura que todavía no pronuncia la última palabra?

La mejor le sería impracticable, por la imposibilidad física de su cumplimiento, en lo esencial, mas revelador i demostrativo de la materia. Acopiando en sus claustros i dentro de los de organismo docente, todos los artefactos i manufacturas i traídos de donde quiera i en número infinito si se habría logrado dar mayor relieve a lo quimérico, descontado, de aquella lei.

Los monumentos i las ruinas de los que fueron pueblos i las que fueron ciudades, creencias e instituciones, rebeldes a la naturaleza particular, jeográficamente enclavados donde el cataclismo histórico enraizó la vida; esos residuos que enseñan mas i mejor que los libros, frustrarían todo esfuerzo acaparador, permaneciendo como hasta aquí, dos o tres siglos mas, bajo la exclusiva acción de la naturaleza; supuesto que la actualmente rudimentaria, indisciplinada, i mendicante del hombre contemporáneo, no puede alcanzar hasta ellos.

¿La lei de la anexión tolerana la vida autónoma de los Museos rejionales de historia i trelacciones de acuerdo? ¿Por qué? ¿Esta tolerancia, no equivaldría a revocar la lei? Mas, si no la tolerase ¿cabrían dentro del puño universitario, los innumerables Museos jenerales i especiales que cada una de las ciento diez provincias del Perú tiene el derecho de

— 149 —

formar? Por último, se pregunta por qué los Museos históricos de Lima deberían perder su autonomía, si la conservaran los rejionales?

Desde bello será asimilar los poderes de la Universidad de San Marcos, secularmente empobrecida por la vetustez de su estrecha i pobre vivienda urbana, con la jigantesca i campestre de Harvard, emplazada en enorme territorio, i entre pintorescas frondas, lo mismo que las demás de aquel estrellado pabellón, cuya cornucopia vivifica con sus tesoros toda su institución docente. Lo que allá es grandioso i fecundo acierto, acá sería caricaturesca i ruinosa imitación.

Por otra parte, la naturaleza especial del organismo universitario impide que el personal directivo o el docente se consigne, en la medida de la necesidad, a todo lo que pide la vida funcional de los Museos históricos, en los múltiples aspectos de su administración económica, su servicio orgánico, su intererento i su labor científica, no solo en su local urbano, sino principalmente en el inmenso campo, tan extenso como el territorio de la República, i en que se hallan diseminados los monumentos arcaicos, i, sobre todo, las huacas, esos cementerios de la vida pre-hispánica, esas enormes acumulaciones de elementos históricos que tientan la codicia de tantas, inescrupulosas jentes, menos por su importancia científica que por su valor pecuniario, tan considerable que una sola huaca hasta a producir fortuna cuantiosa.

¿Cómo garantizará a la nación la Universidad, que bajo su dependencia no habría, quien explotase con más impunidad que hoi, los tesoros nacionales contenidos en las huacas, i que, de hoi en adelante, ningún peruano se enriquecerá con ellos........?

La vijilancia eficaz en este sentido ¿no representa afanes i gastos que, por estar evidentemente fuera de los medios de acción de que puede disponer la Universidad?

I si sus medios son cortos e insuficaces ¿no es verdad que a la sombra de tan respetable institución, el saqueo de las huacas i la exportación de nuestras antigüedades adquiriría desarrollo tanto mas escandaloso, cuanto mayor fuese la autonomía universitaria al frente de la Administración pública?

La reducción de las colecciones del Museo, al papel de texto escolar que pasa, día a día, i de año en año, por las manos de los maestros i estudiantes ¿no menoscabaría las garantías de conservación, de que es absolutamente preciso

— 150 —

rodearlas? ¿no sometería los objetos que la forman a la suerte de los libros, que el uso escolar deshoja e inutiliza? ¿No desaparecerían muchos de ellos, victimados por la presión estudiantil ejercida por muchas manos? ¿Estaría suficientemente preservadas esas colecciones, cuando es notorio que por falta de orden i disciplina, los alumnos dictan la lei a los profesores, dan i quitan cátedras, i tal día obligan al catedrático Dr. Salomón, a librarse de la rebelión declarada contra él, cerrando su curso hasta la terminación del año escolar?

El Museo tendría mucho que sufrir, confinado en las recámaras de la Universidad. Como apéndice de ella, en su condición de hijastro, viviría no de renta propia, sino de las sobras del mantel; mantel estrecho i de pocas viandas. Probablemente morirían de inanición algunas de sus actuales secciones, a saber: *Colonia i República, Galería Nacional de Pintura, Tribus Salvajes, Indios de la Sierra i Arqueolojía.* Probablemente, i en la imposibilidad de sufragar los imprevistos gastos de la utópica reforma, Ícaro perdería las finjidas alas, i, como siempre, la Nación pagaría los vidrios rotos, al producirse la trájica reducción de lo existente al *Memento homo, quia pulvis eris.*

Ni fui peruano que contemplando la campaña emprendida, a pretexto de convertir súbitamente nuestro modestísimo Museo, en prodijiosa e imposible cátedra científica, no presiecta que ha sonado para él la hora de sucumbir, como aquel otro Museo que el año de 1826 tuvo a su cargo el subió don Mariano Eduardo de Rivero, como el que rejentaba el año de 1847, el Dr. D. Nicolás de Piérola; de los cuales no queda hoi piedra sobre piedra, si exceptuamos el malísimo retrato del presbítero D. J. B. Cabrera, a cuyo esfuerzo se debió el cruzamiento de la pacocha con la vicuña.

La paternidad universitaria que el señor Tello ansía establecer bajo la no limpia capa de su interés personal, podría mui bien ser tan dañosa al Museo de Historia Nacional, como lo es al viajero la sombra de ciertos árboles mortíferos. Nivelada su suerte con la del Jardín Botánico, pronto lo veríamos morir entre el Padre Crucífero que lo lleva al estado comatoso, bien o mal socorrido espiritualmente, i la Parca de Carampoma, atenta a cortarle gozosamente el hilo de la vida,

«Guri, guri, cantando».

EMILIO GUTIÉRREZ DE QUINTANILLA.

— 151 —

No. 31

**Lápida puesta sobre el nicho**

En el oficio n° 229 que en 26 de Mayo de 1914, dirijí a la Dirección Jeneral de Instrucción, anuncié la aparición de este libro como sigue:

«Tarde o temprano llegará el día en que yo dé a conocer dentro
« i fuera del país, las vergonzosas tribulaciones impuestas al Museo
« de Historia Nacional, por una ambición loca, i en nombre de una
« aptitud audazmente supuestas».

Queda cumplida mi palabra.

EMILIO GUTIÉRREZ DE QUINTANILLA.



20



Su ciencia no es ésta,
sino otra.......

# INDICE

Páginas

## Los ataques i la defensa

Nº 1.—Las resoluciones prohibitivas en materia ar-
queolójica........................................... 5
»   2.—El Sr. Julio C. Tello entra en acción.......... 10
»   3.—No había buen título para el nombramiento..... 12
»   4.—I. Respuesta a un panfleto del Sr. Tello....... 13
        II. Esto no es oficio; pero también es réplica 28
»   5.—I. La primera agresión.......................... 34
        II. El clamor de esa Academia.................. 35
»   6.—La acción del Sr. Tello dá su segundo fruto... 36
»   7.—Lp. 25 para huacos que aquí no existen........ 37
»   8.—Al frente de uno de los nuevos Negociados apa-
        rece el Sr. Tello............................... 38
»   9.—La reapertura del año 14....................... 40
»  10.—La clausura del Museo el año 15............... 40
»  11.—La Comisión informa sobre la Dirección Ar-
        queolójica...................................... 42
»  12.—I. La Comisión informa sobre el Museo de His-
        toria Nacional................................. 43
        II. Anexo de este informe: el reportaje de «El
        Imparcial», citado en él....................... 47
»  13.—El Museo se reabre por segunda vez, a cargo de
        G. de Quintanilla, Director único.............. 54
»  14.—I. No todos los Directores cesantes de un Mu-
        seo Nacional, pueden ser dueños de trein-
        ticuatro huacos nasquenses..................... 55
        II. Observaciones............................... 56
        III. Telegramas................................. 56
        IV. Otro decreto complaciente.................. 57

En la Cámara de Diputados.

Nº 15.—El Diputado Corbacho defiende la autonomía

## LOS FOTOGRABADOS

| Núm. | | Colocación. |
|---|---|---|
| I.— | El platillo número 8006, de cuya desaparición di cuenta en el punto cuarto de mi oficio n° 242, de 29 de Septiembre de 1918 Páj... | |
| II.— | El phallus n° 4116, en su estado intacto, fotografiado por mí el día 1° de Mayo de 1918, a que me refiero en el mismo punto cuarto de mi antedatado oficio n° 242... | 94-95 |
| III.— | Dos aspectos del phallus n° 4116, de cuyas resquebrajaduras es responsable el Sr. Tello. (Véase la pájina 94)... | 94-95 |
| IV.— | Tela nasquense vendida por el Sr. Tello i detallada en la páj. 135 como sigue: 1° Peruvian Embroidery 16, 32, C. 1028 i 1603 (Detail). Detman Ross Collections... | 94-95 |
| V.— | Tela nasquense vendida por el Sr. Tello, i detallada en la pájina 135 como sigue: 2° Peruvian Pre-Columbian 16, 34. C. 31. B. 12, 55, Detman Ross Collections (Museo de Arts de Boston)... | 136-137 |
| VI.— | Tela nasquense vendida por el Sr. Tello, i detallada en la pájina 135 como sigue: 3° Peruvian Embroidery, Nasca. Valle, Tiahuanaco de Chilbanto. 16, 31. B. 12, 56. (Museo de Arts de Boston)... | 136-137 |
| VII.— | Tela nasquense vendida por el Sr. Tello i detallada en la pájina 135 como sigue: 4° Peruvian Embroidery 16, 32. (Conjunto)... | 136-137 |
| VIII.— | Tela nasquense vendida por el Sr. Tello, i detallada en la pájina 135 como sigue: 5° Peruvian Embroidery 16, 32 (Ampliación)... | 136-137 |

— 154 —

| | Pájinas |
|---|---|
| del Museo contra un tutelaje universitario ejercitado por el Sr. Tello. | |
| N° 16.—El Sr. Tello me pone otra vez en la picota. | 58 |
| Nota para la pájina 78. | 75 |
| " 17.—Que la conciencia manchada baje el moño. | 79 |
| " 18.—La mala cuenta que da el Sr. Tello. | 80 |
| " 19.—Cómo entre moros i cristianos. | 81 |
| " 20.—¿Oratoria parlamentaria o chabetazos?. | 90 |
| " 21.— I. Las armas prohibidas del Sr. Tello. | 102 |
| II. El Sr. Tello cae en la red. | 105 |
| III. Destruyendo la impostura. | 106 |
| IV. El oficio auténtico. | 107 |
| V. Castigando la calumnia. | 108 |
| " 22.— I. El Sr. Tello no logra que los SS. Diputados secunden sus pasiones. | 110 |
| II. El Sr. Tello declara que en el asunto Merlini satisfizo una venganza personal | 112 |
| III. Varias justas resoluciones conducentes a la exportación del cargamento. | 119 |
| IV. Quitando al Sr. Tello la máscara patriótica i científica. | 126 |
| " 23.—El Sr. Tello, Delegado del Perú ante el Congreso Pan-Americano de Washington, acusado de vender allí telas de Nasca. Cablegramas del diputado Corbacho. | 129 |
| " 24.—Cabeza para un proceso. Un informe del Diputado Sr. Corbacho. | 131 |
| " 25.—El Sr. Tello asalta las ínsacas del norte. | 132 |
| " 26.—Indógnito que fraudulentemente toma el nombre del Museo Nacional para comprar llamas de oro. | 138 |
| " 27.—El Sr. Tello como empresario de excavaciones por cuenta ajena. | 139 |
| " 28.—Otro negociado arqueológico: el Sr. Tello en la Universidad de San Marcos. | 141 |
| " 29.—¿Por qué ataca a la Sociedad Jeográfica?. | 142 |
| " 30.—Volverá el Sr. Tello al Museo, por la ruta de la Universidad?. | 143 |
| " 31.—Lápida puesta sobre el nicho. | 144 |
| | 150 |

— 156 —

| Núm. | | Valuación |
|---|---|---|
| | | — |
| IX.—Tela nasquense vendida por el Sr. Tello, i detallada en la páj. 135 como sigue: 6° Peruvian Embroidery (Conjunto) | | 136–137 |
| X.—Tela nasquense vendida por el Sr. Tello, i detallada en la páj. 135 como sigue: 7° Peruvian Embroidery (Ampliación) | | 136–137 |
| XI.—Tela nasquense vendida por el Sr. Tello, i detallada en la páj. 135 como sigue: 8° Peruvian Embroidery (Ampliación) | | 136–137 |
| XII.—Tela nasquense vendida por el Sr. Tello, i detallada en la páj. 135 como sigue: 9° Peruvian Knitting Embroidery and tapestry. 16. 35–36–37–38. C. 1032 | | 136–137 |

— 157 —

## ERRATAS

| Páj. | Línea | Dice | Léase |
|---|---|---|---|
| 8 | 30 | 1921 | 1911 |
| 14 | 26 | alumdo | alumbrado |
| 19 | 17 | amaute | amauta |
| 43 | 1 | para lo cual | por lo cual |
| 45 | 1 | en el tercer cajón | en el tercer cajón |
| 56 | 14 | hizo suyo | hizo suyos |
| 62 | 5 | Arqueolójqca | Arqueolójica |
| 65 | 23 | encuandriaban | encuadraban |
| 65 | 31 | visto las fluctuaciones | visto que las fluctuaciones |
| 71 | 13 | solicitud | solicitud |
| 79 | 27 | Miuiserio | Ministerio |
| 136 | 8 | an algun | en algun |
| 136 | 16 | comprobante | comprobantes |
| 136 | 17 | no han hecho | no ha hecho |

El supremo decreto de 19 de Agosto impreso en la pájina 8 se dió el año de 1911 i no el de 1921, como allí aparece por error tipográfico.

## OBRAS DEL AUTOR EDITADAS

**Escritos literarios.**—Lima, Imprenta Liberal de «El Correo del Perú», Calle de San Marcelo, Nº 55. 1877. Contiene, además de la novela Pemirivir, lo siguiente: El Bachiller Sarmiento.—¿Es el culantro berviir, barviir?—El Sarjento Robbia.—El Unico Zanahujuelo.—Páginas 390 en 4º.

**El ideal en la literatura española del siglo XVI.**—Lima.—Imprenta i librería de Benito Gil. 1886. Banco del Herrador nº 118. Páginas 80.

**Sobre las Conferencias de Cuaresma** (del R. P. Camilo de Ecuinch. Centro de Propaganda Católica.—Pasamleda nº 117 i 19. 1886. Pág. 46.

**Meditaciones sobre la amada castilla.**—Lima.—Imprenta Peruana de E. Z. Casanova. Inambari, 350. 1818. Contiene: I. El mal hado de la mujer i sus tratos con la Serpiente. II. Dios haye en el Perú el moririmiento femenista. III. Mi opinión sobre nuestro feminismo. Página 264 un 4º con 19 fotograbados.
Precio: soles 4 en Lima, i 4.50 en el exterior.

**Catálogo de las Secciones Colonia i República, i de la Galería Nacional de Pintura del Museo de Historia Nacional.**—Lima. Imprenta Peruana de E. Z. Casanova.—Inambari, 350. 1916.—1920. Páginas 508.
Se vende por cuenta del Museo en la Boletería del mismo, al precio de dos soles por cada ejemplar a la rústica.

**Sobre Bellas Artes.**—Conferencias, crónicas i estudios. Tomo primero. 1880-1920. Lima. Pág. 410 con dos fotograbados.
Precio: soles 4 en Lima, i 4.50 en el exterior.

**¿Conocéis a Francisca Laso?** Conferencia dada en la Federación de los Estudiantes del Perú. Folleto en 4º de 70 páginas. 1920.

**Desde el balcón.** En el primer centenario de la República. Lima.

**Memoria del Museo de Historia Nacional.** Tomo I. 1921. Taller del Museo por Ramón Barrenechea.—Lima. Pág. 648 con 19 fotograbados.

**Memoria del Museo de Historia Nacional.** Tomo II. 1922.—Taller del Museo, por Ramón Barrenechea.—Lima. Pág. 474 con cuatro fotograbados.