# EXHIBIT B-26



# REVISTA DEL MUSEO E INSTITUTO DE ARQUEOLOGIA

No. 23

## "LA CONSERVACION DEL PATRIMONIO MONUMENTAL A TRAVES DE LA HISTORIA"

ARQUITECTO ROBERTO SAMANEZ ARGUMEDO

El patrimonio arqueológico e histórico legado por las generaciones anteriores a la nuestra, representa indudablemente la herencia más valiosa que hemos recibido. Constituye un ejemplo de la capacidad técnica y artística de nuestros antepasados y por lo tanto no debe quedar sólo en el recuerdo y debe convertirse en un hito de identidad, capaz de ayudarnos a construir la sociedad futura.

Esos testimonios que inclusive trascienden nuestras fronteras para convertirse en acervo común de la humanidad, demandan a nuestras conciencias la irrenunciable obligación de cuidarlos y conservarlos, para que su mensaje llegue también a las generaciones futuras. El carácter irremplazable que tienen, no siempre ha sido suficiente para garantizar su preservación y actualmente cuando la protección de los monumentos tiende a fortalecerse con la incorporación de métodos y técnicas de conservación adecuadas a nuestro medio, no podemos ignorar las experiencias más antiguas por más negativas que ellas hayan sido.

Para comprender los criterios con los cuales se ha encarado la conservación de los monumentos arqueológicos, es necesario tener una visión amplia del problema a través de la historia, limitándonos para el caso a lo sucedido en el Perú y en especial en la región.

Debe tenerse presente que durante las décadas que siguieron a la conquista del Perú, se arraigó profundamente la ambición por conseguir riquezas de los indígenas pobladores del Virreynato, como lo habían hecho en muchos casos los participantes directos de la toma de Cajamarca y Cusco. Los monumentos prehispánicos se consideraban como yacimientos de los cuales se podían extraer riquezas y esto queda demostrado por la legislación que surge en torno al problema, pero no precisamente para preservar los sitios arqueológicos, sino para cautelar el quinto real, como lo señalan las Ordenanzas del Virrey Toledo, dadas en la Plata en 1574 normando las condiciones para buscar tesoros en sepulturas o templos aborígenes (1). Estaban presentes el recuerdo del reparto de los tesoros del Templo del Sol de Cusco o el hallazgo del conquistador Estete en Trujillo, que encontró el tesoro de la huaca del "Peje Chico" o la historia de la huaca "Llomayocguan" en la actualidad conocida con el nombre de "Toledo" en recuerdo de Garci-Gutierrez de Toledo, "rey de los huaqueros" que entre 1566—78 extrajo de ella ingente cantidad de oro y adornos como lo atestiguan los libros de las Cajas Reales en los que consta el pago del quinto del Rey (2).

Se procuraba correr suerte igual buscando en los restos arqueológicos, sobre todo en los de la costa. El botín de oro, plata y piedras semipreciosas que en muchos casos se obtenía era acompañado de un desprecio hacia la cerámica, los textiles y demás objetos funerarios.

La explotación de los yacimientos arqueológicos se hacía en muchos casos con contratos y documentos aprobados legalmente mediante escritu-

197



ORGANO DEL TEMPLO DEL CONVENTO DE LA MERCED.
Hoy ha sido sustituido por un órgano eléctrico.

ra pública, como el suscrito el 9 de diciembre de 1601 por el pintor italiano Mateo Pérez de Alesio con Juan Ortíz y Cosme Ferrara, para "descubrir una huaca que está en termino de esta ciudad" refiriéndose a los alrededores de Lima (3). No siempre la suerte acompañaba a los buscadores, aunque el daño ocasionado ha sido siempre irreparable, como señala el sacerdote dominico Fray Reginaldo de Lizárraga, quien al describir la huaca de Pachacamac en su obra escrita entre 1603 y 1609, dice: "algunos han cavado en ella, empero no han dado con él (el tesoro) sino sacado de la bolsa". Al hacer su descripción de Cusco y hablar del convento de los dominicos, comenta que tiene fama de contener "gran mina de oro enterrado" y que se ha cavado en muchos lugares para hallarlo, haciendo igual comentario al hablar del pueblo de Tiahuanaco y de los edificios antiguos de piedra que le causaron admiración, comenta que hay un gran tesoro enterrado y que se ha buscado con diligencia aunque no se ha dado con él (4).

En la historiografía que los españoles han dejado desde el inicio de la conquista, no sólo abarcaron aspectos épicos de su gesta y se ocuparon en observar lo relativo a la naturaleza, las costumbres y en algunos casos los monumentos arqueológicos, haciendo descripciones y comentarios que reflejan el modo de pensar y encarar las antigüedades. Su empeño evangelizador los llevó a querer conocer el pensamiento y el pasado de los indígenas, como un medio para comprender o encaminar su inclinación religiosa con el objetivo de subyugar a los conquistados. El Virrey Don Francisco de Toledo (1569 – 1581) dispuso la búsqueda cuidadosa de información sobre los indígenas con el propósito de conocer noticias sobre la tiranía y todo lo que se consideraba bárbaro y cruel, para probar tesis que desvirtúen la reverencia aún latente por la dinastía incaica. Uno de sus historiadores fue Juan Polo de Ondegardo, de méritos indiscutibles como cronista, pero a quien Hernando de Santillán, otro cronista posterior, acusa de haberse dedicado a buscar tesoros, entierros y sepulcros, donde hubiese oro y plata y que su interés de historiador sólo se guió por la codicia de encontrar riquezas escondidas, dándonos una confirmación más del concepto reinante sobre los yacimientos arqueológicos.

La imagen del Perú adquiere una dimensión de fantasía y proliferan relatos y narraciones idealizadas sobre riquezas y tesoros. El espíritu racionalista que se mantenía desde el Renacimiento permitió una apertura de excepción sobre las cosas de América, en donde se creía que todo era posible y lindante con lo fabuloso atrayendo viajeros ávidos de conocer esos lugares exóticos y narrarlos a los europeos. En el siglo XVIII se comienza a producir una literatura sobre esos temas, que ya no consulta las crónicas y prefiere la descripción directa de costumbres y monumentos antiguos, adoptando una metodología más científica en sus observaciones como en el caso del Sacerdote Francés Louis Feuillée que llegó al Perú en 1709. La difusión de sus trabajos y la influencia de los mismos produjo recopilaciones sobre la naturaleza y la sociedad de la región, con criterio más exacto, como la obra del Obispo Baltazar Martínez Compañon que se ocupa de los lugares arqueológicos de su diócesis. Cabe destacar que el religioso Feuillée visitó Pachacamac y Arica con interés por los restos arqueológicos y excavó tumbas pre-incaicas en la zona de Ilo. Frézier, un ingeniero francés, continuador de la obra del padre Fueillée, estuvo en el virreynato peruano hacia 1713, recogiendo impresiones de los lugares que visitó, dibujando croquis de las playas y fortificaciones y también visitando las tumbas antiguas de Ilo, por su cercanía con la escala obligatoria en el Puerto de Islay.

La recolección de objetos arqueológicos de interés científico, extraídos en excavaciones que tenían ese fin únicamente o fomentándo la búsqueda de cerámicas y tejidos, en los pobladores nativos, para adquirirlas a precios ínfimos, se inicia en esa época. El naturalista Joseph Dombey que vino al Perú en 1778 con la misión científica española de Ruiz Pavón, escribió un diario arqueológico de sus excavaciones, posteriormente desaparecido, pero se conserva parte de la colección de cerámica que obtuvo y depositó en el Museo del Hombre en París. (7).

El final del siglo XVIII e inicios del XIX está marcado por los acontecimientos políticos europeos, que obligan en cierta medida a desviar el interés que despertaba América entre los viajeros, literatos y científicos que en buena cuenta son quienes han dejado mayor información sobre el tema que nos ocupa. Recién en la segunda década del siglo XIX resurge el interés americanista como consecuencia de la Guerra de la Independencia emprendida por las colonias españolas. Los progresos de la navegación y el transporte regular entre América y Europa facilitan y reanudan ese interés y el siglo XIX es el más documentado por viajeros y naturalistas. Sin detenernos en este amplio tema, cabe mencionar sólo a algunos precursores del estudio científico de América que en sus escritos nos dan noticias sobre el patrimonio cultural, como Alcides D'Orbigny quien actuó influído por Humboldt en la preparación de su obra de nueve tomos publicada en 1847. Allí figuran vistas y descripciones de restos arqueológicos en el estado en que todavía los conoció el autor.

En la obra de D'Orbigny, gracias al énfasis que pone en lo antropológico e histórico, encontramos referencias interesantes sobre lo acaecido a los monumentos que él minuciosamente describió y dibujó para tratar de interpretarlos. De Tiahuanaco dice "... tuve la pena de encontrar en todas partes las huellas de la conspicuencia y el vandalismo de los europeos. Los pórticos ya no estaban de pie; la búsqueda de tesoros imaginarios los habían llevado a cavar debajo, derribándolos por medio de minas que estaban obligados a emplear para remover esas enormes masas..." y al referirse a la Pirámide de Akapana también en Tiahuanaco dice "... éste se halla tan desfigurado, que solo, pueden seguirse sus contornos exteriores. Como ese monumento estaba en lo alto de un montículo levantado a fuerza de brazos, los españoles, que en todas partes creían hallar la famosa cadena de oro de Huaina Capac, sospecharon que había podido estar escondida en el centro de ese monumento, y emplearon centenares de obreros para derribarlo a fin de excavar hasta el sub suelo"... (5).

Las noticias que dio sobre el territorio boliviano, despertaron el interés de buscadores de tesoros. En 1834 se hace una expedición a las ruinas de Totora en Oruro en donde se encontró "un monumento semejante al de Tiahuanaco" que por la descripción de los diarios de la época se trataría de un templete semisubterráneo de estilo Tiahuanaco.

Esa expedición halló dos piezas de oro "la una de figura irregular y la otra en forma de una custodia de diámetro menor al de nuestros sagrarios que tiene el centro hueco y los rayos algo menores proporcionalmente que

los que acostumbramos ponerlos en nuestros soles y guarnecido con esmeraldas y otras piedras". (6).

El monumento citado fue excavado exhaustivamente en búsqueda de sus tesoros y probablemente muy poco quede de él como tampoco se conoce el ulterior paradero de las piezas arqueológicas descritas.

Otro personaje importante es Francis de Castelnau quien viajó por América del Sur en 1848 dibujando y registrando experiencias en un diario, conoció y dibujó algunos elementos de las colecciones de cerámica antigua de Romainville, Alarcón, Ferreyros y La Moyne. (4).

Esto nos da una idea cabal de como había prosperado el interés por los objetos arqueológicos antes de la mitad del siglo pasado. Discípulo de Castelnau es Weddel que escribió sobre las chullpas y restos arqueológicos del Altiplano y otro contemporáneo, Paul Marcoy o Saint Cricq como se llamaba oficialmente, quien aparte de narrar crónicas y leyendas del imperio incaico y hacer hipótesis sobre los constructores de Tiahuanaco y Ollantaytambo, se interesa por colecciones de cerámica antigua como la del cura párroco de Coporaque, lo que demuestra que la recopilación de objetos arqueológicos se había generalizado en el interior del país.

Las ideas políticas independentistas llegadas de Europa, vinieron al comienzo de la República acompañadas de los principios que inspiraban la protección del patrimonio monumental, así uno de los primeros decretos dados en abril de 1822 creando el Museo Nacional, muestra clara influencia de la legislación francesa.

Esas ideas enciclopedistas que tuvieron larga difusión durante la guerra de la independencia y los primeros tiempos de la república introdujeron conceptos muy claros sobre la moral, las aspiraciones humanas y las doctrinas económicas. Los diarios de la época hacen profusas citas de los filósofos franceses y por lo general todos los actos de hombres públicos están cargados de un contenido y mensaje de ese tipo, aún los que para el caso nos pudieran ilustrar, por estar vinculados al patrimonio monumental, como la visita del Libertador Simón Bolívar a la Fortaleza de Sacsayhuaman, comentada en el Diario "El Sol" del Cusco el 30 de julio de 1825, de la que se dice: "... fue su excelencia al cerro Sacsayhuaman donde esta la antigua fortaleza del Inca, acompañado del señor Prefecto, sus Edecanes, Oficiales y algunos vecinos a caballo y después de haber observado aquellos admirables monumentos que aunque están en tristes ruinas, fijan la consideración del hombre filósofo y sensible".

La inquietud cultural por conocer el pasado pre-hispánico y obtener las enseñanzas que este pudiera aportar en la naciente República, no fue una simple reacción contra la dominación española y si una preocupación sentida y espontánea. Es importante destacar que en la ciudad de Cusco esa iniciativa se materializó en el establecimiento de una Sociedad de amigos del Cusco con el propósito de promover el estudio y conocimiento de la historia del pasado pre-hispánico. El diario cusqueño antes citado del 5 de noviembre de 1825 publica un artículo al respecto, en el que se dice lo siguiente:

"Las antigüedades de una nación tratadas diestramente suelen formar ese espíritu de estimación y decoro necesario a los pueblos que nacen, las de América han sido apuntadas alguna vez por sabios viajeros que las han visitado, y que quisiéramos se tratasen con algún interés más del que ha hecho, nuestras luces a pesar de ser escasas, tomarán este grande empeño, el amor a la Patria nos llama a él, pero contamos con el favor de los literatos que se dignen protegernos, por tanto esperamos lo hagan.

Antigüedad física y civil origen de sus moradores, industria y sus adelantos, hasta el tiempo de la invasión europea, deben ocupar nuestros trabajos.

Se propone establecer una sociedad de amigos del Cusco, con el objeto de hacer comunes o generales las luces; los S.S. que quisieran suscribirse como individuos de ella, lo harán en la botica de Jeraldino, en que se hallará el proyecto, que podrán pasar de vista".

En los años posteriores la actividad intelectual y artística es floreciente en el Perú como lo prueban las figuras de Bartolomé Herrera que desde la Cátedra y desde el Convictorio de San Carlos intervino en las letras y la política peruana. En el género literario destacaron las figuras de Ricardo Palma, José Arnaldo Márquez, Nicolás Corpancho y Luis B. Cisneros, poetas líricos y dramáticos notables y la figura especial de Manuel Ascencio Segura. El estudio de la historia también se destacó en las personas de José Antonio de la Valle y Pardo, Manuel Atanasio Fuentes y la obra de Mateo Paz Soldán, autor de la "Geografía del Perú" publicada en París en 1862, y su hermano Mariano Felipe Paz Soldán quien publicó en ese mismo año el "Atlas del Perú" con el auspicio del Presidente Ramón Castilla. En 1850 Mariano Eduardo de Rivero y Ustariz publica en Viena su libro sobre "Antigüedades Peruanas" con importantes contribuciones a la defensa de los monumentos arqueológicos.

Destacamos el ambiente intelectual existente porque contrasta notablemente con la realidad sobre la conservación de los monumentos arqueológicos y la inexistencia de una conciencia actuante sobre la conservación del patrimonio monumental.

En el diario "El Sol" del Cusco del 13 de mayo de 1826 se publica una circular a los prefectos, intendentes municipalidades y párrocos, transcribiendo un Decreto expedido en Lima el 8 de abril de 1826, sobre el establecimiento del museo, refiriéndose a riquezas minerales, plantas y monumentos antiguos, que "la política estrafalaria que regía la conducta de nuestros estúpidos opresores, privándonos de establecimientos científicos, contribuyó sobre manera a que desconociésemos el mérito de las preciosidades que se han extraído para enriquecer los museos extranjeros".

En la circular se pide el envío de minerales, conchas, cuadrúpedos y "los tejidos y preciosidades extraídos de las huacas, se acomodaran en cajones consultando que no se estropeen en el transporte".

Pese a que la Organización y el funcionamiento del Museo de Historia Natural normada por un Decreto Supremo de 1836, prohíbe la extracción de antigüedades y que los principios de conservación se reiteran por otro Decreto Supremo de 1841, el Ministro de Gobierno, Policía, Obras

Públicas y Estadística en su memoria de 1878 señala que "los monumentos de la arqueología nacional, pertenecen hoy a todos menos a la República. Los museos europeos poseen preciosas colecciones de antigüedades peruanas y nosotros no tenemos ni aún el proyecto de un museo...". (1).

Las grandes obras públicas como el tendido del ferrocarril en la costa, sobre todo el tramo Lima-Ancón en 1870, intensifican el saqueo y destrucción de los sitios arqueológicos y la salida masiva de colecciones.

Es contradictoria la actitud del ambiente intelectual de la capital peruana, mientras se escribe y teoriza inclusive sobre temas tan eruditos como las momias y la escultura en la Cultura Chavín, en la obra de José Toribio Polo publicada en 1877, otros peruanos que emigraban a Europa como el médico coleccionista José Mariano Macedo, actuaban sin ninguna consideración por el patrimonio nacional al vender en 1881 su valiosa colección al Museo Etnográfico de Berlín (8), igual suerte corrió la colección Centenario, descrita y comentada por el viajero norteamericano George Squier (9) en su visita a Cusco en 1864, que también fue vendida al Museo Etnográfico de Berlín en 1888. Las colecciones de Ferreyros y Miscenio Espantoso, muy conocidas por el interés de los viajeros que llegaban al Perú, también fueron vendidas y salieron del país.

Pero hay que destacar que la depredación de las colecciones que se habían ido formando desde el final del siglo XVIII, se produce desde la mitad del siglo pasado, en 1856 se anunciaba en los diarios limeños el envío de un lote de cerámica para su venta en el extranjero y en 1862 se formó con aval del Gobierno una sociedad para explotar las huacas del país buscando tesoros. En 1874 salieron de Cusco con destino a Europa las colecciones de Kenner y Luhrsen, en 1880 Kunne vende las colecciones formadas en Copacabana a orillas del Lago Titicaca a museos europeos y en 1889 Garcés vendió al antropólogo suizo-norteamericano Adolph Bandelier una colección de cerámica del área de Puno, que remitió al Museo Americano de Historia Natural de Nueva York y Emilio Montes de Cusco vendió otra colección al Museo de Historia Natural de Chicago (8).

El comercio mencionado, que debe reflejar una mínima parte de lo desaparecido del país y que nunca fue registrado, nos hace suponer una intensa acción de depredación de las necrópolis y tumbas antiguas en búsqueda de los objetos de valor comercial despreciando como se ha dicho todo el contenido cultural en esos enterramientos. Francis de Castelnau y posteriormente Francois Vianet, que visitaron el país hacia la mitad del siglo XIX narran la costumbre limeña de ir los domingos a huaquear al vecino balneario de Ancón. Karl Scheizer médico naturalista y geógrafo austriaco integrante de la expedición organizada por Alexander Von Humbolt en la fragata "Novara" narra que en 1859 hizo excursiones a Cajamarquilla y Pachacamac, mencionando que en este último monumento lo ayudaron "un buen número de negros con herramientas de la hacienda para hacer algunas excavaciones" y como pudo desenterrar cuerpos momificados y calaveras, comentando finalmente que según versión del administrador de la plantación de azúcar en el Valle de Lurín, eran comunes las excavaciones y hallazgos de momias que llevaban adornos de oro en la boca y que se hallaban enterradas con ídolos y objetos de oro y plata.

La ausencia de una política efectiva de protección, que obviamente era muy difícil de lograr sin una conciencia clara del problema y sobre todo sin la institucionalización de sistemas de vigilancia, no se observa sólo en lo concerniente a los restos arqueológicos sino también en el resto del patrimonio artístico y arquitectónico, basta citar unos párrafos del escritor chileno José Victoriano Lastarria, desterrado al Perú en 1850, en su "Miscelánea histórica y literaria" publicada en 1868, donde menciona que en Lima hay un museo con muy poco acervo y que "los conventos poseen aún pinturas estimables y las han tenido de tanto mérito, que han exitado la admiración y codicia de los extranjeros, quienes por bien o por mal han obtenido las mejores piezas para llevarlas a Europa". Esto nos hace ver un aspecto poco documentado sobre el patrimonio y es que no sólo se recolectaban y coleccionaban indiscriminadamente los objetos precolombinos, sino también las obras de arte virreynales, desprovistas de cualquier medida de protección.

A tal extremo llega la libertad de buscar y comerciar con los objetos arqueológicos que en 1886 se publica el libro "Excavaciones y Viajes en el país de los Incas" del viajero Jean de Neltray quien se hizo de una colección de cerámica con ayuda de los invasores chilenos y que dedica un capítulo a las técnicas y operaciones necesarias para encontrar y excavar un entierro pre-hispánico.

La pasión por los objetos arqueológicos se hizo tan común en Lima, sobre todo entre los extranjeros allí radicados, que dedicaban parte de su tiempo al huaqueo como pasatiempo e invertían su dinero en adquirir las mejores piezas de los buscadores profesionales. El Ministro francés acreditado en Lima, señor Le Moyne fue un gran coleccionista como sus compatriotas Quesnel, Colville y Michel que "huaqueaban" en Ancón todos los domingos.

El 4 de abril de 1879 Chile declara la guerra al Perú y las consecuencias para el patrimonio arqueológico fueron lamentables, no sólo porque el teatro de batalla a veces estaba constituido por las huacas que servían de bastiones, como también por la salida de colecciones con destino a Santiago durante la ocupación chilena de Lima. No debe sorprender el hecho de que las acciones bélicas de esa guerra escogieran los monumentos arqueológicos de la costa como baluartes para las escaramuzas bélicas. En 1855 en la revolución de Ramón Castilla contra el Presidente Echenique, éste último se fortificó con su artillería en la huaca Juliana, por ser punto estratégico que dominaba el campo contrario. Años más tarde en 1865 las tropas insurrectas de Pedro Diez Canseco y Mariano Ignacio Prado contra el Presidente de la República, también se posesionaron de la huaca Juliana como baluarte defensivo.

En 1874 la Societé Americaine de France organizó el Primer Congreso Internacional de americanistas, por iniciativa de Alcides D'Orbigny, Francis de Castelnau, de La Condamine, Brasseur de Bourbourg y otros que deseaban explorar la historia y geografía del continente americano, ampliando después su interés a aspectos sociales y culturales ligados a las ciencias antropológicas e históricas. En el Perú en 1839 el Presidente de la República Remigio Morales Bermúdez, aprueba un Decreto Supremo con pautas claras sobre la conservación de los objetos arqueológicos, que in-

cluye la declaración de monumentos nacionales a todas las construcciones anteriores a la conquista. Esta fue una reacción de estudiosos y autoridades contra la creciente depredación del patrimonio nacional. En los años siguientes el tema arqueológico y el interés por las teorías de evolución social de la sociedad peruana antigua motivan notables trabajos como los del alemán Heinrich Cunow quien escribió entre 1890 y 1896 tres trabajos sobre la economía y la sociedad incaica. Maestros universitarios como Carlos Wiesse, el Presbítero Manuel Gonzales de la Rosa, César Antonio Ugarte, Pablo Patrón y otros se ocupan de la enseñanza de la historia antigua del Perú, aunque sin trabajar sobre las evidencias materiales de la arqueología. Con el inicio del siglo llegan algunos europeos a estudiar las colecciones de restos arqueológicos, atraídos por el creciente número de piezas que se veían en Europa. Arthur Baessler publica en 1902 una serie de estudios sobre la cerámica, la metalurgia y las momias, Edward Seler en 1910 analiza los estilos de las civilizaciones pre-incaicas y se cuenta con la presencia del estudioso Max Uhle que prepara un proyecto de Ley para la protección de los monumentos arqueológicos.

Una idea de la codicia por los objetos arqueológicos de valor comercial nos dan algunas líneas escritas en 1919 por Enrique Bruning, quien atesoró la valiosa colección que lleva su nombre: "Gracias a mi actividad solamente he podido salvar tantos objetos de oro, porque ordinariamente van al crisol de los plateros, tuve que hacer a veces viajes especiales de días enteros para salvar un objeto valioso. . . ".

La colección Bruning fue comprada por el Estado en 1912, aunque el coleccionista al partir del Perú en 1925 se llevó de recuerdo a Alemania un lote de objetos de oro para el Museo Etnográfico de Hamburgo.

Las primeras décadas del presente siglo marcan el inicio de la protección organizada del patrimonio y se comprende que para conocer el pasado prehispánico era indispensable conservar los testimonios legados de esas épocas. En julio de 1911 Hiram Bingham descubre Machupicchu y la ciudad inca es estudiada por una misión de la Universidad de Yale hasta 1915 con lo que se concita la atención mundial sobre el pasado incaico peruano. José Uriel García y otros intelectuales cusqueños hicieron pública su alarma sobre los objetos de Machupicchu que habría llevado consigo Bingham y la Municipalidad de Cusco comisionó a Angel Vega Enríquez y Luis Valcárcel para investigar el hecho.

Años más tarde en 1934 la Comisión del IV Centenario del Cusco recién realiza una nueva limpieza y consolidación de los restos arqueológicos de Machupicchu, trabajo que se hizo extensivo a Ollantaytambo y Písac, constituyendo la primera labor organizada de conservación en la zona, que sería continuada oficialmente con la fundación del Patronato Departamental de Arqueología de Cusco en junio de 1929, en el mismo año que se promulgó la Ley 6634, recogiendo anteriores experiencias legislativas peruanas y criterios contenidos en otras legislaciones como los acuerdos del Convenio celebrado entre Alemania y Grecia en 1874 y las recomendaciones de la cuarta conferencia del Congreso Científico Internacional Americano de 1910. Esa Ley que creó también simultáneamente el Patronato Nacional de Arqueología y las posibilidades de designar otros patronatos arqueológicos departamentales, fue seguida de ampliatorias y reglamentos que dota-

ron al país de un instrumento válido para acometer la defensa del patrimonio arqueológico a través de instituciones reconocidas, y amparadas por el Estado.

Debemos reflexionar sobre la política oficial con respecto a los objetos arqueológicos que integran el patrimonio nacional, que hasta época reciente no eran considerados como un recurso único e irreemplazable, basta recordar que en 1937 el Museo Nacional de Antropología recibió una donación de 3,000 dólares destinada a la preservación de los restos extraídos de Paracas, de parte del señor Nelson A. Rockefeller y en reciprocidad se le entregaron cuatro fardos funerarios de esa cultura.

El Museo de Antropología de Lima con apoyo económico de la Wenner Gren Foundation realizó exploraciones y excavaciones en Huiñay Huaina y otros lugares de la hoya del río Vilcanota en 1942, habiéndose encargado en 1940 de labores de defensa del conjunto arqueológico de Chavín en la Provincia de Huari, que estaba siendo afectado por el río Mosna desde el año 1925, el cual amenazaba inclusive el templo principal. En una labor pionera de defensa se levantó un muro de contención a la orilla del río y se reunieron en un recinto todas las esculturas líticas del templo de Chavín, que hasta esa época estaban dispersas en casas particulares, patios y corrales. Lamentablemente en enero de 1945 ese mismo río rompió el dique de la laguna de Aywinlla en la cordillera blanca arrasando el templo y el museo que desde 1940 había reunido 70 esculturas de piedra además de cerámica y otros objetos. (10).

El efecto causado por la naturaleza en los monumentos arqueológicos se repite cuando las intervenciones de la mano del hombre crean las condiciones favorables, algunos casos nos ilustran al respecto, como lo ocurrido en la sierra de Huánuco donde una misión arqueológica japonesa puso al descubierto las estructuras del sitio arqueológico de Kotosh, allí los muros de piedra con enlucidos y decoraciones de barro, algunas tan importantes como el relieve de las manos cruzadas con una antigüedad de 3,000 años A.C., han sido víctimas de los agentes climáticos y la intemperie que en pocos años ha deteriorado todo lo descubierto, que no llegó a recibir un adecuado tratamiento de conservación. En Chan Chan la capital del Imperio Chimú que floreciera entre los años 1200 y 1460 de nuestra era, el daño por los efectos del tiempo y las depredaciones de huaqueros y agricultores afectaron notablemente las frágiles estructuras de adobe. Las reconstrucciones que se efectuaron en 1966 tuvieron una orientación discutible y en algunos casos, como el de la ciudadela Tschudi los agregados fueron los más afectados por el sismo de 1971. También en la huaca del Dragón, importante testimonio de la Cultura Wari (900 A.C.) en el Valle del Moche, reconstruida en 1966, el terremoto causó daños similares.

Centrando el enfoque histórico en la zona, vale detenerse en la labor ya mencionada que se emprende con ocasión del Cuatricentenario de la fundación española de Cusco, en 1934, cuando se realizaron trabajos de reconstrucción en los restos incaicos de la ciudad misma, como en el caso de la calle Loreto. Se hicieron excavaciones que pusieron al descubierto nuevas estructuras en Sacsayhuaman, y se extravó y limpió los restos de Kenko no conocidos hasta entonces. En Ollantaytambo, Tarawasi y el Intihuatana de Machupicchu se efectuaron asimismo excavaciones de magnitud que

petición a las Naciones Unidas para recibir ayuda técnica, la que se materializó con la misión de Robert W. Hudgens en julio de 1951, quien en su informe proporciona los lineamientos para la restauración urbana y la creación de una organización de reconstrucción y fomento, a partir del cual se creó la Junta de Reconstrucción y Fomento Industrial del Cusco.

En la misma época con la intervención del Doctor Luis Valcárcel la UNESCO envió otra misión para la restauración de los monumentos afectados por el sismo, integrada por el historiador de la Universidad de Yale George Kubler, el arquitecto mexicano Luis Mac Gregor Zevallos y como contraparte local el arquitecto cusqueño Oscar Ladrón de Guevara.

Con recursos de la Corporación de Reconstrucción y Fomento (CRYF) formada algún tiempo después, el Patronato Departamental de Arqueología prosiguió en larga escala sus labores de defensa y consolidación de Machupicchu. También en Ollantaytambo se realizaron labores parecidas y se trabajó además en los andenes de Yucay, el conjunto arqueológico de Chinchero, los andenes circulares de Moray y el Conjunto arqueológico de Pisac en donde se reconstruyeron los muros incaicos del Intiwatana y otros sitios arqueológicos de la zona, con resultados que hoy en día se consideran muy discutibles.

En Cusco los trabajos de más envergadura se realizaron en la fortaleza de Sacsayhuaman y en los restos del Templo del Sol en el Convento de Santo Domingo.

En los años 1968–1969 y 1970 una Misión Científica Española, realizó un estudio arquitectónico del conjunto incaico de Chinchero, cerca de Cusco, dividiendo el trabajo en tres temporadas de exploraciones y excavaciones y una final llamada de "reconstrucción y restauración". El trabajo realizado por la misión tuvo como objetivo el salvamento y conservación del conjunto urbano en lo referente a sus estructuras incaicas, aunque también incluyó trabajos de restauración en la iglesia y la casa de Mateo Pumacahua.

Los trabajos de conservación fueron conducidos con acierto y prudencia limitándose a la consolidación de las numerosas estructuras incaicas puestas en evidencia, constituyendo una valiosa experiencia para los técnicos nacionales del Patronato Departamental de Arqueología de Cusco que participaron en los trabajos.

Transcurridos veintitrés años después del terremoto que afectó notablemente al Cusco y sus monumentos, en abril de 1973, se dio inicio al Proyecto Especial de la UNESCO y el Gobierno Peruano a través del Instituto Nacional de Cultura, denominado PER-71/539. En los seis años que duró ese ambicioso programa de asistencia técnica internacional, solicitado inicialmente para poder contar con los estudios y criterios adecuados para emprender las obras de puesta en valor de monumentos contemplados en el Plan COPESCO, se logró una importante tecnificación y capacitación del personal nacional. Cusco pasó a ser uno de los centros más importantes en cuanto a ejecución de obras de restauración y formación de especialistas. Cabe esperar que en esta década se retome ese liderazgo y se recupere el tiempo perdido. ∎

pusieron en evidencia las estructuras que hoy conocemos y que estaban cubiertas casi en su totalidad por el desmonte y la erosión. En Pikillacta, conjunto urbano pre-inca también se efectuaron labores de limpieza con el objeto de realizar sobre todo el sistema vial del conjunto. Entre 1946 y 1948 esa experiencia fue continuada por el Patronato Departamental de Arqueología de Cusco.

Esa labor de restauración efectuada desde 1939 por el Patronato Departamental de Arqueología de Cusco, en Machupicchu, Ollantaytambo, Rumiqolqa, Raqch'i, Qorikancha y otros monumentos arqueológicos, no se limitó al mínimo necesario o a una intervención esporádica y parcial como se preconiza actualmente, al señalar que la anastilosis debe ser la única forma de restauración arqueológica a utilizarse, entendiendo que ese concepto sólo puede plantearse en los edificios construidos con elementos unidos sin mortero, aglutinante o cuando los mismos tienen juntas determinadas que permiten una exacta restitución de la forma original y las piezas no están alteradas por acción del tiempo o la destrucción misma del monumento. Constatamos que en restos arqueológicos de mampostería de piedra irregular unida con mortero de barro, se emprendió no sólo la consolidación de lo que quedaba en pie, sino, se llegó a una hipotética restitución de los elementos líticos encontrados.

Se constata también que se efectuaron restauraciones sin contar con los elementos originales del edificio, materia del trabajo, empleando materiales en su mayoría nuevos, tendiendo a completar monumentos mutilados con hipotéticos datos para llegar a la reproducción de formas y volúmenes supuestamente originales.

Ante esos casos que en su momento se pretendieron justificar por una mal entendida necesidad de satisfacer a aspiraciones de identidad y nacionalismo, cabe señalar que esas reconstrucciones no son correctas por no estar apoyadas en fehacientes fundamentos científicos, como debe estarlo toda la investigación arqueológica.

El 21 de mayo de 1950 se produjo en Cusco un terremoto que llegó al grado 7 de la escala de Mercalli ocasionando ruina y desolación. Los daños fueron grandes en los monumentos virreynales y en la arquitectura civil que hasta esa época formaba un conjunto armónico de edificaciones de adobe y techos de teja. Se calcula que 3,000 casas fueron afectadas gravemente y sólo 1,200 quedaron habitables. La obra de demolición de casas afectadas que emprendió el Ministerio de Fomento destruyó mucho más que el sismo y en el afán de ampliar calles y aperturar nuevas vías, sin que a nadie se le ocurra restaurar y conservar se perdieron muchos testimonios del Cusco incaico, aparte del irremediable daño a la edificación colonial. Los restos arqueológicos de Cusco, evidentes en sus calles y casas sobre las que se había superpuesto la dominación española sufrieron aún más con las reconstrucciones carentes de todo criterio, que llegaron con la recuperación de la ciudad y la ayuda financiera para su reconstrucción que produjo un gran auge de construcciones entre 1952 a 1960.

En diciembre de 1950 se promulgó una Ley que disponía un impuesto del 20% al tabaco consumido en el país para la reconstrucción de la ciudad y permitir el desarrollo industrial de la región. Se hizo también una



*Las grandes edificaciones religiosas de forma piramidal conocidas como "huacas", se consideraron como yacimientos en los cuales se podían buscar tesoros, sin importar su destrucción.*

## NOTAS

(1) "Las Antigüedades Peruanas y su Protección Legal". Rosalía Avalos de Matos — Rogger Ravines, Revista del Museo Nacional, Tomo XI, 1974. Lima.

(2) "El Perú en la Obra de Alejandro de Humboldt". E., Núñez y G. Petersen, Lima 1971, Pág. 11.

(3) "Noticias Inéditas para ilustrar las Historias de las Bellas Artes en Lima durante los siglos XVI y XVIII". Revista Histórica VIII. Lima 1940. Citado en "Cuadernos de Arte y Arqueología 2". La Paz, 1972 por José de Mesa y Teresa Gisbert.

(4) "Crónicas Peruanas de interés indígena". Bibliografía de autores españoles, Ediciones Atlas, Madrid 1968.

(5) "Noticias sobre Arqueología Boliviana en la obra de D'Orbigny". Alcides Parejas, Carola Muñoz — Revista Arte y Arqueología 3 y 4 Instituto de Estudios Bolivianos — La Paz, 1975.

(6) "La Vida y obra del Mariscal Andrés Santa Cruz" Tomo II. Municipalidad de La Paz, Editorial Casa de la Cultura, "Franz Tamayo" 1976.

(7) "La imagen Francesa del Perú". Pablo Macera, Editorial del INC. 1976.

(8) "Historia de un Desbande". Luis Guillermo Lumbreras, Diario El Comercio, Lima, Agosto de 1977.

(9) "Peru incidents of travel and exploration in the land of the Incas". George Squier, London 1877. Reedición de la Universidad Mayor de San Marcos, Lima 1974.

(10) Arqueológicas 10 — "Historia de los Museos Nacionales del Perú 1822–1946". Publicación del Instituto de Investigaciones Antropológicas. Lima 1967.

## BIBLIOGRAFIA GENERAL

— "Viajeros Alemanes al Perú", Estuardo Núñez, Universidad Mayor de San Marcos, Lima 1969.

— "Historia General del Perú", Rubén Vargas Ugarte S.J. Ediciones Carlos Milla Batres — Lima.

— "Viajeros en el Perú Republicano". Alberto Tauro, Universidad Nacional Mayor de San Marcos, Lima 1967.

— "Los cronistas de la Conquista". Raúl Porras Barrenechea, Revista de la Universidad Católica del Perú No. 9, Lima, 1941.

— "Los precursores peruanos de la arqueología". Los primeros arqueólogos. Luis G. Lumbreras. Artículos publicados en El Comercio de Lima, Agosto 1977.

— "El Sol" del Cusco — Tomo I – Año 1825 – Edición Facsimilar. Caracas 1974.

— "Historia social del Cuzco Republicano". José Tamayo Herrera, Industrial Gráfica, Lima 1978.

— "Cuzco, Reconstrucción de la ciudad y restauración de sus monumentos". George Kubler, UNESCO – París, 1953.

208

# EXHIBIT B-27



# Historia del indigenismo cuzqueño
## siglos XVI-XX

José Tamayo Herrera



José Tamayo Herrera

# Historia del indigenismo cuzqueño

siglos XVI-XX

Prólogo de Luis E. Valcárcel

**Instituto Nacional de Cultura**
**Lima - 1980**

cio de ellas, ni mucho menos afición por este tipo de expresiones artísticas. La colonia española, salvo el caso de los coleccionistas de cuadros de las escuelas cuzqueña, limeña o huamanguina, habría representado una total alienación del gusto, un extranjerismo a ultranza, que juzgaba lo prehispánico como bárbaro, primitivo y antiartístico, y por lo tanto sin valor estético (la fundición de tantas piezas de orfebrería prehispánica, para convertirlas en rudas barras de oro o de plata, es la prueba más cierta de esta afirmación), con la sola excepción de los cuadros y de los keros, guardados, más que coleccionados, por los personajes de la nobleza indígena; pues para estos, el kero era el principal depositario del simbolismo nacional; el gusto del hombre colonial, sobre todo del "misti", era ciego para lo prehispánico. De ahí la destrucción y la incuria con que se miraron los monumentos incas y de otras culturas andinas.

Es recién a mediados del siglo XIX, hacia 1840, que parece despuntar de pronto un interés inusual por acercarse a las expresiones del arte indígena, en particular en el Cuzco, con respecto a las antigüedades incaicas, y en un curioso movimiento ligado a cuzqueños y puneños de esa época: María Ana Zenteno, José Miguel Medina, José Lucas Caparó Muñiz, Mariano Macedo, Vidal Olivera, Abel Montes y tantos otros coleccionistas del siglo XIX.

¿Este redescubrimiento de lo prehispánico, a través de los objetos antiguos, será la expresión de ese "renacimiento" de la antigüedad americana, en la mente del hombre decimonónico, como señalaba Kubler?

¿Por qué esta evolución del gusto? ¿Por qué este nuevo interés revelador de un cambio?

En el estado actual de las investigaciones es difícil precisar si este cambio del gusto resultó de influencias exteriores (viajeros, visitantes que despertaron el interés y motivaron la inquietud) o de algún movimiento inmanente de la *psiquê* surandina durante el siglo XIX. Este redescubrimiento de la antigüedad, difícil de explicar, puede sin embargo sugerir una hipótesis provisional: las clases altas, los "mistis", blancos y mestizos de la mancha india descubrieron de pronto a mediados del siglo XIX, que la antigüedad prehispánica era *su propio pasado*; más suyo aún, que el pasado colonial tan reciente (el siglo XIX fue el que menos apreció la pintura colonial), y explicaría la lucidez para percibir el pasado remoto, en un pliegue mental, en una peculiar actitud, que es necesario analizar históricamente.

Y en este sentido, el Sureste, y en general la mancha india, se habría adelantado a la costa central y a la costa suroccidental; pues en estas últimas no parece haber en un período tan temprano de la República, una sensibilidad tan precoz para captar el valor de lo prehispánico.

El prefecto del Cuzco, general José Miguel Medina, autoridad departamental entre 1845 y 1851 y simpatizante de lo indígena (después en 1867, presidirá la Sociedad Amiga de los Indios), parece ser uno de los precursores de este interés por revaluar el arte prehispánico, particularmente las antigüedades incaicas.

El 28 de julio de 1848, fundará el Museo y Biblioteca Departamental en el local del antiguo Hospital de San Andrés[32], donde por primera vez empezarán a exhibirse los ceramios y los textiles incaicos. Colección pequeña y desigual, sólo tiene un valor indiciario para constatar este cambio en la evolución del gusto republicano.

En quien se encarna por excelencia este naciente interés por lo prehispánico es en una mujer excepcional de la más alta clase social del Cuzco decimonónico: María Ana Zenteno... ¿blanca?, ¿mestiza? ¿Por qué la llamaron entonces la india Zenteno? Hija de Anselmo Zenteno, director en una época de la Casa de Moneda del Cuzco y personaje conspicuo de los gobiernos de Agustín Gamarra y Andrés de Santa Cruz, y cuyo oportunismo y ambivalencia política han sido recordados en tradiciones y leyendas, es sin duda una de las mujeres más ricas de la región.

María Ana Zenteno, nacida en el Cuzco el 26 de julio de 1816 (Clorinda Matto), casó en 1842 con el francés Pedro Romainville, tronco de una familia de terratenientes cuzqueños de leyenda negra y trágica. Desde 1832, aproximadamente, la Zenteno aún adolescente, empezó a coleccionar objetos y fue llenando los salones de su casona cuzqueña, entre la Plaza de San Francisco y Mesón de la Estrella, con una infinidad de huacos, orfebrería, objetos de piedra, keros, etc.

Dice Clorinda Matto: "la señora Zenteno llegó a adquirir por su museo una de aquellas pasiones caprichosas que casi rayan en locura. Ambicionaba enriquecerlo más y más"[33].

Los viajeros europeos y norteamericanos (Castelnau, Marcoy, Squier) que visitaron el Cuzco durante la vida de la señora Zenteno, expresaron su admiración por este museo, considerado en su tiempo como el primero y el mejor del Perú, y a cuya posesión unía la coleccionista, el don de la hospitalidad, porque hospedaba a todos los viajeros ilustres que visi-

museo, dotado de una concepción curiosa y original, tan peculiar como su propio dueño, persistió hasta la segunda década del siglo XX.

Pero el interés por coleccionar y valorar las antigüedades prehispánicas no se limita exclusivamente al área del Cuzco. También un hombre del Altiplano, el puneño José Mariano Macedo (1823-1894), nacido en Ayaviri el 2 de enero de 1823, se convierte en el precursor de los coleccionistas del arte indígena en la capital del Perú. Formado originalmente en la región del Sureste, Macedo estudió en el Colegio de Ciencias en 1843; y posteriormente se recibió de médico en San Fernando y realizó una carrera profesional brillante y exitosa.

Desde 1858, Macedo empezó a reunir en Lima una valiosa colección de objetos del pasado americano. Llegó a poseer más de mil objetos de barro, oro, plata, cobre, madera y piedra, además de especímenes de la textilería indígena. Contó virtió su casa de la Plaza de la Inquisición Nº 209 en un verdadero museo de la cultura andina. Macedo fue el primer peruano que coleccionó en Lima objetos prehispánicos, el verdadero precursor de los coleccionistas posteriores de la capital; pues como dice el propio puneño: "Hasta entonces (1858) las riquezas sepultadas entre las ruinas del incario, apenas si habían sido objeto de atención nacional".[39]

Esta afición de Macedo por el arte andino le dio al médico puneño un prestigio singular, y contribuyó sin duda a despertar la atención de Lima por el arte prehispánico; pero no con un contenido tan fervorosamente nacionalista, como sucedió en el Cuzco. Quizás de Macedo provenga la extendida afición de los médicos limeños por coleccionar objetos de cerámica andina.

Durante la ocupación chilena (1881-1883) y por una doble razón: el temor de que los invasores se apoderaran o destruyeran el museo, o por el exorbitante cupo que le impuso Lynch, y que Macedo no pudo pagar, éste se vio obligado a vender su colección en 1881 al Museo de Berlín, por intermedio del comerciante alemán Kruger, al precio de 2,000 libras esterlinas.

Así desapareció del Perú el mejor museo limeño de antigüedades precolombinas; y la obra cultural de un hombre andino, ligado al Sureste y al Cuzco por tantos lazos, se vio interrumpida por la desgracia nacional.

¿Qué significa este nuevo interés por valorar y reunir objetos prehispánicos antes despreciados?

¿Qué papel cumplió en la maduración de ciertas ideas colectivas con respecto a lo incaico y americano?

Pensamos que fue el verdadero despertar de una conciencia hasta entonces adormecida. En los museos de la Zenteno, de Caparó, de Macedo, de Manuel A. Muñiz, y Olivera, los cuzqueños, y en general los peruanos, captaron y descubrieron por primera vez las excelencias de la cultura indígena. El contacto con los objetos produjo una revolución en la esfera de las ideas. Los indios no eran solamente los individuos misérrimos y decaídos que pululaban por las callejuelas estrechas de las ciudades de la mancha india; eran también, por intermedio de sus antepasados, los creadores de aquellos objetos maravillosos que atraían a peruanos y extranjeros, sobre todo a los segundos, y que por eso mismo, por un ejemplo de demostración, resultaron influyendo en el gusto de los peruanos decimonónicos...

Los "mistis" sur andinos, y sobre todo la *intelligentsia* regional, despertaron a través de los museos la conciencia de una herencia gloriosa que permanecía ignorada; empezaron a sentir el incario como su propio y grandioso pasado. Por eso estos museos del siglo XIX, reveladores de un gusto estético nuevo y nacional, cumplieron un papel pedagógico, no por silencioso, menos importante.

Otra consecuencia de este novísimo interés arqueológico es el extraordinario afán por la búsqueda de tesoros y huacos. Desde las últimas décadas del siglo XIX empieza el tiempo auroral, la edad de oro de los huaqueros y buscadores de "tapados" incaicos. Es la época romántica en que los cuzqueños buscaron la cadena de Huáscar en las profundidades de la laguna de Urcos (José Salas), los exploradores de las "chincanas" de Sacsayhuamán, los buscadores del fabuloso "tapado" de los once millones, o del San Ignacio de oro puro de los jesuitas (José Herrera Rozas).

Los buscadores del tesoro de Pumacahua, de Plateriayoc, el Paititi, el Apucatintin, Herreriayoc, etc., la siempre enigmática y esperada última ciudad desconocida de los Hanan Koskos.

Más que en los libros, el discurso escrito, o la ciencia académica, los museos de antigüedades incaicas avivaron y maduraron en la mentalidad regional la conciencia de las excelencias del tiempo americano. La mentalidad de los intelectuales se nacionalizó, se peruanizó, se volvió hacia adentro, y contribuyó a madurar un conjunto de ideas que sólo aflorarán en forma original a partir de 1909.

# EXHIBIT B-28

# ARQUEOLÓGICAS

PUBLICACIONES DEL INSTITUTO DE INVESTIGACIONES
ANTROPOLOGICAS

# 10

# HISTORIA DE LOS MUSEOS
# NACIONALES DEL PERU
# 1822 - 1946

POR

JULIO C. TELLO y TORIBIO MEJIA XESSPE

1967
MUSEO NACIONAL DE ANTROPOLOGIA Y ARQUEOLOGIA E INSTITUTO Y
MUSEO DE ARQUEOLOGIA DE LA UNIVERSIDAD NACIONAL
DE SAN MARCOS

PUEBLO LIBRE, LIMA - PERÚ

# ARQUEOLÓGICAS

# 10



Perú y "sobre las bases de las colecciones existentes que sean de propiedad pública", transcurre cerca de un cuarto de siglo, tiempo en que adquiere extraordinario interés el estudio de la historia antigua del país y, por ende, surge la ambición de poseer colecciones de objetos precolombinos, principalmente, las obras de arte de los indios. De este modo se realizan expediciones científicas por diferentes lugares del país bajo la dirección de ilustres viajeros y exploradores, quienes escriben ponderando las riquezas naturales y arqueológicas del país.

Durante este tiempo se forman muchas colecciones privadas que, casi en su totalidad, salen al extranjero, como la de Macedo, que es vendida en 1886 al Museo Etnográfico de Berlín; de Garcés, procedente de Puno, que es adquirida en 1889 por Adolfo Bandelier para el Museo de Historia Natural de Nueva York; de Emilio Montes, del Cuzco, que es vendida, en 1893, al Museo de Historia Natural de Chicago; de Rocha, de Tiahuanaco, que ingresa a Lima en 1896; de Bolívar-Block, proveniente de Trujillo y de Pachacamac, vendida en Alemania, en 1897; de Uhle, procedente de Copacabana, Tiahuanaco y Titicaca, llevada a Berlín en 1895; de Pfeiffer, reunida en 1903 y llevada a Alemania; de Knaudt y Garlepp, de Tiahuanaco y Cochabamba, trasladada a Berlín en 1904; las dos colecciones de Gaffron, una vendida en Nueva York, en 1902, y otra llevada a Munich, en 1907, para la Academia de Ciencias; la de Baessler, trasladada al Museo Etnográfico de Berlín, en 1905; y muchas otras pequeñas colecciones de cerámica, tejidos, oro y plata, que son llevadas por peruanos y extranjeros con fines de negocio o de regalo.

En resumen. El gobierno peruano reconoce la importancia de los monumentos históricos y arqueológicos desde el comienzo de la vida republicana. Con este fin, dicta disposiciones para evitar su destrucción y explotación, y funda el Museo Nacional con la finalidad de conservar los objetos históricos y artísticos de todos los tiempos.

Durante muchos años el gobierno tiene a su cargo la doble misión: instruir y recomendar a las autoridades de la República acerca de la protección de los monumentos; y encargar a las mismas el fomento del Museo Nacional mediante adquisiciones, donaciones y decomisos.

Finalmente, el gobierno, en vista de las dificultades económicas del erario fiscal, dispone que el Museo Nacional funcione bajo la tutela de la Sociedad de Bellas Artes de Lima, sin tener en cuenta que esta entidad es de carácter genuinamente artístico y literario y no científico. De este modo, las colecciones del Museo se trasladan del local de la Biblioteca Nacional al Palacio de la Exposición, donde poco a poco comienzan a desintegrarse, primero por la impericia de los encargados de la dirección técnica y segundo por el vandalismo de las tropas chilenas de ocupación, en 1881. He aquí la suerte del primer Museo Nacional y Museo de Historia Natural de Lima, que fue organizado con tanto esfuerzo por hombres amantes de la ciencia y de la historia, como Mariano E. de Rivero, Luis José Orbegoso, José Dávila Condemarin, Antonio Gutiérrez de La Fuente, Agustín Gamarra, Manuel Menéndez, Agustín Guillermo Charún, Tomás Gadea y otros.

Provincial de Lima todos los objetos y curiosidades que pertenecían al Museo Municipal, cuyo inventario descriptivo alcanza a 994 especímenes; de la Sociedad Geográfica de Lima, 126 objetos de cerámica y tejidos; del Ministerio de Justicia, 115 ejemplares de cerámica Nazca e Ica; y 148 diversas antigüedades adquiridas por compra en las tiendas de comercio de Lima y provincias. Además, se consigue en calidad de préstamo la colección particular de don Carlos Larco Hoyle, consistente en 751 ejemplares de cerámica, madera, hueso, concha, lagenaria, oro, plata, cobre y otras especies provenientes del litoral norte del país.

Con este material arqueológico, que alcanza a 2,244 especímenes y varios objetos artísticos e históricos de la época colonial y republicana, convenientemente arreglados bajo la dirección de los doctores Uhle e Izcue, se inaugura el Museo de Historia Nacional, en los altos del antiguo Palacio de la Exposición, el 29 de Julio de 1906, en cuyo acto el Presidente del Instituto Histórico del Perú, doctor Mariano Ignacio Prado y Ugarteche, pronuncia un elocuente discurso, a la vez que incorpora al doctor Max Uhle como miembro correspondiente del Instituto en su calidad de director de la Sección Arqueológica del Museo.

## TESTIMONIO 71
*(Lima, 29 de Julio de 1906)*

*Inauguración del Museo de Historia Nacional.—Discurso del Presidente del Instituto, Dr. Mariano Ignacio Prado y Ugarteche.*—"Hace un año se inauguraba solemnemente el Instituto Histórico, fundado por V. E. para formar y desarrollar los estudios de Historia Nacional/ El Gobierno agrupó en este centro a los que han consagrado alguna parte de su actividad y de su esfuerzo a los estudios históricos del Perú/ Y V.E. en su discurso inaugural fijó la razón política y social de esta Institución, y ofreció para ella el más amplio y decidido concurso de la acción oficial// Conviene recordar en este momento las ideas profundamente reflexivas que explican la solicitud extraordinaria con que el Gobierno de V.E., que hizo nacer esta Institución, ha asegurado luego sobre bases definitivas, su amplia estabilidad y porvenir// En esa solemne ocasión V.E. recordó que cimentada definitivamente la función tranquila de las instituciones políticas, y olvidados los períodos de agitación que consumieron en tarea estéril e infecunda de anarquía y retroceso las actividades y las energías de la Nación, había llegado el momento de que el Estado pudiese llamar con éxito a esas inteligencias, a esas voluntades y a esas energías, a las labores fecundas de la vida nacional// Recuerdo también que entre las necesidades de buen gobierno a que V.E. con noble estímulo aspira en todos los ramos de la administración pública, estaba, preferentemente, el despertar de la vida del pensamiento y estimular la cultura del país en atinada equivalencia con el desarrollo de los intereses económicos y materiales de la Nación; estimando V.E. que el estudio de la historia patria es el que debe tener preferencia porque entre las ramas del saber humano es la que concurre más que ninguna otra a formar el carácter nacional// Estos elevados conceptos han pasado de la teoría de buen gobierno, y de halagador programa de administración, a convertirse en realidad efectiva, mediante la acción perseverante y enérgica, con que el Gobierno de V.E. las ha llevado a la práctica// El Presidente

Case 3:09-cv-01332-AWT   Document 78-14   Filed 06/01/10   Page 20 of 20

del Instituto Histórico en esta ocasión no cumple sino un acto de la más estricta justicia, y no hace sino la expresión de la más absoluta verdad, al dejar constancia de que todo cuanto ha hecho desde su fundación, todo cuanto puede ofrecer como fruto de su actividad y su organización, representa la empeñosa iniciativa y apoyo del Gobierno de V.E. a cuya acción se debe la adquisición y arreglo para el Instituto de este espléndido edificio; la creación del Museo Nacional, la publicación de la "Revista Histórica" y el contar para la labor fecunda de la arqueología y la ciencia histórica nacional, del valioso concurso del primer americanista entre los que se dedican al estudio del Perú, del distinguido arqueólogo doctor Max Uhle// A esa acción superior y previsora es necesario que respondan los elementos todos del país; es indispensable que se deje sentir este esfuerzo de intelectualidad y de cultura, y debe ser así, porque en todo orden significa la realización de un ideal superior, de un gran deber colectivo: de estos deberes, de esos ideales, de esas aspiraciones, que tienden a unir, que llevan a estrechar, que forman ideas comunes, que ligan voluntades, que amalgaman sentimientos; que unidos y combinados constituyen elementos de la vida moral, que son efluvios del alma nacional de un pueblo// En todos los tiempos, todos los pueblos se han vinculado y esfuerzan por vincular a su historia y a sus tradiciones un sentimiento, un culto y una enseñanza; el sentimiento es el de solidaridad nacional; el culto es la religión del pasado; que miren las generaciones de hoy, a las generaciones que fueron, culto que por lentas acumulaciones hereditarias establecen el vínculo, el lazo de unión estrecha que va eslabonando la vida de la humanidad; y la enseñanza es la lección de la experiencia; lecciones que bien aprovechadas han conducido a la cúspide de la grandeza a las naciones felices de la tierra; lecciones que, aunque amargas en algunas ocasiones, nunca debe olvidar ningún país que aspira a su regeneración y a su engrandecimiento: porque la tradición y la historia son partes integrantes de la personalidad de los pueblos y ya conserve e irradie los resplandores de sus glorias, como despierte el eco de sus dolores, son siempre la página palpitante de su vida; porque en la evolución histórica el pasado de los pueblos, es la base de su presente y genera el porvenir; porque los pueblos sin tradición y sin historia, son pueblos sin espíritu y sin alma nacional// El desarrollo de la historia, el culto de la Tradición Nacional debe estimularse como en todos los pueblos; debe fomentarse más que en ningún otro como una necesidad orgánica, como un ansia de vida, como un elemento eficiente de unidad nacional// El Perú debe fomentar también en la América del Sur, más que ningún otro, el culto de su pasado, porque ninguna otra nación puede ofrecer la historia y los restos de una de las más antiguas y más grandes civilizaciones de los tiempos antiguos, de la grandiosa civilización incaica; porque el Perú en los tiempos del virreinato fue la metrópoli del mundo americano, porque ninguna como ella reune en sí los elementos de la primacía en todo orden de la vida colonial, porque de ninguna se ha extraído y conserva y atesora aún en su territorio riquezas arqueológicas de valor inestimable para la ciencia; y porque sus tradiciones de grandeza y poderío son títulos de gloria, y deben ser fuentes de sentimientos, de estímulo en la actividad de un pueblo"/ El Presidente del Instituto Histórico en su discurso inaugural enumeraba los tesoros arqueológicos y bibliográficos que del