# EXHIBIT B-33

*Cop... ... ... Digesto*

# EL
# DIGESTO
## DE
# JUSTINIANO

### TOMO III

### LIBROS 37-50

VERSION CASTELLANA
POR

**A. D'ORS**
**F. HERNANDEZ - TEJERO, P. FUENTESECA**
**M. GARCIA - GARRIDO Y J. BURILLO**

CON LA AYUDA DEL C. S. I. C

EDITORIAL ARANZADI
PAMPLONA
1975

## D. 41, 1

**29.** Ha aparecido una isla en un río frente a dos predios de una de las orillas del río: no se hace común pro indiviso, sino que se divide también por regiones; en la medida que cada uno de ellos tiene de orilla, en ella cada propietario de los predios adquirirá la propiedad de determinada región de la isla, como si se trazara por ella una perpendicular divisoria <desde el límite de los dos predios>. *(Paul. 16 Sab.)*

**30.** Por lo tanto, si la isla que se ha formado hubiera acrecido a un fundo de mi propiedad y luego yo hubiera vendido la parte inferior de aquel fundo frente al cual no se halla la isla, nada de ésta pertenecerá al comprador, por la razón de que tampoco le pertenecería ya hubiera sido propietario de aquella parte de fundo cuando se formó la isla. (1) Dice Celso hijo que si hubiera nacido un árbol en la orilla de un río correspondiente a un terreno de mi propiedad, se hace mío, pues aquel trozo de tierra es de mi propiedad privada, aunque se entienda que su uso es público, y por lo tanto, cuando se seca el cauce, éste se hace de los propietarios vecinos, ya que no hay <razón para el> uso público del mismo. (2) Una isla puede formarse en un río de tres maneras: una, cuando la corriente rodea un terreno que no era de su cauce; otro, cuando ha dejado en seco una porción del cauce y ha empezado a rodearlo; tercera, cuando, en su lento curso, ha ido acumulando con creciente aluvión un montículo sobre su cauce. Por las dos últimas maneras la isla se hace de propiedad privada del propietario del terreno más próximo en el momento de aparecer primeramente la isla, pues es propio de la naturaleza del río que cambie la condición de su cauce al mudar su curso; y que lo mismo dé que sólo haya

cambiado el suelo del cauce o que se trate de la isla que se ha acumulado sobre el suelo de la tierra, pues ambos casos son del mismo género, en tanto por la primera manera no hay cambio en la propiedad. (3) El aluvión puede restituir el terreno que arrebató por entero la fuerza de la corriente. Así, pues, si un terreno que se hallaba entre una vía pública y un río hubiera sido inundado por el agua del río, tanto si fue poco a poco como de golpe, pero luego fue restituido durante la misma avenida del río, aquel terreno sigue siendo del anterior propietario, pues los ríos hacen las veces de los encargados de repartir las fincas, de modo que pueden convertir en públicas las que eran privadas y en privadas las públicas; de este modo, así como tal fundo se haría público al convertirse en cauce fluvial, así también debe volver a hacerse ahora de la propiedad privada de su antiguo propietario. (4) Si yo hubiera echado al mar unas rocas y hubiera edificado sobre ellas, lo edificado se hace mío inmediatamente; así también, si hubiera construido una isla en el mar, se hace mía sin más, ya que aquello que no pertenece a nadie, se hace de quien lo ocupa. *(Pomp. 34 Sab.)*

**31.** La simple entrega no transfiere sin más la propiedad, sino tan sólo cuando haya precedido una venta u otra causa que justifique la tradición. (1) El tesoro es una cierta cantidad depositada de la que ya no se recuerda quién pudo ser su propietario; y así se hace de quien lo haya encontrado, pues no es de nadie más; en cambio, si alguien hubiera escondido algo bajo tierra por codicia, temor o precaución, no hay tesoro, y puede ser objeto de hurto. *(Paul. 31 ed.)*

**32.** En casi todos los casos adquirimos por mediación de nuestros escla-

# EXHIBIT B-34

# EL INICIO DE LA ARQUEOLOGÍA CIENTÍFICA EN EL PERÚ: REISS Y STÜBEL EN ANCÓN

## EXPOSICIÓN DE LITOGRAFÍAS DE 1875 PUBLICADAS EN LA OBRA „THE NECROPOLIS OF ANCON IN PERU"



MUSEO DE ARTE

Lima, 27 de Abril – 14 de Mayo 2000

y en algunas capitales de departamentos del Perú

F
3421.7 A5
I

PONTIFICIA UNIVERSIDAD CATOLICA DEL PERU
BIBLIOTECA
COMPRA

Homes
PO-2889

# EL INICIO DE LA ARQUEOLOGÍA CIENTÍFICA EN EL PERÚ:

## REISS Y STÜBEL EN ANCÓN

EXPOSICIÓN DE LITOGRAFIAS DE 1875 PUBLICADAS EN

„THE NECROPOLIS OF ANCON IN PERU"

MUSEO DE ARTE

Lima, 27 de Abril – 14 de Mayo 2000;
y en algunas capitales de departamentos del Perú

# Contenido

Introducción ........................................................................................ 2
(Herbert Beyer, Uwe Carlson)

Agradecimientos ................................................................................. 4

Prólogo ................................................................................................ 5
(Alejandro Miró Quesada Garland)

Reiss y Stübel en Ancón ..................................................................... 6
(Uwe Carlson)

Ancón – 125 años de investigación arqueológica ............................. 10
(Federico Kauffmann Doig)

Sitios arqueológicos del valle Ancón-Chillon ................................... 20

Cuadro cronológico de las culturas de la costa,
en que se destaca la semancia de Ancón ........................................... 21

Evaluación de la obra de Reiss y Stübel ............................................ 22
(Uwe Carlson)

Comentario sobre las ilustraciones en la obra de Reiss y Stübel ...... 24

Las acuarelas (1875) sobre las que se basaron
las litografías de Reiss y Stübel ........................................................ 25

Plano de la Necrópolis y del pueblo de Ancón 1875 ........................ 28

El Museo de Ancón ............................................................................ 52
(Horacio Alberti Nicolini)

Bibliografía ........................................................................................ 54

3

---

Con gran placer constato que la contribución alemana al conocimiento de la historia del país de los incas es aplaudida por los mismos peruanos, que reconocen a Máx Uhle como el Padre de las investigaciones del brillante pasado ancestral que tuvo por escenario estas tierras.

Max Uhle fue sin embargo precedido por dos notables estudiosos, Wilhelm Reiss y Alphons Stübel, quienes hace 125 años excavaron la Necrópolis de Ancón con método hasta entonces depusado.

A honrar su memoria va dirigida la exposicion que en el Museo de Arte de Lima presenta el Centro de Investigación Arqueológica de Ancón presidio por el Dr. Alejandro Miró Quesada Garland.

Las nuevas generaciones recuerdan, de esta manera, con gratitud a quienes fueron los forjadores de la arqueologíca científica en el Perú.

La Embajada de Alemania se siente honrada al participar en este homenaje conmemorativo a dos de sus ilustres compatriotas, y presenta su saludo y felicitación a las instituciones y personas que de una o otra manera han contribuido a su realización.

*Herbert Beyer, Embajador de Alemania*

Fue por una feliz casualidad que logré disponer de un ejemplar de la obra de Reiss y Stübel sobre la Necrópolis de Ancón. Aquello me dió el impulso de producir una edición facsimilar, si bien en un formato más pequeño que el original. Mi deseo de legar al Museo de Ancón algunas reproducciones de las ilustraciones de esta obra, fue a su vez la motivación para concebir esta exposición. Abrigo con este objetivo mi deseo de expresar mi apoyo al Museo de Ancón, institución que subsiste gracias a la dedicación personal de los señores Dr. Alejandro Miró Quesada Garland e Ing. Horacio Alberti Nicolini. Vaya mi agradecimiento al Dr. Federico Kauffmann Doig y a los señores miembros de la Comisión Reiss-Stübel así como a las otras personas e instituciones, por su valiosa colaboración e iniciativas que han permitido cristalizar la presente exposición.

*Uwe Carlson*

2

# Prólogo

*Alejandro Miró Quesada Garland*

Ancón ha tenido siempre un especial interés para los amantes de nuestra historia precolombina. Por ello ha sido grato para el "Centro de Investigación Arqueológica de Ancón" (CIAA) así como para el "Museo de Arte de Lima" acoger la iniciativa del ingeniero Uwe Carlson de exponer lo que constituye las primeras láminas a color de la arqueología peruana que ilustran un libro excepcional, "La Necrópolis de Ancón en el Perú", escrito por los hombres de ciencia alemanes W. Reiss y A. Stübel y publicado en Alemania en 1880/87.

Este libro contribuyó, en Europa, al mejor conocimiento de la cultura del imperio de los incas y sus bellas ilustraciones sirven para conocer la vida del Perú precolombino con sus vestuarios, adornos, alimentación, ritos funerarios, etc.

Comprendiendo la importancia de estas líneas ilustrativas, dándoles una mayor dimensión, se creó una comisión encargada de difundirlas. Ésta constituye la que hoy presentamos y que ha sido obsequiada por el ingeniero Carlson al Museo de Ancón.

Debemos pues, no sólo felicitar al ingeniero Carlson por la acertada iniciativa de dar a conocer el valor cultural de la exposición sino también agradecerle la generosa donación.

Agradecemos, asimismo, el gentil auspicio del Embajador de Alemania, Exmo. Señor Herbert Beyer, y la colaboración prestada por diversas personas y instituciones, así como por la comisión organizadora, y la generosa acogida del prestigioso Museo de Arte.

5

# Agradecimientos

Alejandro Miró Quesada, Presidente de la Comisión Organizadora de la Exposición „El Inicio de la Arqueología Científica Peruana: Reiss y Stübel en Ancón" expresa sus agradecimiento a las siguientes personas y instituciones:

- Exmo. Embajador de Alemania, Señor Herbert Beyer

- Walter Piazza, Presidente del Directorio de la Asociacion Museo de Arte de Lima

- Fortunato Quesada, Director de la Alianza Francesa y Miembro de la Comisión Organizadora.

- Néstor Benavides del Solar, Director de Cultura de la Alianza Francesa y miembro de la Comisión Organizadora

- Gonzalo Graña, Gerente General del Museo de Arte de Lima

- Natalia Majluf, Directora Interina/Curadora Jefe del Museo de Arte de Lima

- Alois Ilg, Director del Instituto Goethe, Lima

- Horacio Alberti, Miembro de la Comisión Organizadora

- Bernardo Rehder, Miembro de la Comisión Organizadora

- César Coloma, Miembro de la Comisión Organizadora

- Federico Kauffmann Doig, Miembro de la Comisión Organizadora

- Ingrid Hönsch, Institut für Länderkunde, Leipzig

y de modo especial al Ing. Señor Uwe Carlson, propulsor y mecenas de la Exposición...

4

# Reiss y Stübel en Ancón

### Uwe Carlson

Las excavaciones de Wilhelm Reiss (1838-1908) y Alphons Stübel (1835-1904) en Ancón se realizan al tiempo en que arqueólogos alemanes, ingleses y franceses hacían importantes descubrimientos en el área del Mediterráneo. El inglés Arthur John Evans excavó Knossos en Creta, los alemanaes Heinrich Schliemann y Wilhelm Dörpfeld trabajaron en Olimpia, Tyrins, Micenas y Troya, sacando a la luz asombrosos tesoros. Ellos realizaron por primera vez excavaciones en forma sistemática y registrando los respectivos testimonios.

A Reiss y Stübel se les reconoce el haber documentado, con exactitud y habilidad, los descubrimientos que hicieron en Ancón. Evans y Schliemann debieron ser las fuentes de inspiración para que se entregaran apasionadamente a la excavación arqueológica. Debemos agradecer la labor de Reiss y Stübel y reconocerla como una feliz bendición del destino. Reiss y Stübel habían estudiado ciencias naturales y su interés compartido por la vulcanología los reunió en 1868, cuando realizaban un viaje de investigación a Hawaii con escalas en Sudamérica. Absortos por la fascinación que les representó los Andes, dejaron su meta inicial y se ocuparon de paisajes volcánicos de Colombia y del Ecuador, siguiendo en ésto las huellas de Alexander von Humboldt. Luego pasaron al Perú. En 1875 los disturbios políticos en Lima impidieron que continuaran su viaje. Reiss y Stübel

aprovecharon esta permanencia forzosa para inspeccionar la llamada Necrópolis de Ancón, situada en la costa, en las inmediaciones de un balneario del mismo nombre que comenzaba a florecer y que en el remoto pasado habría sido cementerio. Ancón, situada a aproximadamente 40 km al norte de la capital Lima, estaba por entonces conectado con el ferrocarril del norte.

Ambos investigadores procedieron a realizar sistemáticamente sus trabajos, contando para ello, como base científica, los trabajos de los estudiosos Rivero, Tschudi, Castelnau y Squier; así como también el conocimiento de algunas colecciones de los así llamadas antigüedades peruanas existentes en algunos museos europeos. Reiss y Stübel tuvieron por meta no solamente investigar y documentar el culto a los muertos, cosa que ya se hacía en el país, sino también adquirir conocimientos sobre las condiciones de vida de la antigua población aborigen. Las excavaciones tuvieron gran importancia, en cuanto método, tanto como en la lo que refiere a la proporción de las mismas. Estudios como éstos no se habían realizado hasta entonces en Sudamérica. Toda el área de excavación fue registrada en un mapa, incluyendo los alrededores, y como punto central los trabajos de excavación y exhumación de las tumbas merecieron ser reproducidos en forma de dibujos; algunas tumbas típicas también en forma de cortes.

La documentación sistemática de los objetos encontrados en las excavaciones y en los alrededores es única en su género para su tiempo. Se prestó atención a los objetos que tenían importancia artística, como a los que carecían de ella; apartándose así del método practicado hasta entonces, en el que sólo, se buscaba y conservaba objetos de valor, especialmente los de metales nobles; para ellos, la cerámica, los tejidos, las herramientas de trabajo, las armas, los adornos, los juguetes, los frutos y plantas, encontraron la misma atención que se dispensaba a los testimonios más interesantes, tal como los complicados fardos funerarios.



Ancón (1875)

7



Wilhelm Reiss



Alphons Stübel

6

Asimismo, fue en Ancón que se realizaron por primera vez investigaciones interdisciplinarias. En efecto, conocidos científicos alemanes abordaron investigaciones diversas: el botánico L. Wittmack se dedicó a las plantas y frutos, el médico R. Virchow a los cráneos y el zoólogo A. Nehring a los mamíferos.

Los objetos que Reiss y Stübel obtuvieron de las excavaciones en Ancón fueron cuidadosamente transportados en cajas a Alemania. El traslado de los objetos encontrados por los científicos a sus países de origen, era una costumbre practicada por entonces; controles o restricciones al respecto prácticamente no las había. La venta de las colecciones anconenses al Museum für Völkerkunde de Berlín, posibilitó que las dos investigadores contaran con los fondos necesarios para imprimir su densa y costosa carpeta con documentación gráfica acerca de sus excavaciones. Para ella eligieron el título: *La Necrópolis de Ancón en Perú. Una contribución al conocimiento de la cultura y la industria del reino inca según los resultados de las excavaciones de W. Reiss y A. Stübel*.

La obra, editada entre 1880 y 1887, contiene 141 litografías a todo color, que registran más de mil objetos. En textos complementarios los objetos aparecen detallados minuciosamente. Además de un mapa, de ubicación del y del poblado de Ancón, son añadidas dos vistas panorámicas del paisaje circundante así como un gran número de reproducciones de tumbas.

A esta obra le siguió esta, dedicada a los objetos recolectados por Reiss y Stübel, le siguieron otras relativas a sus experiencias obtenidas en viajes por Colombia, Ecuador, Bolivia, y el Perú mismo. También exploraron la Amazonía, y formaron en Colombia una colección de joyas y objetos en oro. Estas colecciones fueron adquiridas posteriormente por el Museo Etnológico de Leipzig, donde las analizó Max Uhle, por entonces asistente de aquella institución. Este trabajo dio a Max Uhle el decisivo impulso para su posterior viaje al Perú. Si Reiss y Stübel solo pudieron encontrar en sus descubrimientos una relativa conexión con el reino inca, Uhle logró posteriormente, a través de nuevos conocimientos, sentar las bases para una clasificación cronológica.



El Ferrocarril del Norte Lima-Ancón-Chancay (1875)

8

El legado que conforma la base de la obra, de Reiss y Stübel en general, sobre toda aquella que reunió Stübel, se encuentra hoy en el Institut für Länderkunde de Leipzig. Del tiempo de las excavaciones en Ancón se conservan dos cartas de Alphons Stübel. Una de ellas fechada en Ancón el 26 de febrero de 1875, refiere:

*[texto manuscrito]*

"...Pues bien, regreso a Ancón un instante. Solo a quince minutos del pueblo nuevo se encuentran en medio del desierto los restos de un antiguo asentamiento inca, del que salvo algunos muros, aún existe un cementerio que fue saqueado muchas veces por los españoles en busca de tesoros. Este último es tan grande, que no menos de tres mil cuatro mil incas (aborígenes peruanos) debieron haber sido enterrados aquí. El clima que se le parece en sequedad al egipcio ha producido aquí una momificación perfecta. Pero estas tumbas ofrecen un interés adicional, consistente en que los antiguos incas se empeñaban en adornar sus muertos lo más cuidadosamente posible y en dotarlos de las más indispensables enseres y prendas de vestir para su viaje al más allá. Hemos procurado recolectar la colección más completa posible de cada uno de los objetos que caracterizaron a la cultura de estos primitivos habitantes de Sudamérica y de hecho debo sorprender, cuando se contemplan los tejidos cuya ejecución es tan perfecta que puede compararse con algunos de nuestros más finos gobelinos. Las figuras tejidas corresponden muy de cerca al estilo etrusco; mientras los colores frecuentemente están bien conservados como si la lana hubiera sido teñida ayer y no hace unos 600 y hasta 1000 años. Las tumbas son en parte de hasta cuatro metros de profundidad y hemos mandado a excavar unas sesenta de ellas encontrando en algunas momias, a la que se le ha dado la figura -frecuentemente de tamaño colosal- de un hombre sedente, valiéndose de un contorno de gruesos almohadones y una vestimenta completa. En general existen en la actualidad solo pocos restos de la antigua cultura inca en Perú, lo que no se ha mandado a destruir por cualquier motivo o exterminar sin sentido, no se conservó por la execrable población española, sí ello significaba un trabajo exigente, que de lo contrario no temería ejecutar? Este proceso de destrucción continúa hasta presente.."

Al termina las excavaciones en Ancón, Reiss y Stübel continuaron su viaje en 1875 hacia Pacasmayo, Cajamarca, Chachapoyas y Moyobamba. Tenían como meta alcanzar el Marañón, para luego continuar con un vapor por el Amazonas. Al finalizar el año llegaron a Río de Janeiro. Mientras que Reiss emprendió desde aquí el regreso a su patria, Stübel se dedicó durante el año siguiente a investigar las ruinas de Tiahuanaco en Bolivia. Al final del verano de 1876 regresó también él a Alemania. En 1892 publicó, junto a Max Uhle, los resultados de sus estudios en Tiahuanaco."

9

# ANCÓN
## 125 años de investigación arqueológica

*Federico Kauffmann Doig*

La Necrópolis de Ancón es tan sólo uno de los muchos sitios arqueológicos del remoto pasado anconense. Es sin embargo la heredad más encumbrada de la zona, debido a la riqueza y abundancia de los artefactos sepultados con los ilustres difuntos. La Necrópolis es relativamente tardía en el recorrido histórico de Ancón, que cuenta con más de 100 siglos de historia ancestral.

Testigos anteriores a las tres veces milenarias tumbas de la Necrópolis, son los cementerios precerámicos presentes en la zona sur de Ancón, así como los kjoekenmoeddings o montículos de desperdicios de alimentos marinos cuya antigüedad discurre entre los 3 y 6 mil años.

Aún más antiguos son los llamados talleres líticos, o lugares en los que los anconenses primigenios tallaban sus utensilios. Éstos retroceden en el tiempo hasta en más de 10 mil años y fueron identificados en los inicios de la segunda mitad de la pasada centuria.

Ancón polarizó el interés por el estudio del remoto pasado peruano en 1875, esto es, hace exactamente 125 años, con motivo de las excavaciones en la Necrópolis anconense practicadas en vasta escala por Wilhelm Reiss (1838-1908) y Alphons Stübel (1835-1904). Se les considera auténticos pioneros de la investigación arqueológica de campo ejecutada con método, no sólo en lo que toca a Ancón sino al Perú todo.

### Los tiempos más remotos

Edward P. Lanning (1963, 1967) conjuntamente con Thomas C. Patterson (1971), han desplegado los mayores esfuerzos para esclarecer los tiempos aurorales de la presencia del hombre en Ancón (Lanning y Patterson 1967).

Las secuencias propuestas por estos destacados arqueólogos, de Chivateros-Oquendo y de Lomas de Ancón, basadas en el estudio de diversos sitios ubicados tanto en la boca del Chillón como en zonas anconenses desérticas, fijan en 12 mil y hasta en 14 mil años los inicios del pasado arqueológico de Ancón.

John Rick (1983, p. 19-38) es autor de una exposición crítica de estas secuencias, que califica de "secuencias de parches". Reparos han sido presentados también por Thomas F. Lynch (1974), en lo tocante de si el clima imperante durante la fase de lo que se conoce como Zona Roja habría sido húmedo o más bien seco; asimismo Rosa Fung, Carlos F.

Cerrano Z. y Amaro Zavaleta (1973) cuestionan lo referente a la madera sometida a datación carbónica, y se pronuncian igualmente acerca de los restos líticos desechados que sirven a Lanning y Patterson (1967) para fundamentar sus conclusiones.

Al margen de las críticas parciales expuestas, la mencionada secuencia Chivateros-Oquendo basada en la tipología de testimonios líticos tales como hachas, puntas de proyectil, raspadores, etc., consta de cuatro fases o complejos: Zona Roja, Oquendo, Chivateros I y Chivateros II. Los sectores de Las Lomas del área de Ancón comprenden, por su parte, los complejos o fases de Piedras Gordas, Luz, Arenal, Canario, Corbina y Encanto. Esta secuencia fue afinada posteriormente con la eliminación de Piedras Gordas, y anteponiendo Arenal a Luz (Lanning 1965).

Sea como haya sido la exacta sucesión de estos complejos, lo cierto es que los primeros individuos en asomar a las lomas eran transhumantes, que en tiempos de la estación seca en la región cordillerana se desplazaban para sustentarse mediante la cacería y el acopio de vegetales.

Para potenciar la obtención de sus alimentos, la gente de entonces se preocupaba en tallar instrumentos de piedra cada vez más eficaces. Los implementos más antiguos consistían en hachas de mano, instrumentos que son típicos de las fases de Chivateros. Las armas de piedra de fabricación más tardía, corresponden mayormente a puntas de proyectil. Se trata de artefactos de menor tamaño y más elaborados, que tipifican las fases Luz y Arenal, Canario, Corbina, Encanto. Su confección continuó hasta hace aproximadamente unos 5 mil años y aún después.

Los talleres líticos en los que eran confeccionados estos instrumentos, están situados encima de colinas rocosas que parten de lugares cercanos al mar y a medida que se internan tierra adentro van elevándose. Estos antiquísimos talleres líticos están caracterizados por presentar abundantes esquirlas, producto de los desperdicios que deja el tallado de artefactos pétreos con las técnicas ancestrales conocidas con los nombres de presión y de percusión.

Por los estudiosos citados se sabe que las incursiones de cazadores se producían partiendo de zonas cordilleranas, y que éstas seguían el curso de las quebradas de los ríos Chillón y Chancay. Tenían lugar en la época del año en que las colinas costeñas se tornan verdes por efecto de la densa neblina, conformando lo que se conoce como lomas. Este fenómeno tenía lugar en los meses de junio a noviembre, precisamente durante la estación seca en la serranía. En pasados tiempos las lomas eran más exhuberantes que al presente, en que continúa avanzando el proceso de desertificación.

Las lomas proporcionaban semillas y plantas, además de caracoles, venados y otras especies de la fauna. La caza de venados impulsaba el perfeccionamiento de la industria lítica; puntas y raspadores de bordes afilados tanto unifaciales como bifaciales. Las semillas eran presionadas hasta su pulverización, recurriendo para ello a cantos rodados hasta los tiempos en que comenzaron a usarse morteros y batanes. Los animales que eran objetos de caza (venados, huanacos, zorros y aves), incursionaban en las lomas impulsados por el mismo motivo que el hombre: el sustento.

## Los kjoekenmoeddings

Con el correr de los milenios las hordas, que inicialmente sólo moraban temporalmente en las lomas, terminaron por establecerse en zonas anconenses próximas al mar. Tal vez como consecuencia a que optaron por subsistir pescando con anzuelo y recogiendo mariscos, en vez de emprender la retirada a sus guaridas cordilleranas.



THE SHELLMOUNDS OF ANCÓN

Scale: 1:10000

Abbreviations:
sh= shellmound
** = graves
Numerals = altitude in metres

Carta de la Necrópolis de Ancón necho por Max Uhle (1913)

12

---

Kjoekenmoeddings significa colinas formadas por residuos de la alimentación, en el caso de Ancón especialmente por caparazones de moluscos. El término fue introducido en Perú por Max Uhle (1913), a raíz de los estudios de kjoekenmoeddings en Ancón que emprendió en 1904; aunque también solía utilizar el equivalente alemán de Muschelhügel, que se traduce por conchales.

Uhle propuso que los conchales testimoniaban la presencia de una etapa anterior a la ancestral civilización peruana, y la estimó como propia de "pescadores primitivos". Las Colinas es el nombre de un famoso conchal o kjoekenmoedding, de 12 mts. de alto, 300 mts. de largo y 150 mts de ancho. Se ubica al sur de la bahía de Ancón, zona conocida como área de lo que se entiende por Ancón I, o perteneciente a un período anterior a las tumbas de la Necrópolis o "Ancón II".

Los conchales más antiguos retroceden en el tiempo hasta acaso en más de seis mil años. Teniendo en cuenta que la pesca en el litoral proporciona abundancia de alimentos gracias a su fauna marina, algunos kjoekenmoeddings deben ser posteriores en algunos milenios. Uhle hizo notar que la gente era sepultada en los conchales mismos, y que a medida que éstos aumentaban en volumen iban cubriendo sus precarias viviendas.

El material recolectado por Uhle y depositado en la Universidad de California, fue analizado por William Duncan Strong (1925). Con posterioridad, durante los años cuarenta, renació el interés por el estudio del pasado anconense. Primero en manos de prestigiosos arqueólogos norteamericanos como Gordon R. Willey (1943) y John M. Corbett (Willey y Corbett 1954, pp. 3-7, 66-68). Ellos realizaron metódicas recolecciones de cerámica de superficie, y excavaron diversos sitios dentro de un periplo que rebasa la zona de Ancón. Colaboraron en estas investigaciones, entre otros, el antropólogo físico Marshall T. Newman (1947), que siguió los pasos de Ales Hrdlicka (1914) quien con anterioridad había analizado una muestra de cráneos anconenses; al igual que Roy L. Moodie (1931) que se preocupó por el estudiar los procesos de momificación tanto de animales como de individuos.

De entonces proceden los "campamentos" en sitios arqueológicos como Zapallar, Piedras Gordas y Pampa Canario; además de varios montículos identificados por Uhle así como por Gordon R. Willey y John M. Corbett (1954, mapa II).

## Cultivadores iniciales

En los postreros años de los cincuenta y durante los sesenta fueron ejecutados diversos proyectos en Ancón. Uno de éstos permitió identificar, por primera vez en Ancón, un cementerio "precerámico".

Aún cuando los kjoekenmoeddings tardíos debían sumarse a este período, este se inicia grosso modo hace unos 6 mil años y se caracteriza por cuanto el hombre comenzaba a producir sus alimentos, cultivando plantas como la calabaza y el zapallo. Hace unos 4 500 años, con la elaboración de tejidos de algodón, con técnicas elementales, se presentan los tiempos tardíos del Precerámico (Engel 1963).

13

Fue en 1959, cuando Federico Kauffmann Doig y Fidel Untiveros dirigidos por Jorge C. Muelle, excavaron el primer cementerio claramente precerámico (con algodón) en Ancón; en la zona de El Vívero que la Municipalidad de Ancón solicitaba fuera librada de testimonios arqueológicos. Otros sitios precerámicos ubicados en zonas aledañas a Las Colinas, cuyos estratos presentan un continuum cultural que se extiende hasta el inicio de la elaboración de la cerámica alrededor de 1750 a.C., fueron identificados pocos años despues (Muelle y Ravines 1974; Patterson y Moseley 1968).

En las excavaciones practicadas por Jorge C. Muelle y Rogger Ravines en el sitio de El Tanque, cooperó Ramiro Matos Mendieta (1966) quien centró su atención en la cerámica temprana de Ancón, Hugo Ludeña (1975) es por su parte autor de una tesis en la que analiza y discute la secuencia del proceso arqueológico anconense.

## La Necrópolis de Ancón

Las tumbas emplazadas en la Necrópolis de Ancón pertenecen a tiempos del desarrollo de la civilización peruana ancestral, cuyos inicios se fijan en algo más de 3 mil años. Éstas acusan o lo mismo diversidad de formas, al igual que la tipología de los fardos funerarios (Huapaya 1948; Kaulicke 1983; Ravines 1979, 1983; Ravines y Stothert 1978; Stothert 1978).

La etapa panperuana 'calificada de Formativa (u Horizonte Temprano), que es la más antigua de la civilización del antiguo Perú, está representada por la propagación del estilo "Chavín". En Ancón, este estilo se manifiesta especialmente en la zona de Las Colinas, como también en la Necrópolis (Carrión 1948, 1951; Willey y Corbett 1954). Se expresa de modo particular en cerámica, a la cual Hermilio Rosas Lanoire (1970) dedicó una de sus tesis universitarias; al igual que Francisco Iriarte Brenner (1960) aunque la preocupación de este arqueólogo se centró en las afloraciones tardías, conocidas como cerámica Huanchos (Bazán del Campo 1992). Por su parte Duccio Bonavia (1962) ha fijado la ubicación de la cerámica del tipo Teatino considerada inicialmente Formativa.



*Una de las formas de tumbas de la Necrópolis de Ancón, de piso de adobes. Período Intermedio Tardío (Dib. E. Chumpitaz)*

14

Posteriormente se presenta un tipo de cerámica sencilla y de amplia difusión, conocida genéricamente como Blanco sobre Rojo y en el área de Ancón específicamente como Baños de Boza, sitio éste ubicado al norte de la bahía anconense (Kroeber 1926; Willey 1943). Sigue a Baños de Boza el estilo Interlocking; o Playa Grande de acuerdo al sitio tipo anconense (Stumer 1953; Tabío 1955) que es contemporáneo a Moche y Naska.

Durante el Horizonte Medio, en el que predominan los estilos Tiwanaku-Wari, la Necrópolis fue lugar de enterramiento de personajes conspicuos, portadores de máscaras funerarias, y ataviados lujosamente, especialmente en lo que concierne a telas finamente decoradas. Estos dignatarios no moraban probablemente en el área de la Necrópolis, sino tal vez cerca a las riberas fértiles del curso medio de los ríos Chillón y Chancay. Después del estilo Tihuanaku-Wari, el llamado estilo Chancay se hace presente, vigorosamente, a través de sus fases Blanco-rojo-negro y Negro-sobre-blanco; una forma típica la constituye el cuchimilco. En la segunda mitad del siglo XI Ancón fue incorporado al Incario y recibir su influencia.

La Necrópolis de Ancón fue técnicamente excavada por los estudiosos Wilhelm Reiss y Alphons Stübel hace 125 años, esto es en 1875 (Reiss y Stübel 1880-87). Su monumental obra, reeditada en 1998 por el Ing. Uwe Carlson, va complementada con diversos análisis de laboratorio realizados por renombrados especialistas de la época. La biografía de Reiss y Stübel y su aporte científico en general son comentados en una valiosa publicación de Andreas Brockmann y Michaela Stüttgen (1994). A Peter, Kaulicke (1983) se le debe, por su parte, un análisis detenido de los patrones funerarios, basado en la información de Reiss y Stübel y de estudiosos posteriores; igualmente Richard Haas (1986) ha estudiado la cerámica exhumada por Reiss y Stübel, depositada en el Museo Etnológico de Berlín.

El historiador César Coloma (1994, p.38) subraya que el interés científico sobre la Necrópolis es anterior a Reiss y Stübel, y que éste se remonta al peruano Mariano Eduardo de Rivero (1841, lám. LV) quien, en el segundo tercio del siglo XIX, extrajo de Ancón un hermoso manto que adquirió el Museo del Louvre.



TUMBA 740

*Dibujo ampliado, tumba 740 (E.Chumpitaz)*

15

La Necrópolis venía siendo *huaqueada* desde antes de la intervención de Reiss y Stübel, con afanes de enriquecimiento y de coleccionismo, como lo resaltan Peter Kaulicke (1983, pp. 15-19) y Richard Haas (1986, pp. 13-30) en sus recuentos históricos sobre Ancón. Especialmente a partir de 1870 cuando las excavaciones para tender la vía férrea Lima-Chancay pusieron al descubierto numerosas tumbas. Charles Wiener (1880, p.54) informó que en su tiempo esto motivó que las colecciones de antigüedades del francés Quermell y del señor Colville fueran engrosándose rápidamente. De por entonces son también las colecciones de objetos anconenses reunidas por Arthur Baessler y por Wilhelm Gretzer (Haas 1986, pp. 28-29).

Con posterioridad a Reiss y Stübel, en 1884, Knut Hjalmar Stolpe exhumó algunas tumbas en la Necrópolis; "sus colecciones se encuentran actualmente en el Museo Etnológico del Estado en Estocolmo, pero los apuntes de Stolpe han desaparecido" (Rowe 1959, p.4). Por su parte George Amos Dorsey, en su viaje de estudios de 1891-92 excavó 127 tumbas; este material le sirvió de base para su tesis universitaria de 1894, intitulada "An archaeological study based on a personal exploration of over one hundred graves at the necropolis of Ancon Perú". Por su parte también Paul Berthon, realizó en 1907, exploraciones (Rowe 1959, p.7). En su prolija exposición histórica, Richard Haas (1986, p.19) cita también a Ales Hrdlicka (1914) quien en 1913 analizó un conjunto de cráneos procedentes de Ancón.



16

## Excavaciones de "salvataje"

La expansión urbana desencadenó que se ejecutaran diversas obras de "salvataje" entre los años 1945 y 1952, destinadas a liberar de material cultural parte del área de la Necrópolis y zonas aledañas. Estas fueron practicadas sobre todo en la zona de Miramar que se proyecta al Pacífico. Estas labores de "rescate arqueológico" estuvieron sucesivamente dirigidas por los doctores Julio C. Tello y Rebeca Carrión Cachot. El material exhumado fue depositado en el entonces Museo Nacional de Antropología y Arqueología (Pueblo Libre, Lima). Rogger Ravines (1979, 1983) ha publicado una parte de este valioso como numeroso material.

Entre 1945 y los primeros meses de 1950 fueron excavadas 1570 tumbas, de las que se extrajeron 14,055 objetos; la etapa que corre entre 1950 y 1952 estuvo a cargo de la Inspección de Monumentos Arqueológicos y permitió poner al descubierto 879 tumbas, de las que se extrajeron 2,839 objetos (Ravines 1979, p.328).

Al margen de las intervenciones de rescate, excavaron con proyección científica en el área de la Necrópolis, Gordon R. Willey y Marshall T. Newman en 1941 así como Hilda Vidal de 1968 a 1969 (Kaulicke 1983, pp. 16-18). Monseñor Pedro Villar Córdova (1935) mostró por su parte, interés permanente por desentrañar el pasado ancestral de Ancón.



Corte de las excavaciones de rescate, dirigidas en la Necrópolis de Ancón por Rebeca Carrión (Dib. E. Chumpitaz 1951)

17



## El proyecto "Tumbas de Ancón (I)"

Desde que concluyeron las principales intervenciones de "salvataje arqueológico" en 1952, y las investigaciones de Gordon R. Willey e Hilda Vidal ya citadas, la Necrópolis no volvió a ser excavada hasta 1993. Ese año el Centro de Investigación Arqueológica de Ancón (CIAA), presidido por. el Dr. Alejandro Miró Quesada, ejecutó excavaciones estrictamente dirigidas a avanzar en el conocimiento del pasado arqueológico anconense.

Se ampliaron criterios modernos en la excavación, luego de seleccionar un área de sólo 10 x 10 mts como primer paso. El proyecto contó con el patrocinio del Patronato de Ancón que preside el Ing. Horacio Alberti Nicolini, así como del Museo de Arte y de la Universidad de Lima.



Cerámica del Horizonte Medio rescatada en una tumba de la necrópolis de Ancón durante las excavaciones de 1993 (Kauffmann Doig 1994, lám. 24)

La zona excavada se ubica en el sector norte de la Necrópolis, en las inmediaciones del antiguo campamento. Se topó, tal como se esperaba, con una zona aún intocada. Lamentablemente los fardos funerarios y en general el material orgánico se encontraba en estado de extrema descomposición, debido a la presencia de un antiguo lecho de masa aluvial que humedeció zonas adyacentes del subsuelo. El material recuperado correspondía principalmente al llamado Horizonte Medio 2 y 3.

El proyecto Tumbas de Ancón I fue dirigido por Federico Kauffmann Doig y contó con la valiosa asistencia de Miguel. Cornejo Guerrero, arqueólogo residente (Kauffmann Doig 1994a, 1994b).

## El "castillo" o "fortaleza"; sanatuario de culto al agua

En dirección suroeste e inmediaciones del balneario de Ancón, se levanta una elevada colina que tiene la particularidad de estar circundada por tres murallas de piedra.

Se le conoce popularmente como "castillo" o como "fortaleza". El plano arqueológico de la bahía de Ancón de Max Uhle (1913) registra este promontorio rocoso con el nombre de "Hill Fortress"; empero su ubicación no concuerda con la realidad, puesto que en el croquis citado la distancia que lo separa de la Necrópolis es mayor, como ya lo advirtieron Gordon R. Willey y John M. Corbett (1954, mapa I).

Vista mostrando el proceso de conservación in situ de un fardo funerario.

En 1995 Federico Kauffmann Doig realizó un reconocimiento del sitio, a pedido del Centro de Investigación Arqueológica de Ancón que proyectaba estudiarlo detenidamente. Lamentablemente un pueblo joven había invadido un sector de la base del montículo, lo mismo que una granja de pollos.

Aunque estos hechos no afectaban las murallas mismas, éstas estaban caídas y arenadas. Con todo, la inspección puso al descubierto un hecho interesante; no se trataba de murallas propiamente dichas, sino de muros de contención de plataformas que, a manera de andenes circulares rodeaban la cumbre de la elevación rocosa.

Una comparación de este cerro "amurallado" con testimonios similares, tales como Sondor en Andahuaylas o Chankillo en Casma, permiten formular la hipótesis que "murallas" formando círculos concéntricos que coronan la cúspide de elevaciones estaban destinadas a evocar la figura del caracol marino Strombus, elemento estrechamente vinculado al culto al agua. Su figura es también representada en pequeñas esculturas de alabastro, elaboradas todavía al presente, en la parafernalia relativa a la magia de la fertilidad, que retrata apu(s) en forma de falos con el glande cubierto por anillos concéntricos (Kauffmann Doig 1995).

18

19



| AÑOS | EPOCAS | COSTA NORTE | ANCON - CHANCAY | LIMA - CHILLON | COSTA SUR |
|---|---|---|---|---|---|
| 1532 | HORIZONTE TARDIO | Chimú / Inca | Influencia Incaica | Influencia Incaica | Influencia Incaica |
| 1470 | | | | | |
| 1300 | PERIODO INTERMEDIO TARDIO | Chimú | Chancay Ancón | Chancay Ichma | Chincha Ica |
| 1100 | | | | | Solsongo Atarco Moqo |
| 900 | HORIZONTE MEDIO | Lambayeque Wari - Norteño | Teatino Wari Pachacamac Nievería | Wari Pachacamac Nievería | Nasca Paracas Necrópolis |
| 700 | PERIODO INTERMEDIO TEMPRANO | Moche Vicús Gallinazo | Lima Baños de Boza | Lima Tablada de Lurín | Paracas Cavernas |
| 600 | | | | | |
| 400 | | Salinar | Chavín Tardío | | Hacha |
| 200 | HORIZONTE TEMPRANO | Cupisnique | Chavín Temprano | | |
| d.C 0 / a.C | | | Chira | | Asia Chilca |
| 500 | | | | | |
| 600 | | | | | |
| 900 | PERIODO INICIAL | Guañape Cerro Sechín | El Viveru Corvina Canario Luz | La Florida Cardal Chira Villa | Palo Sante |
| 1000 | | | | | |
| 1800 | | | | Paraíso | |
| 2500 VI | EPOCA PRE-CERAMICA | Huaca Prieta | | | |
| 4000 V IV | | | | | |
| 6000 III | | Pailán | Chivateros | Chivateros | Toquepala |
| 8000 II | | | | | |
| 9000 I | | | | | |
| 10,000 | | | | | |

Cuadro cronológico de las principales culturas antiguas de la costa
(Justo Cáceres M. / Conservador del Museo de Ancón)

21

Principales sitios arqueológicos del valle Ancón-Chillón
(Justo Cáceres M. / Conservador del Museo de Ancón)

20

# Evaluación de la obra de Reiss y Stübel

*Uwe Carlson*

La documentación de las excavaciones de Reiss y Stübel en Ancón merecen una atención especial por el hecho de que todo aquello que encontraron fue documentado, independientemente de su valor material o artístico.

En efecto, los objetos despojados ya de su importancia y función original, sin interesar su tamaño o su efecto estético, todos por igual fueron tratados con el mismo respeto, y reproducidos artísticamente. Puesto que Ancón fue cementerio durante muchos siglos, un gran número de objetos ofrece el encanto adicional de poder ser identificados según su cultura.

THE
NECROPOLIS OF ANCON
IN PERU
—
A CONTRIBUTION TO OUR KNOWLEDGE OF
THE CULTURE AND INDUSTRIES
OF THE
EMPIRE OF THE INCAS
""""
W. REISS AND A. STÜBEL

Pero Reiss y Stübel partieron únicamente de la suposición que sus descubrimientos pertenecían *grosso modo* al período prehispánico, puesto que los conocimientos de la arqueología peruana durante la segunda mitad del siglo XIX se encontraban todavía en un estado que no permitía reconocer las diferencias existentes en los restos pertenecientes a las diferentes culturas. Para ello no ofrecen una clasificación, según el período que

ocupan. Por este motivo el título de la obra indica la creencia de Reiss y Stübel de que restos eran incaicos.

Al presente la situación ha cambiado. Así algunos objetos como la pieza de cerámica representando la figura de un hombre (página 49), debió pertenece a la cultura Moche por lo tanto al Período Intermedio Temprano, comprendido entre 200 a.C. y 700 d.C. Un fardo funerario con un *unku* de diseños geométricos de la época Tiwanaci-Wari (página 43), considerado por Reiss y Stübel como el más suntuoso encontrado en Ancón pertenece al Horizonte Medio (700 d.C. – 1000 d.C.). Otros fardos funerarios menos vistosos demuestran gran diferencia en cuanto a su antiguedad con respecto a los citados. Los del tipo Chancay por ejemplo; Chancay es el nombre de uno de los más pequeños reinos del Período Intermedio Tardío (1100 d.C. – 1400 d.C.) que incluyó Ancón en su territorio. Se caracteriza por su producción masiva de piezas de cerámica, tejidos y otros objetos (páginas 43-45 y 50-51). Un arbañó inca pintado con dibujos geométricos (página 46), indica que el lugar continuó siendo cementerio durante los siglos XV y XVI, esto es durante el Horizonte Tardío (1470 d.C. – 1532 d.C.) que se proyecta hasta la llegada de los conquistadores españoles.

Si bien la obra de Reiss y Stübel no contiene esta clasificación y no nos relata como exactitud el uso de algunos de los objetos encontrados, nos proporciona en cambio una sorprendente cantidad de objetos ilustrados y presentados asociados a otros iguales o parecidos, lo que denota un sentido de orden según claros criterios funcionales. Se trata de empero de una presentación que, sin embargo, no permite reconocer el contexto en que se hallaban los objetos. Felizmente, para el caso, se puede recurrir a resultados de excavaciones posteriores (comparar Federico Kauffmann Doig: "ANCON – 125 años de investigación arqueológica", páginas 10-19).

Es una suerte contar con una gran variedad de objetos de calidad artística y de poder exponerlos, gracias a las excavaciones de peruanos practicadas con excelentes técnicas. También su reproducción e impresión puede ahora satisfacer las exigencias actuales en materia. A éstos debe darse una especial importancia, cuando se trata de presentar un tema en su totalidad; meta que muchos museos se han fijado, entre ellos el de Ancón. aquí donde reside el inigualable valor de la documentación de Reiss y Stübel.

Después de transcurridos 125 años, desde que en 1875 los científicos alemanes Wilhelm Reiss y Alphons Stübel realizaran las excavaciones en Ancón, hoy se nos presenta la posibilidad de mostrar la parte litográfica de la obra "La Necrópolis de Ancón" publicada en 1880/87, en forma de una exposición con reproducciones fieles en sus medidas y colores. Reiss y Stübel no sólo realizaron metódicamente sus excavaciones arqueológicas, sino que también las documentaron magníficamente. Es por ello que se les considera los grandes iniciadores de la arqueología científica en el Perú. Con esta exposición queremos rendir un homenaje a quienes ejecutaron esta singular obra. El catálogo presenta las excavaciones que se han realizado hasta la fecha, así como el encomiable esfuerzo del Museo de Ancón por presentar desde 1993 un cuadro totalizador de pasado anconense.



Excavación de una tinaja / detalle
(Horizonte Medio / Tiwanaku-Wari)

25



BIBLIOTECA CENTRAL PONTIFICIA UNIVERSIDAD CATÓLICA DEL PERÚ

# Comentarios sobre las ilustraciones seleccionadas

*Uwe Carlson*

El deseo de Reiss y Stübel era dar a conocer a los interesados en Europa, aquel mundo lejano que había despertado su fascinación, para lo que publicaron una obra suntuosamente ilustrada conteniendo los resultado de sus estudios. Es preciso destacar que aquello sólo posibilitó los fondos que obtuvieron en cambio de los objetos extraídos en sus excavaciones.

Las imágenes elegidas para ilustrar el presente catálogo, reproducidas en formato distinto al de los originales, corresponden a las acuarelas que al presente siguen guardadas en el Institut für Länderkunde de Leipzig (páginas 25 –27 y 30 – 51). Eso sí, con excepción de los cortes de algunas tumbas típicas (páginas 30-31) así como también del mapa del sitio de Ancón incluyendo la Necrópolis vecina (páginas 28-29), que fueron tomadas de litografías insertas en la obra de Reiss y Stübel. En algunos casos se trata de detalles tomados de cuadros que muestran diversos elementos que ocupan una lámina, mientras que en otros se ha elejió un solo objeto a ser reproducido en su totalidad. Dos imágenes muestran conjuntos de acuarelas originales compuestos de diversas figuras (páginas 46-47). Todos los cuadros fueron ejecutados trasladando dibujos a la acuarela trazado in situ por Reiss y Stübel. O en su defecto coloreados en Alemania teniendo a la vista los propios objetos. En la mayor parte de la reproducciones de tejidos se trabajó utilizando de una combinación de documentos fotográficos y técnicas de acuarela. Los testimonios fotográficos fueron ingeniosamente coloreados, con tal pericia que una visión óptica impide distinguirlos de los originales (páginas 42-43). Algunos tejidos fueron también pintados directamente a la acuarela (página 44-45).

En la segunda. mitad del siglo XIX no se contaba con posibilidades de impresiones fotográficas ni hablar de impresiones comparables a las de hoy. Las fotografías, en blanco y negro, y los dibujos originales, elaborados por artistas, tenían que ser transportados a mano a planchas de piedra especial de impresión. En el caso de impresiones a color, se utilizaban planchas litográficas para cada color. Este proceso, inventado por el alemán Senefelder en 1800, fue desarrollado en el siglo XIX hasta el punto que era posible lograr impresiones en cuanto a detalles de colores aceptables. A diferencia de los originales, donde se hacía las anotaciones para clasificar o señalar las medidas, en la litografía éstas fueron reemplazadas por números en tablas y dibujos, además de un título corto que se le daba a la obra impresa y el nombre de la imprenta. El nombre del artista, autor del modelo original, también era mencionado en el texto.

Las reproducciones que reúne la exposición son fotografías tanto en tamaño como en color iguales a las litografías que Reiss y Stübel incluyen en su obra.

24



Desenterrando fardos funerarios / detalle (Período Intermedio Tardío ?)

27



Tumba; nótese los diversos estratos formados por capas aluviales / detalle (Horizonte Medio / Tiwanaku-Wari)

26



ANCON
and
adjoining Necropolis
1874.

Plano de la Necrópolis de Ancón, junto al poblado moderno
(1874)







31



Diversos tipos de tumbas correspondientes a diferentes períodos
(Horizonte Medio y Período Intermedio / Tiwanaku-Wari)

30





Vista frontal del fardo funerario anterior aún no develada la cabeza, y busto del mismo fardo

33



Fardo funerario monumental con cabeza falsa, visto der perfil (Período Intermedio Tardío 2 / Tiwanaku-Wari)

32



Fardo funerario rodeado de ofrendas y objetos mágico religiosos, en vista frontal y posterior
(Horizonte Medio 3/ Tiwanaku-Wari)

35

Vista lateral de un fardo funerario monumental
(Horizonte Medio 2A/ Tiwanaku-Wari)

34



37

36

Dos fardos funerarios procedentes de una misma tumba
(Horizonte Medio 3/4 / Tiwanaku-Wari)



Fardo funerario con máscara facial (Período Intermedio Tardío 2)

39



Momia de una mujer

38



Escudete, visto de su lado posterior
(de transición entre el Horizonte Medio y el Período Intermedio Tardío)

41



Escudetes pintados con figuras mágicas,
(de transición entre el Horizonte Medio y el Período Intermedio Tardío)

40



Tela decorada con figuras simbolicas de aves, de felinos y
geométricas / detalle (Período Intermedio Tardío)

43

Tela decorada con „ángeles atigrados" inspirados de figuras
Tiwanaku del Titicaca /detalle (Horizonte Medio 2A / Tiwanaku-Wari)

42



Tela pintada (lado posterior del unku de la figura anterior);
el motivo principal representa plumas colgando de un cordel,
el presente en la parte inferior es símbolo de agua en su forma
de olas marinas y las placas circulares deben
aludir a gotas (F.K.D.)

45

Tela pintada con simbólicas aves estilizadas y otros motivos
(Período Intermedio Tardío / Chancay)

44



Muestrario de cerámica, en su mayoría tardía (Período
Intermedio Tardío y Horizonte Tardío)

47



Muestrario de cerámica de diversas épocas y estilos; en el centro
destaca un aríbalo Inka / imperial del siglo XV d.C. ó primer
tercio del siglo XVI d.C.

46



Varón representado en cerámica
(Período Intermedio Temprano / Moche)

49



Varón representado en cerámica (Período Intermedio Tardío)

48



Cántaro con decoración de colores negro sobre blanco
(Período Intermedio Tardío / Chancay)

51



Cántaro con decoración de colores negro sobre blanco
(Período Intermedio Tardío / Chancay)

50

# El tesoro arqueológico
# de la Necrópolis de Ancón

*Horacio Alberti Nicolini*

En la Bahía de Ancón, en los arenales que rodean el balneario situado a 40 km. al noroeste de Lima, se alberga el secreto de varias culturas estimadas en más de 10,000 años de antigüedad.

Sin embargo, recién en el año 1875, los alemanes Reiss y Stübel, durante la costrucción del ferrocarril noroeste, descubren por primera vez tumbas que contenían valiosos restos arqueológicos. Estos restos fueron enviados al Museo Etnográfico de Berlín para sus estudios, y se publicaron tres grandes volúmenes con litografías a colores. Posteriormente se han llevado a cabo numerosas excavaciones y estudios realizados por arqueólogos peruanos y extranjeros. Gran parte de estas riquezas arqueológicas fueron retiradas de la zona en forma indiscriminada, y fueron llevadas a diversos museos tanto nacionales como extranjeros; lo poco que quedó se encontraba diseminado y sin ninguna protección.

Fue así que el ingeniero Horacio Alberti Nicolini, miembro del Consejo Distrital de Ancón en el período 1964-1966 decide poner fin a esta situación de abandono, y a su iniciativa crea en sesión del Consejo el 20 de Agosto de 1966, la Comisión Pro-Museo de Sitio de Ancón, comisión que presidió y que dedicó principalmente a la recuperación de las piezas, que fueron debidamente catalogadas y resguardadas en locales aparentes.

Terminado el período municipal mencionado, y no habiendo conseguido el apoyo necesario de entidades oficiales para llevar a cabo la construcción del Museo, decide buscar ayuda entre amigos y veraneantes. De esta manera se constituye el Patronato del Museo de Sitio de Ancón, en 1967, y con la valiosa colaboración del Dr. Alejandro Miró Quesada, reune fondos organizando festivales y otras actividades culturales, y en un terreno cedido por la Municipalidad se lleva a cabo la construcción del actual Museo.



## El Museo de Ancón

El Museo de Ancón inauguró en 1993 una exposición permanente que presenta testimonios del pasado ancestral anconense de todos los tiempos. El Museo de Ancón es una entidad sin fines de lucro y tiene como objetivo principal crear conciencia y educar a la comunidad sobre la importancia e interés de la arqueología y del patrimonio arqueológico de Ancón. Para cumplir estos objetivos, el Museo brinda charlas, servicios de guiado, proyección de vídeos culturales a grupos de escolares, universitarios y público en general.

52

53

# BIBLIOGRAFÍA CITADA

BAZÁN DEL CAMPO (Francisco)
1992    *Arqueología de Lima / Evaluación del término Huancho / Los estilos de cerámica de Lima a fines del Horizonte Medio*. Lima.

BONAVIA (Duccio)
1962    "Sobre el Teatino". *Revista del Museo Nacional* 31, pp. 43-94. Lima.

BROCKMANN (Andreas); STÜTTGEN (Michaela), eds.
1994    *Spurensuche / Zwei Erdwissenschaftler im Südamerika des 19. Jahrhunderts*. Leipzig/Bönen.

1996    *Tras la huella / Los viajeros alemanes en tierras latinoamericanas*. Banco de la República, Casa de Exposiciones, Santa Fé de Bogotá

CARRIÓN CACHOT (Rebeca)
1948    "La cultura Chavín / dos nuevas colonias: Kuntur Wasi y Ancón". *Revista del Museo Nacional de Antropología y Arqueología 2* (1), pp. 99-172. Lima.

1951    *Ancón / Elementos culturales de tres épocas, hallados en la Necrópolis de Ancón* (Tercera Exposición en Homenaje al Cuarto Centenario de la Universidad Nacional Mayor de San Marcos 1551-1951). Lima.

COLOMA PORCARI (César)
1994    *Los inicios de la arqueología en el Perú o "Antigüedades Peruanas" de Mariano Eduardo de Rivero*. Lima.

DE RIVERO
        (Véase: RIVERO, Mariano Eduardo de)

ENGEL (Frédéric)
1963    "Notes relatives a des explorations archéologiques a Paracas et sur la côte sud du Pérou". *Travaux de l'Institut Français d'Études Andines 9*, pp. 1-72. París-Lima.

FUNG PINEDA (Rosa); CENZANO Z. (Carlos F.); ZAVALETA (Amaro)
1973    "El taller lítico de Chivateros, valle de Chillón". *Revista del Museo Nacional 38* (1972), pp. 61-72. Lima.

HAAS (Richard)
1986    *Keramikfunde aus Ancón, Peru (Die Tonobjektere der Sammlung Reiss und Stübel im Museum für Völkerkunde in Berlin*. (Indiana 11). Berlin.

HRDLICKA (Ales)
1914    "Anthropological work in Peru in 1913 / with notes on the pathology of the ancient peruvians". *Smithsonian Miscellaneous Collections 61* (18). Washington, D.C.

HUAPAYA MANCO (Cirilo)
1948    "Nuevo tipo de tumba descubierto en las Necrópolis de Ancón". *Revista del Museo Nacional de Antropología y Arqueología 2* (1), pp. 93-98. Lima.

IRIARTE BRENNER (Francisco)
1960    "Algunas apreciaciones sobre los huanchos". *Antiguo Perú / Espacio y Tiempo*, pp. 259-263. Lima.

KAUFMANN DOIG (Federico)
1989    *Científicos alemanes en el Perú*. Caretas 15 (22/V), Lima.

54

1994a   *Proyecto Arqueológico "Tumbas de Ancón" (Informe de investigaciones realizadas en el sitio de Miramar-Ancón / Octubre 1993 - Junio 1994) MS / Lima.

1994b   "Proyecto arqueológico 'Tumbas de Ancón (1)'". *Arqueológicas* (Museo Nacional de Arqueología, Antropología e Historia del Perú) 23. Lima.

1995    "De zon mag ons nooit verlaten". *Knack / Okt. 25, Bruxelles.

KAULICKE (Peter)
1983    *Gräber von Ancón, Peru, Nach den Arbeiten von W. Reiss / A. Stübel, M. Stübel, R. Ravines, G.R. Willey und C. Huapaya. Dargestellt von ... (Materialien zur Allgemeinen und Vergleichenden Archäologie 7). München.

KROEBER (Alfred L.)
1926    "The Uhle pottery collections from Chancay". *University of California Publications in American Archaeology and Ethnology 21*, 7, pp. 265-304. Berkeley.

LANNING (Edward P.)
1963    "A pre-agricultural occupation of the central coast of Perú". *American Antiquity 28* (3), pp. 360-371. Salt Lake City.

1965    "Early man in Perú". *Scientific American 213* (4), pp. 68-76.

1967    *Peru before the Incas*. New Jersey.

LANNING (Edward P.); PATTERSON (Thomas C.)
1967    "Early man in South America. *Scientific American 217* (5), pp. 44-50.

LUDEÑA (Hugo)
(1975)  *Secuencia cronológica y cultural del valle del Chillón* (Universidad Nacional Mayor de San Marcos (Tesis doctoral). MS / Lima.

LYNCH (Thomas F.)
1974    "The antiquity of man in South America". *Quaternary Research 4*, pp. 356-377.

MATOS MENDIETA (Ramiro).
1966    "El período cerámico inicial en la costa central del Perú". *XXXVI Congreso Internacional de Americanistas I / Actas y Memorias 1*, pp. 506-518. Sevilla.

MOODIE (Roy L.)
1931    *Roentgenologic studies of egiptian and peruvian mummies* (Field Museum of Natural History / Memoirs 3). Chicago.

MUELLE (Jorge C.); RAVINES (Rogger)
1974    "Los estratos precerámicos de Ancón". *Revista del Museo Nacional 39* (1973). Lima.

NEWMAN (Marshall T.)
1947    "Indian skeletal material from the central coast of Peru". *Papers of the Peabody Museum of American Archaeology and Ethnology 27* (4). Cambridge, Mass.

PATTERSON (Thomas C.)
1971    "Central Peru / Its population and economy". *Archaeology 24*, pp. 316-321.

PATTERSON (Thomas C.); MOSELEY (Michael E.)
1968    "Late precerámic and early ceramic cultures of the central coast of Perú". *Nawpa Pacha 6*, pp. 115-133. Berkeley.

RAVINES (Rogger)
1979    "Prácticas funerarias en Ancón (primera parte)". *Revista del Museo Nacional 43* (1977), pp. 153-295. Lima.

1983    "Prácticas funerarias en Ancón (segunda parte)". *Revista del Museo Nacional 45* (1981), pp. 89-166. Lima.

RAVINES (Rogger); STOTHERT (Karen E.)
1978    "Un entierro común del Horizonte Medio en la costa central del Perú". *Revista del Museo Nacional 42* (1976), pp. 153-205. Lima.

55

REISS (Wilhelm); STÜBEL (Alphons)
1880 *Das Todtenfeld von Ancón in Peru. Ein Beitrag zur Kenntnis der Kultur und Industrie des*
-87 *Inca-Reiches. Nach Ergebnisen eigener Ausgrabungen*, 3 vols. Berlin.

RICK (John)
1983 *Cronología, clima y subsistencia en el precerámica peruano*. Lima.

RIVERO (Mariano Eduardo de)
1841 *Antigüedades peruanas / Parte Primera*. Lima.

ROSAS LANOIRE (Hermilio)
(1970) *La secuencia cultural del período formativo en Ancón* (Universidad Nacional Mayor de San Marcos / Tesis de Bachillerato) MS / Lima.

ROWE (John Howland)
1959 *Cuadro cronológico de exploraciones y descubrimientos en la arqueología peruana, 1863-1955*. Arqueológicas 4. Lima.

STOTHERT (Karen E.)
1978 "Preparing a mummy bundle / note on a late burial from Ancon, Peru". *Ñawpa Pacha* 16, pp. 13, pp. 13-22. Berkeley.

STRONG (William Duncan)
1925 *The Uhle pottery collections from Ancón* (University of California Pubications in American Archaeology and Ethnology 3 (4)). Berkeley.

STUMER (Louis M.)
1953 "Playa Grande: primitive elegance in pre-Tiahuanaco Peru". *Archaeology* 6 (1), pp. 42-48. Baltimore.

TABÍO (Ernesto E.)
1955 *Excavaciones en Playa Grande, Costa Central del Perú, 1955*. Lima.

UHLE (Max)
1913 "Die Muschelhügel von Ancón". *International Congress of Americanists / Proceedings of the XVIII Session (1912)* 1, pp. 22-45. London.

VILLAR CÓRDOVA (Pedro E.)
1935 *Las culturas pre-hispánicas de Lima*. Lima.

WIENER (Charles)
1880 Pérou et Bolivie. Récit de voyage suivi d'études archéologiques et ethnographiques et de notes sur l'éscriture et des langues des populations indiennes". Paris.

WILLEY (Gordon R.)
1943 "A supplement to the pottery sequence at Ancón". *Columbia Studies in Archaeology and Ethnology* 1 (4), pp. 197-215. New York.

WILLEY (Gordon R.); CORBETT (John M.)
1954 *Early Ancón and early Supe culture / Chavin horizon sites of the central peruvian coast* (Columbia Studies in Archaeology and Ethnology 3). New York.

... del Perú
BIBLIOTECA
13 JUL 2000
F 3421.4 A5 I
jag