# EXHIBIT B-35



GRANDES MAESTROS DEL DERECHO
INSTITUCIONES DE JUSTINIANO
EDICIÓN BILINGÜE
Heliasta

nem doli mali submoveri. At si is qui pinxit possideat consequens est ut utilis actio domino tabulæ adversus eum detur. Quo casu si non solvat impensam picturæ, poterit per exceptionem doli mali repelli, utique si bona fide possessor fuerit ille qui picturam imposuit. Illud enim palam est, quod, sive is qui pinxit subripuit tabulas, sive alius, competit domino tabularum furti actio.

el pintor, que la vindicara sin pagar el precio de la tabla, podrá ser reconvenido por la excepción del dolo. Pero si es el pintor quien posee, esta circunstancia exige que se dé contra él al dueño de la tabla una acción útil. En este caso podrá éste, si no paga el precio de la pintura, ser rechazado por la excepción de dolo, con tal, sin embargo, que el pintor sea poseedor de buena fe. Es evidente que si la tabla ha sido robada, ya por el pintor, ya por otro, compete al dueño de ella la *actio furti*.

XXXV. Si quis a non domino, quem dominum esse crediderit, bona fide fundum emerit, vel ex donatione aliave qualibet justa causa bona fide acceperit, naturali ratione placuit fructus quos percepit ejus esse pro cultura et cura. Et ideo si postea dominus supervenerit, et fundum vindicet, de fructibus ab eo consumptis agere non potest. Ei vero qui alienum fundum sciens possedit, non idem concessum est; itaque cum fundo etiam fructus, licet consumpti sint, cogitur restituere.

35. Si alguno ha recibido de buena fe, de aquel que por error creía propietario, un fundo de tierra por venta, donación, o cualquiera otra causa, la razón natural ha aconsejado decidir que haga suyos los frutos que perciba, en recompensa de su cultivo y cuidado. Y si después el dueño se presenta y vindica el fundo, no podrá demandar los frutos consumidos por el poseedor. En cuanto a aquel que a sabiendas posee el fundo de otro, no se le concede el mismo derecho; y con el fundo se le obliga a restituir todos los frutos, y aún los consumidos.

XXXVI. Is ad quem usufructus fundi pertinet, non aliter fructuum dominus efficitur, quam si ipse eos perceperit. Et ideo licet maturis fructibus, nondum tamen perceptis, decesserit, ad hæredes ejus non pertinent, sed domino proprietatis acquiruntur. Eadem fere et de colono dicuntur.

36. El usufructuario de un fundo no se hace propietario de los frutos sino a proporción que los percibe. Si a su muerte los frutos, aunque maduros, no han sido todavía recolectados, pertenecen absolutamente, no a sus herederos, sino al dueño de la propiedad. Casi lo mismo se dice respecto del arrendatario.

XXXVII. In pecudum fructu ... fœtus est, sicut lac, pili et ..., itaque agni hœdi et vituli, et ...uli, et suculi, statim naturali jure dominio fructuarii sunt. Partus ... ancillæ in fructu non est, itaque ad dominum proprietatis pertinet: absurdum enim videbatur hominem in fructu esse, cum omnes fructus rerum natura gratia hominis comparaverit.

37. En los frutos de las bestias se colocan las crías lo mismo que la leche, el pelo o la lana. Así los corderos, los cabritos, las vacas, los potros, los lechones, se hacen por su naturaleza, al nacer, propiedad del usufructuario. Pero entre los frutos de una esclava no se entienden sus hijos, que por consiguiente pertenecen al dueño de la propiedad. Parecería absurdo, en efecto, considerar como fruto al hombre, para quien la naturaleza lo ha criado todo.

XXXVIII. Sed si gregis usumfructum quis habeat, in locum demortuorum capitum ex fœtu fructuarius submittere debet, ut ex Juliano visum est, et in venearum demortuarum vel arborum locum alias debet substituere; recte enim colere, et quasi bonus pater familias uti debet.

38. El usufructuario de un rebaño debe con las crías reemplazar las cabezas muertas, como era opinión de Juliano; y el usufructuario de un campo debe reemplazar las viñas y árboles que perezcan; pues debe cultivar y usar del terreno como un buen padre de familia.

XXXIX. Thesauros quos quis in loco suo invenerit, divus Hadrianus, naturalem equitatem secutus ei concessit qui invenerit. Idemque statuit si quis in sacro aut religioso loco fortuito casu invenerit. At si quis in alieno loco, non data ad hoc opera ser fortuitu invenerit, dimidium inventori, dimidium domino soli concessit. Et convenienter, si quis in Cæsaris loco invenerit, dimidium inventoris, dimidium Cæsaris esse statuit. Cui conveniens est ut si quis in fiscali loco, vel publico vel civitatis invenerit, di-

39. Siguiendo el emperador Adriano la equidad natural, concedió a aquél que los descubra, los tesoros encontrados por alguno en su propio fundo, y estableció lo mismo respecto de aquellos que fuesen hallados por acaso en un lugar sagrado y religioso. En cuanto al tesoro que alguno encontrase en el fundo de otro por acaso y sin buscarlo, concedió la mitad al descubridor y la otra mitad al dueño del suelo. Y como consecuencia estatuyó que el tesoro hallado en la propiedad de César fuese la mitad del descubri-

dimidum ipsius esse debeat, et dimidium fisci, vel civitatis.

dor y la otra mitad de César. De donde se sigue que el que se descubre en un paraje correspondiente, ya al público, ya al fisco o ya a una ciudad, debe ser por mitad del descubridor, y del fisco o de la ciudad.

XL. Per traditionem quoque jure naturali res nobis adquiruntur; nihil enim tam conveniens est naturali æquitati, quam voluntatem domini volentis rem suam in alium transferre ratam haberi: et ideo cujuscumque generis sit corporalis res, tradi potest, et a domino tradita alienatur. Itaque stipendiaria quoque et tributaria prædia eodem modo alienantur. Vocantur autem stipendiaria et tributaria prædia quæ in provinciis sunt, inter quæ nec non et italica prædia ex nostra constitutione nulla est diferentia; sed si quidem ex causa donationis aut dotis, qualibet alia ex causa tradantur, sine dubio transferuntur.

40. Según el derecho natural adquirimos las cosas por tradición. En efecto, que la voluntad del propietario que quiere transferir su cosa a otro reciba su ejecución, nada es más conforme a la equidad natural. Así la tradición puede aplicarse a toda cosa corpórea; y hecha por el propietario produce enajenación. Por este medio se enajenan los fundos estipendiarios o tributarios, que así se llaman los fundos situados en las provincias. Pero entre ellos y los de Italia no existe, según nuestra constitución, ninguna diferencia. La tradición que se hace por donación, por dote o por cualquiera otra causa, sin duda alguna transfiere la propiedad.

XLI. Venditæ vero res et traditæ, non aliter emptori adquiruntur, quiam si is venditori pretium solverit, vel alio modo et satisfecerit, veluti expromissore aut pignore dato. Quo cavetur quidem ex lege Duodecim Tabularum, tamen recte dicitur et jure gentium, id est, jure naturali, id effici: sed si is qui vendidit fidem emptoris secutus est, dicendum est statim rem emptoris fieri.

41. Pero las cosas vendidas y entregadas no las adquiere el comprador sino cuando ha pagado el precio al vendedor, o satisfecho a este último de cualquier manera, como, por ejemplo, dándole un expromisor o una prenda. Este principio se halla sancionado por la ley de las Doce Tablas, lo que no impide que con razón se diga que procede del derecho de gentes, esto es, del derecho natural. Mas si el vendedor ha seguido la fe del comprador, es preciso decidir que la cosa la adquiere inmediatamente el comprador.

XLII. Nihil autem interest utrum ipse dominus tradat alicui rem suam, an voluntate ejus alius.

42. Mas nada importa que la tradición se haya hecho por el mismo dueño o por otro según su voluntad.

XLIII. Qua ratione, si cui libera universorum negotiorum administratio a domino permissa fuerit, is que ex iis negotiis rem vendiderit et tradiderit, facit eam accipientis.

43. Por esta razón, si aquel a quien el dueño ha confiado la libre administración de todos sus bienes, vende y entrega una de las cosas comprendidas en su administración, transfiere la propiedad de ella.

XLIV. Interdum etiam sine traditione nuda voluntas domini sufficit ad rem transferendam, veluti si rem quam tibi aliquis commodavit, aut locavit, aut apud te deposuit vendiderit tibi, aut donaverit. Quamvis enim ex ea causa tibi eam non tradiderit, eo tamen ipso quod patitur tuam esse, statim tibi adquiritur proprietas, perinde ac si eo nomine tradita fuisset.

44. Alguna vez basta sin tradición la sola voluntad del dueño para enajenar; como, por ejemplo, si la cosa que ha dado a préstamo, en arrendamiento o depósito, te la vende o te la da, aunque en ejecución de esta venta o de esta donación no te la haya entregado, por sólo el hecho de consentir en que se haga tuya, al punto adquieres la propiedad, como si con este objeto se hubiese verificado la tradición.

XLV. Item si quis merces in horreo depositas vendiderit, simul atque claves horrei tradiderit emptori, transfert proprietatem mercium ad emptorem.

45. Del mismo modo el que ha vendido géneros depositados en un almacén, desde el momento en que entrega al que adquiere las llaves del almacén, le transfiere la propiedad de los géneros.

XLVI. Hoc amplius interdum et in incertam personam collata voluntas domini transferit rei proprietatem: ut ecce, prætores et consules, qui missilia jactant in vulgus, ignorant quid eorum quisque sit excepturus, et tamen quia volunt quod quisque exceperit ejus esse, statim eum dominum efficiunt.

46. Con frecuencia hay casos en que, aunque se dirija a una persona indeterminada, la voluntad del dueño transfiere la propiedad. Así, pues, los pretores y los cónsules que dan el dinero al pueblo ignoran lo que tocará a cada uno; pero como quieren que cada uno adquiera lo que pueda coger, le hacen al momento propietario de ello.

# EXHIBIT B-36

# LAS SIETE PARTIDAS

DEL REY

# DON ALFONSO EL SABIO,

COTEJADAS CON VARIOS CODICES ANTIGUOS

POR LA REAL ACADEMIA DE LA HISTORIA,

Y GLOSADAS

**POR EL LIC. GREGORIO LOPEZ,**

DEL CONSEJO REAL DE INDIAS DE S. M.

TOMO QUINTO.

## INDICES.

PARIS.

LECOINTE Y LASSERRE, EDITORES,

VENDESE EN LA LIBRERIA CASTELLANA,

CALLE HAUTEVILLE, 19.

1844

# LAS SIETE PARTIDAS

Glosadas

por el Licenciado Gregorio Lopez.

erit arbor in cuius solo plantata est; imo quando mala fide facit, vide ut quòd desinat habere dominium mala fide plantans, statim antequàm coalescant, vt suprà.l.proxima.& in.§ ex diuerso.institu. de rerum diui.& tenet Faber.in dict.§.si titius.in prin.vnde quod hic dicitur supple maxime.

a ¶ *Principales.* Hoc dicit propter notata p gl.& docto.in di.§.si titius.

¶ *Lex.XLIIII.*

Detinẽs rem alienã siue bona fide, siue mala, si reficiat rẽ, expẽsis necessarijs, vel vtilibus nõ tamen voluntarijs, retentionem habet rei: etiam si victus fuerit donec sibi soluãtur deductis tñ redditibus, quos ex re percepit. Recuperat et expensas volũtarias, si bonã fidem habuit. Potest tamẽ leuare laborem, seu op' quod fecit. Si tamen vincens soluerit sibi q̃d voluntariè expẽdit: tenetur id recipere, & opus factum dimittere. Sed si malam habuit fidem, non recuperat volũtarias hoc dicit.

b ¶ *Buena fe, quier mala.* Vi. Pau. de Cast.in.l.fina.§.sed q̃a nostra.C.cõmu.de lega.in fin.& adde.l.domum.C.de rei vẽdi.& Specu.titu.de expen.§.1.glo.& Bar.in.l.in fundo.ff.de rei vendi. sed an fur eq posisit repetere expensas, q̃s fecit in equo alendo? vi.Bal. quòd non in.l.1.C.de infan.expo.& quid si emit rem contra probibitionem legis, in qua fecit melioramenta: an posit illa repetere retinendo rem, vel cõpensando cum fructibus? gl.dicit q non, vbi Io.de Plac.in.l.fin. C.de fundis rei priua.li.11.& vi.l.2.&ibi Bald.C.si quis igno.rem mino.sine decre.compara.

c ¶ *Ante entregar.* Quid si restituit rem antequã sibi restituantur sumptus? dic q non habebit actionem ad petendum sumptus, secundum glo.in.l.in fundo.ff.de rei vendi. & in.§.certè.insti.de rerũ diui.& in alijs locis, nisi in duobus casibus in quibus habebit actionẽ. Primus, quãdo bonæ fidei possessor in faciendo de nouo, sumptus fecerit quos dominus compellebatur facere: vt in.l.hæreditas.§.pen.ff. de peti.hæredi. Secundus quãdo fecisset animo alium obligandi[illegible] recuperat per actionem negocio.gestorum.vt in.l.si pupilli.§.item si quis.ff.de nego.gest.& hoc nota.ad.l.40.§.eo.& tenet Ange.in di.l.in fundo.co.2.& idẽ dic in malæ fidei possessore vtiliter faciẽte: quia si fecit animo obligandi dñm, recuperabit expẽsas per actionem negociorum gestorũ, quatenus dñs factus est locupletior: vt i di.§.item si quis.

nos, que luego que son raygados gana el Señorio dellos, quier aya buena fe, quier mala, en plantando los el que los planto. Empero tenudo es de dar a aq̃l cuyos eran la estimaciõ delo que valieren. Otrosi dezimos, que si algun ome plantasse algun arbol en su heredad, e despues q̃ lo ouiesse y plantado se estẽdiessen las rayzes por heredad agena de otro alguno cerca dessa en q̃ fue plãtado, de manera que las principales rayzes de que se nodreciesse estã todas en ella, este gana el señorio del arbol: maguer esten las ramas del arbol sobre la heredad de aquel que lo planto. Empero si parte delas rayzes principales [a] del arbol estuuiessen en la heredad de aq̃l q̃ lo planto, e la otra parte enla del otro que estuuiesse acerca della: estõce deue el arbol ser comunal de ambos a dos.

¶ *Ley. XLIIII. Quales despensas deue ome cobrar delas que faze en casa, o en heredad agena, e quales non.*

Espensas fazen los omes enlas casas, e enlas heredades agenas que tienen, nõ faziendo y de nueuo alguna cosa, mas refaziendo, o endereçãdo los edificios enlos lugares do es menester, o faziendo y algunas otras cosas que son prouechosas ala casa, o ala heredad. E en tal caso como este, dezimos q̃ aquel q̃ las despensas fiziere, que seã menester de fazer las, que las deue, e las puede cobrar de mientra que fuere tenedor dela casa, o dela heredad en que las fizo, quier aya buena fe, quier mala [b] en teniendo la: e maguer el señor de la casa, o dela heredad lo vẽciesse della en juyzio, non gela deue ante entregar [c] fasta que el de, lo que despendio en esta razon. Empero si el esquilmo algunos frutos, o rentas de la casa, o dela heredad en quanto la tuuo, tenemos por bien que se descuẽte enlas despensas: ca guisada cosa es, q̃ pues q̃ el quiere cobrar las despẽsas que assi fizo, que descuẽte los esq̃lmos. Otrosi dezimos, que si el fizo despensas prouechosas al heredamiento, o ala casa agena de que era tenedor, que si las fizo en buena fe, cuydãdo las fazer en lo suyo, q̃ las deue cobrar, maguer nõ ouiesse menester de las fazer: mas si las fizo auiẽdo mala fe, sabiendo que el heredamiẽto, o la casa q̃ era agena, si el señor que la vencio en juyzio nõ gelas quisiere pechar, puede el otro ende lleuar la labor que fizo y fazer. Otrosi dezimos, q̃ si aquellos que son tenedores de casas, o de heredamiẽtos agenos fazẽ despensas enellas q̃ nõ son muy prouechosas, mas son a apostura dela casa, o de la heredad, assi como las pinturas q̃ fazen enellas, o los caños q̃ fazẽ por q̃ nazca y el agua: o las otras cosas semejãtes destas q̃ fazen y, como por auer deleyte por ellas mas que pro: si ouo buena fe, en teniendo aquello en que las fizo, cuydando que era suyo, que estonce puede tomar lo que ouiere fecho, e lleuar lo. Empero si aq̃l cuya era la casa, o la heredad le quisiere dar tanto por ello quanto podria valer despues que fuesse ende tirado, deue gelo dar. Mas si el que fiziesse tales despensas como estas ouiesse mala fe, en teniendo la casa, o la heredad pierde todo quanto y fizo, e non puede ende lleuar [d] ninguna cosa.

d ¶ *Lleuar.* Quia ædificãdo donare vĩ, vt in.§.cũ in suo solo.insti.de re.diui.& q̃a neminem voluit obligare.l.in hoc iudicium.ff.commu.diuidun.

¶ *Ley. XLV. Cuyo deue ser el thesoro que ome falla enla su heredad, o enla agena.*

Hesoros [e] fallan los omes alas vegadas en sus casas, e en sus heredades por auentura, o buscando los. E porque podria acaecer dubda cuyo

¶ *Lex. XLV.*

Thesaur' qui nescitur cuius fuerit inuẽtus in solo proprio efficitur domini soli, nisi arte magica expetiatur: quia tũc erit Regis, si tñ scitur q̃s abscondit: remanet abscondenti probanti esse suum. Si tñ thesaur' reperiatur in domo, vel prædio alieno vel publico, vel regio casualiter dimidium erit inuentoris, dimidium Dñi soli: si [illegible] data opa, erit totus dñi [illegible] h.d.

e ¶ *Thesoros.* Est aũt thesaurus vet', quædam depositio pecuniæ: cui' nõ extat memoria: vt iam dominum nõ habeat, sic enim fit ei' qui inuenerit, quod nõ alterius sit. alioquin si quis aliquid vel lucri causa, vel metus, vel custodiæ cõdiderit sub terra: non est thesaurus, cuius etiã furtum fit: verba sunt.l.nunq̃.§.thesaurus.ff. de acquir.re. domi.& adde.l.1.C.de thesau.lib.10.& ibi gl.& quid de pecunia reperta in pariete domus. vide Ioa.de Pla.in di.l.vnica.& Ias.in.l.3.§.neratius.in.2.lectu.ff.de acqui.posse.vbi & de pecunia reperta in cera, & quid si reperiatur thesaurus in loco, qui nullius est? vide Bal.in.l.itẽ lapilli.in fin.ff. de rerũ diui.vbi dicit q tunc totum est inuentoris. vide tñ Azo.insti.de re.diui.

in summa.col.antepen.tenētem q dimidiū sit fisci si reperiatur in loco religioso.& Ioan.Fab.in di.§.thesauros.insti. de re. diui.volentem q medietas pertinebit ad ecclesiam,cuius sunt res sacræ,vel religiosæ vbi thesaurus inuenitur.

a ¶*El thesoro es tal.* Et cui incumbat probatio,q̄d est thesaurus cuius depositionis nō extat memoria?vi.in simili q̄stionē quam ponit Io.Fab. in.§.thesauros insti.de rerum diui.vbi vr̄ velle, q agenti & petenti thesaurum incūbat onus probandi:& q probābit per modū qui tradit in.l. si arbiter.ff.de proba.& adde q̄d not.Bal.in.l.1.in princi.ff. de rerum diui. volētem, q in rebus inuentis diligenter debeat inqri cui⁹ sit res,& ibidē dicit q pecunia semper præsumit esse alteri⁹, nisi sit thesaur⁹:ergo ei qui se fundat dicendo esset thesaurū incumbit de hoc pbatio:& adde Ioa.de Plat. in. l. vnica. C. de thesau.libr. 10.colu.fin.ibi quero aliquis, & scd̄m Bal.in rubri.ff.de re. diui. pecunia ab īcognito loco transducta, & in agro nr̄o reperta:non est thesaurus, & qui inuenit eam tenetur restituere,vide ibi.colu.6.

deue ser: dezimos que si el thesoro es tal [a] que ningund ome non pueda saber quien lo y metio,nin cuyo es,gana el señorio dello:e que deue ser todo de aquel que lo falla en su casa,o en su heredad. [b] Fueras ende si lo fallasse por encantamiento. [c] Ca estonce todo deue ser del Rey. Mas si por auentura lo ouiesse y alguno escondido, e pudiesse prouar, o aueriguar [d] que es suyo: estonce non ganaria el señorio dello el que lo fallasse en su heredad.E si acaeciesse que alguno lo fallasse en casa, o en heredamiento ageno labrando y, [e] o en otra manera qualquier, si lo fallasse por auentura non lo buscando el asabiendas:estonce deue ser la meatad suyo,e la otra meatad del señor de la casa,o dela heredad do lo fallo: mas si lo fallasse buscando lo el estudiosamente,e non por acaescimiento de ventura: estonce deue ser todo del señor dela heredad, e non ha enello el que lo assi falla ninguna cosa . Esso mismo dezimos que seria, si el thesoro fuesse fallado en casa, o en heredamiento que pertenesciesse al Rey, [f] o al comun [g] de algund concejo.

¶*Ley. XLVI. Como non passa el Señorio dela cosa vendida, o dada a aquel que apoderan enella, fasta que aya pagado el precio.*

Poderan [h] vnos omes a otros en sus cosas vendiendo gelas, o dando gelas en dote, o en otra manera,o cambiando las, o por alguna otra derecha razon. E porende dezimos que por tal apoderamiento como este que faga vn ome a otro de su cosa, o que lo faga otro alguno por su mandado, que passa el Señorio dela cosa a aquel a quien apoderasse della. Empero si el que ouiesse vendido su cosa a otri le apoderasse della, si el comprador non ouiesse pagado el precio, [i] o dado fiador, o peños, o tomado plazo [k] para pagar,por tal apoderamiēto como este, non passaria el señorio de la cosa fasta que el precio se pagasse. Mas si fiador, o peños ouiesse dado,o tomado plazo para pagar,o si el vendedor se fiasse en el [l] comprador,del precio:estonce passaria el señorio de la cosa a el por el apoderamiento, maguer el precio non ouiesse pagado. Empero tenudo seria de lo pagar.

¶*Ley. XLVII. Como gana ome el señorio de la cosa que tiene alogada, si despues la cōpra desse mismo que se la alogara.*

b ¶*En su heredad.* Quid de marito inueniente thesaurum in fundo vxoris?vide glo.in.l.diuortio.§.si fundus.ff.solu.matrimo.&.l.1.C.de thesau.libro.10.& Ange.in dict.§.thesauros.vbi de vsufructuario,& alijs. vide ibi.

c ¶*Encantamiento.* Concor.l.vnica.C.de thesau.lib.10.

d ¶*Prouar, e aueriguar.* Ergo tali asserenti incumbit probatio.vide Ioan. Fab.in di.§.thesauros.

e ¶*Labrando y.* Intellige nisi ad hoc conductus esset mercenarius à domino:vt fodiat pro inueniendo thesaurum,nam tunc totum esset domini,cui licet quærere thesaurum in suo,secundū Ioa.Fab. & Angel. in di.§.thesauros.& probatur etiam ex ista.l.

f ¶*Al Rey.* Non ergo omnes thesauri qui inueniuntur sunt regis : hoc etiam patet in titu.quæ sunt regalia.in fin.vbi vide Andr.de Yser.sed quid hodie per.l.ordinamenti.7.titu.12.lib.6.vbi innuitur esse thesauros regis,sed quartam partem dandam manifestanti ? videtur dicendum q illa.l.non corrigat istam.l.sed q habeat locum in eo quod est regis,iuxta tenorem huius.l.veluti,si reperiatur per artem magicam, vel sine ea in loco regis ad hoc data opera,vel in parte quæ fieret regis,non alias.vide Andr.de Yser.vbi suprà.

g ¶*O al comun.* Nota hoc verbum nam tollit dubium motum à Ioan. Fab.in dicto.§.thesauros.in fin.post glo.

¶*Lex. XLVI.*

Acquiritur dominum traditione rei ex titulo habili soluto precio, vel fide habita de eo.hoc dicit.

h ¶*Apoderan.* Cōcor.§.per traditionē.insti.de rerū diui.&.l.traditionibus.C.de pactis.&.l.quā fortè.§.hæc quoq; resiff.de acquir.re.domi.

i ¶*Pagado el precio.* Concor.§.vendite.insti.de rerū diui.&.l.procuratoris.§.plane.versi.sed si dedi.ff.de tributo.& adde q re vendita nō trāsit dominium in emptorem per traditionem,nisi transeat dn̄ium precij à se soluti ī vēditorem: gl. et ibi not.Sali. & Alexā. in.l. cum fund⁹.§.1. in gl.super verbo emptori.ff si cer.peta. sed an q̄d hic dicitur de re vendita,procedāt in cōtractibus innominatis? vi. gl.in.l.cum pponas.C.d̄ dolo.q sic, & per Bart.in.l.si seruus.§. locaui. post glos.ff.de furtis.Bald.in. l.2. C. de rerū permu.

k ¶*O tomado plazo.* Quid si vēditor habuit fidem de precio vsq; ad decem dies?an si non soluat emptor in termino, vēditor possit rē vēdicare? vide glo. q non in.l.inciuile. C. de rei vendica. si tamen emptor adhuc nō accepit possessionem ex licentia sibi tradita per vēnditorem,qui habuit fidem de precio vsq; ad dictos dies,poterit venditor illam licentiam auferre,precio infra terminum non soluto:& de nouo eam occupare,vt retineat eam proprio nomine,cum prius post licentiam retineret eam nomine emptoris:secundum Angel.& Paul.de Cast.in.l.hæres.ff.ad trebel.

l ¶*Se fiasse enel.* Glo.in di.§.vēdite.in verbo emptoris dicit,quòd in dubio rem tradendo,videtur habuisse fidē de precio. Limita tamē nisi venditor cogitasset,q statim sibi erat soluendum : vt in.l.si quasi.ff. de pigno.actio.&ibi per Barto.&per Bald.in.l.si non donationis.C. de contrahen. emptio. & nota quod vendens rem Ecclesiæ, vel fisci, vel minoris non potest habere fidem de precio :vt in. l. si procurator.§.si ab eo.vbi glos.ff.de iure fisci,vbi vide per Barto. & Abb.in.c. 2.de precario.in fin.creditor etiam vendens pignus potest habere fidem de precio.l.eleganter.§.si vendiderit.& ibi Bart.ff.de pign.actio. & an vendens actionem,possit habere fidem de precio?vide Bal.in.l. per diuersas.col.5.C.manda.& de procuratore, an possit habere fidē de precio?vide Barto.in dict.§.si vendiderit.& in.l.1.ff. de offi. procu. cesa . & Bald.in.l.inciuile. C.de rei vēdi.vbi tam de generali,q̄; etiam de speciali procuratore,& ibi etiā per Bal.an executor testamēti possit habere fidem de precio?& per Bart.in.l.alio.col.fin.ff. de alimē.& cibar.lega.& nota q etiam qui cōpellitur ad vendendū non cogitur habere fidem de precio:gl.& Bal.in.l.1.C.de cōmu.ser.manu.& adde Bald.in cap.1.quid.præcede.debeāt inuestitu. vel fidelitas ; & quid si confitetur se recepisse precium,& postea apparet instrumētum promissionis precij?vide Ioa.de Imol.in.l.pen.§.si vir.ff.solu.matrimo.& Soci.consil.179.colum.4.

¶*Lex. XLVII.*

Si rem quam tibi locaui postea tibi vendidi,licet non tradidi:trasfertur in te dn̄ium,& in casibus in quibus sine traditione queritur pos-

# EXHIBIT B-37

# NOVÍSIMA RECOPILACION DE LAS LEYES DE ESPAÑA,

MANDADA FORMAR

POR EL SEÑOR DON CÁRLOS IV.

EDICION PUBLICADA

**POR DON VICENTE SALVÁ,**

EN LA QUE VAN AGREGADAS AL FIN

LAS ORDENANZAS DE BILBAO,

SE HAN INTERCALADO EN CADA UNO DE LOS DOCE LIBROS LAS LEYES DE 1805 Y 1806 DEL SUPLEMENTO, Y SE LAS HA INCLUIDO EN EL ÍNDICE CRONOLÓGICO Y EL DE LOS SUMARIOS DE LOS TÍTULOS.

---

TOMO QUARTO.

---

LIBROS IX, X, XI Y XII.

...chez año de 1848

PARIS,

LIBRERÍA DE DON VICENTE SALVÁ,

CALLE DE LILLE, Nº 4.

1846.

Case 3:09-cv-01332-AWT Document 78-17 Filed 06/01/10 Page 12 of 22

particion extrajudicial sin intervencion de la Justicia; se suscitó duda entre el Comandante de las Armas, y el Corregidor sobre conocimiento en el asunto; y enterado de todo, me he servido resolver, que el conocimiento de dicha testamentaría, quando se hubiese de formalizar, corresponde al Corregidor, estando como está el Regimiento en campaña, en virtud de lo dispuesto en el art. 24. tit. 8. de la Real declaracion de Milicias, y lo mismo el recogimiento de papeles relativos al Cuerpo, para su remision al Inspector, ú otro destino á que correspondan; todo en el concepto de recaer en él con arreglo á ordenanza la jurisdiccion militar del Cuerpo: y que mediante á que en su disposicion nombró comisarios para que entendiesen en la práctica de inventario, cuenta y particion de sus bienes, debe dicho Corregidor dexarles en libertad para que cumplan la voluntad del testador, sin otra obligacion que la de presentarle la referida particion, luego que la tengan concluida, para su aprobacion, archivo y remision al Consejo del testimonio que se previene en Real órden de 1767.

1791, y consiguiente cédula del Consejo de Indias fecha 20 de Enero de 92, se sirvió S. M. declarar, que quando el padre nombra en su testamento contador y partidor extrajudicial, y las partes estan conformes en que tenga efecto, no debe impedirse por la Justicia, aun quando haya menores ó ausentes; quedándola salvo el acto de aprobacion de la cuenta, y adjudicaciones que se practiquen por el comisionado, y el poder reparar entónces qualquiera agravio que justamente se notase, por ser esto lo mas conforme á las leyes, y á las amplias facultades que por ellas se conceden á los testadores, y señaladamente á los padres, por efecto de la patria potestad tan recomendada siempre en el Derecho; sin que á ello obste el que el contador haya rematado su oficio, con la expresa condicion de intervenir en los inventarios y particiones de los Milicianos igualmente que de los demas vecinos: por deberse entender esto en unos y otros, siempre que los testadores en uso de aquella facultad no hubiesen nombrado contador y partidor extrajudicial, en cuyo caso deberá practicarse por el judicial, á reserva de aprobarse su operacion por la respectiva Justicia, y reparar entónces qualesquiera agravio ó perjuicio que se notase.

---

# TITULO XXII.

## DE LOS BIENES VACANTES Y MOSTRENCOS.

### LEY I.

Ley 13. tit. 5. lib. 3. del Fuero Real; y D. Enrique III. cap. 18. tit. de *pœnis*.

*Aplicacion á la Real Cámara de los bienes del difunto intestado sin herèderos legítimos.*

Todo hombre ó muger que finare, y no hiciere testamento en que establezca heredero, y no hubiere heredero de los que suben ó descienden de línea derecha, ó de travieso, todos los bienes sean para nuestra Cámara. (*ley* 12. *tit.* 8. *lib.* 5. *R.*)

### LEY II.

D. Alonso y D. Enrique III. en el quaderno de las penas de Cámara cap. 13.

*Aplicacion á la Real Cámara de las cosas mostrencas cuyo dueño no pareciere en un año.*

Toda la cosa que fuere hallada en qualquiera manera mostrenca desamparada, debe ser entregada á la Justicia del lugar ó de la jurisdiccion que fuere hallada, y debe ser guardada un año; y si dueño no paresciere, debe ser dada para nuestra Cámara. (*ley* 6. *tit.* 13. *lib.* 6. *R.*)

### LEY III.

D. Juan I. en Birbiesca año 1387 ley 15.

*Obligacion de dar cuenta á la Justicia el que supiere de tesoro, bienes ó cosa perteneciente al Rey, con el premio de la quarta parte de ello.*

Ordenamos y mandamos, que qualquiera que supiere ó oyere decir, que en la ciudad, villa ó lugar donde morare, ó en su término hobiere tesoro ó otros bienes algunos, ó otras cosas que pertenezcan á Nos, que nos lo ven-

gan á hacer saber luego por ante Escribano público á la Justicia que hobiere jurisdiccion en aquel lugar : y el que lo hiciere así saber, si fuere hallado que fué así verdad lo que hizo hacer saber, que haya por galardon la quarta parte de lo que así hiciere saber : y mandamos, que la Justicia del lugar ó término donde esto acaeciere, que luego que tal cosa le fuere hecha saber en qualquiera manera, que de su oficio sepan la verdad del hecho, ó por pesquisa, y por quantas partes pudieren ; y todo lo que sobre tal cosa hallaren en tal hecho, que lo envien ante Nos cerrado, y sellado y signado de Escribano público, porque Nos veamos y mandemos sobre ello lo que nuestra merced fuere, y halláremos por Derecho ; y si lo así no hicieren, que por el mismo hecho pierdan el oficio. (*ley* 1. *tit.* 13. *lib.* 6. *R.*)

## LEY IV.

D. Fernando y D.ª Isabel en Madrigal año de 1476 ley 31.

*Diligencias que debe practicar el que hallare las cosas mostrencas, para hacerlas suyas.*

Ordenamos, que qualquiera que hallare alguna cosa agena, sea tenudo de lo poner luego en mano y poder del Alcalde de la ciudad ó lugar en cuyo término fuere hallada ; y el dicho Alcalde sea tenudo de lo poner en poder de persona ó personas idóneas, que lo tengan de manifiesto por un año y dos meses : y el que lo ansí hallare, ó aquel á quien pertenesciere por privilegio, uso y costumbre lo mostrenco, hágalo en este ínterin pregonar por público y conoscido pregonero del lugar, do la cosa fuere hallada, cada mes en dia de mercado. Y mandamos, que el mismo dia que fuere hallada, la notifique el que la hallare ante el Escribano del Concejo del dicho lugar ; y si hasta el término de un año y dos meses el señor de la cosa hallada viniere, libremente le sea restituida, pagando las costas que fueren hechas en la guardar : y si aquel, ó á quien pertenece lo mostrenco, no hiciere las diligencias de suso contenidas, pierda el derecho que le compete al mostrenco, y la cosa hallada la restituya como por hurto. (*ley* 7. *tit.* 13. *lib.* 6. *R.*)

## LEY V.

D. Enrique II. en Toro año de 1371 pet. 17.

*Diligencias que ha de hacer el que hallare ganado mostrenco.*

Nuestra merced y voluntad es, que los ganados, que atraviesan de un lugar á otro y de una cabaña á otra, sean seguros, y no se pierdan por mostrenco ó algarino : mandamos, que si los tales ganados fueren hallados en campos sin pastor, que qualquier que los hallare, los tenga de manifiesto en sí hasta sesenta dias, y que los haga pregonar en los mercados acostumbrados ; y si los señores dellos parecieren, que les sea luego dado y entregado lo suyo, pagando la costa que hubiere hecho en lo guardar. (*ley* 8. *tit.* 13. *lib.* 6. *R.*)

## LEY VI.

D. Cárlos III. en S. Lorenzo por dec. de 27 de Nov. ins. en céd. del Consejo de 6 de Dic. de 1785.

*El Superintendente general de correos y caminos lo sea tambien de los bienes mostrencos, vacantes y* abintestatos, *con jurisdiccion privativa, é inhibicion de los Tribunales.*

Enterado del abandono y negligencia con que se ha tratado por las Justicias ordinarias el ramo y recaudacion de los bienes mostrencos, *abintestatos* y vacantes que pertenecen á mi Corona, desde que se les encargó el conocimiento por Real cédula de 9 de Octubre de 1766 (1), y de lo que sobre estos y otros puntos me han representado el Consejo y la Comisaría general de Cruzada : : : y habiéndose tratado con este motivo del modo de arreglar el conocimiento y administracion, y de formar las

(1) Por esta citada cédula de 9 de Octubre de 66 declaró S. M. por regla general, que en conformidad á lo dispuesto en la ley 1. de este título, y la 6. tit. 13. Partida 6. el conocimiento de todos los asuntos de bienes mostrencos, é intestados en que no hubiere herederos conocidos, toca á las Justicias Reales ordinarias, y á las respectivas Chancillerías y Audiencias en sus casos, sin mezcla alguna de los Subdelegados de Cruzada : y que quando los bienes quedasen mostrencos ó vacantes, evacuadas que fuesen las solemnidades necesarias, se adjudicasen á la Real Cámara como mandan las citadas leyes ; sin que persona alguna eclesiástica, ni el Tribunal y Subdelegados de Cruzada puedan adjudicar á sus santos fines cosa alguna, ni mezclarse en esta Judicatura del todo temporal, ni turbar á título de ella el conocimiento de estos negocios, privativo de las Justicias ordinarias, y de las Chancillerías y Audiencias en apelacion.

# EXHIBIT B-38

# RECOPILACION
## DE LEYES DE LOS REYNOS
# DE LAS INDIAS.

MANDADAS IMPRIMIR, Y PVBLICAR
POR LA MAGESTAD CATOLICA DEL REY

# DON CARLOS II.

NVESTRO SEÑOR.

VA DIVIDIDA EN QVATRO TOMOS, con el Indice general, y al principio de cada Tomo el Indice especial de los titulos, que contiene.

## TOMO PRIMERO.

*En Madrid*: POR IVLIAN DE PAREDES, Año de 1681.

les dieren para cobrar la costa del viage.

*Ley xxvij. Que los Religiosos enviados à Filipinas, no se queden en otras partes.*

D. Felipe segũdo en Aranjuez à 17. de Abril de 1594. D. Felipe Tercero en san Lorẽço à 17. de Setiẽbre de 1611.

MANDAMOS A nuestros Virreyes y Governadores de la Nueva España, y encargamos á los Prelados de las Religiones, á cada vno por lo que le toca, que procuren con toda diligencia y especial cuidado, que los Religiosos enviados á las Islas Filipinas, passen sin detenerse, y no los consientan en otras Provincias, ni admitan alguna escusa.

*Ley xxviij. Que no se consientan en las Filipinas Religiosos escandalosos.*

D. Felipe Tercero en S. Lorenço à 17. de Setiembre de 1616.

ORDENAMOS A nuestro Governador y Capitan General de las Islas Filipinas, que haviendo en ellas algunos Religiosos, que vivan con mucho escandalo, y no conforme á su Instituto, Habito y Profession, y otros expulsos de sus Religiones, que los Provinciales no puedan echar de aquella Provincia, por la dificultad de embarcarlos á Mexico, acuda al remedio de esto, siendo necessario, y como mas convenga al servicio de Dios nuestro Señor, de manera, que no queden semejantes Religiosos en aquellas partes.

*Ley xxix. Que sin mucha consideracion y causa razonable no se dè licencia à ningun Religioso para salir de Filipinas.*

D. Felipe segũdo en san Lorenço à 9. de Agosto de 1589. D. Felipe Quarto en Madrid á 4. de Iunio de 1620.

CONSIDERANDO Lo que se gasta de nuestra Real hazienda en el passage de los Religiosos á las Islas Filipinas, y la falta que hazen los que se vienen, y el lugar que ocupan en los Navios, y que algunos persuaden á otros á que no passen á aquellas partes. Mandamos á nuestros Governadores de las dichas Islas, que quando huvieren de salir de ellas algunos Religiosos para estos Reynos, ó para otras partes, se junten con el Arçobispo, y haviendolo conferido, no les dén licencia para salir de las Islas sin mucha consideracion, y muy razonable causa.

*Ley xxx. Que no passen de Filipinas à la China Religiosos Doctrineros, ni los que han ido à costa de el Rey, sin licencia del Governador y Arçobispo.*

D. Felipe II. en Barcelona à 8. de Iunio de 1585. Y en Toledo á 15. de Mayo de 1596. Y D. Felipe Quarto en esta Recopilacion.

PORQUE Algunos Religiosos de los que assisten en las Islas Filipinas, suelen passar á la China, sin la orden que conviene, dexando las Doctrinas que tienen á su cargo, de que se siguen muchos inconvenientes y daños, por la falta que hazen á lo començado y assentado en la enseñança y educacion de los Indios, encargamos á los Prelados Regulares de las Islas Filipinas, que no dén lugar á que ninguno de los Religiosos de sus Ordenes vaya á la China, ni desampare la Doctrina que tuviere á cargo; sin licencia particular, y orden de el Governador y Arçobispo, con expressa mencion de que no es contra esta ley, teniendo en ello mucha cuenta y vigilancia. Otrosi mandamos, que los Religiosos, que ván á nuestra costa á las dichas Is-

# EXHIBIT B-39

# CÓDIGO DE AGUAS

DEL

# PERÚ

UNIV. OF CALIFORNIA

LIMA

LIBRERIA É IMPRENTA GIL

Banco del Herrador Nos. 113 y 115

1902

Digitized by Google

Art. 45. El dueño conservará su derecho de propiedad en el terreno que, por haberlo cortado el río, quedare separado de su fundo.

Art. 46. En los ríos navegables, son del dominio público los terrenos de nueva formación convertidos en islas.

En los ríos no navegables, corresponderán estas islas á los propietarios de la orilla hacia donde ellas se formen; pero si no se formaren en un solo lado, serán divisibles entre los dueños de las orillas, con una línea que se supone tirada por medio del río.

Art. 47. Pertenecen á los dueños de los terrenos confinantes con los arroyos, torrentes, ríos y lagos, al acrecentamiento que reciban paulatinamente por la accesión ó sedimentación de las aguas. Los sedimentos minerales que como tales se hubiesen de utilizar, habrán de solicitarse con arreglo á la legislación de minas.

Art. 48. Cualquiera puede recoger y salvar los animales, maderas, frutos, muebles y otros productos de la industria arrebatados por la corriente de las aguas públicas ó sumergidos en ellas, debiendo procederse conforme á lo dispuesto en los artículos 515 y siguientes del Código Civil.

DEL HALLAZGO Ó INVENCIÓN.

Art. 49. El que se halla una cosa está obligado:

1.° A poner carteles en los lugares de costumbre, avisando que la ha hallado.

2.° A publicarlo por los periódicos donde los haya.

3.° A dar parte al juez del lugar.

Art. 50. Si el dueño parece y prueba que la cosa es suya, dando sus señales, le será devuelta.

Art. 51. El inventor tendrá derecho á que se le paguen los gastos hechos en conservar la cosa y en averiguar quien es su dueño.

Art. 52. El que halle cosas arrojadas por el mar, que se presume hayan sido de propiedad de alguno, está obligado á avisarlo al juez del lugar. Este las hará depositar y dará cuenta inmediatamente á la autoridad política del departamento, para que se publique por los periódicos la relación de ellas.

Art. 53. Las cosas encontradas en la playa, por resultado de naufragio ó de echazón, se entregarán al dueño tan luego que parezca y acredita que le pertenecen.

Art. 54. El dueño pagará al inventor los gastos de conservación de las cosas, y además por vía de premio, un quince por ciento sobre el valor de ellas.

Art. 55. Si en el término de seis meses, contados desde la publicación prescrita por los artículos 49 y 52, no parece el dueño de las cosas á que éstos se refieren, corresponderán al que las halló.

Art. 56. El tesoro y toda cosa enterrada cuyo dueño no puede ser conocido, si se hallan en terreno público ó de ninguno, corresponde al que las encontró.

Art. 57. Ninguno puede buscar tesoro en terreno labrado ó edificado sin consentimiento del dueño de éste.

Art. 58. En todo caso, el tesoro encontrado en propiedad particular se dividirá por iguales partes entre el dueño del terreno y el

Digitized by Google

inventor, salvo los convenios especiales.

Art. 59. El que ha buscado tesoro en fundo ajeno debe dejar el fundo en estado que no cause perjuicio al propietario.

Art. 60. Las brozas, ramas y leñas que vayan flotando en las aguas ó sean depositadas por ellas en el cauce ó en terrenos de dominio público, son del primero que las recoje; las dejadas en terrenos de dominio privado son del dueño de las fincas respectivas.

Art. 61. Los árboles arrancados y trasportados por la corriente de las aguas, pertenecen al propietario del terreno á donde vinieren á parar, si no los reclaman dentro de un mes los antiguos dueños, quienes deberán abonar los gastos ocasionados en recojer los árboles ó ponerlos en lugar seguro.

Art. 62. Los objetos sumerjidos en los cauces públicos siguen perteneciendo á sus dueños; pero si en el término de un año no los extrajesen, serán de las personas que efectúen la extracción, previo el permiso del juez del lugar. Si los objetos sumerjidos ofreciesen obstáculo á las corrientes ó á la viabilidad, se concederá por la autoridad un término prudente á los dueños, trascurrido el cual sin que hagan uso de su derecho, se procederá á la extracción como de cosa abandonada.

El dueño de objetos sumerjidos en aguas de propiedad particular, solicitará del dueño de éstas el permiso para extraerlos, y en caso de que éste lo negase, concederá el permiso el juez del lugar, previa fianza de daños y perjuicios.

## CAPÍTULO VI.

### DE LAS OBRAS DE DEFENSA CONTRA LAS AGUAS PÚBLICAS.

Art. 63. Los dueños de terrenos lindantes con cauces públicos tienen libertad de poner defensas contra las aguas en sus respectivas márgenes por medio de plantaciones, estacadas ó revestimientos, siempre que lo juzguen conveniente, dando de ello oportunamente conocimiento á la autoridad respectiva, la cual podrá mandar suspender tales obras y aún restituir las cosas á su antiguo estado, cuando por circunstancias amenacen aquellas causar perjuicios á la navegación ó flotación de los ríos, desviar las corrientes de su curso natural, ó producir inundaciones.

Art. 64. Cuando las plantaciones y cualquier obra de defensa que se intente, hayan de invadir el cauce, no podrán ejecutarse sin el consentimiento de la autoridad respectiva.

Art. 65. En los cauces donde convenga ejecutar obras poco costosas de defensa, la autoridad respectiva concederá una autorización general para que los dueños de los terrenos limítrofes, cada cual en la parte de cauce lindante con su respectiva ribera, puedan construirlas, pero sujetándose á las condiciones que la misma autoridad fije, encaminadas á evitar que unos propietarios causen perjuicio á otros.

Digitized by Google

enfiteuta, usufructuario ó arrendatario.

Art. 275. Cuando los terrenos cultivables ó cultivados no pasen de cuarenta hectáreas, ó el agua que se pida no exceda de tres mil seiscientos litros por hora, las concesiones serán otorgadas por los respectivos prefectos, quienes procederán en conformidad con los artículos 266, 267, 268, 269 y 270 en cuanto sean aplicables á cada departamento; pero terminados los expedientes favorablemente á los interesados, los elevarán al Ministerio de Fomento en revisión.

Cuando la resolución prefectural sea adversa al postulante, puede éste pedir revisión al mismo Ministerio.

Art. 276. Los que quieran agua para irrigar terrenos baldíos, fiscales ó municipales, se sujetarán á la ley de 9 de Octubre de 1893. (1)

Art. 277. Las disposiciones de los Concejos Municipales para evitar que los caminos se anieguen con notable desperdicio del agua serán intimadas á la comunidad de regantes respectiva, y se ejecutarán coactivamente sin que quepa ningún recurso, mientras dichas disposiciones no se hayan cumplido.

## CAPÍTULO XV.

### DE LAS COMPETENCIAS DE LOS TRIBUNALES EN MATERIA DE AGUAS.

Art. 278. Corresponde á los Tribunales ordinarios el conocimiento de todos aquellos asuntos que por su carácter de contenciosos no pudieran ser resueltos por las autoridades designadas en la presente ley.

(1) Véase esa ley en la colección oficial de leyes del año citado, pág 23.

### Disposiciones transitorias

Art. 279. Donde no exista distribución de aguas, y mientras ésta se efectúa, se dispone para los efectos del artículo 235, que diez fanegadas de cultivo corresponden á un riego de agua y dan derecho á un voto.

Art. 280. Todo lo dispuesto en esta ley es sin perjuicio de los derechos legítimamente adquiridos con anterioridad á su publicación.

Art. 281. La presente ley de aguas comenzará á regir cuatro meses después de la fecha de su promulgación.

Art. 282. Quedan derogadas todas las leyes, decretos y demás disposiciones que, acerca de la materia comprendida en la presente, se hubiesen dictado con anterioridad á su promulgación y estuviesen en contradicción con ella.

Comuníquese al Poder Ejecutivo, para que disponga lo necesario á su cumplimiento.

Dada en la Sala de Sesiones del Congreso, en Lima, á los veinticuatro días del mes de Febrero de mil novecientos dos.

M. Candamo, Presidente del Senado.—Mariano H. Corne-

Digitized by Google

## 1902 CÓDIGO DE AGUAS [WATER CODE]

Article 56

Treasures and all buried objects whose owner cannot be ascertained, found in public land or land without an owner, belong to the person who found them.

Article 57

No one may search for treasure on cultivated or developed land without the consent of the owner.

Article 58

Absent special circumstances, treasure discovered on private land shall be divided equally between the owner of the land and the discoverer.

Article 59

One who has searched for treasure on another's land must leave the land in a condition that causes no damage to the owner.

Article 282

This law annuls all inconsistent prior laws, decrees and other dispositions concerning the matters addressed herein. . . .