# EXHIBIT B-40

Case 3:09-cv-01332-AWT   Document 78-18   Filed 06/01/10   Page 1 of 12

# CONSTITUCION CODIGOS Y LEYES DEL PERU

RECOPILADOS Y CONCORDADOS

POR

**EDUARDO GARCIA CALDERON**

Doctor en Jurisprudencia, Ciencias Políticas y Económicas,
Juez de Primera Instancia
Premiado por la Municipalidad de Lima con Medalla de Oro



2A. EDICION

CASA EDITORA
LIBRERIA E IMPRENTA GIL - LIMA
JUNIN (ZARATE) N.° 459 Y 465
———— 1929 ————

Case 3:99-cv-01332-AWT   Document 73-18   Filed 06/01/10   Page 2 of 12

# CODIGO CIVIL

## TITULO PRELIMINAR

### De las leyes en general

**Art. I.** Las leyes obligan en todo el territorio de la República después de su promulgación. (1).

**Art. II.** La ley no dispone sino para lo venidero: no tiene efecto retroactivo. (1).

**Art. III.** A nadie puede impedirse la acción que no está prohibida por la ley. (1).

**Art. IV.** Las leyes de policía y de seguridad obligan a todos los habitantes del Perú.

**Art. V.** Están sujetos a las leyes de la República los bienes inmuebles, cualesquiera que sean la naturaleza y la condición de poseedor. (2).

**Art. VI.** Las leyes no se derogan por la costumbre ni por el desuso.

**Art. VII.** Ningún pacto exime de la observación de la ley; sin embargo, es permitido renunciar los derechos que ella concede, siempre que sean meramente privados, y que no interesen al orden público ni a las buenas costumbres.

**Art. VIII.** Los jueces no pueden dejar de aplicar las leyes, ni juzgar sino por lo dispuesto en ellas.

**Art. IX.** Los jueces no pueden suspender ni denegar la administración de justicia, por falta, oscuridad o insuficiencia de las leyes, en tales casos, resolverán atendiendo: 1.° al espíritu de la ley; 2.° a otras disposiciones sobre casos análogos; y 3.° a los principios generales del derecho; sin

---

(1) C. P. 2.—L. O. P. J. 56, inc. 3.°.
(2) C. C. 39 inc. 1.o—635.

32 .................... CÓDIGO CIVIL ....................

perjuicio de dirigir, por separado, las correspondientes consultas, a fin de obtener una regla cierta para los nuevos casos que ocurran.

**Art. X.** Las consultas de que habla el artículo, se elevarán al Poder Legislativo, por la Corte Suprema, con el respectivo informe favorable o adverso.

**Art. XI.** La Corte Suprema está obligada a dar cuenta al Congreso, en cada legislatura, de los defectos que notare en la legislación. (3).

**Art. XII.** Los jueces y tribunales superiores tienen la misma obligación establecida en el artículo anterior, que cumplirán por conducto de la Corte Suprema.

# LIBRO PRIMERO

## De las personas y sus derechos

### SECCION PRIMERA

DE LAS PERSONAS SEGÚN SU ESTADO NATURAL

### TITULO I

#### De los nacidos y por nacer

**Art. 1.°** El hombre, según su estado natural, es nacido o por nacer.

**Art. 2.°** El hombre desde que nace, tiene los derechos que le declaran las leyes.

**Art. 3.°** Al que está por nacer, se le reputa nacido para todo lo que le favorece. (4).

**Art. 4.°** El nacido y el que está por nacer necesitan, para observar y trasmitir estos derechos: que su nacimiento se verifique pasados seis meses de su concepción, que vivan cuando menos veinticuatro horas y que tengan figura humana.

**Art. 5.°** Al que ha muerto trescientos cinco días antes del nacimiento de un niño, no se le reputa su padre. (5).

**Art. 6.°** *La mujer a quien, por ausencia, separación o muerte del marido, interese el reconocimiento de su preñez, puede pedirlo según lo prescrito en el Código de Enjuiciamientos.*

**Art. 7.°** *Solo en el caso de muerte del marido sus herederos ab intestato o ab intestato. tienen derecho para pedir el reconocimiento de la plenez de la viuda.* (6).

**Art. 8.°** *Si dos o más nacen de un mismo parto, se considerarán iguales en los derechos civiles que dependen de la edad.* (7).

C. C. 604, 634, 220.
C. C. 222.
C. C. 110.
C. C. 632.

---
(3) L. O. P. J. 56 inc. 2.°

tivo, y todos los objetos destinados al servicio de la heredad.

3.º Los materiales que han formado un edificio, y que, están separados de él mientras se repara, y todas las cosas colocadas en el fundo, para que permanezcan en él perpetuamente.

Art. 457. Bajo la denominación simple de muebles, sin oposición a inmuebles, se comprende el menaje de una casa; pero no el dinero, alhajas, créditos, libros, ropa y demás objetos que no están destinados al adorno y comodidad de ella. (176).

Art. 458. Son fungibles las cosas que se consumen con el uso; y no fungibles las cosas que no se consumen aunque se deterioren con el uso.

Art. 459. Son públicas las cosas que pertenecen a una nación, y cuyo uso es de todos; comunes, las que pertenecen colectivamente a una corporación legalmente reconocida; de particulares, las que pertenecen a una o más personas consideradas individualmente; destinadas al culto, las que sirven para el ejercicio de la Religión del Estado; y de ningún dueño, las que no están en propiedad de nadie o se hallan vacantes.

## TÍTULO II

### De la propiedad o dominio y de sus efectos

Art. 460. Propiedad o dominio es el derecho de gozar y disponer de las cosas. (177).

Art. 461. Son efectos del dominio:

1.º El derecho que tiene el propietario de usar de la cosa y de hacer suyos los frutos y todo lo accesorio a ella.
2.º El de recogerla, si se halla fuera de su poder.
3.º El de disponer libremente de la posesión o uso de ella.
4.º El de excluir a otros de la posesión o uso de la cosa.

Art. 462. No se puede obligar a ninguno a ceder su propiedad, sino por utilidad pública, legalmente declarada, y previa indemnización de su justo valor. (178).

Art. 463. Los efectos del dominio directo, como el dueño de buidos entre dos dueños: uno directo, en reconocimiento del terreno a quien se paga un canon en reconocimiento

---

(176) O. O. 994.
(177) Ley 31 octubre 1849. Ley Marcas de Fábricas 19 de diciembre de 1892. Registro Propiedad Inmueble 28 de enero de 1893.
(178) O. 38. Expropiación forzosa 12 noviembre 1900. 23 octubre 1903.

dominio, y otro útil, cómo el dueño del uso y de los frutos que está obligado a pagar el canon. (179).

Art. 464. Se adquiere el dominio por los modos originarios de ocupación, invención y accesión, o por los derivativos prescritos en este Código. (180).

## TÍTULO III

### De la posesión y sus efectos

Art. 465. Posesión es la tenencia o goce de una cosa o de un derecho, con el ánimo de conservarla para sí. (181).

Art. 466. Hay posesión natural, por la mera aprehensión corporal de la cosa; la hay civil, por ministerio de la ley, aún sin dicha aprehensión.

Art. 467. La posesión es de buena fé, cuando el poseedor de la cosa cree tenerla bien adquirida, de aquel a quien consideraba ser su dueño o estar facultado para disponer de ella. Es de mala fé, cuando falta esa creencia. (182).

Art. 468. Se presume que todo poseedor posee para sí, en tanto no se pruebe lo contrario.

Art. 469. El que tiene una cosa o usa de ella a nombre por voluntad de otro, no posee para sí, sino para éste.

Art. 470. El poseedor goza de los derechos siguientes:
1.º Es reputado dueño de la cosa, mientras no se pruebe lo contrario.
2.º No está obligado a responder de la cosa sino en sumario, sino en ordinario, cuando la ha poseído 1 año.
3.º No debe ser desposeído de la cosa, no obstante citado, oído y vencido en juicio.
4.º Es preferido a cualquier otro que la pida en igual caso; excepto el caso en que deba darse posesión interina.
5.º Hace suyos los frutos de la cosa, mientras la posee de buena fé. (183).

Art. 471. Siempre que el poseedor actual pruebe haber poseído anteriormente, se presume que poseyó en el tiempo intermedio, si no se justifica lo contrario.

Art. 472. El poseedor de mala fé está obligado a la devolución de los frutos, deducidas sólo las expensas necesarias, y al resarcimiento de los daños causados por su

---

(179) C. C. 463.
(180) C. C. 490, 494, 500.—O. M. 5.
(181) C. C. 536 inc. 1.º
(182) C. C. 540.
(183) C. C. 2128.

# SECCION TERCERA

## DEL MODO DE ADQUIRIR EL DOMINIO

POR PRESCRIPCIÓN, ENAJENACIÓN Y DONACIÓN

## TITULO I

### De la prescripción (195)

*Disposiciones generales*

**Art. 526.** Prescripción es un modo civil de adquirir la propiedad de una cosa ajena, o de libertarse de una obligación, mediante el trascurso de un tiempo determinado, y bajo las condiciones señaladas por éste Código. (196).
La primera es prescripción de dominio, y la segunda prescripción de acción.

**Art. 527.** Los que tienen capacidad de enajenar pueden renunciar la prescripción ya adquirida; pero no el derecho de prescribir.

**Art. 528.** Se entiende renunciada la prescripción adquirida:
1.º Si el poseedor reconoce el dominio del propietario contra quien había prescrito.
2.º Si el deudor o su heredero confiesan, sin alegar prescripción, deber y no estar pagada la deuda; o si pagan el todo o una parte considerable, como la mitad, o cuando menos un tercio de la cantidad adeudada.

**Art. 529.** Pueden oponer la prescripción, los acreedores y cualquiera que tenga interés en ella, aunque el deudor no la oponga o la renuncie.

**Art. 530.** La excepción de prescripción puede oponerse en cualquier estado de la causa. (197).

**Art. 531.** Los jueces no pueden fundar sus fallos o resoluciones en la prescripción, sino ha sido alegada por los litigantes.

**Art. 532.** No corre el término para la prescripción:
1.º Contra el menor, durante la minoría.
2.º Contra el ausente en servicio del Estado, durante la ausencia.
3.º Contra el prisionero, durante su prisión.

---
(195) Tratado Montevideo.
(196) C. C. 478 inc. 2.º—C. P. C. 1165 inc. 3.º
(197) C. C. 1728.

**Art. 533.** No corre tampoco el término de la prescripción entre el marido y su mujer, ni entre los hijos y sus padres, ni entre los menores y sus guardadores. (198).

**Art. 534.** Son imprescriptibles las cosas públicas, las destinadas al culto y, en general, todas las que no están en el comercio de los hombres. (199).

**Art. 535.** El Estado, las iglesias, las corporaciones, los establecimientos públicos, las comunidades, todos pueden adquirir y perder por prescripción como los particulares; guardándose además las reglas siguientes:
1.º Que la cosa pueda ser de propiedad privada.
2.º Que el término para prescribir no corra a favor de los responsables a dar cuentas, sino desde el día en que haya cesado el ejercicio de su cargo; o desde que hayan presentado sus cuentas, si no las rindieron antes de dicho día.
3.º Que el Estado se considere como persona presente, para las prescripciones de cosas que están dentro de la República; y las iglesias, corporaciones, establecimientos y comunidades, para las cosas que están dentro de su respectivo departamento.
4.º Que las acciones por sueldos, rentas convencionales y responsabilidades civiles, en favor o en contra de los empleados, comisionados y administradores, sigan las reglas establecidas para la prescripción de acciones personales; sin perjuicio de lo dispuesto sobre acciones hipotecarias, cuando las hubiere.

*Prescripción del dominio*

**Art. 536.** Para adquirir por prescripción el dominio de una cosa, es necesario que concurran: (200).
1.º Posesión. (201).
2.º Justo título.
3.º Buena fé.
4.º Trascurso del tiempo señalado por este Código. (202).

**Art. 537.** La posesión debe tener los requisitos exigidos en el título 3.º de la sección 1.ª de este libro.

**Art. 538.** La posesión debe ser continua para que sirva de base a la prescripción.

---
(198) C. C. 1027.
(199) C. C. 227, 554, 1168, 2189.
(200) C. C. 1116.
(201) C. C. 465.
(202) C. C. 543 sgts. 1084 inc. 3.º—C. de A. 10 sgts.

Art. 539. Es justo título para adquirir por prescripción, toda causa bastante para trasferir el dominio, según los modos establecidos en este Código.

Art. 540. Consiste la buena fé, en que el poseedor crea que la persona de quién adquirió la cosa era el verdadero dueño, o que tenía facultad de enajenarla. (204).

Art. 541. La buena fé se presume mientras no se pruebe lo contrario.

Art. 542. En los casos en que no es conocido el justo título, no se presume la buena fé; es menester acreditarla.

Art. 543. Debe durar la posesión para prescribir el dominio:

1.º Tres años entre presentes o ausentes, cuando la cosa es mueble o semoviente.

2.º Diez años entre presentes y veinte entre ausentes, cuando es inmueble.

Art. 544. Si el propietario contra quien se prescribe estuviese parte del tiempo presente, y parte ausente, se rebajará la mitad del tiempo de ausencia y se contarán todos los demás años, siguiendo la regla de prescripción entre presentes.

Art. 545. El que posea una cosa por cuarenta años no estará obligado a presentar título, ni á responder sobre su buena fé.

Art. 546. Para la prescripción de muebles, se presume que el poseedor tiene justo título, si no se prueba lo contrario.

Art. 547. En cuanto a las cosas muebles que fueron robadas o perdidas, el tercer poseedor las prescribirá por seis años, si las adquirió con justo título en feria o mercado, o de alguna venta pública, o de persona que comercia con cosas de la misma clase; y por doce años, si las hubiese adquirido también con título justo, pero en otros lugares, o de otras personas diferentes de las indicadas. (205).

Art. 548. Podrá el poseedor actual, para completar el tiempo de la prescripción, juntar a su posesión la de su antecesor, cualquiera que hubiese sido el título, siendo justo, en virtud del cual se le trasmitió.

Art. 549. El término para prescribir corre desde que principia la posesión.

Art. 550. Se interrumpe el término de la prescripción: (206)

1.º Si por más de un año, el poseedor abandonó o perdió la posesión de la cosa, o fué privado de ella.

(204) C. C. 467.
(205) C. C. 514 sigts.
(206) C. C. 475.

2.º Si el poseedor fué demandado por el dueño u otra persona que representaba su derecho, emplazándole conforme al *Código de Enjuiciamientos*.

3.º Si el poseedor de la cosa, reconoció el dominio del propietario contra quien estaba prescribiendo.

Art. 551. Cesarán los efectos de la interrupción, comprendidos en el inciso 1.º del artículo anterior, si el poseedor recobrase la cosa abandonada o perdida, o si, por sentencia, se le restituyere la posesión de que fué privado.

Art. 552. La interrupción de que habla el inciso 2.º del artículo 550, no produce efecto contra el demandado, si se desecha la demanda, o si el que la interpuso se desiste o abandona la instancia, según el *Código de Enjuiciamientos*. (207).

Art. 553. Los que administren bienes de otro por ministerio de la ley o por encargo particular, no podrán adquirirlos por prescripción, sino a favor de la persona a quien representen. (207).

Art. 554. Los coherederos entre sí no prescribirán, por ningún tiempo, las cosas indivisas, ni un compañero contra otro, los bienes de la sociedad; ni los depositarios, las cosas depositadas; ni los arrendatarios, las locadas; ni ninguno, las cosas que posee para otro según el título 3.º sección 1.ª de este libro. (207 A).

Art. 555. Los herederos de las personas comprendidas en los artículos 553 y 554, no harán suyas, por prescripción, las cosas que allí se refieren; a no ser que, a título de sucesión, hubieren entrado a poseerlas de buena fé. En este caso, se requiere la posesión durante veinte años entre presentes, y treinta entre ausentes. (208).

*Prescripción de acciones*

Art. 556. Para la prescripción de acciones se necesita: (209)

1.º Que haya trascurrido el tiempo señalado por este Código.

2.º Que este tiempo no esté interrumpido.

Art. 557. Empieza a correr el término para la prescripción de acciones, desde la fecha en que se otorgaron los documentos en que se fundan, sean públicos o privados.

Art. 558. Cuando no se extendió documento de la obligación, corre el término desde que fué contraída.

(207) C. C. 1292.
(207 A) C. C. 468, 534, 475, 1168, 2139.
(208) C. C. 2141.
(209) C. C. 131, 167, 766, 1180, 1570, 2124, 2301.

Art. 559. En las obligaciones a plazo y en las condicionales, se cuenta el término para la prescripción, desde que el plazo se cumple o la condición se verifica. (210)

Art. 560. Las acciones quedan prescritas: (211)

1.° A los tres años, la de los abogados, médicos, maestros, boticarios, escribanos, peritos, procuradores, artesanos, mayordomos, dependientes de casa o de heredad, jornaleros y sirvientes domésticos, por lo que se les deba en razón de su profesión, trabajo o industria.

2.° A los diez años, el derecho de ejecutar.

3.° A los quince años, la acción personal.

4.° A los veinte años, la acción real, la que nace de una ejecutoria, la mixta y la hipotecaria.

Art. 561. A los treinta años de no haberse cobrado el canon de un censo o cualquiera otra renta perpétua, se prescribe el capital y los réditos devengados. Antes de cumplirse los treinta años se puede cobrar por acción ejecutiva las pensiones de los nueve últimos, y por acción ordinaria la de los diez años anteriores a estos últimos nueve, quedando prescritas las precedentes. (212).

Art. 562. Toda acción de un menor contra su guardador relativa a la administración de bienes, se prescribe por diez años contados desde que el menor entró en mayor edad.

Art. 563. Se interrumpe la prescripción de acciones:

1.° Si el deudor ha pagado parte de su deuda, dentro del término señalado para prescribirla.

2.° Si dentro del término de la prescripción ha pedido a su acreedor plazo para pagar o ha renovado la obligación.

3.° Si dentro del término de la prescripción ha sido citado y emplazado en juicio.

4.° Si dentro del término en que se prescriben las rentas perpétuas o los censos, se notifica al poseedor del fundo gravado la retención o el secuestro de la renta o del canon.

Art. 564. Para la prescripción de las acciones que nacen de delito se observará lo dispuesto en el Código Penal. (213).

Art. 565. Se prescriben las demás acciones civiles, en el tiempo y con los requisitos designados en los títulos correspondientes de este Código y del de Enjuiciamientos. (214).

(210) C. C. 1223.
(211) C. C. 1914 inc. 3.°
(212) C. C. 2022.
(213) C. P. 118 sgts.
(214) C. C. 590, 1072, 1347, 1356, 2207, 1076 inc. 1.°, 1827, 1927.—C. de C. 10.—C. J. M. 222.

Art. 566. La citación judicial hecha a uno de los obligados solidariamente, interrumpe también la prescripción de los demás.

Están comprendidos en esta disposición los fiadores solidarios.

Art. 567. Entre los coobligados no solidarios, la citación de uno no perjudica al otro.

Art. 568. La obligación del fiador simple no se prescribe, sino cuando ha prescrito la obligación principal. La citación del deudor perjudica al fiador.

Art. 569. En las prescripciones pendientes al tiempo de la promulgación de este Código, regirán las leyes antiguas.

Art. 570. Sin embargo, en las prescripciones pendientes de que habla el artículo anterior, cuyo término según las leyes antiguas, es mayor que el que correspondería conforme a este Código, se observarán las reglas siguientes:

1.ª Si el término de la prescripción se halla vencido con arreglo a este Código y faltan más de cuatro años para prescribir según la legislación antigua, el tiempo que falte quedará reducido a solo cuatro años.

2.ª Se observará este Código, si el tiempo que falte para prescribir, según él, es de más de cuatro años.

3.ª Regirá la legislación antigua, si el tiempo que falte para prescribir, según ella, fuere de cuatro años o menos.

## TÍTULO II

### De la enajenación

Art. 571. Por la enajenación se trasfiere a otro el dominio de una cosa, o a título gratuito, como en la donación, a título oneroso, como en la venta y la permuta.

Art. 572. Tienen facultad de enajenar todos los que pueden disponer libremente de sus bienes. Los límites de esta facultad están señalados por este Código.

Art. 573. Los que administran bienes ajenos pueden enajenarlos, conforme a la voluntad del dueño, si éste tiene consignada disposición de ellos, o usando del permiso que conceden las leyes en casos especiales. (215).

Art. 574. La enajenación se completa por la tradición, o sea la entrega que se hace de una cosa poniéndola a disposición del nuevo dueño.

Art. 575. Está obligado a la evicción y saneamiento el que enajena, algo por título oneroso, como en la venta, permuta, pago, dote necesaria, transacción, etc. (216).

(215) C. C. 1527.—C. P. C. 1337.
(216) C. C. 989, 1361, 1414, 1429 sigts.

**Art. 2206.** La acción civil en otras especies de cuasidelitos, se gradúa también por los daños causados y por las circunstancias del hecho.

**Art. 2207.** El término para intentar estas acciones es tres años. (795).

**Art. 2208.** La acción civil por daños provenientes de delitos o cuasidelitos, es independiente de la acción criminal que corresponda conforme a las leyes.

**Art. 2209.** La obligación de indemnizar por daños pasa a los herederos del responsable, dentro del término fijado en el artículo 2207. (796).

**Art. 2210.** El que sin culpa alguna causa daño, no está obligado a la reparación. No se hallan en este caso los que voluntariamente se han privado del uso de la razón, y en este estado causan daño a otro en su persona o en sus bienes.

**Art. 2211.** No hay obligación de indemnizar los daños causados en el ejercicio de un derecho; a no ser que en los modos de ejercerlo, se haya escogido voluntariamente el que era perjudicial.

## SECCION OCTAVA

### DEL MODO DE ACABARSE LAS OBLIGACIONES

**Art. 2212.** Extinguen las obligaciones:

1.º El pago.
2.º El perdón voluntario o condonación.
3.º La consolidación.
4.º La compensación.
5.º La novación.
6.º El mutuo disenso.
7.º La nulidad o rescisión. (797).
8.º La prescripción. (798).
9.º La destrucción de la cosa.

**Art. 2213.** Fuera de estos medios generales, hay especiales para extinguir ciertas obligaciones en virtud de sus títulos respectivos.

**Art. 2214.** El trascurso de cierto tiempo, no practicado ningún acto relativo al cumplimiento, extingue las obligaciones por prescripción, según las disposiciones del título 1.º, sección 3.ª del libro 4.º

(795) C. C. 565.
(796) C. P. 73.
(797) C. C. 2278.
(798) C. C. 526, 2119.—C. P. 119.

---

## TITULO I

### Del pago (798)

**Art. 2215.** Pago es el cumplimiento de la obligación, por el deudor o por otro a su nombre.

**Art. 2216.** Puede también verificarse el pago por un extraño en su propio nombre, expresando que no se sustituye al acreedor.

**Art. 2217.** La obligación de hacer no puede cumplirse por otro, si el acreedor no lo consiente; excepto si no le importe la calidad del ejecutor. (799).

**Art. 2218.** Para hacer pago válidamente, es necesario ser dueño de lo que se da en pago, y hábil para enajenarlo.

**Art. 2219.** Sin embargo, el que con buena fé recibió en pago cosas fungibles de quien no podía pagar, solo estará obligado a devolver lo que ha consumido; salvo los derechos de tercero y del acreedor para exigir del deudor, el valor de lo que a cada uno le falte, con los intereses y frutos de daños. (801).

**Art. 2220.** El pago que no se haga al acreedor o a su representante designado por el juez o por la ley, no extingue la obligación, a no ser que, hecho el pago a persona no autorizada, el acreedor lo ratifique o se aproveche de él.

**Art. 2221.** Extingue la obligación, el pago hecho a persona que estaba en posesión de cobrar aunque después se le desconozca o se declare que no la tuvo.

**Art. 2222.** Es nulo el pago hecho a los menores, locos, fátuos declarados, sin consentimiento de sus guardadores, aunque extingue la obligación.

Si en el caso anterior se prueba, que se pagó para alimentar o auxiliar a los menores, locos, fátuos, o a los guardadores, aunque en ausencia de los guardadores, se extingue la obligación en la parte pagada.

**Art. 2223.** No extingue su obligación, el deudor que paga después de estar notificado judicialmente para que verifique.

**Art. 2224.** Si está obligado a entregar especie determinada, la entrega contra la prohibición judicial, debe hacer el deudor, responder por los daños que sufra la especie.

# 1852 CIVIL CODE

<u>Preliminary Title Article II</u>

The law governs what follows but has no retroactive effect.

<u>Preliminary Title Article IX</u>

Judges may not suspend or deny the administration of justice for error, ambiguity or insufficiency of the law; rather, in every such case they must resolve the issue before them by reference to: 1) the spirit of the law; 2) dispositions in analogous cases; and 3) general principles of law . . .

<u>Article 461</u>

The attributes of ownership are:

1. The right to use the property, its fruits and all accessories

2. The right to reclaim the property when if it passes out of one's immediate control.

3. The right to dispose of the property in one's discretion

4. The right to exclude others from the possession or use of the property.

<u>Article 462</u>

No one shall be obliged to cede his property other than for public use, legally declared and preceded by indemnification for its fair value.

<u>Article 464</u>

Ownership may be acquired through the traditional means of occupation, discovery and accession, or by the derivative means set forth in this Code.

<u>Article 465</u>

Possession is the act of holding or enjoying a thing or a right with the intention to keep it for oneself.

<u>Article 522</u>

Treasures and all buried objects whose owner cannot be ascertained, found in public land or land without an owner, belong to the person who found them.

Article 528

[Extinctive] prescription is said to be renounced if: 1. The possessor recognizes the title of the owner against whom the limitation period has run. . . .

Article 536

In order to obtain title by acquisitive prescription, the following elements must be met:

1. Possession
2. Just title
3. Good faith
4. Expiration of the period of time specified by this Code.

Article 541

Good faith is presumed unless and until its absence is proven.

Article 543

To transfer ownership by acquisitive prescription, possession must last:
1. Three years for movable or semi-movable property, whether present or absent.
2. For immovable property, ten years if present, and twenty if absent.

Article 545

He who possesses an object for forty years is not obliged to present title nor defend his good faith.

Article 546

For the prescription of movable goods, it is presumed that the possessor has just title, unless it is proved otherwise.

Article 549

The term for prescription begins to run when possession begins.

Article 560

Extinctive prescription bars:

> 4. Actions *in rem*, writs of execution, encumbrances, and mixed [procedural or legal] claims, after twenty years.

<u>Article 568</u>

The obligation of the simple guarantor is not extinguished by prescription until the limitation period has run on the principal obligation

<u>Article 2212.8</u>

Prescription extinguishes obligations.