# EXHIBIT B-41

## LIBRO CUARTO

### De los derechos reales

### SECCION PRIMERA

### De los bienes

### TITULO I

### De las varias clases de bienes

**Artículo 812.-** Son inmuebles:

1.- Las tierras, minas y aguas públicas;
2.- Los predios;
3.- Las minas concedidas a los particulares;
4.- Las naves y aeronaves;
5.- Los ferrocarriles y sus vías;
6.- Los muelles y los diques;
7.- Las concesiones y autorizaciones para explotar servicios públicos;
8.- Los derechos sobre inmuebles inscribibles en el registro de la propiedad.

**Artículo 813.-** Es parte integrante de un bien lo que no puede ser separado sin destruir, deteriorar o alterar el mismo bien.

**Artículo 814.-** No pierden el carácter de parte integrante de un edificio los materiales que se han separado mientras se hacen reparaciones.

**Artículo 815.-** Es accesorio del predio todo lo que está aplicado permanentemente a su fin económico y se halla en una relación que responda a ese fin.

La separación temporal de los bienes a que se refiere este artículo no les hace perder su calidad.

**Artículo 816.-** Tienen el carácter de accesorios los árboles plantados, las semillas sembradas y los frutos mientras no están percibidos.

**Artículo 817.-** Las partes integrantes y los accesorios de un bien siguen la condición de éste, salvo los casos en que la ley o el contrato permiten su diferenciación.

**Artículo 818.-** Las disposiciones sobre frutos comprenden los productos si ellas no los excluyen expresamente.

**Artículo 819.-** Son muebles:

1.- Los bienes que pueden llevarse de un lugar a otro;

2.- Las fuerzas naturales susceptibles de apropiación;

3.- Las construcciones en terreno ajeno hechas para un fin temporal;

4.- Las acciones o cuotas de la sociedades o compañías, aún cuando ellas tengan por objeto adquirir inmuebles, o la edificación u otro comercio sobre esta clase de bienes;

5.- Los derechos patrimoniales del autor de obras literarias, científicas o artísticas y los

comprendidos en la propiedad industrial.

**6.-** Los derechos referentes a muebles, dinero, servicios y a inmuebles, si no son de los comprendidos en el inciso 8 del artículo 812;

**7.-** Las rentas de obligaciones emitidas conforme a la ley, salvo lo que se establezca en las leyes del crédito público.

**Artículo 820.-** Les muebles que forman el menaje de una casa no comprenden los libros, el dinero, joyas, documentos, papeles de crédito, medallas, armas, instrumentos de artes y oficios, ropas, granos y animales.

## TITULO II

### De los bienes del Estado y de los Particulares

**Artículo 821.-** Son bienes de propiedad privada los de los particulares que tienen título reconocido por la ley.

**Artículo 822.-** Son del Estado:

**1.-** Los bienes de uso público;

**2.-** El mar territorial y sus playas y la zona anexa que señala la ley de la materia;

**3.-** Los bienes que le corresponden por título legal, no comprendidos en los otros incisos de este artículo;

**4.-** Las tierras públicas, entendiéndose por tales las que no han tenido dueño y las que han sido abandonadas por el dueño que tuvieron; las minas y los bosques y demás fuentes naturales de riqueza, antes de su concesión; los ríos y demás aguas corrientes y los lagos, así como sus respectivos cauces y álveos;

**5.-** Los monumentos históricos y los objetos arqueológicos que están regidos por su ley especial;

**6.-** Las rentas nacionales.

Los bienes de las clases comprendidas en los incisos 1, 3 y 6 que corresponden a las instituciones o corporaciones oficiales quedan, además, sujetos a las leyes de dichas instituciones o corporaciones.

**Artículo 823.-** Los bienes de uso público son inalienables e imprescriptibles.

### SECCION SEGUNDA

### De la posesión

### TITULO UNICO

### De la posesión y de su adquisición y pérdida

**Artículo 824.-** Es poseedor el que ejerce de hecho los poderes inherentes a la propiedad o uno o más de ellos.

**Artículo 825.-** El poseedor temporal en virtud de un derecho es poseedor inmediato,

Sistema Peruano de Información Jurídica                                    Ministerio de Justicia

correspondiendo la posesión mediata a quien le confirió el derecho.

**Artículo 826.-** Se conserva la posesión aunque su ejercicio esté impedido por hechos de naturaleza pasajera.

**Artículo 827.-** El poseedor es reputado propietario mientras no se pruebe lo contrario. Esta presunción no puede oponerse a aquél de quien recibió el bien.

**Artículo 828.-** Si el poseedor actual prueba haber poseído anteriormente, se presume que poseyó en el tiempo intermedio, salvo prueba en contrario.

**Artículo 829.-** El poseedor puede unir a su posesión la de aquél que le transmitió el bien.

**Artículo 830.-** El poseedor puede repeler la fuerza que se emplee contra él y recobrar el bien sin intervalo de tiempo, si fue desposeído; pero, en ambos casos, deberá abstenerse de las vías de hecho no justificadas por las circunstancias.

**Artículo 831.-** Todo poseedor de inmuebles puede utilizar las acciones posesorias y los interdictos, conforme al Código de Procedimientos Civiles. Si su posesión es de más de un año puede rechazar los interdictos que se promuevan contra él.

**Artículo 832.-** La posesión es de buena fe cuando el poseedor cree en su legitimidad, por error de hecho o de derecho sobre el vicio que invalida su título.

**Artículo 833.-** La buena fe dura mientras las circunstancias permiten al poseedor presumir que posee legítimamente o hasta que es citado en juicio.

**Artículo 834.-** El poseedor de buena fe hace suyos los frutos.

**Artículo 835.-** El poseedor tiene derecho al valor de las mejoras necesarias y útiles que existan al tiempo de la restitución, y a retirar las de recreo que puedan separarse sin daño, si el dueño no opta por pagar su valor.

La regla de la primera parte no es aplicable a las mejoras hechas después de la citación judicial sino cuando se trata de las necesarias.

**Artículo 836.-** Restituido el inmueble se pierde el derecho de separación; y pasados dos meses tratándose de predios urbanos o de cuatro si se trata de rústicos, prescribe la acción de reembolso.

**Artículo 837.-** Quien debe pagar mejoras tiene derecho de optar entre el costo o el valor actual.

**Artículo 838.-** En los predios rústicos, el poseedor tiene derecho a la cosecha pendiente si ha hecho los gastos de preparación del terreno, siembra y cultivo, así como al valor de las raíces que quedaren después de recogida la cosecha; pero deberá pagar merced conductiva por la porción que ocupa.

Si las labores del cultivo no han terminado, el dueño puede optar por pagar una indemnización justipreciada de los gastos hechos por el poseedor.

**Artículo 839.-** En los casos en que el poseedor debe ser reembolsado de mejoras y gastos, tiene el derecho de retención.

**Artículo 840.-** El poseedor de mala fe responde de la pérdida o detrimento del bien por caso fortuito, si éste no se hubiese sufrido estando en poder del propietario.

**Artículo 841.-** El poseedor de mala fe está obligado a entregar los frutos percibidos, y, si no existen, a pagar su valor estimado al tiempo que los percibió o los debió percibir.

**Artículo 842.-** Si un poseedor no puede restituir el bien mueble por haber dispuesto de él, queda obligado a pagar su valor estimado al tiempo en que debió restituirlo.

**Artículo 843.-** La posesión se adquiere por la tradición, salvo los casos de adquisición originaria que establece la ley.

**Artículo 844.-** La tradición queda verificada entregando el bien a quien debe recibirlo o a la persona designada por él o por la ley.

**Artículo 845.-** La tradición se considera realizada:

**1.-** Para quien está poseyendo el bien por título distinto;

**2.-** Si se trasfiere el bien que está en poder de un tercero.

En este caso la trasmisión produce efecto en cuanto al tercero, sólo desde que es informado.

**Artículo 846.-** La tradición de valores se realiza con la entrega de los títulos que los representan.

**Artículo 847.-** Tratándose de artículos en viaje o sujetos al régimen de almacenes generales, la tradición se verifica por la trasferencia de los conocimientos u otros documentos destinados a recogerlos.

Sin embargo el adquirente de buena fe de los objetos mismos tiene preferencia sobre el tenedor de los documentos.

**Artículo 848.-** La posesión se pierde por el abandono del bien, y en general, cuando se pierde el ejercicio de hecho a que se refiere el artículo 824.

**Artículo 849.-** La presunción del artículo 827, tratándose de inmuebles inscritos en el registro de la propiedad inmueble, sólo favorece a las personas cuyo derecho está inscrito.

CÓDIGO CIVIL 1936

**SECCION TERCERA**

**De la propiedad**

**TITULO I**

**Disposiciones generales**

**Artículo 850.-** El propietario de un bien tiene derecho a poseerlo, percibir sus frutos, reivindicarlo y disponer de él dentro de los límites de la ley.

**Artículo 851.-** Las restricciones legales de la propiedad establecidas por interés público no pueden modificarse ni suprimirse por acto jurídico.

**Artículo 852.-** Por los actos jurídicos sólo pueden establecerse los derechos reales reconocidos en este Código. No se puede establecer la prohibición de enajenar, salvo en los casos permitidos por la ley.

**Artículo 853.-** La expropiación está sujeta a sus leyes especiales.

**TITULO II**

**De la propiedad inmueble**

**Artículo 854.-** La propiedad del predio se extiende al subsuelo y al sobresuelo, comprendidos dentro de los planos verticales del perímetro superficial, y hasta donde sea útil al propietario el ejercicio de su derecho.

La regla de este artículo comprende la propiedad de lo que se encuentra bajo el suelo, excepto las minas y las aguas, que están regidas por leyes especiales.

**Artículo 855.-** Los pisos de un edificio pueden pertenecer a diferentes propietarios, y si no existen pactos, se observarán las reglas siguientes:

**1.-** Las paredes maestras y las medianeras, los techos, las puertas de entrada y las demás obras que sirvan a todos serán costeadas en proporción al valor de cada piso;

**2.-** Al propietario de cada piso le corresponde costear el suelo de su piso; y al del último, el techo del suyo;

**3.-** Las escaleras se costearán por los dueños de los pisos a que sirvan, según el valor de cada piso;

**4.-** El alcantarillado y las aceras y pavimentación de la calle se pagarán a prorrata entre todos.

**Artículo 856.-** Se necesita el consentimiento de los dueños de todos los pisos para levantar otros, y para los demás trabajos que disminuyan el valor de aquellos.

**Artículo 857.-** En los casos de los dos artículos anteriores y en los no previstos en ellos, el juez resolverá en atención a las circunstancias y según las reglas de equidad.

**Artículo 858.-** El propietario no puede impedir que en su propiedad se ejecuten actos para servicios provisorios de las propiedades vecinas, que eviten o conjuren un peligro actual, pero se indemnizará el daño.

**Artículo 859.-** El propietario en ejercicio de su derecho, y especialmente en sus trabajos de explotación industrial, debe abstenerse de lo que perjudique las propiedades contiguas o vecinas, o la seguridad, el sosiego y la salud de sus habitantes.

Están prohibidos los humos, hollines, emanaciones, ruídos, trepidaciones y molestias análogas, que excedan de la tolerancia que mutuamente se deben los vecinos, en atención a las circunstancias.

**Artículo 860.-** Si amenaza ruina algún edificio u obra puede pedirse su reparación o su demolición.

**Artículo 861.-** Aquél que sufre o está amenazado de un daño porque otro se excede o abusa en el ejercicio de su derecho, puede exigir que se restituya al estado anterior, o que se adopten las medidas del caso, sin perjuicio de la indemnización por el daño sufrido.

**Artículo 862.-** El dueño de un predio o el usufructuario de él puede, en cualquier tiempo, obligar a los vecinos, sean dueños o usufructuarios al deslinde y al amojonamiento.

**Artículo 863.-** El propietario de un terreno tiene derecho de cercarlo, con sujeción a los reglamentos de policía.

**Artículo 864.-** Todo propietario puede exigir que se corten las ramas de los árboles que se extiendan sobre su propiedad y puede él mismo cortar las raíces que la invaden.

**Artículo 865.-** El propietario no puede hacer que las aguas de su propiedad corran en las propiedades vecinas, salvo que haya adquirido ese derecho.

**Artículo 866.-** Las restricciones de la propiedad territorial que resulten de las disposiciones legales tienen efecto para todos aunque no estén inscritas en el registro.

**Artículo 867.-** El propietario de un inmueble adquiere por accesión, lo que se une o adhiera materialmente a dicho inmueble.

**Artículo 868.-** Las obras de edificación en terreno ajeno, si son hechas de buena fe, corresponden al dueño del suelo con la obligación de pagar su valor; pero si son de mala fe, el dueño puede pedir la restitución de las cosas a estado anterior. En uno y otro caso tendrá derecho a la indemnización de los perjuicios.

**Artículo 869.-** Cuando con una edificación se ha invadido de buena fe, el suelo de la propiedad vecina sin que el dueño de ésta se hubiera opuesto, el propietario del edificio adquiere el terreno ocupado, pagando su valor, salvo que se destruya lo construido.

Si la porción ocupada hiciere insuficiente el resto del terreno para utilizarlo en una construcción normal, puede exigirse al invasor que lo adquiera totalmente.

**Artículo 870.-** El que edifica con materiales ajenos o el que siembra plantas o semillas ajenas, adquiere lo edificado o sembrado, pero debe pagar el valor de los materiales, plantas o semillas y los perjuicios causados.

**Artículo 871.-** Adquieren inmuebles por prescripción quienes los han poseído como propietarios de modo continuo durante diez años, con justo título y buena fe, o durante treinta años sin estos dos últimos requisitos.

**Artículo 872.-** Quien adquiere un inmueble por prescripción puede entablar juicio para que se le declare dueño. La sentencia que acceda a la petición es título para la inscripción de la propiedad en el registro y para cancelar el asiento a favor del antiguo dueño.

**Artículo 873.-** No son adquiribles por prescripción los bienes de una sociedad por los socios; ni los bienes depositados, retenidos, arrendados o dados en administración o mandato, por quienes los detienen por esos actos.

**Artículo 874.-** Los herederos de las personas comprendidas en el anterior artículo adquieren por prescripción los bienes a que él se refiere durante el plazo de veinte años, contados desde la muerte de su causante. Igual regla rige para los herederos de un condómino respecto de los bienes que éste posela en común.

**(\*) Complementado por D.L. 17117 de con fecha de publicación 15.11.68. cuyo texto dice lo siguiente :**

**Artículo 874.-** Los herederos de las personas comprendidas en el anterior artículo adquieren por prescripción los bienes a que él se refiere durante el plazo de veinte años, contados desde la muerte de su causante. Igual regla rige para los herederos de un condómino respecto de los bienes que éste posela en común.

El Estado y las personas jurídicas de derecho público interno adquirirán por prescripción los inmuebles que posean en condominio en un plazo de 20 años, contados desde la muerte de su condómino.(\*)

**Artículo 875.-** Se interrumpe el término de la prescripción si el poseedor perdió la posesión o fue privado de ella, pero cesa ese efecto si la recupera antes de un año, o si por sentencia se le restituye.

**Artículo 876.-** Rige en esta prescripción las reglas establecidas para la extintiva en cuanto sean aplicables.

### TITULO III

### De la propiedad mueble

**Artículo 877.-** Las cosas muebles que no pertenecen a nadie, como las piedras, conchas u otras análogas, que se hallen en el mar o en los ríos o en sus playas u orillas, se adquieren por la persona que las aprehenda, salvo las prohibiciones de las leyes y reglamentos.

**Artículo 878.-** Los animales de caza y pesca se adquieren por quien los coge, pero basta que hayan caído en las trampas o redes o que, heridos, sean perseguidos sin interrupción.

**Artículo 879.-** No está permitida la caza ni la pesca en propiedad ajena, sin permiso del dueño, salvo que se trate de terrenos no sembrados ni cercados. Los animales cazados o pescados en contravención a este artículo pertenecen al dueño del terreno sin perjuicio de la indemnización de los daños.

**Artículo 880.-** Los dueños de animales hembras adquieren las crías, salvo convención en contrario.

**Artículo 881.-** Las especies que resulten de la unión o mezcla de otras de diferentes dueños, pertenecen a éstos en proporción a los valores respectivos.

**Artículo 882.-** En los casos del artículo anterior, puede optarse por entregar o recibir las materias empleadas, si son de naturaleza fungible, pero indemnizará los daños quien procedió sabiendo que las especies eran ajenas.

**Artículo 883.-** Los objetos que se hacen de buena fe con materia ajena pertenecen al artífice

<u>Sistema Peruano de Información Jurídica</u>                                                          <u>Ministerio de Justicia</u>
pagando el valor de la materia empleada.

**Artículo 884.-** Quien hallare un objeto perdido está obligado a informar al dueño de él, y si no lo puede hacer dará aviso al juez, y, a falta de éste, a la autoridad local.

**Artículo 885.-** El dueño que recobre lo perdido o su precio está obligado al pago de los gastos y a abonar a quien lo halló la gratificación ofrecida o en su defecto una adecuada a las circunstancias.

**Artículo 886.-** Si el objeto hallado está expuesto a deterioro, se venderá en pública subasta.

**Artículo 887.-** El tesoro descubierto en terreno propio pertenece al descubridor íntegramente.

**Artículo 888.-** Nadie puede buscar tesoro en terreno ajeno, sin permiso del dueño.

**Artículo 889.-** El tesoro encontrado fuera del caso del artículo 887, se dividirá por iguales partes entre el que lo halló y el propietario del terreno, salvo pacto diverso.

**Artículo 890.-** Aquél que de buena fe y como propietario recibe de otro la posesión de un mueble, adquiere el dominio, aún cuando el enajenante de la posesión carezca de facultad para hacerlo.

Se exceptúan de esta regla los muebles objeto de las ventas a plazos que autoriza la ley de la materia, y los regidos por el Código Penal y otras leyes especiales.

**Artículo 891.-** La marca o la señal en los ganados que la lleven, prueba la propiedad de quien la tiene registrada a su nombre conforme a las leyes que se dicten.

**Artículo 892.-** La propiedad de los animales de raza y sus crías se acredita mediante la inscripción en el registro genealógico que establezca la ley.

**Artículo 893.-** La prescripción de los bienes muebles requiere la posesión continua a título de dueño por dos años, si hay buena fe, y por cuatro, si no la hay.

**Artículo 894.-** Rigen para la prescripción de los muebles las reglas de los artículos 872, 873, 875 y 876 en cuanto sean aplicables.

# REPUBLICA DEL PERU



# CODIGO  CIVIL

Promulgado por Decreto Supremo
de 30 de Agosto de 1936
en uso de la autorización contenida en la

## LEY No. 8305

## EDICION  OFICIAL

LIMA
LIBRERIA E IMPRENTA GIL, S. A.
CALLE DE ZARATE Nos. 459 Y 465
1936

2.º—Si el actor se desiste de la demanda o abandona la instancia.

**Art. 1165.**—La citación judicial hecha a uno de los obligados solidarios, interrumpe también la prescripción respecto de los demás.

**Art. 1166.**—La citación del deudor perjudica al fiador.

**Art. 1167.**—La interrupción de la prescripción puede alegarse por el titular del derecho, o por el tercero.

**Art. 1168.**—Se prescriben:

1.º—A los veinte años, la acción real y la que nace de una ejecutoria;

2.º—A los quince años, la acción personal;

3.º—A los dos años de la fecha de su celebración, la acción para anular los actos o contratos en que hubo error, dolo, fraude, coacción o incapacidad relativa del agente.

En caso de coacción, este plazo se cuenta a partir del día en que ella cesó, y en el de incapacidad relativa, desde aquél en que el agente adquirió la plena capacidad;

4.º—A los tres años, la acción de los abogados, médicos, cirujanos, dentistas, maestros, boticarios, hoteleros, peritos, profesores, ingenieros, agrimensores, arquitectos, procuradores, artesanos, mayordomos, dependientes de casa o heredad, jornaleros y sirvientes domésticos.

Este plazo se cuenta a partir del día en que cesaron los servicios;

5.º—A los tres años, la que proviene de pensiones alimenticias y la de suministro de víveres para el consumo;

6.º—A los dos años, a partir del día en que se causó el daño, la acción para exigir su reparación;

7.º—A los tres años, a partir del día en que cesó

la incapacidad, las acciones de los menores o incapaces contra sus padres;

    8.°—A los quince años, la acción de daños y perjuicios derivados para las partes de la violación de un acto simulado. Este plazo se cuenta a partir del día de la violación.

**Art. 1169.**—La acción de nulidad de un acto o contrato prescribe a los treinta años.

**Art. 1170.**—El término para deducir la excepción de nulidad se prescribe con la acción.

---

## SECCION SEGUNDA

### De las obligaciones y de sus modalidades

---

# TITULO I

### DE LAS OBLIGACIONES DE DAR

**Art. 1171.**—El acreedor de una cosa cierta no puede ser obligado a recibir otra.

**Art. 1172.**—La sola obligación de dar una cosa inmueble determinada, hace al acreedor propietario de ella, salvo pacto en contrario.

**Art. 1173.**—Si la cosa cierta que debe entregarse es mueble, y la reclamasen diversos acreedores a quienes el mismo deudor se hubiere obligado a entregarla, será preferido al acreedor de buena fé a quien el deudor hizo tradición de ella, aunque su título sea posterior. Si el deudor no hizo tradición de la cosa, será preferido el acreedor cuyo título sea de fecha anterior, salvo que el

CODIGO  CIVIL

años, el plazo de extinción será de diez años desde la fecha de vigencia de este Código.

**Art. 1833.**—La prescripción iniciada antes de ponerse en vigor este Código, se regirá por las leyes anteriores; pero si desde que fuese puesto en vigencia, trascurriera todo el tiempo en él exigido para la prescripción, surtirá ésta su efecto, aunque por dichas leyes anteriores se requiriese un lapso de tiempo mayor.

**Art. 1834.**—Los contratos  de compraventa  por mensualidades de casas de habitación o de lotes de terreno para edificar, y los de parcelas de campo por fragmentación de extensiones considerables, se regirán por las leyes especiales, y en su  defecto por las disposiciones de este Código.

**Art. 1835.**—Este Código entrará en vigencia después de setenta y cinco días contados a partir de su promulgación.


Dado en la Casa de Gobierno, en Lima, a los treinta días del mes de Agosto  de mil novecientos  treinta y seis.

O. R. BENAVIDES.

*Diómedes Arias Schreiber.*

## 1936 CIVIL CODE

<u>Article 822</u>

The following property is owned by the State:

1. Public use property;
2. The territorial sea, its beaches and the adjoining area as established by the applicable laws;
3. The property to which the State has legal title and which is not included in the other subsections of this article;
4. Public land, which is land that is not owned by any person and land that has been abandoned by its owner; mines and woods and other natural wealth resources, before any concessions are granted; rivers and other watercourses and lakes, as well as their respective riverbeds and streambeds;
5. Historical monuments and archeological objects governed by special laws;
6. National income.

Property listed in subsections 1, 3 and 6 above, which is related to official institutions or agencies is also subject to the rules governing such institutions or agencies.

<u>Article 887</u>

Treasure discovered on one's own land belongs entirely to the discoverer.

<u>Article 888</u>

No one may search for treasure on another's land without the owner's permission

<u>Article 889</u>

Treasure that is found outside the scope of article 887 shall be divided equally between the one who found it and the owner of the land.

<u>Article 893</u>

Acquisition of title through prescription requires continuous possession as owner for two years if there is good faith, and four if there is none.

<u>Article 1833</u>

[Extinctive] prescription begun prior to the entry into effect of this Code, is governed by previous laws . . .

# EXHIBIT B-42



| Constitución del Perú | Código Civil | Ley General de Sociedades | Normas Legales Oficiales | Abogados de Lima | Notarías del Perú |
|---|---|---|---|---|---|

Resaltar un Término

**Código Civil**

**Introducción y Titulo Preliminar**



www.innovacollege.com    Anuncios Google

**CODIGO CIVIL**

DECRETO LEGISLATIVO Nº 295

Promulgado 24.07.84

Publicado 25.07.84

Vigencia 14.11.84

*EL PRESIDENTE DE LA REPUBLICA*

*POR CUANTO:*

Que la Ley Nº 23403 creo la Comision Revisora del Proyecto de Codigo Civil preparado por la Comision establecida mediante Decreto Supremo Nº 95 de 1 de marzo de 1965, y, al mismo tiempo, faculto al Poder Ejecutivo para que, dentro del presente periodo constitucional y mediante Decreto Legislativo, promulgue el nuevo Codigo Civil, con cargo de fijar la fecha en que este debe entrar en vigencia;

Que el articulo 2 de la Ley Nº 23756 dispuso, con la finalidad expresada en su articulo 1, que el nuevo Codigo Civil podra ampliar, modificar o derogar disposiciones de codigos u otras leyes diferentes al Codigo Civil de 1936, en los terminos del Proyecto que apruebe la Comision Revisora creada por la Ley Nº 23403;

Que la mencionada Comision Revisora ha presentado, para su promulgacion, el Proyecto del nuevo CODIGO CIVIL, aprobado por ella de conformidad con la Ley Nº 23403 y el articulo 2 de la Ley Nº 23756;

De conformidad con los articulos 188 y 211, inciso 10, de la Constitucion Politica del Peru;

Con el voto aprobatorio del Consejo de Ministros; y,

Con cargo de dar cuenta al Congreso;

Ha dado el Decreto Legislativo siguiente:

**Articulo 1º.- Promulgase EL CODIGO CIVIL aprobado por la Comision Revisora creada por la Ley Nº 23403, segun el texto adjunto, que consta de 2,132 articulos distribuidos en doce partes, como sigue:**

**TITULO PRELIMINAR: Articulo I a X;**

**LIBRO I : Derechos de las Personas: Articulos de 1 al 139;**

**Promueva**

Envíe ésta web a un amigo

**Secciones**

Constitución del Perú

Código Civil

Ley General de Sociedades

Normas Legales Oficiales

**Directorios**

Abogados de Lima

Estudios Peruanos

Notarías del Perú

**AbogadoPeru**

Preguntas Frecuentes

Mapa Web

Quiénes Somos

Webs Afiliadas

Condiciones de Uso

## TITULO PRELIMINAR

## Articulo I.- Abrogacion de la ley

La ley se deroga solo por otra ley.

La derogacion se produce por declaracion expresa, por incompatibilidad entre la nueva ley y la anterior o cuando la materia de esta es integramente regulada por aquella.

Por la derogacion de una ley no recobran vigencia las que ella hubiere derogado.

## Articulo II.- Ejercicio abusivo del derecho

La ley no ampara el ejercicio ni la omision abusivos de un derecho. Al demandar indemnizacion u otra pretension, el interesado puede solicitar las medidas cautelares apropiadas para evitar o suprimir provisionalmente el abuso. (*)

Nota: Recoge las modificaciones hechas por la Primera Disposicion Modificatoria del Decreto Legislativo N° 768, publicado el 04-03-92 y la del

## Articulo 5 del Decreto Ley N° 25940, publicado el 11-1.- 92.

(*)

## Articulo vigente conforme a la modificacion establecida por la Primera Disposicion Modificatoria del Texto Unico Ordenado del Codigo Procesal Civil, aprobado por Resolucion Ministerial N° 10-93-JUS, publicada el 23-0.- 93.

## Articulo III.- Aplicacion de la ley en el tiempo

La ley se aplica a las consecuencias de las relaciones y situaciones juridicas existentes. No tiene fuerza ni efectos retroactivos, salvo las excepciones previstas en la Constitucion Politica del Peru.

## Articulo IV.- Aplicacion analogica de la ley

La ley que establece excepciones o restringe derechos no se aplica por analogia.

## Articulo V.- Orden publico, buenas costumbres y nulidad del acto juridico

Es nulo el acto juridico contrario a las leyes que interesan al orden publico o a las buenas costumbres.

## Articulo VI.- Interes para obrar

Para ejercitar o contestar una accion es necesario tener legitimo interes economico o moral.

El interes moral autoriza la accion solo cuando se refiere directamente al agente o a su familia, salvo disposicion expresa de la ley.

## Articulo VII.- Aplicacion de norma pertinente por el juez

Los jueces tienen la obligacion de aplicar la norma juridica pertinente, aunque no haya sido invocada en la demanda.

## Articulo VIII.- Obligacion de suplir los defectos o deficiencias de la ley

Los jueces no pueden dejar de administrar justicia por defecto o deficiencia de la ley. En tales casos, deben aplicar los principios generales del derecho y, preferentemente, los que inspiran el derecho peruano.

Las restricciones de la propiedad establecidas por pacto para que surtan efecto respecto a terceros, deben inscribirse en el registro respectivo.

## Articulo 927°.- Accion reivindicatoria

La accion reivindicatoria es imprescriptible. No procede contra aquel que adquirio el bien por prescripcion.(*)

(*) Rectificado por Fe de Erratas publicado el 24-07-84.

## Articulo 928°.- Regimen legal de la expropiacion

La expropiacion se rige por la legislacion de la materia.

CONCORDANCIAS: LEY N° 27117

*CAPITULO SEGUNDO - Adquisicion de la propiedad*

SUB-

*CAPITULO I - Apropiacion*

## Articulo 929°.- Apropiacion de cosas libres

Las cosas que no pertenecen a nadie, como las piedras, conchas u otras analogas que se hallen en el mar o en los rios o en sus playas u orillas, se adquieren por la persona que las aprehenda, salvo las previsiones de las leyes y reglamentos.

## Articulo 930°.- Apropiacion por caza y pesca

Los animales de caza y peces se adquieren por quien los coge, pero basta que hayan caido en las trampas o redes, o que, heridos, sean perseguidos sin interrupcion.

## Articulo 931°.- Caza y pesca en propiedad ajena

No esta permitida la caza ni la pesca en predio ajeno, sin permiso del dueño o poseedor, segun el caso, salvo que se trate de terrenos no cercados ni sembrados.

Los animales cazados o pescados en contravencion a este articulo pertenecen a su titular o poseedor, segun el caso, sin perjuicio de la indemnizacion que corresponda.

## Articulo 932°.- Hallazgo de objetos perdidos

Quien halle un objeto perdido esta obligado a entregarlo a la autoridad municipal, la cual comunicara el hallazgo mediante anuncio publico. Si transcurren tres meses y nadie lo reclama, se vendera en publica subasta y el producto se distribuira por mitades entre la Municipalidad y quien lo encontro, previa deduccion de los gastos.

## Articulo 933°.- Gastos y gratificacion por el hallazgo

El dueño que recobre lo perdido esta obligado al pago de los gastos y a abonar a quien lo hallo la recompensa ofrecida o, en su defecto, una adecuada a las circunstancias. Si se trata de dinero, esa recompensa no sera menor a una tercera parte de lo recuperado.

## Articulo 934°.- Busqueda de tesoro en terreno ajeno

No esta permitido buscar tesoro en terreno ajeno cercado, sembrado o edificado, salvo autorizacion expresa del propietario. El tesoro hallado en contravencion de este articulo pertenece integramente al dueño del suelo.

Quien buscare tesoro sin autorizacion expresa del propietario esta obligado al pago de la indemnizacion de

*CAPITULO PRIMERO - Disposiciones generales*

## Articulo 1666º.- Definicion

Por el arrendamiento el arrendador se obliga a ceder temporalmente al arrendatario el uso de un bien por cierta renta convenida.

## Articulo 1667º.- Facultad de arrendar bienes

Puede dar en arrendamiento el que tenga esta facultad respecto de los bienes que administra.

## Articulo 1668º.- Personas impedidas de arrendar

No puede tomar en arrendamiento:

**1.-** El administrador, los bienes que administra.

**2.-** Aquel que por ley esta impedido.

## Articulo 1669º.- Arrendamiento de bien indiviso

El copropietario de un bien indiviso no puede arrendarlo sin consentimiento de los demas participes. Sin embargo, si lo hace, el arrendamiento es valido si los demas copropietarios lo ratifican expresa o tacitamente.

## Articulo 1670º.- Prelacion entre arrendatarios

Cuando se arrienda un mismo bien a dos o mas personas, se prefiere al arrendatario de buena fe cuyo titulo ha sido primeramente inscrito o, en defecto de inscripcion, al que ha empezado a poseerlo. Si ninguno ha empezado a poseerlo, sera preferido el arrendatario cuyo titulo sea de fecha anterior, salvo que el de alguno conste de documento de fecha cierta.

## Articulo 1671º.- Arrendamiento de bien ajeno

Si el arrendatario sabia que el bien era ajeno, el contrato se rige por lo dispuesto en los articulos 1470, 1471 y 1472.

## Articulo 1672º.- Prohibicion de arrendatarios

El arrendador no puede realizar en el bien innovaciones que disminuyan el uso por parte del arrendatario.

## Articulo 1673º.- Reparaciones de bien arrendado

Si en el curso del arrendamiento el bien requiere reparaciones que no pueden diferirse hasta el fin del contrato, el arrendatario debe tolerarlas aun cuando importen privacion del uso de una parte de el.

## Articulo 1674º.- Resolucion o rebaja de renta

Cuando para reparar el bien se impide al arrendatario que use una parte de el, este tiene derecho a dar por resuelto el contrato o a la rebaja en la renta proporcional al tiempo y a la parte que no utiliza.

## Articulo 1675º.- Restitucion de bien mueble arrendado

El bien mueble arrendado se debe restituir en el lugar en que fue entregado, salvo pacto distinto.

## Articulo 1676º.- Paga de renta

El pago de la renta puede pactarse por periodos vencidos o adelantados. A falta de estipulacion, se entiende que se ha convenido por periodos vencidos.

## Articulo 1677º.- Arrendamiento financiero

salvo que el bien haya sido dado en comodato para una finalidad que no pueda suspenderse.

## Articulo 1734º.- Prohibicion de ceder uso del bien

El comodatario no puede ceder el uso del bien a un tercero sin autorizacion escrita del comodante, bajo sancion de nulidad.

## Articulo 1735º.- Obligaciones del comodante

Son obligaciones del comodante:

**1.-** Entregar el bien en el plazo convenido

**2.-** Comunicar oportunamente al comodatario si el bien adolece de algun vicio que conoce.

**3.-** No solicitar la devolucion del bien antes del plazo estipulado y, en defecto de pacto, antes de haber servido el uso para el que fue dado en comodato, salvo el caso previsto en el articulo 1736.

**4.-** Pagar los gastos extraordinarios que hubiese hecho el comodatario para la conservacion del bien.

## Articulo 1736º.- Devolucion del bien

Si el comodante necesita con urgencia imprevista el bien o acredita que existe peligro de deterioro o perdida si continua en poder del comodatario, puede solicitarle su devolucion antes de cumplido el plazo o de haber servido para el uso.

## Articulo 1737º.- Comodato indeterminado

Cuando no se ha determinado la duracion del contrato, el comodatario esta obligado a restituir el bien cuando el comodante lo solicite.

## Articulo 1738º.- Obligaciones del comodatario

Son obligaciones del comodatario:

**1.-** Custodiar y conservar el bien con la mayor diligencia y cuidado, siendo responsable de la perdida o deterioro que no provenga de su naturaleza o del uso ordinario.

**2.-** Emplear el bien para el uso determinado en el contrato o, en su defecto, segun la naturaleza del mismo y la costumbre, siendo responsable del deterioro o perdida provenientes del abuso.

**3.-** Permitir que el comodante inspeccione el bien para establecer su estado de uso y conservacion.

**4.-** Pagar los gastos ordinarios indispensables que exija la conservacion y uso del bien.

**5.-** Devolver el bien en el plazo estipulado o, en su defecto, despues del uso para el que fue dado en comodato.

## Articulo 1739º.- Eximencia de responsabilidad por uso ordinario

El comodatario no responde si el bien se deteriora o modifica por efecto del uso para el que ha sido entregado.

## Articulo 1740º.- Gastos de recepcion y restitucion del bien

Los gastos de recepcion y restitucion del bien corren por cuenta del comodatario.

## Articulo 1741º.- Responsabilidad por uso distinto del bien

El comodatario que emplea el bien para un uso distinto o por un plazo mayor del convenido es responsable de la perdida o deterioro ocurridos por causa que no le sea imputable, salvo que pruebe que estos hechos se habrian producido aun cuando no lo hubiese restituido en su oportunidad.

## Articulo 2089º.- Bienes corporales en transito

Los bienes corporales en transito se consideran situados en el lugar de su destino definitivo.

Las partes pueden someter la adquisicion y la perdida de los derechos reales sobre bienes corporales en transito a la ley que regula el acto juridico originario de la constitucion o de la perdida de dichos derechos, o a la ley del lugar de expedicion de los bienes corporales.

La eleccion de las partes no es oponible a terceros.

## Articulo 2090º.- Desplazamiento de bienes corporales

El desplazamiento de los bienes corporales no influye sobre los derechos que hayan sido validamente constituidos bajo el imperio de la ley anterior. No obstante, tales derechos solo pueden ser opuestos a terceros despues de cumplidos los requisitos que establezca la ley de la nueva situacion.

## Articulo 2091º.- Prescripcion de acciones sobre bienes corporales

La prescripcion de acciones relativas a bienes corporales que cambien de lugar durante el plazo de prescripcion, se rige por la ley del lugar en que se complete el tiempo necesario para prescribir, conforme a la ley de dicho lugar.

## Articulo 2092º.- Derechos sobre medios de transporte

La constitucion, transferencia y extincion de los derechos reales sobre los medios de transporte sometidos a un regimen de matricula, se regulan por la ley del pais donde se haya efectuado esta.(*)

(*) Rectificado por Fe de Erratas publicado el 24-07-84.

## Articulo 2093º.- Derechos reales sobre obras

La existencia y los alcances de los derechos reales relativos a obras intelectuales, artisticas o industriales se rigen por lo dispuesto en los tratados y leyes especiales; y si estos no fueran aplicables, por la ley del lugar donde dichos derechos se hayan registrado.

La ley local establece los requisitos para el reconocimiento y ejercicio de tales derechos.

## Articulo 2094º.- Forma de actos juridicos e instrumentos

La forma de los actos juridicos y de los instrumentos se rige por la ley del lugar en que se otorgan o por la ley que regula la relacion juridica objeto del acto. Cuando los instrumentos son otorgados ante funcionarios diplomaticos o consulares del Peru, se observaran las solemnidades establecidas por la ley peruana.

## Articulo 2095º.- Obligaciones contractuales

Las obligaciones contractuales se rigen por la ley expresamente elegida por las partes y, en su defecto, por la ley del lugar de su cumplimiento. Empero, si deben cumplirse en paises distintos, se rigen por la ley de la obligacion principal y, en caso de no poder ser determinada esta, por la ley del lugar de celebracion.

Si el lugar del cumplimiento no esta expresamente determinado o no resulta inequivocamente de la naturaleza de la obligacion, se aplica la ley del lugar de celebracion.

## Articulo 2096º.- Autonomia de la voluntad

La ley competente, de conformidad con lo dispuesto en el articulo 2095, determina las normas imperativas aplicables y los limites de la autonomia de la voluntad de las partes.

## Articulo 2097º.- Responsabilidad extracontractual

La responsabilidad extracontractual se regula por la ley del pais donde se realice la principal actividad que origina el perjuicio. En caso de responsabilidad por omision, es aplicable la ley del lugar donde el presunto responsable debio haber actuado.

## Articulo 2118º.- Revocacion del testamento cerrado

El testamento cerrado otorgado segun el regimen anterior a este Codigo que estuviere en poder del testador o de cualquier o de cualquier otra persona, se considera revocado si el testador lo abre, rompe, destruye o inutiliza de otra manera.

## Articulo 2119º.- Obligacion de presentar testamento cerrado

La persona que tuviere en su poder un testamento cerrado, otorgado segun el regimen anterior a este Codigo, esta obligada a presentarlo ante el juez competente, dentro de los treinta dias de tener noticias de la muerte del testador, bajo responsabilidad por el perjuicio que ocasione con su dilacion.

## Articulo 2120º.- Ultraactividad de legislacion anterior

Se rigen por la legislacion anterior los derechos nacidos, segun ella, de hechos realizados bajo su imperio, aunque este Codigo no los reconozca.

## Articulo 2121º.- Teoria de los hechos cumplidos

A partir de su vigencia, las disposiciones de este Codigo se aplicaran inclusive a las consecuencias de las relaciones y situaciones juridicas existentes.

## Articulo 2122º.- Reglas de prescripcion y caducidad iniciadas antes de la vigencia del Codigo

La prescripcion iniciada antes de la vigencia de este Codigo, se rige por las leyes anteriores. Empero, si desde que entra en vigencia, transcurre el tiempo requerido en el para la prescripcion, esta surte su efecto, aunque por dichas leyes se necesitare un lapso mayor. La misma regla se aplica a la caducidad.

## CUADRO DE MODIFICACIONES DEL CODIGO CIVIL

ARTICULO AFECTADO AFECTACION JURIDICA FECHA DE PUBLICACION

Art. II del Titulo Preliminar MODIFICADO por la Primera Disposicion Modificatoria del Decreto Legislativo N° 768 04-03-92

Art. II del Titulo Preliminar MODIFICADO por el Articulo 5 de la Ley N° 25940 11-1.- 92

2 segundo parr ADICIONADO por la Primera Disposicion Modificatoria del Decreto Legislativo N° 768 04-03-92

34 MODIFICADO por la Primera Disposicion Modificatoria del Decreto Legislativo N° 768 04-03-92

40 SUSTITUIDO por el Art.1 de la Ley N° 27723 14-05-2002

43 numeral 1 RECTIFICADO por Fe de Errata 24-07-84

46 RECTIFICADO por Fe de Erratas 24-07-84

46 MODIFICADO por el Art. de la Ley Nº 27201 14-11-99

47 primer parr MODIFICADO por La Primera Disposicion Modificatoria del Decreto Legislativo N° 768 04-03-92

47 primer parr. MODIFICADO por el Articulo 5 de la Ley N° 25940 11-1.- 92

58 segundo parr. ADICIONADO por la Primera Disposicion Modificatoria delDecreto Legislativo N° 768 04-03-92

60 ADICIONADO por la Primera Disposicion Modificatoria delDecreto Legislativo N° 768 04-03-92

60 MODIFICADO por el Articulo 5 de la Ley N° 25940 11-1.- 92

## 1984 CIVIL CODE

<u>Preliminary Title Article III</u>

The law applies to the consequences of existing legal relations and situations. It has no retroactive force or effect, except as otherwise provided in the Peruvian Constitution.

<u>Article 927</u>

Replevin actions are not subject to extinctive prescription. They do not proceed against individuals who have obtained title by acquisitive prescription.

<u>Article 1666</u>

By entering into a lease, the landlord commits itself temporarily to cede use of the property to the renter in exchange for an agreed rent.

<u>Article 1734</u>

A bailee may not cede use of a chattel to a third party without the bailor's written consent, on penalty of invalidity.

<u>Article 2091</u>

The [extinctive] prescription of actions involving chattels that change location during the limitation period shall be governed by the law of the place in which the chattel is located when the period required for [extinctive] prescription is completed, as provided under the law of that place.

<u>Article 2122</u>

[Extinctive] prescription begun prior to the effect of this Code is governed by previous laws. Nevertheless, if following the entry into effect of this Code, the time required herein for prescription elapses, then such provision should take effect even if a greater span of time is required by the previous law. . . .