# EXHIBIT C

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

REPUBLIC OF PERU,                           )
                                            )
    Plaintiff,                          )
                                            )          Case No. 3:09-cv-01322 (AWT)
v.                                          )
                                            )
YALE UNIVERSITY,                            )
                                            )
    Defendant.                          )

## <u>DECLARATION OF TAHLIA TOWNSEND</u>

I, Tahlia Townsend, being duly sworn, state the following:

1.      I am over the age of 18 years, believe in the obligation of an oath, and am competent to testify to the matters set forth in this Declaration.

2.      I am an attorney with the law firm Wiggin and Dana, LLP, and I represent Yale University in this case.

3.      Attached as Exhibits B-1 to B-47 to Yale's Proposed Response to Peru's Sur-Reply are true and correct copies of the following documents:

> **Exh.B-1.**     ARIAS RAMOS, José, Derecho Romano (Madrid, Editorial Revista de Derecho Privado), pp. 231-236

> **Exh.B-2.**     ARIAS-SCHREIBER PEZET, Max, *Exegis del Código Civil Peruano de 1984*, Tomo IV, p. 228

> **Exh.B-3.**     ARIAS-SCHREIBER PEZET, Max, *Exegis del Codigo Civil Peruano de 1984*, Tomo V, p.16

> **Exh.B-4.**     BONFANTE, Pedro, *Instituciones de Derecho Romano* (Madrid: Instituto Editorial REUS 1965) p. 259

**Exh.B-5.**  CASTAÑEDA, JORGE EUGENIO, *Instituciones de Derecho Civil, Los Derechos Reales* (Lima: Fondo Editorial de la Facultad de Derecho de la UNMSM 1965), Tomo I, pp. 247-249

**Exh.B-6.**  CALDERÓN, Francisco García, *Diccionario de la Legislación Peruanas* (París, 1879), p. 1058.

**Exh.B-7.**  CLAPP, James, *Dictionary of the law* (Random House 2000), p. 394-395.

**Exh.B-8.**  ESCRICHE, Joaquin, *Diccionario Razonado* (Madrid, Imprenta del Colegio Nacional de Sordo-Mudos), Tomo 1, p. 82

**Exh.B-9.**  ESPINOZA, Juan, *Los Principos del Titulo Preliminar del Código Civil de 1984* (2005), p. 140

**Exh.B-10.**  GARCÍA DEL CORRAL, D. Idelfondo, *Cuerpo del derecho civil romano* (Barcelona: Editorial Lex Nova), Tomo II, p.521

**Exh.B-11.**  GUTIÉRREZ DE LA QUINTANA, Emilio, *El Manco Cápac de la Arqueología peruana Julio C. Tello* (Lima 1922)

**Exh.B-12.**  HINESTROSA, Fernando, *La Prescripción Extintiva* (Universidad Externado de Columbia 2000), pp. 107-115

**Exh.B-13.**  JORDAN DE ASSO, Ignacio, *Instituciones del Derecho Civil de Castilla* (Valladolid: Editorial Lex Nova 1982) p.100.

**Exh.B-14.**  LUMBRERAS, Luis Guillermo, *Historia de un desbande*, El Comercio, Lima, agosto de 1977.

**Exh.B-15.**     OTS CAPDEQUÍ, José María, *Manual de Historia del Derecho Español en las Indias* (Buenos Aires: Editorial Losada S.A. 1945), pp. 447-449.

**Exh.B-16.**     PACHECO, Toribio, *Tratado de Derecho Civil* (Lima: Imprenta del Estado, segunda edición, 1872), tomo II,  pp. 287-294

**Exh.B-17.**     PALMA, Ricardo, *El carbunclo del diablo, Tradiciones perunas contempletas* (Aguilar, 1961), pp. 114–115

**Exh.B-18.**     RAMOS NÚÑEZ, Carlos, *Codificación, tecnología y postmodernidad* (Lima: Fondo Editorial PUCP), pp. 41-53

**Exh.B-19.**     RAMOS NÚÑEZ, Carlos, *El código napoleónico y su recepción en América Latina* (Lima: Fondo Editorial PUCP, 1997), pp. 170-1675

**Exh.B-20.**     RAMOS NÚÑEZ, Carlos, *Historia del Derecho civil peruano, Siglos XIX y XX* (Lima: Fondo Editorial PUCP, 2001), Tomo II, *La codificación santacrucina y el código civil de 1852*, pp. 308-315

**Exh.B-21.**     RAVINES, Roger, *Johan von Tschudi peruanista y anticuario*, Boletín de Lima, XXI, No. 117, Año 21, 1999, pp. 33–55

**Exh.B-22.**     RENAUT, Marie-Helene, *Histoire du droit de la propriété* (París, Ellipses, 2004), p. 59

**Exh.B-23.**     REVOREDO, Delia, *Exposicion de Motivos del Codigo Civil*, Tomo V, p.175

**Exh.B-24.**     RIPERT Georges y BOULANGER Jean, *Tratado de Derecho Civil*, Tomo VI, pp.355, 359

**Exh.B-25.**   ROMERO ROMAÑA, Eleodoro, *Derecho Civil. Los derechos reales* (Lima: Editorial PTCM, 1947), pp. 91, 92

**Exh.B-26.**   SAMANEZ ARGUMEDO, Roberto, *La conservación del patrimonio cultural a través de la historia*, Revista del Museo e Instituto de Arqueología, No. 23,  pp. 197–208

**Exh.B-27.**   TAMAYO HERRERA, José, *Historia del indigenismo cuzqueño, Siglos XVI – XX* (Lima: Instituto Nacional de Cultura, 1980), pp. 134, 138

**Exh.B-28.**   TELLO, Julio C. y MEJÍA XESSPE Toribio, *Historia de los Museos Nacionales del Perú 1822-1946*, Arqueológicas No. 10, Instituto de Investigaciones Antropológicas (Lima 1967)

**Exh.B-29.**   TRAZEGNIES, Fernando de, *La conservación moderna del patrimonio cultural de la Nación*, Patrimonio Cultural del Perú I, (Lima: Fondo Editorial del Congreso del Perú 2000), Tomo I, pp. 42–47

**Exh.B-30.**   VÁSQUEZ, Aníbal Torres, *Introducción al Derecho* 755

**Exh.B-31.**   VIDAURRE, Manuel Lorenzo, *Proyecto del Código Civil Peruano* (Lima: Imprenta del Constitucional, 1835), Tomo II, pp. 7, 26, 27

**Exh.B-32.**   *Código Civil Comentado* (Gaceta Juridica 2007), Tomo V, pp. 241

**Exh.B-33.**   *El Digesto de Justiniano* (Pamplona: Editorial Aranzadi 1975), Tomo III, p. 292.

**Exh.B-34.**   *El inicio de la arqueología científica en el Perú: Reiss y Stubel en Ancón* (Museo de Arte, Lima 2000)

4

**Exh.B-35.**   *Instituciones de Justiniano* (Buenos Aires: Editorial Heliasta S.R.L.), pp. 95-96.

**Exh.B-36.**   *Las Siete Partidas del rey don Alfonso El Sabio* (Salamanca: 1555), tercera partida, pp. 163-164.

**Exh.B-37.**   *Novísima Recopilación* (París: Librería de Vicente Salvá 1846), Tomo 4, pp. 336–337.

**Exh.B-38.**   *Recopilacion de Leyes de los Reynos de Las Indias* (Madrid: Ivlian de Paredes 1681), p. 64.

**Exh.B-39.**   Código de Aguas de 1902, arts. 56, 57, 58, 59, 282 (with unofficial translation)

**Exh.B-40.**   Código Civil de 1852, arts. II, IX, 461, 462, 464, 465, 522, 523, 524, 525, 528, 536, 541, 543, 545, 546, 549, 559, 560, 568, 2212 (with unofficial translation)

**Exh.B-41.**   Código Civil de 1936, arts. 822.5, 887, 888, 889, 893, 1168, 1833 (with unofficial translation)

**Exh.B-42.**   Código Civil de 1984 arts. III, 927, 1666, 1734, 2091, 2122 (with unofficial translation)

**Exh.B-43.**   Resolución Suprema del 16 de junio de 1887 (*in* MOULD DE PEASE, MARIANA, *Machupicchu y el Código de ética de la Sociedad americana de Arqueología*)

**Exh.B-44.**   Resolución Legislativa Congreso Huancayo del 28 de noviembre de 1839

**Exh.B-45.**   Decreto Ley 6938 del 15 noviembre 1930

**Exh.B-46.**     Decreto Supremeo del 6 de julio de 1950

**Exh.B-47.**     CAS N° 2581-98 AREQUIPA, EL PERUANO 01-12-2000,

P.6541

Tahlia Townsend

Subscribed and sworn to before me this 1st day of June 2010.

Notary Public

My Commission Expires Nov. 30, 2012

6