# EXHIBIT B-20

# Carlos Ramos Núñez

# HISTORIA DEL DERECHO
# CIVIL PERUANO
## Siglos XIX y XX



## II. La codificación del siglo XIX:
## Los códigos de la Confederación
## y el Código Civil de 1852



Pontificia Universidad Católica del Perú
FONDO EDITORIAL 2003

Case 3:09-cv-01332-AWT   Document 79-3   Filed 06/02/10   Page 3 of 23

suelistas dio lugar a la expedición de la ley del 17 de octubre de [...], la misma que dejaba en libertad a censualistas y censatarios a [...] mir los censos. En efecto, «los censualistas que tengan la libre [admi]nistración de sus bienes [propiedades aún no redimidas] —reza el artículo 1.°— podrán contratar con los censatarios la redención de los gravámenes censíticos de libre disposición, según las bases que [...] crean convenientes». Pero, «cuando no haya acuerdo entre los censa[...], sados, los censatarios podrán hacer la redención depositando en la [...] Dirección General del Crédito Público, en dinero en efecto, la entera [...] parte del capital, si el censo es urbano, o la sexta si es rústico (artí[...]culo 2.°), El artículo 3.° determinaba, por otra parte, que los censos [...] pertenecientes a manos muertas, menores de edad, incapaces o que [...] no fuesen de libre disposición, podían ser redimidos por el censa[...] con el pago a la Dirección del Crédito Público, en deuda consolidada [...] de «la cantidad suficiente para que los intereses de ese papel [bono de deuda pública] cubran el cánon censítico». Así, se libraba al Estado de continuar pagando la pensión a los censualistas, a la vez que se incre[...] mentaban los fondos públicos.

Cabe agregar, finalmente, que por una ley del 30 de setiembre de 1901 se dispuso que los conventos, monasterios y congregaciones reli[...] giosas tuviesen, como cualquier otro sujeto particular, «el entero do[...]minio y la plena administración de sus bienes; pudiendo, en conse[...] cuencia, enajenarlos y gravarlos a cualquier título, sin necesidad de formalidades (artículo 1.°). De esta manera el país contemplaba el fin de las capellanías eclesiásticas y colativas y también el fin de los censos. Una resolución del 7 de marzo de 1902, complementando la norma anterior, prescribió que la redención de censos o capellanías de congregaciones religiosas se haría -o por contrato entre los interesa[...] dos, conforme al artículo 1.° de la ley de 17 de octubre de 1893, o mediante la entrega en efectivo a falta de convenio, a la vez que dispo[...] nía el pago por parte del censatario o poseedor de la cuarta parte del capital, si el censo era urbano, o la sexta parte si era rústico.[258] Por

258 Ibíd., pp. 932-936.

---

ditivo, la ley 1447 del 7 de noviembre de 1911, dictada por Augusto B. Leguía durante su primer gobierno, prohibió a todos los propieta[...] rios de bienes raíces la constitución de derechos enfitéuticos y permi[...] tió su redención —conforme a complejas fórmulas suministradas por el matemático Federico Villarreal— tanto al dueño del dominio útil (censatario) como al dueño del dominio directo (censualista), median[...] te un simple trámite judicial. Por su parte, el artículo 1288.° del flamante Código de Procedimientos Civiles de 1912 dispuso que al poseedor afectado con censos reservativos y consignativos, capella[...] nías y demás gravámenes perpetuos sólo le bastaba dirigirse al juez civil para solicitar el levantamiento de las cargas. Acababa allí la larga historia de la desvinculación de la propiedad en el Perú.

## 2.3.4. Valoración del Código Civil

El Código Civil de 1852, en verdad, reflejaba aún la organización econó[...]mica y la mentalidad de una sociedad tradicional. El alto número de artículos dedicados a la caza, la pesca y otras formas de ocupación origi[...] naria; los abrumadores detalles sobre la actividad agrícola y la propie[...] dad rural; su excesiva curiosidad por regular los diversos estamentos sociales en el rubro del «estado de las personas según el Derecho civil», en lugar de implantar una igualdad llana; la mezquina consideración de los hijos ilegítimos y de la cónyuge; la privación de todo derecho —salvo el alimentario— a los hijos adulterinos; el mantenimiento del matrimonio y la jurisdicción eclesiástica; su tibia política de desvincu[...] lación y desamortización de bienes, la carencia de un registro hipoteca[...] rio moderno, el pobre impulso al registro civil, el tratamiento asimétri[...] co y paternalista de las relaciones entre amos y sirvientes; y la admisión injustificable de la esclavitud —derogada dos años después— acusaban con creces la vena conservadora del documento. Si bien en el momento de su promulgación, la ideología moderada era el único medio para lograr políticamente que se le implante, transcurridos los años, las deficiencias y anacronismos saltarían a la vista.

El Código Civil ignoraba totalmente las formas tradicionales de trabajo de la tierra, que se basaban en la adjudicación de una parcela por el propietario al campesino, a cambio de un cánon o merced productiva. Ello era grave pues, aunque las legisladores conocían la existencia de las comunidades indígenas, así como los contratos de *colonato, yanaconaje, colonaje, arrendires o pisantería*, nada se dijo acerca de ellos. La exclusión de tales formas contractuales debía probablemente, como explica Trazegnies, a que la intención del legislador era hacer desaparecer ese sistema de trabajo que consideraba incompatible con el orden económico liberal; el Código Civil enrraba constituir propiedades agrarias «modernas», trabajadas como sería todo mediante el sistema de asalariados. [259] Sin las actas de debates y sin la exposición de motivos no es posible reconstruir la llamada voluntad del legislador. No obstante tal ausencia, puede inferirse el hecho de los codificadores hacia la realidad rural e indígena, que sin duda conocían, provincianos como eran la mayoría de los codificadores. Ni los textos constitucionales ni los códigos condescienden a regular el mundo indígena; solo una larga lista de disposiciones reglamentarias procura normarlo. La ideología teóricamente igualitaria les había dispensado desde la Independencia un nuevo término, que reemplazaba al humillante —pero realista— de «indios», por otro más eufemístico, «peruanos», antes llamados indios», en contraposición del de «peruanos» a secas.

El tratamiento de la esclavitud, aunque humanitario, resultaba vergonzoso. En este punto el código consagraba la diferencia teórica de tres clases de personas (*ingenuos* o libres, esclavos y libertos), excluyendo de la categoría de *libres* a los que lo eran en virtud del famoso decreto de agosto de 1821. El artículo 96.° señaló taxativamente que eran ingenuos solo los nacidos de madre libre o de madre liberta, supuestos que aquellos no alcanzaban, a la vez que el artículo 100.° los categorizaba como libertos. Así mismo, el código mantuvo la figu-

259  *Vid.* TRAZEGNIES, Fernando de. *La idea de Derecho en el Perú republicano del siglo XIX*. Lima: Fondo Editorial de la Pontificia Universidad Católica del Perú, 1980, pp. 181-182.

ra del patronazgo para los nacidos de madre esclava después de la jura de la Independencia.

En realidad, el Código Civil no tuvo un carácter revolucionario, sino netamente liberal, [260] a pesar de haber eliminado el fideicomiso sucesorio, el poder para testar, la figura del comisario testamentario y el testamento conjunto; no obstante haber ratificado tanto la supresión del mayorazgo, cuanto la lenta agonía de las capellanías laicales y eclesiásticas; además, haber facilitado la manumisión y aliviado los sufrimientos de la esclavitud, consignado el carácter consensual de la compra-venta inmobiliaria, o limitado la herencia legal hasta el quinto grado en línea colateral. En realidad, el Código Civil de 1852 fue más bien ecléctico, como lo reconoció con satisfacción conservadora José de la Riva-Agüero, refiriéndose seguramente tanto a sus fuentes como a su ideología. [261] Ese eclecticismo fue advertido también por un juez experimentado, Luis Antonio Eguiguren, presidente de la Corte Suprema, para quien:

El codificador peruano, aunque estuvo influido por el pensamiento jurídico extranjero, no quiso olvidar las características de un medio social conservador. Se condujo, por eso, con un espíritu práctico y en muchas ocasiones original. En la gestación, por ejemplo, mientras el Código francés fijaba trescientos días, el peruano no la fijó, en 305. Quería ponerse en contacto con los fenómenos de la naturaleza, con criterio más realista. [262]

La sola referencia a la esclavitud, así como la regulaciones concernientes al clero situaban al código en una línea conservadora. En efecto, si bien los viejos esclavos se beneficiaban con el decreto sanmartiniano del 12 de agosto de 1821, que determinaba que los nacidos

260  BASADRE GROHMANN, Jorge. «Hacia una interpretación histórica del Código Civil», p. 66.

261  RIVA-AGÜERO, José de la. «Juicio sobre el Código Civil». En *Biblioteca de Cultura Contemporánea*. Lima: Ediciones del Sol, 1963, vol. III: Derecho, pp. 418-419. Véase también su «Discurso-memoria en el Colegio de Abogados».

262  EGUIGUREN, Luis Antonio. *Op. cit.*, p. 14.

a partir del 28 de julio del mismo año —el día de la declaración de la Independencia— eran automáticamente libres, los jóvenes esclavos que habían nacido en una fecha inmediatamente previa al 28 de julio de 1821 se veían gravemente perjudicados no solo por el decreto de San Martín, sino también por el propio Código Civil de 1852, pues para entonces contarían con algo más de treinta años de edad, lo que hacía necesaria una declaración política de manumisión general. El emblemático de una declaratoria de libertad sin indemnizaciones no llegó a ser captado por los juristas que elaboraron el nuevo cuerpo civil.

En cuanto a la reglamentación de la clero, lo más adecuado hubiera sido dejarla en manos de la propia Iglesia. Más allá de lo que resulta preciso preguntarse por qué los codificadores no decidieron de una vez por todas declarar la manumisión generalizada de la esclavitud y por qué no se abstuvieron de reglar la vida eclesiástica. En cuanto a la esclavitud pueden ofrecerse algunas hipótesis. La última comisión estaba integrada primordialmente por elementos conservadores que, bajo la batuta de Andrés Martínez, prefirieron la extinción natural de la esclavitud por fallecimiento de los últimos siervos; 2) los codificadores habían optado por el fin natural de la servidumbre para ahorrar recursos al fisco, evitando de este modo el pago de una indemnización a los propietarios. La conexión política de los codificadores con los regímenes de turno era evidente. De hecha, por lo que parece natural que defendieran los intereses [...]; 3) la extinción de la esclavitud, que dependía ante todo de una decisión política del Poder Ejecutivo, no estaba en manos de los encargados de la codificación civil; 4) la influencia de los patrones esclavistas había sido tan fuerte que, fuese a través de la presión o la confianza política con los codificadores, las cámaras legislativas y el gobierno enervarían la manumisión, si no mediaba el pago de una suma indemnizatoria. Es probable que hayan concurrido todas estas posibilidades. En todo caso, la esclavitud habría desaparecido lentamente hacia fines del siglo por acción natural del tiempo.

³⁷ Trazegnies, Fernando de. Op. cit., pp. 145-146.
³⁸ Basadre Ayulo, José de la. Op. cit., t. X, pp. 328-329.

La regulación de la vida eclesiástica en el Código Civil traducía dos instituciones. Por un lado, graficaba la fuerte presencia de la Iglesia en las relaciones civiles, cuya jurisdicción recién concluyó hacia 1900; pero, por otro, revela el interés del Estado laico por reglamentar, por lo menos en parte, la actividad terrenal de los clérigos. Podría pensarse que detrás de la aceptación de la religiosidad se escondía hasta cierto punto un afán de control político por parte de la Iglesia, que, como siempre, pugnaba por su autonomía. Comparado con la modernidad de los códigos civiles santacrucinos, tal vez no pueda compartirse la opinión de Fernando de Trazegnies, para quien dicho código desfila en la sociedad peruana un dosis de liberalismo más alta que todas las que había recibido antes. El completo silencio en los códigos de Santa Cruz frente a los clérigos, y su implícita inserción en el ámbito civil, colocaría a dicho ordenamiento en una postura más avanzada frente al código peruano de 1852.

En marzo de 1937, a pocos meses de la entrada en vigencia del Código Civil de 1936, José de la Riva-Agüero, uno de los defensores del Código de 1852, emitía una opinión muy favorable sobre el código antiguo. Luego de dictaminar que el código «valía bastante más que su reputación mediocre», decía Riva-Agüero:

Anterior en tres años y medio al afamado de D. Andrés Bello en Chile, fue el primer intento feliz de armonizar las heterodoxas leyes romana y española con las innovaciones del Código Napoleón y las peculiaridades de la naciente República. No logró el nuestro la robustez magistral de su contemporáneo código chileno, ni su lapidario estilo [...], ni la gloriosa consagración de llegar como él a modelo adoptado por otros países hispanoamericanos. Pero —agrega— resultó sin duda alguna decoroso, adecuado, práctico, exento de novelerías y del servilismo imitativo, entonces tan común ante el monumento legislativo napoleónico; y Bates mismo, original a trechos, y sabiamente conservador y autónomo. Esta sencillez sano y preciso lenguaje, como que lleva el sello de la perspicua diligencia de Pérez de Tudela, y la lima del agudo y nitidísimo D. Andrés Martínez, sus redactores principales.

Recordaba además el historiador limeño que «aunque menos co-
nocido en el mundo, y menos alabado y comentado dentro y fuera», el
código obtuvo el aplauso de los juristas extranjeros. Se refería al compa-
rarista galo Raoul de La Grasserie, que había emprendido el cotejo de
numerosos códigos de distintos países y que dedicó al texto peruano
un volumen en 1896.[265] Grasserie, iniciaba su juicio criticando la sis-
temática del Código de 1852.

El orden no es el de nuestro código civil, ni aún el de los otros hispano-
americanos; es insuficiente e inexacto, ya reproduciendo defectos de
clasificación existentes en otras partes, ya incurriendo en nuevos. En el
libro de las personas, reúne tres cosas bien distintas: el estado, la ca-
pacidad, y aún disposiciones de procedimiento, como las
relativas a los registros del estado civil, y en fin ciertos contratos, como
el matrimonio, pero así pasa también en nuestros Códigos europeos. El
libro segundo comprende, como el nuestro, dos objetos diferentes: los
bienes y la propiedad u otros derechos reales, entre los cuales, por otra
parte, existe todavía conexión evidente; ha olvidado ser completo acerca
de este punto, y no ha reglado como lo ha hecho el código mexicano, entre
los derechos sobre las cosas, la propiedad literaria, dramática, artística
e intelectual.[266]

Proseguía Grasserie su crítica a la sistemática del código perua-
no, citando los ejemplos de la prescripción, la donación, la sucesión, el
«contrato de matrimonio», como modos de adquirir derechos reales,
que según el jurista galo «otros legisladores acostumbran poner en
otros lugares». Por último, Grasserie opinaba —con razón— que el
Libro tercero «se limita enteramente a su asunto propio», pero que
«se ocupa más de los contratos que de las obligaciones». Ciertamente,
las obligaciones era una de las áreas más débiles del código nacional.
Allí, sostiene Grasserie, el legislador peruano se mostraba defectuo-
samente lacónico y se limitaba a una exposición de la teoría abstracta
heredada del formalismo y la casuística romana, en que la extinción

265 Vid. nota 204.
266 Ibíd., pp. 5-6. Versión castellana, aparecida en LAMA, Miguel Antonio de la,
Op. cit., Juicio del Código, p. ix.

de las obligaciones está muy someramente tratada, mientras que no
se decía nada relativa a la prueba.[267] Así mismo, el comparatista fran-
cés norma como blanco de sus críticas la ausencia de normas de Dere-
cho internacional privado.[268] Concluía que el código peruano, no obs-
tante sus defectos de sistemática, era digno de estudio, pues, «si algunas
veces pasa con demasiada rapidez sobre ciertos objetos, profundiza en
muchos otros». Las áreas que para Grasserie tendrían más interés
en el código peruano serían la teoría de las sucesiones, las donaciones,
el «contrato del matrimonio» —es decir, las relaciones conyugales— la
filiación, entre otras, teorías en las que encuentra «ideas originales,
sensatas al mismo tiempo, lógicas y a la vez prácticas» que deberían
ser «aprovechadas por los legisladores de otras naciones».[268]

## 2.4. El ocaso. El Código Civil de 1852, «un estrecho vestido que se desgarra»

Sólo dos años después de promulgado el Código Civil 1852 se produ-
cían las primeras reformas de relieve en su cuadro institucional. Una
primera reforma legislativa afectaría al campo del Derecho de las
personas, con la dación de la norma que abolía la esclavitud en el
Perú. Más allá de los factores políticos, militares, económicos e inter-
nacionales que concurrieron para que la manumisión legal se produ-
jera, y no obstante que el decreto de Castilla del 3 de noviembre de
1854 consideraba «indignos de la libertad únicamente a los esclavos o
siervos, que tomen las armas y sostengan la tiranía del ex presidente
Echenique, que hace la guerra a la libertad de los pueblos,»[270] con lo
que se envilecía su espíritu aparentemente magnánimo, resultaba
evidente que la norma trastocó el régimen jurídico de la persona.
Desde entonces las diferencias entre tragenisos, siervos y libertos se

267 Ibíd., p. x.
268 Ibíd., loc. cit.
269 Ibíd., p. xi.
270 OVIEDO, Juan. Op. cit., t. 4, pp. 370-371.

# EXHIBIT B-21

ISSN 0253-0015

# BOLETIN DE LIMA

1999

Año 21

XXI, N° 117

Wissenschaftlich-Kulturelle Rundschau

Peruvian Scientific Cultural Review

a científica y cultural

Foto: R. Ravines

(Colección Tschudi-Neuchâtel)

EDITORIAL LOS PINOS E.I.R.L.

# JOHANN JAKOB VON TSCHUDI PERUANISTA Y ANTICUARIO

Rogger Ravines

## INHALTSANGABE

Der Autor stellt im folgenden Beitrag verschiedene Daten zu Leben, Werk und Forschungsarbeiten von Tschudi und auch seinen Beitrag zum besseren Verständnis von Alt-Peru vor. Auch einige Bemerkungen über peruanische Antiquitäten und die archäologischen Sammlungen.

## ABSTRACT

The author gathers a series of dates about Tschudi's life work and studies and his contribution to the knowledge of ancient Peru, some appreciations about peruvian antiques and its archeological collections are offered.

## SUMARIO

El autor reúne una serie de datos sobre la vida, obra y estudios de Tschudi y su contribución al conocimiento del Perú antiguo. Ofrece algunas apreciaciones sobre las antigüedades peruanas y sus colecciones arqueológicas.

Botánico y naturista, se ocupó principalmente de la fauna y la flora, pero se interesó también por el hombre y su historia, el pasado y presente del Perú, sus costumbres y formas institucionales, recogiendo interesantes notas antropológicas, sociales y económicas que constituyen un aspecto ensayo de la geografía humana y psíquica del Perú republicano.

Raúl Porras Barrenechea, 1963

## Cronología biográfica

Juan Diego de Tschudi como solía llamarse entre los americanistas, es descendiente de una antigua familia de Glarus. Entre sus parientes se cuentan Aegidius Tschudi (1505-1572), autor de un mapa de Suiza, impreso en 1538, considerado como la primera carta geográfica que merece tal nombre. Su hermano mayor Iwan (1816-1887), hacendado y senador por St. Gallen, fue autor de *Tierleben der Alpenwelt*; importante libro sobre la fauna alpina.

En el cuadro que sigue se registran algunos de los miembros de la familia Tschudi, con el patronímico de Johann y Johannes

| 1818, Julio 7 | Nace en Glarus. |
| 1834 - 1837 | Formación científica en Zurich y Neuenburg. |
| 1837 | Viaje de investigación a Leiden (Holanda) y París. Primera publicación: *"Monographie der Schweizerischen Echsen"* y *"Classification der Batrachier"*. Doctor en Filosofía por la Universidad de Zurich. |
| 1838 - 1842 | Primer viaje a Sudamérica. Investigaciones en las punas, selvas y desiertos del Perú. |

BOLETIN DE LIMA. Nº 117. pp. 33-52.
Lima. 1999

---

su barbarie hacia el hombre y los animales, y ha destruido millares de llamas por exceso de trabajo.

Cieza de León (Crónica parte I pág. 39) refiere un cuentecito muy divertido: Dice que los indios de Otavalo, en las innovaciones de Quito, formaron una caballería con llamas fuertes y algunos indios, porque querían asaltar a sus enemigos los kuraniks y arrebatarles un gran tesoro que poseían. y porque sabían que éstos les tenían terror a los españoles montados. Mediante esta estratagema lograron apoderarse del tesoro de los kuraniks (Véase también Velasco, "Historia del Reino de Quito, edición, Quito, 1841 pág. 113). La responsabilidad de esta narración recae sobre el citado cronista que la ampara. De todos modos, resulta que los indios sólo vinieron a caer en cuenta de que podían utilizar las llamas como cabalgaduras, después de haber visto a los españoles montados en caballos, lo cual prueba que ello no había sucedido nunca antes.

Semejante modo de servirse de las llamas tampoco ha sido empleado después, no pasando de ser motivo de recreo, de vez en cuando, para uno que otro indiecito. Debo agregar finalmente, que por lo general las llamas se muestran sumamente renuias para estas pruebas.

## REFERENCIAS BIBLIOGRAFICAS

ACOSTA, José de
1940    Historia natural y moral de las Indias... [1590] Fondo de Cultura Económica, México

CIEZA DE LEÓN, Pedro
1943    Segunda parte de la crónica del Perú... ( [ 1550] (A. M. Salas, editor). Buenos Aires.

CIEZA DE LEÓN, Pedro
1553    Parte primera de la crónica del Perú. Sevilla.

GARCILASO DE LA VEGA "El Inga"
1960    Primera parte de los comentarios reales... [1604]. Biblioteca de Autores Españoles, vol. 133. Madrid.

GOMARA, Francisco López de
1749    Historia de las Indias [1552]. Madrid.

PACHACUTI - YAMQUI SALCAMAYHUA, Juan de Santa Cruz
1879    Relación de antigüedades desde reyno del Perú. [circa 1600] en *Tres relaciones de antigüedades peruanas* ed. Marcos Jiménez de la Espada, pp. 239-323. Madrid



La Familia Tschudi en 1851
(Fotografía del Museum des Landes Glarus, Näfels)



**Miembros de la familia Tschudi**

Johannes Tschudi 1746-1793
Consejero del Estado, impresor
Casado con: Susana Streiff, 1743-74 (+ Tuberculosis)
Bárbara Manti, hija del médico Bartholome, 1757-1793.

Johann Christof Tschudi
Comerciante, consejero
1788-1842

Johannes Tschudi
Consejero, Juez,
Concejal
1791-1851

Peter Tschudi
1797-1882
Casado en 1822
Juez

Johann Christof
Tschudi 1807-1877
"Gufìschmie"
en Mollis

Eugenia
1847

Adelina
1849

Johann Heinrich Tschudi
Tesorero del Estado
Constructor de la Torre de Sand

Johann Christof
1808-1874
Comerciante en
Basilea

Christof Tschudi
1844-1919
Comerciante en
Basilea

Christof Albert
* 1894

Jean Christof
* Mulhausen

Bartholome Tschudi 1786-1852
Consejero, Porta estandarte,
Juez Gubernador
1823-

Heinrich Tschudi
1809-1844
Oficial
1 hija

Johannes Tschudi
1819-1859
Juez de Crimen

Bartholome Tschudi
Juez, Consejero, alcalde
1845-1931

Leonore
* 1873

Hans
1878-1945

Egídius
1926-1957

Agídius
* 1886

Egídius Frank
* Casablanca 1927
Director Administrativo

1851   Nacimiento de su hijo Hugo en Lichtenegg. Se edita "Antigüedades Peruanas" en la que figura como coautor.

1852   Sale a luz "Die Kechua-Sprache"

1857 - 1859   Segundo viaje a Sudamérica: Brasil, Argentina, Chile, Perú y Panamá.

1860 - 1861   Tercer viaje a Sudamérica: Embajador plenipotenciario en Brasil, encargado de resolver problemas de la inmigración Suiza en este país.

1866 - 1869   Publicación de los cinco volúmenes de: "Reisen durch Südamérica".

1866   Designado delegado interministerial de Suiza en Viena.

1868   Elegido delegado y ministro plenipotenciario de Suiza ante la corte del emperador en Viena.

1843 - 1844   Estudio de sus colecciones de historia natural procedentes del Perú en Neuchâtel. Visita a Humboldt en Berlín.

1844   Doctor en Medicina por la Universidad de Würzburg.

1845   Visita en Viena a Stefan Endlicher. Conoce a su futura esposa Ottilie Schnorr von Carolsfeld.

1844 - 1846   Sale a luz "Fauna Peruana" y "Peru-Reiseskizzen 1838-1842".

1848   Compra el fundo "Jakobshof" cerca a Lichtenegg, Austria. Miembro de la Academia de Ciencias de Viena.

1849   Contrae matrimonio con Ottilie Schnorr en Viena y se muda a su nueva propiedad adquirida en Lichtenegg.

34

## Itinerario bibliográfico del Perú

La estancia de Tschudi en el Perú 1838-1842: tuvo influencia decisiva en la orientación de su vida. Recorrió parte del país, de la costa a la sierra, y de la puna a las vertientes tropicales de la selva amazónica.

Del zoólogo que era se hizo médico. Después antropólogo, etnólogo, arqueólogo y aún filólogo. Al mismo tiempo que acumulaba ricas colecciones de animales, plantas y objetos etnográficos y arqueológicos, multiplicaba sus observaciones e investigaciones en los otros campos.

En condiciones materiales a menudo deplorables, Tschudi realizó a lo largo de esos años, lo que podría considerarse una de las primeras exploraciones metódicas de los Andes peruanos. Además de las ricas colecciones de animales y cráneos indígenas, el resultado de esos cuatro años de exploración del Perú incluye las cuatro principales obras siguientes que representan su cabal itinerario a través del país:

1. *Untersuchungen über die Fauna Peruana auf einer Reise in Peru während den Jahren 1838-1842* (investigaciones sobre la Fauna Peruana), St. Gallen, 1844-46. 723 pp. +72 láms. en color (ver artículo anterior de H. Zernibur en este mismo Boletín).

2. *Über die Ureinwohner von Peru* (Los aborígenes del Perú), Berlín 1844. Trabajo basado mayormente en observaciones personales.

3. *Perú Reiseskizzen aus den Jahren 1838 - 1842* (Perú bocetos de viajes), 2 vol. St. Gallen, Verlag von Scheitlin und Zollikofer, 1846.

De los cuales el primer volumen trata de Lima y la costa peruana y el segundo de la región selvática. Los capítulos siguen un orden geográfico antes que cronológico.

En 1851 aparece en Viena *Antigüedades peruanas* de Mariano E. de Rivero, de la que es coautor, y dos años después:

4. *Die Ketschuasprache Drei Abtheilungen* (La lengua quechua), Wien 1853. 3 vol. (I: Sprachlehre, II: Sprachproben, III: Wörterbuch). Una gramática, textos y un diccionario. Esta obra cuyo tema interesaba muchísimo a Tschudi, es el resultado de varios años de estudio. Por mucho tiempo fue considerada como obra básica en lo que a esta lengua concierne.

De este tercer y último período de vida quedan tres obras principales:

### Johann Jakob von Tschudi

1. *Ollanta, ein alt-peruanisches Drama aus der Kechuasprache.* Übersetzt und kommentiert von Tschudi. Wien 1875. Drama del antiguo Perú, traducido del quechua y comentado. Es la historia del jefe inca Ollanta, sublevado contra Pachacutec Inca.

2. *Organismus der Khetschuasprache* (Organismo de la lengua quechua). Viena 1884. Esta obra desarrolla la gramática de 1853. Está precedida de un largo prefacio, donde el autor emite sus ideas sobre el origen y evolución de las lenguas y civilizaciones americanas. Sobre este trabajo expresaron su opinión algunos anglólogos de entonces. Al respecto Daniel Brinton (1860), escribió:

"Von Tschudi encontró que se dispensaba tan poco interés a este asunto (etnología lingüística de Sudamérica), que no tuvo reparos en manifestar un trabajo publicado hace menos de 10 años: "*En realidad el conocimiento de las lenguas sudamericanas hoy día es menor que hace doscientos años*" (Organismus der Khetschua Sprache 1884). Su propia clasificación de las lenguas lingüísticas del continente (Sprachgebiete), es menos satisfactoria de lo que podríamos esperar. Los primeros son: I, el pampeano-andino; el interandino; tres regiones tupiguaraní. Los centros secundarios son: 1. la región arahuaco-caribe; 2. la de Cundinamarca; 3. el

---

1873   Edición del "*Ollantay*". Drama quechua.

1882   Renuncia al cargo de delegado y ministro. Se retira a su propiedad en Jakobshof, en Lichtenegg.

1884   Publicación de "*Der Organismus der Kechuasprache*".

1889, Octubre 10   Muere en su fundo Jakobshof. Es enterrado en el mausoleo familiar, en el cementerio de Lichtenegg.

1891   La Academia de Ciencias de Viena le rinde homenaje publicando póstumamente su última investigación científica: "*Culturhistorische Beiträge zur Kenntnis des alten Perú*".

1898   Muere su esposa Otilie Tschudi Schnorr. Parte de su legado científico queda en poder de la familia. Otra parte se vende con la propiedad. Actualmente sus manuscritos y notas se encuentran depositados en diferentes lugares.

1952   El fundo "Jakobshof" se convierte en el "Memorial Tschudi".

1964   Una parte importante de sus archivos conservados en Lichtenegg, pasan a propiedad del Museo Nacional de Glarus, en Näfels.

### Itinerario peruano: 27 de agosto de 1838- 24 de agosto de 1842

1838, Agosto 27   Llega al Callao. Visita Lima, paseos de reconocimiento a Chorrillos. Mayormente retorna al Edmond, barco surto en el Callao.

Noviembre 8   El buque "Edmond" es liberado y emprende marcha hacia el norte. Tschudi queda en Lima. Estudia Medicina. Atiende como médico. Se encuentra con Klee, muriéndose alemán de 24 años.

1839, Marzo 1   Envía una carta a Coulon, explicando su proyecto de recolección.

Marzo 14   Emprende su primer viaje: Surco, Matucana, San Mateo. Pierde una mula y gran parte de su equipaje. Pernocta a 4835 msnm. Envía a Klee

a Tarma a preparar su estadía en la selva. En su camino visita la hacienda Chuquipiti. Se dirige hacia Viloc. Permanece 10 días en la hacienda Pacchapata. Construye su campamento temporal. Curtius a Coulon, Agassiz, Oken.

Julio 4   Carta a su hermano Friedrich y a Alfred Escher. Después de residir unos tres meses en su primer campamento (choza) construye otros próximo a la hacienda (a media hora).

1839, Diciembre.   Deja a Klee en la "choza" y se dirige hacia la puna de Jauja, Huaytará. Vive durante 20 días en una cueva.

1840, Febrero 22.   Desde Jauja escribe a Coulon

Abril 21?   Caza tres vicuñas en la puna. Se enferma, pero sana al poco tiempo. En Tarma logra curar a un hacendado obteniendo una buena recompensa.

1840   A fines de este año contrata dos arrieros.

1840. Diciembre 31.   Llega a Lima. Recibe dinero de Coulon. Durante dos años se dedica al empaque y envío de su colección a Europa. Durante unas semanas se dirige hacia el Norte: Huacho. En Lima se encuentra con el geólogo alemán Leopold von Winterfeld y el danés Henrik Kroyer, colector de moluscos y el Barón Doppler.

1841, Octubre 20.   Se dirige hacia la Cordillera de La Viuda, Cerro de Pasco. Encuentra enferma a von Winterfeldt en la Sierra. Permanece 45 días en Lima.

1842, Febrero 18.   Viaje a Tarma

Marzo 12   Carta a su hermano Friedrich. Sale para la puna. En Tarma realiza reconocimientos arqueológicos. Sale para la Cordillera y la Selva (9 días). Regresa a Tarma con Neumonía. Permanece 3 días en estado de coma. En delirio durante 22 días, pierde el oído. Es acogido y alojado por el general Francisco Otero.

Julio 8   Llega a Lima. Planea su retorno a Neuchâtel.

1842, Agosto 24.   Parte en el "Alfred" del Callao con dirección a Europa.





Vasija Moche IV, ilustrada en Antigüedades Peruanas.

Acuarela de una vasija Recuay hecho originalmente para Antigüedades Peruanas. Actualmente propiedad del Museum des Landes Glarus.

Frontispicio de Antigüedades Peruanas, 1851. El original así como todas las láminas que ilustran el libro son propiedad del Freulerpalast, Beauftragter für Kulturelles, Glarus.

río Meta; 4. el río Tolima; 5. el río Airato; 6. el río Salado; 7. el Chaco y 8. los Moxos.

Esta clasificación está tan lejos de llenar los requisitos de la lingüística actual, que escasamente puede aceptarse una de sus divisiones. En la lengua quichua von Tschudi fue un erudito notable, pero no profundizó en todas las lenguas Sudamericanas" (Brinton 1944: 160).

3. *Culturhistorische und sprachliche Beiträge zur Kenntnis des alten Peru*. Denkschriften der Kaiserl. Akademie der Wissenschaften, Wien 1891. (Contribuciones a la historia, civilización y lingüística del Perú antiguo. 2 vol. Colección de libros referentes a la Historia del Perú. Tomos IX y X. Lima, 1918)

Obra póstuma. Una suerte de enciclopedia etnográfica del antiguo Perú que trata entre otros temas de la alimentación, creencias, mitos y ritos, artes y ciencias de los antiguos peruanos, a través de 38 voces ordenadas alfabéticamente. En el prólogo a la traducción castellana, Horacio H. Urteaga señalaba:

"Los trabajos de Tschudi se resienten, no obstante por la tendencia del escritor a aplicar a pesar del conocimiento del kechua y del aimara, la fonética teutona a las voces indígenas, la CH, frecuente en el Kechua así como en el colla, la convierte de modo absoluto en la Ts de sonido suave y disolvente. Así pronuncia korikantsa, khetsua, apatsita, Patsakamax, en vez de; Koricancha, Kechua, apathia, Pachacamac. Sustituye a la doble final de muchas por la X, lejos de provocar el sonido gutural, tan genuino del kechua, como en kapucc, rocca, cumayoc, con tanto acierto usado por los kechuistas cusqueños. Escribe Kapax, Patsacamax, kamuyox. No usa tampoco la U, uno de los más comunes y generales sonidos del kechua y aymara y la sustituye por la I apostrofada (I'); así escribe II'lapa, por illapa; wil'ka por uillca (como diría el kechuista Dr. Villar).

En cambio el acertado uso de K para sustituir el sonido de la C fuerte del Kechua; y también el uso de la W para sustituir en el mayor número de los casos al de la u disolvente, como Wiracocha; en vez de Viracocha; wilca en vez de vilca.

Aunque es cierto, que la geografía no le debe a Tschudi ningún nuevo descubrimiento, a su obra de viaje se debe, indudablemente un considerable incremento en el conocimiento de la América del Sur y en especial del Perú.

En su calidad de viajero y narrador de viajes ha seguido las severas exigencias de otra disciplina. El valor de sus obras consiste, principalmente, en la exactitud de sus informaciones y la sinceridad del autor.

Una lista de las publicaciones completas de Tschudi, más una biografía sucinta se encuentra en *Biographisches Lexikon des Kaisertums Österreich*, Tomo 148, Wien 1883, y en *Allgemeine Deutsche Biographie*, Tomo 38, en el cual Friedrich Ratzel le dedica una merecida reseña científica.

## Antigüedades peruanas

En los diversos monumentos de la historia de la arqueología peruana han aparecido algunos traumados que resumen, en diverso grado, el desarrollo hasta entonces logrado. Desde este punto de vista, *Antigüedades Peruanas* revela el progreso alcanzado, en el conocimiento de la cultura andina del Perú, hasta la primera mitad del siglo XIX.

En *Antigüedades Peruanas*, queda de manifiesto el carácter eminentemente especulativo de los estudios arqueológicos iniciales. Desde entonces los datos históricos transmitidos por los cronistas, sirven de sustento a las evidencias materiales encontradas.

El plan de exposición y materiales contenidos en el libro revelan claramente el interés de la arqueología de entonces.

La obra dividida en dos volúmenes, uno de texto y otro de ilustraciones, tienen formato en 4° mayor de 200 mm por 138 mm. El primer volumen con XIV pp. preliminares e índice y 328 pp de texto, fue impreso en la imprenta Imperial de la Corte del Estado de Viena. El segundo volumen, el *Atlas*, constituido por LVII litografías a color y numerosos grabados en blanco y negro, fue impreso en el Instituto Litográfico de Leopoldo Müller, en Zürich. La obra, aunque publicada en 1851, fue concebida y escrita por de Rivero en 1828, salvo los capítulos "segundo y quinto, este último que se ocupa de la lengua quechua en su totalidad" corresponden a Tschudi quien, según sus declaraciones en curta tardía dirigida a Vicente Fidel López (Viena, 18 de diciembre de 1877) a raíz de los comentarios que hace este autor a las *Antigüedades Peruanas* en su libro *Les Races aryennes du Pérou, leur langue, leur religion, leur histoire* (París, 1871), manifestó:

41



Objetos peruanos prehispánicos colectados por Tschudi, algunos de los cuales aparecen ilustrados en su Perú. Reiseskizen. Tomados de las láminas originales existentes en el Museo de Glarus.

*El mismo Dibo del mt. anterior estos de perfil.*

**Señor:**

Con gran pesar para mí, no hace sino poco tiempo que me impuse de su obra referente á las razas arianas. La he estudiado con cuidado y me permitió hacerle algunas observaciones:

Ante todo, preciso confesar que ha usado V. de una crítica bien severa respecto a la obra sobre las Antigüedades Peruanas del Sr. Rivero, en la cual, puedo decirlo sin embozo, que a despecho mío figuró mi nombre. He vigilado la ejecución de las láminas, y he aumentado los materiales del Sr. Rivero con varias hermosas piezas de mi colección; pero el texto, con excepción del segundo y quinto capítulo, así como algunas observaciones, es trabajo del Sr. Rivero, y tuve aún que luchar fuertemente para quitar de los manuscritos muchas exerciones y las hipótesis desprovistas de toda base científica. Yo no puedo en lo absoluto, tomar sobre mí la responsabilidad de aquello que el Sr. Rivero ha escrito. Si hubiera V. tenido la ocasión de conocer mi obra Voyage dans l'Amérique du Sud, hubiera encontrado allí distintas ideas sobre las antigüedades del Perú, á aquellas del Sr. Rivero sobre las Antigüedades.

Yo no quiero tocar acá sino un solo punto, sobre el cual ha usado V. una crítica mal intencionada, dirigida directamente a mí. Es la medicina y la cirugía de los antiguos de los peruanos. Lo que se dice sobre esta materia en las Antigüedades, p. 122, no es por cierto una invención ni del Sr. Rivero, ni mía: está sacado de los escritos de los viejos cronistas; en la página 320 de su obra dice V: "Hasta nuestros días la medicina no ha poseído sino dos escuelas esencialmente clínicas, la de Hipócrates y la de los quechuas!" no sólo a mí, sino a muchos hombres de ciencia, esta aserción ha hecho el efecto de una chanza de parte de V. La medicina ó la escuela de Hipócrates, la conocemos perfectamente bien, pero no la de los quechuas; y V. mismo señor, no da ninguna prueba de su antigua existencia. En vano he buscado en las relaciones de los autores contemporáneos de la conquista y de sus sucesores de los siglos XVI y XVII, las pruebas de su aserto; pero el estudio concienzudo de los autores que han escrito sobre el Antiguo México, prueban con evidencia que las otras naciones mejicanas, estaban en el mismo grado de desarrollo que los de los antiguos.

Dice V. en la pág. 322 "Tomad la misma ciencia en el Perú y en Europa durante el período de la

edad Media y buscad de qué lado está la ventaja". Me es difícil creer que haya tomado V. a lo serio esta frase. Dejemos a un lado al gran maestro de la antigua ciencia médica, a Hipócrates, y aun a Aristóteles y al compilador Plinio; no hay más que citar al célebre Celso, y sobre todo los ocho libros de Medicina del admirable Galeno, cuyo ingenioso sistema médico fue, durante tres siglos, hasta Paracelso, la doctrina reinante en medicina. No quiero mencionar en detalle todos los otros autores que han escrito en la edad media sobre las virtudes medicinales de las plantas y sobre la medicina práctica; me limito buenamente a preguntarle si ha olvidado V. los vastos conocimientos médicos que los doctores árabes, discípulos de las célebres escuelas de Alejandría y de Córdova han escrito en España, y en gran parte de Europa. En la misma página de su obra, me llama V. con un gran aplomo, "alumno de la escuela de Broussais" Ah! Yo alumno de la escuela de Broussais! Es una cosa que me bao nueva para mí, una verdadera chanza que me me echó sonreír. En el tiempo en que estudié la medicina, Broussais y su sistema habían sido en Alemania, donde jamás tubo partidarios serios, olvidadas desde hacía largos años. V. dice que yo, alumno de la escuela de Broussais, me sorprendí grandemente del hecho que los peruanos no habrían los abscesos, y no practicaban la sangría general de los grandes vasos del sistema venenoso.

Ruego a V. señor, se moleste en leer la página 123 de las Antigüedades! ¿dónde hay, en lo que allí dice, una sola palabra de sorpresa?

Cada autor tiene el derecho de exigir, de quien lo critica, la cita concienzuda; y ese derecho subsiste, lo mismo en Montevideo que en Europa.

Usted dice que los antiguos peruanos conocían la anatomía, y yo pregunto si conocer la anatomía es el que se conozca la situación de las principales vísceras. En este caso, los sacerdotes mejicanos, que también sabían arrancar el corazón palpitante de las víctimas vivientes, los gauchos de los saladeros, todos los carniceros, etc., serían anatomistas; y bajo estas condiciones admitid que los amautas conocían la anatomía. Pero la ciencia entiende por la palabra anatomía, cosa distinta del conocimiento empírico y aún rudimental de las entrañas en general. Repito, pues, que nada constata que los amautas tenían conocimiento de la anatomía científica.

En fin, le confieso francamente que no soy capaz de comprender la lógica de sus frases. Lo mismo (pág. 323) hasta el fin. No quiero entrar en



Ruinas de Jauja (lápiz)



Ruinas de Pucará (lápiz)

Dibujos originales del Archivo Tschudi, actualmente en el Museum des Landes Glarus, Näfels

otros detalles, eso me llevaría muy lejos. Repito que siento mucho no haber conocido su obra mucho antes. Hubiera tenido una buena ocasión de hablar de ella en la introducción de mi obra crítica sobre el drama Ollanta, que he publicado hace dos años. Pero espero hacerlo dentro de poco, desde que me ocupo de una segunda edición de mi gramática quichua, mejor dicho, de una gramática analítica de este lengua, y de otro trabajo sobre los antiguos peruanos. Puedo asegurarlos, únicamente, que yo lo citaré religiosamente. Mis estudios de la lengua quechua me han conducido a conclusiones muy diferentes a la de usted; por lo que hace a lo del sánscrito, hasta hoy no han obtenido la aprobación de los célebres sanscritistas alemanes, ingleses, y, sin, embargo, puedo afirmarle un libro ha sido bien examinado por los filósofos.

Reciba señor, la seguridad de mi consideración más distinguida. Tschudi."

Sin embargo, del examen de la correspondencia intercambiada entre Tschudi y Rivero, en lo concerniente a la publicación de Antigüedades Peruanas, se desprende que si bien el plan general de la obra corresponde a Rivero, no es menos cierta la participación de Tschudi, quien durante cuatro años se abarcó a diversos aspectos de la redacción, corrección, diagramación y edición y, finalmente, a su misma comercialización en Europa. Por otra parte, algunas de las erratas observadas son de la responsabilidad de Tschudi.

Algunos párrafos tomados de 8 de las 29 cartas cursadas, entre 1847 y 1857, por Tschudi a Rivero, y que son parte del Archivo Rivero que se conserva actualmente en el Archivo Histórico de Arequipa, ilustran cabalmente las vicisitudes sufridas por este libro primigenio de la arqueología peruana.

## Los inicios

Muy señor mío:

Muy gustosamente yo me aprovecho de la oportunidad que se me presenta para escribir circunstancialmente a Vm. de la proyectada publicación de las Antigüedades Peruanas. He hablado muy largamente con don Francisco sobre este asunto y el mismo le comunicará a Vm parte el resultado de nuestros cálculos y combinaciones; sin embargo yo diré también a Vm. nuestro parecer:

Hasta ahora no he visto el cajoncito con las láminas por cuyo motivo no podía hacer los cálculos sino aproximadamente, y según esto ha resultado que necesita para la publicación de dicha obra la suma de 6000 florines moneda de Convención austríaca, lo que iguala a tres mil pesos fuertes. Es preciso de notar que se consigue la ejecución de la obra por este precio solamente bajo la condición porque en este inmenso establecimiento no se paga ganancia alguna pero siempre necesita la permisión del ministro de hacienda la que conseguiré sin duda.

He hablado con varios libreros sobre este asunto pero ninguno quiere arriesgar esta empresa, lo que es muy natural, sabiendo que ellos no cuentan más que con la venta europea, que será sumamente pequeña. Según ellos me dijeron y según las noticias que yo mismo tengo del comercio de libros en Europa no se venderá de esta obra más que 50 a 60 ejemplares en nuestro continiente y en Inglaterra.

Los auxilios que una Academia prestará serán a lo más 500 florines que es cosa muy corta con respecto a la totalidad de los gastos; y esta plata sería solamente prestada para volverla de la venta; lo mismo sucede con las sociedades arqueológicas. No habrá ninguno que se ocupara de la publicación de toda la obra.

Con este motivo nos parece lo más adecuado que Vm. haga la publicación en su totalidad a su cuenta. Según su carta a don Francisco tiene Vm. la intención de pagar dos mil pesos por este objeto; ponga Vm. mil pesos más para no tener que agradecer a ninguna Sociedad o Academia unos cortos auxilios. Si el gobierno peruano compra ciento cincuenta ejemplares para distribuirlos a las prefecturas, subprefecturas, a las bibliotecas y colegios y si Vm. vende en el Perú otro tanto y en las demás partes de América cien ejemplares (400 en todo) a onza de oro cada uno, que es un precio sumamente pequeño por una obra con cien láminas in folio, entonces saldrá una suma de 6 000 pesos, de la cual quedarán a Vm. por los gastos anteriores 3 000 pesos. No tengo la menor duda de que se venderán en toda la América 400 o 500 ejemplares. Con la venta en Europa no debe Vm. contar; el precio de cada ejemplar será a lo más de 20 florines y de estos tomo el librero 50 por ciento de manera que saldrán, vendiendo 60 ejemplares, nada más que 600 florines que serán para pagar el transporte de los cajones, conteniendo los ejem-

plares destinados para América, hasta Trieste o Hamburgo.

Tocante al texto tendré mucho gusto, de hacerle con toda aquella escrupulosidad que exigen estas investigaciones. Ocupando desde varios años con la historia antigua del Perú, tengo los colecciones necesarias para dar las noticias más exactas; aún la biblioteca imperial me ofrece muchos recursos, pues cuando pasó Carlos VI de Madrid a Viena hizo llevar una librería considerable de obras históricas a Austria, que se halla ahora aquí. He estudiado las antigüedades americanas, tanto los mexicanos que los peruanos, por largo tiempo de manera que espero de poder completar muy satisfactoriamente sus cortas anotaciones que acompañan las láminas. Si don Francisco se quedara como es muy probable, por algunos meses en esta capital, el podrá traducir el texto que yo escribo el castellano. No necesita texto francés pues en toda la Francia no se venderá mas que 8 a 10 ejemplares y por la Scandinavia, la Rusia, la Inglaterra y Alemania sirve el texto alemán; por la Italia, la España y el Portugal, por sí acaso se venden en estos países media docena de ejemplares el texto castellano.

Si es posible mande Vm. todavía un dibujo de los baños del Inca en las cercanías de Izcuchaca, un bosquejo edificio grande de Tarmatambo al Colcas que hay en la provincia de Chuncay. No deje Vm. de mandarme un quipo, para hacerlo dibujar aquí. Se encuentran estos en grandes cantidades en el cementerio de los Gentiles a Lurín. Hasta ahora no existe sino un pequeño dibujo de Quipo que yo he publicado hace dos años.

Me permitió recordarle a Vm. el ruego de mi última carta de conseguirme, si es posible, algunas de las gramáticas antiguas de la lengua quechua pues tengo elaborado una gramática crítica de este idioma con el conocimiento de la lengua misma; no la quiero publicar antes de haber consultado por varias formas gramaticales algunos urtes de la lengua quichua, que no encuentro aquí.

Me parece muy conveniente que se ponga sobre el título de las antigüedades: "publicándolas bajo los auspicios del gobierno peruano" o de dedicar la obra al gobierno".

## Los autores, título e impresión

Me apresuro a contestar a Vm su apreciable, fecha 8 de marzo de París. Celebro mucho tener la esperanza de volver a hablar, dentro de poco, la siguiente con Vm. sobre la obra; sin embargo tengo que justificarme todavía contra su opinión que yo había querido darme por el único autor de la obra. Mi carta de 9 de Noviembre para que el litógrafo no faltase ni un momento el dinero pues en extenso sobre la obra y que tiene incluida el papel fino, obfango con el título propuesto en la obra conteniendo umbos nombres me justificará lo mejor don Francisco a quien he remitido aquella carta, incluida una a él, en el que le di relaciones sobre los instrumentales que ha recibido pues me ha contestado la suya....

La segunda objeción que Vm. hace es, que yo cité a Vm. con el texto sólo como a los otros a autores. Supongo que Vm. quiera dar enteramente otra lectura al texto, escribiéndole Vm., pero citarlme de otro modo que a cualquier otro autor. Es cosa sumamente difícil componer a dos una obra no estando en el caso entenderse verbalmente y circunstancialmente sobre el modo de la elaboración y aún estando juntos no se disminuyen en mucho las dificultades. Hablo de experiencia habiendo yo publicado con otro señor juntos una obra y hemos vencido estas dificultades de manera que yo escribí el texto citando siempre las ideas de mi cooperador nombrándolo umbos en el título y suscribiendo umbos el prefacio.

Hoy mismo he escrito a Viena a varios libreros y aún al director de la Imprenta Imperial de la Corte y del Estado remitiéndole la muestra de París para saber el precio. Creo que en Bruxelles será más barato que en Viena pues el papel ha subido por 33 a 35% del precio que yo tenía antes de la revolución. En caso de imprimirse en Viena hiciera yo mismo las correcturas; pues a un corrector sea en Viena, Bruxelles o París no se puede confiarla. Siempre será preciso que Vm. ó yo hiciese la última revista. En la página de la muestra que Vm. me envió hay 26 errores tipográficos!

Con el mismo correo he escrito al tipógrafo reemplazar inmediatamente el trabajo. Hasta que el texto será impreso las láminas lo será también. El papel del Atlas es 51/2 centímetros más ancho y 91/2 centímetros. Más largo que las láminas originales, reuniendo muchas veces dos de estas en una; ahorrando así los gastos del dibujo, impresión y papel. Según esta reducción llegará el número a 50 láminas, excepto lo que Vm. tiene reduci-

vía. Sobre algunas tengo que hablar con Vm. Pues ni yo ni el litógrafo sabemos como ejecutarla p.e. la fortaleza del Cuzco, la horca, el castillo de Ollantay: etc. concluyidas son las láminas de los tejidos y dibujado hasta lám. De I. Echándose con todo el cuerpo sobre obra, se concluyra prontamente. Bueno sería si Vm. mandara luego un billete aunque fuese sólo de 3 a 400 florines para que el litógrafo no faltase ni un momento el dinero pues tiene que ocupar continuamente 2 prensas para la lámina de la decapitación de Atahualpa, sería mejor suprimirla, pues no la considero por histórica. Según las mejores autoridades p.e. Pedro Pizarro, Xérez, Pedro Sancho, Zárate, etc. en parte testigos oculares, dieron garrote a Atahualpa" (Carta fechada en Jacobsthal, el 11 de marzo de 1851)

## Correcciones, agregados, supresiones, demoras...

"Anoche he vuelto de Viena y esta mañana he empezado a correr el texto. Veo que se han conservado mis ideas y que el estilo es más castizo y en parte bien elegante de manera que en general estoy muy contento con el manuscrito, sin embargo se ha introducido algunos errores que es preciso corregir, lo que haré con cuidado. De las notas que Vm. remitió he suprimido una de Humboldt por ser errónea como lo han probado, recientes investigaciones de los orientalistas, las otras se intercalarán al texto.

Ya estará en sus manos mi carta fecha 12 de Viena con la desagradable noticia de la mera imposibilidad de imprimir el texto con todos los anexos en el tiempo fijado. Tan descosolado que he sido al principio sobre tan inesperada nueva, veo, reflexionado maduramente sobre este accidente, más y más que no hay caso por mello que sea que no tenga su bueno. Si hubiera sido posible imprimir el texto que Vm. me remitió en 4 semanas, hubiera salido bastante defectuoso, a lo menos no de la manera como yo lo deseo que una obra bajo nuestros nombres salga a la luz. Hay todavía bastantes cosas que añadir y corregir que no se pudieron hacer imprimiéndola obra al vuelo. Los croquis de Rugendas que son de mucho interés como Vm. mismo lo sabe, no se puede litografiar según el juicio de los artistas que he consultado, sin contener errores graves, pero grabados en madera, se los hará estrictamente como en el original y así los interesantes para nuestro objeto serían, en muy





Momias peruanas (acuarela)



Escultura Pucará (lápiz)

Dibujos originales del Archivo Tschudi, actualmente en el Museum des Landes Glarus, Näfels

Dibujo de una escultura lítica Pucará. Período Intermedio Temprano (200 a. C. 200 d. C) adquirido por Tschudi en 1841. La pieza original pertenece actualmente a los fondos del Bernisches Historisches Museum, de Berna, Suiza.

pocas imprentas los pueden imprimir en el texto, (a lo menos en Viena solo en la Imprenta del Estado) y como estas necesitan más tiempo para la compostura de los pliegos de letras, hubiese sido necesario omitirlos. Creo, mi amigo, que Vm. mismo, después de haber vencido la primera sorpresa aprobara mi plan de hacer imprimir el Atlas un texto imperfecto, que no es una obra efímera, sino tiene el objeto de perpetuar honorablemente nuestros nombres. No hay menor duda que es el Atlas que determina el dictamen de los señores del Congreso y si la carta que la acompaña escrita del modo que le indique en mi carta del 12, añadiéndole que la parte del texto, que los sabios arqueólogos de Alemania han tenido lugar de ver ha recibido su completa aprobación, la falta del texto no caerá en consideración al decretar a Vm. los subsidios que desea y que merece.

La letra del manuscrito es bastante legible, de una hoja imprimida en la Imprenta del Estado no había más que dos o cuatro errores tipográficos. Incluyó a Vm. la muestra del tipo que se ha de tomar según mi parecer. Más pequeño no lo juzgo conveniente saliendo el tomo delgado con letra menuda, esta letra y forma corresponde lo mejor a las estampas xilográficas. La lámina del frontis del texto mande dibujar también del tamaño de esta forma" (Carta fechada en Jacobbshof el 17 de abril de 1851)

Entre los correctores de estilo, gramática y pruebas de página de Antigüedades Peruanas figuran, además de Francisco de Rivero, hermano de Mariano Manuel Pardo y Aliega, un señor Bermúdez, el barón Sulten.

Tschudi y su correspondencia con Rivero, alude frecuentemente a esta difícil labor. En unas de sus cartas fechada en Jacobbshof el 14 de setiembre de 1851, dice:

"Mi muy apreciado amigo.

Anoche he recibido su muy apreciable fecha 7 de septiembre en que me avisa la salida del señor Bermúdez para Viena, para que se haga cargo de las correcciones de la obra. Al mismo tiempo me echa Vm. en cara que por haber seguido mi parecer, la obra salga con mil errores y le cause tantos disgustos y gastos. Verdad es, que mi parecer ha sido de imprimir la obra en Viena, porque es preciso que yo mismo haga de cada pliego una corrección y demás circunstancias tocantes al sentido del texto, que cual-

quier otro no pudiera desempeñarse a esta tacha, sin que quedasen errores en estas partes y si el señor Bermúdez, evitara con la mayor diligencia todos los errores gramaticales y ortográficos no obstante necesitará mis correcciones. Al hacerlos, siempre tengo que tener mi manuscrito original a mi lado y corejar, pues ha sucedido varias veces que encontré en las impresiones según el ms. remitido por Vm. un sentido muy contrario a lo que se debía imprimir. Las ideas buenas siempre vienen tarde y así con un principio se hubiese determinado que se imprima el texto en París y (roto en original) vaya allá a hacer junto con Vm. las correcciones se hubieran ganado tiempo, pero por dado que plata.

En las pruebas que ha remitido a Freywaldu, el Señor Pardo ha hecho muy pocas correcciones, uno o dos en cada pliego: algunas repeticiones que le indique para corregirlas las he dejado por quedar mejor la frasis como lo prueba una carrita suya que incluyó a Vm.

Sobre los 27 y más errores del 2° pliego no digo todavía antes de verlo. Bien reparado el fatal error de las dos 11 en colección en la dedicatoria, pero demasiado tarde, ahora pocas semanas. En el Atlas no se ha puesto los dos puntos sobre la u: pues usando solo letras iniciales es voluntario de ponerlos o no; y en su opúsculo de Vm. va la u sin ellos. En la cardula del Atlas se ha puesto una u.

Celebro mucho que Vm. haya mandado al Sr. Bermúdez, pues tuve la intención escribir a Vm. en esta semana que mándase a alguna persona inteligente para hacer las correcciones habiéndome avisado, hace dos días el señor Pardo que partirá a fines de este mes para París y el señor Wolf que no conoce ningún español en Viena"

En otra, de 2 de octubre del mismo año observa:

"Mi querido amigo.

Ayer recibí la Vm. fecha 23 de Bruselas. Tocante al segundo pliego le escribí en mi penúltima carta que este era el pliego de que nosotros dos juntos no habíamos hecho la corrección, ni en la prueba impresa, ni en el manuscrito; pero, como yo se lo dije al entregarle el pliego, yo había hecho una corrección, que aún conservo con las demás correcciones, antes de darle a la impresión. La mayor parte de los errores consiste en la falsa división la st, pesando que en castellano se divide de la misma manera como en latín p.e. la palabra

46









Cerámios peruanos de la Colección Tschudi, actualmente en el Museum des Landes Glarus 8752 Näfels.

dinastía. No lo dudo que tanto Vm. como el otro señor, que ha hecho la corrección del segundo pliego haya puesto todo esmero y cuidado en señalar todas las erratas y no obstante las han escapado algunos p.e. pág. 10 hebraicas en lugar de hebraicas; en la pág. 12 geroglíficos en lugar de geroglíficos; en la pág. 15 las extienden en lugar de la extienden. El manuscrito que no sigue una puntuación consecuente, ha causado muchas erratas en las comas etc. He cotejado los mejores autores y he hallado que siempre ponen una coma antes de cuyo, en el manuscrito no hay unas veces p.e. cuyo nombre deriva, pág. Cuya resolución etc. falta el coma. En el manuscrito y en los diccionarios está Noruega y no Noruega.

Antes que se vuelva a reimprimir el segundo pliego sírvase Vm. contestarme las siguientes preguntas:

1º pág. 11 ¿Se ha de decir "conviene ocuparnos con otra hipótesis"? ó de otra hipótesis (pág. 13).

2º Porque se ha corregido fué confirmada en fue confirmada sin acento. En todas las obras, y en aún estas impresos por la Academia de Madrid encuentro siempre el fue con acento sea solo, ó acompañado un verbo en los tiempos compuestos.

3º En la misma página se ha de poner siete otras familias, u otras siete familias?

4º De que modo se ha de poner el Fratis al fin de la página 15; "antes de Colón hasta verosimilitud. Las correcciones están borradas. El sentido del fratis es: que la hipótesis de Sandoval Coluna, Churron, del Rabbi Manasse etc.

5º No se ha de poner (página 1) un coma en el fratis por segunda vez, y en otro continente?

6º No se ha de quitar (pág. 13) el coma después de "varias figuras".

He avisado al Sr. Pardo, que no llegará el corrector y los pliegos siempre han seguido marchas al Freywaldau. Me contestó el Sr. Pardo que no sabe todavía cuando partirá y que depende del dictamen de Prisnik, que me avisará el día de su salida y que me dirá si hay un Graefenberg un español que me hará cargo de corregir el resto en caso que tuviera que sufrir antes. En esta semana me voy otra vez a Viena, para acelerar la impresión. El número de los pliegos sobrepasara quizás por 5 ó 6, las treinta, pues todas las notas u dibujos aumentan el volumen. No será posible remitir a Vm. los ejemplares deseados para el 14 del corriente. Tenemos que añadir también una tabla de materias, que estoy actualmente elaborando"

Y en posterior, del 8 del mismo mes y año comenta:

"Hoy pliegos que han tardado 10 a 11 días antes de volver del Sr. Pardo a la imprenta y con este motivo he escrito al dicho señor suplicándole devolviere tan pronto como posible los pliegos. El Sr. Pardo ha hecho muchas correcciones muy importantes en provecho de la obra, principalmente en aquel párrafo en que se habla de la navegación de los antiguos peruanos".

En la época en que se imprimía Antigüedades Peruanas salió a luz Antigüedades Mexicanas de Escalbaltetu. Su aparición y título despertaron el resquemor de Rivero ante la postergación que sufría Antigüedades Peruanas, y así lo manifestó Tschudi. Sin embargo, el comentario de éste, en su carta de 14 de setiembre, justificando en cierto modo la demora de la impresión, decía: "Lo que Vm. comunico de las antigüedades mexicanas no lo considero de ningún modo perjudicándolo nuestra obra, al contrario lo tengo por favorable, pues viendo una hermosa obra sobre las antigüedades mexicanas; se debe sentir más la falta de una sobre la peruana; y es nuestra obra que precisamente lluce desaparecer esa falta. El precio exorbitante de aquella obra (cien pesos cada volumen) habrá que no se venderá muchos ejemplares en el Perú y si la nuestra que forma un volumen hermoso, se puede comprar a dos onzas no hay duda que la ventaja queda por ella".

Comentario diferente le suscitaba a Tschudi, aparición de Antigüedades Veragranadinas, de Ezequiel Uricoechea, otro de los libros precursores de la arqueología sudamericana. En su carta de 17 de setiembre de 1854, se lee:

"La semana pasada he recibido del Sr. Uricoechea dos libritos, el uno escrito en castellano, lleva el título: "Memoria sobre las Antigüedades Neo-granadinas" y contiene cuatro láminas mediocremente ejecutadas, representando tanjos neogranadinos.

Uricoechea ha seguido en su memoria casi el mismo camino como nosotros en nuestra obra, y fácilmente se conoce que ha tomado por guía. La obrita es interesante y digna de ser conocido de todos que se interesan por este objeto. No deje Vm. de comprarla; se halla en la librería de Schneider en Berlin; cualquier librero de Bruxelas la procurara a Vm"

Puesto en circulación Antigüedades Peruanas a fines de 1851, no tuvo el éxito editorial que Rivero esperaba. Su venta en Europa fue limitada a

...aducida al
...l la Revue
...853 la casa editora
...o. de Nueva York,
...esa preparada por el

...fue debidamente apreciada pese a
...dicada a los poderes públicos y es
...oble que Rivero recuperara su inversión.
...rines. Comentando el asunto, en una de sus car-
tas, fechada en Jacobisbol, el 16 de febrero de 853,
Tschudi le dice a Rivero:

*He extrañado que Vm. no me acusó el recibo
de mi carta del mes de julio que le dirigí en el despacho el
Señor Auregón de París y que en diciembre yo
debía haber estado en su poder. Espero que la
carta que remití por el mismo conducto en princi-
pios de diciembre e Vm. estará á la fecha en sus
manos.*

*Es sumamente doloroso que la obra no tiene
venta en el Perú; donde hay muchos hombres de
muchos caudales; y es increíble que manifiestan
tan poco interés por una empresa tan patriótica.
Confieso lo Vm.: mi antiguo, la causa próxima de
tan fatal suceso, se ha de buscar en la falta de
educación de la mayor parte de sus paisanos. Es-
toy persuadido que los más son muy contentos de
que ha salido á luz, la lisonjea d'su amor propio,
pero para contribuir algo á los gastos, tienen las
faltriqueras cerradas.*

*Espero que la venta en Alemania tiene mejores
resultados ahora poco me dijo el Sr. Gerold, que
según noticias; que recibió de su casa próxima la
varias ciudades ejemplares quedóse Vm.; persuadí-
do de que su distinguido renombre de hacer á su tiempo
cuenta con el Sr. Gerold.*

Pese a todas las dificultades anotadas conside-
ramos que la obra tuvo un merecido reconocimien-
to con las traducciones señaladas. Sin intentar un
análisis de libro basta transcribir el índice de mate-
rias para tener una cabal idea de los asuntos trata-
dos y el universo que buscaron condensar y expli-
car sus autores:

Capítulo I.   Consideraciones sobre historia del
Perú precedente a la llegada de los
españoles.
Capítulo II.  Sistema de gobierno e instituciones
políticas de los Incas.
Capítulo III. La lengua quichua.
Capítulo IV.  Cultura científica bajo la dinastía de
los Incas.
Capítulo V.   Sistema religioso de los antiguos
peruanos
Capítulo VI.  Ceremonias religiosas.
Capítulo VII. Estado de las artes entre los anti-
guos peruanos. Capítulo VIII. Rela-
ciones. Capítulo IX. Origen de la
cultura peruana y americana. Capí-
tulo X. Los monumentos. Capítulo
XI. Las razas que pueblan el Perú y
sus características físicas
diferenciales.

El capítulo dedicado al imperio de los incas es
el más extenso y trata de lo relativo al origen de los
incas e instituciones políticas, creencias religiosas,
manifestaciones artísticas, quipus y petroglifos, los
escritos de Garcilaso de la Vega, Sarmiento de
Gamboa y Fernando de Montesinos, a quien gene-
ralmente cuestionan por sus «tantas contradiccio-
nes, tantos errores cronológicos y tan manifiestas
incorrecciones». Entre las ilustraciones se describen
planos de los conjuntos arqueológicos de
Tiahuanaco, Chimú, Ollantaytambo, Huánuco Viejo
y el Cuzco.

El libro contiene contribuciones y observacio-
nes importantes. Se da cuenta, por primera vez, de
la existencia de quipus gigantescos así como su
supervivencia entre los pastores y ganaderos de la
puna. Se ofrece la primera bibliografía del quechua.
Se mencionan e ilustran.también por primera vez,
las chulpas de Sillustani, así como algunos monu-
mentos de la sierra central, entre Junín y Pasco, en
particular las "cuevas funerarias" en forma de pa-
redes entre Tarma y Huichay, que infieren correc-
tamente eran utilizadas solo para entierros secun-
darios. Se ofrecen algunos análisis de los obje-
tos de cobre, hechos por Rivero en los que se
descubre, el predominio del «sílice en una pro-
porción de 5 al 10%». Se mencionan algunas
técnicas metalúrgicas: batido, soldado, fundido,
embutido y moldeado, pero niegan el arte del
dorado de metales que hoy sabemos, constituyó
uno de los descubrimientos y prácticas metalúr-
gicas más notables de las antiguas culturas
prehispánicas andinas.

En Antigüedades Peruanas se menciona
también por primera vez la presencia de vasijas
escultóricas con representaciones eróticas, una de
las cuales se conservaba en los fondos del Museo
Nacional de Lima. Finalmente, en los párrafos del
capítulo VII, dedicados a reseñar la plástica perua-
na, hay atisbos iconográficos y estilísticos cuando
señalan que en los vasos y conopas se descubren
los principios de la plástica y se puede seguir fácil-
mente tus progresos del arte:

*Es observación general que los más antiguos
monumentos plásticos representan deidades; y ha-
dándose en la aceptación de una religión primitiva
monoteística que participaban todas las naciones
del orbe, bien se puede sostener que la plástica
tomó su origen en aquel tiempo, en que la nacio-
nalidad, o la religión fundamental, se convertía
en el politeísmo. Entre los peruanos se descubre en
las huacas y conopas los principios de la plástica
y, en ellos y en los vasos destinados para sacrifi-
cios a las deidades, se puede fácilmente seguir los
progresos del arte.*

No consta que Rivero, después de publicada su
obra sobre el Perú antiguo, hubiese mantenido su
interés por los estudios arqueológicos. En 1857,
publicada en Bruselas los dos tomos de sus Memo-
rias científicas, agrícolas e industriales, simple re-
copilación de artículos anteriores, para entonces
superados.

Finalmente, cabe insistir que uno de los aportes
más importantes y menos destacados de Antigüe-
dades Peruanas es el valor que se concede a los
monumentos arqueológicos como fuente primaria
de información, presente de la primera a la última
página, como lo denuncia el epígrafe de Casimir
Perrier, inserto en la portada: "Los monumentos
son como la Historia y sobre todo ellos inviolables.
Ellos deben conservar la memoria de los grandes
sucesos.nacionales, y valer.tan sólo a los vestigios
del tiempo". Y en el párrafo con que concluye el
Capítulo VII:

*Felizmente las ruinas de los monumentos, cu-
yos maravillosos recuerdos deslumbran la prosaica
imaginación de los citados autores, probarán a los
siglos remotos la veracidad de los historiadores
antiguos, y mostrarán la nulidad orgullosa de cier-
tos filósofos, que juzgaron la verdad histórica al
nivel de sus especulaciones erróneas*.

Según Rivero y Tschudi:

*El examen crítico de los monumentos anti-
guos que han escapado en su totalidad, o en parte a
la acción destructora del tiempo y vandálica saña
de los conquistadores, nos dan más luces que las
incorrectas y contradictorias o páginas de los auto-
res, y nos indican dos épocas muy diferentes en la
arquitectura: una antes, y otra después de la llegada
del primer Inca.*

Con Antigüedades Peruanas se cierra un
largo capítulo en el conocimiento del antiguo
Perú y se abre otro: los comienzos de la arque
gía. El valor emulativo que despierta el libro n
opone a su valor científico.

Juzgada, sin ningún tipo de apasionamiento
contribución de Tschudi a la arqueología del I
no es significativa, y como el mismo señaló, se
cuota a Vicente Fidel López, su participación en
antigüedades se limitó a notas sobre el idioma.
los indios, las características craneanas, etc.
a sus sugerencias sobre determinadas ilustracio.
pero fundamentalmente a la edición, que supo
supervisó con verdadera vehemencia, con lo q e
prende de su vasta correspondencia con Rivero

Sin embargo, hay que destacar que Tschudi
uno de los primeros que incidió sobre la ilustr
ción y valor del objeto arqueológico como fuente
primaria y la obligación de su proyección actual.
necesidad de conservar el patrimonio arqueol
del Perú, mediante una legislación adecuada q e
proteja para el país la integridad y propiedad de
bienes culturales, incluso en casos de conflicto
mado se indudablemente la mayor advertencia
cha, aún cuando el mismo violentara esos.princi-
pios. Al respecto, en el prólogo a su Kul
historische und sprachliche Beiträge zur Kennt-
des alten Perú, se lee lo siguiente:

*He manifestado al principio que el esplén
los objetos encontrados en los sepulcros consti
un importante elemento para el conocimiento
Perú antiguo. Se encuentra en grandes canti
en los principales museos etnográficos y form. la
tud de colecciones particulares.y.constan desea.
como se les llama generalmente en el Perú.
número de ellas forma legión. Donde hube
reunirse más es en Berlín, en Lisboa, en Sol
ción particular del Emperador don Pedro II.
de Janeiro, y en San Petersburgo, Perú abunda.
encuentran colecciones en lugares de menor
portancia, como provincias y ciudades universi-
rias, donde con frecuencia se conservan los obje-
tos más interesantes. Se podría creer que.todas
existieran las mejores colecciones de antigüe.
peruanas sería en Madrid, pero desgraciadamente
no, nada se ha hecho allí en este sentido, al menos
del desdibujarse científico de los siglos pasados, que
a pesar de que el gobierno allá lo hubiera orden.
do impartir sencillamente una orden al respecto,
para reunir la colección más rica del mundo en
ro; quizá también no se hizo por la ausencia
todo interés científico. Las vasijas y demás obje
más valiosos por su tamaño y por ser de oro
otros metales preciosos, eran envidados a la fun*

# TSCHUDI Y SU CONTRIBUCION AL CONOCIMIENTO DE LA FAUNA PERUANA

Herman Zennibar*

## INHALTSANGABE

Eine einführende Analyse seiner Reisen in Peru sowie seiner hier gesammelten Tiere. Fotos einiger im Naturhistorischen Museum von Neuenburg aufbewahrten Exemplare, sowie ein Katalog der dort existierenden Sammlung Tschudi.

## ABSTRACT

An introducing analysis of his travels to Peru and of the here collected animals, some photos of these animals that are kept at the Museum of Natural History in Neuchâtel, as well as a catalogue of the existing collection of Tschudi.

## SUMARIO

Un análisis somero de sus viajes por el Perú y sus principales colecciones de animales. Se ofrece algunas fotografías de las especies colectadas y un catálogo de las existentes en el Museo de Historia Natural de Neuchâtel.

Juan Jacob von Tschudi nació en Glarus, Suiza, el 27 de junio de 1818 y murió en Jakobshof el 8 de octubre de 1889. Estudió Ciencias Naturales y Medicina en las universidades de Zurich, Leyden y París.

El 27 de agosto de 1838 llegó al Perú donde permaneció, durante 4 años, hasta el 24 de agosto de 1842. Fue Ministro Plenipotenciario de Suiza en Brasil y Viena.

### NOTICIA BIOGRAFICA

J.J. von Tschudi estudió en las Universidades de Zurich (medicina), Neuchâtel (ciencias naturales), y Leyden (geología y paleontología), graduándose inicialmente en filosofía y posteriormente en medicina y cirugía. Alumno de Agassiz, en Neuchâtel (1838), su influencia fue decisiva en

su formación como zoólogo y en su vocación americanista. Apasionado lector de libros de viajes y gran admirador de Charles Darwin y Alexander von Humboldt, uno de sus principales anhelos fue realizar un viaje alrededor del mundo para verificar y completar sus conocimientos.

El 27 de febrero de 1838 se embarcó en Le Havre, en el *Edmond*, barco comercial francés de propiedad del Banco Grenus Frères & Cie, de Ginebra que, cargado principalmente con mercadería Suiza, debería de hacer una travesía de negocios alrededor del mundo. Gracias a la intervención de Agassiz, el Banco consintió en que Tschudi participara en el viaje.

El Museo de Neuenburg se hizo cargo del equipamiento del viajero. Como compensación Tschudi se comprometía a entregar al Museo todo el material científico que reuniera durante el viaje. La travesía fue muy agitada y acompañada frecuentemente de factores desfavorables. Luego de que noventainueve días de navegación, después de sufrir una terrible tempestad en los canales chilenos,

* Profesor honorario. Universidad de Owachi. SJL. Puerto Rico

BOLETIN DE LIMA, Nº 117, pp.53-58. Lima, 1999

---

ción y acuñados para satisfacer de las cujas reales, siempre vacías. Tejidos interesantísimos son representaciones históricas, eran entregados al fuego, mientras que las esculturas, obras, cerámicas y demás, no se les daba valor alguno; sólo se exigía oro y siempre más y más oro. Así es que en el museo de Madrid las antiguedades peruanas están representadas muy modestamente, sin que por eso falte una que otra pieza de valor. Y hasta ahora sólo una pequeña porción de las antiguedades peruanas acumuladas en las diversas colecciones, ha podido ser sometida a prolijo examen científico.

Quizá podría suponerse que en Lima, capital del Perú, distante sólo unas cuantas millas de una de las más importantes necrópolis del país, podrían haber sido conservadas las numerosas antiguedades; pero no sucede eso, pues el Museo Nacional ha sido siempre de lo más pobre en ella, de tal manera que muchas colecciones particulares en Europa poseen indudablemente un número de antiguedades peruanas inmensamente superior al que jamás haya podido reunirse en las colecciones públicas de Lima.

Varias veces han sido objetos de robos y rapiñas, y últimamente los chilenos vencedores, las saquearon en forma fatal.

En este caso también son responsables los círculos dirigentes por su indolencia e ignorancia, especialmente los gobiernos que incurrieron en un descuido irreparable, cometiendo un verdadero delito contra su patria. Sin embargo, ahora mismo se podría hacer mucho de bueno con un gobierno levantado y un ministro de instrucción que, a su ilustración, aunara el amor a la ciencia y a su propio país. Para ello bastaría presentar a sus cuerpos legisladores un proyecto de ley que prohibiera severamente a los particulares hacer excavaciones en las tumbas y pueblos, impidiendo la exportación de antiguedades, so pena de confiscación, excepto en el caso en que fueran especialmente autorizados por la oficina central. Debería, además, vigilar con estricta inflexibilidad la ejecución de la ley por las autoridades subalternas, y siempre que lo permitieran los recursos, disponer, de cuando en cuando, excavaciones en los puntos apropiados, sujetándolas a un plan uniforme y confiando la dirección de los trabajos a un técnico instruido que estuviera a la altura del puesto. Si, por fin, se pusiera al frente a un técnico europeo como director científico de la colección, el Museo de Lima llegaría en poco tiempo a superar en su sección etnográfica a todas las demás colecciones europeas. Lo que ha sido posible

hacer en México y hasta en pequeñas republicas, siempre vacías. Tejidos interesantísimos son americanas, ¿sólo en el Perú resultaría imposible? Esto sería una prueba tristísima de pobreza de espíritu. No se si llega a cumplirse el vehemente deseo que he dado expresión; sentiría mucho que así no sucediera, y, conmigo, seguramente, muchos peruanos ilustrados y previsores, a quienes su patria les es querida. Haré pronto treinta años que verdaderamente por escrito supliqué al gobierno boliviano de entonces, que hiciera llevar a La Paz que, por lo menos, conservara una cascacha de madera en el sitio en que había dejado la cabeza colosal de una estatua de Tiahuanaco. En 1852 bajo el gobierno del Presidente Ballivián, se había sacado esta de Tiahuanaco, distantes dos lenguas a la Paz, y se hizo posible para trasladarla con cuidado a la ciudad, quedándose, desgraciadamente, en el camino, expuesta desde entonces a todas las injurias del tiempo y de los transeúntes traviesos o ávidos de destrucción; a pesar de su último valor, de la frecuencia con que se le mencionaba y de las visitas y dibujos que se pudo sacar de ella. Por el tiempo al que me refiero (1859) me ofreció el muy ilustrado Presidente Linares que a su regreso a la Paz dispondría que sin pérdida de tiempo se hicieran los preparativos para la traslación inmediata de la cabeza; pero desgraciadamente su período de gobierno tan corto como tumultuoso, le impidió llevar a efecto esta obra de paz. El gobierno debiera tener presente que esta es un ejemplar único que nos queda de un pueblo enigmático, que vivió mucho tiempo antes de la era de los Inkas, en los márgenes del Titicaca, y que quizás constituya por sí mismo, la clave para revelaciones importantes. El mundo científico desaprueba siempre semejantes descuidos en gobiernos y los juzga con dureza.

Tanto en Lima como en el Kusko hay algunas valiosas colecciones de las antiguedades, de propiedad particular, cuyos dueños han adoptado la resolución digna de alabanza, de no obsequiar ni mandar fuera del país un solo objeto. De desear es que encuentren muchos imitadores, mientras que el Gobierno no tome cartas en el asunto en el sentido indicado más arriba; y persista en una apatía ya demasiado dilatada.

He aquí la contribución más notable de Tschudi y una denuncia que aún después de más de 120 años no ha cambiado. El desinterés gubernamental por nuestra herencia prehispánica es proverbial y es fiel reflejo de nuestra controvertida y reclamada falta de identidad.

el *Edmond* ancló en San Carlos, capital de la isla Chiloé. Permaneció allí 15 días.

El 21 de junio, borradas las huellas del temporal magallánico, el *Edmond* zarpó hacia el norte y sin novedad arribó el 30 a Valparaíso. Otra borrasca los aguardaba, pero no da la naturaleza sino los hombres: Chile embarca tropas, muy contra la voluntad de estas, para su Segunda Expedición Restauradora contra la Confederación Perú-Boliviana, y por la emergencia reinante, la recién llegada nave, no obstante su bandera neutral, fue sujeta a embargo, "no permitiéndosele partir hasta tanto la expedición chilena no desembarcara en el Perú". Así, durante 45 días, el *Edmond* quedó cautivo en la rada de Valparaíso, lo que aprovechó Tschudi para observar los aprestos militares y hacer algunos reconocimientos científicos. Recién el 14 de agosto, la nave pudo levar anclas y seguir al Norte, ahora sí directamente al Callao.

El buque comercial francés llegó al Callao el 24 de agosto. Refiriéndose a la travesía Tschudi anotó:

*"El 17 de agosto teníamos calma completa y a bordo reinaba un calor sofocante. Después de la puesta del sol se levantó un fresco viento del Sur, se hincharon las velas y el hermoso barco avanzó airoso. Siete días después mientras al virar el mar seguían favorables, avistamos el Morro Solar, hora más tarde, pasamos delante de la isla Oeste de la Isla San Lorenzo, donde algunos cruceros chilenos vigilaban la costa, y poco después anclamos en la hermosa bahía del Callao, puerto de la Ciudad de los Reyes"*

En el laberinto de la guerra se vendió el buque a la armada peruana, razón por la cual Tschudi se quedó en el Perú durante 4 años explorando gran parte del territorio nacional.

Su ingreso a Lima, y permanencia en el país, narrada por el propio Tschudi es la siguiente:

*"Nuestro barco no recibió ninguna señal mi vino a bordo el capitán del puerto... Después de mucho esperar, vino a bordo un cadete francés y nos comentó que los chilenos habían desembarcado con suerte, que habían entrado a Lima dos días antes y en el momento estaban sitiando la fortaleza del Callao.*

*Bajamos a tierra, tuve tiempo suficiente para familiarizarme con los alrededores del Callao y aproveché para hacer excursiones, hasta donde lo permitía la incierta situación, lo cual era posible más por mar que por tierra.*

*Cuando desde el Edmond veía brillar en la puesta del sol las torres de Lima o, lejos de cade-* *más de montaña que se elevan más y más con el fin del horizonte, sentía ansias incontenibles de ir hacia aquellas regiones, gozar de las bellezas naturales de los Andes, respirar el aire puro de aquellas alturas, pero mi mirada regresaba sin esperanzas sobre el océano, pues nuestro viaje debía seguir al Norte y de allí a la costa de Asia. No vislumbraba entonces que mis deseos se cumplirían y que en aquellas montañas me esperaban momentos felices pero también penurias y peligros.*

Pese a la inseguridad de los caminos, decidí ir a Lima. Siendo imposible obtener coches y caballos en el Callao ya que habían sido requisados por el Estado y esculdidos por sus dueños, no me quedaba más remedio que seguir el camino a pie, el comandante de la fortaleza don Manuel de la Guarda, me dio un salvoconducto advirtiendo que me aventurara a salir de línea de fuego de la fortaleza porque volvería a disparar de inmediato. Según su consejo sin demora y apenas me había apartado unos cientos de pasos del Castillo cuando comenzó a disparar la artillería y las balas caían por todos lados. Apretando el paso, pero tan pronto me había puesto a salvo de los cañones de la Fortaleza me encontré ente el fuego de los francotiradores y me apresaron los coraceros chilenos quienes me llevaron de puesto en puesto, hasta que en uno de ellos encontré a un oficial a quien había conocido en Chile. Este extendió un salvoconducto que me permitió llegar sin más tropiezos a la ciudad.

*La distancia del Callao a Lima es de dos leguas. El camino va por arena profunda; a ambos lados hay campos sin cultivar y matorrales bajos.*

*Durante mi desagradable viaje a pie busqué en vano un refresco aquí: el tambero, un zambo, había huido después de que su cantina había sido saqueada varias veces.*

*En medio de un calor sofocante seguí caminando por la planicie sin sombra y, por fin llegue a la hermosa Alameda del Callao que se extiende desde la portada del Callao en la muralla de la capital, casi media legua por la carretera.*

*Satisfecho por haber culminado, la pesada caminata avancé con rápido paso pudo ingresar por la portada—donde fui atigado e interrogado por última vez,—a la Ciudad de los Reyes"*

Después de una corta permanencia en Lima, Tschudi inicia sus viajes por el Perú. Se dirige primero a Jauja para estudiar la sierra y la puna para de allí seguir hacia la vertiente oriental. Acompañado por un marino alemán, se internó primero en las selvas de Vitoc y luego en las selvas de Chanchamayo y el Perené. En la ceja de selva un cabaña que ella y su acompañante construyeron, una cabaña que él y su acompañante construyeron, permaneció siete meses estudiando la fauna y reuniendo colecciones botánicas.

De retorno a Lima, como sus recursos económicos eran limitados, y estaba decido a quedarse en el país un tiempo indefinido. Se sometió en la Universidad de San Marcos al examen de convalidación, para opar al título de Bachiller en medicina y así poder ejercer la profesión de médico, la que practicó en diversos lugares del país.

Durante los cuatro años de permanencia en el Perú viajó extensamente por la costa, sierra central y algunos lugares de la amazonía. En 1841, se enfermó de tifoidea.

En sus exploraciones por la sierra y la selva Tschudi además de formar una valiosa colección botánica, estudió la fauna; recogió diversas sobre el el pasado de los indios y sus costumbres actuales, y aprendió el quechua;

Se propania seguir recorriendo el Perú. Le uraía, por ejemplo, el Cusco y considuraba de su deber como naturalista explorar las selvas malamente aludidas del Ucayali, pero en la cordillera enfermó y su vida corrió peligro. Halló felizmente auxilio de un amigo y pudo viajar a Lima. Necesitando un largo descanso físico mental para recuperarse, se embarcó a Europa en la goleta "Alfred" el 24 de enero del año 1842, llegando, el 6 de enero del año siguiente, a Europa después de cinco años de ausencia.

Aunque en uno de sus viajes a la sierra había perdido sus apuntes correspondientes a varios meses de labor y parte de sus colecciones, al volver al Viejo Mundo portaba un caudal de información que pronto volcaría en diversos libros que publicó.

Sin embargo, el Viejo Mundo iba a retener a Tschudi, más tiempo de lo por él previsto. Trabajó sus colecciones en Viena y Munich, y entró en contacto muy fructífero con el naturalista Alexander von Humboldt y el fisiólogo Johannes Müller.

En 1844 publicó la *Fauna peruana*, obra de gran formato, con numerosas ilustraciones a color y a fines del mismo año "abriendo un paréntesis en su labor científica se graduó de médico. cumpliendo así un compromiso consigo mismo que había dejado pendiente a los diecinueve años de edad, antes de su viaje al Perú". Un año después en 1845, en busca de tranquilidad, a fin de poder realizar su proyecto, se retiró a su finca de Jakobsdorf, en Austria no lejos de Viena, donde estableció su residencia. Después retornó a Suiza.

En 1849 se casó con la hija del pintor Sohn von Carolsfeld y dos años después nació su único hijo: Hugo von Tschudi, historiador de arte.

## ESTUDIOS REALIZADOS

En lo referente a las ciencias naturales, las observaciones sobre los campos de ganado y abono de las siembras en el país, y su estudio sobre la agricultura de la costa.

Hizo una minuciosa colección de peces del litoral peruano con mención a la fauna del desierto costero, catalogando los mamíferos, aves, reptiles, peces.

En sus notas señala, por ejemplo que el cocodrilo de los manglares (*Crocodylus acutus*) llega hasta el río Chira, y que en ese río existía aún el lagarto blanco (*Caimán crocodylus*).

En su recorrido por los Andes centrales y en la fauna de la sierra con minuciosas observaciones sobre el cóndor, la vicuña y la llama. Describe el *chacu* de la vicuña que se hacía en las alturas de Jauja.

Colectó y estudió la avifauna, especialmente las aves, la de la selva alta central, describiendo numerosas especies nuevas.

En suma, hizo el primer catálogo de fauna peruana, aves, reptiles, anfibios y peces del Perú registrando 363 especies de las cuales describió 72.

## PUBLICACIONES SOBRE LA FAUNA PERUANA

• 1844 *Untersuchungen über die Fauna peruana. Reise in Peru während der Jahren 1838 - 1842* (investigación sobre la Fauna Peruana), St. Gall 1844-46, grueso volumen de 775 págins de texto y 72 láminas en color. Obra cuidada bajo la supervisión directa del autor.

Un amplio tratado de la *Fauna peruana*, que comprende los mamíferos (262 págs.), las aves (316 págs.), los reptiles, los anfibios, los peces y otros grupos. Esta obra pionera sobre la fauna de la región aún inexplorada en este caso sorprende por la precisión y probidad de las descripciones y por la exactitud de las ilustraciones. Estas—hecho vivo para la época—fueron dibujadas totalmente a partir de los ejemplares que el naturalista llevó desde el Pe-

# EXHIBIT B-22

*Mise au point*

Marie-Hélène Renaut

# Histoire du droit de la propriété



ellipses

À l'inverse du droit romain qui ne retient pas l'élément réel, le droit français mélange l'élément personnel (le domicile du propriétaire) et l'élément réel (le lieu de l'immeuble) : dix ans si le domicile de l'ancien propriétaire est dans le ressort de la cour d'appel où est sis l'immeuble (article 2266 du Code civil).

Sous le Bas Empire, la prescription de long temps devient une prescription acquisitive : elle fait acquérir la propriété et, quand elles existent, les charges qui pèsent sur elle (hypothèques, servitudes).

**Une autre forme de prescription** a été créée sous l'empereur Constantin (306-337) au profit de celui qui a possédé quarante ans : c'est **la prescription de très long temps** qui **s'applique à tous les biens**. N'exigeant ni juste titre, ni bonne foi, elle supprime définitivement les droits que le propriétaire a négligé de faire valoir **pendant quarante ans** ; mais elle **ne fait pas acquérir la propriété**. La possession est simplement confirmée par l'extinction des actions du propriétaire. **En 424** ap. J.-C., l'empereur Théodose II **réduit le délai à trente ans**.

**Au VIe siècle**, au moment de la synthèse du droit romain sous Justinien, **les modes d'acquisition dérivés involontaires sont les suivants** :
– **l'usucapion**, dont le délai est porté à **trois ans**, est réservée aux **meubles** ;
– **la prescription**, à effet acquisitif de la propriété pour les **immeubles** après une possession de **dix ou vingt ans selon** que les parties habitent ou non la province ;
– **la prescription de très long temps**, de **trente ans**, délai porté à **quarante ans** si les biens appartiennent à l'**Église**, et à **cent ans** pour l'Église de Rome.